# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Zohar III, Corp., <br><br>     Debtors. <br> Tax I.D. No. 82-4629612 | Chapter 11 <br><br> Case No. 18-10512 (CSS) |
| In re: <br><br> Zohar II 2005-1, Corp., <br><br>     Debtors. <br> Tax I.D. No. 82-4704059 | Chapter 11 <br><br> Case No. 18-10513 (CSS) |
| In re: <br><br> Zohar CDO 2003-1, Corp., <br><br>     Debtors. <br> Tax I.D. No. 84-4703724 | Chapter 11 <br><br> Case No. 18-10514 (CSS) |
| In re: <br><br> Zohar III, Limited, <br><br>     Debtors. <br> Tax I.D. No. 98-0469261 | Chapter 11 <br><br> Case No. 18-10515 (CSS) |
| In re: <br><br> Zohar II 2005-1, Limited, <br><br>     Debtors. <br> Tax I.D. No. 98-0438297 | Chapter 11 <br><br> Case No. 18-10516 (CSS) |
| In re: <br><br> Zohar CDO 2003-1, Limited, <br><br>     Debtors. <br> Tax I.D. No. 98-0405119 | Chapter 11 <br><br> Case No. 18-10517 (CSS) <br><br> **Docket Ref. No. 4** |

01:22966632.4

## ORDER, PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1, AUTHORIZING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

Upon consideration of the motion (the "Motion")[1] of Zohar III, Corp., and its above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") for the entry of an order, pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, authorizing the joint administration of the Debtors' Chapter 11 cases for procedural purposes only; and upon consideration of the Motion and all pleadings related thereto; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order herewith consistent with Article III of the U.S. Constitution; and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, their estates, and creditors; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**

1  The Motion is GRANTED as set forth herein.

2  The Debtors' Chapter 11 cases shall be consolidated for procedural purposes only and shall be jointly administered in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

01:22966632.4

2

3       The Clerk of the Court shall maintain one file and one docket for all of the Debtors' Chapter 11 cases, which file and docket shall be the file and docket for the Chapter 11 case of Debtor Zohar III, Corp., Case No. 18-10512 (CSS).

4       All pleadings filed in the Debtors' Chapter 11 cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

5       The foregoing caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code.

6       The Clerk of the Court shall make a docket entry in each Debtor's Chapter 11 case (except that of Zohar III, Corp.) substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing the procedural consolidation and joint administration of the Chapter 11 cases of Zohar III, Corp., Zohar II 2005-1, Corp., Zohar CDO 2003-1, Corp., Zohar III, Limited, Zohar II 2005-1, Limited, and Zohar CDO 2003-1, Limited. The docket in the Chapter 11 case of Zohar III, Corp., Case No. 18-10512 (CSS), should be consulted for all matters affecting this case.

7	Nothing in the Motion or this Order is intended or shall be deemed or otherwise construed as directing or otherwise effecting a substantive consolidation of the Debtors or Debtors' estates. This Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

8	The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9	The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10	This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: __3/13_____, 2018
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge