# SIGN-IN SHEET

**CASE NAME:** Zohar III
**CASE NO:** 18-10512 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 3/13/18 at 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Brady | YCST | Debtors |
| Michael Nestor | " | " |
| Joseph Barry | " | " |
| John Dorsey | " | " |
| Ryan Bartley | " | " |
| Marc Kirschner | Goldin Assoc | " |
| David Prager | " | " |
| Robert Klyman | Gibson Dunn | " |
| Randy Mastro | " | " |
| Monica Loseman | " | " |
| Mary Beth Maloney | " | " |
| Rob Sayria | " | " |
| Norman Pernick | Cole Shotz | Patriarch |
| Brian Lohan | Sidley | Controlling Class Zohar III |
| Alec Rovira | " | " |
| Matthew Ward | Womble | " |
| Boyo Kelson | DOJ-OUST | UST |
| Rich Schepacarter | DOJ-OUST | UST |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** 
**CASE NO:** - (CSS)

**COURTROOM LOCATION:** 6 
**DATE:**            **AT:**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| INGRID BAGBY | CADWALADER | MBIA INSURANCE CORP |
| JON HOFF | " | " |
| James Patton | YCST | Debtors |
| Ken Nachar | MNAT | Zohar Funds the Collatl Manager |
| M Kasey | " | " |
| Rob Dehn | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**Calendar Date:** 03/13/2018
**Calendar Time:** 11:00 AM ET

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Amended Calendar Mar 13 2018 6:59AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Zohar III, Corp. | 18-10512 | Hearing | 8950496 | Peter J. Amend | (212) 506-3608 ext. | Orrick, Herrington & Sutcliffe LLP | Interested Party, Amend / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 8949717 | Rick Antonoff | (212) 885-5000 ext. | Blank Rome LLP | Interested Party, Blank Rome LLP / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 8951229 | Joshua Arnold | (212) 993-2522 ext. | Cadwalader, Wickersham & Taft LLP | Interested Party, MBIA / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 8951798 | Negisa Balluku | (212) 617-0147 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 8951831 | David Z. Braun | (212) 715-9266 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 8950619 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 8950792 | Pratik Desai | (212) 303-9456 ext. | Halcyon Asset Management | Interested Party, Halcyon Asset Management / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 8950818 | Ephraim Diamond | (646) 282-5841 ext. | DK Partners | Interested Party, Ephraim Diamond / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 8949784 | Jonathan Edwards | (404) 881-4985 ext. | Alston & Bird LLP | Creditor, U.S. Bank, N.A. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 8951444 | Benjamin Finestone | (212) 849-7341 ext. | Quinn Emanuel Urquhart & Sullivan, LLP | Interested Party, Quinn Emanuel Urquhart & Sullivan, LLP / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 8950946 | Ashutosh Habbu | (212) 412-1316 ext. | Barclays | Interested Party, Barclays / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 8950933 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Zohar III, Corp. | 18-10512 | Hearing | 8950983 | Daniel B. Kamensky | (212) 858-9300 ext. | Marble Ridge Capital | Interested Party, Marble Ridge Capital / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 8951796 | David M. LeMay | (212) 408-5100 ext. | Norton Rose Fulbright US LLP | Interested Party, Norton Rose Fulbright US LLP / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 8949347 | Teresa Lii | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 8951869 | Seth McCormick | (212) 785-5561 ext. | Brown Legal Advisors, LLC. | Interested Party, Brown Legal Advisors, LLC. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 8950492 | Douglas Mintz | (202) 339-8518 ext. 2624 | Orrick, Herrington & Sutcliffe LLP | Interested Party, Mitz / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 8951808 | Michael S. Neumeister | (213) 229-7006 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Patriarch / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 8951876 | Wendy Rosenfeld | (312) 451-7051 ext. | RaboBank | Client, Wendy Rosenfeld / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 8951338 | Chris Stauble | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Interested Party, Weil Gotshal & Manges LLP / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 8951815 | Sarah Tufano | (212) 839-8411 ext. | Sidley Austin LLP | Interested Party, Halcyon Capital Management / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 8949764 | John W. Weiss | (212) 210-9412 ext. | Alston & Bird LLP | Creditor, U.S. Bank, N.A. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 8951832 | Stephen Zide | (212) 715-9492 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP / LISTEN ONLY |

Rebecca Matte
David Botter