# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (CSS) |
| Debtors. | Joint Administration Requested |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                                           )   SS:
COUNTY OF NEW CASTLE  )

   Chad Corazza, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the debtors and debtors in possession in the above-captioned cases, and that on the 16th day of March, 2018, he caused a copy of the following document(s) to be served upon the parties identified on the attached Exhibit A service list in the manner indicated:

**Debtors' Objection to Motion to Shorten Notice and Schedule Hearing and Objection Deadline Regarding Motion of Zohar Funds, Acting Through Their Collateral Manager, for Relief from the Automatic Stay to Complete Appeal [D.I. 26]**

And caused a copy of the following document(s) to be served upon the parties identified on the attached Exhibit B service list in the manner indicated:

**Debtors' Motion Pursuant to 11 U.S.C. Section 105(a) and 345(b) and Del. Bankr. L.R. 2015-2(b) for an Order (I) Setting the Deadline by Which the Debtors Must Comply with the Requirements of Section 345(b) of the Bankruptcy Code, and (II) Authorizing the Debtors to Keep and Maintain Certain Bank Accounts [D.I. 31]**

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

01:22975846.4

_____
Chad Corazza

SWORN TO AND SUBSCRIBED before me on this 20th day of March, 2018.

_____
Notary Public

ERICA A. STEELE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 10, 2021

# **EXHIBIT A**

**2002 SERVICE LIST**
Zohar
3/16/2018

Norman L. Pernick, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
(Patriarch Entities)
***Hand Delivery & Email***

Randy M. Mastro, Esq.
Matt J. Williams, Esq.
Mary Beth Maloney, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
rmastro@gibsondunn.com
mjwilliams@gibsondunn.com
mmaloney@gibsondunn.com
(Patriarch Entities)
***First Class Mail & Email***

Robert Klyman, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
rklyman@gibsondunn.com
(Patriarch Entities)
***First Class Mail & Email***

Monica K. Loseman, Esq.
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
mloseman@gibsondunn.com
(Patriarch Entities)
***First Class Mail & Email***

Kenneth J. Nachbar, Esq.
Robert J. Dehney, Esq.
Megan Ward Cascio, Esq.
Matthew B. Harvey, Esq.
Lauren Neal Bennett, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
knachbar@mnat.com
rdehney@mnat.com
mcascio@mnat.com
mharvey@mnat.com
lbennett@mnat.com
(Alvarez & Marsal Zohar Management, LLC)
***Hand Delivery & Email***

Michael Carlinksy, Esq.
Jonathan E. Pickhardt, Esq.
Benjamin Finestone, Esq.
Ellison Ward Merkel, Esq.
Blair Adams, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
michaelcarlinsky@quinnemanuel.com
jonpickhardt@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
ellisonmerkel@quinnemanuel.com
blairadams@quinnemanuel.com
(Alvarez & Marsal Zohar Management, LLC)
***First Class Mail & Email***

Jonathan M. Hoff, Esq.
Gregory M. Petrick, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
jonathan.hoff@cwt.com
gregory.petrick@cwt.com
(MBIA Insurance Company)
***First Class Mail & Email***

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
P.O. Box 7346
Philadelphia, PA 19101-7346
(Internal Revenue Service)
***First Class Mail***

Secretary of Treasury
Attn: Bankruptcy Department
820 Silver Lake Blvd., Suite 100
Dover, DE 19904
(Secretary of Treasury)
***First Class Mail***

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 North Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(U.S. Attorney's Office)
***Hand Delivery***

Securities & Exchange Commission
Attn: Bankruptcy Department
Brookfiled Place
200 Vesey Street, Suite 400
New York, NY 10281-1022
bankruptcynoticeschr@sec.gov
nyrobankruptcy@sec.gov
(Securities & Exchange Commission)
***First Class Mail & Email***

Brian J. Lohan, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
blohan@sidley.com
(Certain Holders of Notes Issued by Zohar III, Limited)
***First Class Mail & Email***

Secretary of State
Corporations Franchise Tax
P.O. Box 898
Dover, DE 19903
(Secretary of State)
***First Class Mail***

Michael B. Mukasey, Esq.
U.S. Attorney General
Department of Justice
Commerical Litigation Branch
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
(U.S. Attorney General)
***First Class Mail***

Securities & Exchange Commission
Secretary of Treasury
100 F Street, NE
Washington, DC 20549
(Securities & Exchange Commission)
secbankruptcy@sec.gov
***First Class Mail & Email***

Delaware Attorney General
Attn: Bankruptcy Department
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(Delaware Attorney General)
***Hand Delivery***

Brya M. Keilson, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #15
Wilmington, DE 19801
brya.keilson@usdoj.gov
(U.S. Trustee)
***Hand Delivery & Email***

Delaware Division of Revenue
Attn: Zillah Frampton
820 N. French Street
Wilmington, DE 19801
(Delaware Division of Revenue)
***Hand Delivery***

U.S. Bank National Association
Attn: CDO Group-Ref.: Zohar III, Limited
190 LaSalle St., 8th Floor
Chicago, IL 60603
(U.S. Bank National Association)
***First Class Mail***

