# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-10512 (CSS)<br><br>Joint Administration Requested |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE　　　）
　　　　　　　　　　　　　　） SS:
COUNTY OF NEW CASTLE　）

　　　Chad Corazza, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the debtors and debtors in possession in the above-captioned cases, and that on the 16th day of March, 2018, he caused a copy of the following document(s) to be served upon the parties identified on the attached Exhibit A service list in the manner indicated:

**Notice of Hearing Regarding Debtors' Motion for Entry of an Order (I) Approving the Debtors' Reporting Protocol and (II) (A) Modifying the Debtors' Reporting Requirements Under Bankruptcy Rule 2015.3, and (B) As Necessary, Extending the Deadline Within Which to Report Under Bankrputcy Rule 2015.3 [D.I.28]**

**Notice of Hearing Regarding Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, (A) Authorizing the Debtors to Reject the Collateral Management Agreements with Alvarez & Marsal Zohar Management, LLC, Nunc Pro Tunc to the Petition Date, (B) Granting Relief with Respect to the Cessation and Transition of Services Under the Collateral Management Agreements, and (C) Granting Related Relief [D.I. 29]**

　　　　　　　　　　　　　　　　　　／s／ Chad Corazza
　　　　　　　　　　　　　　　　　　Chad Corazza

SWORN TO AND SUBSCRIBED before me on this 20th day of March, 2018.

ERICA A. STEELE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 10, 2021

　　　　　　　　　　　　　　　　　　Notary Public

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

01:22975846.5

# **EXHIBIT A**

**2002 SERVICE LIST**
**Zohar**
**3/16/2018**

Norman L. Pernick, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Patriarch Entities)
*Hand Delivery*

Robert Klyman, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(Patriarch Entities)
*Federal Express*

Kenneth J. Nachbar, Esq.
Robert J. Dehney, Esq.
Megan Ward Cascio, Esq.
Matthew B. Harvey, Esq.
Lauren Neal Bennett, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(Alvarez & Marsal Zohar Management, LLC)
*Hand Delivery*

Jonathan M. Hoff, Esq.
Gregory M. Petrick, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
(MBIA Insurance Company)
*Federal Express*

Randy M. Mastro, Esq.
Matt J. Williams, Esq.
Mary Beth Maloney, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
(Patriarch Entities)
*Federal Express*

Monica K. Loseman, Esq.
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
(Patriarch Entities)
*Federal Express*

Michael Carlinksy, Esq.
Jonathan E. Pickhardt, Esq.
Benjamin Finestone, Esq.
Ellison Ward Merkel, Esq.
Blair Adams, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(Alvarez & Marsal Zohar Management, LLC)
*Federal Express*

Brian J. Lohan, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
(Certain Holders of Notes Issued by Zohar III, Limited)
*Federal Express*

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
P.O. Box 7346
Philadelphia, PA 19101-7346
(Internal Revenue Service)
***First Class Mail***

Secretary of Treasury
Attn: Bankruptcy Department
820 Silver Lake Blvd., Suite 100
Dover, DE 19904
(Secretary of Treasury)
***Federal Express***

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 North Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(U.S. Attorney's Office)
***Hand Delivery***

Securities & Exchange Commission
Attn: Bankruptcy Department
Brookfiled Place
200 Vesey Street, Suite 400
New York, NY 10281-1022
(Securities & Exchange Commission)
***Federal Express***

Brya M. Keilson, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #15
Wilmington, DE 19801
(U.S. Trustee)
***Hand Delivery***

Secretary of State
Corporations Franchise Tax
P.O. Box 898
Dover, DE 19903
(Secretary of State)
***First Class Mail***

Michael B. Mukasey, Esq.
U.S. Attorney General
Department of Justice
Commerical Litigation Branch
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
(U.S. Attorney General)
***Federal Express***

Securities & Exchange Commission
Secretary of Treasury
100 F Street, NE
Washington, DC 20549
(Securities & Exchange Commission)
***Federal Express***

Delaware Attorney General
Attn: Bankruptcy Department
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(Delaware Attorney General)
***Hand Delivery***

Delaware Division of Revenue
Attn: Zillah Frampton
820 N. French Street
Wilmington, DE 19801
(Delaware Division of Revenue)
***Hand Delivery***

| | |
|---|---|
| U.S. Bank National Association<br>Attn: CDO Group-Ref.: Zohar III, Limited<br>190 LaSalle St., 8th Floor<br>Chicago, IL 60603<br>(U.S. Bank National Association)<br>***Federal Express*** | John W. Weiss, Esq.<br>Brett D. Jaffe, Esq.<br>Alexander Lorenzo, Esq.<br>Elizabeth Buckel, Esq.<br>Alston & Bird LLP<br>90 Park Avenue, 15th Floor<br>New York, NY 10016-1387<br>(U.S. Bank National Assocation)<br>***Federal Express*** |
| Elizabeth LaPuma, Esq.<br>Alvarez & Marsal Zohar Management, LLC<br>600 Madison Ave.<br>New York, NY 10022<br>(Alvarez & Marsal Zohar Management, LLC)<br>***Federal Express*** | Alvarez & Marsal Zohar Management, LLC<br>Attention: General Counsel<br>600 Madison Ave.<br>New York, NY 10022<br>(Alvarez & Marsal Zohar Management, LLC)<br>***Federal Express*** |
| Jonathan T. Edwards, Esq.<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>(U.S. Bank National Assocation)<br>***Federal Express*** | |