IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>               Debtors. | ) Chapter 11<br>)<br>) Case No. 18-10512 (CSS)<br>)<br>) Joint Administration Requested<br>)<br>) |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    )
                                    ) SS:
COUNTY OF NEW CASTLE  )

      Chad Corazza, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the debtors and debtors in possession in the above-captioned cases, and that on the 16th day of March, 2018, he caused a copy of the following document(s) to be served upon the parties identified on the attached Exhibit A service list in the manner indicated:

**Notice of Commencement of Case and Meeting of Creditors [D.I. 32]**

_____
Chad Corazza

SWORN TO AND SUBSCRIBED before me on this ___ day of March, 2018.

_____
Notary Public

ERICA A. STEELE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 10, 2021

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

01:22975846.5

# **EXHIBIT A**

01:22975846.5

**2002 SERVICE LIST**
**Zohar**
**3/16/2018**

Norman L. Pernick, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Patriarch Entities)
*Hand Delivery*

Randy M. Mastro, Esq.
Matt J. Williams, Esq.
Mary Beth Maloney, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
(Patriarch Entities)
*Federal Express*

Robert Klyman, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(Patriarch Entities)
*Federal Express*

Monica K. Loseman, Esq.
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
(Patriarch Entities)
*Federal Express*

Brian J. Lohan, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
(Certain Holders of Notes Issued by Zohar III, Limited)
*Federal Express*

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
P.O. Box 7346
Philadelphia, PA 19101-7346
(Internal Revenue Service)
*First Class Mail*

Secretary of State
Corporations Franchise Tax
P.O. Box 898
Dover, DE 19903
(Secretary of State)
*First Class Mail*

| | |
|---|---|
| Secretary of Treasury<br>Attn: Bankruptcy Department<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904<br>(Secretary of Treasury)<br>*Federal Express* | Michael B. Mukasey, Esq.<br>U.S. Attorney General<br>Department of Justice<br>Commerical Litigation Branch<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br>(U.S. Attorney General)<br>*Federal Express* |
| Ellen W. Slights, Esq.<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>1007 North Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046<br>(U.S. Attorney's Office)<br>*Hand Delivery* | Securities & Exchange Commission<br>Secretary of Treasury<br>100 F Street, NE<br>Washington, DC 20549<br>(Securities & Exchange Commission)<br>*Federal Express* |
| Securities & Exchange Commission<br>Attn: Bankruptcy Department<br>Brookfiled Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022<br>(Securities & Exchange Commission)<br>*Federal Express* | Delaware Attorney General<br>Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(Delaware Attorney General)<br>*Hand Delivery* |
| Brya M. Keilson, Esq.<br>Office of the United States Trustee<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #15<br>Wilmington, DE 19801<br>(U.S. Trustee)<br>*Hand Delivery* | Delaware Division of Revenue<br>Attn: Zillah Frampton<br>820 N. French Street<br>Wilmington, DE 19801<br>(Delaware Division of Revenue)<br>*Hand Delivery* |
| U.S. Bank National Association<br>Attn: CDO Group-Ref.: Zohar III, Limited<br>190 LaSalle St., 8th Floor<br>Chicago, IL 60603<br>(U.S. Bank National Association)<br>*Federal Express* | |

ALSTON & BIRD LLP
90 PARK AVENUE
NEW YORK, NY 10016
*Federal Express*

ALVAREZ & MARSAL ZOHAR MANAGEMENT, LLC
600 MADISON AVE.
NEW YORK, NY 10022
*Federal Express*

ANCHIN, BLOCK & ANCHIN LLP
1375 BROADWAY
NEW YORK, NY 10018
*First Class Mail*

CADWALADER, WICKERSHAM & TAFT LLP
200 LIBERTY STREET
NEW YORK, NY 10281
COHEN & GRESSER LLP
800 THIRD AVENUE
NEW YORK, NY 10022
*Federal Express*

CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808
*First Class Mail*

HOULIHAN LOKEY
245 PARK AVENUE
20TH FL.
NEW YORK, NY 10167
*First Class Mail*

MBIA INSURANCE CORPORATION
1 MANHATTANVILLE ROAD, SUITE 301
PURCHASE, NY 10577
*First Class Mail*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 NORTH MARKET STREET, 16TH FLOOR
P.O. BOX 1347
WILMINGTON, DE 19899-1347
*Hand Delivery*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
*Federal Express*

U.S. BANK NATIONAL ASSOCIATION
214 N. TRYON STREET
26TH FLOOR
CHARLOTTE, NC 28202
*First Class Mail*

PATRIARCH PARTNERS VIII, LLC
1 LIBERTY PLAZA, 35th FLOOR
NEW YORK, NEW YORK 10006
*First Class Mail*

PATRIARCH PARTNERS XIV, LLC
1 LIBERTY PLAZA, 35th FLOOR
NEW YORK, NEW YORK 10006
*First Class Mail*

PATRIARCH PARTNERS XV, LLC
1 LIBERTY PLAZA, 35th FLOOR
NEW YORK, NEW YORK 10006
*First Class Mail*