# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| **Zohar III Corp.,** *et al.*,[1] ) | Case No. 18-10512 (CSS) |
| ) |  |
| **Debtors.** ) | Jointly Administered |
| ) |  |

ORDER, PURSUANT TO 11 U.S.C. § 1112(b)
DISMISSING THE CHAPTER 11 CASES, OR
APPOINTING A TRUSTEE PURSUANT TO 11 U.S.C. § 1104(a)

Upon the *Motion of the Secured Creditors To Dismiss The Chapter 11 Cases, Pursuant To Section 1112(b) of the title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Or, If Not Dismissed, For Appointment of a Trustee Pursuant to Section 1104(a) of the Bankruptcy Code* (the "Motion"), and upon review of the Debtors' Objection to the Motion, as well as all other statements filed with respect to the Motion;

It is hereby **ORDERED, ADJUDGED, AND DECREED THAT:**.

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157, 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). They are also referred to herein, collectively, as the "Zohar Funds."

-2-

    3.    The Motion is **GRANTED**.

    4.    These chapter 11 cases are hereby are **DISMISSED** in their entirety.

Dated: _____, 2018

    _____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge