# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| Zohar III, Corp., *et al*. | ) Case No. 18-10512 (CSS) ) |
| Debtors.[1] | ) (Jointly Administered) ) |
|  | ) **Docket Ref. No. 56** |

**MOTION FOR LEAVE TO EXCEED PAGE LIMITATION RE:
MOTION OF MBIA INSURANCE CORPORATION AND ZOHAR III CONTROLLING
CLASS TO DISMISS THE CHAPTER 11 CASES OR,
IF NOT DISMISSED, TO APPOINT A TRUSTEE**

MBIA Insurance Corporation ("MBIA") and the Zohar III Controlling Class (together, the "Secured Creditors") hereby move (the "Motion to Exceed") this Court for entry of an order authorizing the Secured Creditors, pursuant to Rule 7007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (as amended, the "Local Rules") and General Chambers Procedures, to exceed the forty (40) page limit of Local Rule 7007-2 for briefs with respect to the motion (the "Dismissal/Trustee Motion") of the Secured Creditors for entry of an order dismissing these Chapter 11 Cases or, in the alternative, for the appointment of a chapter 11 trustee. In support of the relief requested in this Motion to Exceed, the Secured Creditors respectfully state as follows:

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

**JURISDICTION AND VENUE**

1.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

2.     On March 12, 2018 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"), thereby commencing these chapter 11 cases (the "Cases").  The Debtors continue in possession of their property and are operating and managing their businesses as debtors in possession pursuant to the provisions of 11 U.S.C. §§ 1107(a) and 1108.  No trustee or examiner has been appointed in these Cases.

**RELIEF REQUESTED**

3.     By this Motion to Exceed, the Secured Creditors request authority to exceed the 40-page limit for the Motion pursuant to Del. Bankr. LR 7007-2(a)(iv).

**BASIS FOR RELIEF REQUESTED**

4.     Paragraph 2(1)(vi) of this Court's General Chambers Procedures provides that "[a]ll briefs and memoranda (in main bankruptcy cases and in adversary proceedings) must comply with Del. Bankr. LR 7007-2. . . . No objection to, or briefs or memoranda in support of, confirmation shall exceed 40 pages."

5.     Local Rule 7007-2(a)(iv) provides that "[w]ithout leave of Court, no opening or answering brief shall exceed forty (40) pages and no reply shall exceed twenty (20)

pages, in each instance, exclusive of any tables of contents and citations." Del. Bankr. LR 7007-2(a)(iv). The Secured Creditors respectfully request that the Court grant it leave to exceed the 40-page limit for the Dismissal/Trustee Motion. Due to the lengthy background regarding the previous litigation between parties in interest in these cases, the complexity of the matters related to these cases, and the numerous factually and legally complex issues implicated by the Dismissal/Trustee Motion, the Secured Creditors request leave from the otherwise applicable page limitations. This will allow the Secured Creditors to fairly present to the Court its concerns regarding these Chapter 11 Cases through the Dismissal/Trustee Motion.

WHEREFORE, the Secured Creditors respectfully request that the Court enter an order authorizing the them to exceed the forty (40) page limit under Local Rule 7007-2 with respect to the Dismissal/Trustee Motion and granting such other and further relief as the Court may deem just and proper.

Dated:   March 26, 2018

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ Laura Davis Jones
Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
       tcairns@pszjlaw.com

-and-

CADWALADER, WICKERSHAM & TAFT LLP
Gregory M. Petrick, Esq.
Jonathan M. Hoff, Esq.
Ingrid Bagby, Esq.
200 Liberty Street
New York, New York 10281
Telephone: (212) 504.6000
Facsimile: (212) 504.6666
Email: gregory.petrick@cwt.com
      jonathan.hoff@cwt.com
      ingrid.bagby@cwt.com

*Attorneys for MBIA Insurance Corporation*

-and-

ARNOLD & PORTER KAYE SCHOLER LLP
Brian J. Lohan
Ginger Clements
70 West Madison Street, Suite 4200
Chicago, IL 60602-4321
Telephone: (312) 583-2403
Email: brian.lohan@arnoldporter.com

James D. Herschlein
Jeffrey A. Fuisz
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8655
Email: james.herschlein@arnoldporter.com

-and-

WOMBLE BOND DICKINSON (US) LLP
Matthew P. Ward (Del. Bar No. 4471)
Morgan L. Patterson (Del. Bar No. 5388)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
      morgan.patterson@wbd-us.com

*Counsel to the Controlling Class of Zohar III Noteholders*