IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III Corp., *et al.*,[1] | Case No. 18-10512 (CSS) |
| Debtors. | Jointly Administered |
| | Docket Ref. No. 56 |

**AFFIDAVIT OF JONATHAN M. HOFF IN SUPPORT OF THE MOTION OF MBIA INSURANCE CORPORATION AND ZOHAR III CONTROLLING CLASS TO DISMISS THE CHAPTER 11 CASES OR, IN THE ALTERNATIVE, TO APPOINT A TRUSTEE**

I, Jonathan M. Hoff, being duly sworn, do hereby declare and say:

1. I am a partner at the law firm of Cadwalader, Wickersham & Taft LLP, counsel for MBIA Insurance Corporation ("MBIA"). I respectfully submit this affidavit in support of the Motion of MBIA Insurance Corporation and Zohar III Controlling Class to Dismiss the Chapter 11 Cases or, in the Alternative, to Appoint a Trustee [Docket No. 56] (the "Motion").

2. True and correct copies of the following documents cited in the Motion are attached hereto as follows:

| Exhibit | Document Description |
|---|---|
| 1 | The Indenture among Zohar CDO 2003-1, Limited, Zohar CDO 2003-1 Corporation, Zohar CDO 2003-1, LLC, and MBIA Insurance Corporation, CDC Financial Products, Inc., and U.S. Bank National Association, dated November 13, 2003. |
| 2 | The Collateral Management Agreement among Zohar CDO 2003-1, Limited, Zohar CDO 2003-1, LLC, and Patriarch Partners VIII, LLC, dated November 13, 2003. |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). They are also referred to herein, collectively, as the "Zohar Funds."

| Exhibit | Document Description |
|---|---|
| 3 | The Insurance and Indemnity Agreement among MBIA Insurance Corporation, Zohar CDO 2003-1, Limited, Zohar CDO 2003-1 Corporation and Zohar CDO 2003-1, LLC, dated November 13, 2003. |
| 4 | The Financial Guaranty Insurance Policy, No. 42712, issued by MBIA Insurance Corporation, dated November 13, 2003. |
| 5 | The Collateral Management Agreement among Zohar CDO 2003-1, Limited, Zohar CDO 2003-1, LLC, and Alvarez & Marsal Zohar Management, LLC, dated March 3, 2016. |
| 6 | The Preference Share Paying Agency Agreement between Zohar CDO 2003-1, Limited and U.S. Bank National Association, dated November 13, 2003. |
| 7 | [Intentionally Omitted]. |
| 8 | The Indenture among Zohar II 2005-1, Limited, Zohar II 2005-1, Corp., Zohar II 2005-1, LLC, MBIA Insurance Corporation, IXIS Financial Products Inc., and LaSalle Bank National Association, dated January 12, 2005. |
| 9 | The Collateral Management Agreement among Zohar II 2005-1, Limited, Zohar II 2005-1, LLC, and Patriarch Partners XIV, LLC, dated January 12, 2005. |
| 10 | The Insurance and Indemnity Agreement among MBIA Insurance Corporation, Zohar II 2005-1, Limited, Zohar II 2005-1 Corporation, and Zohar II 2005-1, LLC, dated January 12, 2005. |
| 11 | The Financial Guaranty Insurance Policy, No. 45557, issued by MBIA Insurance Corporation, dated January 14, 2005. |
| 12 | The Collateral Management Agreement among Zohar II 2005-1, Limited, Zohar II 2005-1, LLC, and Alvarez & Marsal Zohar Management, LLC, dated March 3, 2016. |
| 13 | The Preference Share Paying Agency Agreement between Zohar II 2005-1, Limited and LaSalle Bank National Association, dated January 12, 2005. |
| 14 | The Indenture among Zohar III, Limited, Zohar III, Corp., Zohar III, LLC, Natixis Financial Products Inc., and LaSalle Bank National Association, dated April 6, 2007. |
| 15 | The Collateral Management Agreement among Zohar III, Limited, Zohar III, LLC, and Patriarch Partners XV, LLC, dated April 6, 2007. |
| 16 | The Collateral Management Agreement among Zohar III, Limited, Zohar III, LLC, and Alvarez & Marsal Zohar Management, LLC, dated March 3, 2016. |
| 17 | The Preference Share Paying Agency Agreement between Zohar III, Limited, and LaSalle Bank National Association, dated April 6, 2007. |
| 18 | Post-Trial Opinion of Vice Chancellor Slights of the Delaware Court of Chancery in *Zohar II 2005-1, Limited, et al. v. FSAR Holdings, Inc., et al.*, Case No. 12946-VCS, 2017 WL 5956877 (Del. Ch. Nov. 30, 2017) (the "Del. 225 Action"). |
| 19 | Email Correspondence between R. Bartley of Young, Conaway, Stargatt & Taylor LLP and Jonathan Edwards of Alston & Bird LLP, dated March 21, 2018. |
| 20 | Memorandum Opinion of Vice Chancellor Slights of the Delaware Court of Chancery in *Zohar CDO 2003-1, LLC, et al. v. Patriarch Partners, LLC et al.*, C.A. No. 12247-VCS (Del. Ch. Oct. 26, 2016) (the "Books and Records Action"). |
| 21 | Complaint in *Zohar CDO 2003-1, LLC, et al. v. Patriarch Partners, LLC et al.*, Case No. 1:17-cv-307-WHP (S.D.N.Y. Jan. 16, 2017) (the "RICO Action"). |

