**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 18-10512 (CSS) |
| Zohar III, Corp., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**CERTIFICATION OF DEBTORS' CONSOLIDATED CREDITOR MATRIX**

In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rule 1007-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and subject to the provisions of this certificate, two lists of creditors of Zohar III, Corp. and its affiliated debtors and debtors in possession (collectively, the "Debtors") are filed by attachment hereto.

As of March 3, 2016, Alvarez & Marsal Zohar Management, LLC ("AMZM") has acted as the Debtors' collateral manager and has been in possession of the Debtors' books and records as of that time. The list of the Debtors' creditors attached hereto as Exhibit A (the "AMZM List") was provided to the Debtors on March 22, 2018, by AMZM's counsel. The Debtors have no ability to review the accuracy of the AMZM List, but have been advised by AMZM, through its counsel, that the AMZM List reflects "to the best of AMZM's knowledge, creditors' claims against the Debtors as of March 11, 2018."

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

01:23011015.6

The list attached hereto as <u>Exhibit B</u> (the "<u>Zohar List</u>" and, together with the AMZM List, the "<u>Lists</u>") reflects parties not listed on the AMZM List, but who the Debtors understand also have claims and may be considered creditors.

Subject to the foregoing, the undersigned certifies that, upon information and belief, the AMZM List accurately reflects the identity of creditors provided by AMZM and the Zohar List accurately reflects the identity of additional creditors identified by the Debtors. To the extent practicable, the Lists comply with Local Rule 1007-1(a). The Debtors reserve the right to amend or supplement the Lists and/or otherwise supplement the creditor matrix as necessary.

The Debtors have not completed a comprehensive legal and/or factual investigation with regard to possible defenses of the Debtors and their estates to any claims of the potential claimants included in the Lists. In addition, certain of the parties included in the Lists may not hold outstanding claims as of the date hereof and, therefore, may not be creditors of the Debtors and their estates for purposes of these Chapter 11 cases. Therefore, the Lists do not, and should not be deemed or otherwise construed to, constitute either (i) waivers of any defenses of the Debtors and their estates to any claims that may be asserted against the Debtors and their estates, or (ii) acknowledgements or admissions of the validity, priority, or amount of any claims that may be asserted against the Debtors and their estates.

Dated: March 27, 2018

        Zohar III, Corp. *et al*.

        */s/ Marc S. Kirschner*

        Marc S. Kirschner
        Chief Restructuring Officer