## EXHIBIT A

**The AMZM List**

## List of Zohar Secured Creditors

*All rights are reserved to edit and/or add amounts for services provided pre-bankruptcy 3/11/2018.*

| Outstanding Balances per Creditor | Zohar I | Zohar II | Zohar III | Total | FN | As of / through: |
|---|---|---|---|---|---|---|
| MBIA Insurance as Noteholders - Class A | 165,333,858.05 | 785,159,385.73 | | 950,493,243.78 | | ZI estimated thru 1/31/18, ZII thru 1/23/2018 |
| Zohar III Noteholders - Class A | | | 791,184,907.08 | 791,184,907.08 | | 12/18/2017 |
| Zohar Noteholders Class A interest: interim period thru 3/11/2018 | 2,249,729.71 | 6,700,859.18 | 3,841,865.44 | 12,792,454.33 | | Estimated amounts thru 3/11/18 |
| AMZM December 2017 Senior CM Fees held in Payment Acct @ US Bank | | | 2,654,344.58 | 2,654,344.58 | | 12/18/2017 |
| AMZM Senior CM Fees accrued: interim period thru 3/11/2018 | | 1,330,454.22 | 2,411,237.54 | 3,741,691.76 | | 3/11/2018 (ZII estimated based on prior payment date) |
| A&M Reimbursable legal fees for paid Mayer Brown services | 13,100.78 | | | 13,100.78 | | |
| Alston & Bird | | | 8,656.16 | 8,656.16 | | 2/28/2018 |
| Barns, Sott, Denn & Driker | | 26,371.15 | 5,722.50 | 32,093.65 | | 2/28/2018 |
| Blank Rome | 914,393.67 | 20,092.78 | 3,793.56 | 938,280.01 | [1] | 1/31/2018 |
| Cadwalader, Wickersham & Taft | 2,382,478.28 | | | 2,382,478.28 | | |
| Capital Market Risk Advisors | 110,413.04 | | | 110,413.04 | | |
| Cohen & Gresser | 79,963.51 | 12,331.68 | | 92,295.19 | [1] | 12/31/2017 |
| Custom House Fund Services | | | | - | | Contingent, Unliquidated and potentially Disputed |
| Fund Fiduciary Partners | 36,782.45 | 10,475.18 | 11,572.18 | 58,829.81 | [1][2] | 3/31/2018 |
| Gary Neems | 6,124.40 | | | 6,124.40 | [1] | |
| Irish Stock Exchange | | | | - | | Contingent, Unliquidated and potentially Disputed |
| Maples & Calder | 153,363.49 | 814.73 | 585.73 | 154,763.95 | [1] | |
| Maples FS | 57,148.23 | | | 57,148.23 | [1] | |
| Morris James | | | | - | | Contingent, Unliquidated and potentially Disputed |
| Morris, Nichols, Arsht & Tunnell | 150,944.81 | 292,737.41 | 74,755.35 | 518,437.57 | [1] | 2/28/2018 |
| Osborn Maledon | 6,399.18 | 26,201.53 | 4,648.50 | 37,249.21 | | 2/28/2018 |
| Patriarch Partners (legal fees) | 1,633,202.74 | | | 1,633,202.74 | | Disputed. Patriarch incurred these in 2013. |
| Quinn Emanuel Urquhart & Sullivan | 414,712.56 | 235,438.26 | | 650,150.82 | [1] | 1/31/2018 |
| Schlam Stone & Dolan | | 1,627.08 | | 1,627.08 | | 2/28/2018 |
| Shearman & Sterling | 1,000.75 | 28,998.95 | 2,047.58 | 32,047.28 | | 2/28/2018 |
| US Bank Trustee Fees | | 53,218.17 | 96,449.50 | 149,667.67 | | 3/11/2018 (ZII estimated based on prior payment date) |
| Natixis Class A-1R Note Agent Fees | | | 73,846.15 | 73,846.15 | | 3/11/2018 |
| **Total** | **173,543,615.65** | **793,899,006.05** | **800,354,431.85** | **1,767,797,053.55** | | |

| Subordinated Collateral Manager Fees | | | | | | |
|---|---|---|---|---|---|---|
| AMZM/Noteholder Subordinated CM Fees | 1,775,961.81 | 19,331,769.13 | 19,307,385.99 | 40,415,116.93 | | ZI 6/27/2016, ZII & ZIII as of 3/11/2018 |
| Patriarch Partners Subordinated CM Fees | 19,359,948.48 | 2,377,054.87 | 1,265,031.65 | 23,002,035.00 | | |
| **Total** | **21,135,910.29** | **21,708,824.00** | **20,572,417.64** | **63,417,151.93** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Total Secured Claims** | **194,679,525.94** | **815,607,830.05** | **820,926,849.49** | **1,831,214,205.48** | |

### Notes:
[1] In addition to being secured under the pertinent indenture documents, these claims are secured by and have recourse, in part or in whole, to the Litigation holdback maintained at Zohar I.

[2] Balance outstanding reflects a proposed adjustment/agreement that is still in final negotiation based on FFP being replaced as Director for 2017 & 2018.

*The above excludes any alleged claims of insiders/affiliates.*

*Not applicable to this Zohar fund*

## **EXHIBIT B**

**The Zohar List**

Additional Creditors:

1. Patriarch Partners VIII, LLC

2. Patriarch Partners XIV, LLC

3. Patriarch Partners XV, LLC

4. Octaluna, LLC

5. Octaluna II, LLC

6. Octaluna III, LLC

01:23011015.6