IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ZOHAR III Corp., et al. | ) | Case No. 18-10512 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER ASSIGNING MATTER TO MEDIATOR

IT IS HEREBY ORDERED, pursuant to Del. Bankr. LR 9019-3, that this case is assigned to mediation;

IT IS FURTHER ORDERED that Judge Kevin Gross is appointed as mediator; and

IT IS FURTHER ORDERED that Judge Gross shall establish the time and place of mediation, the timing of submission of materials, the persons required to attend the mediation conference and all other issues relating to the mediation.

Christopher S. Sontchi, Judge
United States Bankruptcy Court

Dated: April 4, 2018
cc:    Honorable Kevin Gross