**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>    Debtors. | ) Chapter 11<br>)<br>) Case No. 18-10512 (CSS)<br>)<br>) Jointly Administered<br>)<br>) |

**NOTICE OF FOURTH AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON APRIL 17 AND 18, 2018 AT 10:00 A.M. (ET)**

---

PLEASE NOTE THAT AT THE DIRECTION OF THE COURT AND THE MEDIATOR, THIS HEARING HAS BEEN CANCELLED AND THE COURT WILL HOLD A STATUS CONFERENCE TODAY AT **3:30 P.M. (ET)**

**ALL PARTIES ARE PERMITTED TO APPEAR BY TELEPHONE[3]**

---

## ADJOURNED MATTER

1. Debtors' Motion for Entry of an Order (I) Approving the Debtors' Reporting Protocol and (II) (A) Modifying the Debtors' Reporting Requirements Under Bankruptcy Rule 2015.3, and (B) as Necessary, Extending the Deadline Within Which to Report Under Bankruptcy Rule 2015.3 [D.I. 7; 3/12/18]

    Related Documents:

    A.   Notice of Motion [D.I. 28; 3/16/18]

    B.   Notice (A) Status Conference with Respect to Certain Pending Matters and (B) Extension of All Objection Deadlines with Respect to Matters Currently Scheduled for April 4, 2018 Hearing [D.I. 80; 3/27/18]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

[2] **All amendments appear in bold.**

[3] **All parties wishing to participate in the status conference can make arrangements through CourtCall at (866) 582-6878.**

    C.    Order Adjourning Hearing on Certain Motions and Setting Objection and Reply Deadlines with Resepct to the Same [D.I. 108; 3/28/18]

    D.    Re-Notice of Motion [D.I. 149; 4/6/18]

Response Deadline:    March 29, 2017 at 4:00 p.m. (ET)

Responses Received:

    E.    United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Reporting Protocol and (II) (A) Modifying the Debtors' Reporting Requirements Under Bankruptcy Rule 2015.3, and (B) as Necessary, Extending the Deadline Within Which to Report Under Bankruptcy Rule 2015.3 [D.I. 82; 3/12/18]

    F.    Objection of MBIA Insurance Corporation to the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Reporting Protocol and (II) (A) Modifying the Debtors' Reporting Requirements Under Bankruptcy Rule 2015.3, and (B) as Necessary, Extending the Deadline Within Which to Report Under Bankruptcy Rule 2015.3 [D.I. 90; 3/27/18]

    G.    Objection of Controlling Class of Zohar III Noteholders to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Reporting Protocol and (II) (A) Modifying the Debtors' Reporting Requirements Under Bankruptcy Rule 2015.3, and (B) as Necessary, Extending the Deadline Within Which to Report Under Bankruptcy Rule 2015.3 [D.I. 91; 3/27/18]

    H.    Joinder of U.S. Bank National Association, as Indenture Trustee to Objection of Certain Noteholders Compromising the Controlling Class of Zohar III to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Reporting Protocol and (II) (A) Modifying the Debtors' Reporting Requirements Under Bankruptcy Rule 2015.3, and (B) as Necessary, Extending the Deadline Within Which to Report Under Bankruptcy Rule 2015.3 [D.I. 96; 3/27/18]

Status:    This matter is adjourned to May 9, 2018 at 10:00 a.m. (ET).

**MATTERS GOING FORWARD**

2.    Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, (A) Authorizing the Debtors to Reject the Collateral Management Agreements with Alvarez & Marsal Zohar Management, LLC, Nunc Pro Tunc to the Petition Date, (B) Granting Relief with Respect to the Cessation and Transition of Services Under the Collateral Management Agreements, and (C) Granting Related Relief [D.I. 8; 3/12/18]

Related Documents:

A. Notice of Motion [D.I. 29; 3/16/18]

B. Notice (A) Status Conference with Respect to Certain Pending Matters and (B) Extension of All Objection Deadlines with Respect to Matters Currently Scheduled for April 4, 2018 Hearing [D.I. 80; 3/27/18]

