UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re Zohar III, Corp., *et al.*                                    Case No.    **18-10512**
    **Debtor**                                    Reporting Period: March 12, 2018 - March 31, 2018

                                Federal Tax I.D. #

### MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and
submit a copy of the report to any official committee appointed in the case.**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
|   Schedule of Professional Fees Paid | MOR-1b | | | |
|   Copies of bank statements | | | | |
|   Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Post-petition Taxes | MOR-4 | | | |
|   Copies of IRS Form 6123 or payment receipt | | | | |
|   Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | | |
|   Listing of Aged Accounts Payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-6 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor                                    Date

_____                  Date April 30, 2018

Marc Kirschner, Chief Restructuring Officer            Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

**NOTES TO MONTHLY OPERATING REPORT**
**Reporting Period: March 12 – 31, 2018**

The Monthly Operating Report ("MOR") herein includes information for the following Debtors (with the last four digits of their taxpayer identification number): Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).

The MOR is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly operating requirements of the Bankruptcy Court and the United States Trustee.

The MOR is unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects.  In addition, the MOR was prepared without full access to pre-petition financial information, including the general ledger. Non-Debtor entities may be in the possession of financial information regarding the Debtors that has not been provided to the Debtors or the CRO and such information, once made available to the Debtors and CRO, could result in a material re-statement of the information included in this MOR. Parties may dispute asset, liability and equity amounts, and all rights are reserved.

The financial statements and the supplemental information contained herein represent the financial information for the Debtors only and not for non-debtor affiliates. The results of operations herein are not necessarily indicative of results that are expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position or cash flows of the Debtors in the future.

**Bank Accounts:**
All Debtors with bank accounts are included in the Schedule of Cash Receipts and Disbursements.  The Debtors are in the process of opening new bank accounts at an institution which is an authorized depository.

US Bank, as indenture trustee, holds $5.4 million of cash on behalf of Zohar I.  This is presented in the MOR as Restricted Cash.

**Professional Fees:**
For purposes of the MOR, the accrued professional fees have been allocated to Zohar II and Zohar III on an equal basis and will be subject to a reconciliation.

**MOR-3:**
Value of notes receivable reflects principal balances outstanding. No value has been assigned to the Debtors' equity interests in portfolio companies.

The Class B Notes of each Zohar fund are reflected at a carrying value of zero.

To reflect the sale of Zohar I's assets by U.S. Bank, as indenture trustee, on December 21, 2016 [*see* D.I. 5, ¶ 116], the notes receivable have been excluded from assets of Zohar I and MBIA claims at Zohar I are shown net of the credit bid amount.

In re  Zohar III, Corp, et al.                                Case No.          18-10512
_____
**Debtor**                                         Reporting Period:  March 12, 2018 - March 31, 2018

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| CASE NUMBER | ZOHAR CDO 2003-1, CORP 18-10514 | ZOHAR II 2005-1, CORP 18-10513 | ZOHAR III, CORP 18-10512 | CURRENT MONTH TOTAL | CUMULATIVE TOTAL |
|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $          - | $          - | 1,275,000 | $     1,275,000 | $     1,275,000 |
| **RECEIPTS** | | | | | |
| CASH SALES | | | | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | 1,637,241 | 1,637,241 | 1,637,241 |
| LOANS AND ADVANCES | | | | - | - |
| SALE OF ASSETS | | | | - | - |
| OTHER *(ATTACH LIST)* | | | | - | - |
| TRANSFERS *(FROM DIP ACCTS)* | | | | - | - |
| TOTAL RECEIPTS | - | - | 1,637,241 | 1,637,241 | 1,637,241 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | | | | - | - |
| PAYROLL TAXES | | | | - | - |
| SALES, USE, & OTHER TAXES | | | | - | - |
| INVENTORY PURCHASES | | | | - | - |
| SECURED/ RENTAL/ LEASES | | | | - | - |
| INSURANCE | | | | - | - |
| ADMINISTRATIVE | | | | - | - |
| SELLING | | | | - | - |
| OTHER *(ATTACH LIST)* | | | | - | - |
| OWNER DRAW * | | | | - | - |
| TRANSFERS *(TO DIP ACCTS)* | | | | - | - |
| PROFESSIONAL FEES | | | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | | | | - | - |
| COURT COSTS | | | | - | - |
| TOTAL DISBURSEMENTS | - | - | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | 1,637,241 | 1,637,241 | 1,637,241 |
| CASH – END OF MONTH | $          - | $          - | $   2,912,241 | $   2,912,241 | $   2,912,241 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $0 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | **$0** |

