## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (CSS) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 9, 2018 AT 10:00 A.M. (ET)

---

**NO MATTERS ARE GOING FORWARD, AND THIS HEARING
HAS BEEN CANCELED WITH THE COURT'S PERMISSION**

---

## ADJOURNED MATTERS

1.     Debtors' Motion for Entry of an Order (I) Approving the Debtors' Reporting Protocol and (II) (A) Modifying the Debtors' Reporting Requirements Under Bankruptcy Rule 2015.3, and (B) as Necessary, Extending the Deadline Within Which to Report Under Bankruptcy Rule 2015.3 [D.I. 7; 3/12/18]

Related Documents:

   A.     Notice of Motion [D.I. 28; 3/16/18]

   B.     Notice (A) Status Conference with Respect to Certain Pending Matters and (B) Extension of All Objection Deadlines with Respect to Matters Currently Scheduled for April 4, 2018 Hearing [D.I. 80; 3/27/18]

   C.     Order Adjourning Hearing on Certain Motions and Setting Objection and Reply Deadlines with Resepct to the Same [D.I. 108; 3/28/18]

   D.     Re-Notice of Motion [D.I. 149; 4/6/18]

Response Deadline:              March 29, 2017 at 4:00 p.m. (ET)

---

[1]  The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

[2]  **All amendments appear in bold.**

Responses Received:

E.      United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Reporting Protocol and (II) (A) Modifying the Debtors' Reporting Requirements Under Bankruptcy Rule 2015.3, and (B) as Necessary, Extending the Deadline Within Which to Report Under Bankruptcy Rule 2015.3 [D.I. 82; 3/12/18]

F.      Objection of MBIA Insurance Corporation to the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Reporting Protocol and (II) (A) Modifying the Debtors' Reporting Requirements Under Bankruptcy Rule 2015.3, and (B) as Necessary, Extending the Deadline Within Which to Report Under Bankruptcy Rule 2015.3 [D.I. 90; 3/27/18]

G.      Objection of Controlling Class of Zohar III Noteholders to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Reporting Protocol and (II) (A) Modifying the Debtors' Reporting Requirements Under Bankruptcy Rule 2015.3, and (B) as Necessary, Extending the Deadline Within Which to Report Under Bankruptcy Rule 2015.3 [D.I. 91; 3/27/18]

H.      Joinder of U.S. Bank National Association, as Indenture Trustee to Objection of Certain Noteholders Compromising the Controlling Class of Zohar III to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Reporting Protocol and (II) (A) Modifying the Debtors' Reporting Requirements Under Bankruptcy Rule 2015.3, and (B) as Necessary, Extending the Deadline Within Which to Report Under Bankruptcy Rule 2015.3 [D.I. 96; 3/27/18]

Status:      This matter is adjourned to June 14, 2018 at 11:00 a.m. (ET).

2.      Debtors' Motion for Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [D.I. 70; 3/26/18]

Related Documents:

A.      Re-Notice of Motion [D.I. 128; 4/2/18]

B.      Notice of Amendment [D.I. TBD; TBD]

Response Deadline:      May 2, 2017 at 4:00 p.m. (ET)

Responses Received:

C.      The United States Trustee's Reservation of Rights with Respect to the Debtors' Motion for Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [D.I. 227; 5/1/18]

Status:          This matter is adjourned to June 14, 2018 at 11:00 a.m. (ET).

**MATTERS GOING FORWARD**

3.      Debtors' Motion Pursuant to 11 U.S.C. Section 105(a) and 345(b) and Del. Bankr. L.R. 2015-2(b) for an Order (I) Setting the Deadline by Which the Debtors Must Comply with the Requirements of Section 345(b) of the Bankruptcy Code, and (II) Authorizing the Debtors to Keep and Maintain Certain Bank Accounts [D.I. 31; 3/16/18]

        Related Documents:

        A.      Re-Notice of Motion [D.I. 127; 4/2/18]

        B.      Notice of Amendment to Debtors' Motion Pursuant to 11 U.S.C. Section 105(a) and 345(b) and Del. Bankr. L.R. 2015-2(b) for an Order (I) Setting the Deadline by Which the Debtors Must Comply with the Requirements of Section 345(b) of the Bankruptcy Code, and (II) Authorizing the Debtors to Keep and Maintain Certain Bank Accounts [D.I. 215; 4/24/18]

