# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (CSS) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 14, 2018 AT 2:00 P.M. (ET)

**ADJOURNED/RESOLVED MATTERS**

1.  Debtors' Motion for Entry of an Order (I) Approving the Debtors' Reporting Protocol and (II) (A) Modifying the Debtors' Reporting Requirements Under Bankruptcy Rule 2015.3, and (B) as Necessary, Extending the Deadline Within Which to Report Under Bankruptcy Rule 2015.3 [D.I. 7; 3/12/18]

    Related Documents:

    A.  Notice of Motion [D.I. 28; 3/16/18]

    B.  Notice (A) Status Conference with Respect to Certain Pending Matters and (B) Extension of All Objection Deadlines with Respect to Matters Currently Scheduled for April 4, 2018 Hearing [D.I. 80; 3/27/18]

    C.  Order Adjourning Hearing on Certain Motions and Setting Objection and Reply Deadlines with Resepct to the Same [D.I. 108; 3/28/18]

    D.  Re-Notice of Motion [D.I. 149; 4/6/18]

    Response Deadline:        March 29, 2017 at 4:00 p.m. (ET)

    Responses Received:

    E.  United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Reporting Protocol and (II) (A) Modifying the Debtors' Reporting Requirements Under Bankruptcy Rule 2015.3, and (B) as Necessary, Extending the Deadline Within Which to Report Under Bankruptcy Rule 2015.3 [D.I. 82; 3/12/18]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

01:23277440.1

    F.    Objection of MBIA Insurance Corporation to the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Reporting Protocol and (II) (A) Modifying the Debtors' Reporting Requirements Under Bankruptcy Rule 2015.3, and (B) as Necessary, Extending the Deadline Within Which to Report Under Bankruptcy Rule 2015.3 [D.I. 90; 3/27/18]

    G.    Objection of Controlling Class of Zohar III Noteholders to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Reporting Protocol and (II) (A) Modifying the Debtors' Reporting Requirements Under Bankruptcy Rule 2015.3, and (B) as Necessary, Extending the Deadline Within Which to Report Under Bankruptcy Rule 2015.3 [D.I. 91; 3/27/18]

    H.    Joinder of U.S. Bank National Association, as Indenture Trustee to Objection of Certain Noteholders Compromising the Controlling Class of Zohar III to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Reporting Protocol and (II) (A) Modifying the Debtors' Reporting Requirements Under Bankruptcy Rule 2015.3, and (B) as Necessary, Extending the Deadline Within Which to Report Under Bankruptcy Rule 2015.3 [D.I. 96; 3/27/18]

Status:    This matter is adjourned to a date and time to be determined.

2.    Debtors' Amended Motion for Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [D.I. 246; 5/10/18]

Related Documents:

    A.    Debtors' Motion for Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [D.I. 70; 3/26/18]

    B.    Re-Notice of Motion [D.I. 128; 4/2/18]

Response Deadline:    June 7, 2018 at 4:00 p.m. (ET)

Responses Received:

    C.    The United States Trustee's Reservation of Rights with Respect to the Debtors' Motion for Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [D.I. 227; 5/1/18]

Status:    This matter is adjourned to a date and time to be determined.

3.    Debtors' Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [D.I. 276; 5/24/18]

Related Documents:

A. Certification of Counsel Regarding Proposed Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [D.I. 291; 6/7/18]

B. Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [D.I. 293; 6/8/18]

Response Deadline:        June 7, 2018 at 4:00 p.m. (ET)

Responses Received:

C. Informal response from the United States Trustee

Status:    An order has been entered by the Court.  No hearing is required.

