**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (CSS) |
|  | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | **Objection Deadline: August 15, 2018 at 4:00 p.m. (ET)** |
|  | ) | **Hearing Date: August 21, 2018 at 10:00 a.m. (ET)** |

**FIRST INTERIM FEE APPLICATION OF DEBTORS' PROFESSIONALS**

TO:   (A) THE DEBTORS; (B) COUNSEL TO THE PATRIARCH ENTITIES;
(C) COUNSEL TO U.S. BANK, AS INDENTURE TRUSTEE; (D) COUNSEL TO
MBIA INSURANCE COMPANY; (E) COUNSEL TO CERTAIN HOLDERS OF
NOTES ISSUED BY ZOHAR III, LIMITED; AND (F) THE OFFICE OF THE UNITED
STATES TRUSTEE FOR THE DISTRICT OF DELAWARE

**PLEASE TAKE NOTICE** that, pursuant to that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 293] (the "Interim Compensation Order"), the professionals retained by Zohar III, Corp. and its above-captioned affiliated debtors and debtors in possession (the "Debtors") hereby apply for interim quarterly allowance of compensation and reimbursement of expenses (the "First Interim Application") for all monthly fee applications filed for the period from March 11, 2018 through and including June 30, 2018.  Summaries of the fees and expenses subject to this First Interim Application are annexed hereto and set forth in the monthly fee applications previously filed with the Court.  Pursuant to the Interim Compensation Order, the Debtors were previously authorized to pay on an interim basis 80% of the amount of compensation requested and 100% of the

---

[1]  The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

01:23307072.4

amount requested for reimbursement of expenses without further order from the Court upon the expiration of a 21-day objection period.

**PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS, IF ANY, TO THE FIRST INTERIM APPLICATION ARE REQUIRED TO BE FILED AND SERVED ON THE AFFECTED PROFESSIONAL AND THE PARTIES SET FORTH IN THE INTERIM COMPENSATION ORDER ON OR BEFORE <u>AUGUST 15, 2018 AT 4:00 P.M. (ET)</u>.**

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the First Interim Application will be held before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 on **<u>August 21, 2018 at 10:00 A.M. (ET)</u>.**

Dated: July 26, 2018
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael R. Nestor*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) ) | Chapter 11 |
| | | Case No. 18-10512 (CSS) |
| Zohar III, Corp., *et al.*,[1] | | |
| | | Jointly Administered |
| Debtors. | | |

**FIRST INTERIM FEE APPLICATION OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Name of Applicant:                                      Young Conaway Stargatt & Taylor, LLP

Authorized to Provide Professional Services as:     Counsel to Debtors

Effective Date of Retention:                           March 11, 2018

Period for Which Compensation
and Reimbursement is Sought:                          March 11, 2018 through and including
                                                       June 30, 2018

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Authorized to be Paid (80%) | Amount of Expenses Authorized to be Paid (100%) | Amount of Holdback of Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 6/15/18 No. 307 | 3/11/18 – 3/31/18 | $649,930.00 | $26,350.80 | 7/3/18 No. 352 | $519,944.00 | $26,350.80 | $129,986.00 |
| 6/15/18 No. 308 | 4/1/18 – 4/30/18 | $1,288,547.00 | $80,984.57 | 7/13/18 No. 308 | $1,030,837.60 | $80,984.57 | $257,709.40 |
| 7/3/18 No. 351 | 5/1/18 – 5/31/18 | $537,429.50 | $32,753.19 | TBD No. TBD | $0.00 | $0.00 | $0.00 |
| 7/18/18 No. 372 | 6/1/18 – 6/30/18 | $499,858.00 | $6,676.03 | TBD No. TBD | $0.00 | $0.00 | $0.00 |
| **TOTALS** | | **$2,975,764.50** | **$146,764.59** | | **$1,550,781.60** | **$107,335.37** | **$387,695.40** |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

