IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 18-10512 (CSS)<br>)<br>) Jointly Administered<br>)<br>) **Docket Ref. No. 294, 341 & ___** |

**ORDER, PURSUANT TO BANKRUPTCY RULES 9006 AND 9027,
EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS
MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order, pursuant to Bankruptcy Rules 9006 and 9027, extending the period within which the Debtors may remove Actions pursuant to 28 U.S.C. § 1452 and all pleadings related thereto, including the limited objection thereto filed by Loretta Fredy Bush [Docket No. 341]; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that this is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of these Chapter 11 cases and of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and this Court having determined that the relief requested in the Motion is in the best

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

01:23260635.8

interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Motion is deemed withdrawn with respect to that certain civil suit pending in the Supreme Court of the State of New York, New York County, styled *Zohar CDO 2003-1 Limited, et al. v. Xinhua Sports & Entertainment Limited, et al.*, Index No. 651473/2011, and the extension granted by this Order shall not apply to such civil suit.

3. The time period provided by Bankruptcy Rule 9027 within which the Debtors and their estates may file notices of removal of claims and causes of action is hereby enlarged through and including September 11, 2019, subject to automatic extension to December 11, 2019, if the 18-Month Window becomes effective under the terms of the Settlement Agreement.

4. This Order shall be without prejudice to the rights of the Debtors and their estates to seek further extensions of the Extended Removal Deadline or to the right of any party to the Settlement Agreement to seek an order shortening the Extended Removal Deadline in the event that this Court determines the Settlement Agreement has been breached.

5. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: August 15, 2018
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge