Debtor Name   Zohar III, Corp, *et al.*  
Case number 18-10512

Debtor Name   Zohar III, Corp, *el al.*  
United States Bankruptcy Court for the:                    District of  DE  
                                                                                     (State)  
Case number:   18-10512

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

05/18

This is the *Periodic Report* as of September 18, 2018 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

> *NOTE 1: Based on information provided by the Patriarch Entities,[1] which information is subject to review and validation by the Debtors, the Debtors hold certain interests in various entities (each referred to herein as a* Portfolio Company[2]*), all of which are disclosed on* Exhibit B. *The Debtors holding interests in the Portfolio Companies are limited to Zohar CDO-2003-1, Limited ("*Zohar I*"), Zohar II 2005-1, Limited ("*Zohar II*") and Zohar III, Limited ("*Zohar III*"). In this* Periodic Report*, a Portfolio Company is treated as a Controlled Non-Debtor Entity where the amount of the interest in the Portfolio Company held by one or more Debtors is collectively at least 20%. Prior to the Petition Date, litigation was pending regarding the beneficial ownership of the equity interest in the Portfolio Companies, which litigation has been stayed under the Settlement Agreemen.t[3] For the avoidance of doubt, the Portfolio Companies are not debtors in the above-captioned chapter 11 proceedings.*

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

> *NOTE 2: The* Entity Reports *are reflected on a combined basis and are not separated by Controlled Non-Debtor Entity.*

Each *Entity Report* consists of five exhibits.

Exhibit A contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

> *NOTE 3: The Debtors have not included responsive information in Exhibit A pending the outcome of the motion filed by Lynn Tilton and affiliated entities requesting a protective order with respect to the information requested in* Exhibit A *(the "*Protective Order Motion*").*

Exhibit B describes the Controlled Non-Debtor Entity's business operations.

Exhibit C describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

Exhibit D describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

Exhibit E describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

---

[1]    "Patriarch Entities" means Lynn Tilton, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Patriarch Partners Agency Services, LLC, Patriarch Partners, LLC, and Octaluna, LLC, Octaluna II, LLC and Octaluna III, LLC.

[2]    This and other capitalized terms used but not defined herein have the meaning ascribed to them in the Settlement Agreement.

[3]    The "Settlement Agreement" is attached as an Exhibit to the *Order Approving and Authorizing the Settlement Agreement by and between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class* (Doc #266).

Debtor Name   Zohar III, Corp, *et al.*                                   Case number 18-10512

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

---

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

*/s/ Michael Katzenstein*
Signature of Authorized Individual

Michael Katzenstein, CRO
Printed name of Authorized Individual

Date  09/19/2018
       MM / DD  / YYYY

**For individual Debtors:**

_____     _____
Signature of Debtor 1                Signature of Debtor 2

_____     _____
Printed name of Debtor 1             Printed name of Debtor 2

Date _____                  Date _____
      MM / DD  / YYYY                      MM / DD  / YYYY

Debtor Name   Zohar III, Corp, *et al.*                                    Case number 18-10512

**Exhibit A: Financial Statements for PORTFOLIO COMPANIES**

***Response***:  Omitted pending outcome of the Protective Order Motion.

Debtor Name   Zohar III, Corp, *et al.*                                   Case number 18-10512

**Exhibit B: Description of Operations for Portfolio Companies**

*Response*: Listed below are the Controlled Non-Debtor Entities of Zohar I, Zohar II, and Zohar III, by virtue of the Debtors indicated by an "X" for each respective Portfolio Company holding (either individually or collectively) an interest in the common and preferred stock or membership interests of that Portfolio Companies of at least twenty percent (20%) in the aggregate.

| Portfolio Company | Interest Held By: Zohar I [1] | Zohar II | Zohar III | Business Description |
|---|---|---|---|---|
| 180s, Inc. | - | X | - | Produces performance apparel and accessories. |
| Acme International Enterprises, Inc. | - | X | - | Offers kitchen and household items. |
| American Doors, LLC | X | X | X | Manufactured hollow metal doors and frames for private, commercial, and government use. |
| American LaFrance, LLC | X | X | X | Designs and manufactures fire, rescue, and emergency vehicles. |
| Amweld International, LLC | X | X | X | Manufactures and sells steel doors, frames, and architectural hardware. |
| Best Textiles Acquisition, LLC | X | X | X | Manufactures and distributes medical, hospitality, butcher, and food processing garments. |
| Bomar Industries International Inc | X | X | - | Provides decorative trimming to the home furnishing manufacturing industry. |
| Croscill Home, LLC | - | - | X | Produces furniture and home goods. |
| Denali Incorporated | - | - | X | Designs, manufactures, sells and installs fiberglass reinforced plastic products for corrosive environments. |
| Dura Automotive Systems, LLC | - | X | X | Designs and manufactures parts and systems for the global automotive industry. |
| Duro Textiles, LLC | X | X | X | Distributes textile products and provides textile testing services. |
| eMag Solutions, LLC | - | X | - | Provides tape restorations, legacy data migrations, and information governance support. |
| Fetco Home Decor, Inc. | X | X | - | Offers photograph frames, albums, and related home décor items. |
| FSAR Holdings, Inc. | - | X | - | Sole member of Performance Designed Products, LLC which develops, markets, and distributes video game accessories. |
| Galey & Lord, LLC | X | X | X | Designs, manufactures, and supplies fabric for causal fashion, uniform, and work wear markets. |
| Glenoit Universal, Ltd. | X | X | - | Manufactures and markets curtains, rugs, towels, and other home accessories. |
| Global Automotive Systems, LLC | X | X | X | Manufactures stamped, roll formed, stretch bent, welded and rotary cold formed products. |
| Gorham Tissue & Paper, LLC | - | - | X | Manufactures niche paper products. |
| Hartwell Industries, Inc. | X | X | X | Designs and distributes shirts, jackets, and athletic wear. |
| Heritage Aviation, Ltd. | X | X | - | Provides maintenance, avionics, and fixed base operations. |
| Iconic American Trucks, LLC | X | X | X | Holds certain assets formerly owned by American LaFrance, LLC. |

