# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 18-10512 (CSS)<br>)<br>) Jointly Administered<br>)<br>) Hearing Date: November 13, 2018 at 11:00 a.m. (ET)<br>) Objection Deadline: October 30, 2018 at 4:00 p.m. (ET)<br>)<br>) Ref. Docket Nos. 356, 382 & 432 |

## NOTICE OF RE-SCHEDULED HEARING REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE USE OF CASH COLLATERAL

TO: (A) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (B) THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE; (C) THE INTERNAL REVENUE SERVICE; (D) COUNSEL TO THE PATRIARCH ENTITIES; (E) COUNSEL TO U.S. BANK, AS INDENTURE TRUSTEE; (F) COUNSEL TO ALVAREZ MARSAL ZOHAR MANAGEMENT, LLC; (G) COUNSEL TO MBIA INSURANCE COMPANY; (H) COUNSEL TO CERTAIN HOLDERS OF NOTES ISSUED BY ZOHAR III, LIMITED; AND (I) ANY PARTY THAT HAS REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that on July 6, 2018, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order Authorizing the Use of Cash Collateral* [Docket No. 356] (the "Motion"). **You were previously served a copy of this Motion.**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion was held on July 23, 2018, at which time the Court approved the Motion on an interim basis. See Docket No. 382.

**PLEASE TAKE FURTHER NOTICE** that on August 22, 2018, the Court approved the Motion on a second interim basis under certification of counsel. See Docket No. 432.

**PLEASE TAKE FURTHER NOTICE** that any objections (or, in an objection has already been filed, supplemental objections) to the Motion are to be filed on or before

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

01:23722470.1

**October 30, 2018 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.  At the same time, you are to serve a copy of any objection upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT, **NOTWITHSTANDING ANY PRIOR NOTICES**, A HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 13, 2018 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: October 11, 2018
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ryan M. Bartley*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4421)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*