# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                       Debtors. | ) Chapter 11<br>)<br>) Case No. 18-10512 (CSS)<br>)<br>) Jointly Administered<br>)<br>) **Ref Docket No. 480** |

## NOTICE OF VOLUNTARY FEE REDUCTION REGARDING STAFFING AND COMPENSATION REPORT OF FTI CONSULTING, INC. FOR THE PERIOD OF SEPTEMBER 1, 2018 THROUGH AND INCLUDING SEPTEMBER 30, 2018

      **PLEASE TAKE NOTICE** that, on October 19, 2018, FTI Consulting, Inc. ("FTI") filed with the Court its staffing and compensation report for the period of September 1, 2018, through and including September 30, 2018 [Docket No. 480] (the "Staffing and Compensation Report" and such period, the "Staffing and Compensation Period"), in accordance with that certain *Order Authorizing and Approving,* Nunc Pro Tunc *to May 21, 2018, the Agreement With FTI Consulting, Inc. to Provide (i) Michael Katzenstein as the Debtors' Chief Restructuring Officer, (ii) Hourly Temporary Staff, and (ii) Services Related Thereto*, entered on June 11, 2018 (the "Retention Order"). **You were previously served with a copy of the Staffing and Compensation Report.**

      **PLEASE TAKE FURTHER NOTICE** that an informal response to the Staffing and Compensation Report was received from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"). In resolution of the U.S. Trustee's response, FTI has agreed to a voluntary fee reduction for the Staffing and Compensation Period in the amount of $4,149.75 (the "Voluntary Reduction").

      **PLEASE TAKE FURTHER NOTICE** that, as was provided in the original notice of filing of the Staffing and Compensation Report, objections, if any, to the Staffing and Compensation Report (each, an "Objection") must be made in accordance with the Retention Order and must be filed and served upon the undersigned counsel so as to be received on or before **November 8, 2018 at 4:00 p.m. (ET) (the "Objection Deadline")**.

      **PLEASE TAKE FURTHER NOTICE** that in the event an Objection is raised and not consensually resolved between the Debtors, FTI, and the objecting party, all compensation reported in the Staffing and Compensation Report shall be subject to review by the Court.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

01:23774284.1

**PLEASE TAKE FURTHER NOTICE** that, subject to any Objections as set forth above and in the Retention Order, the Debtors are authorized, but not directed, to pay, in the ordinary course of business, all amounts invoiced by FTI for fees and expenses included the Staffing and Compensation Report, less the Voluntary Reduction.

Dated:  October 25, 2018
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Shane M. Reil*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*