# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 18-10512 (CSS)<br><br>Jointly Administered<br><br>**Hearing Date: November 1, 2018 at 9:00 a.m. (ET)** |

## ORDER PURSUANT TO 11 U.S.C. § 107(B) AND FED. R. BANKR. P. 2015.3(E) AND 9018 PROHIBITING FILING OF PORTFOLIO COMPANY FINANCIAL INFORMATION IN BANKRUPTCY REPORTING

Upon consideration of the *Motion of Lynn Tilton, on Behalf of the Portfolio Companies, for Protective Order Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 2015.3(e) and 9018 Prohibiting Filing of Portfolio Company Financial Information in Bankruptcy Reporting* [D.I. 454] (the "Motion")[2] filed by Lynn Tilton, in her capacity as manager, director, and/or chief executive officer of the Portfolio Companies, and the Patriarch Entities; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice of the Motion has been given as set forth in the Motion and that such

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] Capitalized terms not otherwise defined herein shall have the meanings afforded to them in the Motion.

notice is adequate and no other or further notice need be given; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and a hearing (the "Hearing") having been held by this Court on November 1, 2018 to consider the Motion and entry of this Order; and upon the record made at the Hearing; and this Court having heard and resolved or overruled all objections to entry of this Order; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as provided herein.

2. Pursuant to Bankruptcy Code section 107(b) and Bankruptcy Rules 2015.3(e) and 9018, the Court hereby authorizes and directs the Debtors, pursuant to Bankruptcy Code section 107 and Bankruptcy Rules 2015.3(e) and 9016, to omit the Portfolio Companies' financial statements from the Debtors' reporting under Bankruptcy Rule 2015.3 for all reports filed or due to be filed pursuant to Bankruptcy Rule 2015.3(b) on or before November 21, 2019.

3. This Order only addresses the Debtors' obligations under Bankruptcy Rule 2015.3, and this Order shall not expand or impair any person's or entity's rights or obligations, under contract or law, with respect to the disclosure of information for any other purpose.

4. This order is without prejudice to the rights of the U.S. Trustee, the Patriarch Entities, or the Debtors with respect to any reports filed or due to be filed pursuant to Bankruptcy Rule 2015.3 after November 21, 2019.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: November __1__, 2018
       Wilmington, Delaware

Christopher S. Sontchi
Chief United States Bankruptcy Judge

2