**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 13, 2018 AT 11:00 A.M. (ET)**

## MATTER WITH CERTIFICATION

1.    Motion of the Debtors for Entry of an Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Directors' Approval of Monetization Transactions and Related Relief [D.I. 481; 10/23/18]

Related Documents:

A.    Certification of Counsel Regarding Proposed Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Directors' Approval of Monetization Transactions and Related Relief [D.I. 532; 11/8/18]

Response Deadline:                November 6, 2018 at 4:00 p.m. (ET)

Responses Received:

B.    Informal response from United States Trustee

C.    Informal response from U.S. Bank National Association

Status:    A revised consensual form of order has been submitted under certification of counsel.  No hearing is required unless the Court has questions or concerns.

## MATTERS GOING FORWARD

2.    Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 356; 7/6/18]

---

[1]   The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc. New York, NY 10036.

Related Documents:

A.    Notice of Filing of Proposed Order Authorizing Use of Cash Collateral and Budget [D.I. 365; 7/12/18]

B.    Notice of Filing of Proposed Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 378; 7/20/18]

C.    Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 382; 7/23/18]

D.    Notice of Hearing [D.I. 431; 8/21/18]

E.    Second Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 432; 8/22/18]

F.    Notice of Filing of Amended Budget Regarding Second Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 469; 10/4/18]

G.    Notice of Hearing [D.I. 471; 10/8/18]

H.    Notice of Re-Scheduled Hearing Regarding Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 474; 10/11/18]

I.    Patriarch's Motion for an Order to File Under Seal Information Designated as Confidential in Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 501; 10/30/18]

J.    Declaration of Caroyln Schiff in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 504; 10/30/18]

K.    [SEALED] Declaration of Michael S. Neumeister in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 505; 10/30/18]

L.    [REDACTED] Declaration of Michael S. Neumeister in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 506; 10/30/18]

M.    Third Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 516; 11/1/18]

Response Deadline:        October 30, 2018 at 1:00 p.m. (ET)

Responses Received:

N.    Reservation of Rights of U.S. Bank National Association, as Indenture Trustee, to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 500; 10/30/18]

O.    [SEALED] Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 502; 10/30/18]

P.    [REDACTED] Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 503; 10/30/18]

Q.    Statement of Blank Rome, on Behalf of Itself and in Respect of Other Zohar I Service Providers, in Response to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 528; 11/7/18]

R.    Limited Statement and Response of U.S. Bank National Association, as Indenture Trustee, to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 530; 11/7/18]

Reply Deadline:                    November 7, 2018 at 4:00 p.m. (ET) (The Debtors, MBIA and the Zohar III Controlling Class intend to file replies by 12:00 p.m. noon on November 9, 2018 accompanied by a motion for leave and amended agenda)

Status:        This matter is going forward.

3.    Patriarch's Motion for an Order to File Under Seal Information Designated as Confidential in Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 501; 10/30/18]

Related Documents:

A.    [SEALED] Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 502; 10/30/18]

B.    [REDACTED] Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 503; 10/30/18]

Response Deadline:                November 13, 2018 at 4:00 p.m. (ET)

Responses Received:              None as of this date

Status:        This matter is going forward.

Dated: November 8, 2018
     Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Joseph M. Barry*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*