**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 18-10512 (CSS)<br>)<br>) Jointly Administered<br>)<br>) **Related to Docket Nos. 356, 365, 503 &**<br>) **542** |

**MOTION OF ZOHAR III CONTROLLING CLASS FOR LEAVE TO FILE JOINDER AND SUPPLEMENTAL RESPONSE IN SUPPORT OF THE DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE USE OF CASH COLLATERAL**

The holders (the "Zohar III Controlling Class") of the majority of A-1 notes issued by Debtor Zohar III, Corp. ("Zohar III"), by and through their undersigned counsel, respectfully submit this motion (the "Motion for Leave") for entry of an order, substantially in the form attached hereto as Exhibit B (the "Proposed Order"), authorizing the filing by the Zohar III Controlling Class of their *Joinder and Supplemental Response in Support of the Debtors' Motion for Entry of an Order Authorizing the Use of Cash Collateral* (the "Joinder"), attached hereto as Exhibit A, in support of the *Debtors' Motion For Entry of an Order Authorizing the Use of Cash Collateral* [D.I. 356] (the "Motion") and the proposed *Final Order Under 11 U.S.C. §§ 105, 361, 362, 363 and 507, and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Providing Superpriority Administrative Expense Status; (IV) Modifying Automatic Stay; and (V) Granting Related Relief* [D.I. 542, Exhibit A] (the "Revised Order") and in response to

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

*Patriarch's Objection to Debtors' Motion For Entry of an Order Authorizing the Use of Cash Collateral* [D.I. 503] (the "Objection") and respectfully state as follows:

1. On July 6, 2018, the Debtors filed their *Motion for Entry of an Order Authorizing the Use of Cash Collateral* [D.I. 356] (the "Cash Collateral Motion"). On July 12, 2018, the Debtors filed a subsequent *Notice of the Cash Collateral Motion* which attached the *Proposed Order Under 11 U.S.C. §§ 105, 361, 362, 363 and 507, and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Providing Superpriority Administrative Expense Status; (IV) Modifying Automatic Stay; and (V) Granting Related Relief* [D.I. 365].

2. On October 30, 2018, Patriarch[2] filed its Objection to the Cash Collateral Motion [D.I. 503].

3. Rule 9006-1(d) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") provides that reply papers may be filed so as to be received by 4:00 p.m., prevailing Eastern Time, the day prior to the deadline for filing the agenda. Pursuant to Local Rule 9006-1(d), the Zohar III Controlling Class was required to file their Joinder by November 7, 2018 at 4:00 p.m.

4. The Zohar III Controlling Class submits that there is ample cause to justify allowing the filing of the Joinder. The parties are attempting to narrow the issues that the Court will need to consider at the hearing. To that end, the Zohar III Controlling Class has worked with MBIA and the Debtors, among others, to negotiate the terms of the Revised Order. Until such revisions were complete and filed with the Court, the Zohar III Controlling Class was unable to finalize its response to the Objection. However, the Zohar III Controlling Class seeks

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Joinder.

the relief set forth herein because the Joinder will assist the Court with respect to the arguments set forth in the Objection (specifically with respect to the issues as they relate to the Zohar III Noteholders) and the consideration of the final approval of the Cash Collateral Motion.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Zohar III Controlling Class respectfully requests that the Court enter the Proposed Order, granting the relief requested herein, and such further relief as may be just and proper under the circumstances.

Dated: November 9, 2018
      Wilmington, Delaware

    Brian J. Lohan
Ginger Clements
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street Suite 4200
Chicago, IL 60602-4231
Telephone:   +1 312 583 2300
Facsimile:   +1 312 583 2360
Email:  brian.lohan@arnoldporter.com
Email:  ginger.clements@arnoldporter.com

Jeffrey A. Fuisz
Peta Gordon (*pro hac vice* admission pending)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone:   +1 312 863 8000
Facsimile:   +1 212 863 8689
Email:  jeffrey.fuisz@arnoldporter.com
Email:  peta.gordon@arnoldporter.com

-and-

*/s/ Matthew P. Ward*
Matthew P. Ward (Del. Bar No. 4471)
Morgan L. Patterson (Del. Bar No. 5388)
Womble Bond Dickinson (US) LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
Email:  matthew.ward@wbd-us.com
Email:  morgan.patterson@wbd-us.com

*Counsel to the Zohar III Controlling Class*