# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>   Debtors. | Chapter 11<br><br>Case No. 18-10512 (CSS)<br><br>Jointly Administered<br><br>**Related to Docket No. \_\_\_\_** |

**ORDER GRANTING ZOHAR III CONTROLLING CLASS LEAVE TO FILE JOINDER AND SUPPLEMENTAL RESPONSE IN SUPOPRT OF THE DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE USE OF CASH COLLATERAL**

Upon the motion (the "Motion") of the holders (the "Zohar III Controlling Class") of the majority of A-1 notes issued by Debtor Zohar III, Corp. ("Zohar III") for entry of an order authorizing the filing of their joinder and supplemental response (the "Joinder"), attached to the Motion as Exhibit A, in support of the *Debtors' Motion For Entry of an Order Authorizing the Use of Cash Collateral* [D.I. 356] (the "Motion") and the proposed *Final Order Under 11 U.S.C. §§ 105, 361, 362, 363 and 507, and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Providing Superpriority Administrative Expense Status; (IV) Modifying Automatic Stay; and (V) Granting Related Relief* [D.I. 542, Exhibit A] (the "Revised Order") and in response to *Patriarch's Objection to Debtors' Motion For Entry of an Order Authorizing the Use of Cash Collateral* [D.I. 503]; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined

---

[1]   The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

2

that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and good and sufficient cause exists for granting the relief requested in the Motion, it is hereby ORDERED THAT:

1. The Motion is GRANTED.

2. The Zohar III Controlling Class is granted leave to file the Joinder.

3. This Court shall retain jurisdiction with respect to all matters relating to the interpretation of this Order.

Dated: _____, 2018

                                              _____
                                              The Honorable Christopher S. Sontchi
                                              Chief United States Bankruptcy Judge