## CERTIFICATE OF SERVICE

I, Heidi Sasso, certify that I am not less than 18 years of age, and that on November 9, 2018, a copy of the foregoing document was electronically filed by CM/ECF, and I caused copies to be served upon the following parties in the manner indicated:

VIA HAND DELIVERY
James L. Patton, Jr., Esquire
Robert S. Brady, Esquire
Michael R. Nestor, Esquire
Joseph M. Barry, Esquire
Ryan M. Bartley, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

VIA HAND DELIVERY
Norman L. Pernick, Esquire
Patrick J. Reilley, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

VIA U.S. MAIL
Robert Klyman, Esquire
Gibson, Dunn & Crutcher LLP
333 S. Grand Avenue
Los Angeles, CA 90071-3197

VIA U.S. MAIL
Randy M. Mastro, Esquire
Matt J. Williams, Esquire
Mary Beth Maloney, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

VIA U.S. MAIL
Monica K. Loseman, Esquire
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 9, 2018

*/s/ Heidi Sasso*
Heidi Sasso

WBD (US) 44917346v1