## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON NOVEMBER 19, 2018 AT 10:00 A.M. (ET)

## ADJOURNED MATTERS

1.     [SEALED] Debtors' Motion, Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II) Granting Related Relief [D.I. 491; 10/23/18]

   Related Documents:

   A.     [REDACTED] Debtors' Motion, Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II) Granting Related Relief [D.I. 490; 10/29/18]

   B.     Motion of Ankura Trust Company, LLC for Entry of Order Directing Fee Schedule be Maintained Under Seal [D.I. 492; 10/29/18]

   C.     [SEALED] Notice of Filing of Amended Exhibits to New Agent Agreement [D.I. 520; 11/1/18]

   D.     [REDACTED] Notice of Filing of Amended Exhibits to New Agent Agreement [D.I. 521; 11/1/18]

---

[1]   The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc. New York, NY 10036.

[2]   **Amended matters are in bold.**

Response Deadline:                    November 12, 2018 at 4:00 p.m. (ET); Extended to
                                      December 3, 2018 for United States Trustee.

Responses Received:                   None to date.

Status:        This matter is adjourned to December 6, 2018 at 11:00 a.m. (ET).

2.     Motion of Ankura Trust Company, LLC for Entry of Order Directing Fee Schedule be
       Maintained Under Seal [D.I. 492; 10/29/18]

       Related Documents:

       A.     [SEALED] Debtors' Motion, Pursuant to Sections 105(a), 363 and 503(b) of the
              Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of
              Ankura Trust Company, LLC as New Agent Under the Court-Approved
              Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch
              Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II)
              Granting Related Relief [D.I. 491; 10/23/18]

       B.     [REDACTED] Debtors' Motion, Pursuant to Sections 105(a), 363 and 503(b) of
              the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of
              Ankura Trust Company, LLC as New Agent Under the Court-Approved
              Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch
              Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II)
              Granting Related Relief [D.I. 490; 10/29/18]

       C.     [SEALED] Notice of Filing of Amended Exhibits to New Agent Agreement [D.I.
              520; 11/1/18]

       D.     [REDACTED] Notice of Filing of Amended Exhibits to New Agent Agreement
              [D.I. 521; 11/1/18]

       Response Deadline:                    November 12, 2018 at 4:00 p.m. (ET)

       Responses Received:                   None to date.  Extended for Patriarch to a date and
                                             time to be determined.

       Status:        This matter is adjourned to December 6, 2018 at 11:00 a.m. (ET).

**MATTERS GOING FORWARD**

3.     Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 356;
       7/6/18]

       Related Documents:

       A.     Notice of Filing of Proposed Order Authorizing Use of Cash Collateral and

Budget [D.I. 365; 7/12/18]

B.   Notice of Filing of Proposed Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 378; 7/20/18]

C.   Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 382; 7/23/18]

D.   Notice of Hearing [D.I. 431; 8/21/18]

E.   Second Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 432; 8/22/18]

F.   Notice of Filing of Amended Budget Regarding Second Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 469; 10/4/18]

G.   Notice of Hearing [D.I. 471; 10/8/18]

H.   Notice of Re-Scheduled Hearing Regarding Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 474; 10/11/18]

I.   Patriarch's Motion for an Order to File Under Seal Information Designated as Confidential in Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 501; 10/30/18]

J.   Declaration of Caroyln Schiff in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 504; 10/30/18]

K.   [SEALED] Declaration of Michael S. Neumeister in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 505; 10/30/18]

L.   [REDACTED] Declaration of Michael S. Neumeister in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 506; 10/30/18]

M.   Third Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 516; 11/1/18]

N.   [SEALED] Declaration of Gregory M. Petrick in Support of MBIA Insurance Corporation's Reply to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 537; 11/9/18]

O.   MBIA Insurance Corporation's Motion for an Order to File Under Seal Information Designated Confidential in MBIA's Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral

[D.I. 539; 11/9/18]

P.    [REDACTED] Declaration of Gregory M. Petrick in Support of MBIA Insurance Corporation's Reply to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 541; 11/9/18]

