# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10512 (CSS)<br><br>Jointly Administered |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 10, 2018 AT 10:00 A.M. (ET)

### MATTERS GOING FORWARD

1. Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 356; 7/6/18]

   Related Documents:

   A. Notice of Filing of Proposed Order Authorizing Use of Cash Collateral and Budget [D.I. 365; 7/12/18]

   B. Notice of Filing of Proposed Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 378; 7/20/18]

   C. Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 382; 7/23/18]

   D. Notice of Hearing [D.I. 431; 8/21/18]

   E. Second Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 432; 8/22/18]

   F. Notice of Filing of Amended Budget Regarding Second Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 469; 10/4/18]

   G. Notice of Hearing [D.I. 471; 10/8/18]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc. New York, NY 10036.

[2] **All amendments appear in bold.**

01:23939145.1

H.      Notice of Re-Scheduled Hearing Regarding Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 474; 10/11/18]

I.      Patriarch's Motion for an Order to File Under Seal Information Designated as Confidential in Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 501; 10/30/18]

J.      Declaration of Caroyln Schiff in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 504; 10/30/18]

K.      [SEALED] Declaration of Michael S. Neumeister in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 505; 10/30/18]

L.      [REDACTED] Declaration of Michael S. Neumeister in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 506; 10/30/18]

M.      Third Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 516; 11/1/18]

N.      [SEALED] Declaration of Gregory M. Petrick in Support of MBIA Insurance Corporation's Reply to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 537; 11/9/18]

O.      MBIA Insurance Corporation's Motion for an Order to File Under Seal Information Designated Confidential in MBIA's Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 539; 11/9/18]

P.      [REDACTED] Declaration of Gregory M. Petrick in Support of MBIA Insurance Corporation's Reply to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 541; 11/9/18]

Q.      Declaration of Michael Katzenstein in Support of the Debtors' Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 543; 11/9/18]

R.      Order Granting MBIA Insurance Corporation's Motion for Leave to File a Late Reply in Support of Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 549; 11/9/18]

S.      Order Granting Zohar III Controlling Class for Leave to File Joinder and Supplemental Response in Support of the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 550; 11/9/18]

T.     Order, Pursuant to Local Rule 9006-1(d), Granting Debtors Leave and Permission to File Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 551; 11/9/18]

Response Deadline:     October 30, 2018 at 1:00 p.m. (ET)

Responses Received:

U.     Reservation of Rights of U.S. Bank National Association, as Indenture Trustee, to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 500; 10/30/18]

V.     [SEALED] Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 502; 10/30/18]

W.     [REDACTED] Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 503; 10/30/18]

X.     Statement of Blank Rome, on Behalf of Itself and in Respect of Other Zohar I Service Providers, in Response to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 528; 11/7/18]

Y.     Limited Statement and Response of U.S. Bank National Association, as Indenture Trustee, to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 530; 11/7/18]

Z.     [SEALED] MBIA Insurance Corporation's Statement in Support of Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral and Reply to Patriarch's Objection Thereto [D.I. 536; 11/9/18]

AA.     [REDACTED] MBIA Insurance Corporation's Statement in Support of Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral and Reply to Patriarch's Objection Thereto [D.I. 540; 11/9/18]

BB.     Zohar III Controlling Class' Joinder and Supplemental Response in Support of the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. N/A; 11/9/18]

CC.     The Debtors' Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. N/A; 11/9/18]

**Additional Documents**:

DD.     **Certification of Counsel Regarding Proposed Final Order Authorizing the Debtors' Use of Cash Collateral [D.I. 382; 12/7/18]**

       Status: **The Debtors have filed a revised proposed form of order under Certification of Counsel. As set forth in the Certification of Counsel, the revised form of order is largely unopposed other than the issues referenced in the Certification of Counsel. This matter will go forward.**

2. Patriarch's Motion for an Order to File Under Seal Information Designated as Confidential in Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 501; 10/30/18]

   Related Documents:

   A. [SEALED] Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 502; 10/30/18]

   B. [REDACTED] Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 503; 10/30/18]

   Response Deadline:      November 13, 2018 at 4:00 p.m. (ET)

   Responses Received:      None

   Status:      This matter is going forward.

3. MBIA Insurance Corporation's Motion for an Order to File Under Seal Information Designated Confidential in MBIA's Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 539; 11/9/18]

   Related Documents:

   A. [SEALED] MBIA Insurance Corporation's Statement in Support of Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral and Reply to Patriarch's Objection Thereto [D.I. 536; 11/9/18]

   B. [SEALED] Declaration of Gregory M. Petrick in Support of MBIA Insurance Corporation's Reply to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 537; 11/9/18]

   C. [REDACTED] MBIA Insurance Corporation's Statement in Support of Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral and Reply to Patriarch's Objection Thereto [D.I. 540; 11/9/18]

   D. [REDACTED] Declaration of Gregory M. Petrick in Support of MBIA Insurance Corporation's Reply to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 541; 11/9/18]

   Response Deadline:      November 13, 2018 at 4:00 p.m. (ET)

Responses Received:    None

Status:    This matter is going forward.  The parties are attempting to resolve or narrow the open issues and the Debtors will file a proposed form of order (or orders) in advance of the hearing.

Dated: December 7, 2018  
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Joseph M. Barry*  
James L. Patton, Jr. (No. 2202)  
Robert S. Brady (No. 2847)  
Michael R. Nestor (No. 3526)  
Joseph M. Barry (No. 4221)  
Ryan M. Bartley (No. 4985)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

01:23939145.1