# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (CSS) |
| | ) Jointly Administered |
| Debtors. | ) |

## NOTICE OF RESCHEDULED AND CANCELLED HEARING

**PLEASE TAKE NOTICE** that, at the direction of the Court, all matters previously scheduled to be heard on January 14, 2019 at 1:00 p.m. (ET) will now be heard on **February 6, 2019 at 10:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that, at the direction of the Court, the hearing previously scheduled for February 12, 2019 at 10:00 a.m. (ET) **has now been cancelled**.

Dated: January 4, 2019  
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael R. Nestor*  
James L. Patton, Jr. (No. 2202)  
Robert S. Brady (No. 2847)  
Michael R. Nestor (No. 3526)  
Joseph M. Barry (No. 4421)  
Ryan M. Bartley (No. 4985)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

01:23727288.2