# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 18-10512 (CSS)<br>)<br>) Jointly Administered<br>)<br>) **Docket Ref. No. 603** |

## *SECOND* ORDER, PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE, EXTENDING THE EXCLUSIVE PERIODS FOR THE FILING OF A CHAPTER 11 PLAN AND SOLICITATION OF ACCEPTANCES THEREOF

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of a second order, pursuant to section 1121(d) of the Bankruptcy Code, extending the Exclusive Periods within which only the Debtors may file a Chapter 11 plan and solicit acceptances thereof, all as more fully described in the Motion; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that this is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of these Chapter 11 cases and of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

estates, their creditors, and other parties in interest and consistent with the terms of the Settlement Agreement, as described more fully in the Motion; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Exclusive Filing Period for each Debtor is hereby extended through and including August 21, 2019, for cause, pursuant to section 1121(d) of the Bankruptcy Code.

3. The Exclusive Solicitation Period for each Debtor is hereby extended through and including October 21, 2019, for cause, pursuant to section 1121(d) of the Bankruptcy Code.

4. The extension of the Exclusive Periods set forth herein is without prejudice to the Debtors' right to seek further extensions of the Exclusive Periods in the future.

5. The extension of the Exclusive Periods set forth herein is without prejudice to the rights of any party to seek to terminate the Exclusive Periods.

6. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: January 8, 2019
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge