**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Zohar III, Corp., *et al.*,[1] ) | Case No. 18-10512 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Ref. Docket Nos. 168 & 239 |

**SUPPLEMENTAL DECLARATION OF MICHAEL R. NESTOR
IN SUPPORT OF THE DEBTORS' APPLICATION FOR AN ORDER, PURSUANT TO
SECTION 327(a) OF THE BANKRUPTCY CODE, AUTHORIZING THE RETENTION
AND EMPLOYMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS
COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

I, Michael R. Nestor, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a partner in the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm"), with offices at Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, and am duly admitted to practice in the States of Delaware, Pennsylvania, and New York, as well as before the United States District Court for the District of Delaware, the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit. I submit this supplemental declaration (this "Supplemental Declaration") in support of the *Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young*

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

*Conaway Stargatt & Taylor, LLP as Counsel to the Debtors, Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 168] (the "Application").[2]

2. The Application was accompanied by a declaration (the "Initial Declaration"), sworn to and executed by me, containing disclosures and representations under section 327(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016.

3. Neither I, Young Conaway, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the above-captioned Debtors, their creditors, or any other parties in interest, nor the United States Trustee or any person employed in the office of the United States Trustee, except as stated in the Initial Declaration or this Supplemental Declaration.

4. As stated in the Initial Declaration, Young Conaway conducted a series of searches in the Firm's conflicts database to identify relationships with the Debtors, their lenders, equity holders, and various other parties in interest in these Chapter 11 cases (collectively, the "Interested Parties"). The Initial Declaration summarized the results of those searches. This Supplemental Declaration discloses an additional relationship of Young Conaway that has come to my attention since the Application and the accompanying Initial Declaration were filed.

5. Young Conaway currently represents an ad hoc lender committee that includes as a member Credit Value Partners ("CVP"), a potentially Interested Party in these Chapter 11 cases. Young Conaway's representation of such committee is with respect to a matter wholly unrelated to the Debtors and these Chapter 11 cases.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application. On May 8, 2018, the Court entered an order approving the Application [Docket No. 239].

6. To the extent Young Conaway becomes aware of any additional relationships and/or connections that may be relevant to Young Conaway's representation of the Debtors, an additional supplemental declaration will be filed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on January 17, 2019

By:   */s/ Michael R. Nestor*<br>Michael R. Nestor