**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 18-10512 (CSS) |
| Zohar III, Corp., *et al.*,[1] | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | **Objection Deadline: February 12, 2019 at 4:00 p.m. (ET)** |

**NOTICE OF FILING OF NINTH STAFFING
AND COMPENSATION REPORT OF GOLDIN ASSOCIATES, LLC
FOR THE PERIOD OF DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018**

**PLEASE TAKE NOTICE** that, in accordance with that certain *Order Authorizing and Approving, Effective as of the Petition Date, the Agreement with Goldin Associates, LLC to Provide (I) Marc S. Kirschner to Serve as the Debtors' Chief Restructuring Officer and (II) Services Related Thereto* [Docket No. 238], entered on May 8, 2018 (the "Retention Order"), and the *Order Amending the Terms of the Retention of Goldin Associates, LLC* [Docket No. 298], entered on June 11, 2018  (the "Amended Retention Order", collectively with the Retention Order, the "Retention Orders"), Goldin Associates, LLC ("Goldin") has filed its staffing and compensation report for the period of December 1, 2018, through and including December 31, 2018 (the "Staffing  and Compensation Report") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Staffing and Compensation Report (each, an "Objection") must be made in accordance with the Retention Orders and must be filed and served upon the undersigned counsel so as to be received on or before February 12, 2019 at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1]  The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

**PLEASE TAKE FURTHER NOTICE** that in the event an Objection is raised and not consensually resolved between the Debtors, Goldin, and the objecting party, all compensation reported in this Staffing and Compensation Report shall be subject to review by the Court.

**PLEASE TAKE FURTHER NOTICE** that, subject to any Objections, as set forth above and in the Retention Orders, the Debtors are authorized, but not directed, to pay, in the ordinary course of business, all amounts invoiced by Goldin for fees and expenses incurred in connection with Goldin's retention.

Dated: January 23, 2019
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Shane M. Reil*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

01:24097721.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
                                              :
In re                                         :        Chapter 11
                                              :
ZOHAR III, CORP. *et al.*,[1]                 :        Case No. 18 – 10512 (CSS)
                                              :
                    Debtors.                  :        Jointly Administered
------------------------------------------------------x

### STAFFING AND COMPENSATION REPORT OF GOLDIN ASSOCIATES LLC FOR THE PERIOD OF DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018

This is Goldin Associates LLC's ("Goldin") Monthly Staffing and Compensation Report (the "Staffing and Compensation Report") for the period of December 1, 2018 through December 31, 2018 (the "Fee Period").

On June 11, 2018, the Court approved an *Order Amending the Terms of the Retention of Goldin Associates, LLC* [Docket 298] (the "Amended Goldin Retention Order") appointing Robert S. Kost of Goldin as the Debtors' Chief Monetization Officer ("CMO"). Pursuant to the Amended Retention Order, Mr. Kost was retained to assist the Debtors with regard to executing the monetization process (the "CMO Services"). Mr. Kost is being supported, as necessary and appropriate, by additional Goldin personnel. In addition, Goldin agreed to provide transition services (the "Transition Services") to the Debtors to assist with the transition of documents and other information to Michael Katzenstein of FTI Consulting, Inc., the Debtors' Chief Restructuring Officer (the "CRO").

On May 8, 2018, the Court approved an *Order Authorizing and Approving, Effective as of the Petition Date, the Agreement with Goldin Associates, LLC to Provide (I) Marc S.*

---

[1] The Debtors and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

*Kirschner to Serve as the Debtors' Chief Restructuring Officer and (II) Services Related Thereto* [Docket 238] (the "Initial Goldin Retention Order" and, together with the Amended Goldin Retention Order, the "Retention Orders").  As provided in paragraph 2(h) of the Initial Goldin Retention Order, Goldin agreed to continue "to provide the services it has been providing to the Debtors in the ordinary course of business and shall provide any transition services the replacement CRO or Independent Director may request and will request compensation for such services and reimbursement of any costs incurred subject to further order of the Court…"  As described in the Amended Goldin Retention Order, Mr. Kirschner was released from his duties as CRO effective as of May 21, 2018.

### GOLDIN ASSOCIATES LLC SUMMARY OF FEES AND EXPENSES FOR THE PERIOD OF DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018

| | |
|---|---|
| Fees for CMO Services | $50,292.50 |
| Expenses | 474.24 |
| **Total Fees and Expenses** | **$50,766.74** |

01:24097966.1

In support of this Staffing and Compensation Report, attached are the following exhibits:

- **Exhibit A** is a schedule of the hours expended and fees incurred by each Goldin professional in connection with these chapter 11 cases during the Fee Period.

- **Exhibit B** is a description of primary current responsibilities of principal Goldin professionals during the Fee Period.

- **Exhibit C** is a general description of project categories.

- **Exhibit D** is a schedule of the number of hours expended (individually and on an aggregate basis) by Goldin professionals during the Fee Period with respect to each of the project categories Goldin established in accordance with its internal billing procedures and details of such expended time.

- **Exhibit E** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which Goldin is seeking reimbursement in this Staffing and Compensation Report.  All of these disbursements comprise Goldin's out-of-pocket expenses.

- **Exhibit F** is a detailed description of expenses for which Goldin is seeking reimbursement in this Staffing and Compensation Report. All of these disbursements comprise the requested sum for Goldin's out-of-pocket expenses.

01:24097966.1

4

Pursuant to the Retention Orders, Goldin files this Staffing and Compensation Report listing the time incurred, services provided and the compensation earned by Goldin during the Fee Period.

Dated: New York, New York        /s/ *Robert S. Kost*
       January 23, 2019          Robert S. Kost
                                 Managing Director
                                 Goldin Associates, LLC

01:24097966.1