**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | Chapter 11 |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 18-10512 (CSS) |
| Zohar III, Corp., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 6, 2019 AT 10:00 A.M. (ET)**

**RESOLVED MATTER**

1. Debtors' Second Motion for Entry of an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [D.I. 603; 12/21/18]

   Related Documents:

   A. Certificate of No Objection [D.I. 615; 1/7/19]

   B. Second Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [D.I. 616; 1/8/19]

   Response Deadline: January 4, 2019 at 4:00 p.m. (ET)

   Responses Received: None

   Status: An order has been entered by the Court. No hearing is required.

**MATTERS GOING FORWARD**

2. [SEALED] Debtors' Motion, Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II) Granting Related Relief [D.I. 491; 10/23/18]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc. New York, NY 10036.

01:24124236.1

Related Documents:

A. [REDACTED] Debtors' Motion, Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II) Granting Related Relief [D.I. 490; 10/29/18]

B. Motion of Ankura Trust Company, LLC for Entry of Order Directing Fee Schedule be Maintained Under Seal [D.I. 492; 10/29/18]

C. [SEALED] Notice of Filing of Amended Exhibits to New Agent Agreement [D.I. 520; 11/1/18]

D. [REDACTED] Notice of Filing of Amended Exhibits to New Agent Agreement [D.I. 521; 11/1/18]

E. Notice of Hearing [D.I. 591; 12/10/18]

Response Deadline:     November 12, 2018 at 4:00 p.m. (ET); Extended to December 3, 2018 for United States Trustee.

Responses Received:

F. [SEALED] Patriarch's Objection to Debtors' Motion, Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II) Granting Related Relief [D.I. 623; 1/14/19]

G. [REDACTED] Patriarch's Objection to Debtors' Motion, Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II) Granting Related Relief [D.I. 624; 1/14/19]

H. [SEALED] Debtors' Reply in Support of Motion, Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II) Granting Related Relief [D.I. 639; 2/1/19]

01:24124236.1

        I.      [REDACTED] Debtors' Reply in Support of Motion, Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II) Granting Related Relief [D.I. 640; 2/1/19]

        J.      Zohar III Controlling Class' Response in Support of the Debtors' Debtors' Motion, Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II) Granting Related Relief [D.I. 641; 2/1/19]

        K.      MBIA Insurance Corporation's Statement in Support of the Debtors' Motion for Entry of an Order Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement [D.I. 642; 2/1/19]

    Status:      The informal concerns of the U.S. Trustee have been resolved. This matter is going forward.

3.    Motion of Ankura Trust Company, LLC for Entry of Order Directing Fee Schedule be Maintained Under Seal [D.I. 492; 10/29/18]

    Related Documents:

        A.      [SEALED] Debtors' Motion, Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II) Granting Related Relief [D.I. 491; 10/23/18]

        B.      [REDACTED] Debtors' Motion, Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II) Granting Related Relief [D.I. 490; 10/29/18]

        C.      [SEALED] Notice of Filing of Amended Exhibits to New Agent Agreement [D.I. 520; 11/1/18]

        D.      [REDACTED] Notice of Filing of Amended Exhibits to New Agent Agreement [D.I. 521; 11/1/18]

| | |
|---|---|
| Response Deadline: | November 12, 2018 at 4:00 p.m. (ET) |
| Responses Received: | None |

Status:   Ankura is working to resolve the informal concerns of the U.S. Trustee.  If not resolved prior to the hearing, this matter will go forward.

Dated: February 4, 2019
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Joseph M. Barry*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*