## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (CSS) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING[3] ON FEBRUARY 21, 2019 AT 2:00 P.M. (ET)

> **PLEASE NOTE THAT AT THE DIRECTION OF THE COURT, THE HEARING TIME HAS BEEN CHANGED FROM 11:00 A.M. (ET) TO 2:00 P.M. (ET)**

## MATTER GOING FORWARD

1.  [SEALED] Debtors' Motion, Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II) Granting Related Relief [D.I. 491; 10/23/18]

    Related Documents:

    A.  [REDACTED] Debtors' Motion, Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II) Granting Related Relief [D.I. 490; 10/29/18]

    B.  Motion of Ankura Trust Company, LLC for Entry of Order Directing Fee Schedule be Maintained Under Seal [D.I. 492; 10/29/18]

---

[1]  The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc. New York, NY 10036.

[2]  **All amendments appear in bold.**

[3]  All parties wishing to participate telephonically can make arrangements through CourtCall at (866) 582-6878.

C.  [SEALED] Notice of Filing of Amended Exhibits to New Agent Agreement [D.I. 520; 11/1/18]

D.  [REDACTED] Notice of Filing of Amended Exhibits to New Agent Agreement [D.I. 521; 11/1/18]

E.  Notice of Hearing [D.I. 591; 12/10/18]

F.  Notice of Telephonic Hearing [D.I. 657; 2/8/19]

<u>Response Deadline</u>:                     November 12, 2018 at 4:00 p.m. (ET); Extended to December 3, 2018 for United States Trustee.

<u>Responses Received</u>:

G.  [SEALED] Patriarch's Objection to Debtors' Motion, Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II) Granting Related Relief [D.I. 623; 1/14/19]

H.  [REDACTED] Patriarch's Objection to Debtors' Motion, Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II) Granting Related Relief [D.I. 624; 1/14/19]

I.  [SEALED] Debtors' Reply in Support of Motion, Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II) Granting Related Relief [D.I. 639; 2/1/19]

J.  [REDACTED] Debtors' Reply in Support of Motion, Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement by and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II) Granting Related Relief [D.I. 640; 2/1/19]

K.  Zohar III Controlling Class' Response in Support of the Debtors' Debtors' Motion, Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement by and

Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and (II) Granting Related Relief [D.I. 641; 2/1/19]

L.    MBIA Insurance Corporation's Statement in Support of the Debtors' Motion for Entry of an Order Authorizing the Appointment of Ankura Trust Company, LLC as New Agent Under the Court-Approved Settlement Agreement [D.I. 642; 2/1/19]

Status:    As indicated on the record at the February 6, 2019 hearing, this hearing is limited to the Court's issuance of a ruling on matter #1.  No party is required to appear in person.

Dated: February  19, 2019
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael R. Nestor*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

01:24188059.1