# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 02/26/2019
Calendar Time: 11:00 AM ET

2nd Revision  Feb 26 2019 5:26AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Zohar III, Corp. | 18-10512 | Hearing | 9625991 | Ingrid Bagby | (212) 504-6894 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 9626354 | Joseph Barry | (302) 571-6705 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Court / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 9626350 | Robert S. Brady | (302) 571-5713 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Court / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 9628575 | Grant Buerstetta | (212) 885-5000 ext. | Blank Rome LLP | Interested Party, Blank Rome LLP / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 9626011 | Mark D. Collins | (302) 651-7531 ext. | Richards, Layton & Finger, P.A. | Interested Party, Ankura Trust / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 9628361 | Jonathan Edwards | (404) 881-4985 ext. | Alston & Bird LLP | Creditor, U.S. Bank, N.A. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 9628373 | Jeffrey A. Fuisz | (212) 836-8317 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Zohar III Noteholders / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 9626031 | Andrew C. Harmeyer | (212) 530-5865 ext. | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ankura Trust Company / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 9630246 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | Zohar III Corp. | 18-10512 | Hearing | 9626023 | Brett M. Haywood | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Interested Party, Ankura Trust / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 9628369 | Ericka Johnson | (302) 252-4337 ext. | Womble Bond Dickinson (US) LLP | Interested Party, Zohar, III, Note Holders / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 9626632 | Laura D. Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Interested Party, MBIA Insurance Corporation / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 9626329 | Michael Katzenstein | (214) 762-5574 ext. | FTI Consulting, Inc. | Interested Party, FTI Consulting Inc. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 9625999 | Brya M. Keilson | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Brya Keilson / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 9627089 | Robert Klyman | (213) 229-7562 ext. | Gibson, Dunn & Crutcher LLP | Creditor, Patriarch / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Zohar III, Corp. | 18-10512 | Hearing | 9626438 | Charles Koster | (212) 819-7845 ext. | White & Case LLP | Interested Party, Independent Director / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 9628568 | Elizabeth LaPuma | (212) 763-9779 ext. | Alvarez & Marsal | Interested Party, Alvarez & Marsal / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 9628379 | Brian J. Lohan | (312) 583-2403 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Zohar III, Noteholders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 9628266 | Monica K. Loseman | (303) 298-5784 ext. | Gibson, Dunn & Crutcher LLP - Denver | Creditor, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 9625981 | Michele C. Maman-Cohen | (212) 504-6975 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 9626345 | Michael Nestor | (302) 571-6600 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Court / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 9628258 | Michael S. Neumeister | (213) 229-7006 ext. | Gibson, Dunn & Crutcher LLP | Creditor, Patriarch / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 9628261 | Norman L. Pernick | (302) 651-2001 ext. | Cole Schotz P.C. | Creditor, Lynn Tilton / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 9626450 | Brian Pfeiffer | (212) 819-8200 ext. | White & Case LLP | Interested Party, Independent Director / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 9628366 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 9626038 | Eric Stodola | (212) 530-5663 ext. | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 9630842 | Alexandra Troiano | (212) 715-9281 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 9626342 | Conor Tulley | (214) 762-5574 ext. | FTI Consulting, Inc. | Interested Party, FTI Consulting Inc. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 9628354 | John W. Weiss | (212) 210-9412 ext. | Alston & Bird LLP | Creditor, U.S. Bank, N.A. / LIVE |