UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re** Zohar III, Corp, *et al.*　　　　　　　　　　　**Case No.**　　**18-10512**

**Debtor**　　　　　　　　　　　　　　　　**Reporting Period:** April 1, 2019 - April 30, 2019

　　　　　　　　　　　　　　　　　　　**Federal Tax I.D. #** _____

### MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and
submit a copy of the report to any official committee appointed in the case.**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
|    Schedule of Professional Fees Paid | MOR-1b | | | |
|    Copies of bank statements | | | | |
|    Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Post-petition Taxes | MOR-4 | | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | | |
|    Listing of Aged Accounts Payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-6 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____　　　　　Date _____
Signature of Debtor

_____　　　　　Date　5/31/2019

_____　　　　　Date _____
Mike Katzenstein, Chief Restructuring Officer

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

**Zohar III, Corp.,** *et al*,
**NOTES TO MONTHLY OPERATING REPORT**
**Reporting Period:  April 1 – 30, 2019**

The Monthly Operating Report ("MOR") herein includes information for the following Debtors (with the last four digits of their taxpayer identification number): Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724) (collectively, the "Zohar Corps" or the "Corp Entities"), each of which is a Delaware corporation and Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119) (the "Zohar Funds" or the "Limited Entities"), each of which is a Cayman Islands entity. The Zohar Corps together with the Zohar Funds are collectively referred to as the "Debtors".

In preparing this report, the Chief Restructuring Officer ("CRO") has relied on information received, either directly or indirectly, from or through third parties, including but not limited to, Alvarez & Marsal Zohar Management LLC ("AMZM", as collateral manager), Patriarch Partners Agency Services LLC ("PPAS", as administrative agent under the various credit agreements with the Portfolio Companies) and U.S. Bank National Association ("US Bank") (as indenture trustee under the Zohar Indentures). The CRO does not yet have certain information that may become available as part of continuing disclosures and document deliveries to the CRO, and the CRO is still seeking other information that may be pertinent to disclosures made herein.  As such, while the Debtors have made every effort to accurately reflect their financial results and condition, certain information contained herein may be stale, inaccurate or otherwise subject to change.

All operating activity is conducted at the Limited Entities and therefore all income statement and balance sheet accounts reflected herein are those of the Limited Entities.  No activity or balances are recorded at the Corp Entities although they are co-issuers of the Zohar notes[1].

The MOR is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly operating report requirements of the United States Trustee.

The MOR is unaudited, preliminary, and does not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. The MOR was prepared without full access to pre-petition financial information, including the general ledger.  Non-Debtor entities may be in the possession of financial information regarding the Debtors that has not been provided to the Debtors or the CRO and such information, once made available to the Debtors and CRO, could result in a material re-statement of the information included in this MOR.  Parties may dispute asset, liability and equity amounts, and all rights are reserved.

The financial statements and the supplemental information contained herein represent the financial information for the Debtors only and not for non-debtor affiliates. The results of operations herein are not necessarily indicative of results that are expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position or cash flows of the Debtors in the future.

**Bank Accounts:**
The bank accounts held by the Debtors are at BB&T, a US Trustee-approved depository institution, and are included in the Schedule of Cash Receipts and Disbursements.

Historically, all cash was held at US Bank, as indenture trustee.  US Bank holds approximately $5.0 million, $1.4 million and $484 thousand in cash related to Zohar I, Zohar II and Zohar III, respectively, which is reflected in the MOR as restricted cash.

**Collateral Management Fee:**
Based on information provided by AMZM, the Debtors understand that certain cash is being held in connection with AMZM's role as Collateral Manager of the Zohar Funds. This MOR does not include any such cash.

---

[1] The US Trustee fees at the Corp Entities are expensed and paid by the corresponding Limited Entities (i.e., Zohar III, Limited pays the US Trustee fees of Zohar III, Corp).

**Settlement Agreement:**
On May 21, 2018, an Order was entered by the United States Bankruptcy Court for the District of Delaware approving a settlement agreement by and between the Debtors, Lynn Tilton, the Patriarch Stakeholders (as defined in the Settlement Agreement), MBIA Insurance Corp. ("MBIA"), and the Zohar III Controlling Class referred to therein (the "Settlement Agreement").

As a part of the Settlement Agreement MBIA and the Zohar III Controlling Class disclosed their respective Paid in Full[2] amounts, subject to the limitations and qualifications in Exhibit A to the Settlement Agreement. The largest component of the Secured Debt balance in MOR-3 are the liabilities to Zohar Noteholders.

