**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Docket Ref. No. 545** |
| | ) **Hearing Date: June 26, 2019 at 12:00 p.m. (ET)** |
| | ) **Obj. Deadline: June 20, 2019 at 4:00 p.m. (ET)** |
| | ) |

**NOTICE OF BINDING PORTFOLIO COMPANY TRANSACTION PURSUANT TO
PORTFOLIO COMPANY TRANSACTION PROCEDURES**

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), pursuant to the *Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Director's Approval of Monetization Transactions and Related Relief* [Docket No. 545] (the "Procedures Order"), intend to consummate the transaction (the "Denali Transaction") described herein. The Denali Transaction is not subject to higher and/or better offers or a bankruptcy auction process. This Notice is being provided in accordance with and sets forth the information required under the Procedures Order.

    1.    <u>Material Economic Terms and Conditions of the Proposed Denali Transaction</u>. The Denali Transaction contains the following material terms:

- Fiber Glass Systems, L.P. ("Buyer") has entered into a Share Purchase Agreement ("SPA")[2] for the acquisition of all of the equity interests of Denali Incorporated ("Denali") from its existing shareholders, including Denali Acquisition LLC ("Denali Acquisition") and ARK II CLO 2001-1, Limited (all Denali shareholders are collectively, the "Sellers").

---

[1]  The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2]  This Notice is not a waiver, amendment, or modification of any provision set forth in the SPA.

- Through the Denali Transaction, the indebtedness of Denali and its Subsidiaries (as defined in the SPA) specified in the SPA, including under the Zohar Secured Debt Facility (as defined below), and all Seller transaction expenses identified by the Sellers at closing will be paid from the purchase price as set forth in the SPA. All outstanding indebtedness under the Zohar Secured Debt Facility is owed to Zohar III, Limited ("Zohar III"); for the avoidance of doubt, no amounts remain outstanding to any other Debtor or other lender under the Zohar Secured Debt Facility.

- Zohar III is the only Debtor with any right, title, or interest in Denali, its Subsidiaries, or Denali Acquisition, and no other Debtor owns or holds directly or indirectly any right, title, or interest in Denali, its Subsidiaries, or Denali Acquisition.

- Subject to certain working capital adjustments, closing cash reconciliation, post-closing expenses of the Seller Representative (as defined below), and ultimate distributions from an escrow set up under the SPA as a holdback related to certain indemnification provisions, the Debtors contemplate that Zohar III will receive approximately $72.2 million to $77.7 million from the Denali Transaction.

- Buyer shall acquire all of the equity interests in Denali and its Subsidiaries free and clear of all Encumbrances[3] and other interests of any kind, including free and clear of all Encumbrances and other interests of any kind under the Credit Agreement dated March 5, 2009, as amended, the Security Agreement dated March 5, 2009, as amended, and all associated Term Loan Notes and Revolving Loan Notes, among Denali as Borrower, Patriarch Partners Agency Services, LLC as initial Agent, and Lenders, as defined in the Credit Agreement and including Zohar II 2005-1, Limited and Zohar III (collectively, the "Zohar Secured Debt Facility"), and effective as of the closing of the SPA, all of the Assets and Properties[4] of Denali and its Subsidiaries shall also be free and clear of all Encumbrances and other interests, in each case, of the Debtors of any kind.

- Upon closing of the Denali Transaction but subject to receipt of payment of the outstanding amounts owing under the Zohar Secured Debt Facility pursuant to Section 2.2(a)(i) of the SPA and the Zohar pay-off letter, Ankura Trust Company, LLC and (to the extent necessary) Patriarch Partners Agency Services, LLC acting as, respectively, current and predecessor administrative and collateral agents for the Debtors, (a) shall be directed to take all actions necessary or

---

[3] "Encumbrances" means "any mortgage, pledge, assessment, security interest, lien, adverse claim, levy, charge, option, right of first refusal, voting agreement, charge, debenture, indenture, deed of trust, easement, right-of-way, restriction, encroachment, license, servitude, concession, security agreement or other encumbrance of any kind or nature."

[4] "Assets and Properties" means "all assets and properties of every kind, nature, character and description (whether real, personal or mixed, whether tangible or intangible, whether absolute, accrued, contingent, fixed or otherwise and wherever situated), including the goodwill related thereto, operated, owned or leased by such Person, including, without limitation, cash, cash equivalents, accounts and notes receivable, chattel paper, documents, instruments, general intangibles, real estate, equipment, inventory, goods and Intellectual Property."

appropriate to terminate, cancel and release all Encumbrances and other interests of any kind on the equity interests of Denali, if any, and on the Assets and Properties of Denali and its Subsidiaries, in each case arising under or related to the Zohar Secured Debt Facility, and (b) shall cancel and terminate the Zohar Secured Debt Facility and any mortgage, deed of trust, security interest, pledge, UCC filing, or other filing or document related to perfection of the Encumbrances under the Zohar Secured Debt Facility for Denali and its Subsidiaries upon closing of the transactions contemplated in the SPA.

