**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 18-10512 (KBO)<br>)<br>) Jointly Administered<br>)<br>) **Docket Ref. Nos. 345, 588, 773, 797** |

**NOTICE OF CLOSING OF DENALI TRANSACTION, REQUEST AND
DECLARATION OF SPECIAL PAYMENT DATE AND PAYMENT
OF INCENTIVE FEE TO INDEPENDENT DIRECTOR**

PLEASE TAKE NOTICE that on June 10, 2019, the above-captioned debtors and debtors in possession (the "**Debtors**") filed that certain *Notice of Binding Portfolio Company Transaction Pursuant to Portfolio Company Transaction Procedures* [Docket No. 773] (the "**Notice**"), with respect to the Denali Transaction, and on June 26, 2019, the Court entered the *Order Approving Consummation of Denali Portfolio Company Transaction* [Docket No. 797] (the "**Denali Order**").[2]

PLEASE TAKE FURTHER NOTICE that on July 9, 2019, the Denali Transaction closed and Zohar III, Limited ("**Zohar III**") received cash proceeds of $75,328,546.96 (the "**Denali Proceeds**") on account of the satisfaction of indebtedness owed to it and the sale of the Shares owned by Denali Acquisition, LLC.  Zohar III may receive additional amounts from the Denali Transaction as described in more detail in the Notice and the declaration accompanying it.

PLEASE TAKE FURTHER NOTICE that, in accordance with Section 4 of that certain Independent Director Service Agreement dated as of May 21, 2018, which was approved by the Court on June 26, 2018, *see* [Docket No. 345] (the "**Service Agreement**"), Mr. Joseph J. Farnan, Jr., as Independent Director, is entitled to an Incentive Fee (as defined in the Service Agreement) of 0.2% on account of any Fund Recovery (as defined in the Service Agreement).  Of the Denali Proceeds, $75,273,154.37 constitute Fund Recovery of Zohar III,[3] and the Incentive Fee payable on account thereof is equal to $150,546.31 (the "**Initial Denali Incentive Fee**").

---

[1]  The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2]  The term "Denali Transaction" has the meaning ascribed to it in the Notice and Denali Order.

[3]  The remaining balance of the Denali Proceeds ($55,392.59) constituted interest due in the ordinary course under the governing loan documents.

PLEASE TAKE FURTHER NOTICE that on July 10, 2019, in accordance with the Court's order authorizing and approving the use of cash collateral [Docket No. 588] (the "**Cash Collateral Order**"), the Controlling Secured Parties (as defined in the Cash Collateral Order) for Zohar III declared and requested of Zohar III and the Indenture Trustee a Special Payment Date (as defined in the Cash Collateral Order) in accordance with paragraph 9(b)(B) of the Cash Collateral Order with respect to the Excess Cash (as defined in the Cash Collateral Order) available from the Denali Transaction. Zohar III anticipates that the Special Payment Date will occur on July 22, 2019.

PLEASE TAKE FURTHER NOTICE that on July 19, 2019, Zohar III transferred $72,484,188.40 to the Indenture Trustee for the Zohar III notes in contemplation of a Special Payment Date and on that same date, the Initial Denali Incentive Fee was paid to the Independent Director.

| | |
|---|---|
| Dated: July 19, 2019<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ryan M. Bartley*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |