IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:                             :          Chapter 11
                                   :          Jointly Administered
ZOHAR III, CORP., ET AL.,          :          18-10512 (KBO)
DEBTORS                            :

## MEDIATOR'S REPORT

The Mediator conducted a further mediation session on July 31, 2019, which all parties and their lawyers attended. The mediation took place over approximately nine hours. At the conclusion of the mediation, the Patriarch Stakeholders made several proposals for Debtors' and creditors' consideration.

Thereafter, the Debtors requested documents from the Patriarch Stakeholders which they need to assess the settlement proposals. It appears that the Patriarch Stakeholders took exception to the number of documents Debtors requested. At or near the same time, Debtors filed a motion asking the Court to rule that the strenuously negotiated Settlement Agreement does not expire on August 22, 2019, to which the Patriarch Stakeholders will object. Patriarch Partners has, in return, served discovery on Debtors and seeks to take a number of depositions.

It is painful for the Mediator to observe that the settlement parties are on the brink of litigation that is likely to spiral into long, difficult and expensive litigation, particularly when

settlement is possible. Accordingly, the Mediator recommends that the Court order a stay of litigation and order the parties to return to mediation promptly, perhaps one last time. Unfortunately, the Mediator is in the midst of a number of time sensitive cases and therefore has limited time for what will likely prove to be a lengthy mediation session. The Mediator offers Saturday, August 17, 2019, for the mediation, recognizing that a Saturday mediation is unusual; or late in the day and evening on August 21, 2019. These are the only dates the Mediator has available for the next several weeks and continuing the mediation on those dates will minimize any delay should mediation prove to be unsuccessful.

August 13, 2019

_____
Kevin Gross, Mediator