IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | Jointly Administered |
| ZOHAR III, CORP., ET AL., | : | Case No. 18-10512 (KBO) |
| DEBTORS | : | Related to D.I. 847 |

## MEDIATOR'S CORRECTION TO REPORT

On August 13, 2019, the Mediator issued a Report which, upon the Mediator's review, requires correction. In the Report, the Mediator wrote that: "At or near the same time, Debtors filed a motion asking the Court to rule that the strenuously negotiated Settlement Agreement *does not expire* on August 22, 2019... ." The issue which Debtors and Patriarch Partners contest is not whether the Settlement Agreement terminates in its entirety, but whether the joint sale/monetization process terminates on August 22, 2019.

August 14, 2019

_____

Kevin Gross, Mediator