IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-10512 |
| ZOHAR III, CORP, ET AL., | : | CHAPTER 11 |
| DEBTORS, | : | |
| | : | JOINTLY ADMINISTERED |

## MEDIATOR'S REPORT

The Mediator held a further mediation session on August 21, 2019, at which all parties appeared. Settlement was not reached. The Mediator deems the mediation over which he presided to be closed and the Mediator resigns his position.

August 22, 2019

_____
Kevin Gross, Mediator