**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Zohar III Corp., *et al.*,**[1] | ) | **Case No. 18-10512 (KBO)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | **Docket Ref. No. 874** |

**JOINDER TO DEBTORS' OBJECTION TO PATRIARCH'S**
**LETTER MOTION AND CROSS-MOTION FOR PROTECTIVE ORDER**

Filed under seal pursuant to and for the reasons stated in
the Debtors' motion to seal, dated August 7, 2019 [Docket No. 835]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).