### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Zohar III, Corp., *et al.*,[3] | ) | Case No. 18-10512 (KBO) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Ref. Docket Nos. 143, 266, 847, 851, 863 & 886** |

### ORDER APPOINTING REPLACEMENT MEDIATOR

Upon consideration of the *Certification of Counsel Regarding Proposed Order Appointing Replacement Mediator*, filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") on August 29, 2019 (the "Certification of Counsel"),[4] requesting the entry of an order appointing the Replacement Mediator in the Debtors' Chapter 11 cases pursuant to the Settlement Agreement; upon the consent of the Debtors, MBIA Insurance Corp., the Patriarch Stakeholders, and the Zohar III Controlling Class; and this Court having determined that entry of this Order is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; it is hereby **ORDERED THAT:**

1. Pursuant to the Settlement Agreement and Del. Bank. L.R. 9019-3, the Honorable Christopher S. Sontchi is hereby appointed as the Replacement Mediator in the Debtors' Chapter 11 cases.

---

[3] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[4] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Certification of Counsel.

2. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: September 3rd, 2019**
**Wilmington, Delaware**

*/s/ Karen B. Owens*
**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

01:25097216.6

5