**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III Corp., *et al.*,[1] | ) ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) | Jointly Administered |
|  | ) ) | Docket Ref. No. 874 |

**JOINDER TO DEBTORS' OBJECTION TO PATRIARCH'S**
**LETTER MOTION AND CROSS-MOTION FOR PROTECTIVE ORDER**

MBIA Insurance Corporation ("MBIA") hereby submits this joinder ("Joinder") to the *Debtors' Objection To Patriarch's Letter Motion And Cross-Motion For Protective Order* (Docket No. 874) (the "Objection And Cross-Motion"), filed on August 27, 2019. In support of this Joinder, MBIA respectfully states as follows:

1. MBIA hereby joins in and adopts the arguments set forth in the Debtors' Objection And Cross-Motion and incorporates the Objection And Cross-Motion as though fully set forth herein.

2. MBIA is the senior secured party of two of the three Debtors and would be prejudiced if the relief requested in the Debtors' Objection And Cross-Motion was not granted.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).

**CONCLUSION**

WHEREFORE, MBIA requests that the Court grant the relief requested in Debtors' Objection And Cross-Motion and such other and further relief as the Court may deem just and proper.

Dated: August 27, 2019
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
       tcairns@pszjlaw.com

and

CADWALADER, WICKERSHAM & TAFT LLP
Gregory M. Petrick
Jonathan M. Hoff
Ingrid Bagby
Michele C. Maman
200 Liberty Street
New York, NY 10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666
Email: gregory.petrick@cwt.com
       jonathan.hoff@cwt.com
       ingrid.bagby@cwt.com
       michele.maman@cwt.com

Counsel to MBIA Insurance Corporation