**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*, | ) ) | Case No. 18-10512 (KBO) |
| Debtors.[1] | ) ) | Jointly Administered |
|  | ) ) | **Related to Docket Nos. 999, 1001** |

**ORDER REGARDING PENDING DETERMINATION OF PROPER VENUE
OF THE DURA DEBTORS' CHAPTER 11 CASES**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order, pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1014(b), (i) requesting that the Tennessee Bankruptcy Court hear and determine only such motions in the Dura Debtors' Chapter 11 cases that it determines, in its sole discretion, are just, proper, and necessary to avoid immediate and irreparable harm to the Dura Debtors' estates and (ii) ordering that no other matters shall proceed before the Tennessee Bankruptcy Court in the Dura Debtors' Chapter 11 cases, in each case pending this Court's determination as to the proper venue of such cases; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that this is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003- 1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

1

States Constitution; and it appearing that venue of these Chapter 11 cases and of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor; it is hereby **ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The United States Bankruptcy Court for the Middle District of Tennessee, the Honorable Randall S. Mashburn presiding, shall hear and determine only such motions that he determines, in his sole discretion, are just and proper, and necessary to avoid immediate and irreparable harm to the Dura Debtors' estates.

3. Pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1014(b), no other or further matters shall proceed in the Dura Debtors' Chapter 11 cases until further order of this Court determining proper venue of the Dura Debtors' Chapter 11 cases.

4. A telephonic status conference to discuss the scheduling of a hearing on the 1014 Motion and an appropriate briefing schedule shall be held on **October 21, 2019 at 2:00 p.m. (prevailing Eastern time)**. All parties wishing to participate should make the appropriate arrangements via CourtCall.

5. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: October 17th, 2019
Wilmington, Delaware

**KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE**