**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 8, 2019 AT 9:30 A.M. (ET)**

**ADJOURNED MATTERS**

1.      Debtors' Motion for an Order Determining Dispute Between the Debtors and Patriarch Partners Management Services, LLC Related to Pending Oasis Transaction [(SEALED) D.I. 911; 9/6/19; (REDACTED) D.I. 912; 9/6/19]

Related Documents:

A.      Order Approving and Authorizing the Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class [D.I. 266; 5/21/18]

B.      Order Approving Independent Director Service Agreement and Indemnification Agreement [D.I. 345; 6/26/18]

C.      Motion of the Debtors for Entry of an Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Directors' Approval of Monetization Transactions and Related Relief [D.I. 481; 10/23/18]

D.      Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Director's Approval of Monetization Transactions and Related Relief [D.I. 545; 11/9/18]

E.      Order Extending 15-Month Window Under the Court-Approved Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and Granting Related Relief [D.I. 871; 8/27/19]

---

[1]   The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc. New York, NY 10036.

F.      Order Appointing Replacement Mediator [D.I. 890; 9/3/19]

G.      Debtors' Motion for Entry of an Order Authorizing Filing of Motion Under Seal [D.I. 913; 9/6/19]

H.      Order Approving Consummation of Oasis Portfolio Company Transaction [D.I. 918; 9/9/19]

Response Deadline:              Extended

Responses Received:             None as of this date

Status:         This matter is adjourned to a date and time to be determined pending the scheduling of discovery.

2.      Debtors' Motion for Entry of an Order Authorizing Filing of Motion Under Seal [D.I. 913; 9/6/19]

Related Documents:

A.      Debtors' Motion for an Order Determining Dispute Between the Debtors and Patriarch Partners Management Services, LLC Related to Pending Oasis Transaction [(SEALED) D.I. 911; 9/6/19; (REDACTED) D.I. 912; 9/6/19]

Response Deadline:              Extended

Responses Received:

B.      United States Trustee's Omnibus Reservation of Rights to Motions to File Under Seal [D.I. 937; 9/20/19]

Status:         This matter is adjourned to a date and time to be determined pending the scheduling of discovery.

3.      PPMG's Opening Brief Regarding PPMG's Right to Payment of Transaction Fees in Connection with the Oasis Transaction [(SEALED) D.I. 914; 9/6/19]

Related Documents:

A.      Order Approving and Authorizing the Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class [D.I. 266; 5/21/18]

B.      Order Approving Independent Director Service Agreement and Indemnification Agreement [D.I. 345; 6/26/18]

01:25531712.1

C.      Motion of the Debtors for Entry of an Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Directors' Approval of Monetization Transactions and Related Relief [D.I. 481; 10/23/18]

D.      Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Director's Approval of Monetization Transactions and Related Relief [D.I. 545; 11/9/18]

E.      Order Extending 15-Month Window Under the Court-Approved Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and Granting Related Relief [D.I. 871; 8/27/19]

F.      Order Appointing Replacement Mediator [D.I. 890; 9/3/19]

G.      Motion of PPMG for Entry of an Order Authorizing Filing of Motion Under Seal [D.I. 915; 9/6/19]

H.      Order Approving Consummation of Oasis Portfolio Company Transaction [D.I. 918; 9/9/19]

Response Deadline:                  Extended

Responses Received:                 None as of this date

Status:       This matter is adjourned to a date and time to be determined pending the scheduling of discovery.

4.      Motion of PPMG for Entry of an Order Authorizing Filing of Motion Under Seal  [D.I. 915; 9/6/19]

Related Documents:

A.      PPMG's Opening Brief Regarding PPMG's Right to Payment of Transaction Fees in Connection with the Oasis Transaction [(SEALED) D.I. 914; 9/6/19]

Response Deadline:                  Extended

Responses Received:

B.      United States Trustee's Omnibus Reservation of Rights to Motions to File Under Seal [D.I. 937; 9/20/19]

01:25531712.1

<u>Status:</u>     This matter is adjourned to a date and time to be determined pending the scheduling of discovery.

Dated: November 6, 2019
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Joseph M. Barry*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

01:25531712.1