# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | (Jointly Administered) |
| LYNN TILTON, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, OCTALUNA, LLC; OCTALUNA II, LLC, AND OCTALUNA III, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE MASTER FUND LP, BARDIN HILL EVENT-DRIVEN MASTER FUND LP, PRAETOR FUND I, A SUB FUND OF PRAETORIUM FUND I ICAV, HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND LIMITED, HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND II LIMITED, HIRTLE CALLAGHAN | Adv. Proc. No. 19-50390 |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

25745223.1

| TRADING PARTNERS, L.P., AND THIRD SERIES OF HDML FUND I LLC, |
| :--- |
| Defendants. |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 20, 2019 AT 10:00 A.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1. Debtors' Motion for an Order Determining Dispute Between the Debtors and Patriarch Partners Management Services, LLC Related to Pending Oasis Transaction [(SEALED) D.I. 911; 9/6/19; (REDACTED) D.I. 1130; 9/6/19]

    Related Documents:

    A. Order Approving and Authorizing the Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class [D.I. 266; 5/21/18]

    B. Order Approving Independent Director Service Agreement and Indemnification Agreement [D.I. 345; 6/26/18]

    C. Motion of the Debtors for Entry of an Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Directors' Approval of Monetization Transactions and Related Relief [D.I. 481; 10/23/18]

    D. Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Director's Approval of Monetization Transactions and Related Relief [D.I. 545; 11/9/18]

    E. Notice of Binding Portfolio Company Transaction Pursuant to Portfolio Company Transaction Procedures [D.I. 868; 8/26/19]

    F. Order Extending 15-Month Window Under the Court-Approved Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and Granting Related Relief [D.I. 871; 8/27/19]

    G. Order Appointing Replacement Mediator [D.I. 890; 9/3/19]

---

[2] **All amendments appear in bold.**

25745223.1

H.      Order Approving Consummation of Oasis Portfolio Company Transaction [D.I. 918; 9/9/19]

I.       Re-Notice of Hearing [D.I. 1094; 11/26/19]

Response Deadline:          Extended

Responses Received:

J.       PPMG's Opening Brief Regarding PPMG's Right to Payment of Transaction Fees in Connection with the Oasis Transaction [(SEALED) D.I. 914; 9/6/19; (REDACTED) D.I. 1093; 11/26/19]

Status:       This matter is adjourned to a date and time to be determined pending the scheduling of discovery.

2.      Debtors' Application for an Order Authorizing the Retention and Employment of Waller Lansden Dortch & Davis, LLP as Special Counsel for the Debtors, Effective as of October 16, 2019 [D.I. 1042; 10/29/19]

Related Documents:

A.      Supplemental Declaration of John Tishler in Support of the Debtors' Application for an Order Authorizing the Retention and Employment of Waller Lansden Dortch & Davis, LLP as Special Counsel for the Debtors, Effective as of October 16, 2019 [D.I. 1077; 11/15/19]

B.      Certification of Counsel Regarding Order Authorizing the Retention and Employment of Waller Lansden Dortch & Davis, LLP as Special Counsel for the Debtors, Effective as of October 16, 2019 [D.I. 1079; 11/15/19]

C.      Order Authorizing the Retention and Employment of Waller Lansden Dortch & Davis, LLP as Special Counsel for the Debtors, Effective as of October 16, 2019 [D.I. 1080; 11/18/19]

Response Deadline:          November 12, 2019 at 4:00 p.m. (ET)

Responses Received:

D.      Informal response from the U.S. Trustee

Status:       An order has been entered by the Court.  No hearing is required.

3.      Motion of Lynn Tilton on Behalf of the Portfolio Companies and the Patriarch Stakeholders for Supplemental Protective Order Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 2015.3(e) and 9018 Prohibiting Filing of Portfolio Company Financial Information in Bankruptcy Reporting [D.I. 1086; 11/20/19]

Related Documents:

A. Re-Notice of Motion [D.I. 1088; 11/20/19]

B. Certificate of No Objection [D.I. 1121; 12/12/19]

C. Supplemental Order Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 2015.3(e) and 9018 Prohibiting Filing of Portfolio Company Financial Information in Bankruptcy Reporting [D.I. 1123; 12/13/19]

Response Deadline:    December 4, 2019 at 4:00 p.m. (ET)

Responses Received:    None

Status:    An order has been entered by the Court.  No hearing is required.

