# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered<br><br>**Ref. Docket No. 1115** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that, on December 10, 2019, the debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "Debtors") filed the *Debtors' Emergency Motion for Entry of an Order Enforcing and Implementing the Terms of the Settlement Agreement and Granting Related Relief* [Docket No. 1115] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Motion is hereby withdrawn.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

23006271.3

| | |
|---|---|
| Dated: January 3, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Michael R. Nestor*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>    rbrady@ycst.com<br>    mnestor@ycst.com<br>    jbarry@ycst.com<br>    rbartley@ycst.com<br>    sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |