## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) | Jointly Administered |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 10, 2020 AT 10:00 A.M. (ET)

**RESOLVED MATTER**

1. Debtors' Emergency Motion for Entry of an Order Enforcing and Implementing the Terms of the Settlement Agreement and Granting Related Relief [(SEALED) D.I. 1115; 12/10/19; (REDACTED) D.I. 1166; 12/20/19]

   Related Documents:

   A. Debtors' Emergency Motion to Expedite Consideration of the Debtors' Emergency Motion for Entry of an Order Enforcing and Implementing the Terms of the Settlement Agreement and Granting Related Relief [(SEALED) D.I. 1116; (REDACTED) D.I. TBD; 12/10/19]

   B. Debtors' Motion for Entry of an Order Authorizing Filing of (I) Emergency Motion and (II) Motion to Expedite Under Seal [D.I. 1117; 12/10/19]

   C. Notice of Telephonic Scheduling Conference on Debtors' Emergency Motion for Entry of an Order Enforcing and Implementing the Terms of the Settlement Agreement and Granting Related Relief [D.I. 1118; 12/10/19]

   D. Agreed Order Setting Hearing Date and Briefing Schedule with Respect to Debtors' Motion for Entry of an Order Enforcing and Implementing the Terms of the Settlement Agreement and Granting Related Relief [D.I. 1177; 12/23/19]

   E. The Debtors' Request for Emergency Telephonic Scheduling Conference [D.I. 1202; 1/2/19]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc. New York, NY 10036.

[2] **All amendments appear in bold.**

25849087.1

F.      Notice of Telephonic Status Conference [D.I. 1204; 1/2/20]

G.      Notice of Withdrawal [D.I. 1221; 1/3/20]

Response Deadline:       December 27, 2019 at 4:00 p.m. (ET)

Responses Received:

H.      Lynn Tilton's Objection to the Debtors' Emergency Motion for Entry of an Order Enforcing and Implementing the Terms of the Settlement Agreement and Granting Related Relief [(SEALED) D.I. 1188; 12/27/19]

Status:       This matter has been withdrawn.  No hearing is required.

**MATTERS GOING FORWARD**

2.      Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [(SEALED) D.I. 1164; 12/20/19; (REDACTED) D.I. 1182; 12/23/19]

Related Documents:

A.      Motion of Lynn Tilton for Entry of an Order Authorizing Filing of Motion Under Seal [D.I. 1165; 12/20/19]

B.      Notice of Hearing [D.I. 1170; 12/20/19]

C.      The Debtors' Request for Emergency Telephonic Scheduling Conference [D.I. 1202; 1/2/20]

D.      Notice of Telephonic Status Conference [D.I. 1204; 1/2/20]

E.      Debtors' Motion for Entry of an Order Authorizing Filing of Preliminary Objection Under Seal [D.I. 1230; 1/7/20]

F.      Motion of Zohar III Controlling Class to Seal Statement and Response of Zohar III Controlling Class in Response to Motions Seeking Monetization Procedures Filed by Debtors and Patriarch [D.I. 1231; 1/7/20]

G.      Motion of MBIA Insurance Corporation for an Order to File Under Seal Its Statement in Support of Debtors' Preliminary Objection to the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [D.I. 1233; 1/7/20]

H.      Independent Director's Motion for Entry of an Order Authorizing Filing of Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and

Guidelines Regarding Monetization of Group A Portfolio Companies Under Seal [D.I. 1234; 1/7/20]

Response Deadline: January 7, 2020 at 4:00 p.m. (ET)

Responses Received:

I. Preliminary Statement and Response of Zohar III Controlling Class in Response to Motions Seeking Monetization Procedures Filed by Debtors and Patriarch [(SEALED) D.I. 1228; 1/7/20]

J. Debtors' Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [(SEALED) D.I. 1229; 1/7/20]

K. MBIA Insurance Corporation's Statement in Support of Debtors' Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [(SEALED) D.I. 1232; 1/7/20]

L. Independent Director's Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [(SEALED) D.I. 1236; 1/7/20; (REDACTED) D.I. 1235; 1/7/20]

**Additional Documents:**

M. **Certification of Counsel Regarding Debtors' Proposal for an Order Setting Hearing Date, Briefing Schedule, and Discovery Deadlines with Respect to: (I) Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies; and (II) the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [D.I. 1245; 1/9/20]**

Status: The parties are attempting to work-through scheduling issues and t**he Debtors have filed a proposed scheduling order for the Court's consideration.**

3. Motion of Lynn Tilton for Entry of Order Authorizing Filing of Motion Under Seal [D.I. 1165; 12/20/19]

Related Documents:

A. Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [(SEALED) D.I. 1164;

25849087.1

        12/20/19; (REDACTED) D.I. 1182; 12/23/19]

    B.    Notice of Hearing [D.I. 1171; 12/20/19]

Response Deadline:        January 7, 2020 at 4:00 p.m. (ET)

Responses Received:        None

Status:    The parties are attempting to work-through scheduling issues and **the Debtors have filed a proposed scheduling order for the Court's consideration**.

4.    Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies [(SEALED) D.I. 1167; 12/20/19; (REDACTED) D.I. 1168; 12/20/19]

Related Documents:

A.    Debtors' Motion for Entry of an Order Authorizing Filing of Preliminary Objection Under Seal [D.I. 1169; 12/20/19]

B.    The Debtors' Request for Emergency Telephonic Scheduling Conference [D.I. 1202; 1/2/20]

C.    Notice of Telephonic Status Conference [D.I. 1204; 1/2/20]

D.    Motion of Patriarch for Entry of an Order Authorizing Filing of Objection Under Seal [D.I. 1226; 1/7/20]

E.    Motion of Zohar III Controlling Class to Seal Statement and Response of Zohar III Controlling Class in Response to Motions Seeking Monetization Procedures Filed by Debtors and Patriarch [D.I. 1231; 1/7/20]

Response Deadline:        January 7, 2020 at 4:00 p.m. (ET)

Responses Received:

F.    Patriarch's Objection to Debtors' Motion For Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process For the Group A Portfolio Companies [(SEALED) D.I. 1227; 1/7/20]

G.    Preliminary Statement and Response of Zohar III Controlling Class in Response to Motions Seeking Monetization Procedures Filed by Debtors and Patriarch [(SEALED) D.I. 1228; 1/7/20]

**Additional Documents:**

H. **Certification of Counsel Regarding Debtors' Proposal for an Order Setting Hearing Date, Briefing Schedule, and Discovery Deadlines with Respect to: (I) Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies; and (II) the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [D.I. 1245; 1/9/20]**

Status:   The parties are attempting to work-through scheduling issues and t**he Debtors have filed a proposed scheduling order for the Court's consideration**.

5. Debtors' Motion for Entry of an Order Authorizing Filing of Preliminary Objection Under Seal [D.I. 1169; 12/20/19]

   Related Documents:

   A. Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies [(SEALED) D.I. 1167; 12/20/19; (REDACTED) D.I. 1168; 12/20/19]

   Response Deadline:          January 7, 2020 at 4:00 p.m. (ET)

   Responses Received:         None

25849087.1

Status: The parties are attempting to work-through scheduling issues **and the Debtors have filed a proposed scheduling order for the Court's consideration**.

Dated: January 9, 2020　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, Delaware

*/s/ Joseph M. Barry*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
　　　　rbrady@ycst.com
　　　　mnestor@ycst.com
　　　　jbarry@ycst.com
　　　　rbartley@ycst.com
　　　　sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*

25849087.1