# EXHIBIT A

**Proposed Order**

25855285.5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) ) | Jointly Administered |
|  |  | **Docket Ref. No. ___** |

### ORDER AUTHORIZING FILING OF MOTION AUTHORIZING THE DEBTORS TO ENTER INTO AMENDED PORTFOLIO COMPANY CREDIT AGREEMENT UNDER SEAL

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, Local Rule 9018-1(b), the Settlement Order, and the Settlement Agreement, authorizing the Debtors to file certain portions of the Credit Agreement Amendment Motion under seal; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this District is proper before this Court pursuant to 28 U.S.C.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

25855285.5

§§ 1408 and 1409; and sufficient notice of the Motion having been provided given the exigent circumstances, and it appearing that no other or further notice need be provided; and after due deliberation; and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to file the Credit Agreement Amendment Motion under seal.

3. The Credit Agreement Amendment Motion shall not be made available to anyone, except to the Court, the U.S. Trustee, the Patriarch Stakeholders, MBIA, the Zohar III Controlling Class, Ankura, U.S. Bank, and other parties in interest as may be ordered or otherwise required by the Court, and all parties receiving the Credit Agreement Amendment Motion shall maintain its confidentiality and the confidentiality of its subject matter, including in connection with any pleadings filed with this Court.

4. To the extent not already done, the Debtors shall file a publicly-viewable redacted version of the Credit Agreement Amendment Motion in accordance with Local Rule 9018-1(d).

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

25855285.5

7. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: _____, 2020
       Wilmington, Delaware

_____
United States Bankruptcy Judge

25855285.5

3