## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Zohar III, Corp., et al.,[1] | ) Case No. 18-10512 (KBO) |
| Debtors. | ) Jointly Administered |
| | ) **Docket Ref. No. 1267** |

### INTERIM ORDER AUTHORIZING THE DEBTORS TO ENTER INTO AMENDED PORTFOLIO COMPANY CREDIT AGREEMENT AND GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of interim and final orders, pursuant to sections 105(a) and 363(b) of the Bankruptcy Code, authorizing the Debtors to enter into a Credit Agreement Amendment with the Portfolio Company on terms substantially similar to those of the Term Sheet; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this District is proper

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation; and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to enter into a Credit Agreement Amendment and issue the Term E New Loan under terms substantially similar to those described in the Term Sheet, attached ~~hereto~~ as **Exhibit 1**. *to the Motion* [handwritten]

3. A hearing will be held at the January 28 Hearing to consider authorizing the Debtors to issue the Term F New Loan.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Debtors and the Portfolio Company are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: January 15, 2020
Wilmington, Delaware

The Honorable Brendan L. Shannon
United States Bankruptcy Judge

25855465.14