# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Ref. Docket No. 1185** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 1185

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Staffing and Compensation Report of Goldin Associates, LLC for the Period of November 1, 2019 Through November 30, 2019* [Docket No. 1185] (the "Staffing and Compensation Report") filed on December 26, 2019.  The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection, or other responsive pleading to the Staffing and Compensation Report.  As was provided in the notice filed and served with the Staffing and Compensation Report, objections to the Staffing and Compensation Report were to be filed and served no later than January 15, 2020 at 4:00 p.m. (ET).

Pursuant to the *Order Authorizing and Approving, Effective as of the Petition Date, the Agreement with Goldin Associates, LLC to Provide (I) Marc S. Kirschner to Serve as the Debtors' Chief Restructuring Officer and (II) Services Related Thereto* [Docket No. 238], entered on May 8, 2018, and the *Order Amending the Terms of the Retention of Goldin Associates, LLC* [Docket No. 298], entered on June 11, 2018, the Debtors are authorized, but not

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc. New York, NY 10036.

23429004.21

1

directed, to pay to Goldin Associates, LLC all fees and expenses included in the Staffing and Compensation Report without further order of the Court.

| | |
|---|---|
| Dated: January 16, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>         rbrady@ycst.com<br>         mnestor@ycst.com<br>         jbarry@ycst.com<br>         rbartley@ycst.com<br>         sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |