**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., et al.,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Docket Ref. Nos. 1267, 1275 & 1307** |

**FINAL ORDER AUTHORIZING THE DEBTORS TO ENTER
INTO AMENDED PORTFOLIO COMPANY CREDIT
AGREEMENT AND GRANTING RELATED RELIEF**

Upon the motion (the "<u>Motion</u>")[2] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of interim and final orders, pursuant to sections 105(a) and 363(b) of the Bankruptcy Code, authorizing the Debtors to enter into a Credit Agreement Amendment with the Portfolio Company on terms substantially similar to those of the Term Sheet [Docket No. 1267]; and the Court having held a hearing on January 15, 2020 to consider the relief requested in the Motion on an interim basis; and the Court having entered the *Interim Order Authorizing the Debtors to Enter Into Amended Portfolio Credit Agreement and Granting Related Relief* (the "<u>Interim Order</u>") [Docket No. 1275] granting the relief requested in the Motion on an interim basis; and the Court having considered the *Declaration of Michael Katzenstein* filed in support of the Motion [Docket No. 1267, Exh. B]; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having jurisdiction over this matter pursuant to 28 U.S.C.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

[2] A publically viewable redacted version of the Motion was filed at Docket No. 1307. Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Motion.

§§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having been advised that Bardin Hill, MBIA and Lynn Tilton (each as defined in the Motion) consent to entry of this Order and the U.S. Trustee does not oppose entry of this Order; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation; and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to enter into a Credit Agreement Amendment and issue the Term F New Loan under terms substantially similar to those described in the Term Sheet attached to the Motion as **Exhibit 1**.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Debtors and the Portfolio Company are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

25929042.2

5. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

**Dated: January 27th, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

3

25929042.2