**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 6, 2020 AT 10:00 A.M. (ET)**

**MATTERS GOING FORWARD**

1. Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [(SEALED) D.I. 1164; 12/20/19; (REDACTED) D.I. 1182; 12/23/19]

   Related Documents:

   A. Notice of Hearing [D.I. 1170; 12/20/19]

   B. The Debtors' Request for Emergency Telephonic Scheduling Conference [D.I. 1202; 1/2/20]

   C. Notice of Telephonic Status Conference [D.I. 1204; 1/2/20]

   D. Order Authorizing Filing of Motion Under Seal [D.I. 1265; 1/13/20]

   E. Order Setting Hearing Date, Briefing Schedule, and Discovery Deadlines with Respect to: (I) the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies; (II) the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies; and (III) Certain Other Contested Matters [D.I. 1292; 1/21/20]

   F. Order Granting Motion of MBIA Insurance Corporation for an Order to File Under Seal Its Statement in Support of Debtors' Preliminary Objection to the

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc. New York, NY 10036.

25959891.3

|     | Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [D.I. 1310; 1/23/20] |
| --- | --- |
| G.  | Order Authorizing Filing of Independent Director's Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of Group A Portfolio Companies Under Seal [D.I. 1318; 1/23/20] |
| H.  | Motion of Lynn Tilton for Entry of an Order Authorizing Filing of Reply Under Seal [D.I. 1329; 1/24/20] |
| I.  | Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certain Portions of the Debtors' Reply in Support of the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies [D.I. 1332; 1/24/20] |
| J.  | Order Authorizing Filing of the Debtors' Motion for Entry of an Order Authorizing Filing of Preliminary Objection Under Seal [D.I. 1343; 1/27/20] |
| K.  | Order Granting the Motion of Zohar III Controlling Class to Seal Statement and Response of Zohar III Controlling Class in Response to Motions Seeking Monetization Procedures Filed by Debtor and Patriarch [D.I. 1345; 1/27/20] |

Response Deadline:          January 7, 2020 at 4:00 p.m. (ET)

Responses Received:

| L.  | Preliminary Statement and Response of Zohar III Controlling Class in Response to Motions Seeking Monetization Procedures Filed by Debtors and Patriarch [(SEALED) D.I. 1228; 1/7/20; (REDACTED) D.I. 1258; 1/10/20] |
| --- | --- |
| M.  | Debtors' Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [(SEALED) D.I. 1229; 1/7/20; (REDACTED) D.I. 1250; 1/10/20] |
| N.  | MBIA Insurance Corporation's Statement in Support of Debtors' Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [(SEALED) D.I. 1232; 1/7/20; (REDACTED) D.I. 1256; 1/10/20] |
| O.  | Independent Director's Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [(SEALED) D.I. 1236; 1/7/20; (REDACTED) D.I. 1235; 1/7/20] |
| P.  | Lynn Titlon's Reply in Support of Motion for Approval of Timeline and |

25959891.3

            Guidelines Regarding Monetization of the Group A Portfolio Companies [(SEALED D.I. 1330; 1/24/20]

    Q.    Supplemental Response of Zohar III Controlling Class to Motions Seeking Monetization Procedures Filed by Debtors and Patriarch [D.I. 1333/1354; 1/29/20]

    <u>Status</u>:    In accordance with paragraph 8 of the Court's scheduling order [Docket No. 1292], this matter will go forward with argument regarding the authority and jurisdiction of the Court.

