IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 18-10512 (CSS)<br><br>Jointly Administered<br><br>**Docket Ref. No. 1387** |

**ORDER PURSUANT TO BANKRUPTCY RULE 9006(c) AND LOCAL RULE 9006-1(e)
SHORTENING THE NOTICE PERIOD FOR THE ZOHAR DEBTORS' MOTION
FOR ENTRY OF AN ORDER (I) AUTHORIZING THE ZOHAR DEBTORS
TO ENTER INTO POTENTIAL TRANSACTION RELATING TO
DURA AUTOMOTIVE SYSTEMS, LLC AND (II) GRANTING RELATED RELIEF**

Upon the *Debtors' Motion for an Order Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) Shortening the Notice Period for the Zohar Debtors' Motion for Entry of an Order (I) Authorizing the Zohar Debtors to Enter into Potential Transaction Relating to Dura Automotive Systems, LLC and (II) Granting Related Relief* (the "Motion to Shorten");[2] and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having found that venue of these cases and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that notice of the Motion to

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion to Shorten.

26009554.2

Shorten has been given as set forth in the Motion to Shorten and that such notice is adequate given the exigent circumstances; and this Court having found and determined that the relief sought in the Motion to Shorten is in the best interests of the Debtors, their estates, their creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is hereby GRANTED as set forth herein.

2. The Hearing to consider the Transaction Motion will be held on February 13, 2020 at 1:00 p.m. (ET). Objections to the relief requested in the Transaction Motion shall be filed and served on the Debtors no later than 4:00 p.m. (ET) on the day prior to the Hearing.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

**Dated: February 7th, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**