# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 13, 2020 AT 1:00 P.M. (ET)

### MATTER GOING FORWARD

1. Zohar Debtors' Motion for Entry of an Order (I) Authorizing the Zohar Debtors to Enter into Potential Transaction Relating to Dura Automotive Systems, LLC and (II) Granting Related Relief [D.I. 1386; 2/6/20]

    Related Documents:

    A.  Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) Shortening the Notice Period for the Zohar Debtors' Motion for Entry of an Order (I) Authorizing the Zohar Debtors to Enter into Potential Transaction Relating to Dura Automotive Systems, LLC and (II) Granting Related Relief [D.I. 1387; 2/6/20]

    B.  Order Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) Shortening the Notice Period for the Zohar Debtors' Motion for Entry of an Order (I) Authorizing the Zohar Debtors to Enter into Potential Transaction Relating to Dura Automotive Systems, LLC and (II) Granting Related Relief [D.I. 1390; 2/7/20]

    C.  Notice of Hearing [D.I. 1391; 2/7/20]

    Response Deadline:           February 12, 2020 at 4:00 p.m. (ET)

    Responses Received:

    D.  Informal response from the Patriarch Stakeholders

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc. New York, NY 10036.

26015123.1

Status:  The Dura Debtors and Dura Committee do not oppose the motion. The Debtors are working with the Patriarch Stakeholders to resolve their informal comments to the proposed order. To the extent resolved, the Debtors will file a revised form of order under certification of counsel. To the extent not resolved, this matter will go forward.

Dated: February 11, 2020
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Joseph M. Barry*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
  rbrady@ycst.com
  mnestor@ycst.com
  jbarry@ycst.com
  rbartley@ycst.com
  sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*