IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 13, 2020 AT 1:00 P.M. (ET)**

**MATTER GOING FORWARD**

1. Zohar Debtors' Motion for Entry of an Order (I) Authorizing the Zohar Debtors to Enter into Potential Transaction Relating to Dura Automotive Systems, LLC and (II) Granting Related Relief [D.I. 1386; 2/6/20]

    Related Documents:

    A. Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) Shortening the Notice Period for the Zohar Debtors' Motion for Entry of an Order (I) Authorizing the Zohar Debtors to Enter into Potential Transaction Relating to Dura Automotive Systems, LLC and (II) Granting Related Relief [D.I. 1387; 2/6/20]

    B. Order Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) Shortening the Notice Period for the Zohar Debtors' Motion for Entry of an Order (I) Authorizing the Zohar Debtors to Enter into Potential Transaction Relating to Dura Automotive Systems, LLC and (II) Granting Related Relief [D.I. 1390; 2/7/20]

    C. Notice of Hearing [D.I. 1391; 2/7/20]

    Response Deadline:    February 12, 2020 at 4:00 p.m. (ET)

    Responses Received:

    D. Informal response from the Patriarch Stakeholders

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc. New York, NY 10036.

[2] **All amendments appear in bold.**

26023817.1

E. **Informal response from U.S. Bank**

F. **Informal response from MBIA Insurance Corp.**

G. **Informal response from Bardin Hill**

H. **Informal response from Dura Committee**

I. **Informal response from the Dura Debtors**

**Additional Documents:**

J. **Certification of Counsel Regarding Order (I) Authorizing the Zohar Debtors to Enter into Potential Transaction Relating to Dura Automotive Systems, LLC and (II) Granting Related Relief [D.I. 1403; 2/12/19]**

Status: **The Debtors, Patriarch Stakeholders, MBIA, Bardin Hill and U.S. Bank consent to the entry of the revised order without the need for a hearing. The Dura Debtors and the Dura Creditors' Committee do not oppose entry of the revised order without the need for a hearing. The U.S. Trustee takes no position on the motion. No hearing is required unless the Court has questions or concerns.**

Dated: February 12, 2020
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Joseph M. Barry
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
          rbrady@ycst.com
          mnestor@ycst.com
          jbarry@ycst.com
          rbartley@ycst.com
          sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*

26023817.1