**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 24, 2020 AT 1:00 P.M. (ET)**

**MATTERS GOING FORWARD**

1. Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 356; 7/6/18]

    Related Documents:

    A. Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 382; 7/23/18]

    B. Second Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 432; 8/22/18]

    C. Declaration of Caroyln Schiff in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 504; 10/30/18]

    D. [SEALED] Declaration of Michael S. Neumeister in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [(SEALED) D.I. 505; 10/30/18; (REDACTED) D.I. 506; 10/30/18]

    E. Third Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 516; 11/1/18]

    F. Declaration of Gregory M. Petrick in Support of MBIA Insurance Corporation's Reply to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [(SEALED) D.I. 537; 11/9/18; (REDACTED) D.I. 541; 11/9/18]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc. New York, NY 10036.

26062072.1

G.     Declaration of Michael Katzenstein in Support of the Debtors' Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 543; 11/9/18]

H.     Final Order Under 11 U.S.C. §§ 105, 361, 362, 363 and 507, and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Providing Superpriority Administrative Expense Status; (IV) Modifying Automatic Stay; and (V) Granting Related Relief [D.I. 588; 12/10/18]

I.     Declaration of Gregory M. Petrick in Support of MBIA Insurance Corporation's Statement in Support of Debtors' Proposed Order Authorizing the Use of Cash Collateral and Reply to Patriarch's Objection Thereto [D.I. 1134; 12/17/19]

J.     Notice of Telephonic Pre-Hearing Conference [D.I. 1146; 12/18/19]

K.     Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 1158; 12/20/19]

L.     Notice of Hearing Regarding Debtors' Motion for Entry of an Order Authorizing the Use of Cash Collateral [D.I 1178; 12/23/19]

M.     Order Setting Hearing Date, Briefing Schedule, and Discovery Deadlines with Respect to: (I) the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies; (II) the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies; and (III) Certain Other Contested Matters [D.I. 1292; 1/21/20]

N.     Stipulated Amended Scheduling Order With Respect to: (I) the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies; (II) the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies; and (III) Certain Other Contested Matters [D.I. 1412; 2/14/20]

O.     Notice of Filing of Further Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 1436; 2/19/20]

<u>Response Deadline</u>:            December 9, 2019 at 4:00 p.m. (ET)

<u>Responses Received</u>:

P. Reservation of Rights of U.S. Bank National Association, as Indenture Trustee, to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 500; 10/30/18]

Q. Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [(SEALED) D.I. 502; 10/30/18; (REDACTED) D.I. 503; 10/30/18]

R. Statement of Blank Rome, on Behalf of Itself and in Respect of Other Zohar I Service Providers, in Response to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 528; 11/7/18]

S. Limited Statement and Response of U.S. Bank National Association, as Indenture Trustee, to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 530; 11/7/18]

T. MBIA Insurance Corporation's Statement in Support of Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral and Reply to Patriarch's Objection Thereto [(SEALED) D.I. 536; 11/9/18; REDACTED D.I. 540; 11/9/18]

U. Debtors' Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing the Use of Cash Collateral [D.I. 542; 11/9/18]

V. Zohar III Controlling Class' Joinder and Supplemental Response in Support of the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 544; 11/9/18]

W. Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1114; 12/9/19]

X. MBIA Insurance Corporation's Statement in Support of Debtors' Proposed Order Authorizing the Use of Cash Collateral and Reply to Patriarch's Objection Thereto [D.I. 1132; 12/17/19]

Y. The Debtors' Reply to Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1133; 12/17/19] and Notice of Errata Regarding the Debtors' Reply to Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1140; 12/17/19]

Z. Zohar III Controlling Class' Joinder and Supplemental Response in Support of Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1135; 12/17/19]

AA. Limited Response of U.S. Bank National Association, as Indenture Trustee, to Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1139; 12/17/19]

BB. Informal comments from the U.S. Trustee

Status: The Debtors intend to move forward solely with respect to the further interim order filed at item O. The Indenture Trustee has consented to the entry of the further interim order. MBIA Insurance Corporation and the Controlling Class for Zohar III, Limited have advised the Debtors that they do not oppose entry of the Further Interim Order. Lynn Tilton and the Patriarch Secured Parties do not presently consent to entry of the Further Interim Order.

