# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered<br><br><br>**Ref. Docket Nos. 356 and 1092** |

## FURTHER INTERIM ORDER AUTHORIZING THE DEBTORS' LIMITED USE OF CASH COLLATERAL

Upon consideration of the *Debtors' Motion for Entry of an Order Authorizing the Use of Cash Collateral* [Docket No. 356] and that *Notice of Filing of Proposed Revised Cash Collateral Order* [Docket No. 1092] (collectively, the "Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the subsequent representations of counsel with respect to the Motion; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice of this Order is adequate; and upon agreement of the parties and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT:**

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

**Error!**

1.     The Debtors are hereby authorized to use Cash Collateral[2] solely to fund (a) the administrative costs and expenses incurred by the Debtors, and (b) the costs and expenses incurred by the Indenture Trustee, each as reflected on the budget attached hereto as <u>Exhibit A</u> through and including March 31, 2020.

2.     As adequate protection, the 507(b) Claims and Adequate Protection Liens granted to the Indenture Trustee, on behalf of the Secured Parties, under paragraph 11 of the FFCC Order shall extend and apply to the use of Cash Collateral under this Order

3.     The arguments and rights of all parties are expressly preserved with respect to the use of Cash Collateral and the terms and conditions of any further order approving the same.

4.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.     The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

*Ka B. O___.*

**Dated: February 24th, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

---

[2]   All capitalized terms used and not defined herein shall have the meanings ascribed to them in the first final cash collateral order [Docket No. 588] (the "<u>FFCC Order</u>").

**Error!**