# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>               Debtors. | ) <br> )   Chapter 11 <br> ) <br> )   Case No. 18-10512 (KBO) <br> ) <br> )   Jointly Administered <br> ) <br> )   **Docket Ref. No. 1505** |

### ORDER GRANTING IN PART DEBTORS' AND INDEPENDENT DIRECTOR'S JOINT EMERGENCY MOTION FOR AN ORDER DECLARING THAT THE DEBTORS CONTROL THE PORTFOLIO COMPANIES AND GRANTING RELATED RELIEF

Upon the *Debtors' and Independent Director's Joint Emergency Motion for Entry of an Order Declaring that the Debtors Control the Portfolio Companies and Granting Related Relief* [Docket No. 1505] (the "Emergency Motion") filed by Zohar III, Corp. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors"),[2] through Joseph J. Farnan, Jr., solely in his capacity and role as the Independent Director of the Debtors; and the Court having jurisdiction to consider the Emergency Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and consideration of the Emergency Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Emergency Motion having been provided, and it appearing that no other or further notice need be provided; and this Court having found and

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Emergency Motion.

26213953

determined that the relief sought in the Emergency Motion, in relevant part, is in the best interests of the Debtors' estates, their creditors, and other parties in interest and that the legal and factual bases set forth in the Emergency Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. The Emergency Motion is **GRANTED IN PART** as set forth herein.

2. Effective immediately upon entry of this Order, Ms. Tilton's resignation as Manager, Director, or officer of the Portfolio Companies (with the exception of the Dura entities) is deemed effective as of its receipt by Debtors' Independent Director and Chief Restructuring Officer on March 21, 2020.

3. Effective immediately upon entry of this Order, the Debtors are hereby declared to be the legal and beneficial owners of the equity or membership interests issued or otherwise recorded in the Debtors' names.

4. Effective, immediately upon entry of this Order, the September 2015 Amendments and the September 2015 Proxies[3] are hereby terminated in all respects.

5. The Debtors are hereby authorized to take such corporate actions permitted under, or in accordance with, each Portfolio Company's governing documents, as the Independent Director determines in his sole discretion is necessary and appropriate.

6. Ms. Tilton and the other Patriarch Stakeholders shall work reasonably and in good faith with the Debtors to transition the ownership and control of the Portfolio Companies as set forth in the Resignation Letter.

---

[3] Capitalized terms in this paragraph have the meanings ascribed to them in the Debtors' Adversary Complaint. Adv. Pro. No. 20-50534, D.I. 1.

26213953

7. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: March 30th, 2020
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE

26213953

3