IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) ) | Jointly Administered  Ref. Docket No. 1612 |

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 1612

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Debtors' Motion for Entry of an Order Authorizing Filing of Portions of Debtors' Objection to the Patriarch Stakeholders' Motion to Amend the Court's March 30, 2020 Order and Related Declaration Under Seal* [Docket No. 1612] (the "Motion"), filed on April 20, 2020.

The undersigned further certifies that he has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 1:30 p.m. (ET) on April 21, 2020.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

26389133.1

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: April 23, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jordan E. Sazant*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Jordan E. Sazant (No. 6515)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>        rbrady@ycst.com<br>        mnestor@ycst.com<br>        jbarry@ycst.com<br>        rbartley@ycst.com<br>        sreil@ycst.com<br>        jsazant@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

26389133.1

2