IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on April 24, 2020, the debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "Debtors"), by and through their undersigned counsel, caused the following discovery requests:

**Debtors' Request for Production of Documents Directed to (I) PPAS and (II) the Patriarch Collateral Managers**

to be served via the manner indicated upon the following counsel of record:

| | |
|---|---|
| Norman L. Pernick, Esq.<br>Patrick J. Reilley, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>npernick@coleschotz.com<br>preilley@coleschotz.com<br>*Email* | Randy M. Mastro, Esq.<br>Mary Beth Maloney, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>rmastro@gibsondunn.com<br>mmaloney@gibsondunn.com<br>*Email* |
| Michael S. Neumeister, Esq.<br>Robert Klyman, Esq.<br>Michael G. Farag, Esq.<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>mneumeister@gibsondunn.com<br>rklyman@gibsondunn.com<br>mfarag@gibsondunn.com<br>*Email* | Monica K. Loseman, Esq.<br>Timothy Zimmerman, Esq.<br>Natalie J. Hausknecht, Esq.<br>Gibson, Dunn & Crutcher LLP<br>1801 California Street, Suite 4200<br>Denver, CO 80202-2642<br>mloseman@gibsondunn.com<br>tzimmerman@gibsondunn.com<br>nhausknecht@gibsondunn.com<br>*Email* |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

26389182.1

Matthew G. Bouslog, Esq.
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612-4412
mbouslog@gibsondunn.com
*Email*


Dated: April 24, 2020
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Erin D. Edwards*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Erin D. Edwards (No. 4392)
Ryan M. Bartley (No. 4985)
Michael S. Neiburg (No. 5275)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
        rbrady@ycst.com
        mnestor@ycst.com
        jbarry@ycst.com
        eedwards@ycst.com
        rbartley@ycst.com
        mneiburg@ycst.com
        sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*