**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Zohar III, Corp., *et al.*, | ) | Case No. 18-10512 (KBO) |
|  | ) |  |
| Debtors.[1] | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Related to Docket No. 1742** |

**ORDER DENYING PATRIARCH'S MOTION FOR LEAVE TO FILE
CERTIFICATION OF COUNSEL IN RESPONSE TO DEBTORS' RESPONSE
TO LYNN TILTON'S CERTIFICATION OF COUNSEL
<u>REGARDING AMENDED TIMELINE ORDER</u>**

The Court having considered *Patriarch's Motion for Leave to File Certification of Counsel in Response to Debtors' Response to Lynn Tilton's Certification of Counsel Regarding Amended Timeline Order* [D.I. 1742] (the "<u>Motion</u>"); and the Court having determined that cause does not exist for the relief granted herein, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

*signature: Ka B. O—*

**Dated: July 2nd, 2020
Wilmington, Delaware**

**KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003- 1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.