# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered<br>**Related to Docket Nos. 1758 and 1762** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2020, true and correct copies of the following pleadings were served via regular mail to the parties on the attached service list:

1. **Patriarch's Motion For Stay Pending Appeal of Certain Portions of Order Directing Examination of Patriarch Parties and the Production of Documents** [DI 1758]; and

2. **Motion For Order Pursuant to Bankruptcy Rule 9006-1(e) Shortening Notice Period For Patriarch's Motion For Stay Pending Appeal of Certain Portions of Order Directing Examination of Patriarch Parties and the Production of Documents** [DI 1762].

Dated: July 9, 2020

                                              **COLE SCHOTZ P.C.**

                                              */s/ Patrick J. Reilley*
                                              Patrick J. Reilley (No. 4451)
                                              500 Delaware Avenue, Suite 1410
                                              Wilmington, DE 19801
                                              Telephone: (302) 652-3131
                                              Facsimile: (302) 652-3117
                                              Email: preilley@coleschotz.com

                                              *Counsel to Lynn Tilton; Patriarch Partners, LLC; Patriarch Partners VIII, LLC; Patriarch Partners XIV, LLC; Patriarch Partners XV, LLC; Octaluna, LLC; Octaluna II, LLC; and Octaluna III, LLC*

**SERVICE LIST**

James L. Patton, Jr., Esq.
Robert S. Brady, Esq.
Michael R. Nestor, Esq.
Joseph M. Barry, Esq.
Ryan M. Bartley, Esq.
Erin Edwards, Esq.
Michael S. Neiburg, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Juliet M. Sarkessian, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-87055

Matthew P. Ward, Esq.
Morgan L. Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801

Jeffrey M. Schlerf, Esq.
Fox Rothschild LLP
919 North Market St., Ste. 300
Wilmington, DE 19801

Gregory M. Petrick, Esq.
Jonathan M. Hoff, Esq.
Ingrid Bagby, Esq.
Michele C. Maman, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281

Robert Klyman, Esq.
Michael S. Neumeister, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Randy M. Mastro, Esq.
Mary Beth Maloney, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

Monica K. Loseman, Esq.
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642

Brian J. Lohan, Esq.
Ginger Clements, Esq.
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231

Jeffrey A. Fuisz, Esq.
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10119-9710

Jonathan T. Edwards, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

John W. Weiss, Esq.
Alston & Bird LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387

J. Christopher Shore, Esq.
Charles R. Koster, Esq.
Samuel P. Hershey, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

Thomas E Lauria, Esq.
Brian Pfeiffer, Esq.
White & Case LLP
200 S. Biscayne Blvd., Ste. 4900
Miami, FL 33131

3

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 North Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

Joseph J. Farnan, Jr., Esq.
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801

Josef W. Mintz, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

Kenneth J. Nachbar, Esq.
Robert J. Dehney, Esq.
Megan Ward Cascio, Esq.
Matthew B. Harvey, Esq.
Lauren Neal Bennett, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Zachary I. Shapiro, Esq.
Brendan J. Schlauch, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Mark D. Collins, Esq.
Brett M. Haywood, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Daniel N. Brogan, Esq.
Sophie E. Macon, Esq.
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801

Michael Carlinksy, Esq.
Jonathan E. Pickhardt, Esq.
Benjamin Finestone, Esq.
Ellison Ward Merkel, Esq.
Blair Adams, Esq.
Quinn Emanuel Urquhati & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Securities & Exchange Commission
Attn: Bankruptcy Department
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

Securities & Exchange Commission
Secretary of Treasury
100 F Street, NE
Washington, D.C.  20549

Delaware Attorney General
Attn: Kathy Jennings, Esq.
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

Delaware Division of Revenue
Attn: Christina Rojas
820 N. French Street
Wilmington, DE 19801

Secretary of Treasury
Attn: Bankruptcy Department
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Secretary of State Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
P.O. Box 7346
Philadelphia, PA 19101-7346

57772/0001-20819381v1

Michael B. Mukasey, Esq.
U.S. Attorney General
Department of Justice
Commercial Litigation Branch
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Debora Hoehne, Esq.
Michael Godbe, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Andrew Harmeyer, Esq.
Milbank LLP
55 Hudson Yards
New York, NY 10001

Elizabeth LaPuma, Esq.
Alvarez & Marsal Zohar Management, LLC
600 Madison Ave.
New York, NY 10022

Rick Antonoff, Esq.
Blank Rome LLP
1271 Avenue of the Americas
New York, NY  10020

Alvarez & Marsal Zohar Management, LLC
Attention: General Counsel
600 Madison Ave.
New York, NY 10022

U.S. Bank National Association
Attn: CDO Group-Ref.: Zohar III, Limited
190 LaSalle St., 8th Floor
Chicago, IL 60603

Christopher Marcus, P.C., Esq.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, NY 10022

James H.M. Sprayregen, Esq.
Ryan Blaine Bennett, P.C., Esq.
Stephen C. Hackney, P.C., Esq.
Gregory F. Pesce, Esq.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
300 North LaSalle
Chicago, IL 60654

4