UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:**      BK      AP

If AP, related BK case number:

**Title of Order Appealed:**

**Docket #:**      **Date Entered:**

Item Transmitted:

| | Docket #: | Date Filed: |
|---|---|---|
| **Notice of Appeal** | | |
| **Amended Notice of Appeal** | | |
| **Cross Appeal** | | |
| **Motion for Leave to Appeal** | | |
| **Request for Certification of Direct Appeal** | | |

**Appellant/Cross Appellant:**      **Appellee/Cross Appellee**

**Counsel for Appellant/Cross Appellant:**      **Counsel for Appellee/Cross Appellee:**

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | | |
| **IFP application filed by applicant?** | | |
| **Have additional appeals of the same order been filed?** | | |
| ***If Yes, has District Court assigned a Civil Action Number?** | | |
| Civil Action Number: | | |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:**                              **by:**_____
                                                    **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:

| **Appellants**<br>Lynn Tilton<br>Patriarch Partners, LLC<br>Patriarch Partners VIII, LLC<br>Patriarch Partners XIV, LLC<br>Patriarch Partners XV, LLC<br>Octaluna, LLC<br>Octaluna II, LLC<br>Octaluna III, LLC.<br><br>**Attorneys**<br>**Norman L. Pernick**<br>**G. David Dean**<br>**Patrick J. Reilley**<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | **Appellees**<br>Zohar III, Corp.<br>Zohar II 2005-1, Corp.<br>Zohar CDO 2003-1, Corp.<br>Zohar III, Limited<br>Zohar II 2005-1, Limited<br>Zohar CDO 2003-1, Limited<br><br><br>**Attorneys**<br>**Joseph M. Barry**<br>**Ryan M. Bartley**<br>**Robert S. Brady**<br>**Travis G. Buchanan**<br>**Erin Edwards**<br>**Jaime Luton Chapman**<br>**Michael S. Neiburg**<br>**Michael R. Nestor**<br>**Shane M. Reil**<br>**Jordan E Sazant**<br>Young, Conaway, Stargatt & Taylor<br>1000 North King Street<br>Wilmington, DE 19801 |
|---|---|