# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 1732** |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Lynn Tilton and the Patriarch Stakeholders (collectively, "Patriarch"),[2] creditors and parties in interest in the above-captioned chapter 11 cases, hereby appeal to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a)(1), Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, and Rule 8003-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, from the June 25, 2020 *Order Directing Examination of Patriarch Parties and the Production of Documents* [D.I. 1732] (the "2004 Order") entered by the Honorable Karen B. Owens, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, a copy of which is attached hereto as Exhibit A. Pursuant to 28 U.S.C. § 158(a)(1) and Rule 8003 of the Federal Rules of Bankruptcy Procedure, the 2004 Order is appealable as of right.

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the 2004 Order, the *Order Approving and Authorizing the Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class* (the "Settlement Order") [D.I. 266], or the Settlement Agreement (as defined in the Settlement Order) [D.I. 266, Ex. C], as applicable.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the judgment, order, or decree from which Patriarch appeals, and the names, addresses, and telephone numbers of their attorneys are as follows:

| Party | Counsel |
|---|---|
| Debtors | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4421)<br>Erin D. Edwards (No. 4392)<br>Ryan M. Bartley (No. 4985)<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>        rbrady@ycst.com<br>        mnestor@ycst.com<br>        jbarry@ycst.com<br>        eedwards@ycst.com<br>        rbartley@ycst.com |

Dated: July 9, 2020
Wilmington, Delaware

**COLE SCHOTZ P.C.**

By: */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
preilley@coleschotz.com

– and –

**GIBSON, DUNN & CRUTCHER LLP**
Robert Klyman (Admitted Pro Hac Vice)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
rklyman@gibsondunn.com

Monica K. Loseman (Admitted Pro Hac Vice)
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone: (303) 298-5784
Facsimile: (303) 313-2828
mloseman@gibsondunn.com

Randy M. Mastro (Admitted Pro Hac Vice)
Mary Beth Maloney (Admitted Pro Hac Vice)
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
rmastro@gibsondunn.com
mmaloney@gibsondunn.com

*Counsel to Lynn Tilton; Patriarch Partners, LLC; Patriarch Partners VIII, LLC; Patriarch Partners XIV, LLC; Patriarch Partners XV, LLC; Octaluna, LLC; Octaluna II, LLC; and Octaluna III, LLC*