IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> Zohar III, Corp., *et al.*,[1] <br><br>               Debtors. | Chapter 11 <br><br> Case No. 18-10512 (KBO) <br><br> Jointly Administered <br><br> **Ref. Docket No.: 1682** |

### ORDER DIRECTING EXAMINATION OF PATRIARCH PARTIES AND THE PRODUCTION OF DOCUMENTS

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order, pursuant to sections 105(a) of the Bankruptcy Code, Bankruptcy Rule 2004 and Local Rule 2004-1, (a) authorizing the Debtors to examine the Patriarch Parties and (b) requiring the Parties to produce documents responsive to the requests (the "Requests") set forth in Exhibit 1 attached to this Order; and it appearing that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion and the relief provided for herein having been given; and it appearing that no other or further notice of the same need be provided; and it appearing that the relief requested in the Motion

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

26682970.2

and provided for herein is in the best interest of the Debtors and their estates; and after due deliberation, and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to conduct Bankruptcy Rule 2004 examinations of the Patriarch Parties. The Patriarch Parties are ordered to (a) respond in writing to the document requests attached to this Order as Exhibit 1 (the "Requests") on or before twenty-one (21) days from the entry of this Order and (b) produce all non-privileged responsive documents called for in the Requests on or before twenty-eight (28) days from the entry of this Order.

3. The Debtors' rights are reserved to request testimony or additional documents under Bankruptcy Rule 2004 based on any information that may be revealed as a result of the documents provided pursuant to this Order, or otherwise.

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order.

**Dated: June 25th, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**