# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Zohar III, Corp.

**Case No.:** 18–10512–KBO

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Date: 7/10/20
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                                          Case No. 18-10512-KBO
Zohar III, Corp.                                                                Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1        User: JasonSp            Page 1 of 6            Date Rcvd: Jul 10, 2020
                            Form ID: van440          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2020.
db         +Zohar III, Corp.,   3 Times Square,   c/o FTI Consulting, Inc.,   New York, NY 10036-6564
aty        +Brya Michele Keilson,    Morris James LLP,   500 Delaware Avenue, Suite 1500,   P.O. Box 2306,
             Wilmington, DE 19899-2306
aty        +Jordan E Sazant,    Young Conaway Stargatt & Taylor,    Rodney Square,   1000 North King Street,
             Wilmington, DE 19801-3335
aty        +Joseph M. Barry,    Young Conaway Stargatt & Taylor, LLP,
             Rodney Square, 1000 North King Street,   Wilmington, DE 19801-3335
aty        +Joseph M. Barry,    Young, Conaway, Stargatt & Taylor,    1000 North King Street,
             Wilmington, DE 19801-3335
aty         Kenneth Listwak,    Troutman Pepper Hamilton Sanders LLP,    Hercules Plaza, Suite 5100,
             1313 Market Street,   P.O. Box 1709,   Wilmington, DE 19899-1709
aty        +Michael R. Nestor,   Young Conaway Stargatt & Taylor,    Rodney Square,   1000 North King Street,
             Wilmington, DE 19801-3335
aty        +Michael S. Neiburg,    Young Conaway Stargatt & Taylor, LLP,    Rodney Square,
             1000 North King Street,   Wilmington, DE 19801-3335
aty        +Robert S. Brady,    Young, Conaway, Stargatt & Taylor, LLP,    1000 North King Street,
             Wilmington, DE 19801-3335
aty        +Ryan Blaine Bennett,    Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty        +Ryan M. Bartley,    Young Conaway Stargatt & Taylor, LLP,    Rodney Square,
             1000 North King Street,   Wilmington, DE 19801-3335
aty        +Shane M. Reil,    Young Conaway,   Rodney Square,   1000 N. King Street,
             Wilmington, DE 19801-3335
aty        +Stephen C. Hackney,    Kirkland & Ellis LLP,   300 North Lasalle,   Chicago, IL 60654-5412
aty        +Travis G. Buchanan,    Young Conaway Stargatt & Taylor,   Rodney Square, 1000 North King Street,
             Wilmington, DE 19801-3335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty        +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Jul 10 2020 21:32:03     Juliet M. Sarkessian,
             U.S. Trustee's Office,   844 King Street,   Room 2207,   Lockbox #35,
             Wilmington, DE 19801-3519
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2020 at the address(es) listed below:
         Andrew  Harmeyer    on behalf of Interested Party   Ankura Trust Company, LLC
               aharmeyer@milbank.com,    jbrewster@milbank.com
              Benjamin  Finestone    on behalf of Interested Party   Alvarez & Marsal Zohar Management LLC
               benjaminfinestone@quinnemanuel.com
              Brendan Joseph Schlauch    on behalf of Interested Party   Culligan International Company
               schlauch@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brett Michael Haywood    on behalf of Interested Party   Ankura Trust Company, LLC haywood@rlf.com,
               rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com
              Brian J. Lohan    on behalf of Interested Party   Zohar III Noteholders
               brian.lohan@arnoldporter.com
              Brya Michele Keilson    on behalf of U.S. Trustee    U.S. Trustee bkeilson@morrisjames.com,
               wweller@morrisjames.com;rzerbe@morrisjames.com
              Curtis J Crowther    on behalf of Defendant    Zohar CDO 2003-1, Limited bankfilings@ycst.com,
               ccrowther@ycst.com

```
District/off: 0311-1                User: JasonSp                    Page 2 of 6                    Date Rcvd: Jul 10, 2020
                                    Form ID: van440                  Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Curtis J Crowther    on behalf of Defendant    Zohar CDO 2003-1, Corp. bankfilings@ycst.com,
          ccrowther@ycst.com
          Daniel N. Brogan    on behalf of Interested Party    Dura Automotive Systems, LLC
          dbrogan@bayardlaw.com, kmccloskey@bayardlaw.com
          Erin Edwards    on behalf of Debtor    Zohar III, Corp. bankfilings@ycst.com
          G. David Dean    on behalf of Plaintiff    Patriarch Partners VIII, LLC ddean@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
          G. David Dean    on behalf of Interested Party    Patriarch Partners XIV, LLC ddean@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
          G. David Dean    on behalf of Interested Party    Lynn Tilton, Patriarch Partners VIII, LLC
          ddean@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
          G. David Dean    on behalf of Interested Party    Patriarch Partners XV, LLC ddean@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
