IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 356, 1092, 1101, 1158, 1453, 1512, 1649 & 1711** |

NOTICE OF FILING OF *FURTHER REVISED*
SECOND CASH COLLATERAL ORDER

**PLEASE TAKE NOTICE** that on July 6, 2018, the debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order Authorizing the Use of Cash Collateral* [Docket No. 356] (the "Cash Collateral Motion").

**PLEASE TAKE FURTHER NOTICE** that on November 25, 2019, in connection with the Cash Collateral Motion, the Debtors filed the *Notice of Filing of Proposed Revised Cash Collateral Order* [Docket No. 1092] (the "Original Second Cash Collateral Order") and the *Notice of Filing of Exhibit to Proposed Revised Cash Collateral Order* [Docket No. 1101], which attached a proposed second form of final cash collateral order and budget for consideration by the Court. A hearing to consider the Original Second Cash Collateral Order was scheduled for December 20, 2019, but has been adjourned from time to time, and is now scheduled to take place on August 4, 2020.

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

26847127.1

(the "Debtors") have obtained the consent of U.S. Bank, N.A., in its capacity as indenture trustee, for the use of cash collateral on the terms and conditions set forth in the form of order attached hereto as Exhibit A (the "Revised Second Cash Collateral Order"). For convenience of the parties in interest, attached hereto as Exhibit B is a blackline comparing the Revised Second Cash Collateral Order to the Original Second Cash Collateral Order.[2] The revisions set forth in the Revised Second Cash Collateral Order are primarily intended to address deferral of adequate protection payments (other than for the Indenture Trustee) until monetization events occur, to clarify the treatment of permitted prior liens as requested by the Office of the United States Trustee, to clarify the treatment of potential debtor-in-possession financing, and to clarify certain other technical aspects of the order.

**PLEASE TAKE FURTHER NOTICE** that at the hearing scheduled for August 4, 2020, the Debtors will be seeking entry of the Revised Second Cash Collateral Order.

Dated: August 3, 2020
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ryan M. Bartley*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
          rbrady@ycst.com
          mnestor@ycst.com
          jbarry@ycst.com
          rbartley@ycst.com

*Counsel to the Debtors and Debtors in Possession*

---

[2] The Exhibits attached hereto were provided to counsel to Patriarch in draft form shortly after filing the agenda for the August 3 hearing. No changes were made to what was provided to Patriarch.

26847127.1