IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) | Jointly Administered |

NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
TELEPHONIC AND VIDEO HEARING ON AUGUST 4, 2020 AT 1:00 P.M. (ET)[3]

**THIS HEARING WILL BE HELD TELEPHONICALLY VIA COURTCALL AND, IN CERTAIN CIRCUMSTANCES, BY VIDEO VIA ZOOM.  ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY CONTACTING COURTCALL, LLC AT 866-582-6878. ONLY THOSE PARTIES THAT WILL BE ADDRESSING THE COURT SHOULD APPEAR BY VIDEO VIA ZOOM IN ADDITION TO THEIR COURTCALL REGISTRATION.**

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

**Topic: Zohar III, Corp. 18-10512 (KBO)**
Time: August 4, 2020 at 1:00 p.m. Eastern Time (US and Canada)

**Join ZoomGov Meeting**
https://debuscourts.zoomgov.com/j/1612513335

**Meeting ID: 161 251 3335**
**Password: 065470**

## MATTERS GOING FORWARD

1. Notice of Filing of Proposed Revised Cash Collateral Order [D.I. 1092; 11/25/19]

    Related Documents:

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] **All amendments appear in bold.**

[3] All parties wishing to participate should make arrangements through CourtCall at 1-866-582-6878.

A. Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 356; 7/6/18]

B. Declaration of Caroyln Schiff in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 504; 10/30/18]

C. Declaration of Michael S. Neumeister in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [(SEALED) D.I. 505; 10/30/18; (REDACTED) D.I. 506; 10/30/18]

D. Declaration of Gregory M. Petrick in Support of MBIA Insurance Corporation's Reply to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [(SEALED) D.I. 537; 11/9/18; (REDACTED) D.I. 541; 11/9/18]

E. Declaration of Michael Katzenstein in Support of the Debtors' Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 543; 11/9/18]

F. Declaration of Gregory M. Petrick in Support of MBIA Insurance Corporation's Statement in Support of Debtors' Proposed Order Authorizing the Use of Cash Collateral and Reply to Patriarch's Objection Thereto [D.I. 1134; 12/17/19]

G. Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 1158; 12/20/19]

H. Order Setting Hearing Date, Briefing Schedule, and Discovery Deadlines with Respect to: (I) the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies; (II) the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies; and (III) Certain Other Contested Matters [D.I. 1292; 1/21/20]

I. Stipulated Amended Scheduling Order With Respect to: (I) the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies; (II) the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies; and (III) Certain Other Contested Matters [D.I. 1412; 2/14/20]

J. Further Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 1453; 2/24/20]

K. Further Interim Order Authorizing the Debtors' Limited Use of Cash Collateral

[D.I. 1512; 3/24/20]

L.     Third Further Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 1649; 4/29/20]

M.     Fourth Further Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 1711; 6/22/20]

Response Deadline:     December 9, 2019 at 4:00 p.m. (ET)

Responses Received:

N.     Reservation of Rights of U.S. Bank National Association, as Indenture Trustee, to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 500; 10/30/18]

O.     Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [(SEALED) D.I. 502; 10/30/18; (REDACTED) D.I. 503; 10/30/18]

P.     Statement of Blank Rome, on Behalf of Itself and in Respect of Other Zohar I Service Providers, in Response to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 528; 11/7/18]

Q.     Limited Statement and Response of U.S. Bank National Association, as Indenture Trustee, to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 530; 11/7/18]

R.     MBIA Insurance Corporation's Statement in Support of Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral and Reply to Patriarch's Objection Thereto [(SEALED) D.I. 536; 11/9/18; REDACTED D.I. 540; 11/9/18]

S.     Debtors' Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing the Use of Cash Collateral [D.I. 542; 11/9/18]

T.     Zohar III Controlling Class' Joinder and Supplemental Response in Support of the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 544; 11/9/18]

U.     Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1114; 12/9/19]

V.     MBIA Insurance Corporation's Statement in Support of Debtors' Proposed Order Authorizing the Use of Cash Collateral and Reply to Patriarch's Objection Thereto [D.I. 1132; 12/17/19]

W.     The Debtors' Reply to Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1133; 12/17/19] and Notice of Errata

        Regarding the Debtors' Reply to Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1140; 12/17/19]

X.    Zohar III Controlling Class' Joinder and Supplemental Response in Support of Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1135; 12/17/19]

Y.    Limited Response of U.S. Bank National Association, as Indenture Trustee, to Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1139; 12/17/19]

Z.    Informal comments from the U.S. Trustee

**Additional Documents:**

AA.    **Notice of Filing of *Further Revised* Second Cash Collateral Order [D.I. 1849; 8/3/20]**

Status:    **The Debtors have filed a revised form of order**. This matter is going forward.

2.    Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and for an Accounting [(SEALED) D.I. 1748; 6/30/20; (REDACTED) D.I. 1769; 7/9/20]

Related Documents:

A.    Order Authorizing the Filing of the Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and for an Accounting Under Seal [D.I. 1804; 7/14/20]

Response Deadline:    July 7, 2020 at 4:00 p.m. (ET)

Responses Received:

B.    Patriarch's Limited Objection and Reservation of Rights to the Zohar Funds' Motion to Compel Compliance With Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and For an Accounting [D.I. 1755; 7/7/20]

Status:    This matter is going forward as a status update.

