UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re** Zohar III, Corp, *et al.*                                    Case No.        18-10512
     **Debtor**                                    Reporting Period: May 1, 2020 - May 31, 2020

Federal Tax I.D. # _____

**MONTHLY OPERATING REPORT**

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and
submit a copy of the report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
|    Schedule of Professional Fees Paid | MOR-1b | | | |
|    Copies of bank statements | | | | |
|    Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Post-petition Taxes | MOR-4 | | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | | |
|    Listing of Aged Accounts Payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-6 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor _____                    Date _____

_____                    Date        8/17/2020

Mike Katzenstein, Chief Restructuring Officer                    Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

**Zohar III, Corp.,** *et al***,**
**NOTES TO MONTHLY OPERATING REPORT**
**Reporting Period:   May 1 – 31, 2020**

The Monthly Operating Report ("MOR") herein includes information for the following Debtors (with the last four digits of their taxpayer identification number): Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724) (collectively, the "Zohar Corps" or the "Corp Entities"), each of which is a Delaware corporation and Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119) (the "Zohar Funds" or the "Limited Entities"), each of which is a Cayman Islands entity. The Zohar Corps together with the Zohar Funds are collectively referred to as the "Debtors".

In preparing this report, the Chief Restructuring Officer ("CRO") has relied on information received, either directly or indirectly, from or through third parties, including but not limited to, Alvarez & Marsal Zohar Management LLC ("AMZM", as collateral manager), Patriarch Partners Agency Services LLC ("PPAS", as the former administrative agent under the various credit agreements with the Portfolio Companies), Ankura Trust Company ("Ankura", as the current administrative agent under the various credit agreements with the Portfolio Companies) and U.S. Bank National Association ("US Bank") (as indenture trustee under the Zohar Indentures).  The CRO does not yet have certain information that may become available as part of continuing disclosures and document deliveries to the CRO, and the CRO is still seeking other information that may be pertinent to disclosures made herein.  As such, while the Debtors have made every effort to accurately reflect their financial results and condition, certain information contained herein may be stale, inaccurate or otherwise subject to change.

All operating activity is conducted at the Limited Entities and therefore all income statement and balance sheet accounts reflected herein are those of the Limited Entities.  No activity or balances are recorded at the Corp Entities although they are co-issuers of the Zohar notes[1].

The MOR is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly operating report requirements of the United States Trustee.

The MOR is unaudited, preliminary, and does not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. The MOR was prepared without full access to pre-petition financial information, including the general ledger.  Non-Debtor entities may be in the possession of financial information regarding the Debtors that has not been provided to the Debtors or the CRO and such information, once made available to the Debtors and CRO, could result in a material re-statement of the information included in this MOR.  Parties may dispute asset, liability and equity amounts, and all rights are reserved.

The financial statements and the supplemental information contained herein represent the financial information for the Debtors only and not for non-debtor affiliates. The results of operations herein are not necessarily indicative of results that are expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position or cash flows of the Debtors in the future.

**Bank Accounts:**
The bank accounts held by the Debtors are at BB&T, a US Trustee-approved depository institution, and are included in the Schedule of Cash Receipts and Disbursements.

Historically, all cash was held at US Bank, as indenture trustee.  US Bank holds approximately $5.0 million, $1.4 million and $371 thousand in cash related to Zohar I, Zohar II and Zohar III, respectively, which is reflected in the MOR as restricted cash.

---

[1] The US Trustee fees at the Corp Entities are expensed and paid by the corresponding Limited Entities (i.e., Zohar III, Limited pays the US Trustee fees of Zohar III, Corp).

**Collateral Management Fee:**

Based on information provided by AMZM, the Debtors understand that certain cash is being held in connection with AMZM's role as Collateral Manager of the Zohar Funds. This MOR does not include any such cash.

**Settlement Agreement:**

On May 21, 2018, an Order was entered by the United States Bankruptcy Court for the District of Delaware approving a settlement agreement by and between the Debtors, Lynn Tilton, the Patriarch Stakeholders (as defined in the Settlement Agreement), MBIA Insurance Corp. ("MBIA"), and the Zohar III Controlling Class referred to therein (the "Settlement Agreement").

As a part of the Settlement Agreement MBIA and the Zohar III Controlling Class disclosed their respective Paid in Full[2] amounts, subject to the limitations and qualifications in Exhibit A to the Settlement Agreement.   The largest component of the Secured Debt balance in MOR-3 are the liabilities to Zohar Noteholders.

