**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING
<u>CONSENT ORDER LIFTING THE AUTOMATIC STAY</u>**

By this certification, the debtors and debtors in possession in the above-captioned cases (collectively, the "<u>Debtors</u>"), with the consent of the Patriarch Stakeholders[2] (together with the Debtors, the "<u>Parties</u>"), respectfully request entry an order (the "<u>Proposed Order</u>"), attached hereto as <u>Exhibit A</u>, consensually granting relief from the automatic stay under section 362 of the United States Bankruptcy Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy Code</u>") on the terms set forth more fully in the Proposed Order.  In support hereof, counsel to the Debtors respectfully certifies as follows:

1. On March 11, 2018 (the "<u>Petition Date</u>"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "<u>Chapter 11 Cases</u>").

2. Prior to the Petition Date, Debtors Zohar II 2005-1, Limited and Zohar III, Limited (collectively, the "<u>Zohar Plaintiffs</u>") commenced an action pursuant to section 225 of the Delaware General Corporation Law in the Delaware Court of Chancery (the "<u>225 Action</u>") seeking

---

[1]  The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2]  Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the *Order Approving and Authorizing the Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class* (the "<u>Settlement Order</u>") [Docket No. 266] and the Settlement Agreement attached thereto [Docket No. 266, Ex. C].

a declaration that certain written consents electing new directors to the defendant Portfolio Companies were valid, that certain irrevocable proxies were invalid, and for other relief. *See* Memorandum Opinion at 44–45, *Zohar II 2005-1, Limited v. FSAR Holdings, Inc.,* Case No. 12946-VCS (Del. Ch. Nov. 30, 2017) (the "225 Opinion"). Lynn Tilton answered the complaint seeking counter-declarations regarding the written consents and the irrevocable proxies and other relief. *Id.* at 45, n. 249. Following a trial, Vice Chancellor Joseph R. Slights III entered the 225 Opinion. *See, e.g., id.*

3.  Lynn Tilton appealed (the "Appeal") to the Supreme Court of the State of Delaware (the "Delaware Supreme Court"). The Appeal was fully briefed and argument in connection therewith was scheduled for March 21, 2018. However, the filing of these Chapter 11 Cases stayed the appeal pursuant to section 362 of the Bankruptcy Code.

4.  The Parties have agreed to the Proposed Order lifting the automatic stay so that the Appeal may be resolved promptly.

5.  Given the consensual nature of this request and in order to avoid the cost, time and inconvenience associated with additional motion practice and for purposes of judicial economy, the Parties respectfully request entry of the Proposed Order without further notice or a hearing.

| | |
|---|---|
| Dated: August 18, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Joseph M. Barry*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |

ml edits