# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 1886 & 1917<br><br>Hearing Date: September 14, 2020 at 10:00 a.m. (ET)<br>Objection Deadline: At the Hearing |

**NOTICE OF FILING OF PROPOSED
REDACTED VERSION OF REPLY IN SUPPORT OF THE
DEBTORS' MOTION TO COMPEL COMPLIANCE WITH PRIOR ORDERS
DIRECTING THE TRANSITION OF LOAN AGENCY SERVICES, INCLUDING
THE TURNOVER OF POSSESSORY COLLATERAL AND FOR AN ACCOUNTING**

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE PATRIARCH STAKEHOLDERS; (III) COUNSEL TO U.S. BANK, AS INDENTURE TRUSTEE; (IV) COUNSEL TO MBIA INSURANCE COMPANY; (V) COUNSEL TO THE ZOHAR III CONTROLLING CLASS; AND (VI) ANY PARTY THAT HAS REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002

    **PLEASE TAKE NOTICE** that on August 20, 2020, the debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "Debtors") filed the *Reply in Support of the Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turnover of Possessory Collateral and for an Accounting* [Docket No. 1886] (the "Reply").

    **PLEASE TAKE FURTHER NOTICE** that on September 4, 2020, the Debtors filed the *Debtors' Motion for Entry of an Order Authorizing the Filing Portions of the Debtors' Reply in Support of the Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turnover of Possessory Collateral and for an Accounting Under Seal* [Docket No. 1917] (the "Motion to Seal").

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

26968142.1

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the proposed redacted version of the Reply (the "Proposed Redacted Document"), attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** THAT A TELEPHONIC HEARING (THE "HEARING") ON THE MOTION TO SEAL WILL BE HELD ON **SEPTEMBER 14, 2020 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE KAREN B. OWENS, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT OBJECTIONS, IF ANY, TO THE REDACTIONS CONTAINED IN THE PROPOSED REDACTED DOCUMENT MAY BE RAISED AT THE HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

Dated: September 4, 2020
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Shane M. Reil*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
　　　　rbrady@ycst.com
　　　　mnestor@ycst.com
　　　　jbarry@ycst.com
　　　　rbartley@ycst.com
　　　　sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*