John W. Weiss, Esq.
Brett D. Jaffe, Esq.
Alexander Lorenzo, Esq.
Elizabeth Buckel, Esq.
Alston & Bird LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
john.weiss@alston.com
brett.jaffe@alston.com
alexander.lorenzo@alston.com
elizabeth.buckel@alston.com
(U.S. Bank National Assocation)
***First Class Mail & Email***

Elizabeth LaPuma, Esq.
Alvarez & Marsal Zohar Management, LLC
600 Madison Ave.
New York, NY 10022
elapuma@alvarezandmarsal.com
(Alvarez & Marsal Zohar Management, LLC)
***First Class Mail & Email***

Alvarez & Marsal Zohar Management, LLC
Attention: General Counsel
600 Madison Ave.
New York, NY 10022
(Alvarez & Marsal Zohar Management, LLC)
***First Class Mail***

Jonathan T. Edwards, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
jonathan.edwards@alston.com
(U.S. Bank National Assocation)
***First Class Mail & Email***

# **EXHIBIT B**

01:22975846.4

**2002 SERVICE LIST**
**Zohar**
**3/16/2018**

Norman L. Pernick, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Patriarch Entities)
*Hand Delivery*

Robert Klyman, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(Patriarch Entities)
*First Class Mail*

Kenneth J. Nachbar, Esq.
Robert J. Dehney, Esq.
Megan Ward Cascio, Esq.
Matthew B. Harvey, Esq.
Lauren Neal Bennett, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(Alvarez & Marsal Zohar Management, LLC)
*Hand Delivery*

Jonathan M. Hoff, Esq.
Gregory M. Petrick, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
 (MBIA Insurance Company)
*First Class Mail*

Randy M. Mastro, Esq.
Matt J. Williams, Esq.
Mary Beth Maloney, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
(Patriarch Entities)
*First Class Mail*

Monica K. Loseman, Esq.
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
(Patriarch Entities)
*First Class Mail*

Michael Carlinksy, Esq.
Jonathan E. Pickhardt, Esq.
Benjamin Finestone, Esq.
Ellison Ward Merkel, Esq.
Blair Adams, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(Alvarez & Marsal Zohar Management, LLC)
*First Class Mail*

Brian J. Lohan, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
(Certain Holders of Notes Issued by Zohar III, Limited)
*First Class Mail*

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
P.O. Box 7346
Philadelphia, PA 19101-7346
(Internal Revenue Service)
***First Class Mail***

Secretary of Treasury
Attn: Bankruptcy Department
820 Silver Lake Blvd., Suite 100
Dover, DE 19904
(Secretary of Treasury)
***First Class Mail***

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 North Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(U.S. Attorney's Office)
***Hand Delivery***

Securities & Exchange Commission
Attn: Bankruptcy Department
Brookfiled Place
200 Vesey Street, Suite 400
New York, NY 10281-1022
(Securities & Exchange Commission)
***First Class Mail***

Brya M. Keilson, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #15
Wilmington, DE 19801
(U.S. Trustee)
***Hand Delivery***

Secretary of State
Corporations Franchise Tax
P.O. Box 898
Dover, DE 19903
(Secretary of State)
***First Class Mail***

Michael B. Mukasey, Esq.
U.S. Attorney General
Department of Justice
Commerical Litigation Branch
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
(U.S. Attorney General)
***First Class Mail***

Securities & Exchange Commission
Secretary of Treasury
100 F Street, NE
Washington, DC 20549
(Securities & Exchange Commission)
***First Class Mail***

Delaware Attorney General
Attn: Bankruptcy Department
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(Delaware Attorney General)
***Hand Delivery***

Delaware Division of Revenue
Attn: Zillah Frampton
820 N. French Street
Wilmington, DE 19801
(Delaware Division of Revenue)
***Hand Delivery***

U.S. Bank National Association
Attn: CDO Group-Ref.: Zohar III, Limited
190 LaSalle St., 8th Floor
Chicago, IL 60603
(U.S. Bank National Association)
*First Class Mail*

John W. Weiss, Esq.
Brett D. Jaffe, Esq.
Alexander Lorenzo, Esq.
Elizabeth Buckel, Esq.
Alston & Bird LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
(U.S. Bank National Assocation)
*First Class Mail & Email*

Elizabeth LaPuma, Esq.
Alvarez & Marsal Zohar Management, LLC
600 Madison Ave.
New York, NY 10022
(Alvarez & Marsal Zohar Management, LLC)
*First Class Mail & Email*

Alvarez & Marsal Zohar Management, LLC
Attention: General Counsel
600 Madison Ave.
New York, NY 10022
(Alvarez & Marsal Zohar Management, LLC)
*First Class Mail*

Jonathan T. Edwards, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
(U.S. Bank National Assocation)
*First Class Mail & Email*

**2002 SERVICE LIST**
**Zohar**
**3/16/2018**

Brent W. Dorner, Esq.
BBVA Compass
Legal Department
15 South 20th Street, Suite 1802
Birmingham, AL 35233
*First Class Mail*