| Exhibit | Document Description |
|---|---|
| 22 | Defendants' Third Amended Omnibus Answer to Complaint and Amended Counterclaims Against PPAS in *Patriarch Partners Agency Services, LLC v. Zohar CDO 2003-1, Limited, et al.*, Case No. 1:16-cv-4488-VM-KHP (S.D.N.Y. Dec. 21, 2017). |
| 23 | Excerpts of the trial transcript in *Zohar II 2005-1, Limited, et al. v. FSAR Holdings, Inc., et al.*, Case No. 12946-VCS (Del. Ch. Apr. 19, 2017) (the "Del. 225 Action"). |
| 24 | Excerpts of the hearing transcript in *In re Zohar CDO 2003-1, Limited, et al.*, Case No. 15-23680-rdd (Bankr. S.D.N.Y. Feb. 1, 2016). |
| 25 | Amended Order Entering Final Judgment, Staying Execution of the Judgment Pending Appeal and Maintaining the Status Quo Orders in *Zohar II 2005-1, Limited, et al. v. FSAR Holdings, Inc., et al.*, Case No. 12946-VCS (Del. Ch. Nov. 30, 2017) (the "Del. 225 Action"). |
| 26 | Magistrate's Report and Recommendation in *Zohar CDO 2003-1, Limited et al. v. Croscill Home LLC et al.*, Civ. A. No. 17-1797-JFB-SRF (D. Del. Feb. 14, 2018) (the "LLC Action"). |
| 27 | Complaint in *Zohar CDO 2003-1, Limited, et al. v. Croscill Home LLC, et al.*, Case No. 2017-0816 (Del. Ch. Nov. 14, 2017) (the "LLC Action"). |
| 28 | Complaint in *Zohar CDO 2003-1, Limited, et al. v. Octaluna, LLC, et al.*, Case No. 2018-0024 (Del. Ch. Jan. 12, 2018) (the "MD-Vulcan Action"). |
| 29 | Stipulation and [Proposed] Order Staying Action Pending Adjudication of Parallel Action in *Zohar CDO 2003-1, Limited, et al. v. Octaluna, LLC, et al.*, Civ. A. No. 1:18-cv-108- JFB-SRF (Feb. 22, 2018). |
| 30 | Adversary Proceeding Complaint in *Lamonica v. Tilton, et al.* (*In re TransCare Corporation*) Case No. 16-10407 (SMB) (Bankr. S.D.N.Y. Feb. 22, 2018) (the "TransCare Trustee Action"). |
| 31 | Defendants' Opposition to Plaintiffs' Motion for Limited Reargument in *Zohar II 2005-1, Limited, et al. v. FSAR Holdings, Inc., et al.*, Case No. 12946-VCS (Del. Ch. Dec. 22, 2017) (the "Del. 225 Action"). |

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2018
New York, New York

CADWALADER, WICKERSHAM & TAFT LLP

By: /s/ Jonathan M. Hoff
Jonathan M. Hoff, Esq.
200 Liberty Street
New York, New York 10281
Telephone: (212) 504.6000
Facsimile: (212) 504.6666
Email: jonathan.hoff@cwt.com

DOCS_DE:218627.1 57328/001