C. Declaration of Matthew B. Harvey in Support of Objection of Alvarez & Marsal Zohar Management LLC to Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, (A) Authorizing the Debtors to Reject the Collateral Management Agreements with Alvarez & Marsal Zohar Management, LLC, Nunc Pro Tunc to the Petition Date, (B) Granting Relief with Respect to the Cessation and Transition of Services Under the Collateral Management Agreements, and (C) Granting Related Relief [D.I. 87; 3/27/18]

D. Declaration of Mamta K. Scott in Support of the Objection of U.S. Bank National Association, Solely in Its Capacity as Trustee, to Debtors' Rejection Motion [D.I. 94; 3/27/18]

E. Order Adjourning Hearing on Certain Motions and Setting Objection and Reply Deadlines with Resepct to the Same [D.I. 108; 3/28/18]

<u>Response Deadline</u>:           March 29, 2017 at 4:00 p.m. (ET)

<u>Reply Deadline</u>:              April 12, 2018 at 12:00 p.m. (ET); Extended by Agreement of the Parties

<u>Responses Received</u>:

F. Objection of Alvarez & Marsal Zohar Management LLC to Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, (A) Authorizing the Debtors to Reject the Collateral Management Agreements with Alvarez & Marsal Zohar Management, LLC, Nunc Pro Tunc to the Petition Date, (B) Granting Relief with Respect to the Cessation and Transition of Services Under the Collateral Management Agreements, and (C) Granting Related Relief [D.I. 86; 3/27/18]

G. MBIA Insurance Corporation's Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, (A) Authorizing the Debtors to Reject the Collateral Management Agreements with Alvarez & Marsal Zohar Management, LLC, Nunc Pro Tunc to the Petition Date, (B) Granting Relief with Respect to the Cessation and Transition of Services Under the Collateral Management Agreements, and (C) Granting Related Relief [D.I. 89; 3/27/18]

H. Objection of Controlling Class of Zohar III Noteholders to Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy

   Code, (A) Authorizing the Debtors to Reject the Collateral Management Agreements with Alvarez & Marsal Zohar Management, LLC, Nunc Pro Tunc to the Petition Date, (B) Granting Relief with Respect to the Cessation and Transition of Services Under the Collateral Management Agreements, and (C) Granting Related Relief [D.I. 92; 3/27/18]

I.  (I) Objection of U.S. Bank National Association, as Indenture Trustee, to Debtors' Motion to Reject Collateral Management Agreements, (II) Request for Adequate Protection Under 11 U.S.C. § 363(e), and (III) Joinder to Certain Portions of Other Objections [D.I. 93; 3/27/18]

J.  Debtors' Omnibus Reply in Support of Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, (A) Authorizing the Debtors to Reject the Collateral Management Agreements with Alvarez & Marsal Zohar Management, LLC, Nunc Pro Tunc to the Petition Date, (B) Granting Relief with Respect to the Cessation and Transition of Services Under the Collateral Management Agreements, and (C) Granting Related Relief [D.I. 173; 4/12/18]

Status:  This matter is going forward consistent with the pre-trial conference scheduled in this matter for April 13, 2018 at 3:30 p.m. (ET).

3.  Motion of the Zohar Funds, Acting Through Their Collateral Manager, for Relief from the Automatic Stay to Complete Appeal [D.I. 21; 3/14/18]

Related Documents:

A.  Affidavit of Megan Ward Cascio in Support of the Motion of the Zohar Funds, Acting Through Their Collateral Manager, for Relief from the Automatic Stay to Complete Appeal [D.I. 24; 3/14/18]

B.  Notice of Hearing Regarding Motion of the Zohar Funds, Acting Through Their Collateral Manager, for Relief from the Automatic Stay to Complete Appeal [D.I. 30; 3/16/18]

C.  Notice (A) Status Conference with Respect to Certain Pending Matters and (B) Extension of All Objection Deadlines with Respect to Matters Currently Scheduled for April 4, 2018 Hearing [D.I. 80; 3/27/18]