*Unaudited, subject to change.*

**In re** Zohar III, Corp, et al.

**Debtor**

**Case No.** **18-10512**

**Reporting Period:** March 12, 2018 - March 31, 2018

## BANK RECONCILIATIONS

| | Zohar CDO 2003-1, Corp | | Zohar II 2005-1, Corp | | Zohar III, Corp | |
|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | $ | - | $ | - | $ | 2,912,241 |
| | | | | | | |
| **BANK BALANCE** | $ | - | $ | - | $ | 2,912,241 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | |
| ADJUSTED BANK BALANCE* | $ | - | $ | - | $ | 2,912,241 |
| *Adjusted bank balance must equal balance per books | | | | | | |
| | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **CHECKS OUTSTANDING** | Ck # | Amount | Ck # | Amount | Ck # | Amount |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |

In re Zohar III, Corp, et al.
**Debtor**

Case No.    **18-10512**
Reporting Period: March 12, 2018 - March 31, 2018

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month

| Payee | Period Covered | Amount Approved | Payor | Check | | Amount Paid | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Date | Fees | Expenses | Fees | Expenses |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

In re  Zohar III, Corp, et al.

**Debtor**

Case No.  **18-10512**

Reporting Period: March 12, 2018 - March 31, 2018

## STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Zohar I | | Zohar II | | Zohar III | |
|---|---|---|---|---|---|---|
| | MONTH | CUMULATIVE - FILING TO DATE | MONTH | CUMULATIVE - FILING TO DATE | MONTH | CUMULATIVE - FILING TO DATE |
| **REVENUES** | | | | | | |
| Gross Revenues | | | | | | |
|   Principal | | | - | - | - | - |
|   Interest | | | 1,693,979 | 1,693,979 | 311,098 | 311,098 |
| Less:  Returns and Allowances | | | | | | |
| Net Revenue | - | - | 1,693,979 | 1,693,979 | 311,098 | 311,098 |
| **COST OF GOODS SOLD** | | | | | | |
| Beginning Inventory | | | | | | |
| Add: Purchases | | | | | | |
| Add: Cost of Labor | | | | | | |
| Add: Other Costs *(attach schedule)* | | | | | | |
| Less:  Ending Inventory | | | | | | |
| Cost of Goods Sold | - | - | - | - | - | - |
| Gross Profit | - | - | 1,693,979 | 1,693,979 | 311,098 | 311,098 |
| **OPERATING EXPENSES** | | | | | | |
| Advertising | | | | | | |
| Auto and Truck Expense | | | | | | |
| Bad Debts | | | | | | |
| Contributions | | | | | | |
| Employee Benefits Programs | | | | | | |
| Officer/Insider Compensation* | | | | | | |
| Insurance | | | | | | |
| Management Fees/Bonuses | | | | | | |
| Office Expense | | | | | | |
| Pension & Profit-Sharing Plans | | | | | | |
| Repairs and Maintenance | | | | | | |
| Rent and Lease Expense | | | | | | |
| Salaries/Commissions/Fees | | | | | | |
| Supplies | | | | | | |
| Taxes - Payroll | | | | | | |
| Taxes - Real Estate | | | | | | |
| Taxes - Other | | | | | | |
| Travel and Entertainment | | | | | | |
| Utilities | | | | | | |
| Other *(attach schedule)* | | | | | | |
| Total Operating Expenses Before Depreciation | - | - | - | - | - | - |
| Depreciation/Depletion/Amortization | | | | | | |
| Net Profit (Loss) Before Other Income & Expenses | - | - | 1,693,979 | 1,693,979 | 311,098 | 311,098 |
| **OTHER INCOME AND EXPENSES** | | | | | | |
| Other Income *(attach schedule)* | | | | | | |
| Interest Expense | 550,473 | 550,473 | 1,056,593 | 1,056,593 | 1,167,818 | 1,167,818 |
| Other Expense *(attach schedule)* | | | | | | |
| Net Profit (Loss) Before Reorganization Items | (550,473) | (550,473) | 637,386 | 637,386 | (856,720) | (856,720) |
| **REORGANIZATION ITEMS** | | | | | | |
| Professional Fees | - | - | 490,000 | 490,000 | 490,000 | 490,000 |
| U. S. Trustee Quarterly Fees | | | | | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | | | | | |
| Gain (Loss) from Sale of Equipment | | | | | | |
| Other Reorganization Expenses *(attach schedule)* | | | | | | |
| Total Reorganization Expenses | | | | | | |
| Income Taxes | | | | | | |
| **Net Profit (Loss)** | **(550,473)** | **(550,473)** | **147,386** | **147,386** | **(1,346,720)** | **(1,346,720)** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