        Response Deadline:              May 2, 2017 at 4:00 p.m. (ET)

        Responses Received:

        C.      Informal response from the U.S. Trustee

        D.      Informal response from MBIA

        E.      Informal response from Zohar III Controlling Class

        F.      Informal response from U.S. Bank

        G.      Informal response from the Patriarch Stakeholders

        Additional Documents:

        H.      Certification of Counsel Regarding Proposed Order Pursuant to 11 U.S.C. Section 105(a) and 345(b) and Del. Bankr. L.R. 2015-2(b) (I) Setting the Deadline by Which the Debtors Must Comply with the Requirements of Section 345(b) of the Bankruptcy Code, and (II) Authorizing the Debtors to Keep and Maintain Certain Bank Accounts [D.I. 232; 5/7/18]

        I.      **Order Pursuant to 11 U.S.C. Section 105(a) and 345(b) and Del. Bankr. L.R. 2015-2(b) (I) Setting the Deadline by Which the Debtors Must Comply with the Requirements of Section 345(b) of the Bankruptcy Code, and (II) Authorizing the Debtors to Keep and Maintain Certain Bank Accounts [D.I. 237; 5/8/18]**

01:23181313.1

Status:          The Debtors have received informal comments from the U.S. Trustee,
                 MBIA, the Zohar III Controlling Class, U.S. Bank and the Patriarch
                 Stakeholders.  These comments are resolved **and an order has been
                 entered by the Court.  No hearing is required.**

4.     Debtors' Motion for Entry of an Order Authorizing and Approving, *Nunc Pro Tunc* to the
       Petition Date, the Agreement with Goldin Associates, LLC to Provide (I) Marc S.
       Kirschner to Serve as the Debtors' Chief Restructuring Officer and (II) Services Related
       Thereto [D.I. 167; 4/10/18]

       Related Documents:              None

       Response Deadline:              May 2, 2018 at 4:00 p.m. (ET)

       Responses Received:

       A.     Informal response from the U.S. Trustee

       B.     Informal response from MBIA

       C.     Informal response from Zohar III Controlling Class

       D.     Informal response from U.S. Bank

       E.     Informal response from the Patriarch Stakeholders

       Additional Documents:

       F.     Certification of Counsel Regarding Proposed Order Authorizing and Approving,
              Effective as of the Petition Date, the Agreement with Goldin Associates, LLC to
              Provide (I) Marc S. Kirschner to Serve as the Debtors' Chief Restructuring
              Officer and (II) Services Related Thereto [D.I. 235; 5/8/18]

       **G.     Order Authorizing and Approving, Effective as of the Petition Date, the
              Agreement with Goldin Associates, LLC to Provide (I) Marc S. Kirschner to
              Serve as the Debtors' Chief Restructuring Officer and (II) Services Related
              Thereto [D.I. 238; 5/8/18]**

       Status:          The Debtors have received informal comments from the U.S. Trustee,
                        MBIA, the Zohar III Controlling Class, U.S. Bank and the Patriarch
                        Stakeholders.  These comments are resolved **and an order has been
                        entered by the Court.  No hearing is required.**

5.      Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 168; 4/10/18]

Related Documents:

A.      Declaration of Lynn Tilton in Support of the Debtors' Retention of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 226; 5/1/18]

Response Deadline:                    May 2, 2018 at 4:00 p.m. (ET)

Responses Received:

B.      Informal response from the U.S. Trustee

C.      Informal response from MBIA

D.      Informal response from Zohar III Controlling Class

E.      Informal response from U.S. Bank

F.      Informal response from the Patriarch Stakeholders

Additional Documents:

G.      Certification of Counsel Proposed Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 234; 5/8/18]

H.      **Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 239; 5/8/18]**

Status:         The Debtors have received informal comments from the U.S. Trustee, MBIA, the Zohar III Controlling Class, U.S. Bank and the Patriarch Stakeholders.  These comments are resolved **and an order has been entered by the Court.  No hearing is required**.

Dated: May 8, 2018
    Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Joseph M .Barry*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4421)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Proposed Counsel to the Debtors
and Debtors in Possession*

01:23181313.1