4. Debtors' Motion for Entry of an Order Authorizing and Approving, *Nunc Pro Tunc* to May 21, 2018, the Agreement with FTI Consulting, Inc. to Provide (I) Michael Katzenstein as the Debtors' Chief Restructuring Officer, (II) Hourly Temporary Staff, and (III) Services Related Thereto [D.I. 279; 5/25/18]

Related Documents:

A. Order Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) Shortening the Notice Period for (I) Debtors' CRO Retention Motion and (II) the Debtors' CMO Retention Motion [D.I. 283; 5/29/18]

B. Certification of Counsel Regarding Order Authorizing and Approving, *Nunc Pro Tunc* to May 21, 2018, the Agreement with FTI Consulting, Inc. to Provide (I) Michael Katzenstein as the Debtors' Chief Restructuring Officer, (II) Hourly Temporary Staff, and (III) Services Related Thereto [D.I. 295; 6/11/18]

C. Order Authorizing and Approving, *Nunc Pro Tunc* to May 21, 2018, the Agreement with FTI Consulting, Inc. to Provide (I) Michael Katzenstein as the Debtors' Chief Restructuring Officer, (II) Hourly Temporary Staff, and (III) Services Related Thereto [D.I. 297; 6/11/18]

Response Deadline:        June 7, 2018 at 4:00 p.m. (ET); Extended to June 11, 2018 at 4:00 p.m. (ET)

Responses Received:

D. Informal response from the United States Trustee

E. Informal response from the Patriarch Stakeholders

F. Informal response from Alvarez & Marsal Zohar Management LLC

01:23277440.1

3

    G.    Informal response from MBIA Insurance Corporation

    Status:    An order has been entered by the Court. No hearing is required.

5. Debtors' Motion for Order Amending the Terms of the Retention of Goldin Associates, LLC [D.I. 280; 5/25/18]

   Related Documents:

   A. Order Authorizing and Approving, Effective as of the Petition Date, the Agreement with Golding Associates, LLC to Provide (I) Marc S. Kirschner to Serve as the Debtors' Chief Restructuring Officer and (II) Services Related Thereto [D.I. 238; 5/8/18]

   B. Order Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) Shortening the Notice Period for (I) Debtors' CRO Retention Motion and (II) the Debtors' CMO Retention Motion [D.I. 283; 5/29/18]

   C. Certification of Counsel Regarding Order Amending the Terms of the Retention of Goldin Associates, LLC [D.I. 296; 6/11/18]

   D. Order Amending the Terms of the Retention of Goldin Associates, LLC [D.I. 298; 6/11/18]

   Response Deadline:    June 7, 2018 at 4:00 p.m. (ET); Extended to June 11, 2018 at 4:00 p.m. (ET)

   Responses Received:

   E. Informal response from the United States Trustee

   F. Informal response from the Patriarch Stakeholders

   Status:    An order has been entered by the Court. No hearing is required.

**CONTESTED MATTER**

6. Notice of Filing of Proposed Order Approving Independent Director Service Agreement and Indemnification Agreement and Filing Form of Proposed Agreements [D.I. 278; 5/25/18]

   Related Documents:

   A. Order Approving and Authorizing the Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class [D.I. 266; 5/21/18]

B.     Order Appointing Independent Director and Granting Interim Relief in Connection with Such Appointment [D.I. 267; 5/21/18]

Response Deadline:     June 6, 2018 at 4:00 p.m. (ET); Extended to June 11, 2018 at 4:00 p.m. (ET)

Responses Received:

C.     Patriarch's Limited Objection to the Independent Director Service Agreement with Respect to Retainer of White & Case and Invoice Review [D.I. 299; 6/11/18]

Status:     The Debtors will continue to attempt to resolve the issues raised in item (C) in consultation with the other stakeholders. To the extent not resolved prior to the hearing, this matter will go forward on a contested basis.

Dated: June 12, 2018  
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Joseph M .Barry*  
James L. Patton, Jr. (No. 2202)  
Robert S. Brady (No. 2847)  
Michael R. Nestor (No. 3526)  
Joseph M. Barry (No. 4221)  
Ryan M. Bartley (No. 4985)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*