01:23307072.4

**SUPPLEMENT TO FIRST INTERIM FEE APPLICATION**
**OF YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Young Conaway Stargatt & Taylor, LLP ("Young Conaway") hereby supplements the First Interim Application for the period from March 11, 2018 through June 30, 2018 (the "Application Period") by attaching certain schedules requested by the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"). In addition, Young Conaway respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

a.  During the Application Period, Young Conaway did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

b.  The fees sought by Young Conaway in the First Interim Application are more than the fees budgeted pursuant to the budget agreed to by Young Conaway and the Debtors. The budget variances were discussed with the Debtors and their professionals. The variances pertain to, among other things, the extensive work involving the various contested matters at the outset of these chapter 11 cases, which were ultimately resolved through the negotiation and mediation of the Settlement Agreement, the selection of a replacement independent director and management and related prosecution of the approval of those persons, and on-going negotiations regarding the Debtors' use of cash collateral.

c.  The professionals included in the First Interim Application did not vary their hourly rate based on the geographic location of the bankruptcy case.

01:23307072.4

d.      The First Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

e.      The Application Period includes approximately 14.30 hours with a value of $12,911.50 spent by Young Conaway to ensure that the time entries subject to the First Interim Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Young Conaway's preparation of each monthly fee application.

Dated: July 25, 2018          YOUNG CONAWAY STARGATT & TAYLOR, LLP
      Wilmington, Delaware

                                                */s/ Michael R. Nestor*
                                                James L. Patton, Jr. (No. 2202)
                                                Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

**CUSTOMARY AND COMPARABLE
COMPENSATION DISCLOSURES**

Young Conaway's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Young Conaway's hourly rates for bankruptcy services are comparable to the rates charged by the Firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. By way of example, Young Conaway's blended hourly rates for attorneys and paraprofessionals in the Corporate Counseling and Litigation, Business Planning and Tax, and Intellectual Property Litigation sections of the Firm for the prior calendar year were as set forth below. Young Conaway believes that the services performed by those three sections of the Firm are comparable to the services performed in the Bankruptcy and Corporate Restructuring section. Also included below is 2017 blended hourly rate information for all sections of the Firm, excluding the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

| Category of Timekeeper | Blended Hourly Rate | | |
| --- | --- | --- | --- |
| | **Billed** In comparable practice areas for preceding calendar year[1] | **Billed** Firm-wide for preceding calendar year[2] | **Billed** This Application |
| Partner | $807 | $658 | $789 |
| Counsel | $488 | $439 | N/A |
| Associate | $406 | $396 | $431 |
| Paralegal | $212 | $175 | $258 |
| **Aggregated:** | $541 | $466 | $647 |

[1] This column reflects the blended 2017 rates charge by the firm for complex corporate and litigation matters in the following sections of the firm: Corporate Counseling and Litigation, Business Planning and Tax, and Intellectual Property Litigation.

[2] This column excludes blended hourly rates for the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