Debtor Name  Zohar III, Corp, *et al.*                                   Case number 18-10512

| Entity | | | | Description |
|---|---|---|---|---|
| IMG Holdings, Inc. | X | X | X | Manufactures fragrances for men and women. |
| Intrepid U.S.A., Inc. | X | X | X | Provides home health care and hospice services. |
| Jewel of Jane, LLC | - | X | - | Produces beauty and cosmetic products. |
| Libertas Copper, LLC | - | - | X | Manufactures coppers and copper-nickel alloys. |
| LVD Acquisition, LLC | X | X | X | Manufactures and distributes a wide range of water dispensing equipment. |
| MD Helicopters, Inc. | X | X | - | Manufactures and distributes helicopters for defense/military applications. |
| Netversant Acquisition, LLC | X | X | X | Provides comprehensive and integrated network infrastructure solutions. |
| Petry Media Corporation | X | X | X | Solicits advertisements for newspapers, magazines, and television. |
| PVI Acquisition, LLC | - | - | X | N/A |
| Rapid Rack Industries, Inc. | X | - | X | Produces industrial rack and metal works. |
| Red Shield Acquisition, LLC | X | X | X | Manufactures pulp made of hardwoods. |
| Remco Maintenance, LLC | X | X | X | Provides restoration, preservation, and maintenance services. |
| RM Acquisition, LLC | X | X | X | Provides mapping, software, and hardware for the consumer electronics, commercial transportation, and education markets. |
| Scan-Optics, LLC | X | X | - | Provides custom data solutions for commercial users. |
| Silverack, LLC | X | X | X | Manufactures racks, shelves and desks. |
| Snelling Staffing, LLC | X | X | X | Provides career and flexible staffing services through company-owned and franchised offices. |
| Spiegel, LLC | - | X | X | Designs and markets women's apparel, accessories, and footwear. |
| Stila Styles, LLC | - | - | X | Develops, markets, and distributes cosmetics and other personal care products. |
| TransCare Corporation | X | X | X | Provides medical transportation services. |
| Universal Instruments Corporation | X | X | X | Supplies pick and place equipment used to assemble components onto printed circuit boards. |
| Vulcan Engineering Co. | - | X | - | Provides systems and equipment for a wide range of metal-casting industries. |
| Xinhua Sports & Entertainment/ Patriarch Partners Media Holdings, LLC | X | X | - | Produces television programs and provides advertising services. |
| Xpient Solutions, LLC | X | X | - | Provides restaurant management solutions. |
| Zohar CDO 2003-1, LLC | X | - | - | Dormant entity. |
| Zohar II 2005-1, LLC | - | X | - | Dormant entity. |
| Zohar III, LLC | - | - | X | Dormant entity. |

NOTE 4:  On December 21, 2016, MBIA Insurance Company prevailed in an auction of the "Collateral" under the indenture for Zohar I.  A dispute exists as to what was included in the Collateral and/or was properly

Debtor Name  Zohar III, Corp, *et al.*                                    Case number 18-10512

acquired by MBIA.  Zohar I has listed on Exhibit B the Portfolio Companies in which Zohar I held certain interests as of the time of that auction.

SOURCE:  Patriarch Entities.

| | |
|---|---|
| Debtor Name  _Zohar III, Corp, et al._ | Case number 18-10512 |

**Exhibit C: Description of Intercompany Claims**

*Response*:  Certain Portfolio Companies engage in transactions with other Portfolio Companies for the provision of goods or services or the sharing or pooling of services or resources in the ordinary course of business.  From time to time, payables or receivables for the value of such goods, services and resources may exist, which are satisfied between the Portfolio Companies in the ordinary course of business.

*Source*:  Patriarch Entities.

Debtor Name   Zohar III, Corp, *et al.*                                  Case number 18-10512

**Exhibit D: Allocation of Tax Liabilities and Assets**

*Response*:

Pursuant to Paragraph 2 of the Settlement Agreement, Lynn Tilton is the Designated Tax Director for the Debtors. The Designated Tax Director has advised that:

- For any Portfolio Company that is a corporation, federal, state or local taxes, and any tax attributes, refunds, or other benefits have been paid, incurred, or accrued by such Portfolio Company.
- Any Portfolio Company that is a limited liability company is a pass-through entity for tax purposes, and federal, state or local taxes, and any tax attributes, refunds, or other benefits related to such Portfolio Company have been paid, incurred, or accrued by entities other than other Portfolio Companies or the Debtors.
- No written tax sharing or tax allocation agreements among the Portfolio Companies exist.

Pursuant to Paragraph 2 of the Settlement Agreement, Ms. Tilton shall continue to bear the tax liability associated with ownership of the Debtors, the Group B Portfolio Companies, and the Group A Portfolio Companies, including with respect to any Group A Portfolio Company transactions.  (*See also* Note 1 to this Periodic Report.)

*Source*:  Designated Tax Director; Settlement Agreement.

| Debtor Name  Zohar III, Corp, *et al.* | Case number 18-10512 |
|---|---|

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

*Response*:  No payments have been made, or obligations incurred (or claims purchased), by Portfolio Companies in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

*Source*:  Patriarch Entities.