Q.    Declaration of Michael Katzenstein in Support of the Debtors' Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 543; 11/9/18]

R.    Order Granting MBIA Insurance Corporation's Motion for Leave to File a Late Reply in Support of Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 549; 11/9/18]

S.    Order Granting Zohar III Controlling Class for Leave to File Joinder and Supplemental Response in Support of the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 550; 11/9/18]

T.    Order, Pursuant to Local Rule 9006-1(d), Granting Debtors Leave and Permission to File Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 551; 11/9/18]

<u>Response Deadline</u>:          October 30, 2018 at 1:00 p.m. (ET)

<u>Responses Received</u>:

U.    Reservation of Rights of U.S. Bank National Association, as Indenture Trustee, to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 500; 10/30/18]

V.    [SEALED] Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 502; 10/30/18]

W.    [REDACTED] Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 503; 10/30/18]

X.    Statement of Blank Rome, on Behalf of Itself and in Respect of Other Zohar I Service Providers, in Response to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 528; 11/7/18]

Y.    Limited Statement and Response of U.S. Bank National Association, as Indenture Trustee, to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 530; 11/7/18]

Z.    [SEALED] MBIA Insurance Corporation's Statement in Support of Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral and Reply to Patriarch's Objection Thereto [D.I. 536; 11/9/18]

AA.    [REDACTED] MBIA Insurance Corporation's Statement in Support of Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral and Reply to Patriarch's Objection Thereto [D.I. 540; 11/9/18]

BB.    Zohar III Controlling Class' Joinder and Supplemental Response in Support of the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. N/A; 11/9/18]

CC.    The Debtors' Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. N/A; 11/9/18]

**Status:**    **The Debtors, Indenture Trustee, MBIA, Zohar III Controlling Class and Patriarch Stakeholders are working on a consensual form of cash collateral order. This matter is adjourned to December 6, 2018 at 11:00 a.m. (ET). To the extent the parties agree on a form of order prior to December 6th, they will submit it under Certification of Counsel.**

4.    Patriarch's Motion for an Order to File Under Seal Information Designated as Confidential in Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 501; 10/30/18]

Related Documents:

A.    [SEALED] Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 502; 10/30/18]

B.    [REDACTED] Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 503; 10/30/18]

Response Deadline:                    November 13, 2018 at 4:00 p.m. (ET)

Responses Received:                  None

**Status:**        **This matter is adjourned to December 6, 2018 at 11:00 a.m. (ET).**

5.    MBIA Insurance Corporation's Motion for an Order to File Under Seal Information Designated Confidential in MBIA's Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 539; 11/9/18]

Related Documents:

A.    [SEALED] MBIA Insurance Corporation's Statement in Support of Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral and Reply to Patriarch's Objection Thereto [D.I. 536; 11/9/18]

01:23857921.4

B.    [SEALED] Declaration of Gregory M. Petrick in Support of MBIA Insurance Corporation's Reply to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 537; 11/9/18]

C.    [REDACTED] MBIA Insurance Corporation's Statement in Support of Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral and Reply to Patriarch's Objection Thereto [D.I. 540; 11/9/18]

D.    [REDACTED] Declaration of Gregory M. Petrick in Support of MBIA Insurance Corporation's Reply to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 541; 11/9/18]

Response Deadline:              November 13, 2018 at 4:00 p.m. (ET)

Responses Received:             None

**Status:        This matter is adjourned to December 6, 2018 at 11:00 a.m. (ET).**

Dated: November 16, 2018          YOUNG CONAWAY STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                                  */s/ Joseph M. Barry*
                                  James L. Patton, Jr. (No. 2202)
                                  Robert S. Brady (No. 2847)
                                  Michael R. Nestor (No. 3526)
                                  Joseph M. Barry (No. 4221)
                                  Ryan M. Bartley (No. 4985)
                                  Rodney Square
                                  1000 North King Street
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 571-6600
                                  Facsimile: (302) 571-1253

                                  *Counsel to the Debtors and Debtors in Possession*

01:23857921.4