**INCOME STATEMENT – MOR 2: Interest Income:**
Interest income includes our understanding of the accrued interest related to the Portfolio Companies regardless of whether those entities are paying interest as it becomes due.

**Interest Expense:**
Interest expense includes accrued interest on the Zohar notes (as follows):

> Zohar I: 3-month LIBOR plus 1.4% on the Class A-3 notes as reflected in the indenture governing the Zohar I notes.

> Zohar II: Prime plus 2% on the Paid in Full balance as stated in the Settlement Agreement.

> Zohar III: 3-month LIBOR plus 0.4% for Class A-1R, 0.38% for Classes A-1T and A-1D, 0.55% for Class A-2 and 0.75% for Class A-3 on the Paid in Full balance as stated in the Settlement Agreement.

**Professional Fees:**
Professional fee payments and accruals have been allocated 55% to Zohar II and 45% to Zohar III except for fees related to MBIA and the Zohar III Controlling Class, which are charged directly to Zohar II and Zohar III, respectively. Accrual estimates for all professionals are updated periodically to reflect actual costs. The presentation and allocation of professional fees reflected herein are non-binding and may be subject to restatement or reallocation.

Professional fees accrued through April 30, 2019 do not include the fees (if any) related to the Collateral Manager.

**BALANCE SHEET - MOR-3:**
ASSETS
The notes receivable presented herein represent loans to various Portfolio Companies and are reflected based upon our current understanding of the principal balances outstanding and do not reflect certain loans that are not being invoiced by the administrative agent. From time to time, as the Debtors receive payments related to these loans that are not included in the notes receivable balance, the Debtors will record those payments on the balance sheet as an increase to cash and an increase to retained earnings. Certain Portfolio Companies may not be current in their obligations to the Debtors. Moreover, the book values of these loan balances do not reflect any estimate or approximation of the current or fair market value of the Portfolio Company loans. Net realizable values may differ materially from the current principal book balances outstanding.

The value of the equity interest in the Portfolio Companies are unknown, and the ownership rights in these equity interests may be disputed by certain parties; as such, no value has been assigned to the Debtors' equity interests in the Portfolio Companies.

---

[2] Defined in the Settlement Agreement as the amount owed to the parties and in the amounts listed and calculated on the schedule attached to the Settlement Agreement as Exhibit A to be updated monthly to reflect accrued and unpaid interest and fees allowable under the Indentures.

The loans Zohar I made to Portfolio Companies are excluded from the balance sheet because these loans are owned by MBIA as a result of the December 21, 2016 auction.

LIABILITIES
The Class B Notes of each Zohar fund are reflected at a carrying value of zero.

Among other impacts, the Settlement Agreement impacts each Zohar Fund as follows:

**Zohar I**: The Zohar I Paid in Full Amount as of April 18, 2018 is $164.9 million which includes (i) the principal amount paid by MBIA on account of its Insurance Agreement[3], (ii) the net accrued interest pursuant to Section 4.03 of the Insurance Agreement through April 18, 2018, and (iii) the Credit Enhancement Liabilities[4] incurred through April 18, 2018. Given the December 21, 2016 Auction and the Settlement Agreement, the Debtors are not reflecting any Zohar I notes receivable or notes payable (except for the A-3 notes payable, which were not subject to the Insurance Agreement).

**Zohar II** - the principal balance for Class A notes is reported as $770.1 million in this MOR.

**Zohar III** -  the principal balance for Class A notes is reported as $791.2 million in this MOR.

---

[3] The Insurance and Indemnity Agreement by and among MBIA Insurance Corporation (as Insurer), Zohar CDO 2003-1, Limited (as Issuer), Zohar CDO 2003-1 Corp. (as Co-Issuer) and Zohar CDO 2003-1, LLC, dated as of November 13, 2003
[4] As defined in the Indenture by and between Zohar CDO 2003-1 Limited, Zohar CDO 2003-1 Corp., Zohar CDO 2002-1, LLC, MBIA Insurance Corporation (as Credit Enhancer), CDC Financial Products Inc. (as Class A-1 Note Agent), U.S. Bank National Association (as Trustee), dated as of November 13, 2003

In re  Zohar III, Corp. et al.                                    Case No.        18-10512
_____              Reporting Period:  April 1, 2019 - April 30, 2019
           Debtor