- In connection with the Denali Transaction, the Debtors have executed the attached side letter with the Buyer (attached hereto as <u>Exhibit C</u>, the "<u>Buyer Side Letter</u>") and side letter with Denali Acquisition and ARK II CLO-2001-1 Limited ("<u>Ark II</u>" and in such capacity, the "<u>Seller Representative</u>") (attached hereto as <u>Exhibit D</u>, the "<u>Ark Side Letter</u>"). The Buyer Side Letter governs Zohar III's consent to and approval of the Denali Transaction. The Ark Side Letter governs the disposition of the proceeds that are payable to Denali Acquisition LLC under the SPA to Zohar III, and the manner in which post-closing adjustments will be made and the amounts in the escrow will be resolved and disposed of, including allocation of the expenses of Ark II in its capacity as the Seller Representative.

2.   <u>Transaction Declaration</u>. Attached hereto as <u>Exhibit A</u> is the declaration (the "<u>Transaction Declaration</u>") by Robert S. Kost, the Debtors' chief monetization officer (the "<u>CMO</u>").

3.   <u>Proposed Transaction Order</u>. Attached hereto as <u>Exhibit B</u> is a proposed order approving the Denali Transaction and Zohar III's execution and entry into the Buyer Side Letter and Ark Side Letter (the "<u>Proposed Transaction Order</u>").

4.   <u>Procedures for Objecting to the Proposed Denali Transaction</u>. Any objection to the proposed Denali Transaction (an "<u>Objection</u>") must: (a) be in writing; (b) state with specificity the nature of the objection; and (c) be filed with the Bankruptcy Court and served on (i) the Debtors, 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036 (Attn: Michael Katzenstein, mike.katzenstein@fticonsulting.com); (ii) counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801 (Attn: Michael R. Nestor and Joseph M. Barry, mnestor@ycst.com, jbarry@ycst.com); (iii) counsel to the Patriarch Entities, Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles,

CA 90071 (Attn: Robert A. Klyman, rklyman@gibsondunn.com) and Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801 (Attn: Norman L. Pernick, npernick@coleschotz.com); (iv) counsel to U.S. Bank, as indenture trustee, Alston & Bird LLP, 90 Park Avenue, New York, NY 10016 (Attn: John W. Weiss, john.weiss@alston.com); (v) counsel to MBIA Insurance Corp., Cadwalader, Wickersham & Taft, LLP, 200 Liberty Street, New York, NY 10281 (Attn: Gregory M. Petrick, gregory.petrick@cwt.com) and Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (Attn: Laura Davis Jones, ljones@pszjlaw.com); (vi) counsel to the Zohar III Controlling Class, Arnold & Porter Kaye Scholer LLP, 70 West Madison Street, Suite 4200, Chicago, IL 60602-4321 (Attn: Brian J. Lohan, brian.lohan@arnoldporter.com) and Womble Bond Dickinson (US) LLP, 222 Delaware Avenue, Suite 1501, Wilmington, DE 19801 (Attn: Matthew P. Ward, matthew.ward@wbd-us.com); (vii) the Office of the United States Trustee for the District of Delaware, 855 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Juliet M. Sarkessian, Juliet.m.sarkessian@usdoj.gov); and (viii) Counsel for Buyer, Locke Lord LLP, 601 Poydras Street, Suite 2660, New Orleans, LA 70130 (Attn: Omer F. Kuebel, III, rkuebel@lockelord.com) (collectively, the "Notice Parties") on or before 4:00 p.m. (ET) on June 20, 2019 (the "Objection Deadline").

5.    Hearing to Consider the Proposed Denali Transaction. If any Objections are filed and served, as outlined above, a hearing to consider such transaction shall be held before the Court on June 26, 2019, at 12:00 p.m. (ET) (a "Hearing"). If no Objections are filed with the Court and served on the Notice Parties by the Objection Deadline in accordance with the terms of the Procedures Order, then the Court may enter the Proposed Transaction Order without further notice or a hearing.

Dated: June 10, 2019
      Wilmington, Delaware

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          */s/ Ryan M. Bartley*
          James L. Patton, Jr. (No. 2202)
          Robert S. Brady (No. 2847)
          Michael R. Nestor (No. 3526)
          Joseph M. Barry (No. 4221)
          Ryan M. Bartley (No. 4985)
          Shane M. Reil (No. 6195)
          Rodney Square
          1000 North King Street
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          *Counsel to the Debtors and Debtors in Possession*