**MATTERS WITH CERTIFICATION**

4. Debtors' Motion for Entry of an Order Authorizing Filing of Motion Under Seal [D.I. 913; 9/6/19]

    Related Documents:

    A. Debtors' Motion for an Order Determining Dispute Between the Debtors and Patriarch Partners Management Services, LLC Related to Pending Oasis Transaction [(SEALED) D.I. 911; 9/6/19; (REDACTED) D.I. 1130; 9/6/19]

    B. Re-Notice of Debtors' Motion for an Order Determining Dispute Between the Debtors and Patriarch Partners Management Services, LLC Related to Pending Oasis Transaction [D.I. 1091; 11/25/19]

    C. Certification of Counsel Regarding Order Authorizing Filing of Motion Under Seal [D.I. 1136; 12/17/19]

    Response Deadline:    Extended

    Responses Received:

    D. United States Trustee's Omnibus Reservation of Rights to Motions to File Under Seal [D.I. 937; 9/20/19]

    **Additional Documents:**

    E. **Order Authorizing Filing of Motion Under Seal [D.I. 1149; 12/19/19]**

    Status:    **An order has been entered by the Court.  No hearing is required.**

25745223.1

5. Debtors' Motion, Pursuant to Section 105(a) and 363(b) of the Bankruptcy Code and the FTI Retention Order, for Entry of an Order Approving Modified Schedule of Hourly Temporary Staff [D.I. 1033; 10/25/19]

   Related Documents:

   A. Certificate of No Objection [D.I. 1137; 12/17/19]

   **B. Order Approving Modified Schedule of Hourly Temporary Staff [D.I. 1151; 12/19/19]**

   Response Deadline:   November 8, 2019 at 4:00 p.m. (ET)

   Responses Received:   None

   Status:   **An order has been entered by the Court.** No hearing is required.

6. Plaintiffs' Motion for Entry of an Order Authorizing Filing of Motion Under Seal [Adv. Case No. 19-50390 D.I. 4; 10/1/19]

   Related Documents:

   A. Complaint of Lynn Tilton and the Patriarch & Octaluna Entities for Equitable Subordination [(SEALED) Adv. Case No. 19-50390 D.I. 2; 10/1/19; (REDACTED) Adv. Case No. 19-50390 D.I. 7; 11/12/19]

   B. Summons and Notice of Pretrial Conference [Adv. Case No. 19-50390 D.I. 8; 11/19/19]

   C. Notice of Hearing on Motion to Seal [Adv. Case No. 19-50390 D.I. 10; 11/26/19]

   D. Certificate of No Objection [Adv. Case No. 19-50390 D.I. 11; 12/18/19]

   **E. Order Authorizing Filing of Motion Under Seal [Adv. Case No. 19-50390 D.I. 14; 12/19/19]**

   Response Deadline:   December 13, 2019 at 4:00 p.m. (ET)

   Responses Received:   None

   Status:   **An order has been entered by the Court.** No hearing is required.

**MATTERS GOING FORWARD**

7. Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 356; 7/6/18]

Related Documents:

A. Declaration of Mamta K. Scott in Support of the Objection of U.S. Bank National Association, Solely in Its Capacity as Trustee, to Debtors' Rejection Motion [D.I. 94; 3/27/18]

B. Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 382; 7/23/18]

C. Second Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 432; 8/22/18]

D. Declaration of Caroyln Schiff in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 504; 10/30/18]

E. [SEALED] Declaration of Michael S. Neumeister in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [(SEALED) D.I. 505; 10/30/18; (REDACTED) D.I. 506; 10/30/18]

F. Third Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 516; 11/1/18]

G. Declaration of Gregory M. Petrick in Support of MBIA Insurance Corporation's Reply to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [(SEALED) D.I. 537; 11/9/18; (REDACTED) D.I. 541; 11/9/18]

H. Declaration of Michael Katzenstein in Support of the Debtors' Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 543; 11/9/18]

I. Final Order Under 11 U.S.C. §§ 105, 361, 362, 363 and 507, and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Providing Superpriority Administrative Expense Status; (IV) Modifying Automatic Stay; and (V) Granting Related Relief [D.I. 588; 12/10/18]

J. Notice of Filing of Revised Proposed Cash Collateral Order [D.I. 1092; 11/25/19]

K. Notice of Filing of Exhibit to Proposed Revised Case Collateral Order [D.I. 1101; 11/27/19]

L. Declaration of Gregory M. Petrick in Support of MBIA Insurance Corporation's Statement in Support of Debtors' Proposed Order Authorizing the Use of Cash Collateral and Reply to Patriarch's Objection Thereto [D.I. 1134; 12/17/19]