2.    Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies [(SEALED) D.I. 1167; 12/20/19; (REDACTED) D.I. 1168; 12/20/19]

    <u>Related Documents</u>:

    A.    Notice of Partial Withdrawal [D.I. 1184; 12/26/19]

    B.    The Debtors' Request for Emergency Telephonic Scheduling Conference [D.I. 1202; 1/2/20]

    C.    Notice of Telephonic Status Conference [D.I. 1204; 1/2/20]

    D.    Motion of Patriarch for Entry of an Order Authorizing Filing of Objection Under Seal [D.I. 1226; 1/7/20]

    E.    Order Authorizing Filing of Motion for Order in Aid of Implementation of the Settlement Agreement Under Seal [D.I. 1288; 1/17/20]

    F.    Order Setting Hearing Date, Briefing Schedule, and Discovery Deadlines with Respect to: (I) the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies; (II) the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies; and (III) Certain Other Contested Matters [D.I. 1292; 1/21/20]

    G.    Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certain Portions of the Debtors' Reply in Support of the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies [D.I. 1332; 1/24/20]

25959891.3

H.      Motion of MBIA Insurance Corporation for an Order to File Under Seal Its Statement of MBIA Insurance Corporation in Support of the Debtors' Reply in Support of the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies [D.I. 1338; 1/24/20]

I.      Order Granting the Motion of Zohar III Controlling Class to Seal Statement and Response of Zohar III Controlling Class in Response to Motions Seeking Monetization Procedures Filed by Debtor and Patriarch [D.I. 1345; 1/27/20]

Response Deadline:      January 7, 2020 at 4:00 p.m. (ET)

Responses Received:

J.      Patriarch's Objection to Debtors' Motion For Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process For the Group A Portfolio Companies [(SEALED) D.I. 1227; 1/7/20; (REDCATED) D.I. 1253; 1/10/20]

K.      Preliminary Statement and Response of Zohar III Controlling Class in Response to Motions Seeking Monetization Procedures Filed by Debtors and Patriarch [(SEALED) D.I. 1228; 1/7/20; (REDACTED) D.I. 1258; 1/10/20]

L.      Debtors' and Independent Director's Reply in Support of the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies [(SEALED) D.I. 1331; 1/24/20]

M.      Statement of MBIA Insurance Corporation in Support of the Debtors' Reply in Support of the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio [D.I. 1336; 1/24/20]

N.      Supplemental Response of Zohar III Controlling Class to Motions Seeking Monetization Procedures Filed by Debtors and Patriarch [D.I. 1354; 1/29/20]

Status:      In accordance with paragraph 8 of the Court's scheduling order [Docket No. 1292], this matter will go forward with argument regarding the authority and jurisdiction of the Court.

25959891.3

3.    Debtors' Motion Pursuant to Local Rule 9019-5(d) (I) to Preclude Discovery and Introduction of Protected Mediation Information and (II) to Strike Certain Portions of Lynn Tilton's Monetization Motion and Objection [(SEALED) D.I. 1358; 1/30/20; (REDACTED) D.I. 1359; 1/30/20]

Related Documents:

A.    Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [(SEALED) D.I. 1164; 12/20/19; (REDACTED) D.I. 1182; 12/23/19]

B.    Patriarch's Objection to Debtors' Motion For Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process For the Group A Portfolio Companies [(SEALED) D.I. 1227; 1/7/20; (REDCATED) D.I. 1253; 1/10/20]

Response Deadline:    February 5, 2020 at 10:00 a.m. (ET)

Responses Received:    None as of this date

Status:    Pursuant to Local Rule 7026-1(b), objections to this motion are due February 5, 2020 at 10:00 a.m. (ET). This matter is going forward.

4.    Patriarch's Omnibius Motion with Respect ot Open Discovery and Pre-Trial Issues for Hearings on February 19 and 20, 2020 [(SEALED) D.I. 1361; 1/30/20]

Related Documents:

A.    Motion of Patriarch for Entry of an Order Authorizing Filing of Omnibus Motion Under Seal [D.I. 1360; 1/30/20]

Response Deadline:    February 5, 2020 at 10:00 a.m. (ET)

Responses Received:    None as of this date

Status:    Pursuant to Local Rule 7026-1(b), objections to this motion are due February 5, 2020 at 10:00 a.m. (ET). This matter is going forward.

25959891.3

| | |
|---|---|
| Dated: February 4, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Joseph M. Barry*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>         rbrady@ycst.com<br>         mnestor@ycst.com<br>         jbarry@ycst.com<br>         rbartley@ycst.com<br>         sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

25959891.3