2. Application of the Debtors, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and 5002, and Del. Bankr. L.R. 2014-1 and 2016-2(h), for Entry of an Order (I) Authorizing Employment and Retention of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker for the Debtors, Nunc Pro Tunc to December 1, 2019, (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 and (III) Granting Related Relief [D.I. 1112; 12/6/19]

Related Documents:

A. Order Setting Hearing Date, Briefing Schedule, and Discovery Deadlines with Respect to: (I) the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies; (II) the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies; and (III) Certain Other Contested Matters [D.I. 1292; 1/21/20]

B. Supplemental Declaration of P. Eric Siegert in Support of the Application of the Debtors, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and 5002, and Del. Bankr. L.R. 2014-1 and 2016-2(h), for Entry of an Order (I) Authorizing Employment and Retention of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker for the Debtors, Nunc Pro Tunc to December 1, 2019, (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 and (III) Granting Related Relief [D.I. 1407; 2/13/20]

C. Certification of Counsel Regarding Proposed Order, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and 5002, and Del. Bankr. L.R. 2014-1 and 2016-2(h) (I) Authorizing Employment and Retention of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker for the Debtors, *Nunc Pro Tunc* to December 1, 2019, (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 and (III) Granting Related Relief [D.I. 1408; 2/13/20]

D. Stipulated Amended Scheduling Order With Respect to: (I) the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio

Companies; (II) the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies; and (III) Certain Other Contested Matters [D.I. 1412; 2/14/20]

Response Deadline:     December 20, 2019 at 4:00 p.m. (ET); Extended to January 10, 2020 for Patriarch and U.S. Trustee

Responses Received:

E. Patriarch's Objection to Application of the Debtors, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and 5002, and Del. Bankr. L.R. 2014-1 and 2016-2(h), for Entry of an Order (I) Authorizing Employment and Retention of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker for the Debtors, Nunc Pro Tunc to December 1, 2019, (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 and (III) Granting Related Relief [D.I. 1254; 1/10/20]

F. Debtors' Reply to Patriarch's Objection to Application of the Debtors, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and 5002, and Del. Bankr. L.R. 2014-1 and 2016-2(h), for Entry of an Order (I) Authorizing Employment and Retention of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker for the Debtors, Nunc Pro Tunc to December 1, 2019, (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 and (III) Granting Related Relief [D.I. 1334; 1/24/20]

G. Informal response from the U.S. Trustee

Status:     The informal response listed at Item G has been resolved pursuant to a revised form of order submitted under cortication of counsel. This matter is going forward with respect to the response listed at Item E.

3. Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [(SEALED) D.I. 1164; 12/20/19; (REDACTED) D.I. 1182; 12/23/19]

Related Documents:

A. Notice of Hearing [D.I. 1170; 12/20/19]

B. The Debtors' Request for Emergency Telephonic Scheduling Conference [D.I. 1202; 1/2/20]

C. Notice of Telephonic Status Conference [D.I. 1204; 1/2/20]

D. Order Authorizing Filing of Motion Under Seal [D.I. 1265; 1/13/20]

E. Order Setting Hearing Date, Briefing Schedule, and Discovery Deadlines with

26062072.1

5

Respect to: (I) the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies; (II) the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies; and (III) Certain Other Contested Matters [D.I. 1292; 1/21/20]

F. Order Granting Motion of MBIA Insurance Corporation for an Order to File Under Seal Its Statement in Support of Debtors' Preliminary Objection to the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [D.I. 1310; 1/23/20]

G. Order Authorizing Filing of Independent Director's Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of Group A Portfolio Companies Under Seal [D.I. 1318; 1/23/20]

H. Order Authorizing Filing of the Debtors' Motion for Entry of an Order Authorizing Filing of Preliminary Objection Under Seal [D.I. 1343; 1/27/20]

I. Order Granting the Motion of Zohar III Controlling Class to Seal Statement and Response of Zohar III Controlling Class in Response to Motions Seeking Monetization Procedures Filed by Debtor and Patriarch [D.I. 1345; 1/27/20]

J. Stipulated Amended Scheduling Order With Respect to: (I) the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies; (II) the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies; and (III) Certain Other Contested Matters [D.I. 1412; 2/14/20]

K. Order Authorizing Filing of Reply Under Seal [D.I. 1433; 2/18/20]

L. Order to Seal the Courtroom During the Presentation of Confidential Information at the Motions Hearings Scheduled to Begin February 19, 2020 [D.I. 1441; 2/19/20]

<u>Response Deadline</u>:            January 7, 2020 at 4:00 p.m. (ET)

<u>Responses Received</u>:

M. Preliminary Statement and Response of Zohar III Controlling Class in Response to Motions Seeking Monetization Procedures Filed by Debtors and Patriarch [(SEALED) D.I. 1228; 1/7/20; (REDACTED) D.I. 1258; 1/10/20]

N. Debtors' Preliminary Objection to Motion of Lynn Tilton for Approval of

26062072.1

6

        Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [(SEALED) D.I. 1229; 1/7/20; (REDACTED) D.I. 1250; 1/10/20]

    O.    MBIA Insurance Corporation's Statement in Support of Debtors' Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [(SEALED) D.I. 1232; 1/7/20; (REDACTED) D.I. 1256; 1/10/20]

    P.    Independent Director's Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [(SEALED) D.I. 1236; 1/7/20; (REDACTED) D.I. 1235; 1/7/20]

    Q.    Lynn Titlon's Reply in Support of Motion for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies [(SEALED D.I. 1330; 1/24/20; (REDACTED) D.I. 1379; 2/5/20]

    R.    Supplemental Response of Zohar III Controlling Class to Motions Seeking Monetization Procedures Filed by Debtors and Patriarch [D.I. 1354; 1/29/20]

Status:    This matter is going forward.

4.    Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies [(SEALED) D.I. 1167; 12/20/19; (REDACTED) D.I. 1168; 12/20/19]

Related Documents:

    A.    Notice of Partial Withdrawal [D.I. 1184; 12/26/19]

    B.    The Debtors' Request for Emergency Telephonic Scheduling Conference [D.I. 1202; 1/2/20]

    C.    Notice of Telephonic Status Conference [D.I. 1204; 1/2/20]

    D.    Order Authorizing Filing of Motion for Order in Aid of Implementation of the Settlement Agreement Under Seal [D.I. 1288; 1/17/20]

    E.    Order Setting Hearing Date, Briefing Schedule, and Discovery Deadlines with Respect to: (I) the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies; (II) the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies; and (III) Certain Other Contested Matters [D.I. 1292; 1/21/20]

26062072.1

F.    Order Granting the Motion of Zohar III Controlling Class to Seal Statement and Response of Zohar III Controlling Class in Response to Motions Seeking Monetization Procedures Filed by Debtor and Patriarch [D.I. 1345; 1/27/20]

G.    Stipulated Amended Scheduling Order With Respect to: (I) the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies; (II) the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies; and (III) Certain Other Contested Matters [D.I. 1412; 2/14/20]

H.    Certification of Counsel Regarding Revised Proposed Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies [(SEALED) D.I. 1429; 2/18/20; (REDACTED) D.I. 1430; 2/18/20]

I.    Order Authorizing Filing of Objection Under Seal [D.I. 1432; 2/18/20]

J.    Order Authorizing the Debtors to File Under Seal Certain Portions of the Debtors' Reply in Support of the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies [D.I. 1439; 2/19/20]

K.    Order to Seal the Courtroom During the Presentation of Confidential Information at the Motions Hearings Scheduled to Begin February 19, 2020 [D.I. 1441; 2/19/20]

<u>Response Deadline</u>:    January 7, 2020 at 4:00 p.m. (ET)

<u>Responses Received</u>:

L.    Patriarch's Objection to Debtors' Motion For Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process For the Group A Portfolio Companies [(SEALED) D.I. 1227; 1/7/20; (REDCATED) D.I. 1253; 1/10/20]

M.    Preliminary Statement and Response of Zohar III Controlling Class in Response to Motions Seeking Monetization Procedures Filed by Debtors and Patriarch [(SEALED) D.I. 1228; 1/7/20; (REDACTED) D.I. 1258; 1/10/20]

N.     Debtors' and Independent Director's Reply in Support of the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies [(SEALED) D.I. 1331; 1/24/20; (REDACTED) D.I. 1369; 2/4/20]

O.     Statement of MBIA Insurance Corporation in Support of the Debtors' Reply in Support of the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio [D.I. 1336; 1/24/20]

P.     Supplemental Response of Zohar III Controlling Class to Motions Seeking Monetization Procedures Filed by Debtors and Patriarch [D.I. 1354; 1/29/20]

<u>Status</u>:     This matter is going forward.

Dated: February 20, 2020
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

<u>/s/ Michael R. Nestor</u>
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
       rbrady@ycst.com
       mnestor@ycst.com
       jbarry@ycst.com
       rbartley@ycst.com
       sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*

26062072.1