          G. David Dean    on behalf of Interested Party    Octaluna II, LLC ddean@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
          G. David Dean    on behalf of Plaintiff    Octaluna, LLC ddean@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
          G. David Dean    on behalf of Interested Party    Octaluna, LLC ddean@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
          G. David Dean    on behalf of Plaintiff    Patriarch Partners XV, LLC ddean@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
          G. David Dean    on behalf of Plaintiff    Octaluna II, LLC ddean@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
          G. David Dean    on behalf of Plaintiff    Octaluna III, LLC ddean@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
          G. David Dean    on behalf of Interested Party    Patriarch Partners, LLC ddean@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
          G. David Dean    on behalf of Plaintiff Lynn Tilton ddean@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
          G. David Dean    on behalf of Plaintiff    Patriarch Partners XIV, LLC ddean@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
          G. David Dean    on behalf of Interested Party    Octaluna III, LLC ddean@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
          Ginger Clements    on behalf of Interested Party    Zohar III Noteholders
          ginger.clements@arnoldporter.com
          Gregory Francis Pesce    on behalf of Debtor    Zohar III, Corp. gregory.pesce@kirkland.com,
          ecf-9b7a1a52c6e8@ecf.pacerpro.com
          Jaime Luton Chapman    on behalf of Debtor    Zohar III, Corp. bankfilings@ycst.com
          Jason M. Liberi    on behalf of Interested Party    Dura Automotive Angels, LLC
          jason.liberi@skadden.com,
          christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Liberi    on behalf of Interested Party    Ark II CLO 2001-1, Limited
          jason.liberi@skadden.com,
          christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Liberi    on behalf of Interested Party    Patriarch Partners Agency Services, LLC
          jason.liberi@skadden.com,
          christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jeffrey A. Fuisz    on behalf of Interested Party    Zohar III Noteholders
          jeffrey.fuisz@arnoldporter.com, edocketscalendaring@arnoldporter.com,
          jeffrey-fuisz-2261@ecf.pacerpro.com
          Jeffrey M. Schlerf    on behalf of Interested Party Joseph J. Farnan, Jr.
          jschlerf@foxrothschild.com, ahrycak@foxrothschild.com
          Jennifer V. Doran    on behalf of Defendant    Brown University jdoran@hinckleyallen.com,
          calirm@haslaw.com
          John W. Weiss    on behalf of Creditor    U.S. Bank National Association, solely in its capacity as
          trustee under the Indentures john.weiss@alston.com
          John W. Weiss    on behalf of Defendant    U.S. Bank, N.A. john.weiss@alston.com
          Jordan E Sazant    on behalf of Debtor    Zohar III, Corp. bankfilings@ycst.com
          Josef W. Mintz    on behalf of Creditor    Blank Rome LLP mintz@blankrome.com,
          ecf-fe4957a0ba6a@ecf.pacerpro.com
          Joseph M. Barry    on behalf of Debtor    Zohar CDO 2003-1, Limited bankfilings@ycst.com
          Joseph M. Barry    on behalf of Debtor    Zohar II 2005-1, Limited bankfilings@ycst.com
          Joseph M. Barry    on behalf of Debtor    Zohar II 2005-1 Corp. bankfilings@ycst.com
          Joseph M. Barry    on behalf of Defendant    Zohar CDO 2003-1, Limited bankfilings@ycst.com
          Joseph M. Barry    on behalf of Debtor    Zohar CDO 2003-1, Corp. bankfilings@ycst.com
          Joseph M. Barry    on behalf of Debtor    Zohar III, Limited bankfilings@ycst.com
          Joseph M. Barry    on behalf of Debtor    Zohar III, Corp. bankfilings@ycst.com
          Joseph M. Barry    on behalf of Defendant    Zohar CDO 2003-1, Corp. bankfilings@ycst.com
          Joseph N. Argentina, Jr.    on behalf of Creditor Loretta F Bush
          joseph.argentina@faegredrinker.com, rokeysha.ramos@faegredrinker.com
          Juliet M. Sarkessian    on behalf of U.S. Trustee    U.S. Trustee juliet.m.sarkessian@usdoj.gov
          Justin R. Alberto    on behalf of Interested Party    Dura Automotive Systems, LLC
          jalberto@coleschotz.com,
          pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
          Kenneth Listwak    on behalf of Debtor    Zohar III, Corp. Ken.Listwak@troutman.com,
          wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

```
District/off: 0311-1                  User: JasonSp                 Page 3 of 6                  Date Rcvd: Jul 10, 2020
                                      Form ID: van440               Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Laura Davis Jones    on behalf of Interested Party    MBIA Insurance Corporation
          ljones@pszjlaw.com, efile1@pszjlaw.com
          Laura Davis Jones    on behalf of Interested Party    MBIA Insurance Corporation ljones@pszjlaw.com