3.    Debtors' Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1749; 6/30/20; (REDACTED) D.I. 1771; 7/9/20]

Related Documents:

26853474.1

4

A. Order Authorizing the Filing of the Debtors' Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief Under Seal [D.I. 1805; 7/14/20]

B. Order Authorizing Filing of Objection Under Seal [D.I. 1834; 7/28/20]

Response Deadline:        July 7, 2020 at 4:00 p.m. (ET)

Responses Received:

C. Patriarch's Objection to Debtor's Motion For Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1757; 7/7/20; (REDACTED) D.I. 1790; 7/10/20]

D. Debtors' Reply in Support of the Debtors' Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1780; 7/10/20; (UNREDACTED) D.I. 1788; 7/10/20]

E. Supplement to Reply in Support of the Debtors' Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1840; 7/31/20; (REDACTED) TBD; TBD]

Status:    This matter is going forward.

4. Debtors' Motion for Entry of an Order in Aid of Enforcement of the Settlement Agreement (A) Staying the Tilton Plaintiffs From Prosecuting Litigation Outside the Delaware Bankruptcy Court, (B) in Connection With the Sales of Portfolio Companies, (I) Establishing an Escrow for all Amounts Claimed by the Patriarch Stakeholders Pending Their Validation Under Paragraph 18 and (II) Ordering Releases of the Patriarch Stakeholders' Claims With Such Claims Attaching to the Proceeds of Such Sale, and (C) Granting Related Relief [(SEALED) D.I. 1817; 7/21/20; (REDACTED) D.I. 1829; 7/24/20]

Related Documents:

A. Debtors' Motion for Entry of an Order Authorizing the Filing of the Debtors' Motion for Entry of an Order in Aid of Enforcement of the Settlement Agreement (A) Staying the Tilton Plaintiffs From Prosecuting Litigation Outside the Delaware Bankruptcy Court, (B) in Connection With the Sales of Portfolio Companies, (I) Establishing an Escrow for all Amounts Claimed by the Patriarch Stakeholders Pending Their Validation Under Paragraph 18 and (II) Ordering Releases of the Patriarch Stakeholders' Claims With Such Claims Attaching to the Proceeds of Such Sale, and (C) Granting Related Relief Under Seal [D.I. 1828; 7/24/20]

|  |  |
|---|---|
| Response Deadline: | July 28, 2020 at 4:00 p.m. (ET); Extended to July 30, 2020 at 6:00 p.m. (ET) for Patriarch |
| Reply Deadline: | August 3, 2020 at 12:00 p.m. (ET) for Debtors |

Responses Received:

B.    The Patriarch's Stakeholders' Objection to Debtors' Motion to: 1) Stay the Tilton Plaintiffs' State Court Cases Against Non-Debtors; 2) Escrow Funds from the Monetization Process; and 3) Require the Patriarch Stakeholders to Release Their Claims [(SEALED) D.I. 1837; 7/30/20]; (REDACTED) D.I. TBD; TBD]

**C.    Reply in Support of the Debtors' Motion for Entry of an Order in Aid of Enforcement of the Settlement Agreement (A) Staying the Tilton Plaintiffs From Prosecuting Litigation Outside the Delaware Bankruptcy Court, (B) in Connection With the Sales of Portfolio Companies, (I) Establishing an Escrow for all Amounts Claimed by the Patriarch Stakeholders Pending Their Validation Under Paragraph 18 and (II) Ordering Releases of the Patriarch Stakeholders' Claims With Such Claims Attaching to the Proceeds of Such Sale, and (C) Granting Related Relief [(SEALED) D.I. 1851; 8/3/20]; (REDACTED) D.I. TBD; TBD]**

Status:    This matter is going forward.

5.    Debtors' Motion for Entry of an Order Authorizing the Filing of the Debtors' Motion for Entry of an Order in Aid of Enforcement of the Settlement Agreement (A) Staying the Tilton Plaintiffs From Prosecuting Litigation Outside the Delaware Bankruptcy Court, (B) in Connection With the Sales of Portfolio Companies, (I) Establishing an Escrow for all Amounts Claimed by the Patriarch Stakeholders Pending Their Validation Under Paragraph 18 and (II) Ordering Releases of the Patriarch Stakeholders' Claims With Such Claims Attaching to the Proceeds of Such Sale, and (C) Granting Related Relief Under Seal [D.I. 1828; 7/24/20]

Related Documents:

A.    Debtors' Motion for Entry of an Order in Aid of Enforcement of the Settlement Agreement (A) Staying the Tilton Plaintiffs From Prosecuting Litigation Outside the Delaware Bankruptcy Court, (B) in Connection With the Sales of Portfolio Companies, (I) Establishing an Escrow for all Amounts Claimed by the Patriarch Stakeholders Pending Their Validation Under Paragraph 18 and (II) Ordering Releases of the Patriarch Stakeholders' Claims With Such Claims Attaching to the Proceeds of Such Sale, and (C) Granting Related Relief [(SEALED) D.I. 1817; 7/21/20; (REDACTED) D.I. 1829; 7/24/20]

|  |  |
|---|---|
| Response Deadline: | At the Hearing |
| Responses Received: | None as of this date |

Status:    This matter is going forward.

| | |
|---|---|
| Dated: August 3, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Michael R. Nestor*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>       rbrady@ycst.com<br>       mnestor@ycst.com<br>       jbarry@ycst.com<br>       rbartley@ycst.com<br>       sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

26853474.1