**INCOME STATEMENT – MOR 2: Interest Income:**

The Statement of Operations includes a line item for gross accrued interest income, which is calculated based on our understanding of the Portfolio Company Borrowers' debt and interest obligations to the Debtors. The gross amount is recorded regardless of whether those borrowers are paying interest as it becomes due and without regard to their ability to ultimately pay their interest obligations. Since the Petition Date, the Debtors have accrued interest on loans to all Portfolio Companies (both Group A and Group B Portfolio Companies) for which the administrative agent was sending invoices to the Portfolio Company borrowers. From the Petition Date to October 2019 the majority of the Group A Portfolio Companies were making interest payments to the Debtors. However, on October 17, 2019, Dura Automotive (a Group A Portfolio Company) filed for Chapter 11 bankruptcy protection and stopped paying interest. Furthermore, beginning in November 2019 the majority of the Group A Portfolio Companies stopped paying interest. With minor exceptions, the Group B Portfolio Companies have not been paying interest since the Petition Date. Based on these events the Debtors: (i) have fully reserved against (i.e., an allowance for doubtful accounts) the Dura Automotive accrued interest receivable balance and the entire accrued interest receivable balance for the Group B Portfolio Companies, and (ii) now take a reserve (i.e., bad debt expense) related to the unpaid gross accrued interest income each month. After taking these reserves into account,  the net accrued interest receivable reflected on the May balance sheet is approximately $7.8M and $4.3M for Zohar II and Zohar III, respectively. While the Debtors continue to carry net accrued interest receivable on the balance sheet, there can be no assurances that these balances will ultimately be collectable.

**Interest Expense:**

Interest expense includes accrued interest on the Zohar notes (as follows):

> Zohar I:  3-month LIBOR plus 1.4% on the Class A-3 notes as reflected in the indenture governing the Zohar I notes.

> Zohar II: Prime plus 2% on the Paid in Full balance as stated in the Settlement Agreement.

> Zohar III: 3-month LIBOR plus 0.4% for Class A-1R, 0.38% for Classes A-1T and A-1D, 0.55% for Class A-2 and 0.75% for Class A-3 on the Paid in Full balance as stated in the Settlement Agreement.

**Professional Fees:**

Professional fee payments and accruals have been allocated 55% to Zohar II and 45% to Zohar III except for fees related to MBIA and the Zohar III Controlling Class, which are charged directly to Zohar II and Zohar III, respectively. Accrual estimates for all professionals are updated periodically to reflect actual costs. The presentation and allocation of professional fees reflected herein are non-binding and may be subject to restatement or reallocation.

Professional fees accrued through May31, 2020 do not include the fees (if any) related to the Collateral Manager.

---

[2] Defined in the Settlement Agreement as the amount owed to the parties and in the amounts listed and calculated on the schedule attached to the Settlement Agreement as Exhibit A to be updated monthly to reflect accrued and unpaid interest and fees allowable under the Indentures.

**BALANCE SHEET - MOR-3:**

ASSETS

The notes receivable presented herein represent loans to various Portfolio Companies and are reflected based upon our current understanding of the principal balances outstanding and do not reflect certain loans that are not being invoiced by the administrative agent.  From time to time, as the Debtors receive payments related to these loans that are not included in the notes receivable balance, the Debtors will record those payments on the balance sheet as an increase to cash and an increase to retained earnings. Certain Portfolio Companies may not be current in their obligations to the Debtors.  Moreover, the book values of these loan balances do not reflect any estimate or approximation of the current or fair market value of the Portfolio Company loans.  Net realizable values may differ materially from the current principal book balances outstanding.

Interest Receivable reflects accruals on all Portfolio Company loans from the Petition Date to May 2020 and Allowance for Doubtful Accounts includes a full reserve on loans to Dura Automotive and all Group B Portfolio Companies.

The value of the equity interest in the Portfolio Companies are unknown, and the ownership rights in these equity interests may be disputed by certain parties; as such, no value has been assigned to the Debtors' equity interests in the Portfolio Companies.

The loans Zohar I made to Portfolio Companies are excluded from the balance sheet because these loans are owned by MBIA as a result of the December 21, 2016 auction.

LIABILITIES

The Class B Notes of each Zohar fund are reflected at a carrying value of zero.

Among other impacts, the Settlement Agreement impacts each Zohar Fund as follows:

> **Zohar I**: The Zohar I Paid in Full Amount as of April 18, 2018 is $164.9 million which includes (i) the principal amount paid by MBIA on account of its Insurance Agreement[3], (ii) the net accrued interest pursuant to Section 4.03 of the Insurance Agreement through April 18, 2018, and (iii) the Credit Enhancement Liabilities[4] incurred through April 18, 2018.  Given the December 21, 2016 Auction and the Settlement Agreement, the Debtors are not reflecting any Zohar I notes receivable or notes payable (except for the A-3 notes payable, which were not subject to the Insurance Agreement).

> **Zohar II** - the principal balance for Class A notes is reported as $770.1 million in this MOR.

> **Zohar III** -  the principal balance for Class A notes is reported as $791.2 million in this MOR.

---

[3] The Insurance and Indemnity Agreement by and among MBIA Insurance Corporation (as Insurer), Zohar CDO 2003-1, Limited (as Issuer), Zohar CDO 2003-1 Corp. (as Co-Issuer) and Zohar CDO 2003-1, LLC, dated as of November 13, 2003
[4] As defined in the Indenture by and between Zohar CDO 2003-1 Limited, Zohar CDO 2003-1 Corp., Zohar CDO 2002-1, LLC, MBIA Insurance Corporation (as Credit Enhancer), CDC Financial Products Inc. (as Class A-1 Note Agent), U.S. Bank National Association (as Trustee), dated as of November 13, 2003

In re Zohar III, Corp, et al.