D.  Order Adjourning Hearing on Certain Motions and Setting Objection and Reply Deadlines with Resepct to the Same [D.I. 108; 3/28/18]

E.  Motion of the Zohar Funds, Acting Through Their Collateral Manager, for an Order to File Under Seal Information Designated as Confidential in Reply in Support the Motion of the Zohar Funds, Acting Through Their Collateral Manager, for Relief from the Automatic Stay to Complete Appeal [D.I. 174; 4/12/18]

01:23121731.1

<u>Response Deadline</u>:         March 29, 2017 at 4:00 p.m. (ET)

<u>Reply Deadline</u>:         April 12, 2018 at 12:00 p.m. (ET); Extended by Agreement of the Parties

<u>Responses Received</u>:

F.   Joinder of the Controlling Class of Zohar III Noteholders to the Motion of the Zohar Funds, Acting Through Their Collateral Manager, for Relief from the Automatic Stay to Complete Appeal [D.I. 67; 3/26/18]

G.   MBIA Insurance Corporation's Joinder to Motion of the Zohar Funds, Acting Through Their Collateral Manager, for Relief from the Automatic Stay to Complete Appeal [D.I. 88; 3/27/18]

H.   Debtors' Objection to Alvarez & Marsal Zohar Management, LLC's Motion for Relief from the Automatic Stay [D.I. 111; 3/29/18]

I.   [SEALED] Reply in Support of the Motion of the Zohar Funds, Acting Through Their Collateral Manager, for Relief from the Automatic Stay to Complete Appeal [D.I. 172; 4/12/18]

<u>Status</u>:   This matter is going forward consistent with the pre-trial conference scheduled in this matter for April 13, 2018 at 3:30 p.m. (ET).

4.   Motion of MBIA Insurance Corporation and Zohar III Controlling Class to Dismiss the Chapter 11 Cases or, if not Dismissed, to Appoint a Trustee [D.I. 56; 3/26/18]

<u>Related Documents</u>:

A.   Affidavit of Jonathan M. Hoff in Support of Motion of MBIA Insurance Corporation and Zohar III Controlling Class to Dismiss the Chapter 11 Cases or, if not Dismissed, to Appoint a Trustee [D.I. 72; 3/26/18]

B.   Notice (A) Status Conference with Respect to Certain Pending Matters and (B) Extension of All Objection Deadlines with Respect to Matters Currently Scheduled for April 4, 2018 Hearing [D.I. 80; 3/27/18]

C.   Order Granting Motion for Leave to Exceed Page Limitation [D.I. 107; 3/28/18]

D.   Order Adjourning Hearing on Certain Motions and Setting Objection and Reply Deadlines with Resepct to the Same [D.I. 108; 3/28/18]

E.       Notice of Motion of MBIA Insurance Corporation and Zohar III Controlling Class to Dismiss the Chapter 11 Cases or, if not Dismissed, to Appoint a Trustee [D.I. 110; 3/28/18]

F.       Declaration of Mary Beth Maloney in Support of Lynn Tilton's and the Patriarch and Octaluna Entities' Objection to the Motion of MBIA and the Zohar III Controlling Class to Dismiss These Chapter 11 Cases or, Alternatively, to Appoint a Trustee [D.I. 164; 4/10/18]

Response Deadline:       April 10, 2017 at 4:00 p.m. (ET)

Reply Deadline:       April 15, 2018 at 12:00 p.m. (ET) Extended by Agreement of the Parties

Responses Received:

G.       Objection of of Lynn Tilton's and the Patriarch/Octaluna Entities' to the Motion of MBIA and the Zohar III Controlling Class to Dismiss These Chapter 11 Cases or, Alternatively, to Appoint a Trustee [D.I. 163; 4/10/18]

H.       Debtors' Objection to (I) the Motion of MBIA Insurance Corporation and Zohar III Controlling Class to Dismiss the Chapter 11 Cases or, if not Dismissed, to Appoint a Trustee and (II) the United States Trustee's Motion for Appointment of a Trustee, or in the Alternative, for the Appointment of an Examiner [D.I. 165; 4/10/18]