*Unaudited, subject to change.*

In re  Zohar III, Corp, et al.                                         Case No.     **18-10512**
        **Debtor**                                                   Reporting Period: March 12, 2018 - March 31, 2018

### STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

**BREAKDOWN OF "OTHER" CATEGORY**

**OTHER COSTS**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**OTHER OPERATIONAL EXPENSES**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**OTHER INCOME**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**OTHER EXPENSES**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**OTHER REORGANIZATION EXPENSES**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

*Unaudited, subject to change.*

**In re** Zohar III, Corp, et al.

**Debtor**

**Case No.**     **18-10512**

**Reporting Period:** March 12, 2018 - March 31, 2018

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | Zohar I | | Zohar II | | Zohar III | |
|---|---|---|---|---|---|---|
| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
| **CURRENT ASSETS** | | | | | | |
| Unrestricted Cash and Equivalents | | | | | 2,912,241 | 1,275,000 |
| Restricted Cash and Cash Equivalents (*see continuation sheet*) | 5,370,669 | 5,370,669 | | | | |
| Accounts Receivable (Net) | | | | | | |
| Notes Receivable | - | - | 657,878,566 | 657,878,566 | 608,754,135 | 608,754,135 |
| Interest Receivable | - | - | 12,284,535 | 10,590,556 | 10,829,821 | 10,518,723 |
| Inventories | | | | | | |
| Prepaid Expenses | | | | | | |
| Professional Retainers | | | | | | |
| Other Current Assets (*attach schedule*) | | | | | | |
| *TOTAL CURRENT ASSETS* | 5,370,669 | 5,370,669 | 670,163,101 | 668,469,122 | 622,496,197 | 620,547,858 |
| **PROPERTY & EQUIPMENT** | | | | | | |
| Real Property and Improvements | | | | | | |
| Machinery and Equipment | | | | | | |
| Furniture, Fixtures and Office Equipment | | | | | | |
| Leasehold Improvements | | | | | | |
| Vehicles | | | | | | |
| Less:  Accumulated Depreciation | | | | | | |
| *TOTAL PROPERTY & EQUIPMENT* | | | | | | |
| **OTHER ASSETS** | | | | | | |
| Amounts due from Insiders* | | | | | | |
| Other Assets (*attach schedule*) | | | | | | |
| *TOTAL OTHER ASSETS* | | | | | | |
| *TOTAL ASSETS* | 5,370,669 | 5,370,669 | 670,163,101 | 668,469,122 | 622,496,197 | 620,547,858 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

*Unaudited, subject to change.*

**In re** Zohar III, Corp, et al.

**Debtor**

**Case No.** 18-10512

**Reporting Period:** March 12, 2018 - March 31, 2018

| LIABILITIES AND OWNER EQUITY | Zohar I BOOK VALUE AT END OF CURRENT REPORTING MONTH | Zohar I BOOK VALUE ON PETITION DATE | Zohar II BOOK VALUE AT END OF CURRENT REPORTING MONTH | Zohar II BOOK VALUE ON PETITION DATE | Zohar III BOOK VALUE AT END OF CURRENT REPORTING MONTH | Zohar III BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | | | | |
| Accounts Payable | | | | | | |
| Taxes Payable/(Receivable) *(refer to FORM MOR-4)* | | | | | | |
| Wages Payable | | | | | | |
| Notes Payable | | | | | | |
| Interest Payable | 550,473 | - | 1,056,593 | - | 1,167,818 | - |
| Rent / Leases - Building/Equipment | | | | | | |
| Secured Debt / Adequate Protection Payments | | | | | | |
| Professional Fees | | | 490,000 | - | 490,000 | - |
| Amounts Due to Insiders* | | | | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | | | | |
| *TOTAL POST-PETITION LIABILITIES* | 550,473 | - | 1,546,593 | - | 1,657,818 | - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | | | | |
| Secured Debt | 330,594,274 | 330,594,274 | 798,473,547 | 798,473,547 | 802,635,930 | 802,635,930 |
| Priority Debt | | | | | | |
| Unsecured Debt | | | | | | |
| *TOTAL PRE-PETITION LIABILITIES* | 330,594,274 | 330,594,274 | 798,473,547 | 798,473,547 | 802,635,930 | 802,635,930 |
| *TOTAL LIABILITIES* | 331,144,747 | 330,594,274 | 800,020,140 | 798,473,547 | 804,293,748 | 802,635,930 |
| **OWNERS' EQUITY** | | | | | | |
| Capital Stock | | | | | | |
| Additional Paid-In Capital | | | | | | |
| Wires from Patriarch Partners | | | | | | |
| Partners' Capital Account | | | | | | |
| Owner's Equity Account | | | | | | |
| Retained Earnings - Pre-Petition | | | | | | |
| Retained Earnings - Post-petition | (550,473) | - | 147,386 | - | (1,346,720) | - |
| Preference Shares ($1,000 Par Value) | 20,000,000 | 20,000,000 | 78,236,828 | 78,236,828 | 60,000,000 | 60,000,000 |
| Capital Surplus (Deficit) | (345,223,605) | (345,223,605) | (208,241,253) | (208,241,253) | (240,450,830) | (242,088,072) |
| Adjustments to Owner Equity *(attach schedule)* | | | | | | |
| Post-petition Contributions *(attach schedule)* | | | | | | |
| *NET OWNERS' EQUITY* | (325,774,078) | (325,223,605) | (129,857,039) | (130,004,425) | (181,797,550) | (182,088,072) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 5,370,669 | 5,370,669 | 670,163,101 | 668,469,122 | 622,496,197 | 620,547,858 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