01:23307072.4

**SUMMARY OF TIMEKEEPERS INCLUDED
IN THE FIRST INTERIM APPLICATION**

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period |
|---|---|---|---|---|---|---|
| James L. Patton, Jr. | Partner | Bankruptcy | 1983 | $226,625.00 | 181.30 | $1,250.00 |
| Craig D. Grear | Partner | Business Planning | 1990 | $51,244.00 | 55.70 | $920.00 |
| James P. Hughes | Partner | Business Planning | 1992 | $43,056.00 | 46.80 | $920.00 |
| Norman M. Powell | Partner | Business Planning | 1990 | $6,808.00 | 7.40 | $920.00 |
| Robert S. Brady | Partner | Bankruptcy | 1990 | $294,216.00 | 319.80 | $920.00 |
| John T. Dorsey | Partner | Bankruptcy | 1991 | $174,037.50 | 198.90 | $875.00 |
| Michael R. Nestor | Partner | Bankruptcy | 1996 | $521,449.50 | 617.10 | $845.00 |
| Joseph M. Barry | Partner | Bankruptcy | 2001 | $491,133.50 | 686.90 | $715.00 |
| Sharon M. Zieg | Partner | Bankruptcy | 2000 | $175,318.00 | 245.20 | $715.00 |
| Vincent C. Thomas | Partner | Business Planning | 2005 | $9,360.00 | 14.40 | $650.00 |
| Erin D. Edwards | Partner | Bankruptcy | 2003 | $35,759.50 | 60.10 | $595.00 |
| Ryan M. Bartley | Partner | Bankruptcy | 2007 | $277,132.50 | 490.50 | $565.00 |
| Michael S. Neiburg | Associate | Bankruptcy | 2009 | $154,179.00 | 277.80 | $555.00 |
| Allurie R. Kephart | Associate | Business Planning | 2012 | $48,668.00 | 105.80 | $460.00 |
| Travis G. Buchanan | Associate | Bankruptcy | 2011 | $149,408.00 | 324.80 | $460.00 |
| Shane M. Reil | Associate | Bankruptcy | 2015 | $107,598.00 | 272.40 | $395.00 |
| Tara C. Pakrouh | Associate | Bankruptcy | 2015 | $60,012.00 | 166.70 | $360.00 |
| Kenneth A. Listwak | Associate | Bankruptcy | 2016 | $68,087.50 | 209.50 | $325.00 |
| Ryan D. Hart | Associate | Bankruptcy | 2017 | $870.00 | 2.90 | $300.00 |
| Brenda Walters | Paralegal | Bankruptcy | N/A | $23,313.00 | 81.80 | $285.00 |
| Debbie Laskin | Paralegal | Bankruptcy | N/A | $2,109.00 | 7.40 | $285.00 |
| Michael Girello | Paralegal | Bankruptcy | N/A | $4,104.00 | 14.40 | $285.00 |
| Casey Cathcart | Paralegal | Bankruptcy | N/A | $1,453.50 | 5.70 | $255.00 |
| Chad Corazza | Paralegal | Bankruptcy | N/A | $38,428.50 | 150.70 | $255.00 |
| John Meyer | Paralegal | Corporate | N/A | $484.50 | 1.90 | $255.00 |
| Lisa Eden | Paralegal | Bankruptcy | N/A | $3,952.50 | 15.50 | $255.00 |

01:23307072.4

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period |
|---|---|---|---|---|---|---|
| Eric M. Holleran | Summer Associate | Bankruptcy | N/A | $2,816.00 | 12.80 | $220.00 |
| Patrick Foss | Paralegal | Information Technology | N/A | $4,141.50 | 25.10 | $165.00 |
| **Totals** | | | | **$2,975,764.50** | **4,599.30** | |

01:23307072.4

## BUDGET AND STAFFING PLAN

01:23307072.4

**Young Conaway Stargatt & Taylor, LLP**
**Zohar III, LLC, *et al.*  Budget By Category**

| | | |
|---|---|---|
| B001 | Case Administration | $135,000.00 |
| B002 | Court Hearings | $135,000.00 |
| B003 | Cash Collateral/DIP Financing | $270,000.00 |
| B004 | Schedules & Statements, U.S. Trustee Reports | $81,000.00 |
| B005 | Lease/Executory Contract issues | $270,000.00 |
| B006 | Use, Sale or Lease of Property (363 issues) | $337,500.00 |
| B007 | Claims Analysis, Objections and Resolutions | $135,000.00 |
| B008 | Meetings | $0.00 |
| B009 | Stay Relief Matters | $270,000.00 |
| B010 | Reclamation Claims and Reclamation Adversaries (Only) | $0.00 |
| B011 | Other Adversary Proceedings | $0.00 |
| B012 | Plan and Disclosure Statement | $135,000.00 |
| B013 | Creditor Inquiries | $135,000.00 |
| B014 | General Corporate Matters | $270,000.00 |
| B015 | Employee Matters | $0.00 |
| B016 | Asset Analysis | $337,500.00 |
| B017 | Retention of Professionals/Fee Issues | $135,000.00 |
| B018 | Fee Application Preparation | $27,000.00 |
| B019 | Travel | $27,000.00 |
| B020 | Utility Services | $0.00 |
| | | |
| | **Total** | $2,700,000.00 |

**Young Conaway Stargatt & Taylor, LLP**
**Zohar III, LLC, _et al._  Budget By Timekeeper**

| | | March | $750,000.00 | | April | $750,000.00 | | May | $600,000.00 | | June | $600,000.00 | | Total | $2,700,000.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Hours | Amount | | Hours | Amount | | Hours | Amount | | Hours | Amount | | Hours | Amount |
| James L. Patton, Jr. | $1,250.00 | 75 | $93,750.00 | 13% | 75 | $93,750.00 | 13% | 60 | $75,000.00 | 13% | 60 | $75,000.00 | 13% | 270 | $337,500.00 |
| Craig D. Grear | $920.00 | 35 | $32,200.00 | 4% | 35 | $32,200.00 | 4% | 28 | $25,760.00 | 4% | 28 | $25,760.00 | 4% | 126 | $115,920.00 |
| James P. Hughes | $920.00 | 35 | $32,200.00 | 4% | 35 | $32,200.00 | 4% | 28 | $25,760.00 | 4% | 28 | $25,760.00 | 4% | 126 | $115,920.00 |
| Robert S. Brady | $920.00 | 90 | $82,800.00 | 11% | 90 | $82,800.00 | 11% | 72 | $66,240.00 | 11% | 72 | $66,240.00 | 11% | 324 | $298,080.00 |
| John T. Dorsey | $875.00 | 85 | $74,375.00 | 10% | 85 | $74,375.00 | 10% | 68 | $59,500.00 | 10% | 68 | $59,500.00 | 10% | 306 | $267,750.00 |
| Michael R. Nestor | $845.00 | 90 | $76,050.00 | 10% | 90 | $76,050.00 | 10% | 72 | $60,840.00 | 10% | 72 | $60,840.00 | 10% | 324 | $273,780.00 |
| Joseph M. Barry | $715.00 | 100 | $71,500.00 | 10% | 100 | $71,500.00 | 10% | 80 | $57,200.00 | 10% | 80 | $57,200.00 | 10% | 360 | $257,400.00 |
| Vincent C. Thomas | $650.00 | 40 | $26,000.00 | 3% | 40 | $26,000.00 | 3% | 32 | $20,800.00 | 3% | 32 | $20,800.00 | 3% | 144 | $93,600.00 |
| Ryan M. Bartley | $565.00 | 100 | $56,500.00 | 8% | 100 | $56,500.00 | 8% | 80 | $45,200.00 | 8% | 80 | $45,200.00 | 8% | 360 | $203,400.00 |
| Michael S. Neiburg | $555.00 | 100 | $55,500.00 | 7% | 100 | $55,500.00 | 7% | 80 | $44,400.00 | 7% | 80 | $44,400.00 | 7% | 360 | $199,800.00 |
| Allurie R. Kephart | $460.00 | 60 | $27,600.00 | 4% | 60 | $27,600.00 | 4% | 48 | $22,080.00 | 4% | 48 | $22,080.00 | 4% | 216 | $99,360.00 |
| Travis G. Buchanan | $460.00 | 90 | $41,400.00 | 6% | 90 | $41,400.00 | 6% | 72 | $33,120.00 | 6% | 72 | $33,120.00 | 6% | 324 | $149,040.00 |
| Shane M. Reil | $395.00 | 90 | $35,550.00 | 5% | 90 | $35,550.00 | 5% | 72 | $28,440.00 | 5% | 72 | $28,440.00 | 5% | 324 | $127,980.00 |
| Tara C. Pakrouh | $360.00 | 90 | $32,400.00 | 4% | 90 | $32,400.00 | 4% | 72 | $25,920.00 | 4% | 72 | $25,920.00 | 4% | 324 | $116,640.00 |
| Chad Corazza | $255.00 | 45 | $11,475.00 | 2% | 45 | $11,475.00 | 2% | 36 | $9,180.00 | 2% | 36 | $9,180.00 | 2% | 162 | $41,310.00 |

### SUMMARY OF FINAL COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours Billed | Fees Sought |
|---|---|---|
| Case Administration | 176.60 | $112,125.00 |
| Court Hearing | 467.60 | $286,993.00 |
| Cash Collateral/DIP Financing | 156.40 | $112,342.00 |
| Schedules & Statements, U.S. Trustee Reports | 123.50 | $62,033.50 |
| Lease/Executory Contract Issues | 172.50 | $92,027.00 |
| Use, Sale or Lease of Property | 216.10 | $136,375.50 |
| Claims Analysis, Objections & Resolutions | 66.00 | $36,065.50 |
| Meetings | 463.40 | $379,459.50 |
| Stay Relief Matters | 354.40 | $238,465.50 |
| Other Adversary Proceedings | 1,772.40 | $1,059,234.00 |
| Plan and Disclosure Statement | 12.00 | $5,440.00 |
| Creditor Inquiries | 6.30 | $5,658.50 |
| General Corporate Matters | 403.50 | $319,261.00 |
| Employee Matters | 0.20 | $51.00 |
| Retention of Professionals/Fee Issues | 143.80 | $82,724.00 |
| Fee Application Preparation | 23.60 | $14,902.50 |
| Travel | 41.00 | $32,607.00 |
| **Totals** | **4,599.30** | **$2,975,764.50** |

01:23307072.4

| SUMMARY OF EXPENSE REIMBURSEMENT BY CATEGORY | |
|---|---|
| **Category** | **Amount** |
| Reproduction | $28,376.70 |
| Federal Express | $1,509.44 |
| Facsimile | $929.00 |
| Filing Fee | $10,572.00 |
| Court Reporter | $18,576.55 |
| Air/Rail Travel | $11,698.55 |
| Deposition/Transcript | $5,207.35 |
| Miscellaneous | $250.00 |
| Delivery/Courier | $1,154.48 |
| Hotel/Lodging | $4,439.43 |
| Parking | $114.00 |
| Car/Bus/Subway Travel | $1,357.72 |
| Working Meals | $10,675.55 |
| Internet Access | $24.00 |
| Travel Meals | $122.48 |
| Extended Vendor Staffing | $3,031.00 |
| Client Requested Food & Support | $108.00 |
| Corporation Service Co. - UCC/Lien | $308.75 |
| AP Outside Scanning Services | $30,093.26 |
| Oversized Copies | $391.12 |
| Teleconference/Video Conference | $2,264.56 |
| Postage | $909.37 |
| Secretary of State | $118.00 |
| Staff Overtime | $2,873.08 |
| Court Costs | $28.00 |
| Computerized Legal Research | $11,136.30 |
| Docket Retrieval/Search | $495.90 |
| **Totals** | **$146,764.59** |

01:23307072.4

**FIRST INTERIM APPLICATION SUMMARY**

| SUMMARY OF FOURTH INTERIM APPLICATION | |
|---|---|
| Name of Applicant | Young Conaway Stargatt & Taylor, LLP |
| Name of Client | Debtors |
| Time period covered by First Interim Application | March 11, 2018 through June 30, 2018 |
| Total compensation sought during the Application Period | $2,975,764.50 |
| Total expenses sought during the Application Period | $146,764.59 |
| Petition Date | March 11, 2018 |
| Retention Date | March 11, 2018 |
| Date of order approving employment | June 8, 2018 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $0.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in the First Interim Application for all attorneys | $674.40 |
| Blended rate in the First Interim Application for all timekeepers | $647.00 |
| Compensation sought in the First Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Expenses sought in the First Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included in the First Interim Application | 28 |
| If applicable, number of professionals in the First Interim Application not included in staffing plan approved by client | 12 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amt. Budgeted: $2,700,000.00 Amt. Sought: $2,975,764.50 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 8 |
| Are any rates higher than those approved or disclosed at retention? | No |