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the
first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must
equal the sum of the three bank account columns.  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in
the disbursements journal.  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal
must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | Zohar CDO 2003-1, Limited | Zohar II 2005-1, Limited | Zohar III, Limited | CURRENT MONTH TOTAL | CUMULATIVE TOTAL |
|---|---|---|---|---|---|
| **CASE NUMBER** | 18-10514 | 18-10513 | 18-10512 | | |
| **CASH BEGINNING  OF MONTH** | $          - | $    10,777,493 | $   12,164,946 | $   22,942,440 | $     1,275,000 |
| **RECEIPTS** | | | | | |
| CASH  SALES | | | | - | - |
| LOAN RECEIPTS - INTEREST PREPETITION | | | | - | - |
| LOAN RECEIPTS - INTEREST POSTPETITION | | 6,375,655 | 516,926 | 6,892,582 | 67,925,704 |
| LOAN RECEIPTS - PRINCIPAL | | | | - | 3,793,387 |
| LOANS AND ADVANCES | | | | - | - |
| SALE  OF  ASSETS | | | | - | - |
| OTHER | | | | - | - |
| TRANSFERS | | | | - | - |
| **TOTAL  RECEIPTS** | - | 6,375,655 | 516,926 | 6,892,582 | 71,719,092 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | | | | - | - |
| PAYROLL TAXES | | | | - | - |
| SALES, USE, & OTHER TAXES | | | | - | - |
| INVENTORY PURCHASES | | | | - | - |
| SECURED/ RENTAL/ LEASES | | | | - | - |
| INSURANCE | | | | - | - |
| ADMINISTRATIVE | | | | - | - |
| SELLING | | | | - | - |
| OTHER  *(ATTACH  LIST)* | | | | - | - |
| - Bank Service Fees | - | 36 | 36 | 72 | 744 |
| OWNER DRAW * | | | | - | |
| TRANSFERS | | 2,993,490 | 3,041,238 | 6,034,728 | 10,325,002 |
| PROFESSIONAL FEES | | 1,672,352 | 777,761 | 2,450,112 | 40,952,818 |
| U.S. TRUSTEE  QUARTERLY FEES | | 45,771 | 28,208 | 73,978 | 439,397 |
| COURT COSTS | | | | - | |
| **TOTAL DISBURSEMENTS** | - | 4,711,649 | 3,847,242 | 8,558,891 | 51,717,961 |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | 1,664,006 | (3,330,316) | (1,666,309) | 20,001,130 |
| | | | | | |
| CASH – END OF MONTH[(1)] | $          - | $    12,441,499 | $    8,834,631 | $   21,276,130 | $    21,276,130 |

\* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ 8,558,891 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | **$ 8,558,891** |

*Unaudited, subject to change.*

(1)  Cash balances include amounts held at respective BB&T accounts. Excludes certain cash being held in connection with AMZM's role as
     Collateral Manager of the Zohar Funds.  Balances held at US Bank accounts are shown in MOR-3 as Restricted Cash.

**In re** Zohar III, Corp, et al.

**Debtor**

**Case No.** ___18-10512___

**Reporting Period:** ___April 1, 2019 - April 30, 2019___

## BANK RECONCILIATIONS

| | Zohar CDO 2003-1, Limited | | Zohar II 2005-1, Limited | | Zohar III, Limited | |
|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | $ | - | $ | 12,441,499 | $ | 8,834,631 |
| | | | | | | |
| **BANK BALANCE** | $ | - | $ | 12,441,499 | $ | 8,834,631 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | |
| ADJUSTED BANK BALANCE* | $ | - | $ | 12,441,499 | $ | 8,834,631 |
| *Adjusted bank balance must equal balance per books | | | | | | |
| | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **CHECKS OUTSTANDING** | Ck # | Amount | Ck # | Amount | Ck # | Amount |
| US Trustee Payment | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |

In re Zohar III, Corp. et al.                                        Case No.      **18-10512**
        **Debtor**                                            Reporting Period: April 1, 2019 - April 30, 2019

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Fees | Expenses |
|---|---|---|---|---|---|---|---|
| FTI Consulting, Inc. 2018 Payments | 5/21/2018 - 10/31/2018 | 2,289,647.75 | Zohar II | Wire | | 2,276,220.98 | 13,426.77 |
| FTI Consulting, Inc. 2018 Payments | 5/21/2018 - 10/31/2018 | 1,873,348.18 | Zohar III | Wire | | 1,862,362.64 | 10,985.54 |
| FTI Consulting, Inc. | 11/1/2018 - 11/30/2018 | 357,694.17 | Zohar II | Wire | 1/28/2019 | 354,127.40 | 3,566.77 |
| FTI Consulting, Inc. | 11/1/2018 - 11/30/2018 | 292,658.87 | Zohar III | Wire | 1/28/2019 | 289,740.60 | 2,918.27 |
| FTI Consulting, Inc. | 12/1/2018 - 12/31/2018 | 301,601.17 | Zohar II | Wire | 2/22/2019 | 299,036.79 | 2,564.38 |
| FTI Consulting, Inc. | 12/1/2018 - 12/31/2018 | 246,764.59 | Zohar III | Wire | 2/22/2019 | 244,666.46 | 2,098.13 |
| FTI Consulting, Inc. | 1/1/2019 - 1/31/2019 | 386,355.58 | Zohar II | Wire | 3/13/2019 | 385,251.63 | 1,103.95 |
| FTI Consulting, Inc. | 1/1/2019 - 1/31/2019 | 316,109.10 | Zohar III | Wire | 3/13/2019 | 315,205.87 | 903.23 |
| FTI Consulting, Inc. | 2/1/2019 - 2/28/2019 | 314,147.84 | Zohar II | Wire | 4/23/2019 | 312,667.44 | 1,480.40 |
| FTI Consulting, Inc. | 2/1/2019 - 2/28/2019 | 257,030.04 | Zohar III | Wire | 4/23/2019 | 255,818.81 | 1,211.23 |
| **Subtotal FTI Consulting, Inc.** | | **6,635,357.29** | | | | **6,595,098.62** | **40,258.67** |
| | | | | | | | |
| Goldin Associates, LLC 2018 Payments | 3/12/2018 - 10/31/2018 | 444,843.49 | Zohar II | Wire | | 436,394.66 | 8,448.83 |
| Goldin Associates, LLC 2018 Payments | 3/12/2018 - 10/31/2018 | 363,962.84 | Zohar III | Wire | | 357,050.16 | 6,912.68 |
| Goldin Associates, LLC | 11/1/2018 - 11/30/2018 | 62,169.40 | Zohar II | Wire | 1/9/2019 | 61,580.75 | 588.65 |
| Goldin Associates, LLC | 11/1/2018 - 11/30/2018 | 50,865.87 | Zohar III | Wire | 1/9/2019 | 50,384.25 | 481.62 |
| Goldin Associates, LLC | 12/1/2018 - 12/31/2018 | 27,921.71 | Zohar II | Wire | 2/15/2019 | 27,660.88 | 260.83 |
| Goldin Associates, LLC | 12/1/2018 - 12/31/2018 | 22,845.03 | Zohar III | Wire | 2/15/2019 | 22,631.62 | 213.41 |
| Goldin Associates, LLC | 1/1/2019 - 1/31/2019 | 39,991.73 | Zohar II | Wire | 3/25/2019 | 39,958.88 | 32.85 |
| Goldin Associates, LLC | 1/1/2019 - 1/31/2019 | 32,720.52 | Zohar III | Wire | 3/25/2019 | 32,693.63 | 26.89 |
| **Subtotal Goldin Associates, LLC** | | **1,045,320.59** | | | | **1,028,354.83** | **16,965.76** |
| | | | | | | | |
| Joe Farnan Jr. 2018 Payments | 5/1/2018 - 12/31/2018 | 112,519.27 | Zohar II | Checks | | 110,000.00 | 2,519.27 |
| Joe Farnan Jr. 2018 Payments | 5/1/2018 - 12/31/2018 | 92,061.22 | Zohar III | Checks | | 90,000.00 | 2,061.22 |
| Joe Farnan Jr. | 1/1/2019 - 1/31/2019 | 14,135.78 | Zohar II | 1024 | 1/8/2019 | 13,750.00 | 385.78 |
| Joe Farnan Jr. | 1/1/2019 - 1/31/2019 | 11,565.63 | Zohar III | 1017 | 1/8/2019 | 11,250.00 | 315.63 |
| Joe Farnan Jr. | 2/1/2019 - 2/28/2019 | 13,930.40 | Zohar II | 1018 | 2/11/2019 | 13,750.00 | 180.40 |
| Joe Farnan Jr. | 2/1/2019 - 2/28/2019 | 11,397.60 | Zohar III | 1020 | 2/11/2019 | 11,250.00 | 147.60 |
| Joe Farnan Jr. | 3/1/2019 - 3/31/2019 | 15,298.43 | Zohar II | 1020 | 3/8/2019 | 13,750.00 | 1,548.43 |
| Joe Farnan Jr. | 3/1/2019 - 3/31/2019 | 12,516.89 | Zohar III | 1022 | 3/8/2019 | 11,250.00 | 1,266.89 |
| Joe Farnan Jr. | 4/1/2019 - 4/30/2019 | 15,039.09 | Zohar II | 1025 | 4/11/2019 | 13,750.00 | 1,289.09 |
| Joe Farnan Jr. | 4/1/2019 - 4/30/2019 | 12,304.71 | Zohar III | 1024 | 4/11/2019 | 11,250.00 | 1,054.71 |
| **Subtotal Joe Farnan Jr.** | | **310,769.01** | | | | **300,000.00** | **10,769.01** |
| | | | | | | | |
| Young Conaway Stargatt & Taylor, LLP 2018 Payments | 3/11/2018 - 10/31/2018 | 2,838,685.85 | Zohar II | Wire | | 2,596,534.38 | 242,151.47 |
| Young Conaway Stargatt & Taylor, LLP 2018 Payments | 3/11/2018 - 10/31/2018 | 2,322,561.14 | Zohar III | Wire | | 2,124,437.21 | 198,123.93 |
| Young Conaway Stargatt & Taylor, LLP | 11/1/2018 - 11/30/2018 | 377,962.34 | Zohar II | Wire | 1/9/2019 | 364,495.34 | 13,467.00 |
| Young Conaway Stargatt & Taylor, LLP | 11/1/2018 - 11/30/2018 | 309,241.92 | Zohar III | Wire | 1/9/2019 | 298,223.46 | 11,018.46 |
| Young Conaway Stargatt & Taylor, LLP | 12/1/2018 - 12/31/2018 | 187,882.06 | Zohar II | Wire | 2/12/2019 | 181,002.36 | 6,879.70 |
| Young Conaway Stargatt & Taylor, LLP | 12/1/2018 - 12/31/2018 | 153,721.69 | Zohar III | Wire | 2/12/2019 | 148,092.84 | 5,628.85 |
| Young Conaway Stargatt & Taylor, LLP | 1/1/2019 - 1/31/2019 | 256,512.69 | Zohar II | Wire | 3/6/2019 | 251,642.16 | 4,870.53 |
| Young Conaway Stargatt & Taylor, LLP | 1/1/2019 - 1/31/2019 | 209,874.02 | Zohar III | Wire | 3/6/2019 | 205,889.04 | 3,984.98 |
| Young Conaway Stargatt & Taylor, LLP | 11/1/2018 - 2/28/2019 | 254,538.90 | Zohar II | Wire | 4/4/2019 | 254,538.90 | |
| Young Conaway Stargatt & Taylor, LLP | 11/1/2018 - 2/28/2019 | 208,259.10 | Zohar III | Wire | 4/4/2019 | 208,259.10 | - |
| **Subtotal Young Conaway Stargatt & Taylor, LLP** | | **7,119,239.72** | | | | **6,633,114.80** | **486,124.92** |
| | | | | | | | |
| **Grand Total** | | **15,110,686.61** | | | | **14,556,568.25** | **554,118.36** |

In re  Zohar III, Corp, et al.
Debtor

Case No.    **18-10512**
Reporting Period:  April 1, 2019 - April 30, 2019

### STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Zohar I | | Zohar II | | Zohar III | |
|---|---|---|---|---|---|---|
| | MONTH | CUMULATIVE - FILING TO DATE | MONTH | CUMULATIVE - FILING TO DATE | MONTH | CUMULATIVE - FILING TO DATE |
| **REVENUES** | | | | | | |
| Gross Revenues | | | | | | |
|    Interest | - | - | 3,128,440 | 41,274,760 | 3,051,080 | 39,474,989 |
| Less:  Returns and Allowances | | | | | | |
| Net Revenue | - | - | 3,128,440 | 41,274,760 | 3,051,080 | 39,474,989 |
| **COST OF GOODS SOLD** | | | | | | |
| Beginning Inventory | | | | | | |
| Add: Purchases | | | | | | |
| Add: Cost of Labor | | | | | | |
| Add: Other Costs | | | | | | |
| Less:  Ending Inventory | | | | | | |
| Cost of Goods Sold | - | - | - | - | - | - |
| Gross Profit | - | - | 3,128,440 | 41,274,760 | 3,051,080 | 39,474,989 |
| **OPERATING EXPENSES** | | | | | | |
| Advertising | | | | | | |
| Auto and Truck Expense | | | | | | |
| Bad Debts | | | | | | |
| Contributions | | | | | | |
| Employee Benefits Programs | | | | | | |
| Officer/Insider Compensation* | | | | | | |
| Insurance | | | | | | |
| Management Fees/Bonuses | | | | | | |
| Office Expense | | | | | | |
| Pension & Profit-Sharing Plans | | | | | | |
| Repairs and Maintenance | | | | | | |
| Rent and Lease Expense | | | | | | |
| Salaries/Commissions/Fees | | | | | | |
| Bank Service Fees | - | - | 36 | 365 | 36 | 378 |
| Supplies | | | | | | |
| Taxes - Payroll | | | | | | |
| Taxes - Real Estate | | | | | | |
| Taxes - Other | | | | | | |
| Travel and Entertainment | | | | | | |
| Utilities | | | | | | |
| Other | - | - | - | - | - | - |
| Total Operating Expenses Before Depreciation | - | - | 36 | 365 | 36 | 378 |
| Depreciation/Depletion/Amortization | | | | | | |
| Net Profit (Loss) Before Other Income & Expenses | - | - | 3,128,404 | 41,274,394 | 3,051,044 | 39,474,611 |
| **OTHER INCOME AND EXPENSES** | | | | | | |
| Other Income | | | | | | |
| Interest Expense | 964,664 | 12,459,745 | 5,219,591 | 66,544,902 | 2,091,605 | 26,847,799 |
| Other Expense | | | | | | |
| Net Profit (Loss) Before Reorganization Items | (964,664) | (12,459,745) | (2,091,187) | (25,270,508) | 959,438 | 12,626,812 |
| **REORGANIZATION ITEMS** | | | | | | |
| Professional Fees | - | - | 2,270,613 | 33,783,661 | 1,621,808 | 24,139,763 |
| U. S. Trustee Quarterly Fees | 650 | 3,253 | 45,121 | 236,964 | 28,208 | 199,507 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | | | | | |
| Gain (Loss) from Sale of Equipment | | | | | | |
| Other Reorganization Expenses | | | | | | |
| Total Reorganization Expenses | | | | | | |
| Income Taxes | | | | | | |
| **Net Profit (Loss)** | **(965,314)** | **(12,462,998)** | **(4,406,921)** | **(59,291,133)** | **(690,578)** | **(11,712,457)** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

*Unaudited, subject to change.*

In re Zohar III, Corp, et al.        Case No. **18-10512**
**Debtor**            Reporting Period: April 1, 2019 - April 30, 2019

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | Zohar I | | Zohar II | | Zohar III | |
|---|---|---|---|---|---|---|
| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
| **CURRENT ASSETS** | | | | | | |
| Unrestricted Cash and Equivalents[1] | | | 12,441,499 | | 8,834,631 | 1,275,000 |
| Restricted Cash and Cash Equivalents[2] | 5,032,367 | 5,368,409 | 1,390,263 | 4,999,061 | 484,198 | 4,414,983 |
| Accounts Receivable (Net) | | | | | | |
| Notes Receivable[3] | - | - | 635,323,970 | 640,323,970 | 608,754,135 | 608,754,135 |
| Interest Receivable | - | - | 16,941,135 | 10,590,556 | 23,604,424 | 10,518,723 |
| Inventories | | | | | | |
| Prepaid Expenses | | | | | | |
| Professional Retainers | - | - | - | 459,098 | - | 459,098 |
| Other Current Assets | - | | 3,253 | | - | - |
| TOTAL CURRENT ASSETS | 5,032,367 | 5,368,409 | 666,100,120 | 656,372,685 | 641,677,388 | 625,421,940 |
| **PROPERTY & EQUIPMENT** | | | | | | |
| Real Property and Improvements | | | | | | |
| Machinery and Equipment | | | | | | |
| Furniture, Fixtures and Office Equipment | | | | | | |
| Leasehold Improvements | | | | | | |
| Vehicles | | | | | | |
| Less:  Accumulated Depreciation | | | | | | |
| TOTAL PROPERTY & EQUIPMENT | | | | | | |
| **OTHER ASSETS** | | | | | | |
| Amounts due from Insiders* | | | | | | |
| Other Assets[4] | | | | | | |
| TOTAL OTHER ASSETS | | | | | | |
| TOTAL ASSETS | 5,032,367 | 5,368,409 | 666,100,120 | 656,372,685 | 641,677,388 | 625,421,940 |

| LIABILITIES AND OWNER EQUITY | Zohar I | | Zohar II | | Zohar III | |
|---|---|---|---|---|---|---|
| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | | | | |
| Accounts Payable | | | | | | |
| Taxes Payable(Receivable) (refer to FORM MOR-4) | | | | | | |
| Wages Payable | | | | | | |
| Notes Payable | | | | | | |
| Interest Payable | 12,459,745 | - | 66,544,902 | - | 26,847,799 | - |
| Cash Collateral Payment - Excess Cash Sweep | | | (7,122,308) | | (10,840,909) | |
| Rent / Leases - Building/Equipment | | | | | | |
| Secured Debt / Adequate Protection Payments | | | | | | |
| Professional Fees | - | - | 8,504,912 | - | 7,294,304 | - |
| U. S. Trustee Quarterly Fees | - | - | - | - | - | - |
| Amounts Due to Insiders* | | | | | | |
| Other Post-petition Liabilities | 6,028 | - | - | - | - | - |
| TOTAL POST-PETITION LIABILITIES | 12,465,774 | - | 67,927,506 | - | 23,301,193 | - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | | | | |
| Secured Debt[5] | 313,786,648 | 332,370,235 | 832,527,819 | 817,805,316 | 821,943,316 | 821,943,316 |
| Priority Debt | | | | | | |
| Unsecured Debt | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 313,786,648 | 332,370,235 | 832,527,819 | 817,805,316 | 821,943,316 | 821,943,316 |
| TOTAL LIABILITIES | 326,252,421 | 332,370,235 | 900,455,324 | 817,805,316 | 845,244,509 | 821,943,316 |
| **OWNERS' EQUITY** | | | | | | |
| Capital Stock | | | | | | |
| Additional Paid-In Capital | | | | | | |
| Wires from Patriarch Partners | | | | | | |
| Partners' Capital Account | | | | | | |
| Owner's Equity Account | | | | | | |
| Retained Earnings - Pre-Petition | | | | | | |
| Retained Earnings - Post-petition | (12,462,998) | - | (59,291,133) | - | (11,712,457) | - |
| Preference Shares ($1,000 Par Value) | 20,000,000 | 20,000,000 | 78,236,828 | 78,236,828 | 60,000,000 | 60,000,000 |
| Capital Surplus (Deficit) | (328,757,056) | (347,001,826) | (253,300,900) | (239,669,459) | (251,854,664) | (256,521,376) |
| Adjustments to Owner Equity | | | | | | |
| Post-petition Contributions | | | | | | |
| NET OWNERS' EQUITY | (321,220,054) | (327,001,826) | (234,355,205) | (161,432,631) | (203,567,121) | (196,521,376) |
| TOTAL LIABILITIES AND OWNERS' EQUITY | 5,032,367 | 5,368,409 | 666,100,120 | 656,372,685 | 641,677,388 | 625,421,940 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

*Unaudited, subject to change.*

**Note:** All operating activity is conducted at the Limited Entities and therefore all income statement and balance sheet accounts reflected herein are those of the Limited Entities except for nominal quarterly US Trustee fees expensed and paid by the Limited Entities on behalf of the Corp entities.  No activity or balances are recorded at the Corp entities although they are co-issuers of the Zohar notes.

(1) Excludes certain cash being held in connection with AMZM's role as Collateral Manager of the Zohar Funds.

(2) Restricted cash includes balances held at U.S. Bank National Association that may be for the benefit of the Zohar noteholders.

(3) Given the December 21, 2016 Auction and the Settlement Agreement, the Debtors are not reflecting any Zohar I notes receivable.

(4) The Debtors hold disputed equity interests in the Portfolio Companies. The value of these interests have not been determined and therefore a carrying value of these investments are not reflected in the Debtors books and records.

(5) Zohar I - The Secured Debt balance of $313.8M represents the $286.4M outstanding principal balance on the A-3 notes, $6.0M of professional fees, $1.8M of Collateral Manager fees which may be due to AMZM, and $19.6M of Collateral Manager fees which may be due to Patriarch Partners.

Zohar II - The Secured Debt balance of $832.5M represents the Paid in Full amount, as of the Petition Date, of $806.6M (MBIA policy payment of $770.1M, $21.6M of prepetition accrued interest net of cash collections and $14.9M of Credit Enhancement Liabilities), $2.0M of professional fees, $19.3M of Collateral Manager fees which may be due to AMZM, and $4.6M of Collateral Manager fees which may be due to Patriarch Partners.

Zohar III - The Secured Debt balance of $821.9M represents the Paid in Full amount, as of the Petition Date, of $795.0M ($791.2M outstanding principal balance plus $3.8M of prepetition accrued interest), $5.3M of professional fees, $19.3M of Collateral Manager fees which may be due to AMZM, and $2.3M of Collateral Manager fees which may be due to Patriarch Partners.

In re  Zohar III, Corp. et al.                              Case No.            18-10512
          **Debtor**                          Reporting Period: April 1, 2019 - April 30, 2019

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes. Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Total State and Local | | | | | | |
| | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable / (Receivable) | | | | | | |
| Interest Payable | | | | | | 105,852,446 |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | 15,799,216 |
| Amounts Due to Insiders | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Post-petition Debts** | - | - | - | - | - | 121,651,662 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**
On December 10, 2018, the court entered an order authorizing consensual use of cash collateral, and the Debtors continue to make certain payments to professionals in accordance with the terms of the order.

*Unaudited, subject to change.*

**In re** Zohar III, Corp, et al.

**Debtor**

Case No. **18-10512**

Reporting Period: April 1, 2019 - April 30, 2019

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | | | | | |
|---|---|---|---|---|---|---|
| | ZOHAR CDO 2003-1, CORP | ZOHAR CDO 2003-1, LIMITED | ZOHAR II 2005-1, CORP | ZOHAR II 2005-1, LIMITED | ZOHAR III, CORP | ZOHAR III, LIMITED |
| Total Accounts Receivable at the beginning of the reporting period | | | | | | |
| Plus:  Amounts billed during the period | | | | | | |
| Less:  Amounts collected during the period | | | | | | |
| Total Accounts Receivable at the end of the reporting period | | | | | | |

| Accounts Receivable Aging | Amount | | | | | |
|---|---|---|---|---|---|---|
| | ZOHAR CDO 2003-1, CORP | ZOHAR CDO 2003-1, LIMITED | ZOHAR II 2005-1, CORP | ZOHAR II 2005-1, LIMITED | ZOHAR III, CORP | ZOHAR III, LIMITED |
| 0 - 30 days old | | | | | | |
| 31 - 60 days old | | | | | | |
| 61 - 90 days old | | | | | | |
| 91+ days old | | | | | | |
| Total Accounts Receivable | - | | | | | |
| Less:  Bad Debts (Amount considered uncollectible) | | | | | | |
| Net Accounts Receivable | | | | | | |

*Unaudited, subject to change.*

**In re** Zohar III, Corp, et al.

**Debtor**

**Case No. 18-10512**

**Reporting Period:** April 1, 2019 - April 30, 2019

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? If no, provide an explanation below. | | X [1] |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X [2] |
| 5 Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

(1) Under the Settlement Agreement, Lynn Tilton remains the Tax Director and remains responsible for tax filings on behalf of the Debtors. The Debtors will report on tax matters as required in future MORs.

(2) The Debtors understand that prior to their bankruptcy petitions, the Debtors may have been insured under omnibus policies issued for the benefit of the Patriarch companies, which may no longer be available. The CRO consulted with an insurance broker and has determined the Debtors' only required insurance is D&O liability coverage, which has been procured.

**Zohar III, Corp., et al.,**

| Cash Balance - Summary by Bank Account - UNAUDITED | | | | |
|---|---|---|---|---|
| | **As of April 30, 2019** | | | |
| | **Zohar I** | **Zohar II** | **Zohar III** | **Total** |
| **Unrestricted Cash Summary:** | | | | |
| BB&T Account  x8690 | - | $ 12,441,499 | - | $ 12,441,499 |
| BB&T Account  x8704 | - | - | 8,834,631 | 8,834,631 |
| **Total Unrestricted Cash** | **-** | **12,441,499** | **8,834,631** | **21,276,130** |
| | | | | |
| **Restricted Cash Summary:** | | | | |
| US Bank x1-201 | 2,776 | - | - | 2,776 |
| US Bank x1-702 | 5,029,591 | - | - | 5,029,591 |
| US Bank x47.4 | - | - | - | - |
| US Bank x47.16 | - | 424,558 | - | 424,558 |
| US Bank x47.22 | - | 10,000 | - | 10,000 |
| US Bank x47.24 | - | 955,705 | - | 955,705 |
| US Bank x81.3 | - | - | (0) | (0) |
| US Bank x81.5 | - | - | 113,624 | 113,624 |
| US Bank x81.11 | - | - | 250,350 | 250,350 |
| US Bank x81.13 | - | - | 120,224 | 120,224 |
| **Total Restricted Cash** | **5,032,367** | **1,390,263** | **484,198** | **6,906,828** |
| **Total Cash Balance[1]** | **$ 5,032,367** | **$ 13,831,762** | **$ 9,318,829** | **$ 28,182,958** |

(1) Excludes certain cash being held in connection with AMZM's role as Collateral Manager of the Zohar Funds.