Case 18-10512-KBO   Doc 1154   Filed 12/19/19   Page 7 of 10

Response Deadline:        December 9, 2019 at 4:00 p.m. (ET)

Responses Received:

M. Reservation of Rights of U.S. Bank National Association, as Indenture Trustee, to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 500; 10/30/18]

N. Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [(SEALED) D.I. 502; 10/30/18; (REDACTED) D.I. 503; 10/30/18]

O. Statement of Blank Rome, on Behalf of Itself and in Respect of Other Zohar I Service Providers, in Response to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 528; 11/7/18]

P. Limited Statement and Response of U.S. Bank National Association, as Indenture Trustee, to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 530; 11/7/18]

Q. MBIA Insurance Corporation's Statement in Support of Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral and Reply to Patriarch's Objection Thereto [(SEALED) D.I. 536; 11/9/18; REDACTED D.I. 540; 11/9/18]

R. Debtors' Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing the Use of Cash Collateral [D.I. 542; 11/9/18]

S. Zohar III Controlling Class' Joinder and Supplemental Response in Support of the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 544; 11/9/18]

T. Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1114; 12/9/19]

U. MBIA Insurance Corporation's Statement in Support of Debtors' Proposed Order Authorizing the Use of Cash Collateral and Reply to Patriarch's Objection Thereto [D.I. 1132; 12/17/19]

V. The Debtors' Reply to Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1133; 12/17/19] and Notice of Errata Regarding the Debtors' Reply to Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1140; 12/17/19]

W. Zohar III Controlling Class' Joinder and Supplemental Response in Support of Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1135; 12/17/19]
25745223.1

X.  Limited Response of U.S. Bank National Association, as Indenture Trustee, to Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1139; 12/17/19]

Y.  Informal comments from the U.S. Trustee

**Additional Documents:**

**Z.  Notice of Telephonic Pre-Hearing Conference [D.I. 1146; 12/18/19]**

Status:  **This matter is adjourned to a date and time to be determined.**

8.  Motion of PPMG for Entry of an Order Authorizing Filing of Motion Under Seal [D.I. 915; 9/6/19]

Related Documents:

A.  PPMG's Opening Brief Regarding PPMG's Right to Payment of Transaction Fees in Connection with the Oasis Transaction [(SEALED) D.I. 914; 9/6/19; (REDACTED) D.I. 1093; 11/26/19]

B.  Re-Notice of Hearing [D.I. 1094; 11/26/19]

Response Deadline:          Extended

Responses Received:

C.  United States Trustee's Omnibus Reservation of Rights to Motions to File Under Seal [D.I. 937; 9/20/19]

**Additional Documents:**

**D.  Certification of Counsel Regarding Revised Proposed Order Authorizing Filing of Motion Under Seal [D.I. 1152; 12/19/19]**

Status:  This matter is resolved. A revised form of order **has been** filed under certification of counsel.

9.  Application of Debtors Zohar II and Zohar III for Entry of an Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Special Litigation Counsel *Nunc Pro Tunc* to October 14, 2019 [D.I. 1103; 11/27/19]

Related Documents:

    A.    Supplemental Declaration of Kenneth J. Nachbar in Support of Application of Debtors Zohar II and Zohar III for Entry of an Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Special Litigation Counsel *Nunc Pro Tunc* to October 14, 2019 [D.I. 1141; 12/18/19]

Response Deadline:                  December 11, 2019 at 4:00 p.m. (ET)

Responses Received:

    B.    Informal response from the U.S. Trustee

**Additional Documents:**

    **C.**    **Declaration of Michael Katzenstein in Support of Application of Debtors Zohar II and Zohar III for Entry of an Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Special Litigation Counsel *Nunc Pro Tunc* to October 14, 2019 [D.I. 1147; 12/19/19]**

    **D.**    **Certification of Counsel Regarding Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Special Litigation Counsel *Nunc Pro Tunc* to October 14, 2019 [D.I. 1150; 12/19/19]**

Status:    The U.S. Trustee's response has been resolved in principle. The Debtors **have filed** a supplemental declaration, as well as a revised form of order under certification of counsel. **No hearing is required unless the Court has questions or concerns.**

25745223.1

| | |
|---|---|
| Dated: December 19, 2019<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

*/s/ Joseph M. Barry*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4421)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
      rbrady@ycst.com
      mnestor@ycst.com
      jbarry@ycst.com
      rbartley@ycst.com
      sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*