          Mark D. Collins    on behalf of Interested Party    Ankura Trust Company, LLC
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Matthew B. Harvey    on behalf of Attorney    Morris, Nichols, Arsht & Tunnell LLP mharvey@mnat.com,
          glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.p
          acerpro.com;matt-harvey-8145@ecf.pacerpro.com
          Matthew B. Harvey    on behalf of Interested Party    Zohar Funds acting through their collateral
          manager mharvey@mnat.com,
          glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.p
          acerpro.com;matt-harvey-8145@ecf.pacerpro.com
          Matthew B. Harvey    on behalf of Interested Party    Alvarez & Marsal Zohar Management LLC
          mharvey@mnat.com,
          glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.p
          acerpro.com;matt-harvey-8145@ecf.pacerpro.com
          Matthew P. Ward    on behalf of Interested Party    Zohar III Controlling Class
          matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
          Matthew P. Ward    on behalf of Interested Party    Zohar III Noteholders matthew.ward@wbd-us.com,
          Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
          Michael R. Nestor    on behalf of Debtor    Zohar III, Limited bankfilings@ycst.com
          Michael R. Nestor    on behalf of Debtor    Zohar III, Corp. bankfilings@ycst.com
          Michael R. Nestor    on behalf of Debtor    Zohar CDO 2003-1, Limited bankfilings@ycst.com
          Michael R. Nestor    on behalf of Debtor    Zohar CDO 2003-1, Corp. bankfilings@ycst.com
          Michael R. Nestor    on behalf of Debtor    Zohar II 2005-1, Limited bankfilings@ycst.com
          Michael R. Nestor    on behalf of Debtor    Zohar II 2005-1 Corp. bankfilings@ycst.com
          Michael S. Neiburg    on behalf of Debtor    Zohar III, Corp. bankfilings@ycst.com
          Morgan L. Patterson    on behalf of Interested Party    Zohar III Controlling Class
          morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
          Morgan L. Patterson    on behalf of Interested Party    Zohar III Noteholders
          morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
          Norman L. Pernick    on behalf of Plaintiff    Patriarch Partners XIV, LLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
          m;lmorton@coleschotz.com
          Norman L. Pernick    on behalf of Interested Party    Octaluna III, LLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
          m;lmorton@coleschotz.com
          Norman L. Pernick    on behalf of Plaintiff    Octaluna II, LLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
          m;lmorton@coleschotz.com
          Norman L. Pernick    on behalf of Interested Party    Lynn Tilton, on Behalf of the Portfolio
          Companies, and the Patriarch Stakeholders npernick@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
          m;lmorton@coleschotz.com
          Norman L. Pernick    on behalf of Interested Party    Octaluna, LLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
          m;lmorton@coleschotz.com
          Norman L. Pernick    on behalf of Interested Party    Patriarch Partners VIII, LLC
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
          m;lmorton@coleschotz.com
          Norman L. Pernick    on behalf of Interested Party    Lynn Tilton, Patriarch Partners VIII, LLC
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
          m;lmorton@coleschotz.com
          Norman L. Pernick    on behalf of Interested Party    Patriarch Partners Management Group, LLC
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
          m;lmorton@coleschotz.com
          Norman L. Pernick    on behalf of Plaintiff    Patriarch Partners VIII, LLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
          m;lmorton@coleschotz.com
          Norman L. Pernick    on behalf of Plaintiff    Octaluna, LLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
          m;lmorton@coleschotz.com
          Norman L. Pernick    on behalf of Interested Party Lynn Tilton npernick@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
          m;lmorton@coleschotz.com
          Norman L. Pernick    on behalf of Plaintiff Lynn Tilton npernick@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
          m;lmorton@coleschotz.com
          Norman L. Pernick    on behalf of Plaintiff    Octaluna III, LLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
          m;lmorton@coleschotz.com
          Norman L. Pernick    on behalf of Interested Party    Patriarch Partners, LLC
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
          m;lmorton@coleschotz.com

```
District/off: 0311-1                   User: JasonSp                    Page 4 of 6                    Date Rcvd: Jul 10, 2020
                                       Form ID: van440                  Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Norman L. Pernick   on behalf of Interested Party   Patriarch Partners XV, LLC
  npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Norman L. Pernick   on behalf of Interested Party   Octaluna II, LLC npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Norman L. Pernick   on behalf of Plaintiff   Patriarch Partners XV, LLC npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Norman L. Pernick   on behalf of Interested Party   Patriarch Partners XIV, LLC
  npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Norman L. Pernick   on behalf of Interested Party   Lynn Tilton and the Patriarch Stakeholders
  npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Norman L. Pernick   on behalf of Interested Party   Lynn Tilton and Patriarch Partners Agency Services LLC npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Patrick J. Reilley   on behalf of Defendant   ARK Investment Partners II, LP
  preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Patrick J. Reilley   on behalf of Interested Party   Patriach Partners XIV, LLC
  preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Patrick J. Reilley   on behalf of Defendant Lynn   Tilton preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Patrick J. Reilley   on behalf of Plaintiff Lynn   Tilton preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Patrick J. Reilley   on behalf of Defendant   Patriarch Partners XV, LLC preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Patrick J. Reilley   on behalf of Defendant   ARK II CLO 2001-1, LLC preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Patrick J. Reilley   on behalf of Defendant   Patriarch Partners Management Group, LLC
  preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Patrick J. Reilley   on behalf of Interested Party   Octaluna, LLC preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Patrick J. Reilley   on behalf of Interested Party   Patriarch Partners, LLC
  preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Patrick J. Reilley   on behalf of Plaintiff   Patriarch Partners XIV, LLC preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Patrick J. Reilley   on behalf of Plaintiff   Octaluna II, LLC preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Patrick J. Reilley   on behalf of Interested Party   Patriarch Partners XV, LLC
  preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Patrick J. Reilley   on behalf of Interested Party Lynn   Tilton preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Patrick J. Reilley   on behalf of Interested Party   Lynn Tilton, on Behalf of the Portfolio Companies, and the Patriarch Stakeholders preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Patrick J. Reilley   on behalf of Interested Party   Lynn Tilton and the Patriarch Stakeholders
  preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- Patrick J. Reilley   on behalf of Plaintiff   Patriarch Partners VIII, LLC
  preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

```
District/off: 0311-1             User: JasonSp                Page 5 of 6                  Date Rcvd: Jul 10, 2020
                                 Form ID: van440              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Patrick J. Reilley     on behalf of Interested Party    Octaluna III, LLC preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Defendant    Patriarch Partners, LLC preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Interested Party    Patriarch Partners XIV, LLC
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Interested Party    Patriarch Partners Management Group, LLC
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Interested Party    Patriarch Partners VIII, LLC
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Creditor    Octaluna, LLC preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Plaintiff    Octaluna, LLC preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Interested Party    Octaluna II, LLC preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Interested Party    ARK Investment Partners II, LP
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Defendant    Phoenix VIII, LLC preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Interested Party    Lynn Tilton, Patriarch Partners VIII, LLC
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Defendant    Octaluna LLC preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Plaintiff    Octaluna III, LLC preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Defendant    Patriarch Partners Agency Services, LLC
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Interested Party    ARK Angels VII, LLC preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Plaintiff    Patriarch Partners XV, LLC preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Defendant    Patriarch Partners XIV, LLC preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Creditor    Patriarch Partners XV, LLC preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Defendant    Octaluna II LLC preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Defendant    Octaluna III LLC preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Defendant    Patriarch Partners VIII, LLC
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Interested Party    Patriarch Partners Agency Services, LLC
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley     on behalf of Defendant    ARK Angels VII, LLC preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com

```
District/off: 0311-1            User: JasonSp              Page 6 of 6                  Date Rcvd: Jul 10, 2020
                                Form ID: van440            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Patrick J. Reilley    on behalf of Interested Party    Ark II CLO 2001-1, Limited
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Patrick J. Reilley    on behalf of Interested Party    Phoenix VIII, LLC preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Reliable Companies     gmatthews@reliable-co.com
              Richard Denis Gaines    on behalf of Creditor Richard Denis Gaines rdenisgaines@earthlink.net
              Robert A Klyman    on behalf of Interested Party    Octaluna II, LLC rklyman@gibsondunn.com,
               kathryn.bowman@lw.com
              Robert A Klyman    on behalf of Interested Party    Lynn Tilton, Patriarch Partners VIII, LLC
               rklyman@gibsondunn.com,   kathryn.bowman@lw.com
              Robert A Klyman    on behalf of Interested Party    Octaluna, LLC rklyman@gibsondunn.com,
               kathryn.bowman@lw.com
              Robert A Klyman    on behalf of Interested Party    Patriarch Partners XIV, LLC
               rklyman@gibsondunn.com,   kathryn.bowman@lw.com
              Robert A Klyman    on behalf of Interested Party    Octaluna III, LLC rklyman@gibsondunn.com,
               kathryn.bowman@lw.com
              Robert A Klyman    on behalf of Interested Party    Patriarch Partners XV, LLC
               rklyman@gibsondunn.com,   kathryn.bowman@lw.com
              Robert S. Brady    on behalf of Debtor    Zohar III, Corp. bankfilings@ycst.com
              Ron E. Meisler    on behalf of Interested Party    Dura Automotive Angels, LLC
               ron.meisler@skadden.com,
               chdocket@skadden.com;wendy.lamanna@skadden.com;Christopher.heaney@skadden.com
              Ryan M. Bartley    on behalf of Defendant    Zohar CDO 2003-1, Corp. bankfilings@ycst.com
              Ryan M. Bartley    on behalf of Plaintiff    Zohar III, Limited bankfilings@ycst.com
              Ryan M. Bartley    on behalf of Debtor    Zohar III, Corp. bankfilings@ycst.com
              Ryan M. Bartley    on behalf of Defendant    Zohar CDO 2003-1, Limited bankfilings@ycst.com
              Ryan M. Bartley    on behalf of Plaintiff    Zohar CDO 2003-1, Limited bankfilings@ycst.com
              Ryan M. Bartley    on behalf of Plaintiff    Zohar II 2005-1, Limited bankfilings@ycst.com
              S. Alexander Faris    on behalf of Interested Party    MBIA Insurance Corporation
               bankfilings@ycst.com
              Samuel Paul Hershey    on behalf of Interested Party Joseph J. Farnan, Jr.
               sam.hershey@whitecase.com
              Sophie E. Macon    on behalf of Interested Party    Dura Automotive Systems, LLC
               smacon@bayardlaw.com,   kmccloskey@bayardlaw.com
              Timothy P. Cairns    on behalf of Interested Party    MBIA Inc. tcairns@pszjlaw.com
              Timothy P. Cairns    on behalf of Interested Party    MBIA Insurance Corporation tcairns@pszjlaw.com
              Timothy P. Cairns    on behalf of Defendant    MBIA Inc. tcairns@pszjlaw.com
              Timothy P. Cairns    on behalf of Defendant    MBIA Insurance Corporation tcairns@pszjlaw.com
              Travis G. Buchanan    on behalf of Debtor    Zohar III, Corp. bankfilings@ycst.com
              U.S. Trustee     USTPRegion03.WL.ECF@USDOJ.GOV
              Victoria A. Guilfoyle    on behalf of Plaintiff    FFP (Cayman) Limited guilfoyle@blankrome.com
              Victoria A. Guilfoyle    on behalf of Plaintiff    Quinn Emanuel Urquhart & Sullivan, LLP
               guilfoyle@blankrome.com
              Victoria A. Guilfoyle    on behalf of Plaintiff    Morris, Nichols, Arsht & Tunnel LLP
               guilfoyle@blankrome.com
              Victoria A. Guilfoyle    on behalf of Plaintiff    Blank Rome LLP guilfoyle@blankrome.com
              Victoria A. Guilfoyle    on behalf of Interested Party    Maples FS Limited guilfoyle@blankrome.com
              Victoria A. Guilfoyle    on behalf of Interested Party    FFP (Cayman) Limited
               guilfoyle@blankrome.com
              Victoria A. Guilfoyle    on behalf of Plaintiff    MaplesFS Limited guilfoyle@blankrome.com
              Victoria A. Guilfoyle    on behalf of Plaintiff    Maples and Calder guilfoyle@blankrome.com
              Victoria A. Guilfoyle    on behalf of Plaintiff Gary Neems guilfoyle@blankrome.com
              Victoria A. Guilfoyle    on behalf of Interested Party    Blank Rome LLP guilfoyle@blankrome.com
              Victoria A. Guilfoyle    on behalf of Interested Party    Maples and Calder guilfoyle@blankrome.com
              Victoria A. Guilfoyle    on behalf of Interested Party    Gary Neems guilfoyle@blankrome.com
              Zachary I Shapiro    on behalf of Interested Party    Culligan International Company
               shapiro@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                                                                                                  TOTAL: 165
```