**Debtor**

Case No. **18-10512**

Reporting Period: May 1, 2020 - May 31, 2020

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal.   The total disbursements listed in the disbursements journal. Attach copies of the bank statements and the cash disbursements journal.   The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| CASE NUMBER | Zohar CDO 2003-1, Limited 18-10514 | Zohar II 2005-1, Limited 18-10513 | Zohar III, Limited 18-10512 | CURRENT MONTH TOTAL | CUMULATIVE TOTAL |
|---|---|---|---|---|---|
| **CASH BEGINNING  OF MONTH** | $            - | $    6,677,495 | $   3,011,204 | $   9,688,699 | $    1,275,000 |
| **RECEIPTS** | | | | | |
| LOAN RECEIPTS - INTEREST POSTPETITION | | 63,029 | 29,813 | 92,842 | 95,963,124 |
| LOANS AND ADVANCES | | 2,788,275 | 1,318,883 | 4,107,158 | 4,107,158 |
| SALE  OF  ASSETS | | - | - | - | 136,966,157 |
| OTHER | | | | - | - |
| TRANSFERS | | | | - | - |
| TOTAL  RECEIPTS | - | 2,851,304 | 1,348,696 | 4,200,000 | 237,036,439 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | | | | - | - |
| PAYROLL TAXES | | | | - | - |
| SALES, USE, & OTHER TAXES | | | | - | - |
| INVENTORY PURCHASES | | | | - | - |
| SECURED/ RENTAL/ LEASES | | | | - | - |
| INSURANCE | | | | - | - |
| ADMINISTRATIVE | | | | - | - |
| SELLING | | | | - | - |
| OTHER  *(ATTACH  LIST)* | | | | - | - |
| - Bank Service Fees | - | 36 | 36 | 72 | 1,032 |
| OWNER DRAW * | | | | - | - |
| TRANSFERS | | - | - | - | 130,393,677 |
| LOANS | | - | - | - | 5,500,000 |
| PROFESSIONAL FEES | | 687,820 | 562,116 | 1,249,936 | 88,395,726 |
| U.S. TRUSTEE  QUARTERLY FEES | | 100,358 | 68,447 | 168,805 | 1,551,118 |
| COURT COSTS | | | | - | - |
| **TOTAL DISBURSEMENTS** | - | 788,214 | 630,599 | 1,418,813 | 225,841,553 |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | 2,063,091 | 718,097 | 2,781,187 | 11,194,887 |
| | | | | | |
| CASH – END OF MONTH[(1)] | $            - | $    8,740,586 | $   3,729,300 | $  12,469,886 | $  12,469,887 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ 1,418,813 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | **$ 1,418,813** |

*Unaudited, subject to change.*

(1)  Cash balances include amounts held at respective BB&T accounts. Excludes certain cash being held in connection with AMZM's role as Collateral Manager of the Zohar Funds.  Balances held at US Bank accounts are shown in MOR-3 as Restricted Cash.

In re Zohar III, Corp, et al.                                    Case No.        **18-10512**
         **Debtor**                             Reporting Period: May 1, 2020 - May 31, 2020

## BANK RECONCILIATIONS

| | Zohar CDO 2003-1, Limited | | Zohar II 2005-1, Limited | | Zohar III, Limited | |
|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | $ | - | $ | 8,740,586 | $ | 3,729,300 |
| | | | | | | |
| BANK BALANCE | $ | - | $ | 8,740,586 | $ | 3,729,300 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | |
| ADJUSTED BANK BALANCE* | $ | - | $ | 8,740,586 | $ | 3,729,300 |
| *Adjusted bank balance must equal balance per books | | | | | | |
| | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **CHECKS OUTSTANDING** | Ck # | Amount | Ck # | Amount | Ck # | Amount |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **OTHER** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

In re Zohar III, Corp., et al.                               Case No.    **18-10512**

**Debtor**                                       Reporting Period: May 1, 2020 - May 31, 2020

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Fees | Expenses |
|---|---|---|---|---|---|---|---|
| FTI Consulting, Inc. 2018 - 2019 Payments | 5/21/2018 - 10/31/2019 | 6,466,460.98 | Zohar II | Wire | | 6,428,950.20 | 37,510.78 |
| FTI Consulting, Inc. 2018 - 2019 Payments | 5/21/2018 - 10/31/2019 | 5,290,740.80 | Zohar III | Wire | | 5,260,050.17 | 30,690.63 |
| FTI Consulting, Inc. | 11/1/2019 - 11/30/2019 | 368,770.85 | Zohar II | Wire | 1/27/2020 | 366,167.86 | 2,602.99 |
| FTI Consulting, Inc. | 11/1/2019 - 11/30/2019 | 301,721.61 | Zohar III | Wire | 1/27/2020 | 299,591.89 | 2,129.72 |
| FTI Consulting, Inc. | 12/1/2019 - 12/31/2019 | 343,110.46 | Zohar II | Wire | 2/18/2020 | 341,632.78 | 1,477.69 |
| FTI Consulting, Inc. | 12/1/2019 - 12/31/2019 | 280,726.74 | Zohar III | Wire | 2/18/2020 | 279,517.73 | 1,209.02 |
| FTI Consulting, Inc. | 1/1/2020 - 1/31/2020 | 594,634.73 | Zohar II | Wire | 3/26/2020 | 592,136.73 | 2,498.00 |
| FTI Consulting, Inc. | 1/1/2020 - 1/31/2020 | 486,519.33 | Zohar III | Wire | 3/26/2020 | 484,475.51 | 2,043.82 |
| FTI Consulting, Inc. | 2/1/2020 - 2/29/2020 | 1,057,221.89 | Zohar II | Wire | 4/30/2020 | 1,049,431.49 | 7,790.40 |
| FTI Consulting, Inc. | 2/1/2020 - 2/29/2020 | 864,999.72 | Zohar III | Wire | 4/30/2020 | 858,625.76 | 6,373.96 |
| FTI Consulting, Inc. | 3/1/2020 - 3/31/2020 | 601,587.82 | Zohar II | Wire | 5/20/2020 | 597,268.38 | 4,319.44 |
| FTI Consulting, Inc. | 3/1/2020 - 3/31/2020 | 492,208.21 | Zohar III | Wire | 5/20/2020 | 488,674.13 | 3,534.09 |
| **Subtotal FTI Consulting, Inc.** | | **17,148,703.14** | | | | **$ 17,046,523** | **$ 102,181** |
| | | | | | | | |
| Goldin Associates, LLC 2018 - 2019 Payments | 3/12/2018 - 10/31/2019 | 954,726.47 | Zohar II | Wire | | 943,620.48 | 11,105.99 |
| Goldin Associates, LLC 2018 - 2019 Payments | 3/12/2018 - 10/31/2019 | 781,139.83 | Zohar III | Wire | | 772,053.10 | 9,086.73 |
| Goldin Associates, LLC | 11/1/2019 - 11/30/2019 | 46,309.07 | Zohar II | Wire | 1/27/2020 | 46,283.87 | 25.20 |
| Goldin Associates, LLC | 11/1/2019 - 11/30/2019 | 37,889.24 | Zohar III | Wire | 1/27/2020 | 37,868.63 | 20.61 |
| Goldin Associates, LLC | 12/1/2019 - 12/31/2019 | 36,942.92 | Zohar II | Wire | 2/18/2020 | 36,939.38 | 3.54 |
| Goldin Associates, LLC | 12/1/2019 - 12/31/2019 | 30,226.02 | Zohar III | Wire | 2/18/2020 | 30,223.12 | 2.90 |
| Goldin Associates, LLC | 1/1/2020 - 1/31/2020 | 50,714.71 | Zohar II | Wire | 3/26/2020 | 50,646.75 | 67.96 |
| Goldin Associates, LLC | 1/1/2020 - 1/31/2020 | 41,493.85 | Zohar III | Wire | 3/26/2020 | 41,438.25 | 55.60 |
| Goldin Associates, LLC | 2/1/2020 - 2/29/2020 | 62,802.04 | Zohar II | Wire | 4/27/2020 | 62,321.87 | 480.17 |
| Goldin Associates, LLC | 2/1/2020 - 2/29/2020 | 51,383.49 | Zohar III | Wire | 4/27/2020 | 50,990.63 | 392.86 |
| **Subtotal Goldin Associates, LLC** | | **2,093,627.64** | | | | **2,072,386.08** | **21,241.56** |
| Joe Farnan Jr. 2018 - 2019 Payments | 5/1/2018 - 6/30/2019 | 282,481.03 | Zohar II | Checks | | 275,000.00 | 7,481.03 |
| Joe Farnan Jr. 2018 - 2019 Payments | 5/1/2018 - 6/30/2019 | 381,667.12 | Zohar III | Checks | | 375,546.31 | 6,120.81 |
| Joe Farnan Jr. | Fee - Oasis | 97,211.10 | Zohar II | 1045 | 1/10/2020 | 97,211.10 | - |
| Joe Farnan Jr. | Fee - Oasis | 37,093.56 | Zohar III | 1043 | 1/10/2020 | 37,093.56 | - |
| Joe Farnan Jr. | 1/1/2020 - 1/31/2020 | 13,914.93 | Zohar II | 1047 | 1/15/2020 | 13,750.00 | 164.93 |
| Joe Farnan Jr. | 1/1/2020 - 1/31/2020 | 11,384.95 | Zohar III | 1045 | 1/15/2020 | 11,250.00 | 134.95 |
| Joe Farnan Jr. | 2/1/2020 - 2/29/2020 | 13,750.00 | Zohar II | 1049 | 3/9/2020 | 13,750.00 | - |
| Joe Farnan Jr. | 2/1/2020 - 2/29/2020 | 11,250.00 | Zohar III | 1047 | 3/9/2020 | 11,250.00 | - |
| Joe Farnan Jr. | 3/1/2020 - 3/31/2020 | 13,750.00 | Zohar II | 1049 | 3/9/2020 | 13,750.00 | - |
| Joe Farnan Jr. | 3/1/2020 - 3/31/2020 | 11,250.00 | Zohar III | 1047 | 3/9/2020 | 11,250.00 | - |
| Joe Farnan Jr. | 4/1/2020 - 4/30/2020 | 14,222.31 | Zohar II | Wire | 4/7/2020 | 13,750.00 | 472.31 |
| Joe Farnan Jr. | 4/1/2020 - 4/30/2020 | 11,636.43 | Zohar III | Wire | 4/7/2020 | 11,250.00 | 386.43 |
| **Subtotal Joe Farnan Jr.** | | **899,611.42** | | | | **884,850.97** | **14,760.45** |
| Young Conaway Stargatt & Taylor, LLP 2018 - 2019 Payments | 3/11/2018 - 11/30/2019 | 7,832,610.56 | Zohar II | Wire | | 7,474,560.89 | 358,049.67 |
| Young Conaway Stargatt & Taylor, LLP 2018 - 2019 Payments | 3/11/2018 - 11/30/2019 | 6,408,499.54 | Zohar III | Wire | | 6,115,549.80 | 292,949.73 |
| Young Conaway Stargatt & Taylor, LLP | 9/1/2019 - 11/30/2019 | 317,413.90 | Zohar II | Wire | 1/7/2020 | 317,413.90 | - |
| Young Conaway Stargatt & Taylor, LLP | 9/1/2019 - 11/30/2019 | 259,702.29 | Zohar III | Wire | 1/7/2020 | 259,702.29 | - |
| Young Conaway Stargatt & Taylor, LLP | 12/1/2019 - 12/31/2019 | 627,664.24 | Zohar II | Wire | 1/30/2020 | 611,706.04 | 15,958.20 |
| Young Conaway Stargatt & Taylor, LLP | 12/1/2019 - 12/31/2019 | 513,543.47 | Zohar III | Wire | 1/30/2020 | 500,486.76 | 13,056.71 |
| Young Conaway Stargatt & Taylor, LLP | 1/1/2020 - 1/31/2020 | 696,096.24 | Zohar II | Wire | 3/4/2020 | 671,240.24 | 24,856.00 |
| Young Conaway Stargatt & Taylor, LLP | 1/1/2020 - 1/31/2020 | 569,533.29 | Zohar III | Wire | 3/4/2020 | 549,196.56 | 20,336.73 |
| Young Conaway Stargatt & Taylor, LLP | 2/1/2020 - 2/29/2020 | 901,296.52 | Zohar II | Wire | 3/31/2020 | 813,619.18 | 87,677.34 |
| Young Conaway Stargatt & Taylor, LLP | 2/1/2020 - 2/29/2020 | 737,424.43 | Zohar III | Wire | 3/31/2020 | 665,688.42 | 71,736.01 |
| Young Conaway Stargatt & Taylor, LLP | 12/1/2019 - 2/29/2020 | 521,391.37 | Zohar II | Wire | 4/7/2020 | 521,391.37 | - |
| Young Conaway Stargatt & Taylor, LLP | 12/1/2019 - 2/29/2020 | 426,592.93 | Zohar III | Wire | 4/7/2020 | 426,592.93 | - |
| Young Conaway Stargatt & Taylor, LLP | 3/1/2020 - 3/31/2020 | 544,154.85 | Zohar II | Wire | 4/27/2020 | 509,994.54 | 34,160.31 |
| Young Conaway Stargatt & Taylor, LLP | 3/1/2020 - 3/31/2020 | 445,217.61 | Zohar III | Wire | 4/27/2020 | 417,268.26 | 27,949.35 |
| **Subtotal Young Conaway Stargatt & Taylor, LLP** | | **20,801,141.24** | | | | **19,854,411.19** | **946,730.05** |
| | | | | | | | |
| **Grand Total** | | **40,943,083.44** | | | | **39,858,170.85** | **1,084,912.59** |

In re  Zohar III, Corp, et al.

**Debtor**

Case No.  **18-10512**

Reporting Period:  May 1, 2020 - May 31, 2020

### STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Zohar I | | Zohar II | | Zohar III | |
|---|---|---|---|---|---|---|
| | **MONTH** | **CUMULATIVE - FILING TO DATE** | **MONTH** | **CUMULATIVE - FILING TO DATE** | **MONTH** | **CUMULATIVE - FILING TO DATE** |
| **REVENUES** | | | | | | |
| Gross Revenues | | | | | | |
| Interest | - | - | 2,314,370 | 77,784,155 | 2,096,620 | 73,631,923 |
| Sale of Assets | | | | | | |
| Other Revenue | | | | | | |
| Less:  Returns and Allowances | | | | | | |
| Net Revenue | - | - | 2,314,370 | 77,784,155 | 2,096,620 | 73,631,923 |
| **COST OF GOODS SOLD** | | | | | | |
| Beginning Inventory | | | | | | |
| Add: Purchases | | | | | | |
| Add: Cost of Labor | | | | | | |
| Add: Other Costs | | | | | | |
| Less:  Ending Inventory | | | | | | |
| Cost of Goods Sold | - | - | - | - | - | - |
| Gross Profit | - | - | 2,314,370 | 77,784,155 | 2,096,620 | 73,631,923 |
| **OPERATING EXPENSES** | | | | | | |
| Advertising | | | | | | |
| Auto and Truck Expense | | | | | | |
| Bad Debts | | | 2,251,329 | 31,416,213 | 2,066,804 | 39,664,109 |
| Contributions | | | | | | |
| Employee Benefits Programs | | | | | | |
| Officer/Insider Compensation* | | | | | | |
| Insurance | | | | | | |
| Management Fees/Bonuses | | | | | | |
| Office Expense | | | | | | |
| Pension & Profit-Sharing Plans | | | | | | |
| Repairs and Maintenance | | | | | | |
| Rent and Lease Expense | | | | | | |
| Salaries/Commissions/Fees | | | | | | |
| Bank Service Fees | - | - | 36 | 509 | 36 | 522 |
| Supplies | | | | | | |
| Taxes - Payroll | | | | | | |
| Taxes - Real Estate | | | | | | |
| Taxes - Other | | | | | | |
| Travel and Entertainment | | | | | | |
| Utilities | | | | | | |
| Other | - | - | - | - | - | - |
| Total Operating Expenses Before Depreciation | - | - | 2,251,365 | 31,416,722 | 2,066,840 | 39,664,632 |
| Depreciation/Depletion/Amortization | | | | | | |
| Net Profit (Loss) Before Other Income & Expenses | - | - | 63,005 | 46,367,432 | 29,780 | 33,967,291 |
| **OTHER INCOME AND EXPENSES** | | | | | | |
| Other Income | | | | | | |
| Interest Expense | 626,931 | 23,308,656 | 3,924,817 | 129,539,937 | 880,631 | 47,421,259 |
| Other Expense | | | | | | |
| Net Profit (Loss) Before Reorganization Items | (626,931) | (23,308,656) | (3,861,812) | (83,172,505) | (850,851) | (13,453,968) |
| **REORGANIZATION ITEMS** | | | | | | |
| Professional Fees | - | - | 1,638,462 | 66,776,797 | 1,342,359 | 49,615,545 |
| U. S. Trustee Quarterly Fees | 650 | 5,853 | 99,708 | 747,669 | 68,447 | 797,922 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | | | | | |
| Gain (Loss) from Sale of Equipment | | | | | | |
| Other Reorganization Expenses | | | | | | |
| Total Reorganization Expenses | | | | | | |
| Income Taxes | | | | | | |
| **Net Profit (Loss)** | **(627,581)** | **(23,314,509)** | **(5,599,982)** | **(150,696,971)** | **(2,261,656)** | **(63,867,436)** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

*Unaudited, subject to change.*

In re Zohar III, Corp, et al.  
**Debtor**

Case No. __18-10512__  
Reporting Period: May 1, 2020 - May 31, 2020

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | Zohar I | | Zohar II | | Zohar III | |
|---|---|---|---|---|---|---|
| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
| **CURRENT ASSETS** | | | | | | |
| Unrestricted Cash and Equivalents[1] | - | - | 8,740,586 | - | 3,729,300 | 1,275,000 |
| Restricted Cash and Cash Equivalents[2] | 5,034,050 | 5,368,409 | 1,381,942 | 4,999,061 | 371,024 | 4,414,983 |
| Accounts Receivable (Net) | | | | | | |
| Notes Receivable[3] | - | - | 636,269,546 | 640,323,970 | 609,201,402 | 608,754,135 |
| Interest Receivable | - | - | 39,187,087 | 10,590,556 | 43,976,694 | 10,518,723 |
| Allowance for Doubtful Accounts - Interest Receivable | | | (31,416,213) | | (39,664,109) | |
| Sale Proceeds[4] | - | - | (38,345,368) | - | (96,644,635) | - |
| Inventories | | | | | | |
| Prepaid Expenses | | | | | | |
| Professional Retainers | - | - | - | 459,098 | - | 459,098 |
| Other Current Assets | - | | 5,853 | - | - | |
| *TOTAL CURRENT ASSETS* | 5,034,050 | 5,368,409 | 615,823,433 | 656,372,685 | 520,969,676 | 625,421,940 |
| **PROPERTY & EQUIPMENT** | | | | | | |
| Real Property and Improvements | | | | | | |
| Machinery and Equipment | | | | | | |
| Furniture, Fixtures and Office Equipment | | | | | | |
| Leasehold Improvements | | | | | | |
| Vehicles | | | | | | |
| Less: Accumulated Depreciation | | | | | | |
| *TOTAL PROPERTY & EQUIPMENT* | | | | | | |
| **OTHER ASSETS** | | | | | | |
| Amounts due from Insiders* | | | | | | |
| Other Assets[5] | | | | | 3,480,990 | - |
| *TOTAL OTHER ASSETS* | | | | | 3,480,990 | |
| *TOTAL ASSETS* | 5,034,050 | 5,368,409 | 615,823,433 | 656,372,685 | 524,450,665 | 625,421,940 |

| LIABILITIES AND OWNER EQUITY | Zohar I | | Zohar II | | Zohar III | |
|---|---|---|---|---|---|---|
| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | | | | |
| Accounts Payable | | | | | | |
| Taxes Payable/(Receivable) *(refer to FORM MOR-4)* | | | | | | |
| Wages Payable | | | | | | |
| Notes Payable | | | | | | |
| Interest Payable | 23,308,656 | - | 129,539,937 | - | 47,421,259 | - |
| Cash Collateral Payment - Excess Cash Sweep | | | (35,733,500) | | (101,233,006) | |
| Rent / Leases - Building/Equipment | | | | | | |
| Secured Debt / Adequate Protection Payments | | | | | | |
| Professional Fees | - | - | 13,656,718 | - | 11,970,941 | - |
| U. S. Trustee Quarterly Fees | - | - | - | - | - | - |
| Amounts Due to Insiders* | | | | | | |
| Other Post-petition Liabilities | 10,311 | - | - | - | - | - |
| *TOTAL POST-PETITION LIABILITIES* | 23,318,967 | - | 107,463,155 | - | (41,840,805) | - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | | | | |
| Secured Debt[6] | 313,786,648 | 332,370,235 | 832,527,819 | 817,805,316 | 821,943,316 | 821,943,316 |
| Priority Debt | | | | | | |
| Unsecured Debt | | | | | | |
| *TOTAL PRE-PETITION LIABILITIES* | 313,786,648 | 332,370,235 | 832,527,819 | 817,805,316 | 821,943,316 | 821,943,316 |
| *TOTAL LIABILITIES* | 337,105,615 | 332,370,235 | 939,990,973 | 817,805,316 | 780,102,511 | 821,943,316 |
| **OWNERS' EQUITY** | | | | | | |
| Capital Stock | | | | | | |
| Additional Paid-In Capital | | | | | | |
| Wires from Patriarch Partners | | | | | | |
| Partners' Capital Account | | | | | | |
| Owner's Equity Account | | | | | | |
| Retained Earnings - Pre-Petition | | | | | | |
| Retained Earnings - Post-petition | (23,314,509) | | (150,696,971) | - | (63,867,436) | - |
| Preference Shares ($1,000 Par Value) | 20,000,000 | 20,000,000 | 78,236,828 | 78,236,828 | 60,000,000 | 60,000,000 |
| Capital Surplus (Deficit) | (328,757,056) | (347,001,826) | (251,707,397) | (239,669,459) | (251,784,410) | (256,521,376) |
| Adjustments to Owner Equity | | | | | | |
| Post-petition Contributions | | | | | | |
| *NET OWNERS' EQUITY* | (332,071,565) | (327,001,826) | (324,167,540) | (161,432,631) | (255,651,845) | (196,521,376) |
| *TOTAL LIABILITIES AND OWNERS' EQUITY* | 5,034,050 | 5,368,409 | 615,823,433 | 656,372,685 | 524,450,665 | 625,421,940 |

\* "Insider" is defined in 11 U.S.C. Section 101(31).

*Unaudited, subject to change.*

**Note:** All operating activity is conducted at the Limited Entities and therefore all income statement and balance sheet accounts reflected herein are those of the Limited Entities except for nominal quarterly US Trustee fees expensed and paid by the Limited Entities on behalf of the Corp entities. No activity or balances are recorded at the Corp Entities although they are co-issuers of the Zohar notes.

(1) Excludes certain cash being held in connection with AMZM's role as Collateral Manager of the Zohar Funds.

(2) Restricted cash includes balances held at U.S. Bank National Association that may be for the benefit of the Zohar noteholders.

(3) Given the December 21, 2016 Auction and the Settlement Agreement, the Debtors are not reflecting any Zohar I notes receivable.

(4) Sale Proceeds reflect the net cash proceeds received by the Debtors from Portfolio Company monetization transactions and have been reflected on the balance sheet as a contra-asset account.

(5) The Debtors hold disputed equity interests in the Portfolio Companies. The value of these interests have not been determined and therefore a carrying value of these investments are not reflected in the Debtors books and records. Amounts shown above relate to funds accrued at certain Portfolio Company escrow accounts.

(6) Zohar I - The Secured Debt balance of $313.8M represents the $286.4M outstanding principal balance on the A-3 notes, $6.0M of professional fees, $1.8M of Collateral Manager fees which may be due to AMZM, and $19.6M of Collateral Manager fees which may be due to Patriarch Partners.

Zohar II - The Secured Debt balance of $832.5M represents the Paid in Full amount, as of the Petition Date, of $806.6M (MBIA policy payment of $770.1M, $21.6M of prepetition accrued interest net of cash collections and $14.9M of Credit Enhancement Liabilities), $2.0M of professional fees, $19.3M of Collateral Manager fees may be due to AMZM, and $4.6M of Collateral Manager fees which may be due to Patriarch Partners.

Zohar III - The Secured Debt balance of $821.9M represents the Paid in Full amount, as of the Petition Date, of $795.0M ($791.2M outstanding principal balance plus $3.8M of prepetition accrued interest), $5.3M of professional fees, $19.3M of Collateral Manager fees which may be due to AMZM, and $2.3M of Collateral Manager fees which may be due to Patriarch Partners.

**In re** Zohar III, Corp, et al.

**Debtor**

**Case No.** 18-10512

**Reporting Period:** May 1, 2020 - May 31, 2020

### STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes. Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
| Total Federal Taxes | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Total State and Local | | | | | | |
| | | | | | | |
| Total Taxes | | | | | | |

### SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable / (Receivable) | | | | | | |
| Interest Payable | | | | | | 200,269,852 |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | 25,627,659 |
| Amounts Due to Insiders | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| Total Post-petition Debts | - | - | - | - | - | 225,897,511 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_Unaudited, subject to change._

**In re** Zohar III, Corp, et al.

**Debtor**

**Case No.** __18-10512__

**Reporting Period:** May 1, 2020 - May 31, 2020

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | | | | | |
|---|---|---|---|---|---|---|
| | ZOHAR CDO 2003-1, CORP | ZOHAR CDO 2003-1, LIMITED | ZOHAR II 2005-1, CORP | ZOHAR II 2005-1, LIMITED | ZOHAR III, CORP | ZOHAR III, LIMITED |
| Total Accounts Receivable at the beginning of the reporting period | | | | | | |
| Plus:  Amounts billed during the period | | | | | | |
| Less:  Amounts collected during the period | | | | | | |
| Total Accounts Receivable at the end of the reporting period | | | | | | |

| Accounts Receivable Aging | Amount | | | | | |
|---|---|---|---|---|---|---|
| | ZOHAR CDO 2003-1, CORP | ZOHAR CDO 2003-1, LIMITED | ZOHAR II 2005-1, CORP | ZOHAR II 2005-1, LIMITED | ZOHAR III, CORP | ZOHAR III, LIMITED |
| 0 - 30 days old | | | | | | |
| 31 - 60 days old | | | | | | |
| 61 - 90 days old | | | | | | |
| 91+ days old | | | | | | |
| Total Accounts Receivable | - | | | | | |
| Less:  Bad Debts (Amount considered uncollectible) | | | | | | |
| Net Accounts Receivable | | | | | | |

*Unaudited, subject to change.*

**In re** Zohar III, Corp., et al.                                      **Case No.** **18-10512**
     **Debtor**                                                **Reporting Period:** May 1, 2020 - May 31, 2020

## DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? If no, provide an explanation below. | | X [(1)] |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X [(2)] |
| 5 Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

(1)  Under the Settlement Agreement, Lynn Tilton assumed the role as the Debtors' Designated Tax Director, including responsibility for tax filings on behalf of the Debtors.  On March 23, 2020 Lynn Tilton purported to resign from her position as Tax Director.  The Debtors reserve any and all rights regarding Ms. Tilton's purported resignation as the Designated Tax Director, including as to the effectiveness of such resignation. The Debtors are in the process of engaging a tax advisor to assist with on-going tax compliance and consulting matters. The Debtors will report on tax matters based on this work, and reserve the right to amend or correct tax-related reporting or positions set forth in prior MORs, in future MORs.

(2)  The Debtors understand that prior to their bankruptcy petitions, the Debtors may have been insured under omnibus policies issued for the benefit of the Patriarch companies, which may no longer be available. The CRO consulted with an insurance broker and has determined the Debtors' only required insurance is D&O liability coverage, which has been procured.

**Zohar III, Corp., et al.,**

| Cash Balance - Summary by Bank Account - UNAUDITED | | | | |
|---|---|---|---|---|
| | As of May 31, 2020 | | | |
| | Zohar I | Zohar II | Zohar III | Total |
| **Unrestricted Cash Summary:** | | | | |
| BB&T Account  x8690 | - | $ 8,740,586 | - | $ 8,740,586 |
| BB&T Account  x8704 | - | - | 3,729,300 | 3,729,300 |
| **Total Unrestricted Cash** | **-** | **8,740,586** | **3,729,300** | **12,469,886** |
| | | | | |
| **Restricted Cash Summary:** | | | | |
| US Bank x1-201 | 4,458 | - | - | 4,458 |
| US Bank x1-702 | 5,029,591 | - | - | 5,029,591 |
| US Bank x47.4 | - | 1,679 | - | 1,679 |
| US Bank x47.16 | - | 424,558 | - | 424,558 |
| US Bank x47.22 | - | - | - | - |
| US Bank x47.24 | - | 955,705 | - | 955,705 |
| US Bank x81.3 | - | - | 451 | 451 |
| US Bank x81.5 | - | - | - | - |
| US Bank x81.11 | - | - | 250,350 | 250,350 |
| US Bank x81.13 | - | - | 120,224 | 120,224 |
| **Total Restricted Cash** | **5,034,050** | **1,381,942** | **371,024** | **6,787,016** |
| **Total Cash Balance**[1] | **$ 5,034,050** | **$ 10,122,528** | **$ 4,100,325** | **$ 19,256,902** |

(1) Excludes certain cash being held in connection with AMZM's role as Collateral Manager of the Zohar Funds.