I.       [SEALED] Reply Memorandum of Law of MBIA Insurance Corporation and Zohar III Controlling Class in Support of Their Motion to Dismiss the Chapter 11 Cases or, if not Dismissed, to Appoint a Trustee [D.I. 182; 4/15/18]

J.       [SEALED] Affidavit of Jonathan M. Hoff in Support of Motion of MBIA Insurance Corporation and Zohar III Controlling Class to Dismiss the Chapter 11 Cases or, if not Dismissed, to Appoint a Trustee [D.I. 183; 4/15/18]

Additional Documents:

K.       Motion of Motion of MBIA Insurance Corporation and Zohar III Controlling Class for an Order to File Under Seal Their Reply Support of Motion to Dismiss the Chapter 11 Cases or, if not Dismissed, to Appoint a Trustee [D.I. 186; 4/15/18]

L.       Notice of Filing of [Proposed] Governance Term Sheet [D.I. 187; 4/15/18]

Status:       This matter is going forward consistent with the pre-trial conference scheduled in this matter for April 13, 2018 at 3:30 p.m. (ET).

5.     United States Trustee's Motion for the Appointment of a Trustee, or in the Alternative, for the Appointment of an Examiner [D.I. 132; 4/3/18]

       Related Documents:

       A.     Order Shortneing Notice of the United States Trustee's Motion for the Appointment of a Trustee, or in the Alternative, for the Appointment of an Examiner [D.I. 138; 4/4/18]

       B.     Notice of Hearing [D.I. 145; 4/5/18]

       Response Deadline:        April 12, 2018

       Responses Received:

       C.     Debtors' Objection to (I) the Motion of MBIA Insurance Corporation and Zohar III Controlling Class to Dismiss the Chapter 11 Cases or, if not Dismissed, to Appoint a Trustee and (II) the United States Trustee's Motion for Appointment of a Trustee, or in the Alternative, for the Appointment of an Examiner [D.I. 165; 4/10/18]

       D.     Objection of Lynn Tilton and the Patriarch/Octaluna Entities to the United States Trustee's Motion for the Appointment of a Trustee, or, Alternatively, for the Appointment of an Examiner [D.I. 176; 4/12/18]

       Status:     This matter is going forward consistent with the pre-trial conference scheduled in this matter for April 13, 2018 at 3:30 p.m. (ET).

6.     Motion of the Zohar Funds, Acting Through Their Collateral Manager, for an Order to File Under Seal Information Designated as Confidential in Reply in Support the Motion of the Zohar Funds, Acting Through Their Collateral Manager, for Relief from the Automatic Stay to Complete Appeal [D.I. 174; 4/12/18]

       Related Documents:

       A.     [SEALED] Reply in Support of the Motion of the Zohar Funds, Acting Through Their Collateral Manager, for Relief from the Automatic Stay to Complete Appeal [D.I. 172; 4/12/18]

       Response Deadline:        April 17, 2018 at 10:00 a.m. (ET)

       Responses Received:        None as of this date

       Status:     This matter is going forward consistent with the pre-trial conference scheduled in this matter for April 13, 2018 at 3:30 p.m. (ET).

ADDITIONAL MATTERS

7. Motion of Motion of MBIA Insurance Corporation and Zohar III Controlling Class for an Order to File Under Seal Their Reply in Support of Motion to Dismiss the Chapter 11 Cases or, if not Dismissed, to Appoint a Trustee [D.I. 186; 4/15/18]

Related Documents:

A. [SEALED] Reply in Support of the Motion of the Zohar Funds, Acting Through Their Collateral Manager, for Relief from the Automatic Stay to Complete Appeal [D.I. 172; 4/12/18]

Response Deadline: April 17, 2018 at 10:00 a.m. (ET)

Responses Received: None as of this date

Status: This matter is going forward.

Dated: April 18, 2018
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael R. Nestor*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4421)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Proposed Counsel to the Debtors and Debtors in Possession*

01:23121731.1