- -

*Unaudited, subject to change.*

**In re** Zohar III, Corp. et al.

**Debtor**

**Case No.**    18-10512

**Reporting Period:** March 12, 2018 - March 31, 2018

**BALANCE SHEET - continuation section**

| ASSETS | Zohar I | | Zohar II | | Zohar III | |
|---|---|---|---|---|---|---|
| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
| Other Current Assets | | | | | | |
| Receivables from other debtors | | | | | | |
| Deposits | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Other Assets | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| LIABILITIES AND OWNER EQUITY | Zohar I | | Zohar II | | Zohar III | |
|---|---|---|---|---|---|---|
| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
| Other Post-petition Liabilities | | | | | | |
| Advanced billing | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Adjustments to Owner's Equity | | | | | | |
| | | | | | | |
| | | | | | | |
| Post-Petition Contributions | | | | | | |
| | | | | | | |
| | | | | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

*Unaudited, subject to change.*

**In re** Zohar III, Corp, et al.

**Debtor**

**Case No.**    **18-10512**

**Reporting Period:** March 12, 2018 - March 31, 2018

### STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes. Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
| Total Federal Taxes | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Total State and Local | | | | | | |
| | | | | | | |
| **Total Taxes** | | | | | | |

### SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable / (Receivable) | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | 980,000.00 | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | 980,000.00 | - | - | - | - | - |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_Unaudited, subject to change._

In re Zohar III, Corp, et al.                                                    Case No.        **18-10512**
**Debtor**                                                           Reporting Period: March 12, 2018 - March 31, 2018

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | | | | | |
|---|---|---|---|---|---|---|
| | ZOHAR CDO 2003-1, CORP | ZOHAR CDO 2003-1, LIMITED | ZOHAR II 2005-1, CORP | ZOHAR II 2005-1, LIMITED | ZOHAR III, CORP | ZOHAR III, LIMITED |
| Total Accounts Receivable at the beginning of the reporting period | | | | | | |
| Plus:  Amounts billed during the period | | | | | | |
| Less:  Amounts collected during the period | | | | | | |
| Total Accounts Receivable at the end of the reporting period | | | | | | |

| Accounts Receivable Aging | Amount | | | | | |
|---|---|---|---|---|---|---|
| | ZOHAR CDO 2003-1, CORP | ZOHAR CDO 2003-1, LIMITED | ZOHAR II 2005-1, CORP | ZOHAR II 2005-1, LIMITED | ZOHAR III, CORP | ZOHAR III, LIMITED |
| 0 - 30 days old | | | | | | |
| 31 - 60 days old | | | | | | |
| 61 - 90 days old | | | | | | |
| 91+ days old | | | | | | |
| Total Accounts Receivable | - | | | | | |
| Less:  Bad Debts (Amount considered uncollectible) | | | | | | |
| Net Accounts Receivable | | | | | | |

*Unaudited, subject to change.*

In re Zohar III, Corp, et al.                                    Case No. **18-10512**
    Debtor                                    Reporting Period: March 12, 2018 - March 31, 2018

## DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? If no, provide an explanation below. | | X |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |