## <u>EXHIBIT A</u>

**Proposed Redacted Document**

**REDACTED**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Ref. Docket Nos. 1748 and 1755** |

### REPLY IN SUPPORT OF THE DEBTORS' MOTION TO COMPEL COMPLIANCE WITH PRIOR ORDERS DIRECTING THE TRANSITION OF LOAN AGENCY SERVICES, INCLUDING THE TURNOVER OF POSSESSORY COLLATERAL AND FOR AN ACCOUNTING

Zohar III, Corp. and its affiliated chapter 11 debtors (the "Debtors") submit this reply (this "Reply") in support of the *Debtors' Motion To Compel Compliance With Prior Orders Directing The Transition Of Loan Agency Services, Including The Turnover Of Possessory Collateral And For An Accounting* [Docket No. 1748] (the "Motion")[2] and in response to the objection thereto [Docket No. 1755] (the "Objection") filed by Lynn Tilton and the other Patriarch Stakeholders (collectively, "Patriarch"). In support of this Reply, the Debtors respectfully state as follows:

### REPLY

1. The Debtors' only interest relating to the Motion is to ensure that they and Ankura have that to which they are entitled and required to receive under the Settlement Agreement and the Ankura Transition Order. Regrettably, the Debtors are compelled to once again seek this

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Motion.

Docket No. 1886
8/20/20

Court's intervention to compel a Patriarch Stakeholder, PPAS, to comply with prior Court orders.[3] Since its engagement was approved by this Court on March 19, 2019, Ankura repeatedly has requested that PPAS "transition existing Zohar-related agent matters to the New Agent." Ankura Transition Order ¶ 9. Such "Zohar-related agent matters" include, without limitation, identifying information relating to each Portfolio Company, transaction documents, guarantors, original stock certificates, notes and mortgages, UCC financing statements and status, deposit account control agreements (each a "DACA"), and collateral and securities held on behalf of the Debtors (collectively, the "Agent Matters"). Despite PPAS's obligation to transition Agent Matters and respond to Ankura's commercially reasonable requests, as of May of this year, PPAS had yet to "transition" a substantial amount of "Zohar-related agent matters."[4] Indeed, until the Debtors filed the Motion, PPAS had refused to produce the Pledged Securities absent payment of $3,414,221.39 allegedly owed to a PPAS affiliate, which is unrelated to Agent Matters or any other credit agreement obligations. The Declaration of Ryan M. Roy (the "Roy Declaration"), attached hereto as **Exhibit A**, reflects the status of the many requests made by Ankura to PPAS since May 29, 2019, relating to the Agent Matters.

2.      In its Objection, PPAS does not dispute that it has failed to fulfill its obligations under the Settlement Agreement and the Ankura Transition Order, acknowledging that the Pledged Securities had not been produced and (only conditionally) agreeing to produce them in response to the Motion. More critically, PPAS's actions since the Debtors filed the Motion represent

---

[3] The Debtors have twice agreed to adjourn the Motion since filing it on June 29, 2020 to enable PPAS to meet its obligations and narrow the open issues before the Court.

[4] While PPAS has failed or refused to provide Ankura with vast amounts of Agent Matters, that is not to say that PPAS has not provided some information and documentation regarding such matters. However, the Ankura Transition Order does not require PPAS to provide "some" Agent Matters, it requires transition of all existing Agent Matters.

26932548.2

uncontroverted evidence of its material failure to comply with its obligations under the Ankura Transition Order.

3.       The Motion – and the accounting PPAS agreed to provide in response to it – has revealed the magnitude of PPAS's failings in transitioning the Agent Matters.  At the hearing on July 14, 2020, PPAS agreed to the Debtors' proposed interim resolution pursuant to which PPAS would (i) deliver the Pledged Securities to Ankura "by no later than Monday, July 20th," more than two (2) months after first requested by the Debtors, and (ii) "provide to the [D]ebtors a full accounting of all collateral it holds relative to the debt to the portfolio companies by July 24th." July 14, 2020 Hr'g Tr. at 6:19-7:5.

4.       The Pledged Securities were delivered to Ankura on July 20th and an accounting of collateral (the "Collateral Accounting") was delivered to Ankura and the Debtors on July 24th in accordance with the Court-approved interim resolution.  However, delivery of the Pledged Securities and the Collateral Accounting prompted more questions than answers.  First, unbeknownst to the Debtors or Ankura, the Pledged Securities previously withheld by PPAS included the stock certificates of ***sixty (60) companies*** comprising Portfolio Company E and its affiliates.  Second, the Collateral Accounting reflected that PPAS was withholding the securities for an ***additional forty (40) companies*** (unrelated to Portfolio Company E and the Pledged Securities) – the Debtors' collateral – that had not previously been transitioned to Ankura's possession.  Finally, the Collateral Accounting did not reflect the existence and status of DACAs for numerous Group A and Group B Portfolio Companies, which also had been the subject of repeated requests to PPAS by Ankura since entry of the Ankura Transition Order.

5.       Since PPAS produced the Collateral Accounting, Ankura has once again requested the following (all of which were the subject of requests by Ankura beginning more than one year

ago): (i) identification and possession by PPAS of additional securities not reflected on the Collateral Accounting; (ii) production by PPAS to Ankura of all other securities reflected on the Collateral Accounting (other than the Pledged Securities); (iii) information regarding DACAs at twenty (20) Portfolio Companies, including, whether DACAs exist at the subject Portfolio Companies, copies of any DACAs, and whether PPAS has executed assignments of DACAs sent by Ankura with respect to certain of the Portfolio Companies; and (iv) other information that had been requested since early 2019 and not transitioned by PPAS.

6.      Attached as Exhibit L to the Roy Declaration is a chart (the "Open Issues Chart") prepared by Ankura that reflects information still outstanding from PPAS pursuant to requests from Ankura dating back to May 2019. The open issues relate generally to the following categories of Agent Matters:

- DACAs

- Debtor/Portfolio Company loan documentation

- Debtor loan collateral and pledged securities

- UCC statements and filings

7.      DACAs. A DACA is a critical form of protection for a secured lender. It provides the lender with control over its debtor's bank accounts and perfection of such lenders in such account. Since at least May 29, 2019, Ankura repeatedly has requested the status of DACAs at each of the Portfolio Companies at which Ankura has been activated as agent. Roy Declaration ¶ 4. On August 14, 2020, seventeen (17) months after Ankura's engagement was approved by the Court, PPAS emailed to Ankura the status of DACAs for twenty (20) Portfolio Companies and, where applicable, copies of such DACAs. Roy Declaration ¶ 8. As of the date hereof and as detailed on the Open Issues Chart, Ankura still requires the following information relating to

DACAs:  (i) assignments from PPAS to Ankura regarding DACAs at certain Portfolio Companies; (ii) resolution regarding Ankura's demand to be the term lenders' representative on the DACAs for loans to some of the larger Portfolio Companies where PPAS is a co-agent (including Companies C, F, and G); (iii) confirmation with respect to several Portfolio Companies regarding the existence of additional accounts and DACAs; and (iv) production of additional DACAs.

8.     PPAS should be compelled to (i) assign to Ankura as the secured party any DACA securing obligations for which Ankura is an agent, regardless of whether PPAS is a co-agent, and (ii) provide all outstanding information regarding DACAs for any and all Portfolio Companies within five (5) days of the Court's consideration of the Motion.[5]

9.     <u>Debtor/Portfolio Company loan documentation</u>.  Without limitation and as set forth in the Open Issues Chart, Ankura has not received requested information on the existence, status and production of guarantees, stock certificates, corporate formation documents, promissory notes, mortgages, security agreements, intercreditor agreements, amendments to loan documents, and schedules to loan documents.

---

[5]  While it is readily apparent why DACAs are important for any lender, the situation at Group B Portfolio Company ▮▮▮▮▮▮▮▮▮▮ (where Ankura has been activated as agent) demonstrates why DACAs are critical for these Debtors.

Ankura asked PPAS for information regarding a DACA at ▮▮▮ as early as May 29, 2019, and repeated the request numerous times thereafter, as recently as August 11, 2020.   Roy Declaration ¶ 4.  On December 30, 2019, March 2, 2020 and March 20, 2020, Ms. Tilton, who had sole signing privileges on the subject ▮▮▮ account, paid PPAS $500,000, $250,000 and $500,000, respectively, all at times when PPAS was no longer the agent for the Debtors. *See* April 6, 2020 e-mail from ▮▮▮ to Ankura, attached hereto as **Exhibit B**.  On March 21, 2020, within weeks and months of having paid over one million dollars to PPAS from ▮▮▮ bank account, Ms. Tilton resigned as director, manager and officer of all of the Portfolio Companies, including ▮▮▮.  Ankura has been advised that Ms. Tilton has recently re-appointed herself as the sole director of ▮▮▮.

If PPAS and Ms. Tilton are permitted to continue to avoid responsibility for the transition of control over ▮▮▮ accounts, the Debtors will be unable to protect their secured position.  While the Debtors have not had the opportunity to conduct a comprehensive review of the accounts of the dozens of other Portfolio Companies, they are deeply concerned about PPAS's refusal to simply provide the DACA information that has been requested over and over again for more than a year.

26932548.2

10.     PPAS should be compelled to provide to Ankura all outstanding requests relating to Debtor/Portfolio Company loan documentation within five (5) days of the Court's consideration of the Motion.

11.     <u>Debtor loan collateral and pledged securities</u>.  As detailed on the Open Issues Chart, there are several issues that have been raised by Ankura with PPAS and remain outstanding as of the date hereof, including, without limitation:  stock certifications, collateral securities, guarantor certificates, intellectual property, collateral/pledged securities of several Portfolio Company subsidiaries, and confirmation of the existence of original stock certificates and other collateral.

12.     PPAS should be compelled to provide to Ankura all outstanding information and requests regarding Debtor loan collateral and pledged securities within five (5) days of the Court's consideration of the Motion.

13.     <u>UCC statements and filings</u>.  While transition of Agent Matters relating to UCC statements and filings has been substantially completed, there exist minor open issues as reflected on the Open Issues Chart, which should fully and finally address issues raised by Ankura since its engagement was approved by the Court.

14.     PPAS should be compelled to provide to Ankura all outstanding information regarding UCC statements and filings within five (5) days of the Court's consideration of the Motion.

## **CONCLUSION**

15.     Had the Debtors not filed the Motion, they undoubtedly would still not have the Pledged Securities, the Collateral Accounting, the additional pledged securities delivered to date, and other information that has been produced by PPAS that had been requested by Ankura since

its engagement in March 2019. Unfortunately, the Debtors and Ankura are still in need of this Court's jurisdiction and relief to compel PPAS to finally satisfy its Court-ordered obligations.

WHEREFORE, for the reasons discussed herein and in the Motion, the Debtors respectfully request that the Court overrule the Objection, approve the Motion and grant such other and further relief as may be appropriate.

Dated: August 20, 2020
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael R. Nestor*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
     rbrady@ycst.com
     mnestor@ycst.com
     jbarry@ycst.com
     rbartley@ycst.com
     sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*

**<u>EXHIBIT A</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**Ref. Docket Nos. 1505, 1526, 1542, 1566, and 1571**

### DECLARATION OF RYAN M. ROY

I, Ryan M. Roy, declare under penalty of perjury that:

1.      I am a Managing Director at Ankura Trust Company, LLC ("Ankura").

2.      Ankura was appointed as agent for the above captioned Debtors with respect to various of the Debtors' Portfolio Companies, pursuant to that order of the United States Bankruptcy Court for the District of Delaware dated March 19, 2020 [Docket No. 709] (the "Ankura Transition Order"). I have been primarily responsible for this engagement on behalf of Ankura; based on my position and experience, I have personal knowledge of the facts described herein. I submit this affidavit in connection the Debtors' Motion To Compel Compliance With Prior Orders Directing The Transition Of Loan Agency Services, Including The Turnover Of Possessory Collateral And For An Accounting (the "Motion").

3.      The Transition Order provides that "PPAS, the Debtors, and [Ankura] shall use commercially reasonable efforts to transition existing Zohar-related PPAS agent matters to the New Agent." Ankura Transition Order ¶9. Such "agent matters" include, without limitation, identifying information relating to each Portfolio Company, transaction documents, guarantors

---

[1]  The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. ("Zohar I") (3724), Zohar III, Limited (9261) ("Zohar III"), Zohar II 2005-1, Limited (8297) ("Zohar II"), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

(if any), original stock certificates, notes and mortgages, UCC financing statements and status, deposit account control agreements ("DACA's"), and collateral and securities held on behalf of the Debtors (collectively, the "Agent Matters").

4.      Since its appointment, Ankura has made numerous attempts to effectuate a transition of all "Zohar-related PPAS agent matters" to Ankura, including, without limitation, by emails dated:

- May 29, 2019 (attached hereto as Exhibit A-1 and A-2)

- June 26, 2019 (attached hereto as Exhibit B)

- July 12, 2019 (1:05 pm email attached hereto as Exhibit C)

- July 12, 2019 (1:29 pm email attached hereto as Exhibit D)

- July 17, 2019 (attached hereto as Exhibit E-1 through E-15)

- August 12, 2019 (attached hereto as Exhibit F)

- August 16, 2019 (attached hereto as Exhibit G)

- August 28, 2019 (attached hereto as Exhibit H)

- September 11, 2019 (attached hereto as Exhibit I)

5.      Each of the emails referenced in the immediately preceding paragraph specifically requested transition of the Agent Matters.

6.      As of the date of filing of the Motion, among other things, PPAS had not produced or responded to Ankura's repeated requests for (i) the status, possession, and transition of certain collateral and securities and (ii) the existence, status, and assignment of certain DACAs.

7.      On July 24, 2020, the Debtors received an accounting from PPAS (the "Accounting"), which included a listing of securities for 100 companies. Such securities

2

represent Agent Matters that had been requested by Ankura since at least May 29, 2019.  The Accounting is attached hereto as Exhibit J.

8.      On August 14, 2020, PPAS emailed to Ankura the status of DACAs for 20 Portfolio Companies and, where applicable, copies of such DACAs.  Such DACAs represent Agent Matters that had been requested by Ankura since at least May 29, 2019.  A copy of the August 14 Email is attached hereto as Exhibit K.

9.      As of the date hereof, PPAS has yet to transition Zohar-related agency roles that PPAS was required to transition under the terms of the Ankura Transition Order.  The chart attached hereto as Exhibit L tracks Ankura's requests for the delivery of collateral, documentation, and information, as well as the status of PPAS's responses to those requests. Ankura updates this chart regularly and has shared earlier versions with PPAS as a means of communicating requests and their current status.

10.     Text in red indicates a request by Ankura that PPAS has not fulfilled.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: August 20, 2020

*/s/ Ryan M. Roy*
Ryan M. Roy
Managing Director, Ankura

# Exhibit A-1

| | |
|---|---|
| **From:** | Ryan Roy |
| **To:** | Carolyn Schiff |
| **Cc:** | Jay Hopkins; Lisa Price; David Sawyer; James Balcom |
| **Subject:** | RE: [EXT] RE: Ankura Onboarding - Files for Verification + KYC Outstandings |
| **Date:** | Wednesday, May 29, 2019 3:29:00 PM |
| **Attachments:** | image001.png |
| | ATC - Zohar_KYC_BorrowerInfo.docx |

Hi Carolyn,

Following up on the open items:

1. The loan register file verification referenced in this email chain below. Please advise status.
2. The abbreviated borrower information forms (in Microsoft Word) that I sent you on 5/21 (form reattached for your convenience). Please advise status.
3. Open KYC items – please deliver the following items so we can complete our KYC:
   A. Org Charts for: ███████████████
   B. Formation Documents for: ████████████████████████████████████████████
      ███████████████████████████████████████████████████████
   C. Secretary Certs for ████████████
   D. Email addresses, phone #s, and faxes for each of ███████████ (note we have physical addresses and the CFO's or Lynn Tilton's name associated with these, but do not have email addresses, phone #s, or fax #s)
   E. W-8 or W-9 for ██████████████████

Please note that later this evening we will be sending a schedule outlining deliverables related to collateral (stock certs and powers, mortgages, UCCs, DACAs, Other Collateral) for each of the performing borrowers. Receipt of this information will not impact the timing of our onboarding, however we wanted you to be aware that the request is coming and that collecting this information will be our focus once the initial onboarding is complete.

Lastly, as we are approaching month end we wanted to make sure Ankura Trust is on the same page as PPAS with respect to the upcoming invoice process – given the number of onboarding items that remain outstanding, we believe it would be most efficient if PPAS handled the invoicing process this month to give you adequate time to deliver the remaining items. We are happy to hop on the phone to discuss this further if you would like – please let us know.

Thanks,

Ryan M. Roy
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile



ankuratrust.com

**From:** Carolyn Schiff <Carolyn.Schiff@PatriarchPartners.com>
**Sent:** Thursday, May 23, 2019 2:34 PM
**To:** Ryan Roy <Ryan.Roy@ankura.com>
**Cc:** Jay Hopkins <jay.hopkins@ankura.com>; Lisa Price <Lisa.Price@ankura.com>; David Sawyer <David.Sawyer@ankura.com>; James Balcom <James.Balcom@fticonsulting.com>
**Subject:** RE: [EXT] RE: Ankura Onboarding - Files for Verification + KYC Outstandings

Almost done. Should have to you tomorrow

**From:** Ryan Roy [mailto:Ryan.Roy@ankura.com]
**Sent:** Thursday, May 23, 2019 2:07 PM
**To:** Carolyn Schiff
**Cc:** Jay Hopkins; Lisa Price; David Sawyer; James Balcom
**Subject:** RE: [EXT] RE: Ankura Onboarding - Files for Verification + KYC Outstandings

Carrie – curious if there is any update on where Rene and Carlos are on verifying the loan register file. Please let us know status and expected completion date.

Thank you,

Ryan M. Roy
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile



ankuratrust.com

**From:** Carolyn Schiff <Carolyn.Schiff@PatriarchPartners.com>
**Sent:** Monday, May 20, 2019 11:30 AM
**To:** Ryan Roy <Ryan.Roy@ankura.com>
**Cc:** Jay Hopkins <jay.hopkins@ankura.com>; Lisa Price <Lisa.Price@ankura.com>; David Sawyer <David.Sawyer@ankura.com>; James Balcom <James.Balcom@fticonsulting.com>
**Subject:** [EXT] RE: Ankura Onboarding - Files for Verification + KYC Outstandings

On the tax forms, you received one for ██████ – that is ██████

**From:** Carolyn Schiff
**Sent:** Monday, May 20, 2019 10:24 AM
**To:** 'Ryan' Roy'
**Cc:** Jay Hopkins; Lisa Price; David Sawyer; James Balcom
**Subject:** RE: Ankura Onboarding - Files for Verification + KYC Outstandings

Some of the wire instructions you say you don't have were, in fact, provided. See attached chart

**From:** Ryan Roy [mailto:Ryan.Roy@ankura.com]
**Sent:** Thursday, May 16, 2019 10:55 AM
**To:** Carolyn Schiff
**Cc:** Jay Hopkins; Lisa Price; David Sawyer; James Balcom
**Subject:** Ankura Onboarding - Files for Verification + KYC Outstandings

Carolyn,

As discussed on our last call, Ankura agreed to take the lead in compiling the information related to the loan contracts for purposes of its onboarding and, once completed, PPAS agreed to review and where appropriate either verify that the information Ankura captured is correct or provide the correct information where we may have captured incorrect information. The attached file, titled "Zohar_LoanRegisters_ForPPASVerification_v20190516" contains the information that needs to be verified on the "Combined" tab. The information that we need verified is located in the columns with headers colored in Gold (i.e. columns O through S for rows 3 and 4 and columns M through AC for rows 8 through 235). Please also respond to the follow-ups related to certain facilities described in column AE.

Separately, there are a few remaining KYC requests outstanding. These are highlighted in RED in the attached file titled "Zohar_ATCAgencyOnboardingTracker_0515". Please provide this information as soon as possible so we can complete our KYC.

Lastly, we'd like to set up a call to walk you through these files and provide you and your team the opportunity to ask questions. Please let us know your availability tomorrow morning and we will set it up.

Best,

Ryan M. Roy
Managing Director

60 State Street, Suite 700, Boston, MA 02109

+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile



ankuratrust.com

Confidentiality Notice:
This email and any attachments may be confidential and protected by legal privilege. This communication is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

........................................................................................................................................................................................................................................

The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

........................................................................................................................................................................................................................................

The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.



# Know Your Customer ("KYC") Documentation Request Form

1. Company Info
   - Business Details
     - ☐ Industry
     - ☐ Annual revenues
     - ☐ Accounts, assets and transactions that are atypical for the type and character of the customer
   - Country Details
     - ☐ Country of Origin
     - ☐ Country of residence of the principals or beneficiaries, or the country where established, or source of funds
   - Multinational Companies
     - ☐ Multinational location(s) and scope of business operations
     - ☐ Expected worth/value of the international activity per country
     - ☐ Revenue breakdown by country (including de minimis amounts).
   - International Companies
     - ☐ Whether international fund transfers are conducted, particularly with offshore funding sources.

For questions, please contact:

Jay Hopkins
Managing Director
+1.917-544-7727

Lisa Price
Managing Director
+1.917.847.0516 Mobile

#4851-1321-9183

# Exhibit A-2

| | |
|---|---|
| **From:** | Ryan Roy |
| **To:** | Carolyn Schiff |
| **Cc:** | David Sawyer; Jay Hopkins; Lisa Price; James Balcom |
| **Subject:** | RE: [EXT] Re: Ankura Trust - Collateral Tracker |
| **Date:** | Wednesday, May 29, 2019 8:07:00 PM |
| **Attachments:** | RE EXT Re Onboarding documentation.msg |
| | image001.png |

Thanks Cari – as you know, we are keen to wrap up onboarding as quickly as possible. And apologies on ████████████████.org chart request – we were going off of the attached email stating the ██████ chart would be sent. We will mark it as N/A based on your email below.

Thanks,

**Ryan M. Roy**
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile

[image]

**ankuratrust.com**

**From:** Carolyn Schiff <Carolyn.Schiff@PatriarchPartners.com>
**Sent:** Wednesday, May 29, 2019 7:23 PM
**To:** Ryan Roy <Ryan.Roy@ankura.com>
**Cc:** David Sawyer <David.Sawyer@ankura.com>; Jay Hopkins <jay.hopkins@ankura.com>; Lisa Price <Lisa.Price@ankura.com>; James Balcom <James.Balcom@fticonsulting.com>
**Subject:** [EXT] Re: Ankura Trust - Collateral Tracker

Ryan,
I am traveling for the balance of the week but will continue working on getting you these items. Some we have repeatedly told you do not exist (██████ do not have .org charts); some I think you already have. The Corp formation docs you should have by Friday

Sent from my iPhone

On May 29, 2019, at 5:11 PM, Ryan Roy <Ryan.Roy@ankura.com> wrote:

> Carolyn,
> As mentioned in my email to you earlier today, please find the attached chart for the purposes of tracking the delivery of collateral for each of the 16 performing borrowers. As you will see, there are columns for:
>   1. Original Stock Certs and Promissory Notes + powers
>   2. Mortgages
>   3. UCCs
>   4. DACAs
>   5. Other Collateral
> Please provide the relevant collateral for each borrower and, if there is no collateral, then please mark that as such in the applicable column.
> Please let us know if you have any questions.
> Thanks very much,
> Ryan
> **Ryan M. Roy**
> Managing Director
>
> 60 State Street, Suite 700, Boston, MA 02109
> +1.617.878.2112 Main +1.617.878.2031 Direct
> +1.646.528.4393 Mobile
> <image001.png>
> **ankuratrust.com**
> Confidentiality Notice:
> This email and any attachments may be confidential and protected by legal privilege. This communication is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.
>
> <Zohar - Agency Transfer Collateral Tracker.docx>

The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

**From:** Carolyn Schiff
**To:** Lisa Price
**Subject:** RE: [EXT] Re: Onboarding documentation
**Attachments:** ██ Org Structure.zip

Patriarch/pc confidential

Lisa,

Attached are various org charts.  The org charts included are for the following entities: ██████████████████████████████████████

The following companies do not have org charts as they have no subsidiaries: ██████████████████████████████████████.
These are existing org charts – neither Patriarch nor the companies have undertaken to create new org charts for Ankura.

████████ does not have a corporate org chart.  It has two 100% owned subsidiaries:  its UK subsidiary: ████████ and its Canada subsidiary:

An org chart for ██████ will be sent shortly.

Note that since ██████ is no longer an operating entity some of the ██████ entities may have been statutorily dissolved or revoked.

Carolyn Traister Schiff, Esq.
Vice President, Litigation
Patriarch Partners, LLC
1 Liberty Plaza, 35th Floor
New York, New York 10006
(646) 723-7652 (d)
(212) 825-2038 (f)
Carolyn.Schiff@PatriarchPartners.com

**From:** Lisa Price [mailto:Lisa.Price@ankura.com]
**Sent:** Thursday, April 18, 2019 11:06 AM
**To:** Carolyn Schiff
**Subject:** RE: [EXT] Re: Onboarding documentation

Thank you

**From:** Carolyn Schiff <Carolyn.Schiff@PatriarchPartners.com>
**Sent:** Thursday, April 18, 2019 10:47 AM
**To:** Lisa Price <Lisa.Price@ankura.com>
**Subject:** RE: [EXT] Re: Onboarding documentation

Patriarch/pc confidential

The administrative contacts with addresses phone and emails  (the CFOs) are set forth in the attached documents provided to Ryan Roy earlier this month

**From:** Lisa Price [mailto:Lisa.Price@ankura.com]
**Sent:** Wednesday, April 17, 2019 4:29 PM
**To:** Carolyn Schiff
**Subject:** RE: [EXT] Re: Onboarding documentation

Ok., I will double check.
Thanks
Lisa

**From:** Carolyn Schiff <Carolyn.Schiff@PatriarchPartners.com>
**Sent:** Wednesday, April 17, 2019 4:27 PM
**To:** Lisa Price <Lisa.Price@ankura.com>
**Subject:** RE: [EXT] Re: Onboarding documentation

We have provided you with the directors and officers information

**From:** Lisa Price [mailto:Lisa.Price@ankura.com]
**Sent:** Wednesday, April 17, 2019 4:24 PM
**To:** Carolyn Schiff
**Subject:** RE: [EXT] Re: Onboarding documentation

Carolyn,
Attached is a copy of the spreadsheet.
Lisa

**From:** Carolyn Schiff <Carolyn.Schiff@PatriarchPartners.com>
**Sent:** Wednesday, April 17, 2019 4:13 PM
**To:** Lisa Price <Lisa.Price@ankura.com>
**Cc:** James.Balcom@fticonsulting.com; Ryan Roy <Ryan.Roy@ankura.com>; Jay Hopkins <jay.hopkins@ankura.com>; James McGinley <James.McGinley@ankura.com>
**Subject:** RE: [EXT] Re: Onboarding documentation

Ok…I am out of the office at a hearing an cannot seem to get into the link

**From:** Lisa Price [mailto:Lisa.Price@ankura.com]
**Sent:** Wednesday, April 17, 2019 4:08 PM
**To:** Carolyn Schiff
**Cc:** James.Balcom@fticonsulting.com; Ryan Roy; Jay Hopkins; James McGinley

**Subject:** RE: [EXT] Re: Onboarding documentation

Carolyn,
The link contains the list of items and indicates the responsible party. I have also marked "Rec'd" for the items provided to date. Let me know if you can't access the link.
Thanks
Lisa

**From:** Carolyn Schiff <Carolyn.Schiff@PatriarchPartners.com>
**Sent:** Wednesday, April 17, 2019 4:05 PM
**To:** Lisa Price <Lisa.Price@ankura.com>
**Cc:** James.Balcom@fticonsulting.com; Ryan Roy <Ryan.Roy@ankura.com>; Jay Hopkins <jay.hopkins@ankura.com>; James McGinley <James.McGinley@ankura.com>
**Subject:** [EXT] Re: Onboarding documentation

Is there a list of what is still outstanding? I know that some of the docs were to come from FTI ( as we had already provided them to the debtors) and some were provided by us.

Sent from my iPhone

On Apr 17, 2019, at 3:37 PM, Lisa Price <Lisa.Price@ankura.com> wrote:

> Carolyn, Jim,
> The onboarding documents received are indicated in the information  found on the link below.  Please note that we are still waiting for a substantial amount of documents to be provided.
> Thank you.
>
>
> https://appriver3651007591-my.sharepoint.com/:x:/r/personal/ankuratrust_ankura_com/_layouts/15/Doc.aspx?sourcedoc=%7B58b808cb-f3b7-44D8-8bf5-c6cac73e8265%7D&action=default&cid=f205bf1e-a6ce-4418-83a0-07ac7a10cb2c
>
>
> **Lisa J. Price**
> Managing Director
>
> 140 Sherman Street, Fourth floor, Fairfield, CT 06824
> 1.475.282.1600 Main
> 1.475.282.1609 Direct
> 1.917.847.0516 Mobile
>   <image003.jpg>
> **ankuratrust.com**
>
>
>
>
> **Confidentiality Notice:**
> This email and any attachments may be confidential and protected by legal privilege. This communication is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

# Exhibit B

| | |
|---|---|
| **From:** | Harms, Savannah |
| **To:** | Carolyn Schiff; Kevin Dell; Brian Stephen |
| **Cc:** | Ryan Roy; David Sawyer; Lynn Poss; Harris, Jennifer; Lee, Junoh |
| **Subject:** | [EXT] RE: Ankura/Zohar - Agency Succession |
| **Date:** | Wednesday, June 26, 2019 8:24:52 PM |
| **Attachments:** | Zohar - Agency Transfer Chart of Missing Items-4838-1814-6712-v5.docx |
| | Change-Pro Redline - Zohar - Agency Transfer Chart of Missing Items and ... .pdf |

PPAS/Carolyn,

Thank you for sending us many of the outstanding documents over the course of the week. We have attached an updated missing items chart, which is redlined against our previous version. This is updated to reflect the documents you have sent us so far.

Please let me know if you have any questions,

Savannah

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5502
sharms@milbank.com | milbank.com

**From:** Carolyn Schiff [mailto:Carolyn.Schiff@PatriarchPartners.com]
**Sent:** Wednesday, June 26, 2019 10:39 AM
**To:** Lee, Junoh <jlee4@milbank.com>; Kevin Dell <Kevin.Dell@PatriarchPartners.com>; Brian Stephen <Brian.Stephen@PatriarchPartners.com>
**Cc:** Ryan Roy <Ryan.Roy@ankura.com>; David Sawyer <David.Sawyer@ankura.com>; Lynn Poss <lynn.poss@ankura.com>; Harris, Jennifer <JHarris@milbank.com>; Harms, Savannah <SHarms@milbank.com>
**Subject:** RE: Ankura/Zohar - Agency Succession

PATRIARCH/PC CONFIDENTIAL
All,
Re ▬▬▬ – attached are amendments 5-12. As to amendments 1-4, on page 6 of attached Amendment No. 5 (appears to be Section 1 (d)) there is an acknowledgement ▬▬▬ by all parties that Amendments 1-4 were executed in the form attached as an exhibit to Amendment No. 5 or, if not executed, they are ratified. The language is as follows:
Each of the parties hereto hereby (a) agrees that, to
the best of its belief, each of the four amendments attached hereto as Exhibit B were executed in
the form attached effective as of the date set forth on each of these amendments, and, in any case,
consents to, agrees and ratifies each such amendment and (b) hereby agrees that all other
amendments to the Credit Agreement, if any, or any other drafts, whether or not executed, of the
amendments attached to as Exhibit B, are hereby terminated and their changes reversed to be
effective as if these amendments had never been executed.

**From:** Lee, Junoh [mailto:jlee4@milbank.com]
**Sent:** Monday, June 24, 2019 6:23 PM
**To:** Carolyn Schiff; Kevin Dell; Brian Stephen
**Cc:** Ryan Roy; David Sawyer; Lynn Poss; Harris, Jennifer; Harms, Savannah
**Subject:** RE: Ankura/Zohar - Agency Succession

Carolyn, and team,

Thank you for your responses. Please find an updated version of the Agency Transfer Chart. Note, this is the same document that was previously sent to you by Ankura. We have updated it to include additional facilities (co-agent/agent) and have also included any additional information we have received since the initial draft. We have highlighted in red the information that we need on each of the loan facilities. Would it be helpful to get on a phone call to discuss? We are missing quite a bit of information that is needed to complete the agency transfer process and would like to work with you to get that completed as expeditiously as possible.

Thank you,
Junoh

Junoh Lee | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5844
jlee4@milbank.com | milbank.com

**From:** Carolyn Schiff [mailto:Carolyn.Schiff@PatriarchPartners.com]
**Sent:** Monday, June 24, 2019 4:01 PM
**To:** Harms, Savannah <SHarms@milbank.com>; Kevin Dell <Kevin.Dell@PatriarchPartners.com>; Brian Stephen <Brian.Stephen@PatriarchPartners.com>
**Cc:** Ryan Roy <Ryan.Roy@ankura.com>; David Sawyer <David.Sawyer@ankura.com>; Lynn Poss <lynn.poss@ankura.com>; Harris, Jennifer <JHarris@milbank.com>; Lee, Junoh <jlee4@milbank.com>
**Subject:** RE: Ankura/Zohar - Agency Succession

Apologies – I hit send too early. Response re ▬▬▬ to follow

**From:** Carolyn Schiff
**Sent:** Monday, June 24, 2019 3:44 PM
**To:** 'Harms, Savannah'; Kevin Dell; Brian Stephen
**Cc:** Ryan Roy; David Sawyer; Lynn Poss; Harris, Jennifer; Lee, Junoh
**Subject:** RE: Ankura/Zohar - Agency Succession

PATRIARCH/PC CONFIDENTIAL
See my responses in red below

**From:** Harms, Savannah [mailto:SHarms@milbank.com]
**Sent:** Thursday, June 20, 2019 3:03 PM
**To:** Carolyn Schiff; Kevin Dell; Brian Stephen
**Cc:** Ryan Roy; David Sawyer; Lynn Poss; Harris, Jennifer; Lee, Junoh
**Subject:** RE: Ankura/Zohar - Agency Succession

Please see attached.

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5502
sharms@milbank.com | milbank.com

**From:** Carolyn Schiff [mailto:Carolyn.Schiff@PatriarchPartners.com]
**Sent:** Thursday, June 20, 2019 3:02 PM
**To:** Harms, Savannah <SHarms@milbank.com>; Brian Stephen <Brian.Stephen@PatriarchPartners.com>
**Cc:** Ryan Roy <Ryan.Roy@ankura.com>; David Sawyer <David.Sawyer@ankura.com>; Lynn Poss <lynn.poss@ankura.com>; Harris, Jennifer <JHarris@milbank.com>; Lee, Junoh <jlee4@milbank.com>
**Subject:** RE: Ankura/Zohar - Agency Succession

Can you please send me the letter agreement?

**From:** Harms, Savannah [mailto:SHarms@milbank.com]
**Sent:** Thursday, June 20, 2019 2:39 PM
**To:** Kevin Dell; Brian Stephen; Carolyn Schiff
**Cc:** Ryan Roy; David Sawyer; Lynn Poss; Harris, Jennifer; Lee, Junoh
**Subject:** Ankura/Zohar - Agency Succession

Hi Kevin,

As discussed on yesterday's call, please see the below information and questions for your confirmation:

Ankura will be succeeding as Agent for the following Credit Agreements:

A-1 Performing Borrowers:





A-2 Non-Performing Borrowers:

Of these Loans, the above highlighted in yellow (11, 12, 13, 14, 15 & 16 in the above List A-1 and 5 in the List A-2) have been designated in the Letter Agreement as co-agent Credit Agreements with PPAS, so that PPAS is the Agent for the ARK and Lynn Tilton entities that are party to such Credit Agreement.

However, when we reviewed each Credit Agreement, we saw that #14 ████ and #15 ████ under the A-1 list do not have an ARK or Lynn Tilton Lender in the Amendments or original agreement. Can you please help us understand why ████ and ████ were designated in the Letter Agreement as a Co-Agent Credit Agreement? Perhaps there is a different "Patriarch Stakeholders" entity that is party to the Credit Agreements that we are not seeing. One of Lynn's Ark entities has an ABL with ████, but they are not a party to the Credit Agreement. I do note that ████ has been invoiced by Ankura at the "regular" non co-agent rate, so I am not sure where the disconnect is. ████

Further, under the A-2 Agreements, #2 ████ and #10 ████ appear to be executed by an ARK Lender ████ is executed by ARK II CLO 2001-1, LTD. And ████ is executed by ARK Investment Partners II, L.P.). Have those lenders been paid off, such that no co-Agent is applicable? The ████ ARK and AIP loans have not been paid off. Re ████ the facility has expired.

Thank you,
Savannah

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5502
sharms@milbank.com | milbank.com

========================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

..................................................................................................................................................................
The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

========================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

..................................................................................................................................................................
The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

========================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

..................................................................................................................................................................
The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

========================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**Ankura – Agency Transfer from Patriarch Partners Agency Services, LLC ("PPAS")**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■ | ■ | Credit Agreement dated 3/4/09; Amendments: 1-5 (5th: 11/19/15)<br><br>Payoff Letter – on or about July 1st (draft agreed) | April 15, 2019 as of Amendment 4 | PPAS to deliver collateral per Payoff Letter | PPAS to deliver collateral per Payoff Letter | UCCs to be terminated on Payoff Effective Date | DACAs (if any) to be terminated on Payoff Effective Date | PPAS to deliver per Payoff Letter (if any) |
| ■ | ■ )) | Credit Agreement dated 1/21/10; Amendments: 1-14 (14th: 5/1/19) | July 8, 2019 as of Amendment 14 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | BAML DACA dated 6/18/19 among Borrower, Wells, Ankura and BAML for accounts ■<br><br>BB&T BACA with Lockbox undated unsigned; BB&T DACA | Please confirm if any. |

---

[1] As Payoff is contemplated to occur imminently, no need to transfer collateral.  If payoff does not occur in next few weeks, UCCs and collateral should be transferred.

4838-1814-6712v5

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | undated and unsigned<br><br>Please provide status on BB&T BACAs and DACAs<br><br>Please confirm no other accounts | |
| ▮ | ▮ | AR Credit Agreement dated 8/31/11; Amendments: 1-13; (13th: 5/1/19); | July 8, 2019 as of Amendment 13 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ▮ | ▮ | AR Credit Agreement dated 8/31/11; Amendments: 1-13 (13th: 5/1/19) | July 8, 2019 as of Amendment 13 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs. | Please confirm if any. |

Milbank Request 6/26/19

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | █████ | | | | | | | |
| █████ | 7 named individuals (illegible) | Promissory Note Agreement dated 2/3/06; Amendments: 1-6 (6th: 11/14/06); Missing Amendment No. 7; 8-18 (8th: 4/25/07; 18th: 11/19/15); Commitment Settlement Amendment 6/6/12. <br><br> Please provide Amendment No. 7. | April 15, 2019 as of Amendment 15 <br><br> Amendment No. 19 to extend maturity date to 7/8/19 in process. <br><br> Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| █████ | █████ | First AR Credit Agreement dated 1/11/07; Amendments: 1-15 (15th: 11/19/15) | April 15, 2019 as of Amendment 14 <br><br> Amendment No. 16 to extend maturity date to 7/8/19 in process. <br><br> Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | ■ | | | | | | | |
| ■ | all Domestic Subs | Credit Agreement dated 6/1/09; Amendments: 1-9 (9th: 11/19/15)<br><br>Please confirm reference to "June 1, 2010" in Amendments 2, 3, 4, 5, 6 and 8 are to the 2009 CA. | April 15, 2019 as of Amendment 8<br><br>Amendment No. 10 to extend maturity date to 7/8/19 in process.<br><br>Note: Milbank Invoice unpaid. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ■ | all Domestic Subs | Credit Agreement dated 12/6/07; Amendments: 1-4 (4th: 11/30/10); Amendments 5-14 (5th: 5/3/11; 14th: 11/19/15)<br><br>Please note: Amendments 4-14 refer to Credit Agreement on 12/6/10. Please confirm if this is a separate facility. If so, please send us corresponding docs. | April 15, 2019 as of Amendment 13<br><br>Amendment No. 15 to extend maturity date to 7/8/19 in process. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | ■ | AR Credit Agreement 3/08/02; Amendments: 1-12 (12th: 11/19/15) | April 15, 2019 as of Amendment 10<br><br>Amendment No. 13 to extend maturity date to 7/8/19 in process. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ■ | All domestic subs | Credit Agreement dated as of 4/17/12; Amendments: 1-9 (9th: 11/19/15) | June 1, 2017 as of Credit Agreement<br><br>Note:  Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ■ | ■ | Credit Agreement dated 5/15/06; Amendments:1-22 (22nd: 11/19/15) | April 15, 2019 as of Amendment 21<br><br>Amendment No. 23 to extend maturity date to 7/8/19 in process.<br><br>Note: Agency fee unpaid; CFO to provide payment plan. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

**Ankura and PPAS as Co-Agents (A-1s)**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + | Mortgages (to prepare Assignment | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|

| | | | | powers (if any) | of Mortgages) | | | |
|---|---|---|---|---|---|---|---|---|
| ▉ | ▉ | AR Credit Agreement 8/31/11; Amendments: 1-16 (16th: 5/1/19) | April 15, 2019 as of Amendment 15<br><br>Amendment No. 17 to extend maturity date to 7/8/19 in process. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | BB&T DACA dated 6/17/19 among Wells, Ankura, Borrower and BB&T for account ▉<br><br>BB&T BACA with Lockbox dated 6/17/19 among Wells, Ankura, Borrower and BB&T for accounts: ▉<br><br>Please provide status on BAML DACA among Borrower, Wells, Ankura and BAML and Side Letter<br><br>Please confirm no other accounts. | Please confirm if any. |
| ▉ | all Domestic Subs | Credit Agreement dated 12/15/11 Amendments: 1-3; (3rd: 11/19/15) | March 31, 2019 as of Amendment 2 | Please confirm if any. | Please confirm if any. | UCC_2011 ▉ | Please provide Accounts/ DACAs | Please confirm if any. |

Milbank Request 6/26/19

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Intercreditor Agreement dated 2/13/12. | | | | UCC 2011 ███████ Please confirm no other UCCs | | |
| ████ | None. | Credit Agreement dated 7/8/05 Amendments: 1-55 (55th: 11/19/15) | April 15, 2019 (as of 55th Amendment) Amendment No. 56 to extend maturity date to 7/8/19 in process. Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ████ | All domestic subs of Borrower | AR Credit Agreement dated as of 2/28/03; Amendments 1-24 (24th: 11/19/15); Commitment Settlement Amendment dated as of 6/6/12 | April 15, 2019 as of Amendment 24 Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please explain why the Co-Agent relationship? Only Zohar lenders are signatories as of last amendment.[2] |
| ████ | All domestic subs | Credit Agreement dated as of 5/13/11; Amendments: 1-9 (9th: 2/15/16); Commitment Settlement Amendment dated 6/6/12 | April 15, 2019 as of Amendment 9 for Zohar Lenders; January 19 2017 for ARK Lenders | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

---

[2] NTD: PPAS confirming.

- 7 -

| | | | Note: Agency fee unpaid; please provide an update. | | | | | |
|---|---|---|---|---|---|---|---|---|

**Non Performing Borrowers (A-2s)**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ███ | The Subsidiaries of Borrower | First Amended and Restated Credit Agreement dated as of 5/1/06; Amendments 1-34 (34th: 11/19/15) | April 15, 2019 as of Amendment 33 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any |
| ███ | None. | Loan and Security Agreement dated 10/14/98; Amendments 1-3 (3rd: 11/21/00); Missing Amendment No. 4; 5-19 (5th: 2/22/02; 19th: 2/5/16)<br><br>Please provide Amendment No. 4 | April 15, 2019 for Zohar Lenders; January 19, 2017 for ARK Lenders as of Amendment 19 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm ARK Lender no longer party to LSA |
| ███ | All domestic subs of the Borrower | Credit Agreement dated as of 11/7/08; Amendments: 1-4 (4th: 11/19/15) | April 15, 2019 as of Amendment 3 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ███ | Term Loan: ███ | AR Security Agreement dated as of 4/1/11 | April 15, 2019 as of 59th Amendment to Term Loan | Please confirm if any. | Please confirm if any. | Please provide | Please provide | Please confirm ARK Lender no longer party to LSA or |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ██████████ <br><br>LSA: ████ <br><br>██ | AR Intercreditor Agreement dated as of 4/7/15; 1st Amendment  9/1/15 <br><br> Term Loan Agreement dated as of 11/2/04; Amendments 1-59 (59th: 2/5/16); Commitment Settlement Agreement dated 6/6/12 | and as of LSA for Zohar Lender Commitments. <br><br> April 15, 2016 for ARK Lenders under LSA. | | | copies of UCCs. | Accounts/ DACAs | Term Loan Agreement. |
| ████ CO-AGENT | ████████ ████████ ████████ ████████ ████████ ██████ ██████ ███████ | Amended and Restated Loan and Security Agreement dated 6/2/06; no Amendments. <br><br> Second Amended and Restated Loan and Security Agreement dated as of 6/28/07; Amendments 1-4 (4th: 1/16/09) (**Only Zohar Lenders**) <br><br> MISSING "Credit Agreement as of June 5, 2008"; Amendments 1-11(11th: 3/24/10) (**Only Zohar Lenders**) <br><br> Third Amended and Restated Loan and Security Agreement dated as of 1/15/09; | April 15, 2019 as of 3rd AR LSA Amendment 18 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Amendments 1-18 (18th: 2/5/16)<br><br>Please provide any Amendments to the 6/2/06 LSA | | | | | |
| | Domestic subs of Borrower | Credit Agreement dated as of 12/28/09; Amendments: 1-5 (5th: 11/3/15) | April 15, 2019 as of Amendment 5 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| | Domestic Subs of Borrower | Credit Agreement dated as of 3/5/08; Amendments: No. 1 – 22nd (22nd: 11/19/15) | April 15, 2019 as of Amendment 21 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| | | Credit Agreement dated as of 9/3/08;<br><br>Amendments: No. 1-12th (12th: 09/03/08) | September 3, 2013 as of Credit Agreement | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| | | Third Amended and Restated Credit Agreement dated as of 3/30/04; Amendment No. 1: 6/27/05<br><br>Credit Agreement dated as of 8/5/05; Amendments 1-19 (19th: 11/19/15) | April 15, 2019 as of 8/5/05 Credit Agreement Amendment 18 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Please confirm no other Amendments to AR CA 3/30/04; | | | | | | | |
| ■ | ■ | Credit Agreement dated as of 8/4/03; Amendments 1-30 (30th: 11/19/15) | April 15, 2019 as of Amendment 24 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please provide if any. | |

**Ankura – Agency Transfer from Patriarch Partners Agency Services, LLC ("PPAS")**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ██ | ██ | Credit Agreement dated 3/4/09; Amendments: 1-5 (5th: 11/19/15)<br><br>Payoff Letter – on or about ~~June 14th~~July 1st (draft agreed)<br><br>~~Please provide update on timing to Payoff Letter~~<br><br>~~*Agency Fee to be paid in Payoff.~~ | April 15, 2019 as of Amendment 4 | PPAS to deliver collateral per Payoff Letter | PPAS to deliver collateral per Payoff Letter | UCCs to be terminated on Payoff Effective Date | DACAs (if any) to be terminated on Payoff Effective Date | PPAS to deliver per Payoff Letter (if any) |
| ██ | ██ | Credit Agreement dated 1/21/10; Amendments: 1-14 (14th: 5/1/19) | July 8, 2019 as of Amendment 14 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | BAML DACA dated 6/18/19 among Borrower, Wells, Ankura and BAML for accounts ██<br><br>BB&T BACA with Lockbox | Please confirm if any. |

---

[1] As Payoff is contemplated to occur imminently, no need to transfer collateral.  If payoff does not occur in next few weeks, UCCs and collateral should be transferred.

4838-1814-6712v5

43919.00000

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | undated unsigned; BB&T DACA undated and unsigned<br><br>Please provide status on BB&T BACAs and DACAs<br><br>Please confirm no other accounts | |
| ⬛ | ⬛ | AR Credit Agreement dated 8/31/11; Amendments: 1-~~6; (6th: 11/13/12); Missing Amendments 7-12~~13; (13th: 5/1/19)~~;~~<br><br>~~Please provide Amendments 7-12~~ | July 8, 2019 as of Amendment 13 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

Milbank Request ~~6/24/19~~ 6/26/19

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | AR Credit Agreement dated 8/31/11; Amendments: 1 – ~~6 (6th: 11/13/12); Missing Amendments 7-11; 12~~-13 (~~12th: 11/19/15;~~ 13th: 5/1/19) <br><br> ~~Please provide Amendments 7-11.~~ | July 8, 2019 as of Amendment 13 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs. | Please confirm if any. |
| | 7 named individuals | Promissory Note Agreement dated | April 15, 2019 as of | Please confirm if | Please confirm if | Please provide | Please provide Accounts/ | Please confirm if |

- 3 -

43919.00000

| | (illegible) | 2/3/06; Amendments: 1-6 (6th: 11/14/06); Missing Amendment No. 7; 8-18 (8th: 4/25/07; 18th: 11/19/15); Commitment Settlement Amendment 6/6/12.<br><br>Please provide Amendment No. 7. | Amendment 15<br><br>Amendment No. 19 to extend maturity date to 7/8/19 in process.<br><br>Note: Agency fee unpaid; please provide an update. | any. | any. | copies of UCCs. | DACAs | any. |
|---|---|---|---|---|---|---|---|---|
| | | First AR Credit Agreement dated 1/11/07; Amendments: 1-15 (15th: 11/19/15) | April 15, 2019 as of Amendment 14<br><br>Amendment No. 16 to extend maturity date to 7/8/19 in process.<br><br>Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| | all Domestic Subs | Credit Agreement dated 6/1/09; | April 15, 2019 as of | Please confirm if | Please confirm if | Please provide | Please provide Accounts/ | Please confirm if |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ⬛ | | Amendments: 1-9 (9th: 11/19/15)<br><br>Please confirm reference to "June 1, 2010" in Amendments 2, 3, 4, 5, 6 and 8 are to the 2009 CA. | Amendment 8<br><br>Amendment No. 10 to extend maturity date to 7/8/19 in process.<br><br>Note: Milbank Invoice unpaid. | any. | any. | copies of UCCs. | DACAs | any. |
| ⬛ | all Domestic Subs | Credit Agreement dated 12/6/07; Amendments: 1-4 (4th: 11/30/10); MissingAmendments 5th Amendment (incorrect amendment provided); 6-14 (65th: 6/2/115/3/11; 14th: 11/19/15)<br><br>Please provide Amendment No. 5Please note: Amendments 4-14 refer to Credit Agreement on 12/6/10. Please confirm if this is a separate facility. If so, please send us corresponding docs. | April 15, 2019 as of Amendment 13<br><br>Amendment No. 15 to extend maturity date to 7/8/19 in process. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ⬛ | ⬛ | AR Credit Agreement 3/08/02; Amendments: 1-12 (12th: 11/19/15) | April 15, 2019 as of Amendment 10<br><br>Amendment No. 13 to extend maturity date to 7/8/19 in | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

43919.00000

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | process. | | | | | |
| | All domestic subs | Credit Agreement dated as of 4/17/12; Amendments: 1-9 (9th: 11/19/15) ~~Please provide any Amendments or confirm no Amendments.~~ | June 1, 2017 as of Credit Agreement Note:  Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| | | Credit Agreement dated 5/15/06; Amendments:1-22 (22nd: 11/19/15) | April 15, 2019 as of Amendment 21 Amendment No. 23 to extend maturity date to 7/8/19 in process. Note: Agency fee unpaid; CFO to provide payment plan. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

**Ankura and PPAS as Co-Agents (A-1s)**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|

| | | | | any) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ■ | AR Credit Agreement 8/31/11; Amendments: 1-16 (16th: 5/1/19) | April 15, 2019 as of Amendment 15<br><br>Amendment No. 17 to extend maturity date to 7/8/19 in process. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | BB&T DACA dated 6/17/19 among Wells, Ankura, Borrower and BB&T for account ■<br><br>BB&T BACA with Lockbox dated 6/17/19 among Wells, Ankura, Borrower and BB&T for accounts: ■<br><br>Please provide status on BAML DACA among Borrower, Wells, Ankura and BAML and Side Letter<br><br>Please confirm no other accounts. | Please confirm if any. |
| 13. | | Credit Agreement | March 31, 2019 as | Please | Please | UCC 2011 | Please provide | Please confirm |

Milbank Request ~~6/24/19~~6/26/19

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | all Domestic Subs | dated 12/15/11 Amendments: 1-3; (3rd: 11/19/15) <br><br> Intercreditor Agreement dated 2/13/12. | of Amendment 2 | confirm if any. | confirm if any. | 5■ <br><br> UCC 2011 ■ <br><br> Please confirm no other UCCs | Accounts/ DACAs | if any. |
| ■ | None. | Credit Agreement dated 7/8/05 Amendments: 1-55 (55th: 11/19/15) | April 15, 2019 (as of 55th Amendment) <br><br> Amendment No. 56 to extend maturity date to 7/8/19 in process. <br><br> Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ■ | All domestic subs of Borrower | AR Credit Agreement dated as of 2/28/03; Amendments 1-24 (24th: 11/19/15); Commitment Settlement Amendment dated as of 6/6/12 | April 15, 2019 as of Amendment 24 <br><br> Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please explain why the Co-Agent relationship? Only Zohar lenders are signatories as of last amendment.[2] |
| ■ | All domestic subs | Credit Agreement dated as of 5/13/11; Amendments: 1~~-4~~ (~~4th: 11/19/14);~~ | April 15, 2019 as of Amendment 9 for Zohar Lenders; January 19 2017 | Please confirm if any. | Please confirm if any. | Please provide copies of | Please provide Accounts/ DACAs | Please confirm if any. |

---

[2] NTD: PPAS confirming.

4838-1814-6712v5

43919.00000

Milbank Request ~~6/24/19~~6/26/19

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | | ~~Missing Amendment No. 5 (incorrect amendment provided); 6~~ 9 (~~6th: 6/24/15;~~ 9th: 2/15/16); Commitment Settlement Amendment dated 6/6/12 ~~Please provide Amendment No. 5~~ | for ARK Lenders Note: Agency fee unpaid; please provide an update. | | | UCCs. | | |

43919.00000

**Non Performing Borrowers (A-2s)**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ▮ | The Subsidiaries of Borrower | First Amended and Restated Credit Agreement dated as of 5/1/06; Amendments 1-34 (34th: 11/19/15) | April 15, 2019 as of Amendment 33 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any |
| ▮ | None. | Loan and Security Agreement dated 10/14/98; Amendments 1-3 (3rd: 11/21/00); Missing Amendment No. 4; 5-19 (5th: 2/22/02; 19th: 2/5/16)  Please provide Amendment No. 4 | April 15, 2019 for Zohar Lenders; January 19, 2017 for ARK Lenders as of Amendment 19 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm ARK Lender no longer party to LSA |
| ▮ | All domestic subs of the Borrower | Credit Agreement dated as of 11/7/08; Amendments: 1-4 (4th: 11/19/15) | April 15, 2019 as of Amendment 3 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ▮ | Term Loan: ▮ | Loan and Security Agreement dated 1/31/07; | April 15, 2019 as of 59th Amendment | Please confirm if | Please confirm if | Please provide copies of | Please provide Accounts/ | Please confirm ARK Lender no longer party |

| | | | | any. | any. | UCCs. | DACAs | to LSA or Term Loan Agreement. |
|---|---|---|---|---|---|---|---|---|
| | LSA: ▓ ▓ | ~~Amendments: 2 (3/12/09), 4 (1/31/12), 6 (3/20/13) to 11 (11/3/15)~~<br><br>AR Security Agreement dated as of 4/1/11<br><br>~~Assignment Agreement to PPAS dated as of 2/8/15~~<br><br>AR Intercreditor Agreement dated as of 4/7/15; 1st Amendment 9/1/15<br><br>Term Loan Agreement dated as of 11/2/04; Amendments 1-59 (59th: 2/5/16); Commitment Settlement Agreement dated 6/6/12<br><br>~~Please provide Amendments 1, 3, 5 to the LSA~~ | to Term Loan and as of LSA for Zohar Lender Commitments.<br><br>April 15, 2016 for ARK Lenders under LSA. | | | | | |
| ▓ O-AGENT | ▓ | Amended and Restated Loan and Security Agreement dated 6/2/06; no Amendments. | April 15, 2019 as of 3rd AR LSA Amendment 18 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

43919.00000

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ██████ | Second Amended and Restated Loan and Security Agreement dated as of 6/28/07; Amendments 1-4 (4th: 1/16/09) (**Only Zohar Lenders**)<br><br>MISSING "Credit Agreement as of June 5, 2008"; Amendments 1-11(11th: 3/24/10) (**Only Zohar Lenders**)<br><br>Third Amended and Restated Loan and Security Agreement dated as of 1/15/09; Amendments 1-18 (18th: 2/5/16)<br><br>Please provide 6/5/08 Credit Agreement and any Amendments to the 6/2/06 LSA | | | | | | |
| ██████ | Domestic subs of Borrower | Credit Agreement dated as of 12/28/09; Amendments: 1-5 (5th: 11/3/15) | April 15, 2019 as of Amendment 5 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ██████ | Domestic Subs of | Credit Agreement dated as of 3/5/08; | April 15, 2019 as of | Please confirm if | Please confirm if | Please provide | Please provide | Please confirm |

| | Borrower | Amendments: No. 1 – 22nd (22nd: 11/19/15) | Amendment 21 | any. | any. | copies of UCCs. | Accounts/ DACAs | if any. |
|---|---|---|---|---|---|---|---|---|
| ▮ | | Credit Agreement dated as of 9/3/08; ~~Please confirm no Amendments~~ Amendments: No. 1-12th (12th: 09/03/08) | September 3, 2013 as of Credit Agreement | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ▮ | ▮ | Third Amended and Restated Credit Agreement dated as of 3/30/04; Amendment No. 1: 6/27/05 | April 15, 2019 as of 8/5/05 Credit Agreement Amendment 18 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| | | Credit Agreement dated as of 8/5/05; ~~missing Amendment~~ Amendments 1; ~~Amendments 2~~-19 (~~2nd: 8/1/08;~~ 19th: 11/19/15) | | | | | | |
| | | Please confirm no other Amendments to AR CA 3/30/04; ~~please provide 1st Amendment for 8/5/05 CA.~~ | | | | | | |
| ▮ | ▮ | Credit Agreement dated as of 8/4/03 ~~(document not Executed)~~; Amendments 1-30 | April 15, 2019 as of Amendment 24 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please provide if any. |

- 13 -

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | (30th: 11/19/15) Please provide executed version of CA | | | | | | |

43919.00000

| Summary report: Litera® Change-Pro for Word 10.1.0.900 Document comparison done on 6/26/2019 8:20:27 PM | |
|---|---|
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** Zohar - Agency Transfer Chart of Missing Items.docx | |
| **Modified DMS:** nd://4838-1814-6712/5/Zohar - Agency Transfer Chart of Missing Items.docx | |
| **Changes:** | |
| Add | 16 |
| Delete | 34 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 50 |

# Exhibit C

**From:** Harms, Savannah
**To:** Carolyn Schiff; Kevin Dell; Brian Stephen
**Cc:** Ryan Roy; David Sawyer; Lynn Poss; Harris, Jennifer; Lee, Junoh
**Subject:** [EXT] RE: Ankura/Zohar - Agency Succession
**Date:** Friday, July 12, 2019 1:06:21 PM
**Attachments:** Change-Pro Redline - Zohar - Agency Transfer Chart of Missing Items-4838-1814-6712-v5 and Zohar - Agency Transfer Chart of Missing Items-4838-1814-671.pdf
Zohar - Agency Transfer Chart of Missing Items-4838-1814-6712-v6.docx

PPAS Team,

Please find attached an updated chart of missing items. We have updated this to reflect the ▮▮▮ payoff and the documents we received over the previous two weeks. Please let me know if there are any questions.

Thank you,
Savannah

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.6502
sharms@milbank.com | milbank.com

**From:** Harms, Savannah
**Sent:** Wednesday, June 26, 2019 8:23 PM
**To:** Carolyn Schiff <Carolyn.Schiff@PatriarchPartners.com>; Kevin Dell <Kevin.Dell@PatriarchPartners.com>; Brian Stephen <Brian.Stephen@PatriarchPartners.com>
**Cc:** Ryan Roy <Ryan.Roy@ankura.com>; David Sawyer <David.Sawyer@ankura.com>; Lynn Poss <lynn.poss@ankura.com>; Harris, Jennifer <JHarris@milbank.com>; Lee, Junoh <jlee4@milbank.com>
**Subject:** RE: Ankura/Zohar - Agency Succession

PPAS/Carolyn,

Thank you for sending us many of the outstanding documents over the course of the week. We have attached an updated missing items chart, which is redlined against our previous version. This is updated to reflect the documents you have sent us so far.

Please let me know if you have any questions,
Savannah

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.6502
sharms@milbank.com | milbank.com

**From:** Carolyn Schiff [mailto:Carolyn.Schiff@PatriarchPartners.com]
**Sent:** Wednesday, June 26, 2019 10:39 AM
**To:** Lee, Junoh <jlee4@milbank.com>; Kevin Dell <Kevin.Dell@PatriarchPartners.com>; Brian Stephen <Brian.Stephen@PatriarchPartners.com>
**Cc:** Ryan Roy <Ryan.Roy@ankura.com>; David Sawyer <David.Sawyer@ankura.com>; Lynn Poss <lynn.poss@ankura.com>; Harris, Jennifer <JHarris@milbank.com>; Harms, Savannah <SHarms@milbank.com>
**Subject:** RE: Ankura/Zohar - Agency Succession

PATRIARCH/PC CONFIDENTIAL

All,

Re ▮▮▮▮▮) – attached are amendments 5-12. As to amendments 1-4, on page 6 of attached Amendment No. 5 (appears to be Section 1 (d)) there is an ackement by all parties that Amendments 1-4 were executed in the form attached as an exhibit to Amendment No. 5 or, if not executed, they are ratified. The language is as follows:

Each of the parties hereto hereby (a) agrees that, to
the best of its belief, each of the four amendments attached hereto as Exhibit B were executed in the form attached effective as of the date set forth on each of these amendments, and, in any case, consents to, agrees and ratifies each such amendment and (b) hereby agrees that all other amendments attached to the Credit Agreement, if any, or any other drafts, whether or not executed, of the amendments attached to as Exhibit B, are hereby terminated and their changes reversed to be effective as if these amendments had never been executed.

**From:** Lee, Junoh [mailto:jlee4@milbank.com]
**Sent:** Monday, June 24, 2019 6:23 PM
**To:** Carolyn Schiff; Kevin Dell; Brian Stephen
**Cc:** Ryan Roy; David Sawyer; Lynn Poss; Harris, Jennifer; Harms, Savannah
**Subject:** RE: Ankura/Zohar - Agency Succession

Carolyn, and team,

Thank you for your responses. Please find an updated version of the Agency Transfer Chart. Note, this is the same document that was previously sent to you by Ankura. We have updated it to include additional facilities (co-agent/agent) and have also included any additional information we have received since the initial draft. We have highlighted in red the information that we need on each of the loan facilities. Would it be helpful to get on a phone call to discuss? As we are missing quite a bit of information that is needed to complete the agency transfer process and would like to work with you to get that completed as expeditiously as possible.

Thank you,
Junoh

Junoh Lee | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5844
jlee4@milbank.com | milbank.com

**From:** Carolyn Schiff [mailto:Carolyn.Schiff@PatriarchPartners.com]
**Sent:** Monday, June 24, 2019 4:01 PM
**To:** Harms, Savannah <SHarms@milbank.com>; Kevin Dell <Kevin.Dell@PatriarchPartners.com>; Brian Stephen <Brian.Stephen@PatriarchPartners.com>
**Cc:** Ryan Roy <Ryan.Roy@ankura.com>; David Sawyer <David.Sawyer@ankura.com>; Lynn Poss <lynn.poss@ankura.com>; Harris, Jennifer <JHarris@milbank.com>; Lee, Junoh <jlee4@milbank.com>
**Subject:** RE: Ankura/Zohar - Agency Succession

Apologies – I hit send too early. Response re ▮▮▮ to follow

**From:** Carolyn Schiff
**Sent:** Monday, June 24, 2019 3:44 PM
**To:** 'Harms, Savannah'; Kevin Dell; Brian Stephen
**Cc:** Ryan Roy; David Sawyer; Lynn Poss; Harris, Jennifer; Lee, Junoh
**Subject:** RE: Ankura/Zohar - Agency Succession

PATRIARCH/PC CONFIDENTIAL

See my responses in red below

**From:** Harms, Savannah [mailto:SHarms@milbank.com]
**Sent:** Thursday, June 20, 2019 3:03 PM
**To:** Carolyn Schiff; Kevin Dell; Brian Stephen
**Cc:** Ryan Roy; David Sawyer; Lynn Poss; Harris, Jennifer; Lee, Junoh
**Subject:** RE: Ankura/Zohar - Agency Succession

Please see attached.

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.6502
sharms@milbank.com | milbank.com

**From:** Carolyn Schiff [mailto:Carolyn.Schiff@PatriarchPartners.com]
**Sent:** Thursday, June 20, 2019 3:02 PM
**To:** Harms, Savannah <SHarms@milbank.com>; Kevin Dell <Kevin.Dell@PatriarchPartners.com>; Brian Stephen <Brian.Stephen@PatriarchPartners.com>
**Cc:** Ryan Roy <Ryan.Roy@ankura.com>; David Sawyer <David.Sawyer@ankura.com>; Lynn Poss <lynn.poss@ankura.com>; Harris, Jennifer <JHarris@milbank.com>; Lee, Junoh <jlee4@milbank.com>
**Subject:** RE: Ankura/Zohar - Agency Succession

Can you please send me the letter agreement?

**From:** Harms, Savannah [mailto:SHarms@milbank.com]
**Sent:** Thursday, June 20, 2019 2:39 PM
**To:** Kevin Dell; Brian Stephen; Carolyn Schiff
**Cc:** Ryan Roy; David Sawyer; Lynn Poss; Harris, Jennifer; Lee, Junoh
**Subject:** Ankura/Zohar - Agency Succession

Hi Kevin,

As discussed on yesterday's call, please see the below information and questions for your confirmation:

Ankura will be succeeding as Agent for the following Credit Agreements:

A-1 Performing Borrowers:

A-2 Non-Performing Borrowers:

Of these Loans, the above highlighted in yellow (11, 12, 13, 14, 15 & 16 in the above List A-1 and 5 in the List A-2) have been designated in the Letter Agreement as co-agent Credit Agreements with PPAS, so that PPAS is the Agent for the ARK and Lynn Tilton entities that are party to such Credit Agreement.

However, when we reviewed each Credit Agreement, we saw that #14 ████ and #15 ████ under the A-1 list do not have an ARK or Lynn Tilton Lender in the Amendments or original agreement. Can you please help us understand why ████ and ████ were designated in the Letter Agreement as a Co-Agent Credit Agreement? Perhaps there is a different "Patriarch Stakeholders" entity that is party to the Credit Agreements that we are not seeing. One of Lynn's Ark entities has an ABL with ████ but they are not a party to the Credit Agreement. I do note that ████ has been invoiced by Ankura at the "regular" non co-agent rate, so I am not sure where the disconnect is. ████

Further, under the A-2 Agreements, #2 ████ and #10 ████ appear to be executed by an ARK Lender ████ is executed by ARK II CLO 2001-1, LTD. And ████ is executed by ARK Investment Partners II, L.P.). Have those lenders been paid off, such that no co-Agent is applicable? The ████ ARK and AIP loans have not been paid off. Re ████ the facility has expired.

Thank you,

Savannah

Savannah Harms  |  Milbank  |  Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5502
sharms@milbank.com | milbank.com

=====================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

=====================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

=====================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

=====================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

Milbank Request ~~6/26/19~~7/12/19

**Ankura – Agency Transfer from Patriarch Partners Agency Services, LLC ("PPAS")**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ⬛ <u>PAID OFF IN FULL</u> | ⬛ | Credit Agreement dated 3/4/09; Amendments: 1-5 (5th: 11/19/15) Payoff Letter ~~on or about~~<u>dated</u> July ~~1st (draft agreed)~~<u>9, 2019</u> | April 15, 2019 as of Amendment 4 | ~~PPAS to deliver collateral per Payoff Letter~~<u>PAID IN FULL</u> | ~~PPAS to deliver collateral per Payoff Letter~~<u>PAID IN FULL</u> | <u>PAID IN FULL</u>~~UCCs to be terminated on Payoff Effective Date~~ | ~~DACAs (if any) to be terminated on Payoff Effective Date~~ <u>PAID IN FULL</u> | ~~PPAS to deliver per Payoff Letter (if any)~~<u>PAID IN FULL</u> |
| ⬛ | ⬛ | Credit Agreement dated 1/21/10; Amendments: 1-14 (14th: 5/1/19) | July 8, 2019 as of Amendment 14 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | BAML DACA dated 6/18/19 among Borrower, Wells, Ankura and BAML for accounts ⬛  BB&T BACA with Lockbox undated unsigned; BB&T DACA undated and | Please confirm if any. |

---

~~1 As Payoff is contemplated to occur imminently, no need to transfer collateral.  If payoff does not occur in next few weeks, UCCs and collateral should be transferred.~~

4838-1814-6712v~~5~~<u>6</u>

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | unsigned Please provide status on BB&T BACAs and DACAs Please confirm no other accounts | |
| ■■■ | ■■■ | AR Credit Agreement dated 8/31/11; Amendments: 1-13; (13th: 5/1/19); | July 8, 2019 as of Amendment 13 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

Milbank Request ~~6/26/19~~7/12/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ███ | ███ | AR Credit Agreement dated 8/31/11; Amendments: 1-13 (13th: 5/1/19) | July 8, 2019 as of Amendment 13 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs. | Please confirm if any. |
| ███ | 7 named individuals (illegible) | Promissory Note Agreement dated 2/3/06; Amendments: 1-6 (6th: 11/14/06); Missing Amendment No. 7; 8-18 (8th: 4/25/07; 18th: 11/19/15); Commitment Settlement Amendment 6/6/12. | April 15, 2019 as of Amendment 15  Amendment No. 19 to extend maturity date to 7/8/19 in process.  Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

- 3 -

Milbank Request 6/26/19 7/12/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Please provide Amendment No. 7. | | | | | | |
| | | First AR Credit Agreement dated 1/11/07; Amendments: 1-15 (15th: 11/19/15) | April 15, 2019 as of Amendment 14<br><br>Amendment No. 16 to extend maturity date to 7/8/19 in process.<br><br>Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| | all Domestic Subs | Credit Agreement dated 6/1/09; Amendments: 1-9 (9th: 11/19/15)<br><br>Please confirm reference to "June 1, | April 15, 2019 as of Amendment 8<br><br>Amendment No. 10 to extend maturity date to 7/8/19 in | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

- 4 -

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | 2010" in Amendments 2, 3, 4, 5, 6 and 8 are to the 2009 CA. | process.<br><br>Note: Milbank Invoice unpaid. | | | | | |
| ■ | all Domestic Subs | Credit Agreement dated 12/6/07; Amendments: 1-4 (4th: 11/30/10); Amendments 5-14 (5th: 5/3/11; 14th: 11/19/15)<br><br>Please note: Amendments 4-14 refer to Credit Agreement on 12/6/10. Please confirm if this is a separate facility. If so, please send us corresponding docs. | April 15, 2019 as of Amendment 13<br><br>Amendment No. 15 to extend maturity date to 7/8/19 in process. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ■ | ■ | AR Credit Agreement 3/08/02; Amendments: 1-12 (12th: 11/19/15) | April 15, 2019 as of Amendment 10<br><br>Amendment No. 13 to extend maturity date to 7/8/19 in process. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

- 5 -

Milbank Request 6/26/197/12/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ▮ | All domestic subs | Credit Agreement dated as of 4/17/12; Amendments: 1-9 (9th: 11/19/15) | June 1, 2017 as of Credit Agreement<br><br>Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ▮ | ▮ | Credit Agreement dated 5/15/06; Amendments:1-22 (22nd: 11/19/15) | April 15, 2019 as of Amendment 21<br><br>Amendment No. 23 to extend maturity date to 7/8/19 in process.<br><br>Note: Agency fee unpaid; CFO to provide payment plan. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

- 6 -

Milbank Request ~~6/26/19~~7/12/19

**Ankura and PPAS as Co-Agents (A-1s)**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■■■ | ■■■ | AR Credit Agreement 8/31/11; Amendments: 1-16 (16th: 5/1/19) | April 15, 2019 as of Amendment 15<br><br>Amendment No. 17 to extend maturity date to 7/8/19 in process. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | BB&T DACA dated 6/17/19 among Wells, Ankura, Borrower and BB&T for account ■■■<br><br>BB&T BACA with Lockbox dated 6/17/19 among Wells, Ankura, Borrower and BB&T for accounts: ■■■<br><br>Please provide status on BAML DACA among Borrower, Wells, Ankura and BAML and Side Letter<br><br>Please confirm no other accounts. | Please confirm if any. |
| ■■■ | all Domestic Subs | Credit Agreement dated 12/15/11 Amendments: 1-3; (3rd: 11/19/15), 5 | ~~March 31, 2019 as of~~Amendment ~~2~~ | Please confirm if any. | Please confirm if any. | ~~UCC~~DE UCC-1 ■■■ | ~~Please provide Accounts/ DACAs~~Wells Fargo DACA (ARAN – 2 | Please confirm if any. |

- 7 -

Milbank Request 6/26/197/12/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | (5th: 06/28/19) Intercreditor Agreement dated 2/13/12.; Intercreditor Agreement Letter Amendment dated 06/28/19, replacement of Wells Fargo with Cortland as successor Agent. | No. 5 to extend maturity date to the earlier of (a) 10/9/19 and (b) the date that is seven (7) Business Days after the maturity date of the Wells Credit Agreement | | | canceled UCCDE UCC-1 2011 4834613 – Continuation by UCC-3 ▆▆▆▆ – Amended by UCC-3 (additional secured party adding Ankura) filed 6/28/19 Please confirm no other UCCs | Secured Parties) dated 2/13/12 among Wells Fargo Capital Finance, ▆▆▆ Wells Fargo Bank and PPAS for accounts ▆▆▆▆▆ Assignment and Assumption of Wells Fargo DACA (ARAN – 2 Secured Parties) to Ankura dated 6/28/19 among PPAS, Ankura and Wells Fargo Bank (as Bank). Wells Fargo DACA (ARI – 2 Secured Parties) dated 2/13/12 among Wells Fargo Capital Finance, ▆▆▆ Wells Fargo Bank and PPAS for accounts ▆▆▆▆▆ Assignment and Assumption of Wells Fargo DACA (ARI – | |

Milbank Request 6/26/197/12/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2 Secured Parties) to Ankura dated 6/28/19 among PPAS, Ankura and Wells Fargo Bank (as Bank). | |
| | None. | Credit Agreement dated 7/8/05 Amendments: 1-55 (55th: 11/19/15) Amendment No. 56 to extend maturity date to 7/8/19 in process. Note: Agency fee unpaid; please provide an update. | April 15, 2019 (as of 55th Amendment) | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| | All domestic subs of Borrower | AR Credit Agreement dated as of 2/28/03; Amendments 1-24 (24th: 11/19/15); Commitment Settlement | April 15, 2019 as of Amendment 24 Note: Agency fee unpaid; please | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please explain why the Co-Agent relationship?  Only Zohar lenders are signatories as of last |

Milbank Request 6/26/197/12/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Amendment dated as of 6/6/12 | provide an update. | | | | | amendment.[21] |
| | All domestic subs | Credit Agreement dated as of 5/13/11; Amendments: 1-9 (9th: 2/15/16); Commitment Settlement Amendment dated 6/6/12 | April 15, 2019 as of Amendment 9 for Zohar Lenders; January 19 2017 for ARK Lenders<br><br>Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

---

[21] NTD: PPAS confirming.

Milbank Request 6/26/19 7/12/19

**Non Performing Borrowers (A-2s)**[2]

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ▮ | The Subsidiaries of Borrower | First Amended and Restated Credit Agreement dated as of 5/1/06; Amendments 1-34 (34th: 11/19/15) | April 15, 2019 as of Amendment 33 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any |
| ▮ | None. | Loan and Security Agreement dated 10/14/98; Amendments 1-3 (3rd: 11/21/00); Missing Amendment No. 4; 5-19 (5th: 2/22/02; 19th: 2/5/16)  Please provide Amendment No. 4 | April 15, 2019 for Zohar Lenders; January 19, 2017 for ARK Lenders as of Amendment 19 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm ARK Lender no longer party to LSA |
| ▮ | All domestic subs of the Borrower | Credit Agreement dated as of 11/7/08; Amendments: 1-4 (4th: 11/19/15) | April 15, 2019 as of Amendment 3 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ▮ | Term Loan: | AR Security | April 15, 2019 | Please | Please | Please provide | Please provide | Please confirm ARK |

[2] Note: Ankura is Co-Agent to the ▮ facility.

Milbank Request 6/26/197/12/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■ | ■ <br><br> LSA: ■ | Agreement dated as of 4/1/11 <br><br> AR Intercreditor Agreement dated as of 4/7/15; 1st Amendment 9/1/15 <br><br> Term Loan Agreement dated as of 11/2/04; Amendments 1-59 (59th: 2/5/16); Commitment Settlement Agreement dated 6/6/12 | as of 59th Amendment to Term Loan and as of LSA for Zohar Lender Commitments. <br><br> April 15, 2016 for ARK Lenders under LSA. | confirm if any. | confirm if any. | copies of UCCs. | Accounts/ DACAs | Lender no longer party to LSA or Term Loan Agreement. |
| ■ <br> CO-AGENT | ■ | Amended and Restated Loan and Security Agreement dated 6/2/06; no Amendments. <br><br> Second Amended and Restated Loan and Security Agreement dated as of 6/28/07; Amendments 1-4 (4th: 1/16/09) (Only Zohar Lenders); Assignment and Acceptance dated | April 15, 2019 as of 3rd AR LSA LSA Amendment 18 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. DE UCC-1 ■ Amended by UCC-3 filed 2/22/06 – Amended by UCC-3 4/05/06 – Assignment by UCC-3 6/5/06 – Continuation to PPAS by UCC-3 4/27/07 – Continuation by UCC-3 5/07/09 – | Please provide Accounts/ DACAsWells Fargo DACA (ARAN) dated 9/30/11 among ■ PPAS and Wells for accounts: [redacted] <br><br> Wachovia DACA (no notification) | Please confirm if any. Second Amendment and Assignment of TM Collateral Assignment and Security Agreement dated 4/25/07 <br><br> Second Amendment and Assignment of Patent Collateral Assignment and Security Agreement |

4838-1814-6712v56

Milbank Request ~~6/26/19~~7/12/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | 12/31/08<br><br>MISSING "Credit Agreement as of June 5, 2008"; Amendments 1-11(11th: 3/24/10) **(Only Zohar Lenders)**<br><br>Third Amended and Restated Loan and Security Agreement dated as of 1/15/09; Amendments 1-18 (18th: 2/5/16)<br><br>Please provide any Amendments to the 6/2/06 LSA | | | | Amended by UCC-3 5/8/09 – Amended by UCC-3 3/13/12 – Continuation by UCC-3 5/5/14<br><br>DE UCC-1 ▉<br><br>Assignment to PPAS by UCC-3 1/15/09 – Amended by UCC-3 5/8/09 – Continuation by UCC-3 2/1/12 – Amended by UCC-3 3/13/12 – Continuation by UCC-3 2/10/17<br><br>DE UCC-1 2015 ▉ filed 4/30/15<br><br>PA UCC-1 ▉ – Amended by UCC-3 2/23/06 – Assigned to CapitalSource Finance LLC by UCC-3 6/2/06 – Assigned to | dated 2/10/09 among Wachovia, ▉ and PPAS for accounts: [redacted]<br><br>BBVA Compass DACA (Springing) dated 6/29/17 among ▉ BBVA and PPAS for accounts: [redacted]<br><br>BBVA Compass DACA (Exclusive) dated 7/10/17 among ▉ BBVA and PPAS for accounts: [redacted] | dated 4/25/07<br><br>Intellectual Property Security Agreement dated 8/2/07<br><br>Amendment and Assignment of Intellectual Property Security Agreement dated 1/15/09 |

- 13 -

Milbank Request ~~6/26/19~~7/12/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | PPAS by UCC-3 4/27/07 – Amended by UCC-3 – 6/8/09 – Continuation by UCC-3 5/8/09 – Continuation by UCC-3 5/5/14<br><br>UCC-3 Assignment ███████ = Continuation by UCC-3 ███████ = Continuation by UCC-3 ███████ = Please provide DC UCC-1 ███████<br><br>UCC-3 Assignment Statements letter granting PPAS authority to file UCC-3 amendment statements w/r/t any financing statements filed by Wells Fargo (previous agent) | | |

Milbank Request ~~6/26/19~~7/12/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | dated 1/2009; attaching: DE UCC-3 Assignment to PPAS 1/15/19; UCC-3 Assignment to PPAS 1/15/09; Please Provide DE UCC-1 ▮; UCC-3 Assignment to PPAS 1/15/09; Please provide DE UCC-1 ▮; UCC-3 Assignment to PPAS 1/16/09; Please provide FL UCC-1 ▮ | | |
| ▮ | Domestic subs of Borrower | Credit Agreement dated as of 12/28/09; Amendments: 1-5 (5th: 11/3/15) | April 15, 2019 as of Amendment 5 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ▮ | Domestic Subs of Borrower | Credit Agreement dated as of 3/5/08; Amendments: No. 1 – 22nd (22nd: | April 15, 2019 as of Amendment | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

- 15 -

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | 11/19/15) | 21 | | | | | |
| | | Credit Agreement dated as of 9/3/08; Amendments: No. 1-12th (12th: 09/03/08) | September 3, 2013 as of Credit Agreement | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| | | Third Amended and Restated Credit Agreement dated as of 3/30/04; Amendment No. 1: 6/27/05  Credit Agreement dated as of 8/5/05; Amendments 1-19 (19th: 11/19/15)  Please confirm no other Amendments to AR CA 3/30/04; | April 15, 2019 as of 8/5/05 Credit Agreement Amendment 18 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| | | Credit Agreement dated as of 8/4/03; Amendments 1-30 (30th: 11/19/15) | April 15, 2019 as of Amendment 24 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please provide if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Summary report:**
**Litera® Change-Pro for Word 10.7.0.7 Document comparison done on**
**7/12/2019 1:01:56 PM**

| | |
|---|---|
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** Zohar - Agency Transfer Chart of Missing Items-4838-1814-6712-v5.docx | |
| **Modified DMS:** ndi://4838-1814-6712/6/Zohar - Agency Transfer Chart of Missing Items.docx | |
| **Changes:** | |
| Add | 42 |
| Delete | 25 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 67 |

**Ankura – Agency Transfer from Patriarch Partners Agency Services, LLC ("PPAS")**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ▮ – PAID OFF IN FULL | ▮ | Credit Agreement dated 3/4/09; Amendments: 1-5 (5th: 11/19/15) <br><br> Payoff Letter dated July 9, 2019 | April 15, 2019 as of Amendment 4 | PAID IN FULL | PAID IN FULL | PAID IN FULL | PAID IN FULL | PAID IN FULL |
| ▮ | ▮ | Credit Agreement dated 1/21/10; Amendments: 1-14 (14th: 5/1/19) | July 8, 2019 as of Amendment 14 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | BAML DACA dated 6/18/19 among Borrower, Wells, Ankura and BAML for accounts ▮ <br><br> BB&T BACA with Lockbox undated unsigned; BB&T DACA undated and unsigned <br><br> Please provide status on BB&T | Please confirm if any. |

- 1 -

Milbank Request 7/12/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | BACAs and DACAs  Please confirm no other accounts | |
| ■ | ■ | AR Credit Agreement dated 8/31/11; Amendments: 1-13; (13th: 5/1/19); | July 8, 2019 as of Amendment 13 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ■ | ■ | AR Credit Agreement dated | July 8, 2019 as of Amendment 13 | Please confirm if any. | Please confirm if any. | Please provide | Please provide Accounts/ DACAs. | Please confirm if any. |

- 2 -

Milbank Request 7/12/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■ | ■ | 8/31/11; Amendments: 1-13 (13th: 5/1/19) | | | | copies of UCCs. | | |
| ■ | 7 named individuals (illegible) | Promissory Note Agreement dated 2/3/06; Amendments: 1-6 (6th: 11/14/06); Missing Amendment No. 7; 8-18 (8th: 4/25/07; 18th: 11/19/15); Commitment Settlement Amendment 6/6/12.  Please provide Amendment No. 7. | April 15, 2019 as of Amendment 15  Amendment No. 19 to extend maturity date to 7/8/19 in process.  Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

- 3 -

Milbank Request 7/12/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ███ | ███ | First AR Credit Agreement dated 1/11/07; Amendments: 1-15 (15th: 11/19/15) | April 15, 2019 as of Amendment 14<br><br>Amendment No. 16 to extend maturity date to 7/8/19 in process.<br><br>Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ███ | all Domestic Subs | Credit Agreement dated 6/1/09; Amendments: 1-9 (9th: 11/19/15)<br><br>Please confirm reference to "June 1, 2010" in Amendments 2, 3, 4, | April 15, 2019 as of Amendment 8<br><br>Amendment No. 10 to extend maturity date to 7/8/19 in process. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

- 4 -

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | 5, 6 and 8 are to the 2009 CA. | Note: Milbank Invoice unpaid. | | | | | |
| | all Domestic Subs | Credit Agreement dated 12/6/07; Amendments: 1-4 (4th: 11/30/10); Amendments 5-14 (5th: 5/3/11; 14th: 11/19/15)<br><br>Please note: Amendments 4-14 refer to Credit Agreement on 12/6/10. Please confirm if this is a separate facility. If so, please send us corresponding docs. | April 15, 2019 as of Amendment 13<br><br>Amendment No. 15 to extend maturity date to 7/8/19 in process. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| | | AR Credit Agreement 3/08/02; Amendments: 1-12 (12th: 11/19/15) | April 15, 2019 as of Amendment 10<br><br>Amendment No. 13 to extend maturity date to 7/8/19 in process. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■ | All domestic subs | Credit Agreement dated as of 4/17/12; Amendments: 1-9 (9th: 11/19/15) | June 1, 2017 as of Credit Agreement<br><br>Note:  Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ■ | ■ | Credit Agreement dated 5/15/06; Amendments:1-22 (22nd: 11/19/15) | April 15, 2019 as of Amendment 21<br><br>Amendment No. 23 to extend maturity date to 7/8/19 in process.<br><br>Note: Agency fee unpaid; CFO to provide payment plan. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

- 6 -

**Ankura and PPAS as Co-Agents (A-1s)**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■■■■ | ■■■■■■■■ | AR Credit Agreement 8/31/11; Amendments: 1-16 (16th: 5/1/19) | April 15, 2019 as of Amendment 15<br><br>Amendment No. 17 to extend maturity date to 7/8/19 in process. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | BB&T DACA dated 6/17/19 among Wells, Ankura, Borrower and BB&T for account ■■■■■■■<br><br>BB&T BACA with Lockbox dated 6/17/19 among Wells, Ankura, Borrower and BB&T for accounts: ■■■■■■■■<br><br>Please provide status on BAML DACA among Borrower, Wells, Ankura and BAML and Side Letter<br><br>Please confirm no other accounts. | Please confirm if any. |
| ■■■■ | all Domestic Subs | Credit Agreement dated 12/15/11 Amendments: 1-3; | Amendment No. 5 to extend maturity date to the earlier of (a) | Please confirm if any. | Please confirm if any. | DE UCC-1 2011 | Wells Fargo DACA (ARAN – 2 Secured Parties) dated 2/13/12 among Wells Fargo | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | (3rd: 11/19/15), 5 (5th: 06/28/19)<br><br>Intercreditor Agreement dated 2/13/12; Intercreditor Agreement Letter Amendment dated 06/28/19, replacement of Wells Fargo with Cortland as successor Agent. | 10/9/19 and (b) the date that is seven (7) Business Days after the maturity date of the Wells Credit Agreement | | | ▮ - canceled<br><br>DE UCC-1 2011 ▮ – Continuation by UCC-3 ▮ – Amended by UCC-3 (additional secured party adding Ankura) filed 6/28/19<br><br>Please confirm no other UCCs | Capital Finance, ▮, Wells Fargo Bank and PPAS for accounts ▮<br><br>Assignment and Assumption of Wells Fargo DACA (ARAN – 2 Secured Parties) to Ankura dated 6/28/19 among PPAS, Ankura and Wells Fargo Bank (as Bank).<br><br>Wells Fargo DACA (ARI – 2 Secured Parties) dated 2/13/12 among Wells Fargo Capital Finance, ▮, Wells Fargo Bank and PPAS for accounts ▮<br><br>Assignment and Assumption of Wells Fargo DACA (ARI – 2 Secured Parties) to Ankura dated 6/28/19 among PPAS, | |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ankura and Wells Fargo Bank (as Bank). | |
| ■ | None. | Credit Agreement dated 7/8/05 Amendments: 1-55 (55th: 11/19/15) | April 15, 2019 (as of 55th Amendment)<br><br>Amendment No. 56 to extend maturity date to 7/8/19 in process.<br><br>Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ■ | All domestic subs of Borrower | AR Credit Agreement dated as of 2/28/03; Amendments 1-24 (24th: 11/19/15); Commitment Settlement | April 15, 2019 as of Amendment 24<br><br>Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please explain why the Co-Agent relationship? Only Zohar lenders are signatories as of last amendment.[1] |

---

[1] NTD: PPAS confirming.

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Amendment dated as of 6/6/12 | | | | | | |
| | All domestic subs | Credit Agreement dated as of 5/13/11; Amendments: 1-9 (9th: 2/15/16); Commitment Settlement Amendment dated 6/6/12 | April 15, 2019 as of Amendment 9 for Zohar Lenders; January 19 2017 for ARK Lenders<br><br>Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

**Non Performing Borrowers (A-2s)**[2]

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ▇▇▇▇ | The Subsidiaries of Borrower | First Amended and Restated Credit Agreement dated as of 5/1/06; Amendments 1-34 (34th: 11/19/15) | April 15, 2019 as of Amendment 33 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any |
| ▇▇▇▇ | None. | Loan and Security Agreement dated 10/14/98; Amendments 1-3 (3rd: 11/21/00); Missing Amendment No. 4; 5-19 (5th: 2/22/02; 19th: 2/5/16)  Please provide Amendment No. 4 | April 15, 2019 for Zohar Lenders; January 19, 2017 for ARK Lenders as of Amendment 19 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if ARK Lender no longer party to LSA |
| ▇▇▇▇ | All domestic subs of the Borrower | Credit Agreement dated as of 11/7/08; Amendments: 1-4 (4th: 11/19/15) | April 15, 2019 as of Amendment 3 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

---

[2] Note: Ankura is Co-Agent to the ▇▇▇▇▇▇▇ facility.

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ▮ | Term Loan: ▮  LSA: ▮ | AR Security Agreement dated as of 4/1/11  AR Intercreditor Agreement dated as of 4/7/15; 1st Amendment 9/1/15  Term Loan Agreement dated as of 11/2/04; Amendments 1-59 (59th: 2/5/16); Commitment Settlement Agreement dated 6/6/12 | April 15, 2019 as of 59th Amendment to Term Loan and as of LSA for Zohar Lender Commitments.  April 15, 2016 for ARK Lenders under LSA. | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm ARK Lender no longer party to LSA or Term Loan Agreement. |
| ▮ CO-AGENT | ▮ | Amended and Restated Loan and Security Agreement dated 6/2/06; no Amendments.  Second Amended and Restated Loan and Security Agreement dated as of 6/28/07; Amendments 1-4 (4th: 1/16/09); Assignment and | April 15, 2019 as of 3rd AR LSA Amendment 18 | Please confirm if any. | Please confirm if any. | DE UCC-1 ▮ – Amended by UCC-3 filed 2/22/06 – Amended by UCC-3 4/05/06 – Assignment by UCC-3 6/5/06 – Assignment to PPAS by UCC-3 4/27/07 – Continuation by UCC-3 5/07/09 – Amended by | Wells Fargo DACA (ARAN) dated 9/30/11 among ▮ PPAS and Wells for accounts: [redacted]  Wachovia DACA (no notification) dated 2/10/09 | Second Amendment and Assignment of TM Collateral Assignment and Security Agreement dated 4/25/07  Second Amendment and Assignment of Patent Collateral Assignment and Security Agreement dated 4/25/07 |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Acceptance dated 12/31/08<br><br>MISSING "Credit Agreement as of June 5, 2008"; Amendments 1-11(11th: 3/24/10) **(Only Zohar Lenders)**<br><br>Third Amended and Restated Loan and Security Agreement dated as of 1/15/09; Amendments 1-18 (18th: 2/5/16)<br><br>Please provide any Amendments to the 6/2/06 LSA | | | | UCC-3 5/8/09 – Amended by UCC-3 3/13/12 – Continuation by UCC-3 5/5/14<br><br>DE UCC-1 ▮▮ ▮▮ Assignment to PPAS by UCC-3 1/15/09 – Amended by UCC-3 5/8/09 – Continuation by UCC-3 2/1/12 – Amended by UCC-3 3/13/12 – Continuation by UCC-3 2/10/17<br><br>DE UCC-1 ▮▮ filed 4/30/15<br><br>PA UCC-1 ▮▮ – Amended by UCC-3 2/23/06 – Assigned to CapitalSource Finance LLC by UCC-3 6/2/06 – Assigned to PPAS by UCC- | among Wachovia, ▮▮ and PPAS for accounts: [redacted]<br><br>BBVA Compass DACA (Springing) dated 6/29/17 among ▮▮ BBVA and PPAS for accounts: [redacted]<br><br>BBVA Compass DACA (Exclusive) dated 7/10/17 among ▮▮ BBVA and PPAS for accounts: [redacted] | Intellectual Property Security Agreement dated 8/2/07<br><br>Amendment and Assignment of Intellectual Property Security Agreement dated 1/15/09 |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 34/27/07 – Amended by UCC-3 – 6/8/09 – Continuation by UCC-3 5/8/09 – Continuation by UCC-3 5/5/14<br><br>UCC-3 Assignment ▉ – Continuation by UCC-3 ▉ – Continuation by UCC-3 ▉ - Please provide DC UCC-1 ▉<br><br>UCC-3 Assignment Statements letter granting PPAS authority to file UCC-3 amendment statements w/r/t any financing statements filed by Wells Fargo (previous agent) dated 1/2009; | | |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | attaching: DE UCC-3 Assignment to PPAS 1/15/19; UCC-3 Assignment to PPAS 1/15/09; Please Provide DE UCC-1 ▮▮▮▮; UCC-3 Assignment to PPAS 1/15/09; Please provide DE UCC-1 ▮▮▮▮; UCC-3 Assignment to PPAS 1/16/09; Please provide FL UCC-1 ▮▮▮ | | |
| ▮▮▮▮ | Domestic subs of Borrower | Credit Agreement dated as of 12/28/09; Amendments: 1-5 (5th: 11/3/15) | April 15, 2019 as of Amendment 5 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ▮▮▮▮ | Domestic Subs of Borrower | Credit Agreement dated as of 3/5/08; Amendments: No. 1 | April 15, 2019 as of Amendment 21 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |

- 15 -

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
|  |  | − 22nd (22nd: 11/19/15) |  |  |  |  |  |  |
| ▮ |  | Credit Agreement dated as of 9/3/08; Amendments: No. 1-12th (12th: 09/03/08) | September 3, 2013 as of Credit Agreement | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ▮ | ▮ | Third Amended and Restated Credit Agreement dated as of 3/30/04; Amendment No. 1: 6/27/05 Credit Agreement dated as of 8/5/05; Amendments 1-19 (19th: 11/19/15) Please confirm no other Amendments to AR CA 3/30/04; | April 15, 2019 as of 8/5/05 Credit Agreement Amendment 18 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please confirm if any. |
| ▮ | ▮ | Credit Agreement dated as of 8/4/03; Amendments 1-30 (30th: 11/19/15) | April 15, 2019 as of Amendment 24 | Please confirm if any. | Please confirm if any. | Please provide copies of UCCs. | Please provide Accounts/ DACAs | Please provide if any. |

- 16 -

Milbank Request 7/12/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
|  | ███████ |  |  |  |  |  |  |  |

# Exhibit D

| From: | Harris, Jennifer |
|---|---|
| To: | Carolyn Schiff; Kevin Dell; Brian Stephen |
| Cc: | Ryan Roy; David Sawyer; Lynn Poss; Lee, Junoh; Harms, Savannah |
| Subject: | [EXT] RE: Ankura/Zohar - Agency Succession |
| Date: | Friday, July 12, 2019 1:29:50 PM |

PPAS,

We need to make progress on this agency succession, it has been several months. Can you please prioritize sending over the UCCs for all facilities as soon as possible? If not we will have to order for the different jurisdictions and that will be more costly on these facilities.

With respect to the other documents – we would think you would have them in your records and could send them to us. Why the delay?

Thank you,
Jen

Jennifer Harris | Milbank | Special Counsel
2029 Century Park East, 33rd Floor | Los Angeles, CA 90067-3019
T: +1.424.386.4344
jharris@milbank.com | milbank.com

**From:** Harms, Savannah
**Sent:** Friday, July 12, 2019 10:05 AM
**To:** Carolyn Schiff <Carolyn.Schiff@PatriarchPartners.com>; Kevin Dell <Kevin.Dell@PatriarchPartners.com>; Brian Stephen <Brian.Stephen@PatriarchPartners.com>
**Cc:** Ryan Roy <Ryan.Roy@ankura.com>; David Sawyer <David.Sawyer@ankura.com>; Lynn Poss <lynn.poss@ankura.com>; Harris, Jennifer <JHarris@milbank.com>; Lee, Junoh <jlee4@milbank.com>
**Subject:** RE: Ankura/Zohar - Agency Succession

PPAS Team,

Please find attached an updated chart of missing items. We have updated this to reflect the ███████ payoff and the documents we received over the previous two weeks. Please let me know if there are any questions.

Thank you,
Savannah

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1.212.530.5502
sharms@milbank.com | milbank.com

**From:** Harms, Savannah
**Sent:** Wednesday, June 26, 2019 8:23 PM
**To:** Carolyn Schiff <Carolyn.Schiff@PatriarchPartners.com>; Kevin Dell <Kevin.Dell@PatriarchPartners.com>; Brian Stephen <Brian.Stephen@PatriarchPartners.com>
**Cc:** Ryan Roy <Ryan.Roy@ankura.com>; David Sawyer <David.Sawyer@ankura.com>; Lynn Poss <lynn.poss@ankura.com>; Harris, Jennifer <JHarris@milbank.com>; Lee, Junoh <jlee4@milbank.com>
**Subject:** RE: Ankura/Zohar - Agency Succession

PPAS/Carolyn,

Thank you for sending us many of the outstanding documents over the course of the week. We have attached an updated missing items chart, which is redlined against our previous version. This is updated to reflect the documents you have sent us so far.

Please let me know if you have any questions,
Savannah

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1.212.530.5502
sharms@milbank.com | milbank.com

**From:** Carolyn Schiff [mailto:Carolyn.Schiff@PatriarchPartners.com]
**Sent:** Wednesday, June 26, 2019 10:39 AM
**To:** Lee, Junoh <jlee4@milbank.com>; Kevin Dell <Kevin.Dell@PatriarchPartners.com>; Brian Stephen <Brian.Stephen@PatriarchPartners.com>
**Cc:** Ryan Roy <Ryan.Roy@ankura.com>; David Sawyer <David.Sawyer@ankura.com>; Lynn Poss <lynn.poss@ankura.com>; Harris, Jennifer <JHarris@milbank.com>; Harms, Savannah <SHarms@milbank.com>
**Subject:** RE: Ankura/Zohar - Agency Succession

All,

PATRIARCH/PC CONFIDENTIAL

Re ███████ – attached are amendments 5-12. As to amendments 1-4, on page 6 of attached Amendment No. 5 (appears to be Section 1 (d)) there is an acknowledgement by all parties that Amendments 1-4 were executed in the form attached as an exhibit to Amendment No. 5 or, if not executed, they are ratified. The language is as follows:

Each of the parties hereto hereby (a) agrees that, to
the best of its belief, each of the four amendments attached hereto as Exhibit B were executed in
the form attached effective as of the date set forth on each of these amendments, and, in any case,
consents to, agrees and ratifies each such amendment and (b) hereby agrees that all other
amendments to the Credit Agreement, if any, or any other drafts, whether or not executed, of the
amendments attached to as Exhibit B, are hereby terminated and their changes reversed to be
effective as if these amendments had never been executed.

**From:** Lee, Junoh [mailto:jlee4@milbank.com]
**Sent:** Monday, June 24, 2019 6:23 PM
**To:** Carolyn Schiff; Kevin Dell; Brian Stephen
**Cc:** Ryan Roy; David Sawyer; Lynn Poss; Harris, Jennifer; Harms, Savannah
**Subject:** RE: Ankura/Zohar - Agency Succession

Carolyn, and team,

Thank you for your responses. Please find an updated version of the Agency Transfer Chart. Note, this is the same document that was previously sent to you by Ankura. We have updated it to include additional facilities (co-agent/agent) and have also included any additional information we have received since the initial draft. We have highlighted in red the information that we need on each of the loan facilities. Would it be helpful to get on a phone call to discuss? We are missing quite a bit of information that is needed to complete the agency transfer process and would like to work with you to get that completed as expeditiously as possible.

Thank you,
Junoh

Junoh Lee | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1.212.530.5844
jlee4@milbank.com | milbank.com

**From:** Carolyn Schiff [mailto:Carolyn.Schiff@PatriarchPartners.com]
**Sent:** Monday, June 24, 2019 4:01 PM
**To:** Harms, Savannah <SHarms@milbank.com>; Kevin Dell <Kevin.Dell@PatriarchPartners.com>; Brian Stephen <Brian.Stephen@PatriarchPartners.com>
**Cc:** Ryan Roy <Ryan.Roy@ankura.com>; David Sawyer <David.Sawyer@ankura.com>; Lynn Poss <lynn.poss@ankura.com>; Harris, Jennifer <JHarris@milbank.com>; Lee, Junoh <jlee4@milbank.com>
**Subject:** RE: Ankura/Zohar - Agency Succession

Apologies – I hit send too early. Response re ███████ to follow

**From:** Carolyn Schiff
**Sent:** Monday, June 24, 2019 3:44 PM
**To:** 'Harms, Savannah'; Kevin Dell; Brian Stephen
**Cc:** Ryan Roy; David Sawyer; Lynn Poss; Harris, Jennifer; Lee, Junoh
**Subject:** RE: Ankura/Zohar - Agency Succession

PATRIARCH/PC CONFIDENTIAL
See my responses in red below

**From:** Harms, Savannah [mailto:SHarms@milbank.com]
**Sent:** Thursday, June 20, 2019 3:03 PM
**To:** Carolyn Schiff; Kevin Dell; Brian Stephen
**Cc:** Ryan Roy; David Sawyer; Lynn Poss; Harris, Jennifer; Lee, Junoh
**Subject:** RE: Ankura/Zohar - Agency Succession

Please see attached.

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1.212.530.5502

sharms@milbank.com | milbank.com

**From:** Carolyn Schiff [mailto:Carolyn.Schiff@PatriarchPartners.com]
**Sent:** Thursday, June 20, 2019 3:02 PM
**To:** Harms, Savannah <SHarms@milbank.com>; Kevin Dell <Kevin.Dell@PatriarchPartners.com>; Brian Stephen <Brian.Stephen@PatriarchPartners.com>
**Cc:** Ryan Roy <Ryan.Roy@ankura.com>; David Sawyer <David.Sawyer@ankura.com>; Lynn Poss <lynn.poss@ankura.com>; Harris, Jennifer <JHarris@milbank.com>; Lee, Junoh <jlee4@milbank.com>
**Subject:** RE: Ankura/Zohar - Agency Succession

### Can you please send me the letter agreement?

**From:** Harms, Savannah [mailto:SHarms@milbank.com]
**Sent:** Thursday, June 20, 2019 2:39 PM
**To:** Kevin Dell; Brian Stephen; Carolyn Schiff
**Cc:** Ryan Roy; David Sawyer; Lynn Poss; Harris, Jennifer; Lee, Junoh
**Subject:** Ankura/Zohar - Agency Succession

Hi Kevin,

As discussed on yesterday's call, please see the below information and questions for your confirmation:

Ankura will be succeeding as Agent for the following Credit Agreements:

A-1 Performing Borrowers:

A-2 Non-Performing Borrowers:

Of these Loans, the above highlighted in yellow (11, 12, 13, 14, 15 & 16 in the above List A-1 and 5 in the List A-2) have been designated in the Letter Agreement as co-agent Credit Agreements with PPAS, so that PPAS is the Agent for the ARK and Lynn Tilton entities that are party to such Credit Agreement.

However, when we reviewed each Credit Agreement, we saw that #14 ███ and #15 ███ under the A-1 list do not have an ARK or Lynn Tilton Lender in the Amendments or original agreement. Can you please help us understand why ███ and ███ were designated in the Letter Agreement as a Co-Agent Credit Agreement? Perhaps there is a different "Patriarch Stakeholders" entity that is party to the Credit Agreements that we are not seeing. One of Lynn's Ark entities has an ABL with ███, but they are not a party to the Credit Agreement. I do note that ███ has been invoiced by Ankura at the "regular" non co-agent rate, so I am not sure where the disconnect is. ███

Further, under the A-2 Agreements, #2 ███ and #10 ███ appear to be executed by ARK Lender ███ is executed by ARK II CLO 2001-1, LTD. And ███ is executed by ARK Investment Partners II, L.P.). Have those lenders been paid off, such that no co-Agent is applicable? The ███ ARK and AIP loans have not been paid off. Re ███ the facility has expired.

Thank you,
Savannah

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5502
sharms@milbank.com | milbank.com

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this e-mail message in error, please immediately notify the sender and delete this e-mail message from your computer.

--------------------------------------------------------------------------
The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this e-mail message in error, please immediately notify the sender and delete this e-mail message from your computer.

--------------------------------------------------------------------------
The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this e-mail message in error, please immediately notify the sender and delete this e-mail message from your computer.

--------------------------------------------------------------------------
The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended

recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

# Exhibit E-1

| | |
|---|---|
| **From:** | Ryan Roy <Ryan.Roy@ankura.com> |
| **Sent:** | Wednesday, July 17, 2019 1:09 PM |
| **To:** | ███████████████████ |
| **Cc:** | David Sawyer; Jay Hopkins; Balcom, James; Moser, Edward; Van Praag, Chris; Harris, Jennifer; Harmeyer, Andrew; Harms, Savannah; Lee, Junoh |
| **Subject:** | Collateral Documentation (██ and██) |



We are missing collateral documentation for each of ███ and ███, which we need in order to complete the transfer of collateral to Ankura as agent. We have requested this information from PPAS but have received incomplete records. We would appreciate your assistance in providing a complete closing set.

Please provide us with any of the following in relation to the credit facilities:

1. Copies of:
   - UCCs
   - Account Control Agreements (DACAS/SACAS)
   - Mortgages, and
   - Any other collateral documentation (IP, etc.).

2. In additional, please let us know if PPAS is holding as collateral any original stock certificates or promissory notes and powers.

We need to get the collateral transfer process completed as expeditiously as possible so your attention to this is much appreciated.

**Also – we have made several requests for the latest audited and quarterly financials for each entity but have not received a response – please send or provide an update on where these stand.**

Please let me know if there are any questions.

Thanks,

**Ryan M. Roy**
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile



**ankuratrust.com**

# Exhibit E-2

| | |
|---|---|
| **From:** | Ryan Roy <Ryan.Roy@ankura.com> |
| **Sent:** | Wednesday, July 17, 2019 1:07 PM |
| **To:** | ██████████████████████████████████ |
| **Cc:** | David Sawyer; Jay Hopkins; Balcom, James; Moser, Edward; Van Praag, Chris; Harris, Jennifer; Harmeyer, Andrew; Harms, Savannah; Lee, Junoh |
| **Subject:** | Collateral Documentation + Other Follow-ups (██████) |
| **Attachments:** | ATC Invoice_███████_20190408.pdf |

████████████████

We are missing collateral documentation for ████████ which we need in order to complete the transfer of collateral to Ankura as agent. We have requested this information from PPAS but have received incomplete records. We would appreciate your assistance in providing a complete closing set.

Please provide us with any of the following in relation to the credit facilities:

1. Copies of:
   - UCCs
   - Account Control Agreements (DACAS/SACAS)
   - Mortgages, and
   - Any other collateral documentation (IP, etc.).

2. In additional, please let us know if PPAS is holding as collateral any original stock certificates or promissory notes and powers.

We need to get the collateral transfer process completed as expeditiously as possible so your attention to this is much appreciated.

Separately, there are two outstanding issues we'd like addressed:

1. **We have not yet received payment for our invoice, which is now overdue (reattached for your convenience) – please advise when we should expect payment; and**
2. **We have made several requests for the Company's latest audited and quarterly financial statements – please advise when these will be sent.**

Let me know if there are any questions.

Thanks,

**Ryan M. Roy**
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile



ankuratrust.com



ANKURA TRUST COMPANY, LLC

214 NORTH MAIN STREET

CONCORD, NH 03301

# INVOICE

April 8, 2019



RE:  Ankura Trust Company LLC as New Agent under the Court Approved Settlement Agreement by and between Zohar III Corporation, Zohar II 2008-1, Corp., Zohar CDO 2003-1, Corp., Zohar III, Limited, Zohar 2005-1, Limited, and Zohar CDO 2003-1, Limited (the "Debtors"), Lynn Tilton, The Patriarch Stakeholders, MBIA Insurance Corp. and the Zohar III Controlling Class

Annual Administrative Fee…………………. $50,000.00

Please remit payment to:

Huntington National Bank
ABA 044000024
Ankura Trust Company LLC
Account number: ████████
RE: Zohar Settlement

# Exhibit E-3

| From: | Ryan Roy <Ryan.Roy@ankura.com> |
|---|---|
| Sent: | Wednesday, July 17, 2019 1:13 PM |
| To: | ███████████████████████ |
| Cc: | David Sawyer; Jay Hopkins; Balcom, James; Moser, Edward; Van Praag, Chris; Harris, Jennifer; Harmeyer, Andrew; Lee, Junoh; Harms, Savannah |
| Subject: | Collateral Documentation and Audit Follow-up (███ and ██████) |

███████████

We are missing collateral documentation for each of ███ and ██████, which we need in order to complete the transfer of collateral to Ankura as agent. We have requested this information from PPAS but have received incomplete records. We would appreciate your assistance in providing a complete closing set.

Please provide us with any of the following in relation to the credit facilities:

1.  Copies of:
    - UCCs
    - Account Control Agreements (DACAS/SACAS)
    - Mortgages, and
    - Any other collateral documentation (IP, etc.).

2.  In additional, please let us know if PPAS is holding as collateral any original stock certificates or promissory notes and powers.

We need to get the collateral transfer process completed as expeditiously as possible so your attention to this is much appreciated.

**Also – we still are awaiting the latest audited and quarterly financials for each entity – please send or provide an update on where these stand.**

Please let me know if there are any questions.

Thanks,

**Ryan M. Roy**
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile



**ankuratrust.com**

# Exhibit E-4

| From: | Ryan Roy <Ryan.Roy@ankura.com> |
|---|---|
| Sent: | Wednesday, July 17, 2019 1:13 PM |
| To: | ████████████████████ |
| Cc: | David Sawyer; Jay Hopkins; Balcom, James; Moser, Edward; Van Praag, Chris; Harris, Jennifer; Harmeyer, Andrew; Lee, Junoh; Harms, Savannah |
| Subject: | Collateral Documentation + Other Follow-ups (████) |
| Attachments: | ATC Invoice_████_20190408.pdf |

████████

We are missing collateral documentation for ████ which we need in order to complete the transfer of collateral to Ankura as agent. We have requested this information from PPAS but have received incomplete records. We would appreciate your assistance in providing a complete closing set.

Please provide us with any of the following in relation to the credit facilities:

1. Copies of:
   - UCCs
   - Account Control Agreements (DACAS/SACAS)
   - Mortgages, and
   - Any other collateral documentation (IP, etc.).

2. In additional, please let us know if PPAS is holding as collateral any original stock certificates or promissory notes and powers.

3. Further, please provide Amendment No. 7 to the credit agreement

We need to get the collateral transfer process completed as expeditiously as possible so your attention to this is much appreciated.

Separately, there are two outstanding issues we'd like addressed:

1. **We have not yet received payment for our invoice, which is now overdue (reattached for your convenience) – please advise when we should expect payment; and**
2. **We have made several requests for the Company's latest audited and quarterly financial statements – please advise when these will be sent.**

Let me know if there are any questions.

Thanks,

**Ryan M. Roy**
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile



ankuratrust.com



ANKURA TRUST COMPANY, LLC

214 NORTH MAIN STREET

CONCORD, NH 03301

# INVOICE

April 8, 2019



RE:  Ankura Trust Company LLC as New Agent under the Court Approved Settlement Agreement by and between Zohar III Corporation, Zohar II 2008-1, Corp., Zohar CDO 2003-1, Corp., Zohar III, Limited, Zohar 2005-1, Limited, and Zohar CDO 2003-1, Limited (the "Debtors"), Lynn Tilton, The Patriarch Stakeholders, MBIA Insurance Corp. and the Zohar III Controlling Class

Annual Administrative Fee………………… $50,000.00

Please remit payment to:

Huntington National Bank
ABA 044000024
Ankura Trust Company LLC
Account number: ███████████
RE: Zohar Settlement

# Exhibit E-5

| | |
|---|---|
| **From:** | Ryan Roy <Ryan.Roy@ankura.com> |
| **Sent:** | Wednesday, July 17, 2019 1:37 PM |
| **To:** | ████████████ |
| **Cc:** | David Sawyer; Jay Hopkins; Balcom, James; Moser, Edward; Van Praag, Chris; Harris, Jennifer; Harmeyer, Andrew; Harms, Savannah; Lee, Junoh |
| **Subject:** | Re: [EXT] Re: Collateral Documentation (███████████) |

Thanks ████ And I do have the audit, no reason to resend.

Best,

**Ryan M. Roy**
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+646.528.4393 Mobile
+617.878.2031 Direct

www.ankuratrust.com

On Jul 17, 2019, at 1:32 PM, ███████████████████████████████ wrote:

> Ryan, I previously sent you the 2018 audit. Do you need me to resend?
>
> We'll get going on gathering the collateral support you requested.
>
> Thanks, ████
>
> Sent from my iPhone
>
> On Jul 17, 2019, at 11:15 AM, Ryan Roy <Ryan.Roy@ankura.com> wrote:
>
>> ████
>>
>> We are missing collateral documentation for ███████████ which we need in order to complete the transfer of collateral to Ankura as agent. We have requested this information from PPAS but have received incomplete records. We would appreciate your assistance in providing a complete closing set.
>> Please provide us with any of the following in relation to the credit facilities:
>>    1. Copies of:
>>       - UCCs
>>       - Account Control Agreements (DACAS/SACAS)
>>       - Mortgages, and
>>       - Any other collateral documentation (IP, etc.).
>>    2. In additional, please let us know if PPAS is holding as collateral any original stock certificates or promissory notes and powers.
>> We need to get the collateral transfer process completed as expeditiously as possible so your attention to this is much appreciated.
>> **Separately, please provide an update on where things stand with the 2018 audit.**

1

Please let me know if there are any questions.

Thanks,

**Ryan M. Roy**
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile
<image001.png>
**ankuratrust.com**

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. This communication is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

# Exhibit E-6

**From:** Ryan Roy <Ryan.Roy@ankura.com>
**Sent:** Wednesday, July 17, 2019 1:14 PM
**To:** ███████████████████████████████████████████
**Cc:** David Sawyer; Jay Hopkins; Balcom, James; Moser, Edward; Van Praag, Chris; Harris, Jennifer; Harmeyer, Andrew; Lee, Junoh; Harms, Savannah
**Subject:** Collateral Documentation ██████████████████████████████████

████ and team,

We are missing collateral documentation for each of ████████████████ which we need in order to complete the transfer of collateral to Ankura as agent. We have requested this information from PPAS but have received incomplete records. We would appreciate your assistance in providing a complete closing set.

Please provide us with any of the following in relation to the credit facilities:

1. Copies of:
   - UCCs
   - Account Control Agreements (DACAS/SACAS)
   - Mortgages, and
   - Any other collateral documentation (IP, etc.).

2. In additional, please let us know if PPAS is holding as collateral any original stock certificates or promissory notes and powers.

3. Further, please provide Amendment No. 4 to the credit agreement for ████

We need to get the collateral transfer process completed as expeditiously as possible so your attention to this is much appreciated.

Please let me know if there are any questions.

Thanks,

**Ryan M. Roy**
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile



**ankuratrust.com**

# Exhibit E-7

**From:** Ryan Roy <Ryan.Roy@ankura.com>
**Sent:** Wednesday, July 17, 2019 1:11 PM
**To:** ██████████████████████████
**Cc:** David Sawyer; Jay Hopkins; Balcom, James; Moser, Edward; Van Praag, Chris; Harris, Jennifer; Harmeyer, Andrew; Harms, Savannah; Lee, Junoh
**Subject:** Collateral Documentation (████████████████████████

███████████

We are missing collateral documentation for ████████████████████ which we need in order to complete the transfer of collateral to Ankura as agent. We have requested this information from PPAS but have received incomplete records. We would appreciate your assistance in providing a complete closing set.

Please provide us with any of the following in relation to the credit facilities:

1. Copies of:
   - UCCs
   - Account Control Agreements (DACAS/SACAS)
   - Mortgages, and
   - Any other collateral documentation (IP, etc.).

2. In additional, please let us know if PPAS is holding as collateral any original stock certificates or promissory notes and powers.

We need to get the collateral transfer process completed as expeditiously as possible so your attention to this is much appreciated.

Please let me know if there are any questions.

Thanks,

**Ryan M. Roy**
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile



**ankuratrust.com**

# Exhibit E-8

| | |
|---|---|
| **From:** | Ryan Roy <Ryan.Roy@ankura.com> |
| **Sent:** | Wednesday, July 17, 2019 1:08 PM |
| **To:** | ███████████████████████ |
| **Cc:** | David Sawyer; Jay Hopkins; Balcom, James; Moser, Edward; Van Praag, Chris; Harris, Jennifer; Harmeyer, Andrew; Harms, Savannah; Lee, Junoh |
| **Subject:** | Collateral Documentation ████████████ |
| **Attachments:** | ATC Invoice_█████████_20190408.pdf; ATC Invoice_██████_20190408.pdf |

███████████████

We are missing collateral documentation for ████████████████ which we need in order to complete the transfer of collateral to Ankura as agent. We have requested this information from PPAS but have received incomplete records. We would appreciate your assistance in providing a complete closing set.

Please provide us with any of the following in relation to the credit facilities:

1.  Copies of:
    - UCCs
    - Account Control Agreements (DACAS/SACAS)
    - Mortgages, and
    - Any other collateral documentation (IP, etc.).

2.  In additional, please let us know if PPAS is holding as collateral any original stock certificates or promissory notes and powers.

We need to get the collateral transfer process completed as expeditiously as possible so your attention to this is much appreciated.

**Separately, we have not yet received payment for our invoices, which are now overdue (reattached for your convenience) – please advise when we should expect payment.**

Please let me know if there are any questions.

Thanks,

**Ryan M. Roy**
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile



**ankuratrust.com**



ANKURA TRUST COMPANY, LLC

214 NORTH MAIN STREET

CONCORD, NH 03301

# INVOICE

April 8, 2019



RE:  Ankura Trust Company LLC as New Agent under the Court Approved Settlement Agreement by and between Zohar III Corporation, Zohar II 2008-1, Corp., Zohar CDO 2003-1, Corp., Zohar III, Limited, Zohar 2005-1, Limited, and Zohar CDO 2003-1, Limited (the "Debtors"), Lynn Tilton, The Patriarch Stakeholders, MBIA Insurance Corp. and the Zohar III Controlling Class

Annual Administrative Fee………………… $50,000.00

Please remit payment to:

Huntington National Bank
ABA 044000024
Ankura Trust Company LLC
Account number: ███████████
RE: Zohar Settlement



ANKURA TRUST COMPANY, LLC

214 NORTH MAIN STREET

CONCORD, NH 03301

# INVOICE

April 8, 2019



RE:  Ankura Trust Company LLC as New Agent under the Court Approved Settlement Agreement by and between Zohar III Corporation, Zohar II 2008-1, Corp., Zohar CDO 2003-1, Corp., Zohar III, Limited, Zohar 2005-1, Limited, and Zohar CDO 2003-1, Limited (the "Debtors"), Lynn Tilton, The Patriarch Stakeholders, MBIA Insurance Corp. and the Zohar III Controlling Class

Annual Administrative Fee………………… $35,000.00

Please remit payment to:

Huntington National Bank
ABA 044000024
Ankura Trust Company LLC
Account number: ███████████
RE: Zohar Settlement

# Exhibit E-9

**From:**       Ryan Roy <Ryan.Roy@ankura.com>
**Sent:**       Wednesday, July 17, 2019 1:10 PM
**To:**         ██████████████████████
**Cc:**         David Sawyer; Jay Hopkins; Balcom, James; Moser, Edward; Van Praag, Chris; Harris, Jennifer;
                Harmeyer, Andrew; Harms, Savannah; Lee, Junoh
**Subject:**    Collateral Documentation (████████

John and John,

We are missing collateral documentation for ████████ which we need in order to complete the transfer of collateral to Ankura as agent. We have requested this information from PPAS but have received incomplete records. We would appreciate your assistance in providing a complete closing set.

Please provide us with any of the following in relation to the credit facilities:

1.  Copies of:
    - UCCs
    - Account Control Agreements (DACAS/SACAS)
    - Mortgages, and
    - Any other collateral documentation (IP, etc.).

2.  In additional, please let us know if PPAS is holding as collateral any original stock certificates or promissory notes and powers.

We need to get the collateral transfer process completed as expeditiously as possible so your attention to this is much appreciated.

**Separately, as per our discussion yesterday, please provide an update on where things stand with sending the most recent audited and quarterly financial statements.**

Please let me know if there are any questions.

Thanks,

**Ryan M. Roy**
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile



**ankuratrust.com**

# Exhibit E-10

**From:**  Ryan Roy <Ryan.Roy@ankura.com>
**Sent:**  Wednesday, July 17, 2019 1:06 PM
**To:**  ███████████████████████████
**Cc:**  David Sawyer; Jay Hopkins; Balcom, James; Moser, Edward; Van Praag, Chris; Harris, Jennifer; Harmeyer, Andrew; Harms, Savannah; Lee, Junoh
**Subject:**  Collateral Documentation (███████

███████

We are missing collateral documentation for ██████ which we need in order to complete the transfer of collateral to Ankura as agent. We have requested this information from PPAS but have received incomplete records. We would appreciate your assistance in providing a complete closing set.

Please provide us with any of the following in relation to the credit facilities:

1.  Copies of:
    - UCCs
    - Account Control Agreements (DACAS/SACAS)
    - Mortgages, and
    - Any other collateral documentation (IP, etc.).

2.  In additional, please let us know if PPAS is holding as collateral any original stock certificates or promissory notes and powers.

We need to get the collateral transfer process completed as expeditiously as possible so your attention to this is much appreciated.

**Separately, can you also please provide an update on where things stand with the 2018 audit?**

Please let me know if there are any questions.

Thanks,

**Ryan M. Roy**
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile



**ankuratrust.com**

# Exhibit E-11

**From:**     Ryan Roy <Ryan.Roy@ankura.com>
**Sent:**     Wednesday, July 17, 2019 1:10 PM
**To:**       ███████████████████████████
**Cc:**       David Sawyer; Jay Hopkins; Balcom, James; Moser, Edward; Van Praag, Chris; Harris, Jennifer;
              Harmeyer, Andrew; Harms, Savannah; Lee, Junoh
**Subject:**  Collateral Documentation ███████



We are missing collateral documentation for ███████, which we need in order to complete the transfer of collateral to Ankura as agent. We have requested this information from PPAS but have received incomplete records. We would appreciate your assistance in providing a complete closing set.

Please provide us with any of the following in relation to the credit facilities:

1.  Copies of:
    - UCCs
    - Account Control Agreements (DACAS/SACAS)
    - Mortgages, and
    - Any other collateral documentation (IP, etc.).

2.  In additional, please let us know if PPAS is holding as collateral any original stock certificates or promissory notes and powers.

We need to get the collateral transfer process completed as expeditiously as possible so your attention to this is much appreciated.

Please let me know if there are any questions.

Thanks,

**Ryan M. Roy**
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile



**ankuratrust.com**

# Exhibit E-12

**From:**          Ryan Roy <Ryan.Roy@ankura.com>
**Sent:**          Wednesday, July 17, 2019 1:13 PM
**To:**            ███████████████████████
**Cc:**            David Sawyer; Jay Hopkins; Balcom, James; Moser, Edward; Van Praag, Chris; Harris, Jennifer;
                   Harmeyer, Andrew; Harms, Savannah; Lee, Junoh
**Subject:**       Collateral Documentation + Audit Follow-up (██)


███████████████

We are missing collateral documentation for ██ , which we need in order to complete the transfer of collateral to
Ankura as agent. We have requested this information from PPAS but have received incomplete records. We would
appreciate your assistance in providing a complete closing set.

Please provide us with any of the following in relation to the credit facilities:

1.  Copies of:
    - UCCs
    - Account Control Agreements (DACAS/SACAS)
    - Mortgages, and
    - Any other collateral documentation (IP, etc.).

2.  In additional, please let us know if PPAS is holding as collateral any original stock certificates or promissory notes
    and powers.

We need to get the collateral transfer process completed as expeditiously as possible so your attention to this is much
appreciated.

**Separately, can you also please provide an update on the 2018 audit?**

Please let me know if there are any questions.

Thanks,

**Ryan M. Roy**
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile



**ankuratrust.com**

# Exhibit E-13

| | |
|---|---|
| **From:** | Ryan Roy <Ryan.Roy@ankura.com> |
| **Sent:** | Wednesday, July 17, 2019 1:07 PM |
| **To:** | ███████████████████ |
| **Cc:** | David Sawyer; Jay Hopkins; Balcom, James; Moser, Edward; Van Praag, Chris; Harris, Jennifer; Harmeyer, Andrew; Harms, Savannah; Lee, Junoh |
| **Subject:** | Collateral Documentation + Financial Statement Follow-up███████████ |



████

We are missing collateral documentation for ██████████ which we need in order to complete the transfer of collateral to Ankura as agent. We have requested this information from PPAS but have received incomplete records. We would appreciate your assistance in providing a complete closing set.

Please provide us with any of the following in relation to the credit facilities:

1.  Copies of:
    - UCCs
    - Account Control Agreements (DACAS/SACAS)
    - Mortgages, and
    - Any other collateral documentation (IP, etc.).

2.  In additional, please let us know if PPAS is holding as collateral any original stock certificates or promissory notes and powers.

We need to get the collateral transfer process completed as expeditiously as possible so your attention to this is much appreciated.

**Also – we have made several requests for the latest audited and quarterly financials for each entity but have not received a response – please send or provide an update on where these stand.**

Please let me know if there are any questions.

Thanks,

**Ryan M. Roy**
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile



**ankuratrust.com**

# Exhibit E-14

| | |
|---|---|
| **From:** | Ryan Roy <Ryan.Roy@ankura.com> |
| **Sent:** | Wednesday, July 17, 2019 1:12 PM |
| **To:** | <span style="background:black">████████████████████████████</span> |
| | Scott.Johnsen@mdhelicopters.com |
| **Cc:** | David Sawyer; Jay Hopkins; Balcom, James; Moser, Edward; Van Praag, Chris; Harris, Jennifer; Harmeyer, Andrew; Harms, Savannah; Lee, Junoh |
| **Subject:** | Collateral Documentation + Financial Statement Follow-up ████████) |

We are missing collateral documentation for ████████, which we need in order to complete the transfer of collateral to Ankura as agent. We have requested this information from PPAS but have received incomplete records. We would appreciate your assistance in providing a complete closing set.

Please provide us with any of the following in relation to the credit facilities:

1. Copies of:
   - UCCs
   - Account Control Agreements (DACAS/SACAS)
   - Mortgages, and
   - Any other collateral documentation (IP, etc.).

2. In additional, please let us know if PPAS is holding as collateral any original stock certificates or promissory notes and powers.

We need to get the collateral transfer process completed as expeditiously as possible so your attention to this is much appreciated.

**Separately, we've made several requests for the most recent audited and quarterly financial statements for both entities – can you please provide an update on where these stand?**

Please let me know if there are any questions.

Thanks,

**Ryan M. Roy**
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile



**ankuratrust.com**

# Exhibit E-15

| | |
|---|---|
| **From:** | Ryan Roy <Ryan.Roy@ankura.com> |
| **Sent:** | Wednesday, July 17, 2019 1:09 PM |
| **To:** | ████████████████████████ |
| **Cc:** | David Sawyer; Jay Hopkins; Balcom, James; Moser, Edward; Van Praag, Chris; Harris, Jennifer; Harmeyer, Andrew; Lee, Junoh; Harms, Savannah |
| **Subject:** | Collateral Documentation + Other Follow-ups (█████) |
| **Attachments:** | ATC Invoice_██████_20190408.pdf |

████████████

We are missing collateral documentation for █████, which we need in order to complete the transfer of collateral to Ankura as agent. We have requested this information from PPAS but have received incomplete records. We would appreciate your assistance in providing a complete closing set.

Please provide us with any of the following in relation to the credit facilities:

1. Copies of:
   - UCCs
   - Account Control Agreements (DACAS/SACAS)
   - Mortgages, and
   - Any other collateral documentation (IP, etc.).

2. In additional, please let us know if PPAS is holding as collateral any original stock certificates or promissory notes and powers.

We need to get the collateral transfer process completed as expeditiously as possible so your attention to this is much appreciated.

Separately, there are two outstanding issues we'd like addressed:

1. **We have not yet received payment for our invoice, which is now overdue (reattached for your convenience) – please advise when we should expect payment; and**
2. **We have made several requests for the Company's latest audited and quarterly financial statements – please advise when these will be sent.**

Please let me know if there are any questions.

Thanks,

**Ryan M. Roy**
Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112 Main +1.617.878.2031 Direct
+1.646.528.4393 Mobile



ankuratrust.com



ANKURA TRUST COMPANY, LLC

214 NORTH MAIN STREET

CONCORD, NH 03301

# INVOICE

April 8, 2019



RE:  Ankura Trust Company LLC as New Agent under the Court Approved
Settlement Agreement by and between Zohar III Corporation, Zohar II 2008-1,
Corp., Zohar CDO 2003-1, Corp., Zohar III, Limited, Zohar 2005-1, Limited, and
Zohar CDO 2003-1, Limited (the "Debtors"), Lynn Tilton, The Patriarch
Stakeholders, MBIA Insurance Corp. and the Zohar III Controlling Class


Annual Administrative Fee………………… $50,000.00


Please remit payment to:

Huntington National Bank
ABA 044000024
Ankura Trust Company LLC
Account number: ██████████
RE: Zohar Settlement

# Exhibit F

| From: | Harms, Savannah |
|---|---|
| To: | Kevin Dell; Brian Stephen; Carolyn Schiff; Barry, Joseph; Bartley, Ryan; Hart, Ryan D.; Nestor, Michael |
| Cc: | Ryan Roy; David Sawyer; Lisa Price; Jay Hopkins; Harris, Jennifer; Harmeyer, Andrew; Lee, Junoh |
| Subject: | [EXT] Zohar - request for Call tomorrow |
| Date: | Monday, August 12, 2019 8:02:59 PM |
| Attachments: | Zohar - List of Borrowers and Guarantors (4819-2050-3198-3).docx |

PPAS team,

Thank you for providing us with the UCCs for all of the Borrowers under the different credit facilities. We have created the attached chart showing all of the listed Guarantors under each facility as well as the Guarantors we have seen a UCC for. As you will see from the chart we did not receive UCCs for a number of the Guarantors – these are marked in pink. Please advise ASAP whether you have UCCs for these entities, what the status of each guarantor is and please advise us of the jurisdiction of organization for those we do not have. If need be we will order UCC searches for the Guarantors we do not have. This is not the preferred route, but we need to complete this process ASAP.

In addition, we have not received a response on our request for possessory collateral or any other collateral documentation. Can we please have a call tomorrow to discuss. How about either 1pm and 4pm (NY time) for a call?

Thank you,

Savannah

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5502
sharms@milbank.com | milbank.com

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

| Company Name | Guarantors/ Credit Parties | State | UCC-1 (Y/N) |
|---|---|---|---|
| ▮ | Paid Off | Paid Off | Paid Off |
| ▮ | | Delaware | Y |
| | ▮ | Delaware | Y |
| | ▮ | Delaware ▮ | Y |
| | ▮ | Delaware ▮ | Y |
| | ▮ | Delaware | N |
| | ▮ | Michigan ▮ | Y |
| | ▮ | Illinois | N |
| | ▮ | Michigan | N |
| | ▮ | Delaware ▮ | Y |
| | ▮ | Michigan | N |
| | ▮ | Delaware | N |
| | ▮ | Delaware | N |
| | ▮ | Michigan | Y |
| | ▮ | Michigan | N |
| | ▮ | Michigan (▮ | Y |

| | | State | |
|---|---|---|---|
| | ██████ | Delaware | Y |
| | ████████ | Delaware | Y |
| | █████████ | Michigan | N |
| | ████████ | Michigan | Y |
| | ████████ | Michigan | Y |
| | ████████ | Michigan | N |
| | █████████ | Delaware | Y |
| | █████████ | Delaware | Y |
| | █████████ | Delaware | Y |
| ███████ | | Delaware | N |
| | ████████ | Delaware | Y |
| | ████████ | Delaware | Y |
| | ████████ | Delaware | Y |
| | ████████ | Delaware | Y |
| | ████████ | Delaware | Y |
| | ████████ | Delaware | Y |
| | ████████ | Delaware | Y |
| | █████████ | Delaware | Y |
| | ████████ | Delaware | Y |
| | ████████ | Delaware | Y |

| | | | |
|---|---|---|---|
| | ██████████████ | Delaware | Y |
| ████████ | | Delaware | Y |
| | ███████████ | Delaware | Y |
| | ████████████ | Delaware | Y |
| | ███████████ | Delaware | Y |
| | ███████████ | Delaware | Y |
| | ████████████ | Delaware | Y |
| | ████████████ | Delaware | Y |
| | ███████████ | Delaware | Y |
| | ████████████ | Delaware | N |
| | ███████████ | Delaware | Y |
| | ███████████ | Delaware | Y |
| | █████████████ | Delaware | Y |
| ████████ | | Texas | Y |
| | ███████ | | N |
| | ██████ | | N |
| | ██████ | | N |
| | ██████ | | N |
| | ███████ | | N |

| | | | |
|---|---|---|---|
| | ████ | | N |
| | ████ | | N |
| ████ | | Minnesota | Y |
| | ████ | Minnesota | Y |
| | █████. | Minnesota | Y |
| | █████. | Minnesota | Y |
| | █████. | Minnesota | Y |
| | █████. | Minnesota | Y |
| | █████. | Minnesota | Y |
| | █████. | Minnesota | Y |
| | █████. | Minnesota | Y |
| | █████. | Minnesota | N |
| | █████. | Minnesota | Y |
| | ██████. | Minnesota | Y |
| | ███████. | Minnesota | Y |
| | █████. | Minnesota | Y |
| | █████. | Minnesota | Y |
| | █████. | Minnesota | Y |
| | ██████. | Minnesota | Y |
| | █████. | | N |
| | █████. | | N |
| | ██████. | | N |
| | █████. | | N |

| | | | |
|---|---|---|---|
| | ████████████ | | N |
| | ███████████████ | | N |
| | █████████████ | | N |
| | █████████ | | N |
| | █████████ | | N |
| | ██████████ | | N |
| | █████████ | | N |
| | ████████ | | N |
| | █████████ | | N |
| | ██████████ | | N |
| | █████████ | | N |
| | ███████████ | | N |
| | ████████████ | | N |
| | ███████ | | N |
| | ████████ | | N |
| | ██████████ | | N |
| | █████████ | | N |
| | █████████ | | N |
| | █████████ | | N |
| | █████████ | | N |
| | ██████████ | | N |
| | █████████ | Minnesota | Y |

| | | | |
|---|---|---|---|
| | ███████████ | | N |
| | ████████████ | | N |
| | ████████████ | | N |
| | ██████████ | Iowa | Y |
| | ███████████ | New York | Y |
| | ████████████ | North Carolina | Y |
| | ████████████ | Minnesota | Y |
| | ████████████ | | N |
| | ████████████ | | N |
| | ███████████ | | N |
| | ███████████ | | N |
| | ████████████ | | N |
| | ████████████ | Louisiana | Y |
| | ███████████ | | N |
| | ███████████ | Texas | Y |
| | ███████████ | | N |
| | ████████████ | | N |
| | ███████████ | | N |
| | ████████████ | Texas | Y |
| | ██████████ | Texas | Y |
| | ███████████ | | N |

4819-2050-3198v2

| | | | N |
|---|---|---|---|
| | | Ohio | Y |
| | | | N |
| | | | N |
| | | Texas | Y |
| | | Minnesota | Y |
| | | Delaware | Y |
| | | Delaware | N |
| | | Delaware | Y |
| | | Alabama | Y |
| | | Alabama | Y |
| | | Alabama | Y |
| | | Alabama | Y |
| | | [Alabama] | N |
| | | Alabama | Y |
| | | Alabama | Y |
| | | Alabama | N |
| | | Alabama | N |
| | | Alabama | N |
| | | Alabama | Y |

4819-2050-3198v2

| | | Delaware | Y |
|---|---|---|---|
| | | Delaware | Y |
| | | Delaware | N |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | N |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Arizona | Y |
| | | Delaware | Y |

[1] This entity wasn't in the Credit Agreement nor in the amendments.

| | | | |
|---|---|---|---|
| ▓ | | Delaware | Y |
| | ▓ | Delaware | Y |
| | ▓ | Delaware | Y |
| ▓ | | Delaware | Y |
| ▓ | | Delaware | Y |
| ▓ | | Delaware | Y |
| | ▓ | Maryland | Y |
| | ▓ | Maryland | Y |
| | ▓ | Maryland | Y |
| ▓ | | Delaware | Y |
| ▓ | | Delaware | Y |
| ▓ | | Delaware | Y |
| | ▓ | Delaware | Y |
| | ▓ | Delaware | Y |
| ▓ | | Delaware | Y |
| | ▓ (Borrower) | Florida | Y |
| | ▓ (Borrower) | Spain | N |
| | ▓ | Delaware | N |

4819-2050-3198v2

| | | | |
|---|---|---|---|
| | ██████████. | Iceland | N |
| | ██████████. | Netherlands | Y |
| | ████████████. | Delaware | Y |
| | ████████. | Delaware | N |
| | ████████████. | Florida | N |
| | ██████████. | Delaware | N |
| | ████████████. | Iceland | N |
| ██████████ | | Delaware | Y |
| ██████████████ .) | | Florida | Y |
| ████████████ | | Delaware | Y |
| ██████████ | | Delaware | N |
| | ██████████ | United Kingdom | N |
| | ████████████. | Canada | N |
| | ████████. | Delaware | Y |
| ██████████ | | Delaware | N |
| | ████████████. | Delaware | Y |
| | ████████████. | Delaware | Y |
| | ██████████. | Delaware | Y |
| | ████████████. | Delaware | Y |
| | ████████████ | Delaware | N |
| | ████████████. | Delaware | N |

| | ██████████████C. | Delaware | N |
|---|---|---|---|
| | █████████ | Delaware | Y |
| | ██████████. | Delaware | Y |
| | █████████ | Delaware | Y |
| | ████████. | Delaware | Y |
| | █████████. | Delaware | Y |
| | ███████. | Delaware | Y |

# Exhibit G

| | |
|---|---|
| From: | Harms, Savannah |
| To: | Carolyn Schiff; Barry, Joseph; Bartley, Ryan; Hart, Ryan D.; Nestor, Michael |
| | Ryan Roy; David Sawyer; Lisa Price; Jay Hopkins; Harris, Jennifer; Harmeyer, Andrew; Lee, Junoh |
| Subject: | [EXT] RE: Zohar - request for Call tomorrow |
| Date: | Friday, August 16, 2019 12:58:26 PM |
| Attachments: | Zohar – Agency Transfer Chart of Missing Items (4838-1814-6712-7).docx |
| | Zohar - List of UCCs Received (4814-1656-1054-3).docx |
| | Zohar - List of Borrowers and Guarantors.docx |

All,
In anticipation of today's call, please find attached the following documents: List of Collateral Documents/Missing Items; the List of UCCs received; and the List of Borrowers and Guarantors that we have seen UCCs for.

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5502
sharms@milbank.com | milbank.com

From: Harms, Savannah
Sent: Thursday, August 15, 2019 5:12 PM
To: 'Carolyn Schiff' <Carolyn.Schiff@PatriarchPartners.com>; Barry, Joseph <jbarry@ycst.com>; Bartley, Ryan <RBartley@ycst.com>; Hart, Ryan D. <RHart@ycst.com>; Nestor, Michael <mnestor@ycst.com>
Cc: Ryan Roy <Ryan.Roy@ankura.com>; David Sawyer <David.Sawyer@ankura.com>; Lisa Price <Lisa.Price@ankura.com>; Jay Hopkins <jay.hopkins@ankura.com>; Harris, Jennifer <JHarris@milbank.com>; Harmeyer, Andrew <AHarmeyer@milbank.com>; Lee, Junoh <jlee4@milbank.com>
Subject: RE: Zohar - request for Call tomorrow

Hi Carolyn,
1pm ET tomorrow works for us. We will send around a dial in. Thank you

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5502
sharms@milbank.com | milbank.com

From: Carolyn Schiff <Carolyn.Schiff@PatriarchPartners.com>
Sent: Thursday, August 15, 2019 4:00 PM
To: Harms, Savannah <SHarms@milbank.com>; Carolyn Schiff <Carolyn.Schiff@PatriarchPartners.com>; Barry, Joseph <jbarry@ycst.com>; Bartley, Ryan <RBartley@ycst.com>; Hart, Ryan D. <RHart@ycst.com>; Nestor, Michael <mnestor@ycst.com>
Cc: Ryan Roy <Ryan.Roy@ankura.com>; David Sawyer <David.Sawyer@ankura.com>; Lisa Price <Lisa.Price@ankura.com>; Jay Hopkins <jay.hopkins@ankura.com>; Harris, Jennifer <JHarris@milbank.com>; Harmeyer, Andrew <AHarmeyer@milbank.com>; Lee, Junoh <jlee4@milbank.com>
Subject: [EXT] RE: Zohar - request for Call tomorrow

OK how about 1pm?

From: Harms, Savannah [mailto:SHarms@milbank.com]
Sent: Thursday, August 15, 2019 3:58 PM
To: Carolyn Schiff; Kevin Dell; Brian Stephen; Barry, Joseph; Bartley, Ryan; Hart, Ryan D.; Nestor, Michael
Cc: Ryan Roy; David Sawyer; Lisa Price; Jay Hopkins; Harris, Jennifer; Harmeyer, Andrew; Lee, Junoh
Subject: RE: Zohar - request for Call tomorrow

Hi Carolyn,
We are available after 12:30 and before 6pm ET tomorrow.

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5502
sharms@milbank.com | milbank.com

From: Carolyn Schiff <Carolyn.Schiff@PatriarchPartners.com>
Sent: Thursday, August 15, 2019 3:43 PM
To: Harms, Savannah <SHarms@milbank.com>; Kevin Dell <Kevin.Dell@PatriarchPartners.com>; Brian Stephen <Brian.Stephen@PatriarchPartners.com>; Carolyn Schiff <Carolyn.Schiff@PatriarchPartners.com>; Barry, Joseph <jbarry@ycst.com>; Bartley, Ryan <RBartley@ycst.com>; Hart, Ryan D. <RHart@ycst.com>; Nestor, Michael <mnestor@ycst.com>
Cc: Ryan Roy <Ryan.Roy@ankura.com>; David Sawyer <David.Sawyer@ankura.com>; Lisa Price <Lisa.Price@ankura.com>; Jay Hopkins <jay.hopkins@ankura.com>; Harris, Jennifer <JHarris@milbank.com>; Harmeyer, Andrew <AHarmeyer@milbank.com>; Lee, Junoh <jlee4@milbank.com>
Subject: [EXT] RE: Zohar - request for Call tomorrow

Can we schedule this call for tomorrow? I am free any time except 11-11:45am.

From: Harms, Savannah [mailto:SHarms@milbank.com]
Sent: Monday, August 12, 2019 8:03 PM
To: Kevin Dell; Brian Stephen; Carolyn Schiff; Barry, Joseph; Bartley, Ryan; Hart, Ryan D.; Nestor, Michael
Cc: Ryan Roy; David Sawyer; Lisa Price; Jay Hopkins; Harris, Jennifer; Harmeyer, Andrew; Lee, Junoh
Subject: Zohar - request for Call tomorrow

PPAS team,
Thank you for providing us with the UCCs for all of the Borrowers under the different credit facilities. We have created the attached chart showing all of the listed Guarantors under each facility as well as the Guarantors we have seen a UCC for. As you will see from the chart we did not receive UCCs for a number of the Guarantors – these are marked in pink. Please advise ASAP whether you have UCCs for these entities, what the status of each guarantor is and please advise us of the jurisdiction of organization for those we do not have. If need be we will order UCC searches for the Guarantors we do not have. This is not the preferred route, but we need to complete this process ASAP.
In addition, we have not received a response on our request for possessory collateral or any other collateral documentation. Can we please have a call tomorrow to discuss. How about either 1pm and 4pm (NY time) for a call?
Thank you,
Savannah

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5502
sharms@milbank.com | milbank.com

================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

..................................................................................................................................................................................................

The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to

the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**Ankura – Agency Transfer from Patriarch Partners Agency Services, LLC ("PPAS")**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ▮ – PAID OFF IN FULL | ▮ | Credit Agreement dated 3/4/09; Amendments: 1-5 (5th: 11/19/15)<br><br>Payoff Letter dated July 9, 2019 | April 15, 2019 as of Amendment 4 | PAID IN FULL | PAID IN FULL | PAID IN FULL | PAID IN FULL | PAID IN FULL |
| ▮ | ▮ | Credit Agreement dated 1/21/10; Amendments: 1-14 (14th: 5/1/19) | July 8, 2019 as of Amendment 14 | Please confirm if any. | Please confirm if any. | See UCC Chart<br><br>Missing DE UCC-1 for<br><br>▮<br><br>4 | BAML DACA dated 6/18/19 among Borrower, Wells, Ankura and BAML for accounts ▮<br><br>BB&T BACA with Lockbox undated unsigned; BB&T DACA undated and unsigned<br><br>Please provide status on BB&T | Please confirm if any. |

Milbank Request 8/13/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | BACAs and DACAs<br><br>Please confirm no other accounts | |
| ■ | ■ | AR Credit Agreement dated 8/31/11; Amendments: 1-13; (13th: 5/1/19); | July 8, 2019 as of Amendment 13 | Please confirm if any. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs | Please confirm if any. |
| ■ | ■ | AR Credit Agreement dated 8/31/11; Amendments: | July 8, 2019 as of Amendment 13 | Please confirm if any. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs. | Please confirm if any. |

- 2 -

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ███ | ███ | 1-13 (13th: 5/1/19) | | | | | | |
| ██ | 7 named individuals (illegible) | Promissory Note Agreement dated 2/3/06; Amendments: 1-6 (6th: 11/14/06); Missing Amendment No. 7; 8-18 (8th: 4/25/07; 18th: 11/19/15); Commitment Settlement Amendment 6/6/12.<br><br>Please provide Amendment No. 7. | April 15, 2019 as of Amendment 15<br><br>Amendment No. 19 to extend maturity date to 7/8/19 in process.<br><br>Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs | Please confirm if any. |

Milbank Request 8/13/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ███ | ███ | First AR Credit Agreement dated 1/11/07; Amendments: 1-15 (15th: 11/19/15)<br><br>Amendment No. 16 to extend maturity date to 7/8/19 in process.<br><br>Note: Agency fee unpaid; please provide an update. | April 15, 2019 as of Amendment 14<br><br>Amendment No. 16 to extend maturity date to 7/8/19 in process.<br><br>Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | See UCC Chart<br><br>Missing TX UCC-1 for<br><br>███ | Please provide Accounts/ DACAs | Please confirm if any. |
| ███ ) | all Domestic Subs | Credit Agreement dated 6/1/09; Amendments: 1-9 (9th: 11/19/15) | April 15, 2019 as of Amendment 8<br><br>Amendment No. 10 to extend maturity date to 7/8/19 in process. | Please confirm if any. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs | Please confirm if any. |

- 4 -

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | Note: Milbank Invoice unpaid. | | | | |
| ▮ | all Domestic Subs | Credit Agreement dated 12/6/07; Amendments: 1-14 (14th: 11/19/15) Amendment No. 15 to extend maturity date to 7/8/19 in process. | April 15, 2019 as of Amendment 13 | Please confirm if any. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs | Please confirm if any. |
| ▮ | ▮ | AR Credit Agreement 3/08/02; Amendments: 1-12 (12th: 11/19/15) Amendment No. 13 to extend maturity date to 7/8/19 in process. | April 15, 2019 as of Amendment 10 | Please provide 1) share certificate of ▮ for 280,000 common shares listing "Ark II CLO 2001-1, Ltd." as registered holder, 2) share certificates for ▮ 3) share certificates for ▮ | Please confirm if any. | See UCC Chart | Regions Bank DACA ▮ dated 7/13/17 among PPAS, ▮ nd Regions Bank Regions Bank DACA ▮ dated 7/13/17 among PPAS, ▮. and Regions Bank | |

Milbank Request 8/13/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | share certificates for ███ ██ share certificates for ███ and 6) share certificates for ███ | | | Regions Bank DACA ███ ) dated 7/13/17 among PPAS, ███ and Regions Bank Regions Bank DACA ███ ) dated 7/13/17 among PPAS, ███ and Regions Bank | |
| ██ | All domestic subs | Credit Agreement dated as of 4/17/12; Amendments: 1-9 (9th: 11/19/15) Note: Agency fee unpaid; please provide an update. | June 1, 2017 as of Credit Agreement | Please confirm if any. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs | Please confirm if any. |
| ██ | ██ | Credit Agreement dated 5/15/06; | April 15, 2019 as of Amendment 21 | Please confirm if any. | Please confirm if any. | See UCC Chart | ██ DACA (Exclusive Control) dated 12/13/17 among ██ | Please confirm if any. |

- 6 -

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | ███ | Amendments:1-22 (22nd: 11/19/15) | Amendment No. 23 to extend maturity date to 7/8/19 in process.<br><br>Note: Agency fee unpaid; CFO to provide payment plan. | | | | ███ and PPAS. | |

**Ankura and PPAS as Co-Agents (A-1s)**

Milbank Request 8/13/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■ | ■ | AR Credit Agreement 8/31/11; Amendments: 1-16 (16th: 5/1/19) | April 15, 2019 as of Amendment 15<br><br>Amendment No. 17 to extend maturity date to 7/8/19 in process. | Please confirm if any. | Please confirm if any. | See UCC Chart | BB&T DACA dated 6/17/19 among Wells, Ankura, Borrower and BB&T for account ■<br><br>BB&T BACA with Lockbox dated 6/17/19 among Wells, Ankura, Borrower and BB&T for accounts: ■<br><br>Please provide status on BAML DACA among Borrower, Wells, Ankura and BAML and Side Letter<br><br>Please confirm no other accounts. | Please confirm if any. |
| ■ | all Domestic Subs | Credit Agreement dated 12/15/11 Amendments: 1-3; | Amendment No. 5 to extend maturity date to the earlier of (a) 10/9/19 and (b) | Please confirm if any. | Please confirm if any. | See UCC Chart | Wells Fargo DACA (ARAN – 2 Secured Parties) dated 2/13/12 among Wells Fargo Capital Finance, | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | (3rd: 11/19/15), 5 (5th: 06/28/19)<br><br>Intercreditor Agreement dated 2/13/12; Intercreditor Agreement Letter Amendment dated 06/28/19, replacement of Wells Fargo with Cortland as successor Agent. | the date that is seven (7) Business Days after the maturity date of the Wells Credit Agreement | | | | ████, Wells Fargo Bank and PPAS for accounts<br><br>████████████<br><br>Assignment and Assumption of Wells Fargo DACA (ARAN – 2 Secured Parties) to Ankura dated 6/28/19 among PPAS, Ankura and Wells Fargo Bank (as Bank).<br><br>Wells Fargo DACA (ARI – 2 Secured Parties) dated 2/13/12 among Wells Fargo Capital Finance, ████, Wells Fargo Bank and PPAS for accounts<br><br>████████████<br><br>Assignment and Assumption of Wells Fargo DACA (ARI – 2 Secured Parties) to Ankura dated 6/28/19 among PPAS, Ankura and Wells | |

- 9 -

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Fargo Bank (as Bank). | |
| ▬ | None. | Credit Agreement dated 7/8/05 Amendments: 1-55 (55th: 11/19/15) | April 15, 2019 (as of 55th Amendment)<br><br>Amendment No. 56 to extend maturity date to 7/8/19 in process.<br><br>Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs | Please confirm if any. |
| ▬ | All domestic subs of Borrower | AR Credit Agreement dated as of 2/28/03; Amendments 1-24 (24th: 11/19/15); Commitment Settlement | April 15, 2019 as of Amendment 24<br><br>Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | See UCC Chart<br><br>Missing DE UCC-1 for ▬ | Please provide Accounts/ DACAs | Please explain why the Co-Agent relationship?  Only Zohar lenders are signatories as of last amendment.[1] |

---

[1] NTD: PPAS confirming.

Milbank Request 8/13/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Amendment dated as of 6/6/12 | | | | | | |
| | All domestic subs | Credit Agreement dated as of 5/13/11; Amendments: 1-9 (9th: 2/15/16); Commitment Settlement Amendment dated 6/6/12 | April 15, 2019 as of Amendment 9 for Zohar Lenders; January 19 2017 for ARK Lenders  Note: Agency fee unpaid; please provide an update. | Please confirm if any. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs | Please confirm if any. |

**Non Performing Borrowers (A-2s)[2]**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ████ | The Subsidiaries of Borrower | First Amended and Restated Credit Agreement dated as of 5/1/06; Amendments 1-34 (34th: 11/19/15) | April 15, 2019 as of Amendment 33 | Please confirm if any. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs | Please confirm if any |
| ████ | None. | Loan and Security Agreement dated 10/14/98; Amendments 1-3 (3rd: 11/21/00); Missing Amendment No. 4; 5-19 (5th: 2/22/02; 19th: 2/5/16)  Please provide Amendment No. 4 | April 15, 2019 for Zohar Lenders; January 19, 2017 for ARK Lenders as of Amendment 19 | Please confirm if any. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs | Please confirm ARK Lender no longer party to LSA |
| ████ | All domestic subs of the Borrower | Credit Agreement dated as of 11/7/08; Amendments: 1-4 (4th: 11/19/15) | April 15, 2019 as of Amendment 3 | Please confirm if any. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs | Please confirm if any. |

---

[2] Note: Ankura is Co-Agent to the ████████ facility.

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ███ | Term Loan: ███ ███ LSA ███ | AR Security Agreement dated as of 4/1/11 AR Intercreditor Agreement dated as of 4/7/15; 1st Amendment 9/1/15 Term Loan Agreement dated as of 11/2/04; Amendments 1-59 (59th: 2/5/16); Commitment Settlement Agreement dated 6/6/12 | April 15, 2019 as of 59th Amendment to Term Loan and as of LSA for Zohar Lender Commitments. April 15, 2016 for ARK Lenders under LSA. | Please confirm if any. | Please confirm if any. | See UCC Chart Missing DE UCC-1 for ███ file number Missing DE UCC-1 for ███ ███ LLC file number ███ | Please provide Accounts/ DACAs | Please confirm ARK Lender no longer party to LSA or Term Loan Agreement. |
| ███ CO-AGENT | ███ ███ | Amended and Restated Loan and Security Agreement dated 6/2/06; no Amendments. Second Amended and Restated Loan and Security Agreement dated as of 6/28/07; Amendments 1-4 (4th: 1/16/09); Assignment and | April 15, 2019 as of 3rd AR LSA Amendment 18 | Please confirm if any. | Please confirm if any. | See UCC Chart Missing DC UCC-1 for ███ index Number ███ Missing DE UCC-1 for ███ | Wells Fargo DACA (ARAN) dated 9/30/11 among ███ PPAS and Wells for accounts: [redacted] Wachovia DACA (no notification) dated 2/10/09 | Second Amendment and Assignment of TM Collateral Assignment and Security Agreement dated 4/25/07 Second Amendment and Assignment of Patent Collateral Assignment and Security Agreement dated 4/25/07 |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Acceptance dated 12/31/08<br><br>MISSING "Credit Agreement as of June 5, 2008"; Amendments 1-11(11th: 3/24/10) **(Only Zohar Lenders)**<br><br>Third Amended and Restated Loan and Security Agreement dated as of 1/15/09; Amendments 1-18 (18th: 2/5/16) | | | | index No. ▮▮▮▮ | among Wachovia, ▮▮ and PPAS for accounts: [redacted]<br><br>BBVA Compass DACA (Springing) dated 6/29/17 among ▮▮, BBVA and PPAS for accounts: [redacted]<br><br>BBVA Compass DACA (Exclusive) dated 7/10/17 among ▮▮, BBVA and PPAS for accounts: [redacted] | Please provide Collateral Assignment<br><br>Intellectual Property Security Agreement dated 8/2/07<br><br>Amendment and Assignment of Intellectual Property Security Agreement dated 1/15/09<br><br>FY 2018 Financials<br><br>Jun 19 Financials |
| ▮▮▮▮ | Domestic subs of Borrower | Credit Agreement dated as of 12/28/09; Amendments: 1-5 (5th: 11/3/15) | April 15, 2019 as of Amendment 5 | Please confirm if any. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■ | Domestic Subs of Borrower | Credit Agreement dated as of 3/5/08; Amendments: No. 1 – 22nd (22nd: 11/19/15) | April 15, 2019 as of Amendment 21 | Please confirm if any. | Please confirm if any. | See UCC Chart<br><br>Please provide any UCCs for ■ | Please provide Accounts/ DACAs | Please confirm if any. |
| ■ | | Credit Agreement dated as of 9/3/08; Amendments: No. 1-12th (12th: 09/03/08) | September 3, 2013 as of Credit Agreement | Please confirm if any. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs | Please confirm if any. |
| ■ | ■ | Third Amended and Restated Credit Agreement dated as of 3/30/04; Amendment No. 1: 6/27/05<br><br>Credit Agreement dated as of 8/5/05; Amendments 1-19 (19th: 11/19/15) | April 15, 2019 as of 8/5/05 Credit Agreement Amendment 18 | Please confirm if any. | Please confirm if any. | See UCC Chart<br><br>Missing Delaware UCC-1 for ■ ndex No. ■ | Please provide Accounts/ DACAs | Please confirm if any. |
| ■ | ■ | Credit Agreement dated as of 8/4/03; Amendments 1-30 (30th: 11/19/15) | April 15, 2019 as of Amendment 24 | Please confirm if any. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs | Please provide if any. |

Milbank Request 8/13/19

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | ███████ | | | | | | | |



Paid Off.



4814-1656-1054v3





4814-1656-1054v3



4814-1656-1054v3



4814-1656-1054v3



4814-1656-1054v3

| Company Name | Guarantors/ Credit Parties | State | Type | UCC-1 (Y/N) |
|---|---|---|---|---|
| ███ | Paid Off | Paid Off | Paid Off | Paid Off |
| ████ | | Delaware | Limited liability company | Y |
| | ████ | Delaware | Corporation | Y |
| | ████ | Delaware | Corporation | Y |
| | ████ | Delaware | Corporation | Y |
| | ███. | Delaware | Corporation | N |
| | ████ | Michigan | Corporation | Y |
| | ███. | Illinois | Corporation | N |
| | ████ | Michigan | Limited Liability Company | N |
| | ████ | Delaware | Corporation | Y |

4819-2050-3198v2

| | | | | |
|---|---|---|---|---|
| | ███████ | ████ | | |
| | ███████. | Michigan | Limited Liability Company | N |
| | ███████ | Delaware | Limited Liability Company | N |
| | ███████ | Delaware | Limited Liability Company | N |
| | ███████ | Michigan | Limited Liability Company | Y |
| | ███████ | Michigan | Limited Liability Company | N |
| | ███████ ███████ , INC.) | Michigan ███████ | Corporation | Y |
| | ███ | Delaware | General Partnership | Y |
| | ███████ | Delaware | Limited Liability Company | Y |
| | ███████ | Michigan | Limited Liability Company | N |
| | ███████. | Michigan | Limited Liability Company | Y |

| | | | | |
|---|---|---|---|---|
| | ████████. | Michigan | Limited Liability Company | Y |
| | ██████████ | Michigan | Corporation | N |
| | ████████████ | Delaware | Limited Liability Company | Y |
| | ████████████ | Delaware | Limited Liability Company | Y |
| | ████████████. | Delaware | Limited Partnership | Y |
| ████████ | | Delaware | Limited liability company | N |
| | ████████████ | Delaware | Limited liability company | Y |
| | ████████████ | Delaware | Limited liability company | Y |
| | ████████████ | Delaware | Limited liability company | Y |
| | ████████████ | Delaware | Limited liability company | Y |
| | ████████████ | Delaware | Limited liability company | Y |
| | ████████████ | Delaware | Limited liability company | Y |

4819-2050-3198v2

| | | Delaware | Limited liability company | Y |
|---|---|---|---|---|
| | | Delaware | Limited liability company | Y |
| | | Delaware | Limited liability company | Y |
| | | Delaware | Limited liability company | Y |
| | | Delaware | Limited liability company | Y |
| | | Delaware | Limited liability company | Y |
| | | Delaware | Limited liability company | Y |
| | | Delaware | Limited Liability Company | Y |
| | | Delaware | Limited Liability Company | Y |
| | | Delaware | Limited Liability Company | Y |

- 4 -

| | | Delaware | Limited Liability Company | Y |
|---|---|---|---|---|
| | | Delaware | Limited Liability Company | Y |
| | | Delaware | Limited Liability Company | Y |
| | | Delaware | Limited Liability Company | N |
| | | Delaware | Limited Liability Company | Y |
| | | Delaware | Limited Liability Company | Y |
| | | Delaware | Limited Liability Company | Y |
| | | Texas | Limited partnership | Y |
| | | | | N |
| | | | | N |
| | | | | N |
| | | | | N |
| | | | | N |
| | | | | N |
| | | | | N |

| | | State | Type | |
|---|---|---|---|---|
| ▮▮▮▮ | | Minnesota | Corporation | Y |
| | ▮▮▮▮ | Minnesota | Business Corporation | Y |
| | ▮▮▮▮. | Minnesota | Business Corporation | Y |
| | ▮▮▮▮. | Minnesota | Business Corporation | Y |
| | ▮▮▮▮ | Minnesota | Business Corporation | Y |
| | ▮▮▮▮. | Minnesota | Business Corporation | Y |
| | ▮▮▮▮. | Minnesota | Business Corporation | Y |
| | ▮▮▮▮. | Minnesota | Business Corporation | Y |
| | ▮▮▮▮ | Minnesota | Business Corporation | Y |
| | ▮▮▮▮ | Minnesota | Business Corporation | N |
| | ▮▮▮▮. | Minnesota | Business Corporation | Y |
| | ▮▮▮▮. | Minnesota | Business Corporation | Y |

| | | | | |
|---|---|---|---|---|
| | ██████████ | Minnesota | Business Corporation | Y |
| | ████████████ | Minnesota | Business Corporation | Y |
| | ███████████ | Minnesota | Business Corporation | Y |
| | ████████████ | Minnesota | Business Corporation | Y |
| | ██████████ | Minnesota | Business Corporation | Y |
| | ████████████ | | | N |
| | ████████████ | | | N |
| | ████████████ | | | N |
| | ████████████ | | | N |
| | ████████████ | | | N |
| | ███████████ | | | N |
| | ███████████ | | | N |
| | ███████████ | | | N |

- 7 -

| | ███████████ | | | N |
|---|---|---|---|---|
| | ███████████ | | | N |
| | ███████████ | | | N |
| | ███████████ | | | N |
| | ███████████ | | | N |
| | ████████ | | | N |
| | ████████ | | | N |
| | █████████ | | | N |
| | █████████ | | | N |
| | █████████ | | | N |
| | ████████ | | | N |
| | █████████ | | | N |
| | █████████ | | | N |
| | █████████ | | | N |
| | █████████ | | | N |
| | █████████ | | | N |

- 8 -

| | | | | |
|---|---|---|---|---|
| | ███████ | | | N |
| | ███████ | Minnesota | Corporation | Y |
| | ███████ | | | N |
| | ███████ | | | N |
| | ███████ | | | N |
| | ███████ | Iowa | Corporation | Y |
| | ███████ | New York | Corporation | Y |
| | ███████ | North Carolina | Corporation | Y |
| | ███████ | Minnesota | Corporation | Y |
| | ███████ | | | N |
| | ███████ | | | N |
| | ███████ | | | N |
| | ███████ | | | N |
| | ███████ | | | N |
| | ███████ | Louisiana | Corporation | Y |

| | | | | N |
|---|---|---|---|---|
| | | Texas | Corporation | Y |
| | | | | N |
| | | | | N |
| | | | | N |
| | | Texas | Corporation | Y |
| | | Texas | Corporation | Y |
| | | | | N |
| | | | | N |
| | | Ohio | Corporation | Y |
| | | | | N |
| | | | | N |
| | | Texas | Corporation | Y |
| | | Minnesota | Corporation | Y |

| | | Delaware | Limited liability company | Y |
|---|---|---|---|---|
| ███████ | ███████████. | Delaware | Corporation | N |
| ███████ | | Delaware | Limited liability company | Y |
| ███████ | | Alabama | Corporation | Y |
| | ████████ | Alabama | Corporation | Y |
| | ████████ | Alabama | Corporation | Y |
| | ████████ | Alabama | Corporation | Y |
| | ████████. | | | N |
| | ████████.) | Alabama | Corporation | Y |
| | ████████. | Alabama | Corporation | Y |
| | ████████ | Alabama | Corporation | N |
| | ████████ | Alabama | Corporation | N |

---

[1] List of the guarantors is supposed to be in Exhibit E to the Credit Agreement, but our file on the system does not have Exhibit E.

| | | | | |
|---|---|---|---|---|
| | ████████ | Alabama | Corporation | N |
| | ████████ | Alabama | Corporation | Y |
| ████ | | Delaware | Limited liability company | Y |
| | ████ | Delaware | Limited liability company | Y |
| | ████ | Delaware | Limited liability company | N |
| ████ | | Delaware | Limited liability company | Y |
| | ████████ | Delaware | Limited liability company | Y |
| | ████ | Delaware | Limited Liability Company | Y |
| | ████ | Delaware | Limited Liability Company | Y |
| | ████ | Delaware | Limited Liability Company | Y |
| | ████ | Delaware | Limited Liability Company | Y |

| | | | | |
|---|---|---|---|---|
| | ██████████ | Delaware | Limited Liability Company | Y |
| | ██████████ | Delaware | Limited Liability Company | Y |
| | ██████████ | Delaware | Limited Liability Company | N |
| | ██████████ | Delaware | Limited Liability Company | Y |
| | ██████████ | Delaware | Limited Liability Company | Y |
| | ██████████ ) | Delaware | Limited Liability Company | Y |
| ██████ | | Delaware | Limited liability company | Y |
| ██████ | | Arizona | Corporation | Y |
| | ██████ 2 | Delaware | | Y |
| ██████ ) | | Delaware | Limited liability company | Y |
| | ██████ | Delaware | Limited liability company | Y |

---

[2] This entity wasn't in the Credit Agreement nor in the amendments.

4819-2050-3198v2

| | | | | |
|---|---|---|---|---|
| | ███████ | | | |
| | ███████ | Delaware | Limited liability company | Y |
| ███████ | | Delaware | Limited liability company | Y |
| ███████ | | Delaware | Limited liability company | Y |
| ███████ | | Delaware | Corporation | Y |
| | ███████ | Maryland | Limited liability company | Y |
| | ███████ | Maryland | Limited liability company | Y |
| | ███████ | Maryland | Limited liability company | Y |
| ███████ | | Delaware | Corporation (formerly a Delaware liability company) | Y |
| ███████ | | Delaware | Limited liability company | Y |

---

3 No additional guarantors listed in the Credit Agreement, and none added in amendments.
4 No additional guarantors listed in the Credit Agreement, and none added in amendments.
5 No additional guarantors listed in the Credit Agreement, and none added in amendments.

4819-2050-3198v2

| | | | | |
|---|---|---|---|---|
| ███████ | | | | |
| ███████ | | Delaware | Limited liability company | Y |
| | ██████ | Delaware | Corporation | Y |
| | ██████ | Delaware | Corporation | Y |
| ██████ | | Delaware | Corporation | Y |
| | ██████) | Florida | Corporation | Y |
| | ██████) | Spain | Company | N |
| | ██████ | Delaware | Limited liability company | N |
| | ██████. | Iceland | Corporation | N |
| | ██████ | Netherlands | Corporation | Y |
| | ██████ | Delaware | Limited liability company | Y |
| | ██████. | Delaware | Corporation | N |
| | ██████. | Florida | Corporation | N |
| | ██████, ██████. | Delaware | Corporation | N |

---

[6] As of closing, there were no guarantors. Amendments do not indicate any addition of guarantors.

4819-2050-3198v2

| | | | | |
|---|---|---|---|---|
| | ███████████ . | Iceland | Corporation | N |
| ███████ ⁷ | | Delaware | Limited liability company | Y |
| █████████ | | Florida | Limited liability company | Y |
| █████████ | | Delaware | Limited liability company | Y |
| ████████ ) | | Delaware | Limited liability company | N |
| | ███████████ | United Kingdom | Company | N |
| | ██████ . | Canada | Corporation | N |
| | ██████ . | Delaware | | Y |
| █████ | | Delaware | Corporation | N |
| | ██████ | Delaware | | Y |

---

[7] As of closing, there were no guarantors. Amendments do not indicate any addition of guarantors.

[8] As of closing, there were no guarantors. Amendments do not indicate any addition of guarantors.

[9] As of closing, there were no guarantors. Amendments do not indicate any addition of guarantors.

| | | | | |
|---|---|---|---|---|
| | ███████ . | Delaware | | Y |
| | ████████ | Delaware | | Y |
| | ████████ . | Delaware | | Y |
| | ███████ | Delaware | | N |
| | ██████ . | Delaware | | N |
| | ██████ . | Delaware | | N |
| | ████████ . | Delaware | | Y |
| | ███████ . | Delaware | | Y |
| | ████████ . | Delaware | | Y |
| | ███████ . | Delaware | | Y |
| | ██████ . | Delaware | | Y |
| | █████ . | Delaware | | Y |

- 17 -

# Exhibit H

**From:** Harms, Savannah
**To:** Brian Stephen; Carolyn Schiff; Kevin Dell
**Cc:** Harris, Jennifer; Harmeyer, Andrew; Lee, Junoh
**Subject:** RE: Zohar - Missing collateral items
**Date:** Wednesday, August 28, 2019 7:57:07 PM
**Attachments:** Zohar - Agency Transfer Chart of Missing Items (4838-1814-6712-9).docx
Zohar - List of Borrowers and Guarantors (4819-2050-3198-5).docx
Zohar - List of UCCs Received (4814-1656-1054-4).docx

PPAS Team,

Please find attached an updated chart of missing items and the corresponding list of UCCs, list of borrowers/guarantors we have seen UCCs for as well as an excel sheet provided to us listing the physical collateral held by USB.

The updated chart now includes physical collateral held by US Bank as custodian, based on the information we have received. Other than the certificates we have listed in the chart, could PPAS please confirm this list in the chart is complete or whether there is other physical collateral for each facility? If other physical collateral exist please let us know.

In addition, on the call on August 16th you said you would send us the security documents and files for the facilities. Please advise on the status of this. To date we have not received this information. We have asked for the following collateral for each facility: all transaction documents, mortgages, DACAs and any other collateral that may be available.

Last, please advise on the UCC Financing statements for ███████████. Following on my email from Friday (below), please let us know which of the UCC statements that we have filed for ███ (co-agent) should have been filed for ███ or ███ (both sole agent) instead. We would like to amend these ASAP. In addition, we expect there to be other UCCs for these facilities as (we assume) there should be at minimum three UCCs for each guarantor.

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5502
sharms@milbank.com | milbank.com

**From:** Harms, Savannah
**Sent:** Friday, August 23, 2019 7:51 PM
**To:** 'Brian Stephen' ; 'Carolyn Schiff' ; 'Kevin Dell'
**Cc:** Harris, Jennifer ; Harmeyer, Andrew ; Lee, Junoh
**Subject:** RE: Zohar - UCC-3 Amendments - ███

PPAS Team,

Please find attached the UCC-3 that Milbank filed in connection with ███. We now understand that a number of these UCCs were actually in connection with the ███ and ████████████████ facilities. Each of these facilities ███████████ shares the same list of Guarantors, and each Borrower is also a Guarantor for the other two facilities (███████████ are Guarantors under ███████████ are Guarantors under ████ etc.).

Based on the UCC alone we cannot determine which UCC was for which facility (note all the facilities closed on the same date). Please advise which of the UCCs were for ███ and ███, we will need to file amendment to the UCCs to make Ankura sole agent.

In addition, we would expect there to be three UCCs for each Borrower/Guarantor (one for each facility). Could you please send us the additional UCCs or advise why only 1 or 2 UCCs were filed for several of the entities below?

See below a chart listing the # of UCCs we have for each Guarantor under these facilities:

| Borrower/Guarantor | # of UCC-3s filed for Debtor with PPAS as secured party | Non-PPAS UCCs | Terminated or Expired UCCs |
|---|---|---|---|
| ███████████ | 1 | 8 | |
| ███████████ | 2 | 3 | 3 |
| ███████████ | 1 | 1 | |
| ███████████ | 3 | 2 | 2 |
| ███████████ | 6 | 5 | 5 |
| ███████████ | 2 | 1 | |
| ███████████ | 3 | 1 | |
| ███████████ | 2 | 3 | 3 |
| ███████████ | 2 | | |
| ███████████ | 1 | | |
| ███████████ | 1 | | |
| ███████████ | 1 | | |

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5502
sharms@milbank.com | milbank.com

**From:** Harms, Savannah
**Sent:** Friday, August 23, 2019 1:46 PM
**To:** 'Brian Stephen' <Brian.Stephen@PatriarchPartners.com>; 'Carolyn Schiff' <Carolyn.Schiff@PatriarchPartners.com>; 'Kevin Dell' <Kevin.Dell@PatriarchPartners.com>
**Cc:** Harris, Jennifer <JHarris@milbank.com>; Harmeyer, Andrew <AHarmeyer@milbank.com>; Lee, Junoh <jlee4@milbank.com>
**Subject:** RE: Zohar - UCC-3 Amendments - ███

PPAS Team,

We will be filing the attached Assignment for ███████████ on Tuesday next week. The reason for the delay is that we were missing the UCC-1, which we have ordered, the UCC-1 is included in the pack of UCCs for this borrower attached.

Thank you!

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5502
sharms@milbank.com | milbank.com

**From:** Harms, Savannah
**Sent:** Wednesday, August 21, 2019 5:49 PM
**To:** Brian Stephen <Brian.Stephen@PatriarchPartners.com>; Carolyn Schiff <Carolyn.Schiff@PatriarchPartners.com>; Kevin Dell <Kevin.Dell@PatriarchPartners.com>
**Cc:** Harris, Jennifer <JHarris@milbank.com>; Harmeyer, Andrew <AHarmeyer@milbank.com>; Lee, Junoh <jlee4@milbank.com>
**Subject:** RE: Zohar - UCC-3 Amendments - Co Agent

Hi Brian,

Please see attached UCC-3s deleting PPAS as Agent. We will file these with the Delaware SOS on Friday.

Thank you,

Savannah

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5502
sharms@milbank.com | milbank.com

**From:** Brian Stephen <Brian.Stephen@PatriarchPartners.com>
**Sent:** Wednesday, August 21, 2019 2:58 PM
**To:** Harms, Savannah <SHarms@milbank.com>; Carolyn Schiff <Carolyn.Schiff@PatriarchPartners.com>; Kevin Dell <Kevin.Dell@PatriarchPartners.com>
**Cc:** Harris, Jennifer <JHarris@milbank.com>; Harmeyer, Andrew <AHarmeyer@milbank.com>; Lee, Junoh <jlee4@milbank.com>
**Subject:** [EXT] RE: Zohar - UCC-3 Amendments - Co Agent

Savannah,
I had not focused on the ▮▮▮▮ UCC amendments, but it was just pointed out to me that the amendments list Ankura and PPAS as co-agents, which is not correct for this facility.
▮▮▮▮ has an ABL facility with one of Lynn's entities and a term loan with the Zohar funds and none of Lynn's entities are in the term loan.
PPAS is the sole agent for with respect to the ABL and Ankura is the sole agent with respect to the term loan facility, so the UCC should not refer to the two as co-agents.
Is this something we can get revised?

**From:** Harms, Savannah [mailto:SHarms@milbank.com]
**Sent:** Wednesday, July 31, 2019 2:47 PM
**To:** Carolyn Schiff; Kevin Dell; Brian Stephen
**Cc:** Harris, Jennifer; Harmeyer, Andrew; Lee, Junoh
**Subject:** Zohar - UCC-3 Amendments - Co Agent

PPAS Team,

Please find attached the Co-Agent UCC-3s that we will be filing on Friday for the following entities:

- ▮▮▮▮▮▮
- ▮▮▮▮▮
- ▮▮▮

These UCC-3s add Ankura as co-Agent as an additional secured party.

Thank you,

Savannah

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5502
sharms@milbank.com | milbank.com

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

...................................................................................................................................................

The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message. Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

**Ankura – Agency Transfer from Patriarch Partners Agency Services, LLC ("PPAS")**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ▆ – PAID OFF IN FULL | ▆ | Credit Agreement dated 3/4/09; Amendments: 1-5 (5th: 11/19/15)  Payoff Letter dated July 9, 2019 | April 15, 2019 as of Amendment 4 | PAID IN FULL | PAID IN FULL | PAID IN FULL | PAID IN FULL | PAID IN FULL |
| ▆ | ▆ | Credit Agreement dated 1/21/10; Amendments: 1-14 (14th: 5/1/19) | July 8, 2019 as of Amendment 14 | Please confirm none exist. | Please confirm if any. | See UCC Chart | BAML DACA dated 6/18/19 among Borrower, Wells, Ankura and BAML for accounts ▆  BB&T BACA with Lockbox undated unsigned; BB&T DACA undated and unsigned | Please confirm if any. |

---

[1] *Each* market certificate is held by US Bank as custodian.

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Please provide status on BB&T BACAs and DACAs.<br><br>Please confirm no other accounts | |
| ■ | ■ | AR Credit Agreement dated 8/31/11; Amendments: 1-13; (13th: 5/1/19); | July 8, 2019 as of Amendment 13 | Please confirm none exist. | Please confirm if any. | PPAS to advise. | Please provide Accounts/ DACAs. | Please confirm if any. |
| ■ | ■ | AR Credit Agreement dated | July 8, 2019 as of Amendment 13 | Please confirm none exist. | Please confirm if any. | PPAS to advise | Please provide Accounts/ DACAs. | Please confirm if any. |

- 2 -

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | 8/31/11; Amendments: 1-13 (13th: 5/1/19) | | | | | | |
| ▮ | ▮ | Promissory Note Agreement dated 2/3/06; Amendments: 1-6 (6th: 11/14/06); Missing Amendment No. 7; 8-18 (8th: 4/25/07; 18th: 11/19/15); Commitment Settlement Amendment 6/6/12.<br><br>Please provide Amendment No. 7. | April 15, 2019 as of Amendment 15<br><br>Amendment No. 19 to extend maturity date to 7/8/19 in process.<br><br>Note: Agency fee unpaid; please provide an update. | ▮ | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs. | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | First AR Credit Agreement dated 1/11/07; Amendments: 1-15 (15th: 11/19/15) Amendment No. 16 to extend maturity date to 7/8/19 in process. Note: Agency fee unpaid; please provide an update. | April 15, 2019 as of Amendment 14 | Please confirm none exist. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs. | Please confirm if any. |
| | | Credit Agreement dated 6/1/09; Amendments: 1-10 (10th: 8/21/19) Payoff Letter draft substantially agreed. To be paid off on or about September 15. | August 31, 2019 as of Am. 10. Note: Milbank fees to be paid at closing. | Please confirm none exist. To be paid off. | Please confirm if any. To be paid off. | See UCC Chart | Please provide Accounts/ DACAs. To be paid off. | Please confirm if any. To be paid off. |

- 4 -

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■■■ | N/A | Credit Agreement dated 12/6/07; Amendments: 1-14 (14th: 11/19/15) | April 15, 2019 as of Amendment 13<br><br>Amendment No. 15 to extend maturity date to 7/8/19 in process. | Please confirm none exist. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs. | Please confirm if any. |
| ■■■ | ■■■ | AR Credit Agreement 3/08/02; Amendments: 1-12 (12th: 11/19/15) | April 15, 2019 as of Amendment 10<br><br>Amendment No. 13 to extend maturity date to 7/8/19 in process. | ■■■ - 5,098.9 SHARES*<br><br>Please confirm shares uncertificated. 1) share certificate of "■■■ for 280,000 common shares ("Ark II CLO 2001-1, Ltd." as registered holder), 2) share certificates for ■■■ | Please confirm if any. | See UCC Chart | Regions Bank DACA ■■■ dated 7/13/17 among PPAS, ■■■ nd Regions Bank<br><br>Regions Bank DACA ■■■ dated 7/13/17 among PPAS, ■■■ and Regions Bank<br><br>Regions Bank DACA ■■■ dated 7/13/17 among PPAS, | Please confirm if any. |

- 5 -

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | 3) share certificates for ████████ 4) share certificates ████████ 5) share certificates for ████████ and 6) share certificates for ████ | | | ████ and Regions Bank Regions Bank DACA ████████ dated 7/13/17 among PPAS, ████████ and Regions Bank | |
| ████ | ████ | Credit Agreement dated as of 4/17/12; Amendments: 1-9 (9th: 11/19/15) | June 1, 2017 as of Credit Agreement Note: Agency fee unpaid; please provide an update. | Please confirm none exist. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs. | Please confirm if any. |
| ████ | ████ | Credit Agreement dated 5/15/06; Amendments:1-22 (22nd: 11/19/15) | April 15, 2019 as of Amendment 21 Amendment No. 23 to extend maturity | Please confirm none exist. | Please confirm if any. | See UCC Chart | BBVA DACA (Exclusive Control) dated 12/13/17 among ████ BBVA | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | ▮▮▮ | | date to 7/8/19 in process.<br><br>Note: Agency fee unpaid; CFO to provide payment plan. | | | | Compass and PPAS. | |
| ▮▮▮ | N/A | AR Credit Agreement dated as of 2/28/03; Amendments 1-24 (24th: 11/19/15); Commitment Settlement Amendment dated as of 6/6/12 | April 15, 2019 as of Amendment 24<br><br>Note: Agency fee unpaid; please provide an update. | Please confirm none exist. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs. | Please confirm if any. |

**Ankura and PPAS as Co-Agents (A-1s)**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■ | ■ | AR Credit Agreement 8/31/11; Amendments: 1-16 (16th: 5/1/19) | April 15, 2019 as of Amendment 15<br><br>Amendment No. 17 to extend maturity date to 7/8/19 in process. | Please confirm none exist. | Please confirm if any. | PPAS to advise. | BB&T DACA dated 6/17/19 among Wells, Ankura, Borrower and BB&T for account ■<br><br>BB&T BACA with Lockbox dated 6/17/19 among Wells, Ankura, Borrower and BB&T for accounts: ■<br><br>Please provide status on BAML DACA among Borrower, Wells, Ankura and BAML and Side Letter.<br><br>Please confirm no other accounts. | Please confirm if any. |
| ■ | N/A | Credit Agreement dated 12/15/11 Amendments: 1-3; | Amendment No. 5 to extend maturity date to the earlier of (a) 10/9/19 and (b) | Please confirm none exist. | Please confirm if any. | See UCC Chart | Wells Fargo DACA (ARAN – 2 Secured Parties) dated 2/13/12 among Wells Fargo Capital Finance, | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | (3rd: 11/19/15), 5 (5th: 06/28/19)<br><br>Intercreditor Agreement dated 2/13/12; Intercreditor Agreement Letter Amendment dated 06/28/19, replacement of Wells Fargo with Cortland as successor Agent. | the date that is seven (7) Business Days after the maturity date of the Wells Credit Agreement | | | | ▊▊▊, Wells Fargo Bank and PPAS for accounts<br><br>▊▊▊▊▊▊<br><br>Assignment and Assumption of Wells Fargo DACA (ARAN – 2 Secured Parties) to Ankura dated 6/28/19 among PPAS, Ankura and Wells Fargo Bank (as Bank).<br><br>Wells Fargo DACA (ARI – 2 Secured Parties) dated 2/13/12 among Wells Fargo Capital Finance, ▊▊▊, Wells Fargo Bank and PPAS for accounts<br><br>▊▊▊▊▊▊<br><br>Assignment and Assumption of Wells Fargo DACA (ARI – 2 Secured Parties) to Ankura dated 6/28/19 among PPAS, Ankura and Wells | |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Fargo Bank (as Bank). BBVA DACA (Exclusive Control) among ▮, BBVA, Cortland and Ankura | |
| ▮ | ▮ | Credit Agreement dated 7/8/05 Amendments: 1-55 (55th: 11/19/15) | April 15, 2019 (as of 55th Amendment) Amendment No. 56 to extend maturity date to 7/8/19 in process. Note: Agency fee unpaid; please provide an update. | ▮ ZOHAR II - 583 SHARES*, ▮ - ZOHAR II - 583 SHARES*, ▮ – 80 SHARES* | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs. | Please confirm if any. |
| ▮ | N/A | Credit Agreement dated as of 5/13/11; Amendments: 1-9 (9th: 2/15/16); Commitment Settlement Amendment dated 6/6/12 | April 15, 2019 as of Amendment 9 for Zohar Lenders; January 19 2017 for ARK Lenders Note: Agency fee unpaid; | Please confirm none exist. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs. | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | please provide an update. | | | | | |

- 11 -

**Non Performing Borrowers (A-2s)[2]**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ████ | ████ | First Amended and Restated Credit Agreement dated as of 5/1/06; Amendments 1-34 (34th: 11/19/15) | April 15, 2019 as of Amendment 33 | ████ CLASS A COMMON - 600,000 SHARES* <br><br> Please confirm if subsidiaries of Borrower are certificated. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs. | Please confirm if any. |
| ████ | N/A | Loan and Security Agreement dated 10/14/98; Amendments 1-3 (3rd: 11/21/00); Missing Amendment No. 4; 5-19 (5th: 2/22/02; 19th: 2/5/16) <br><br> Please provide Amendment No. 4 | April 15, 2019 for Zohar Lenders; January 19, 2017 for ARK Lenders as of Amendment 19 | ████ <br><br> COMM A - 14,500 SHARES* | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs. | Please confirm ARK Lender no longer party to LSA. |

[2] Note: Ankura is Co-Agent to the ████████ facility.

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ▮ | N/A | Credit Agreement dated as of 11/7/08; Amendments: 1-4 (4th: 11/19/15) | April 15, 2019 as of Amendment 3 | Please confirm none exist. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs. | Please confirm if any. |
| ▮ | Term Loan: ▮  LSA: ▮ | AR Security Agreement dated as of 4/1/11  AR Intercreditor Agreement dated as of 4/7/15; 1st Amendment 9/1/15  Term Loan Agreement dated as of 11/2/04; Amendments 1-59 (59th: 2/5/16); Commitment Settlement Agreement dated 6/6/12 | April 15, 2019 as of 59th Amendment to Term Loan and as of LSA for Zohar Lender Commitments.  April 15, 2016 for ARK Lenders under LSA. | Please confirm none exist. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs. | Please confirm ARK Lender no longer party to LSA or Term Loan Agreement. |
| ▮ CO-AGENT | ▮ | Amended and Restated Loan and Security Agreement | April 15, 2019 as of 3rd AR LSA | ▮ - ZOHAR II - 3,073 SHARES*, ▮ - ZOHAR III - 670 | Please confirm if any. | See UCC Chart  Missing DC UCC-1 for | Wells Fargo DACA (ARAN) dated 9/30/11 among ▮ | Second Amendment and Assignment of TM Collateral |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | ▮ | dated 6/2/06; no Amendments.<br><br>Second Amended and Restated Loan and Security Agreement dated as of 6/28/07; Amendments 1-4 (4th: 1/16/09); Assignment and Acceptance dated 12/31/08<br><br>MISSING "Credit Agreement as of June 5, 2008"; Amendments 1-11(11th: 3/24/10) **(Only Zohar Lenders)**<br><br>Third Amended and Restated Loan and Security Agreement dated as of 1/15/09; Amendments 1-18 (18th: 2/5/16) | Amendment 18 | SHARES*,<br><br>▮<br><br>ZOHAR II - 256,037 SHARES*<br><br>Please confirm no other guarantor has certificates. | | ▮<br><br>Missing DE UCC-1 for ▮<br><br>Note: Milbank ran a search for these two UCC-1s and ▮ was not able to find them. PPAS please advise. | ▮<br><br>PPAS and Wells for accounts: [redacted]<br><br>Wachovia DACA (no notification) dated 2/10/09 among Wachovia, ▮ and PPAS for accounts: [redacted]<br><br>BBVA Compass DACA (Springing) dated 6/29/17 among ▮ BBVA and PPAS for accounts: [redacted]<br><br>BBVA Compass DACA (Exclusive) dated 7/10/17 | Assignment and Security Agreement dated 4/25/07<br><br>Second Amendment and Assignment of Patent Collateral Assignment and Security Agreement dated 4/25/07<br><br>Please provide Collateral Assignment.<br><br>Intellectual Property Security Agreement dated 8/2/07<br><br>Amendment and Assignment of Intellectual Property Security Agreement dated 1/15/09 |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | among ▮▮, BBVA and PPAS for accounts: [redacted]<br><br>Please provide non-redacted DACAs. | FY 2018 Financials<br><br>Jun 19 Financials |
| ▮▮▮ | N/A | Credit Agreement dated as of 12/28/09; Amendments: 1-5 (5th: 11/3/15) | April 15, 2019 as of Amendment 5 | Please confirm none exist. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs. | Please confirm if any. |
| ▮▮▮ | N/A | Credit Agreement dated as of 3/5/08; Amendments: No. 1 – 22nd (22nd: 11/19/15) | April 15, 2019 as of Amendment 21 | Please confirm none exist. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs. | Please confirm if any. |
| ▮▮▮ | N/A | Credit Agreement dated as of 9/3/08;<br><br>Amendments: No. 1-12th (12th: 09/03/08) | September 3, 2013 as of Credit Agreement | Please confirm none exist. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs. | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | Third Amended and Restated Credit Agreement dated as of 3/30/04; Amendment No. 1: 6/27/05<br><br>Credit Agreement dated as of 8/5/05; Amendments 1-19 (19th: 11/19/15) | April 15, 2019 as of 8/5/05 Credit Agreement Amendment 18 | Please confirm none exist. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs. | Please confirm if any. |
| ▮ | ▮ | Credit Agreement dated as of 8/4/03; Amendments 1-30 (30th: 11/19/15) | April 15, 2019 as of Amendment 24 | Please confirm none exist. | Please confirm if any. | See UCC Chart | Please provide Accounts/ DACAs. | Please provide if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

Milbank Draft 8/28/19

| Company Name | Guarantors/ Credit Parties | State | UCC (Y/N) |
|---|---|---|---|
| ██ | Paid Off | Paid Off | Paid Off |
| ████████ | | Delaware | Y |
| | ██████████ | Delaware | Y |
| | ██████████, | Delaware (████ | Y |
| | ██████████ ) | Delaware ███ | Y |
| | ██████████. | Delaware | N |
| | ██████████ ) | Michigan (██████, █.) | Y |
| | ██████████ | Illinois | N |
| | ██████████ | Michigan | N |
| | ██████████ | Delaware (████ █ ) | Y |
| | ██████████ | Michigan | N |
| | ██████████ | Delaware | N |
| | ██████████ | Delaware | N |
| | ██████████. | Michigan | Y |

| Company Name | | State | UCC (Y/N) |
|---|---|---|---|
| | | Michigan | N |
| | | Michigan | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Michigan | N |
| | | Michigan | Y |
| | | Michigan | Y |
| | | Michigan | N |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |

| Company Name | | State | UCC (Y/N) |
|---|---|---|---|
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |

4819-2050-3198v5

| Company Name | Guarantors/ Credit Parties | State | UCC (Y/N) |
|---|---|---|---|
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Delaware | PPAS PLEASE ADVISE |
| | | Texas | Y |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |

| Company Name | Guarantors/ Credit Parties | State | UCC (Y/N) |
|---|---|---|---|
| | | | N |
| | | Minnesota | Y |
| | | Minnesota | Y |
| | | Minnesota | Y |
| | | Minnesota | Y |
| | | Minnesota | Y |
| | | Minnesota | Y |
| | | Minnesota | Y |
| | | Minnesota | Y |
| | | Minnesota | Y |
| | | Minnesota | N |
| | | Minnesota | Y |
| | | Minnesota | Y |
| | | Minnesota | Y |
| | | Minnesota | Y |
| | | Minnesota | Y |
| | | Minnesota | Y |
| | | Minnesota | Y |
| | | | N |
| | | | N |
| | | | N |

| Company Name | Guarantors/ Credit Parties | State | UCC (Y/N) |
|---|---|---|---|
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |

4819-2050-3198v5

| Company Name | Guarantors/ Credit Parties | State | UCC (Y/N) |
|---|---|---|---|
| | | | N |
| | | | N |
| | | | N |
| | | Minnesota | Y |
| | | | N |
| | | | N |
| | | | N |
| | | Iowa | Y |
| | | New York | Y |
| | | North Carolina | Y |
| | | Minnesota | Y |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | Louisiana | Y |
| | | | N |
| | | Texas | Y |
| | | | N |

4819-2050-3198v5

| Company Name | Guarantors/ Credit Parties | State | UCC (Y/N) |
|---|---|---|---|
| | | | N |
| | | | N |
| | | Texas | Y |
| | | Texas | Y |
| | | | N |
| | | | N |
| | | Ohio | Y |
| | | | N |
| | | | N |
| | | Texas | Y |
| | | Minnesota | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Alabama | Y |
| | | Alabama | Y |
| | | Alabama | Y |

[1] List of the guarantors is supposed to be in Exhibit E to the Credit Agreement, but our file on the system does not have Exhibit E.

4819-2050-3198v5

| Company Name | Guarantors/ Credit Parties | State | UCC (Y/N) |
|---|---|---|---|
|  |  | Alabama | Y |
|  |  |  | N |
|  |  | Alabama | Y |
|  |  | Alabama | Y |
|  |  | Alabama | N |
|  |  | Alabama | N |
|  |  | Alabama | N |
|  |  | Alabama | Y |
|  |  | Delaware | Y |
|  |  | Delaware | Y |
|  |  | Delaware | N |
|  |  | Delaware | Y |
|  |  | Delaware | Y |
|  |  | Delaware | Y |
|  |  | Delaware | Y |
|  |  | Delaware | Y |

[2] UCC says ▮▮▮▮▮▮▮

4819-2050-3198v5

| Company Name | Guarantors/<br>Credit Parties | State | UCC (Y/N) |
|---|---|---|---|
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Arizona | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |

---

[3] This entity wasn't in the Credit Agreement nor in the amendments.
[4] No additional guarantors listed in the Credit Agreement, and none added in amendments.

4819-2050-3198v5

| Company Name | Guarantors/ Credit Parties | State | UCC (Y/N) |
|---|---|---|---|
| ███████████ | | Delaware | Y |
| █████. | ███████████ | Delaware | Y |
| | | Maryland | Y |
| | | Maryland | Y |
| | | Maryland | Y |
| ████████ ⁶ | | Delaware | Y |
| ████████ ⁷ | | Delaware | Y |
| ██████ | | Delaware | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| ████████ | | Delaware | Y |
| | | Florida | Y |
| | | Spain | N |
| | | Delaware | N |

---

[5] No additional guarantors listed in the Credit Agreement, and none added in amendments.

[6] No additional guarantors listed in the Credit Agreement, and none added in amendments.

[7] As of closing, there were no guarantors. Amendments do not indicate any addition of guarantors.

| Company Name | Guarantors/ Credit Parties | State | UCC (Y/N) |
|---|---|---|---|
| | | Iceland | N |
| | | Netherlands | Y |
| | | Delaware | Y |
| | | Delaware | Y |
| | | Florida | N |
| | | Delaware | N |
| | | Iceland | N |
| | | Delaware | Y |
| | | Florida | Y |
| | | Delaware | Y |
| | | Delaware | N |
| | | United Kingdom | N |
| | | Canada | N |

---

[8] As of closing, there were no guarantors. Amendments do not indicate any addition of guarantors.

[9] As of closing, there were no guarantors. Amendments do not indicate any addition of guarantors.

[10] As of closing, there were no guarantors. Amendments do not indicate any addition of guarantors.

| Company Name | Guarantors/<br>Credit Parties | State | UCC<br>(Y/N) |
|---|---|---|---|
| ███████████ | ████████████████ | Delaware | Y |
| ███████████ | ████████████████ | Delaware | Y |
| ███████████ | ████████████████ | Delaware | Y |
| ███████████ | ████████████████ | Delaware | Y |
| ███████████ | ████████████████ | Delaware | Y |
| ███████████ | ████████████████ | Delaware | Y |
| ███████████ | ████████████████ | Delaware | Y |
| ███████████ | ████████████████ | Delaware | Y |
| ███████████ | ████████████████ | Delaware | Y |
| ███████████ | ████████████████ | Delaware | Y |
| ███████████ | ████████████████ | Delaware | Y |
| ███████████ | ████████████████ | Delaware | Y |
| ███████████ | ████████████████ | Delaware | Y |
| ███████████ | ████████████████ | Delaware | Y |
| ███████████ | ████████████████ | Delaware | Y |

4819-2050-3198v5



4814-1656-1054v3



4814-1656-1054v3



4814-1656-1054v3



4814-1656-1054v3



4814-1656-1054v3

# Exhibit I

| | |
|---|---|
| **From:** | Harms, Savannah |
| **To:** | Brian Stephen; Carolyn Schiff; Kevin Dell |
| **Cc:** | Ryan Roy; David Sawyer; Lisa Price; Jay Hopkins; Harris, Jennifer; Harmeyer, Andrew |
| **Subject:** | Zohar/Ankura - Update on Collateral Status |
| **Date:** | Wednesday, September 11, 2019 4:26:58 PM |
| **Attachments:** | Zohar - Agency Transfer Chart of Missing Items (4838-1814-6712-8).docx |
| | Zohar - UCC Chart (4834-2089-8724-5).docx |
| | DE ███████████████ 2011 1828154.pdf |

PPAS Team,

Please find attached an updated Collateral Tracker as well as an updated chart of UCCs filed/missing. As you will see on the Collateral Tracker, we have left a number of items for you to please provide, questions to answer or items to confirm whether in existence. We would appreciate it if you could make it a priority to resolve these remaining items. We have been trying to finish the process for several months and we would all like to have the process complete. We have summarized certain of questions here:

**UCCS**: We are very close to being done with UCCs. We need answers to following questions in order to wrap up this process:

1. As mentioned in previous emails, there are some guarantors that are guarantors under multiple Borrowers. We have filed these Guarantors as Additional Secured Party UCC-3s, but they may in fact be Full Assignment entities (Ankura is sole agent). Please let us know ASAP which of the UCC-3s filed for ████████████████ UCC is attached) should have been Full Assignment UCC-3s under ████████████████. Brian indicated yesterday that you would have a response on ███ – this inquiry has been outstanding for over 3 weeks.

2. Under ███████, there are many Guarantors (about 40) that are missing UCCs for. We do not know the Jurisdictions of these Guarantors. Please provide us with the Jurisdictions so that we may run searches, or please provide us with the UCCs for these entities. Alternatively, please provide us with an explanation as to why UCCs are not needed for these entities. Each of the entities is listed on the attached UCC chart under ███████.

3. Please advise as to how you perfected your interest for the following entities:
   a. ███████████████████████and Canada ███████████████████entities
   b. ███████████████████ and Iceland ███████████████████ entities
   ███████ entities

4. For the Co-Agent UCCs, will you continue to have CT Corp file the continuations going forward? Please let us know if you were not planning to so that we may make arrangements.

**Transaction Docs:** While we have a majority of the Credit Agreements and amendments, we are missing quite a few pledge agreements and security agreements. Please provide the following docs (these are all listed on the attached Chart of Missing Items)

1. ███ Schedules to Security Agreement; Executed copy of Patent Security Agreement
2. ███████ Amendment No. 7 to Credit Agreement
3. ██████: Security Agreement, TM Collateral Security Agreement, Copyright Collateral Security Agreement
4. ███████: IP Security Agreement
5. ███████ Pledge Agreement and Irrevocable Proxy, AR Security Agreement, Trademark Collateral Security Agreement and Copyright Collateral Security Agreement
6. ██████: AR Security Agreement

7. ████████: Schedules to Security Agreement
8. ████: First AR Security Agreement, Pledge Agreement and Irrevocable Proxy
9. ████: Amendment No. 4 to Credit Agreement
10. ████: Pledge Agreement
11. ████: ARK II Pledge Agreement, Ark II Limited Recourse Guaranty, Sun Desert Pledge Agreement, Sun Desert Limited Recourse Guaranty
12. ████ Pledge Agreement
13. ████ Patent Security Agreement, TM Security Agreement, Schedules to Security Agreement, Pledge Agreement and Irrevocable Proxy
14. ██████ Collateral Assignment, all docs referenced as "Loan Documents" under LSA

**Account Control Agreements and Original Stock Certs**: We have some account control agreements for a handful of Borrowers (█████████████████████) we are missing Account Control Agreements for all other Borrowers (including for ████, of which we are aware of at least 5 Accounts that we do not have useful Control Agreements for). For each Borrower please provide these agreements or confirm there are none. Please note we asked you for all original stock certs held by USB to be confirmed and all Account Control Agreements. Please note that while we have received these items for a handful of the Borrowers, we have asked you to please confirm that the list of Account Control Agreements and the list of Stock Certs held by US Bank is complete from PPAS perspective.

**Assignment of DACAS**: With respect to the Account Control Agreements for ██████████ – we request that PPAS deliver notices of assignment to each of Regions Bank for ████n and to BBVA for ██████ to the new agent. We can send you forms of these assignment notices, unless you prefer to prepare.

Please let us know if you have any additional questions.

Thank you,

Savannah

Savannah Harms | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5502
sharms@milbank.com | milbank.com

Updated 9/11/19

**A-1 Performing Borrowers; Ankura is SOLE Agent**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■[2] | | | | | | | | |
| ■ | | Credit Agreement dated 1/21/10; Amendments: 1-14 (14th: 5/1/19)<br><br>Pledge Agreement (AEMX) dated as of 1/30/2012<br><br>Pledge Agreement (DMX) dated as of 1/30/2012<br><br>Third-Ranking Stock Pledge Agreement dated as of 5/4/2012<br><br>Security Agreement dated January 21, 2010 – Please provide Schedules | July 8, 2019 as of Amendment 14 | Please confirm none exist. | Please confirm if any. | See UCC Chart<br><br>Searches ordered in DE, MI and IL for UCCS of missing guarantors. | BAML DACA with activation, multi-lender dated 6/18/19 among Borrower, Wells, Ankura and BAML for accounts ■<br><br>Please confirm no other accounts | Patent Security Agreement dated as of 2/9/2012 – not executed. Please provide executed copy. |
| ■ | ■ | AR Credit Agreement dated 8/31/11; | July 8, 2019 as of Amendment 13 | Please confirm none exist. | ■ – Open-End Mortgage, | UCC-3s filed as Add'l Secured Party under ■ PPAS TO | Please provide Accounts/ DACAs. | Please confirm if any. |

[1] *Each* market certificate is held by US Bank as custodian.

[2] The ■ facility has been removed as it was paid off in full on July 9, 2019.

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■■■ | ■■■ | Amendments: 1-13; (13th: 5/1/19); | | | Assignment of Leases and Rents, Security Agreement and Fixture Financing Statement in favor of PPAS dated 12/9/05  Please confirm any others. | ADVISE: should any UCC-3s have been filed as full assignment for ■■? | | |
| ■■■ | ■■■ | AR Credit Agreement dated 8/31/11; Amendments: 1-13 (13th: 5/1/19) | July 8, 2019 as of Amendment 13 | Please confirm none exist. | Please confirm if any. | UCC-3s filed as Add'l Secured Party under ■■; PPAS TO ADVISE: should any UCC-3s have been filed as full assignment for ■■? | Please provide Accounts/ DACAs. | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ██████ | ██████ | | | | | | | |
| ███tion | ██████ | Promissory Note Agreement dated 2/3/06; Amendments: 1-6 (6th: 11/14/06); Missing Amendment No. 7; 8-18 (8th: 4/25/07; 18th: 11/19/15); Commitment Settlement Amendment 6/6/12.<br><br>Please provide Amendment No. 7.<br><br>Borrower Pledge Agreement dated as of 2/3/2006 | April 15, 2019 as of Amendment 15<br><br>Amendment No. 19 to extend maturity date to 7/8/19 in process. | ██████ - 10,000 SHARES*.<br><br>██████ - 14,750 SHARES*<br><br>Equity of ██████ by the Pledgors (uncertificated)<br><br>Equity of ██████ by the Pledgors (uncertificated)<br><br>Please confirm no other guarantor has certificates. | Please confirm if any. | UCCs COMPLETE | Please provide Accounts/ DACAs refrenced in Amendment 13. | Please confirm if any other. |

- 3 -

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮ | ▮▮▮ | First AR Credit Agreement dated 1/11/07; Amendments: 1-15 (15th: 11/19/15)  Shareholder Pledge Agreement dated as of 2/3/2006  Please provide the Security Agreement as defined in Credit Agreement. | April 15, 2019 as of Amendment 14  Amendment No. 16 to extend maturity date to 7/8/19 in process. | Pledged Security Interests (uncertificated) for ▮▮▮  Please confirm no other guarantor has certificates. | Please confirm if any. | See UCC Chart  Searches ordered in MN for missing Guarantor.  PPAS please advise on Jurisdictions of missing 39 Guarantors so we may order searches. | Please provide Accounts/ DACAs referenced in Amendment 9. | Please provide the Trademark Collateral Security Agreement and the Copyright Collateral Security Agreement as defined in Credit Agreement.  Please confirm if other. |
| ▮▮▮ ) | ▮▮▮ | Credit Agreement dated 6/1/09; Amendments: 1-10 (10th: 8/21/19)  Payoff Letter draft substantially agreed. | August 31, 2019 as of Am. 10.  Note: Milbank fees to be paid at closing. | Please confirm none exist.  To be paid off. | Please confirm if any.  To be paid off. | UCCS COMPLETE | Please provide Accounts/ DACAs.  To be paid off. | Please provide the Intellectual Property Security Agreement and any other Collateral Documents as defined in |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | To be paid off in October.<br><br>Security Agreement dated as of 6/1/2009; Amendment 1 dated as of 6/1/2009 | | | | | | Credit Agreement.<br><br>To be paid off. |
| ⬛ ) | N/A | Credit Agreement dated 12/6/07; Amendments: 1-14 (14th: 11/19/15)<br><br>Security Agreement dated as of 12/6/2007<br><br>Pledge Agreement and Irrevocable Proxy dated as of 12/6/2007<br><br>Investor Pledge Agreement dated as of 12/6/2007<br><br>Closing Date Certificate dated as of 12/6/2007<br><br>Reimbursement Agreement and Pledge of Cash | April 15, 2019 as of Amendment 13<br><br>Amendment No. 15 to extend maturity date to 7/8/19 in process. | Received copy of Stock Transfer Power of Attorney transfering 4,345 common shares. Please provide us with original Stock Transfer Power of Attorney. | Real Property Mortgage in favor of PPAS dated as of 12/6/2007<br><br>Please confirm any others. | UCCs COMPLETE | Please provide Accounts/ DACAs. | Copyright Collateral Security Agreement dated as of 12/6/2007<br><br>Milbank to file court order.<br><br>Please confirm if any Patent or TM. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Collateral dated as of 12/6/2007 | | | | | | |
| | | Funding Notice dated as 12/6/2007 | | | | | | |
| | | Payoff Letter from Nova Scotia to ▮▮▮ dated as of 12/6/2007 | | | | | | |
| | | Good Standing Certificates dated as of 12/3/2007 | | | | | | |
| | | Certificate of the Assistant Secretary of ▮▮▮ dated as of 12/6/2007 | | | | | | |
| | | Certificate of the Assistant Secretary of ▮▮▮ dated as of 12/6/2007 | | | | | | |
| | | Resolution of ▮▮▮ dated as of 12/6/2007 | | | | | | |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Lien searches dated as of 11/28/2007<br><br>Certificated of Insurance dated as of 11/30/2007<br><br>Release of CIT dated as of 12/27/2007 | | | | | | |
| ██████ | ████████ | AR Credit Agreement 3/08/02; Amendments: 1-12 (12th: 11/19/15)<br><br>Amendment to Borrower Security Agreement dated as of 12/29/2004<br><br>Amendment to Subsidiary Security Agreement dated as of 12/29/2004 | April 15, 2019 as of Amendment 10<br><br>Amendment No. 13 to extend maturity date to 7/8/19 in process. | ████ A - 5,098.9 SHARES*<br><br>Please confirm no other guarantor has certificates. | Please confirm if any. | See UCC Chart ███████ | Regions Bank DACA ████ ) dated 7/13/17 among PPAS, ████████ and Regions Bank<br><br>Regions Bank DACA ██████ dated 7/13/17 among PPAS, ████████ and Regions Bank<br><br>Regions Bank DACA ██████ ) dated 7/13/17 among PPAS, | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ██████, and Regions Bank<br><br>Regions Bank DACA ██████) dated 7/13/17 among PPAS, ██████ and Regions Bank<br><br>Please confirm no other accounts. | |
| ████ | ████ | Credit Agreement dated as of 4/17/12; Amendments: 1-9 (9th: 11/19/15)<br><br>Security Agreement dated as of 4/17/2012 | June 1, 2017 as of Credit Agreement<br><br>Note:  Agency fee unpaid; please provide an update. | Please confirm none exist. | Please provide Mortgages (if any) as refrenced in the Credit Agreement; Please confirm if any. | UCC-3 filed as Add'l Secured Party under ████; PPAS TO ADVISE: should UCC-3 have been filed as full assignment for ████ | Please provide Accounts/ DACAs. | Please confirm if any. |
| ████ | ████ | Credit Agreement dated 5/15/06; Amendments:1-22 (22nd: 11/19/15) | April 15, 2019 as of Amendment 21 | Please confirm none exist. | Please confirm if any. | See UCC Chart<br><br>Searches ordered in DE and TX for | BBVA DACA (Exclusive Control) dated 12/13/17 among ████ | Please provide the Trademark Collateral Security Agreement and |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ███ | ███ | Loan and Security Agreement dated as of 2/23/2012 <br><br> Please provide the Pledge Agreement and Irrevocable Proxy as refrenced in the Credit Agreement. <br><br> Please provide the Amended and Restated Security Agreement as refrenced in the Credit Agreement. | Amendment No. 23 to extend maturity date to 7/8/19 in process. <br><br> Note: Agency fee unpaid; CFO to provide payment plan. | | | missing Guarantors. | ███ BBVA Compass and PPAS. <br><br> Please confirm no other accounts. | the Copyright Collateral Security Agreement as referenced in the Credit Agreement. Please confirm if any other IP. |
| ███ | N/A | AR Credit Agreement dated as of 2/28/03; Amendments 1-24 (24th: 11/19/15); Commitment Settlement Amendment dated as of 6/6/12 <br><br> A&R Subordinated Security Agreement (AIP-ES, Inc as Secured Party) dated as of 5/25/2011 | April 15, 2019 as of Amendment 24 <br><br> Note: Agency fee unpaid; please provide an update. | Please confirm none exist. | Please confirm if any. | UCCS COMPLETE | Please provide Accounts/ DACAs. | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Please provide the Amended and Restated Security Agreement as referenced in the Credit Agreement. | | | | | | |

**A-1 Performing Borrowers – Ankura and PPAS are CO-AGENTS**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■ | ■ | AR Credit Agreement 8/31/11; Amendments: 1-16 (16th: 5/1/19)  A&R Security Agreement dated as of 8/31/2011 | April 15, 2019 as of Amendment 15  Amendment No. 17 to extend maturity date to 7/8/19 in process. | Please confirm none exist. | Please confirm if any. | UCC-3s filed as Add'l Secured Party under ■: PPAS TO ADVISE: should any UCC-3s have been filed as full assignment | BB&T DACA dated 6/17/19 among Wells, Ankura, Borrower and BB&T for accounts ■ | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■ | | | | | | for ■ or GRS?<br><br>No UCC-3 Filed for<br><br>■<br><br>until PPAS Advises. | BB&T BACA with Lockbox dated 6/17/19 among Wells, Ankura, Borrower and BB&T for account ■ | |
| ■ | N/A | Credit Agreement dated 12/15/11 Amendments: 1-3; (3rd: 11/19/15), 5 (5th: 06/28/19)<br><br>Intercreditor Agreement dated 2/13/12; Intercreditor Agreement Letter Amendment dated 06/28/19, replacement of Wells Fargo with Cortland as successor Agent.<br><br>Security Agreement dated as of 12/15/2011 | Amendment No. 5 to extend maturity date to the earlier of (a) 10/9/19 and (b) the date that is seven (7) Business Days after the maturity date of the Wells Credit Agreement | None listed on Security Agreement. | Please confirm if any. | UCCS CCOMPLETE | Wells Fargo DACA (ARAN – 2 Secured Parties) dated 2/13/12 among Wells Fargo Capital Finance, ■, Wells Fargo Bank and PPAS for accounts<br><br>■<br><br>Assignment and Assumption of Wells Fargo DACA (ARAN – 2 Secured Parties) to Ankura dated | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 6/28/19 among PPAS, Ankura and Wells Fargo Bank (as Bank). | |
| | | | | | | | Wells Fargo DACA (ARI – 2 Secured Parties) dated 2/13/12 among Wells Fargo Capital Finance, ██████, Wells Fargo Bank and PPAS for accounts ████████ | |
| | | | | | | | Assignment and Assumption of Wells Fargo DACA (ARI – 2 Secured Parties) to Ankura dated 6/28/19 among PPAS, Ankura and Wells Fargo Bank (as Bank). | |
| | | | | | | | BBVA DACA dated 8/30/19 (Exclusive Control) among █████, BBVA, | |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Cortland and Ankura for account: ⬛ BBVA DACA dated 8/30/19 (Springing Control) among ⬛ BBVA, Cortland and Ankura for account: ⬛ | |
| ⬛ | ⬛ | Credit Agreement dated 7/8/05 Amendments: 1-55 (55th: 11/19/15) Security Agreement dated as of 7/8/2005; Amendment 1 dated as of 5/25/2012 Please provide Schedules to the Security Agreement | April 15, 2019 (as of 55th Amendment) Amendment No. 56 to extend maturity date to 7/8/19 in process. | ⬛ - ZOHAR II - 583 SHARES*, ⬛ - ZOHAR II - 583 SHARES*, ⬛ SHARES – 80 SHARES* Please confirm no other guarantor has certificates. | Please confirm if any. | UCCS COMPLETE | Please provide Accounts/ DACAs. | Patent Collateral Security Agreement dated as of 7/8/2005 Trademark Collateral Security Agreement dated as of 7/8/2005 |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■ | N/A | Credit Agreement dated as of 5/13/11; Amendments: 1-9 (9th: 2/15/16); Commitment Settlement Amendment dated 6/6/12 Security Agreement dated as of 5/31/2011; Amendment 1 dated as of 4/17/2012 | April 15, 2019 as of Amendment 9 for Zohar Lenders; January 19 2017 for ARK Lenders Note: Agency fee unpaid; please provide an update. | Please confirm none exist. | Please provide the Mortgage, Assignment of Rents, Security Agreement and Fixture Filing dated as of 5/13/11 as refrenced in the Credit Agreement. | UCC-3 Filed as Add'l Secured Party: PPAS TO ADVISE: Should UCC-3 have been filed as Full Assignment under ■ | Please provide Accounts/ DACAs. | Please confirm if any. |

**A-2 Non-Performing Borrowers – Ankura is SOLE AGENT**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ██████ | ██████ | First Amended and Restated Credit Agreement dated as of 5/1/06; Amendments 1-34 (34th: 11/19/15)<br><br>Please provide the First Amended and Restated Security Agreement and the Pledge Agreement and Irrevocable Proxy as refrenced in the Credit Agreement. | April 15, 2019 as of Amendment 33 | ██████<br>CLASS A COMMON - 600,000 SHARES*<br><br>Please confirm if subsidiaries of Borrower are certificated. | Please confirm if any. | UCCS COMPLETE | Please provide Accounts/ DACAs. | Patent Security Agreement dated as of 10/22/2010<br><br>Trademark Security Agreement dated as of 10/18/2010<br><br>Please confirm no Copyrights exist |
| ██████ | N/A | Loan and Security Agreement dated 10/14/98; Amendments 1-3 (3rd: 11/21/00); Missing Amendment No. 4; 5-19 (5th: 2/22/02; 19th: 2/5/16)<br><br>Please provide Amendment No. 4 | April 15, 2019 for Zohar Lenders; January 19, 2017 for ARK Lenders as of Amendment 19 | ██████COMM A - 14,500 SHARES*<br><br>Please confirm no other guarantor has certificates. | Please confirm if any. | UCCS COMPLETE | Please provide Accounts/ DACAs. | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■■ | N/A | Credit Agreement dated as of 11/7/08; Amendments: 1-4 (4th: 11/19/15)<br><br>Security Agreement dated as of 11/7/2008 | April 15, 2019 as of Amendment 3 | Please confirm none exist. | Please provide the Senior Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing, dated as of 11/7/08, as refrenced in the Credit Agreement. | UCCS COMPLETE | Please provide Accounts/ DACAs. | Intellectual Property Security Agreement (Patents) dated as of 2/19/2013<br><br>Intellectual Property Security Agreement (Trademarks) dated as of 12/22/2011<br><br>Patent Security Agreement (■■■■■■) dated as of 7/28/2012<br><br>Patent Security Agreement (■■■■■■) dated as of 10/25/2012 |
| ■■ | Term Loan: ■■■■ | Term Loan Agreement dated as of 11/2/04; Amendments 1-59 (59th: 2/5/16); Commitment Settlement | April 15, 2019 as of 59th Amendment to Term Loan and as of LSA for Zohar Lender Commitments. | Please confirm none exist. | Please confirm if any. | See UCC Chart<br><br>Final UCC-3s Filed 9/11/19 – otherwise complete | Please provide Accounts/ DACAs. | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | LSA: ███████ | Agreement dated 6/6/12<br><br>Loan and Security Agreement dated as of 01/31/07 (Wachovia)<br><br>AR Security Agreement dated as of 4/1/11<br><br>AR Intercreditor Agreement dated as of 4/7/15; 1st Amendment 9/1/15<br><br>Amended and Restated Subordinated Security Agreement (Zohar I) dated as of 5/25/2011<br><br>Amended and Restated Subordinated Security Agreement (Zohar II) dated as of 5/25/2011<br><br>Please provide the Pledge Agreement | | | | | | |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | dated as of 11/8/04 refrenced in the Term Loan Agreement. | | | | | | |
| ▉ | N/A | Credit Agreement dated as of 12/28/09; Amendments: 1-5 (5th: 11/3/15)<br><br>Security Agreement dated as of 12/28/2009<br><br>Subordinated Security Agreement dated as of 12/28/2009 | April 15, 2019 as of Amendment 5 | Please confirm none exist. | Please confirm if any. | UCCS COMPLETE | Please provide Accounts/ DACAs. | Subordinated IP Security Agreement in favor of Zohar II 2005-1, Limited dated as of 12/28/2009 |
| ▉ | N/A | Credit Agreement dated as of 3/5/08; Amendments: No. 1 – 22nd (22nd: 11/19/15)<br><br>Security Agreement dated as of 3/5/2008<br><br>Please provide the Ark II Pledge Agreement, the Ark II Limited Recourse | April 15, 2019 as of Amendment 21 | Please confirm none exist. | Please confirm if any. | UCCS COMPLETE | Please provide Accounts/ DACAs. | IP Security Agreement in favor of PPAS dated as of 3/5/2008 |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Guaranty, the Sun Desert Pledge Agreement and the Sun Desert Limited Recourse Guaranty, as referenced in the Credit Agreement | | | | | | |
|  | N/A | Credit Agreement dated as of 9/3/08; Amendments: No. 1-12th (12th: 09/03/08) Security Agreement (First Lien) dated as of 9/3/2008 Security Agreement (Second Lien) dated as of 9/3/2008 Please provide Pledge Agreements as referenced in the Credit Agreement. | September 3, 2013 as of Credit Agreement | Please confirm none exist. | Please confirm if any. | UCCS COMPLETE | Please provide Accounts/ DACAs. | IP Security Agreement (First Lien) dated as of 9/3/08 IP Security Agreement (Second Lien) dated as of 9/3/2008 No Copyrights listed in IP Security Agreement. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■ | ■ | Third Amended and Restated Credit Agreement dated as of 3/30/04; Amendment No. 1: 6/27/05<br><br>Credit Agreement dated as of 8/5/05; Amendments 1-19 (19th: 11/19/15)<br><br>Security Agreement dated as of 8/5/2005<br>Please provide the schedules<br><br>Please provide the Pledge Agreement and Irrevocable Proxy dated as of 8/5/05, as referenced in the Credit Agreement dated the same | April 15, 2019 as of 8/5/05 Credit Agreement Amendment 18 | Please confirm none exist. | Please confirm if any. | See UCC Chart<br><br>Searches ordered in DE and DC for UCCs of missing Guarantors.<br><br>PPAS please advise: how did you perfect against UK and Canada entity so we may search there? | Please provide Accounts/ DACAs; Specifically, accounts listed in Schedule VII to Security Agreement. | Please provide the Patent Security Agreement and the Trademark Security Agreement, as referenced in the Credit Agreement dated 8/5/05.<br><br>Please provide Intellectual Property Collateral as referenced in the Security Agreement. |
| ■ | ■ | Credit Agreement dated as of 8/4/03; Amendments 1-30 (30th: 11/19/15) | April 15, 2019 as of Amendment 24 | Entity in Chapter 7; Filing Amended Proof of Claim TBD | Entity in Chapter 7; Filing Amended Proof of Claim TBD | Entity in Chapter 7; Filing Amended Proof of Claim TBD | Entity in Chapter 7; Filing Amended Proof of Claim TBD | Entity in Chapter 7; Filing Amended Proof of Claim TBD |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | ███████ | Pledge Agreement dated as of 8/4/2003 Security Agreement dated as of 8/4/2003 | | | | | | |

A-2 Non-Performing Borrowers; Ankura and PPAS are CO-AGENTS

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| *CO-AGENT | ■ | Amended and Restated Loan and Security Agreement dated 6/2/06; no Amendments.<br><br>Second Amended and Restated Loan and Security Agreement dated as of 6/28/07; Amendments 1-4 (4th: 1/16/09); Assignment and Acceptance dated 12/31/08<br><br>Missing "Credit Agreement as of June 5, 2008"; Amendments 1-11(11th: 3/24/10) (Only Zohar Lenders – Wells Fargo Foothill)<br><br>Third Amended and Restated | April 15, 2019 as of 3rd AR LSA Amendment 18 | ■<br><br>SHARES*<br><br>Please confirm no other guarantor has certificates. | Please confirm if any. | See UCC Chart<br><br>Ordered Searches in Florida and DC for UCCs of missing Guarantors.<br><br>PPAS please advise how you perfected against Spain and Iceland entities so we may order searches there.<br><br>*Please note: 3 UCCS (in DC, PA and DE) expire September 2019 – please advise if CT is continuing these | Wells Fargo DACA (ARAN) dated 9/30/11 among ■ ■ PPAS and Wells for accounts: [redacted]<br><br>Wachovia DACA (no notification) dated 2/10/09 among Wachovia, ■ and PPAS for accounts: [redacted]<br><br>BBVA Compass DACA (Springing) dated 6/29/17 among ■ BBVA and PPAS for accounts: [redacted]<br><br>BBVA Compass DACA (Exclusive) | Second Amendment and Assignment of TM Collateral Assignment and Security Agreement dated 4/25/07<br><br>Second Amendment and Assignment of Patent Collateral Assignment and Security Agreement dated 4/25/07<br><br>Please provide Collateral Assignment.<br><br>Intellectual Property Security Agreement dated 8/2/07<br><br>Amendment and Assignment of |

| | | Loan and Security Agreement dated as of 1/15/09; Amendments 1-18 (18th: 2/5/16)<br><br>Subordinated Security Agreements dated as of 11/02/2012<br><br><span style="color:red">Please provide all docs referenced as "Loan Documents" in Second A&R Loan and Security Agreement dated 06/28/07</span> | | | | | dated 7/10/17 among ██, BBVA and PPAS for accounts: <span style="color:red">[redacted]</span><br><br><span style="color:red">Please provide non-redacted DACAs.</span> | Intellectual Property Security Agreement dated 1/15/09<br><br>FY 2018 Financials<br><br>Jun 19 Financials<br><br>Milbank to file Copyright Order<br><br>Milbank filed Trademark Order on 9/11/19<br><br>All Patents expired. |

4838-1814-6712v8

**UPDATED 9/11/19**

**ZOHAR-ANKURA**
**UCC STATUS CHART**

| KEY | | |
|---|---|---|
| Incomplete/ Please Advise | Complete | **UCC Lapses this Month** |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation | Notes |
|---|---|---|---|---|---|---|---|
|  |  | Delaware Secretary of State |  |  |  |  |  |

1

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | | SEARCH ORDERED 9/9/19 | | | | |
| | | | SEARCH ORDERED 9/9/19 | | | | |
| | | | SEARCH ORDERED 9/9/19 | | | | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|----------|--------|---------------------|----------------------------|---------------------------------------------|------------------------------|----------------------------------------|-------|

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
|  | ████ | Illinois | SEARCH ORDERED 9/9/19 |  |  |  |  |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No.[1] | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| ███████ | | Delaware Secretary of State | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | ███ |
| | | | | | | | ███ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

---

[1] **THESE UCCS FILED AS ADD'L SECURED PARTY –  PPAS TO ADVISE if any are to be filed as Full Assignment (under ████████ )**

5

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No.[1] | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | ██████ | | | | | | |
| | | | | | | | |
| | ████ | | | | | | |
| | | | | | | | |
| | ███ | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | ███ | | | | | | ████ |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No.[1] | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  | ▮▮▮ |  |  |  |  |  |  |
|  | ▮▮▮ |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  | ▮▮ |  |  |  |  |  |  |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No.[2] | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| ███ | ███ | Delaware Secretary of State | | | | | |
| | ███ | | | | | | |
| ███ | | | | | | | |
| ███ | ███ | | | | | | ███ |
| | ███ | | | | | | ███ |
| | ███ | | | | | | |
| | | | | | | | |
| | | | | | | | |

[2] **THESE UCCS FILED AS ADD'L SECURED PARTY – PPAS TO ADVISE if any are to be filed as Full Assignment (under ███ or ███)**

8

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No.[2] | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | ███ C | | | | | | |
| | | | | | | | |
| | ███ C | | | | | | |
| | | | | | | | |
| | ███ | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | ███ | | | | | | ███ |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No.[2] | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| ██████ ) | ████ | Texas Secretary of State | █████ | ██████ | █████ | 02/13/2021 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| ■■■■ | ■■■■ | Iowa Secretary of State | | | | 02/09/2021 | |
| | | | | | | 01/26/2022 | |
| | ■■■■ | Louisiana Secretary of State – Avoyelles Parish | | | | 02/13/2021 | |
| | | | | | | 02/02/2022 | |
| | | Louisiana Secretary of State – Landry Parish | | | | 02/13/2021 | |
| | | | | | | 02/02/2022 | |
| | ■■■■ | Minnesota Secretary of State | | | | 02/09/2021 | |
| | | | | | | 01/26/2022 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | 02/09//2021 | |
| | | | | | | 01/26/2022 | |
| | | | | | | 02/09/2021 | |
| | | | | | | 01/26/2022 | |
| | | | | | | 02/09//2021 | |
| | | | | | | 01/26/2022 | |
| | | | | | | 02/09/2021 | |
| | | | | | | 01/26/2022 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | 02/09//2021 | |
| | | | | | | 01/26/2022 | |
| | | | | | | 02/09/2021 | |
| | | | | | | 01/26/2022 | |
| | | | | | | 02/09//2021 | |
| | | | | | | 01/26/2022 | |
| | | | | | | 02/09/2021 | |
| | | | | | | 01/26/2022 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | 02/09//2021 | |
| | | | | | | 01/26/2022 | |
| | | | | | | 02/09/2021 | |
| | | | | | | 01/26/2022 | |
| | | | | | | 02/09//2021 | |
| | | | | | | 01/26/2022 | |
| | | | | | | 01/26/2022 | |
| | | | | | | 02/09//2021 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | 01/26/2022 | |
| | | | | | | 01/26/2022 | |
| | | | | | | 02/09//2021 | |
| | | | | | | 01/26/2022 | |
| | | | | | | 02/09/2021 | |
| | | | | | | 01/26/2022 | |
| | | | | | | 02/09//2021 | |
| | | | | | | 01/26/2022 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | 02/09/2021 | |
| | | | | | | 01/26/2022 | |
| | | | | | | | |
| | | | | | | 02/09//2021 | |
| | | | | | | 01/26/2022 | |
| | | | | | | 02/09/2021 | |
| | | | | | | 01/26/2022 | |
| | | | | | | 02/09/2021 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | 01/26/2022 | |
| | | | | | | 02/09/2021 | |
| | | | | | | 01/26/2022 | |
| | | | | | | 02/09/2021 | |
| | | | | | | 01/26/2022 | |
| | | | | | | 02/09/2021 | |
| | | | | | | 01/26/2022 | |
| | | | | | | 02/09/2021 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | | ███ | ███ | ███ | 01/26/2022 | |
| | ███ | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |
| | | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | ███████ | Jurisdiction UNKNOWN | PPAS to Provide Jurisdiction for Search or Provide UCCs | | | | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| ███████ (Full Assignment) | ███████  ███████ | Delaware Department of State | ███████ | ███████ | ███████ | 06/03/2024 | ███████ |
|  |  |  | Listed as Additional Debtor on above | Listed as Additional Debtor on above | Listed as Additional Debtor on above | Listed as Additional Debtor on above |  |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| █████ | ████ | Delaware Department of State | █████ | █████ | █████ | 12/10/2022 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | Alabama Secretary of State | | | | 06/11/2023 | |
| | | | | | | 06/11/2023 | |
| | | | | | | 06/11/2023 | |
| | | | | | | 07/19/2024 | |
| | | | | | | 05/11/2020 | |
| | | | | | | 06/11/2023 | |
| | | | | | | 07/19/2024 | |
| | | | | | | | |

| | | | | | 5/11/2020 | |
| | | | | | 6/11/2023 | |
| | | SEARCH ORDERED 9/9/19 | | | | |
| | | SEARCH ORDERED 9/9/19 | | | | |
| | | SEARCH ORDERED 9/9/19 | | | | |
| | | SEARCH ORDERED 9/9/19 | | | | |
| | | SEARCH ORDERED 9/9/19 | | | | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| ████████ | | Delaware Secretary of State | ████████ | | ███ | 04/19/2022 | |
| | | | | | Full Assignment Filed 9/11/19 | 11/05/2023 | |
| | | | | | **This UCC Filed as ADD'L SECURED PARTY under** ███ **PPAS TO ADVISE if it is to be filed as Full Assignment under** ███ | | |

---

[3] **THIS UCC FILED AS ADD'L SECURED PARTY –  PPAS TO ADVISE IF IT IS TO BE FILED AS FULL ASSIGNMENT UNDER** ████████ ████████.

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | Delaware Secretary of State | | | | 02/23/2022 | |
| | | | | | | 06/21/2021 | |
| | | | | | | 02/06/2023 | |
| | | | | | | 02/23/2022 | |
| | | | | | | 02/23/2022 | |
| | | | | | | 06/21/2021 | |
| | | | | | | 05/10/2020 | |
| | | | SEARCH ORDERED 9/9/19 | | | | |

| | ███████ | Texas | SEARCH ORDERED 9/9/19 | | | | |
|---|---|---|---|---|---|---|---|

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| ███ | ███ | Delaware Secretary of State | ███ | ███ | ███ | 06/06/2023 | |
| | | | | | | 06/06/2023 | |
| | | | | | | 05/10/2020 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No.[4] | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| ███ (Partial Assignment – Co-Agents) THESE UCCS FILED AS ADD'L SECURED PARTY – PPAS TO ADVISE if any are to be filed as Full Assignment (under ███) | ███ | Delaware Secretary of State | | | | 12/14/2020 | |
| | ███ | | | | | 12/14/2020 | |
| | | | | | | 12/07/2020 | |
| | ███ | | | | | 01/26/2024 | ███ |
| | ███ | | | | | 12/14/2020 | ███ |
| | ███ | | | | | 12/14/2020 | |
| | | | | | | 12/07/2020 | |
| | | | | | | 10/19/2020 | |

---

[4] **THESE UCCS FILED AS ADD'L SECURED PARTY –  PPAS TO ADVISE if any are to be filed as Full Assignment (under ███ or ███)**

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No.[4] | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | 12/07/2020 | |
| | | | | | | 12/14/2020 | |
| | | | | | | 12/07/2020 | |
| | | | | | | 12/14/2020 | |
| | | | | | | 12/14/2020 | |
| | | | | | | 12/07/2020 | |
| | | | | | | 06/12/2024 | |
| | | | | | | 12/07/2020 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No.[4] | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | ███ | | | | | 12/14/2020 | |
| | | | | | | 12/07/2020 | |
| | | | | | | 12/14/2020 | |
| | | | | | | 12/07/2020 | |
| | | | | | | 12/14/2020 | |
| | ███ | | ███ | ███ | **UCC-3 NOT FILED** PPAS to Advise whether UCC to be filed is Full Assignment (███) or Additional Secured Party (███) | 12/14/2020 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| ██████ | ██████ | Delaware Secretary of State | █████ | █████ | █████ | 12/16/2021 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| ██████ (Partial Assignment – Co-Agents) | █████ | Arizona Secretary of State | ██████ | ██████ | █████ | 07/12/2020 | |
| | █████ | Delaware Secretary of State | █████ | █████ | █████ | 10/06/2024 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No.[5] | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| ▮▮▮ (Partial Assignment – Co-Agents) | ▮▮▮ | Delaware Secretary of State | ▮▮▮ | ▮▮▮ | ▮▮▮ **PPAS TO ADVISE WHETHER THIS SHOULD BE FULL ASSIGNMENT** | 05/13/2021 | First Lien Financing Statement |

---

[5] **THIS UCC FILED AS ADD'L SECURED PARTY –  PPAS TO ADVISE if it is to be filed as Full Assignment (under ▮▮▮▮▮▮)**

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | Delaware Secretary of State | | | | 05/01/2021 | |
| | | | | | | 05/10/2020 | |
| | | Maryland Department of Assessments and Taxation | | | | 05/02/2021 | |
| | | | | | | 05/11/2020 | |
| | | | | | | 05/02/2021 | |
| | | | | | | 05/11/2020 | |
| | | | | | | 05/02/2021 | |
| | | | | | | 05/11/2020 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| ██████ | ██████ | Delaware Secretary of State | ██████ | ██████ | ██████ | 11/16/2020 | ██████ |
| | | | | | | 06/12/2023 | ██████ |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| ▮ | ▮ | Delaware Secretary of State | ▮ | ▮ | ▮ | 11/12/2023 | Originally filed with debtor as: ▮ |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | Delaware Secretary of State | | | | 05/10/2020 | |
| | | | | | | 05/10/2020 | |
| | | | | | | 01/30/2021 | |
| | | | | | Full Assignment Filed 9/11/19 | 01/30/2021 | |
| | | | | | Full Assignment Filed 9/11/19 | 01/06/2020 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|----------|--------|---------------------|----------------------------|--------------------------------------------|------------------------------|---------------------------------------|-------|
| ███ | ███ | Delaware Secretary of State | ███ | ███ | ███ | 12/24/2019 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| ███ | ███ | Florida Secretary of State | ███ | ███ | ███ | 03/17/2023 | ███ |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| ███ | ███ | Delaware Secretary of State | ███ | ███ | ███ | 09/04/2023 | ███ |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| ■■■■ | ■■ | Delaware Secretary of State | ■■■ | ■■■ | ■■■ | 04/15/2023 | |
| | ■■■ | | SEARCH ORDERED 9/9/19 | | | | |
| | ■■ | United Kingdom | SEARCH ORDERED 9/9/19 PPAS TO ADVISE[6] | | | | |
| | ■■■ | Canada | No Search Ordered: PPAS TO ADVISE[7] | | | | |

---

[6] PPAS to advise on how they perfected against UK entity.
[7] PPAS to advise on how they perfected against Canada entity.

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | Delaware Secretary of State | | | | 08/05/2023 | |
| | | | | | | 08/05/2023 | |
| | | | | | | 08/05/2023 | |
| | | | | | | 08/05/2023 | |
| | | | | | | 08/05/2023 | |
| | | | | | | 08/05/2023 | |
| | | | | | | 08/05/2023 | |
| | | | | | | 08/05/2023 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|----------|--------|---------------------|----------------------------|-------------------------------------------|------------------------------|----------------------------------------|-------|
| | | | | | | 08/05/2023 | |
| | | | | | | 08/05/2023 | |
| | | | | | | 04/01/2024 | |
| | | | | | | 08/05/2023 | |
| | | | | | | 08/05/2023 | |
| | | | | | | 08/05/2023 | |

| Facility | Debtor | Filing Jurisdiction | Original File Date and No. | Most-Recent Continuation File Date and No. | Assignment File Date and No. | Deadline for Next Continuation Filing | Notes |
|---|---|---|---|---|---|---|---|
| | | DC Recorder of Deeds | | | | 09/23/2024 | |
| | | | | | Filed 09/11/2019 | **09/23/2019** | |
| | | Pennsylvania Department of State | | | 07/17/19 | **09/23/2019** | |
| | | Florida Secretary of State | | | | 09/17/2024 | |
| | | | | | | 06/22/2022 | |
| | | | SEARCH ORDERED 9/9/19 | | | | |
| | | Delaware Secretary of State | | | | 06/21/2022 | |
| | | | | | | **09/17/2019** | |



| | | | | | |
|---|---|---|---|---|---|
| | | SEARCH ORDERED 9/9/19 | | | |
| | | SEARCH ORDERED 9/9/19 | | | |
| | | | | | |
| | | | | | |
| | | None | | 06/21/2012 (LAPSED) | |
| | | SEARCH ORDERED 9/9/19 | | | |
| | Spain[8] | SEARCH ORDERED 9/9/19 | | | |
| | Iceland[9] | SEARCH ORDERED 9/9/19 | | | |
| | | SEARCH ORDERED 9/9/19 | | | |

---

[8] PPAS to advise on how they perfected against Spain entity.
[9] PPAS to advise on how they perfected against Iceland entities.

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Kelli L. Haley (Jones Day paralegal)  (214) 969-4845

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Kelli L. Haley
Jones Day
2727 N. Harwood Street
Dallas, TX 75201

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | SUFFIX |
|---|---|---|
| | | COUNTRY U.S.A. |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Limited Liability Co. | 1f. JURISDICTION OF ORGANIZATION Delaware | 1g. ORGANIZATIONAL ID #, if any | NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| OR | 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| OR | 3a. ORGANIZATION'S NAME Patriarch Partners Agency Services, LLC, as Administrative Agent | | | | |
|---|---|---|---|---|---|
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS 32 Avenue of the Americas, 17th Floor | | CITY New York | STATE NY | POSTAL CODE 10013 | COUNTRY U.S.A. |

4. This FINANCING STATEMENT covers the following collateral:

This financing statement covers all assets of the Debtor.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA
Delaware Secretary of State (FIRST LIEN FINANCING STATEMENT)                          778026-2

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)
C0UCC1PNAT- 10/01/02 C T Corporation System

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Eaton W. Tarbell, III                                        6032263900

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

TARBELL & BRODICH, PA

45 CENTRE STREET

CONCORD NH 03301

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION |
|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

The original UCC Financing Statement covered all business assets of ▇▇▇▇▇▇. The original security interest has been subordinated to a secured interest held by Bank of New Hampshire from ▇▇▇▇▇▇, Bank of New Hampshire having been granted a first position security interest in all the collateral as set forth below:

Certain equipment identified as ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ TM06 which is ▇▇▇▇▇▇▇ at or in the process of being delivered t▇▇▇▇▇▇▇ ▇▇▇▇▇ as described and identified in an apprais▇▇▇▇▇▇▇▇ ASA dated July 30, 2012, specifically excepted are the following items:

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

Patriarch Partners Agency Services, LLC as admin. agent

10. OPTIONAL FILER REFERENCE DATA

White Mountain Tissue

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2011  1828154

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

Patriarch Partners Agency Services, LLC as admin. agent

**13. this space for additional information**



FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

6032288404

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

KIMBERLEE G. BURGESS, ESQ., P.L.L.C.

56 HOPKINS GREEN ROAD

HOPKINTON NH 03229

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION

1a. INITIAL FINANCING STATEMENT FILE #

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [ ] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

[ ] CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. | [ ] DELETE name: Give record name to be deleted in item 6a or 6b. | [ ] ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | | |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
[ ] [ ] entire [ ] restated collateral description, or describe collateral [ ] assigned.

Project List
Equipment Details
Project Supplier Description Serial Number
Recirculate      currently n/a

Correct
currently n/a

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT
Secured Party - Patriarch Partners Agency Services, LLC

10. OPTIONAL FILER REFERENCE DATA

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

6032288404

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

KIMBERLEE G. BURGESS, ESQ., P.L.L.C.

56 HOPKINS GREEN ROAD

HOPKINTON NH 03229

**DELAWARE DEPARTMENT OF STATE**
**U.C.C. FILING SECTION**

1a. INITIAL FINANCING STATEMENT FILE #

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Equipment Details                    roject List
Project Supplier Description Serial Number

currently n/a

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT
Secured Party-Patriarch Partners Agency SErvices, LLC

10. OPTIONAL FILER REFERENCE DATA

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

Secured Party-Patriarch Partners Agency SErvices, LLC

13. this space for additional information

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

6032288404

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

KIMBERLEE G. BURGESS, ESQ., P.L.L.C.

56 HOPKINS GREEN ROAD

HOPKINTON NH 03229

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor  or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | | |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Add the following Collateral:

Project List
Equipment Details
Project Supplier Description Serial Number
currently n/a

Correct
currently n/a

9. **NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT**
Patriarch Partners Agency Services, LLC, as Admin Agent

10. OPTIONAL FILER REFERENCE DATA

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**Delaware Department of State**
**U.C.C. Filing Section**

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>CSC 800-858-5294 | |
| B. E-MAIL CONTACT AT FILER (optional)<br>FILINGDEPT@CSCINFO.COM | |
| C. SEND ACKNOWLEDGMENT TO:   (Name and Address)<br><br>801 ADLAI STEVENSON DR [110863610]<br>SPRINGFIELD, IL 62703<br>US | |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a.** INITIAL FINANCING STATEMENT FILE NUMBER

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT** (full or partial):  Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☑ **CONTINUATION:**  Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:
**AND** Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)

OR
6a. ORGANIZATION'S NAME

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED OR ADDED INFORMATION:**  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

OR
7a. ORGANIZATION'S NAME

7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**8.** ☐ **COLLATERAL CHANGE:**  Also check one of these four boxes: ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate collateral:

**9. NAME** OF **SECURED PARTY** OF **RECORD AUTHORIZING THIS AMENDMENT:**  Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a **DEBTOR**, check here ☐ and provide name of authorizing Debtor

OR
9a. ORGANIZATION'S NAME
PATRIARCH PARTNERS AGENCY SERVICES, LLC, AS ADMINISTRATIVE AGENT

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA:**
DEBTO

International Association of Commercial Administrator

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn: AIP UCC Committee

Delaware Department of State
U.C.C. Filing Section

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| | |
|---|---|
| 1a. INITIAL FINANCING STATEMENT FILE NUMBER ▮▮▮▮ d on 05/13/2011 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:          AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☑ Secured Party of record          ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c          ☑ ADD name: Complete item 7a or 7b, and item 7c          ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Patriarch Partners Agency Services, LLC, as Administrative Agent | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Ankura Trust Company, LLC, as co-Administrative Agent | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 60 State Street, Suite 700 | Boston | MA | 02109 | USA |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes:  ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate collateral:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Patriarch Partners Agency Services, LLC, as Administrative Agent | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
To be filed with the Delaware Secretary of State; Debtor ▮▮▮▮

International Association of Commercial Administrators (IACA)

**FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)**

# Exhibit J

**From:** Zimmerman, Timothy <TZimmerman@gibsondunn.com>
**Sent:** Friday, July 24, 2020 12:14 PM
**To:** Nestor, Michael <mnestor@ycst.com>; Barry, Joseph <jbarry@ycst.com>; Reil, Shane <SReil@ycst.com>
**Cc:** Loseman, Monica K. <MLoseman@gibsondunn.com>; Norman L. Pernick (npernick@coleschotz.com)
<npernick@coleschotz.com>
**Subject:** PPAS Inventory

Counsel,

Please see the attached document regarding PPAS inventory.

Best, Tim

**Timothy Zimmerman**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5721 • Fax +1 303.313.2823
TZimmerman@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

| Holder | Issuer | Asset | Copy or Original of Certificate | Location | Quantity (shares) | Certificate Number | Issue Date |
|---|---|---|---|---|---|---|---|
| | | Common Stock | Original | NY | 100.00 | 3 | |
| | | Common Stock | Original | NY | 1.00 | 5 | 2/14/96 |
| | | Common Stock | Original | NY | 934,999.00 | 6 | 2/14/96 |
| | | Common Stock | Original | NY | 934,999.00 | 8 | 4/8/97 |
| | | Common Stock | Original | NY | 1.00 | 6 | 2/16/96 |
| | | Common Stock | Original | NY | 192,998.00 | 5 | 6/30/95 |
| | | Common Stock | Original | NY | 1.00 | 7 | 2/27/96 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 1,804.00 | 100 | 8/23/07 |
| | | Common Stock | Original | NY | 650.00 | 1 | 8/1/05 |
| | | Common Stock | Original | NY | 1,000.00 | 2 | 3/28/97 |
| | | Common Stock | Original | NY | 1,500.00 | 1 | 11/13/03 |
| | | Units of Membership | Original | NY | 1,000.00 | 1 | 11/13/03 |
| | | Common Stock | Original | NY | 500.00 | 5 | 9/18/04 |
| | | Common Stock | Original | NY | 1,000.00 | 2 | 8/31/99 |
| | | Shares | Original | NY | 1,000.00 | 2 | |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |

Confidential

| Holder | Issuer | Asset | Copy or Original of Certificate | Location | Quantity (shares) | Certificate Number | Issue Date |
|---|---|---|---|---|---|---|---|
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 100.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 100.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 500.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 1,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 1,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 100.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 1,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 100.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 100.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 100.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 1,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 1,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 100.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 100.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 100.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 420.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 1,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 100.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 100,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 181,818.00 | C-5 | 2006 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Common Stock | Original | NY | 181,818.00 | C-5 | 2006 |
| | | Common Stock | Original | NY | 10,000.00 | C-1 | 1/30/06 |
| | | Capital Stock | Original | NY | 2999.00 | 1 | 1/12/11 |
| | | Common Stock | Original | NY | 1.00 | 1 | 8/14/85 |
| | | Common Stock | Original | NY | 1.00 | C-2 | 2/12/85 |
| | | Common Stock | Original | NY | 865,200.00 | 3 | 5/26/99 |
| | | Common Stock | Original | NY | 1.00 | 1 | 2/6/76 |
| | | Common Stock | Original | NY | 483 1/3 | 16 | 6/16/98 |
| | | Series A Preferred Redeemable Shares | Original | NY | 50.00 | 5 | 2/28/02 |
| | | Series A Preferred Redeemable Shares | Original | NY | 50.00 | 3 | 10/28/98 |
| | | Series A Preferred Redeemable Shares | Original | NY | 50.00 | 3 | 4/21/98 |
| | | Series A Preferred Redeemable Shares | Original | NY | 50.00 | 3 | 6/26/98 |
| | | Series A Preferred Redeemable Shares | Original | NY | 50.00 | 1 | 5/27/98 |

Confidential

| Holder | Issuer | Asset | Copy or Original of Certificate | Location | Quantity (shares) | Certificate Number | Issue Date |
|--------|--------|-------|--------------------------------|----------|-------------------|--------------------|-----------|
| | | Series A Preferred Redeemable Shares | Original | NY | 50.00 | 1 | 5/27/98 |
| | | Shares | Original | NY | 250.00 | 22 | 2/9/12 |

# Exhibit K

| | |
|---|---|
| **From:** | Carolyn Schiff |
| **To:** | Ryan Roy; Carlos Mercado |
| **Cc:** | James McGinley; Lynn Poss; Harris, Jennifer; Harmeyer, Andrew; Kato, Sakura; Monica K. Loseman (mloseman@gibsondunn.com) |
| **Subject:** | RE: [EXT] RE: Ankura / Zohar – Agency Succession (Assignment of DACAs) |
| **Date:** | Saturday, August 15, 2020 4:58:02 PM |
| **Attachments:** | image001.png ███████.zip<br>Zohar - ███████ - DACA Assignment (BBVA) (██████████).pdf<br>Zohar - ███████ - DACA Assignment (Regions) (██████████).pdf |

Ryan,

This is to respond to your August 11 email information request, below, as well as to further respond to your July 28 request. As an initial matter, I was taken back by the tone of your August 11 email as PPAS has, at all times, endeavored to respond to your inquiries. We have a very small staff and many competing obligations, and that may be slowing down our response times, but we have worked diligently, at all times, to provide you with everything for which you have asked (where reasonable and necessary pursuant to the terms of the credit agreements and agency relationship).

We were confused by your question re "Other DACAs" because it did not ask for DACAS that PPAS has in place. The question was as follows: "For each loan for which Ankura has been appointed as administrative agent, please provide any DACAs that are in place or confirm there are none." It was only natural that we believed you were asking PPAS to inform you of Ankura DACAS, information that Ankura surely possesses.

Nevertheless, now that you have clarified that you are asking where PPAS may have DACAs, in connection with those companies for which Ankura serves as agent or co-agent, we respond to your inquiries as follows: Note, however, that as Ms. Tilton no longer controls most of these entities it is possible that in those cases where PPAS is not co-agent or Ms. Tilton is not in control of the company, the companies may have changed bank accounts and provided notice to Ankura and not to PPAS. Presumably Ankura has put a DACA in place, in those instances, and the prior PPAS DACA is no longer in effect:



1. ████████████████ *has no bank accounts and accordingly no DACAs are in place*

2. ████████████████ s *has no bank accounts and accordingly no DACAs are in place*

3. ██████████ *– There is a DACA in place for account number ending in* ████ *at Compass Bank dba BBVA*

4. ███████████████ *– We do not believe there are any PPAS DACAs in place for*

5. ███████████ *– There are 2 DACAs in place for accounts ending in* ████ *and* ████ *at Compass Bank dba BBVA*

6.
   a. Regions Bank DACA ████████████████ ) dated 07/13/2017 among PPAS, ████████████████ and Regions Bank
   b. Regions Bank DACA ████████████ ) dated 07/13/2017 among

PPAS, ███████████████████. and Regions Bank

   c. Regions Bank DACA ██████████████████) dated 07/13/2017 among PPAS, ██████████████ and Regions Bank

   d. Regions Bank DACA (████████████████████) dated 07/13/2017 among PPAS, ██████████████████ and Regions Bank
   *Executed Assignment Attached*

7. ██████████████████ – *PPAS is co-agent on this loan.  See* ███████ *n below*

8. ████████████

   a. BBVA DACA (Exclusive Control) dated 12/13/2017 among ██████████, BBVA Compass and PPAS
   *Executed assignment attached.*
   *There are additional DACAs in place for* ████████████ *for accounts ending* ███████████████ *at Compass Bank dba BBVA*

9. ██████████ *–This company has been liquidated. There is a DACA in place for account ending in* █████ *at Compass Bank dba BBVA*

10. ██████████(Co-Agent) *There are 2 DACAs in place for accounts ending in* ██████ *at Compass Bank dba BBVA*

11. ██████████(Co-Agent) – ██████████*have bank accounts at  Bank of New Hampshire.  There is no PPAS DACA in place (our understanding is the bank does not do them)*

12. ██████ *– There are 2 DACAs in place for accounts ending in* █████ *and* █████ *at Compass Bank dba BBVA*

13. ██████████████████ *– this company was liquidated and all accounts were closed.*

14. ██████████ *– There are 2 DACAs in place for accounts ending in* █████ *and* ██ *at Compass Bank dba BBVA*

15. ██████████ *–This company no longer operates.  However, there is a DACA in place for account ending* █████ *at Citibank.*

16. ██████████ *-- There is a DACA in place for account ending* █████ *at Compass Bank dba BBVA*

17. ██████████ *–As previously advised,* ██████████*changed its name to* ██████████ *in 2009.* █████ *was liquidated and its accounts were closed.*

18. ██████████ *– There are DACAs in place for accounts ending* ██████████████ *at Compass Bank dba BBVA*

19. ██████████ *– As previously advised,* ██████████ *is in Chapter 7 bankruptcy and is controlled by a Chapter 7 Trustee. We are confused regarding your continued inquiries regarding* ██████ *and your insistence on sending invoices for* ██████ *to Patriarch's offices*

20. ██████████(Co-Agent)

   a. Wells Fargo DACA (ARAN) dated 09/30/2011 among ██████████████████████████ PPAS and Wells for accounts:  *This account was closed*

   b. Wachovia DACA (no notification) dated 02/10/2009 among Wachovia, █████ and PPAS for accounts: *This account was closed*

   c. BBVA Compass DACA (Springing) dated 06/29/2017 among █████, BBVA

and PPAS for accounts:

   d. BBVA Compass DACA (Exclusive) dated 07/10/2017 among ██████, BBVA and PPAS for accounts:

> *We will provide copies of the unredacted DACAs for the BBVA accounts. We will also enter into a side letter in connection with the co-agency.*

Copies of the DACAs are attached hereto.  We are willing to enter into assignments of those DACAs where Ankura is the sole agent.  As to those facilities where PPAS is co-agent, PPAS will keep the DACAs and enter into side-letter agreements with Ankura.

Note that we have done our best to respond fully to your inquiries.  However, it is possible that a DACA exists that was not included in this response.  If so, such omission is entirely inadvertent and we will supplement our response upon discovery of new information.

Finally, on July 28 you asked us 8 questions and we have already responded to 4 of them.  In connection with the remaining 4 questions we respond as follows:



1.   ██████**: Share certificates for ███████████████████████████ █████████████████████████████████████████████████████c.** *These shares are owned by Ark II.  They are located in our office vault and Ark II declines to turn them over to Ankura.*

2.   ████**:** (1) Class B Non-Voting Common Stock of ████████. pledged to PPAS under the Securities Pledge Agreement dated as of 04/04/2005 and (2) stock of ████████████listed on Schedule I to First AR Security Agreement.  *We have located the Class B shares and will provide to Ankura at a mutually convenient time.  We are continuing to investigate the █████████████ stock but do not believe that any stock certificates exist for this entity.  We are continuing our investigation and will update you.*

3.   ████████ (1) 350 common shares of █████████████. pledged by Sun Desert Corp. and (2) 650 common shares of ██████████████. pledged by ARK II.  *In May 2009 ████████. was converted to █████████pursuant to a Plan of Conversion.  These shares are no longer outstanding. This also responds to your email of August 13, 2020*

4.   ████████████**: Pledged Security Interests for Common Shares of ██████████** (Certificate in name of ███████████████) and ███████████████████. *We are continuing to investigate although we believe that these may be at U.S. Bank, the Indenture Trustee.  Once we have confirmation we will so advise.*

Carolyn Traister Schiff, Esq.
Vice President, Litigation
Patriarch Partners, LLC
1 Liberty Plaza, 35th Floor
New York, New York 10006
(646) 723-7652 (d)

(212) 825-2038 (f)
Carolyn.Schiff@PatriarchPartners.com

---

**From:** Ryan Roy <Ryan.Roy@ankura.com>
**Sent:** Thursday, August 13, 2020 1:53 PM
**To:** Carolyn Schiff <carolyn.schiff@patriarchpartners.com>; Carlos Mercado
<carlos.mercado@patriarchpartners.com>
**Cc:** James McGinley <James.McGinley@ankura.com>; Lynn Poss <lynn.poss@ankura.com>; Jennifer
Harris (jharris@milbank.com) <jharris@milbank.com>; Andrew Harmeyer
(aharmeyer@milbank.com) <aharmeyer@milbank.com>; Kato, Sakura <skato@milbank.com>;
Monica K. Loseman (mloseman@gibsondunn.com) <mloseman@gibsondunn.com>
**Subject:** RE: [EXT] RE: Ankura / Zohar - Agency Succession (Assignment of DACAs)

Carolyn — thank you. Related to ▬▬▬ we are also looking for certain physical stock certificates and
powers related to this company. Specifically, we are looking for:

1. 350 common shares of ▬▬▬▬▬▬▬ pledged by Sun Desert Corp. and
2. 650 common shares of ▬▬▬▬▬▬▬. pledged by ARK II

When we contacted ▬▬▬ regarding the DACAs we also asked about these shares and they
directed us to speak with PPAS about them. Can you please confirm where the above collateral and
related powers are currently located?

Thanks again,

**Ryan M. Roy**
Managing Director

1 Beacon Street, Floor 15
Boston, MA 02108
+1.646.528.4393 Mobile



ankuratrust.com [ankura.com]

---

**From:** Carolyn Schiff <carolyn.schiff@patriarchpartners.com>
**Sent:** Wednesday, August 12, 2020 9:02 AM
**To:** Ryan Roy <Ryan.Roy@ankura.com>; Carlos Mercado <carlos.mercado@patriarchpartners.com>
**Cc:** James McGinley <James.McGinley@ankura.com>; Lynn Poss <lynn.poss@ankura.com>; Jennifer
Harris (jharris@milbank.com) <jharris@milbank.com>; Andrew Harmeyer
(aharmeyer@milbank.com) <aharmeyer@milbank.com>; Kato, Sakura <skato@milbank.com>;
Monica K. Loseman (mloseman@gibsondunn.com) <mloseman@gibsondunn.com>
**Subject:** RE: [EXT] RE: Ankura / Zohar - Agency Succession (Assignment of DACAs)

Ryan,

We are working through your email below and intend to get back to you before the end of the week.

**From:** Ryan Roy <Ryan.Roy@ankura.com>
**Sent:** Tuesday, August 11, 2020 7:51 AM
**To:** Carolyn Schiff <carolyn.schiff@patriarchpartners.com>; Carlos Mercado
<carlos.mercado@patriarchpartners.com>
**Cc:** James McGinley <James.McGinley@ankura.com>; Lynn Poss <lynn.poss@ankura.com>; Jennifer
Harris (jharris@milbank.com) <jharris@milbank.com>; Andrew Harmeyer
(aharmeyer@milbank.com) <aharmeyer@milbank.com>; Kato, Sakura <skato@milbank.com>;
Monica K. Loseman (mloseman@gibsondunn.com) <mloseman@gibsondunn.com>
**Subject:** RE: [EXT] RE: Ankura / Zohar - Agency Succession (Assignment of DACAs)

Carolyn,

Thanks for your reply.

For ▮▮▮ - given that PPAS did not respond to our requests for information, we contacted ▮▮▮ directly to confirm. ▮▮▮ declined to speak with us and directed us to speak with Patriarch (as we understand Ms. Tilton and Carlos Mercado instructed ▮▮ a to do). Accordingly, ▮▮▮ is not willing to tell us whether they have accounts at new banks or whether those accounts are subject to DACAs. As such, can you please confirm that neither PPAS, Tilton, nor any Tilton controlled entity or affiliate has any DACA on any ▮▮▮ bank account? If it's the case that any of the forgoing do have DACAs on any ▮▮▮ bank account, please provide those account details and copies of the DACAs.

Regarding your question on "Other DACAs" - we are simply trying to understand the universe of existing DACAs that PPAS has in place with each borrower under a loan for which Ankura serves as the administrative agent or co-agent. As you know, the Bankruptcy Court appointed Ankura Trust as a successor administrative agent. PPAS is therefore in the best position to know what DACAs it has in place. We previously requested that PPAS provide us with this information.

Below is a summary of the current status of our DACA-related information requests to PPAS. As outlined, we have not yet received responses from you on several of the borrowers.

We ask again that you please provide any DACAs that are in place or confirm there are none for each facility. Also, we ask that you directly respond to each item in red below:

1. ▮▮▮
    a. BAML DACA dated 06/18/2019 among Borrower, Wells (1L agent) Ankura and BAML for
       accounts ▮▮▮▮ and Account ▮▮▮▮ deleted from Agreement in
       Amendment 1 to DACA dated 10/08/2019; New DACA dated 10/08/2019 between
       ▮▮, PPAS (1L), Ankura (2L) and BAML.
    b. DACA (ARAN – 2 Secured Parties) dated 03/23/2010 among ▮▮, Wachovia, PPAS for 5



accounts

2. █████ – PPAS has not responded to our requests for confirmation of whether any DACAs are in place

3. █████ – PPAS has not responded to our requests for confirmation of whether any DACAs are in place

4. █████ – PPAS has not responded to our requests for confirmation of whether any DACAs are in place

5. █████ – PPAS has not responded to our requests for confirmation of whether any DACAs are in place

6. █████ – PPAS has not responded to our requests for confirmation of whether any DACAs are in place

7. █████
   a. Regions Bank DACA (█████████) dated 07/13/2017 among PPAS, █████████ and Regions Bank
   b. Regions Bank DACA (█████████) dated 07/13/2017 among PPAS, █████ █████████. and Regions Bank
   c. Regions Bank DACA (█████████) dated 07/13/2017 among PPAS, █████ █████████ and Regions Bank
   d. Regions Bank DACA (█████████) dated 07/13/2017 among PPAS, █████████ and Regions Bank
   e. Attached please the draft Assignment previously sent to you.  Please execute the assignment or provide comments.

8. █████████ – PPAS has not responded to our requests for confirmation of whether any DACAs are in place

9. █████
   a. BBVA DACA (Exclusive Control) dated 12/13/2017 among █████████, BBVA Compass and PPAS
   b. Attached please the draft Assignment previously sent to you.  Please execute the assignment or provide comments.

10. █████ – PPAS has not responded to our requests for confirmation of whether any DACAs are in place

11. █████████ (Co-Agent)
    a. BB&T DACA dated 06/17/2019 among Wells (as 1L Agent), Ankura (as 2L Agent), ██ & BB&T for accounts █████████
       i. Assignment and Assumption of the DACA dated 08/14/2019 between Wells, PPAS (as 1L Agent) & BB&T for accounts █████████
    b. BB&T BACA with Lockbox dated 06/17/2019 among Wells (1L Agent), Ankura (as 2L Agent), ██ and BB&T for account █████████
       i. Assignment and Assumption of the BACA with Lockbox dated 08/14/2019 between Wells, PPAS (as 1L Agent) & BB&T for account █████████

12. █████████ (Co-Agent)
    a. Wells Fargo DACA (ARAN – 2 Secured Parties) dated 02/13/2012 among Wells Fargo Capital Finance, █████, Wells Fargo Bank and PPAS collateral account and operating account █████████.

          i.   Assignment and Assumption of Wells Fargo DACA (ARAN – 2 Secured Parties) to Ankura dated 06/28/2019 among PPAS, Ankura and Wells Fargo Bank (as Bank)

    b.  Wells Fargo DACA (ARI – 2 Secured Parties) dated 02/13/2012 among Wells Fargo Capital Finance, ███ Wells Fargo Bank and PPAS for collateral account ██████████

          i.   Assignment and Assumption of Wells Fargo DACA (ARI – 2 Secured Parties) to Ankura dated 06/28/2019 among PPAS, Ankura and Wells Fargo Bank (as Bank)

    c.  BBVA DACA dated 08/30/2019 (Exclusive Control) among ███, BBVA, Cortland and Ankura for account: ████████

    d.  BBVA DACA dated 08/30/2019 (Springing Control) among ███, BBVA, Cortland and Ankura for account: ████████

12.  ████████(Co-Agent) – PPAS has not responded to our requests for confirmation of whether any DACAs are in place

13.  ████████(Co-Agent) – PPAS has not responded to our requests for confirmation of whether any DACAs are in place

14.  ███ – PPAS has not responded to our requests for confirmation of whether any DACAs are in place

15.  ██████████ – PPAS has not responded to our requests for confirmation of whether any DACAs are in place

16.  █████ – PPAS has not responded to our requests for confirmation of whether any DACAs are in place

17.  █████ – PPAS has not responded to our requests for confirmation of whether any DACAs are in place

18.  ████

    a.  Wells Fargo Restricted Account Agreement dated 3/4/2008 among Wells, PPAS and ████

    b.  PPAS notes "███ no longer has any accounts at Wells Fargo; all the Wells accounts were closed and DACAs terminated." Please provide termination documentation as well as any other DACAs now in place.

19.  █████ – PPAS has not responded to our requests for confirmation of whether any DACAs are in place

20.  █████ – PPAS has not responded to our requests for confirmation of whether any DACAs are in place

21.  █████ – PPAS has not responded to our requests for confirmation of whether any DACAs are in place

22.  ██████(Co-Agent)

    a.  Wells Fargo DACA (ARAN) dated 09/30/2011 among ████████████. PPAS and Wells for accounts: [redacted]

    b.  Wachovia DACA (no notification) dated 02/10/2009 among Wachovia, ███ and PPAS for accounts: [redacted]

    c.  BBVA Compass DACA (Springing) dated 06/29/2017 among ███BBVA and PPAS for accounts: [redacted]

    d.  BBVA Compass DACA (Exclusive) dated 07/10/2017 among ███BBVA and PPAS for

accounts: [redacted]
e. Please (i) provide un-redacted DACAs and (ii) advise how you would like to evidence the
Co-Agency: Assign to Ankura and Side Letter or Side Letter only.

Thank you,

**Ryan M. Roy**
Managing Director

1 Beacon Street, Floor 15
Boston, MA 02108
+1.646.528.4393 Mobile



**ankuratrust.com** [ankura.com]

**From:** Carolyn Schiff <carolyn.schiff@patriarchpartners.com>
**Sent:** Monday, August 10, 2020 4:23 PM
**To:** Ryan Roy <Ryan.Roy@ankura.com>; Carlos Mercado <carlos.mercado@patriarchpartners.com>
**Cc:** James McGinley <James.McGinley@ankura.com>; Lynn Poss <lynn.poss@ankura.com>; Jennifer
Harris (jharris@milbank.com) <jharris@milbank.com>; Andrew Harmeyer
(aharmeyer@milbank.com) <aharmeyer@milbank.com>; Kato, Sakura <skato@milbank.com>;
Monica K. Loseman (mloseman@gibsondunn.com) <mloseman@gibsondunn.com>
**Subject:** [EXT] RE: Ankura / Zohar - Agency Succession (Assignment of DACAs)

Ryan,

In response to the below:

1. It is our understanding that ███████ no longer has any accounts at Wells Fargo;
   all the Wells accounts were closed and DACAs terminated.
2. We are confused by your request re "Other DACAs". Presumably Ankura is
   aware of all DACAs in place for those facilities where they serve as
   administrative agent. We do not understand what information you are
   requesting from us.

**From:** Ryan Roy <Ryan.Roy@ankura.com>
**Sent:** Thursday, August 6, 2020 8:15 PM
**To:** Carolyn Schiff <carolyn.schiff@patriarchpartners.com>; Carlos Mercado
<carlos.mercado@patriarchpartners.com>; Renee Dudley <renee.dudley@patriarchpartners.com>
**Cc:** James McGinley <James.McGinley@ankura.com>; Lynn Poss <lynn.poss@ankura.com>; Jennifer
Harris (jharris@milbank.com) <jharris@milbank.com>; Andrew Harmeyer
(aharmeyer@milbank.com) <aharmeyer@milbank.com>; Kato, Sakura <skato@milbank.com>
**Subject:** Ankura / Zohar - Agency Succession (Assignment of DACAs)

PPAS team,

We hope you are well. As you know, we previously requested that you send to us all DACAs for all accounts relating to loans for which Ankura serves as the administrative agent. We recently became aware of a DACA for ███ which had not been shared with us and which has not yet been assigned to Ankura. Accordingly, we wanted to raise your attention to the points below:

**████████DACAs:**

- We have attached an Assignment and Assumption form, assigning the Wells Fargo bank account (ending in ███) to Ankura as the successor agent. <u>Could you please arrange for the execution of this Assignment?</u>
- Additionally, the Natura Security Agreement lists another account at Wells Fargo (ending in ███). As we have previously requested, <u>please provide a copy of the DACA for this account as soon as possible</u>. We will prepare an Assignment for this account as well.

**Other DACAs:**

- For each loan for which Ankura has been appointed as administrative agent, <u>please provide any DACAs that are in place or confirm there are none</u>.

**In-Person Transfer of Collateral:**

- We are reviewing the collateral documents received during the in-person transfer on 7/20/20 and 8/5/20 as well as any other outstanding items previously noted in the chart of missing collateral documentation. We will share an updated chart once available.

Please let us know if you have any questions, and we look forward to hearing from you.

Thanks,

Ryan M. Roy
Managing Director

1 Beacon Street, Floor 15
Boston, MA 02108
+1.646.528.4393 Mobile



**ankuratrust.com** [ankura.com]

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. This communication is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

Milbank Draft 9/25/19

Ankura Trust Company, LLC
60 State Street, Suite 700
Boston, MA 02109

September [___], 2019

Compass Bank (d/b/a BBVA Compass)
330 S. Tryon Street, Suite 400
Charlotte, NC 28202
Attention: Daniel R Collins
Telephone: (980) 938-3248

<u>and</u>

BBVA Compass
15 S. 20th Street, Suite 1802
Birmingham, AL 35233
Attention: Legal Department – Commercial
Email: bbvacdaca.group@bbva.com

## Assignment and Assumption of Deposit Account Control Agreement
### (Exclusive Control)

Ladies and Gentlemen:

The undersigned, Patriarch Partners Agency Services, LLC (the "***Assignor Secured Party***") and Ankura Trust Company, LLC (the "***Assignee Secured Party***") refer you to that certain Deposit Account Control Agreement among the Assignor Secured Party, as the secured party, ██████████████████, as the Debtor and you, as Depository Bank, dated as of December 13, 2017 (as amended or modified, the "***Agreement***"), a copy of which is attached hereto as <u>Exhibit A</u>. Subject to Section 10 of the Agreement, the Assignor Secured Party notifies and confirms to you that, effective as of Depository Bank's consent (the "***Effective Date***"), (a) the Assignor Secured Party assigns and transfers all of its rights and interests in and to the Agreement to the Assignee Secured Party; (b) the Assignee Secured Party accepts such assignment and transfer of the Agreement from the Assignor Secured Party; and (c) the Assignee Secured Party assumes all of the obligations and liabilities of the Secured Party to you under the provisions of the Agreement. Capitalized terms used but not defined in this letter agreement shall have the meanings given them in the Agreement.

The Assignor Secured Party also hereby instructs you that all instructions previously delivered by the Assignor Secured Party to you in connection with the Specified Deposit Account (Account Number: ████████) under the Agreement shall be deemed superseded and replaced by the instructions of this letter agreement and those instructions that shall be delivered to you by the Assignee Secured Party in accordance with the provisions of the Agreement. The Assignor Secured Party further confirms to you that all obligations and liabilities of the Assignor Secured Party to you under the provisions of the Agreement that have been incurred prior to the Effective Date will remain the obligations and liabilities of the Assignor Secured Party.

The Assignee Secured Party further confirms to you that the address of the Assignee Secured Party for serving notice and other communications as provided in the Agreement is:

Ankura Trust Company, LLC
60 State Street, Suite 700
Boston, MA 02109
Attention: Ryan Roy, Managing Director
Telephone No. (617) 878-2112

Upon your execution of this letter agreement: (i) you have consented to the assignment and transfer by the Assignor Secured Party of its rights and interests in the Agreement and the Specified Deposit Account to, and the assumption of the obligations and liabilities of the Secured Party under the Agreement by, the Assignee Secured Party on the Effective Date; and (ii) all signatories empowered by the Assignor Secured Party in connection with the Agreement are deemed to be without authority whatsoever on the Effective Date; all such authority of the Secured Party under the Agreement thereupon to be vested in the Assignee Secured Party.

This letter agreement and the rights and obligations of the parties thereunder shall be governed by, and shall be construed and enforced in accordance with, the internal laws of the state in which you maintain the Specified Deposit Account, without regard to conflicts of laws principles that would require application of another law.

This letter agreement may be executed in counterparts, each of which will be an original and all of which taken together will constitute the same agreement. Please execute this letter agreement in the space below and return a fully executed counterpart hereof to the Assignor Secured Party and the Assignee Secured Party as soon as possible.

Very truly yours,

*Assignor Secured Party*:

**PATRIARCH PARTNERS AGENCY SERVICES, LLC**

By _____
Name _____
Title _____


*Assignee Secured Party*:

**ANKURA TRUST COMPANY, LLC**


By _____
Name _____
Title _____

Consented and Agreed to this ___ day of _____, 2019

**COMPASS BANK**


By_____

Name_____

Title_____

Attachment

**<u>EXHIBIT A</u>**

Deposit Account Control Agreement (Exclusive Control) to be attached.

Milbank Draft 9/25/19

Ankura Trust Company, LLC
60 State Street, Suite 700
Boston, MA 02109

September [___], 2019

Regions Bank
Settlement and Counterparty Risk Group Operations
1900 Fifth Avenue North, Suite 2300
Birmingham, Alabama 35203
Attention: DACA Manager
Telephone: (205) 264-7898
Email: daca@regions.com

**Assignment and Assumption of Deposit Account Control Agreements**

Ladies and Gentlemen:

The undersigned, Patriarch Partners Agency Services, LLC (the "***Assignor Secured Party***") and Ankura Trust Company, LLC (the "***Assignee Secured Party***") refer you to those certain Deposit Account Control Agreements among the Assignor Secured Party, as the secured party, the companies listed on Schedule A attached hereto (individually and collectively, as the context may require, the "**Company**"), as the Debtors and you, as the Bank, dated as of July 13, 2017 (as amended or modified, the "***Agreements***"), copies of which are attached hereto as Exhibit A. By this letter agreement, the Assignor Secured Party notifies and confirms to you that, effective September [___], 2019 (the "***Effective Date***"), (a) the Assignor Secured Party has assigned and transferred all of its rights and interests in and to the Agreements to the Assignee Secured Party; (b) the Assignee Secured Party has accepted such assignment and transfer of the Agreements from the Assignor Secured Party; and (c) the Assignee Secured Party has assumed all of the obligations and liabilities of the Secured Party to you under the provisions of the Agreements. Capitalized terms used but not defined in this letter agreement shall have the meanings given them in the Agreements.

The Assignor Secured Party also hereby instructs you that, as of the Effective Date, all instructions previously delivered by the Assignor Secured Party to you in connection with the Deposit Accounts under the Agreements shall be deemed superseded and replaced by the instructions of this letter agreement and those instructions that shall be delivered to you by the Assignee Secured Party in accordance with the provisions of the Agreements. The Assignor Secured Party further confirms to you that all obligations and liabilities of the Assignor Secured Party to you under the provisions of the Agreements that have been incurred prior to the Effective Date will remain the obligations and liabilities of the Assignor Secured Party.

The Assignee Secured Party further confirms to you that the address of the Assignee Secured Party for serving notice and other communications as provided in the Agreements is:

Ankura Trust Company, LLC
60 State Street, Suite 700
Boston, MA 02109
Attention: Ryan Roy, Managing Director
Telephone: (617) 878-2112

Upon your execution of this letter agreement: (i) you have consented to the assignment and transfer by the Assignor Secured Party of its rights and interests in the Agreements and the Deposit

Accounts to, and the assumption of the obligations and liabilities of the Secured Party under the Agreements by, the Assignee Secured Party on the Effective Date; and (ii) all signatories empowered by the Assignor Secured Party in connection with the Agreements are deemed to be without authority whatsoever on the Effective Date; all such authority of the Secured Party under the Agreements thereupon to be vested in the Assignee Secured Party.

The jurisdiction whose law governs this letter agreement is determined by the Regions Bank Deposit Agreement.

This letter agreement may be executed in counterparts, each of which will be an original and all of which taken together will constitute the same agreement. Please execute this letter agreement in the space below and return a fully executed counterpart hereof to the Assignor Secured Party and the Assignee Secured Party as soon as possible.

Very truly yours,

*Assignor Secured Party*:

**PATRIARCH PARTNERS AGENCY SERVICES, LLC**

By _____
Name _____
Title _____

*Assignee Secured Party*:

**ANKURA TRUST COMPANY, LLC**

By _____
Name _____
Title _____

Consented and Agreed to this ___ day of _____, 2019

**REGIONS BANK**


By_____
Name_____
Title_____

**SCHEDULE A**

| Company | Account Number |
|---------|----------------|
| ██████████. | ██████ |
| ████████ | ████ |
| ████████████████████████ | |
| █████████████ | ██████ |

**EXHIBIT A**

Deposit Account Control Agreements to be attached.

# Exhibit L

Updated 8/19/2020

**A-1 Performing Borrowers; Ankura is SOLE Agent**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■■ | | | | | | | | |
| ■■ | | | | | | | | |
| ■■ | ■■■ | AR Credit Agreement dated 08/31/2011; Amendments: 1-13; (13th: 05/01/2019); <br><br>Missing: (1) Intercreditor Agreement dated as of 1/9/2007 between Wachovia Capital Finance Corporation (Central) and PPAS; (2) A&R Security Agreement dated as of 12/06/2005 | July 8, 2019 as of Amendment 13 <br><br>Executed RoR sent to Company 10/18/2019 | Please confirm none exist. | ■■ – Open-End Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Financing Statement in favor of PPAS dated 12/09/2005 | These UCCs filed as ADD'L SECURED PARTY under ■ – PPAS TO ADVISE if any are to be filed as Full Assignment for ■■. | ■■ has no bank accounts and accordingly no DACAs are in place. | Please confirm if any. |

---

[1] *Each* market certificate is held by US Bank as custodian.

[2] The ■■ facility has been removed as it was paid off in full on July 9, 2019.

[3] The ■■ facility has been removed as it is in Chapter 11 Bankruptcy.

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | ███ | | | | Please confirm any others. | | | |
| ███ | ███ | AR Credit Agreement dated 08/31/2011; Amendments: 1-13 (13th: 05/01/2019)  Missing: (1) Executed copy of Amendment No. 10; (2) Promissory Note Agreement by and amon███ ███ ated as of 12/9/05 and related Security Agreements; (3) Intercreditor Agreement dated as of 1/9/2007 between Wachovia Capital Finance Corporation (Central) and PPAS; (4) A&R Security | July 8, 2019 as of Amendment 13  Executed RoR sent to Company 10/18/2019 | Please confirm none exist. | Please confirm if any. | These UCCs filed as ADD'L SECURED PARTY under ███ – PPAS TO ADVISE if any are to be filed as Full Assignment for ███. | ███ has no bank accounts and accordingly no DACAs are in place. | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Agreement dated as of 12/06/2005 | | | | | | |
| ▮ | ▮ | Promissory Note Agreement dated 02/03/2006; Amendments: 1-18 (18th: 11/19/2015); (Amendment No. 7 not executed; PPAS does not have copy and unsure if it was executed) Commitment Settlement Amendment 06/06/2012. Borrower Pledge Agreement dated as of 02/03/2006 | April 15, 2019 as of Amendment 15 Amendment No. 19 to extend maturity date to 07/08/2019 missing Zohar signatures. Sent Executed RoR to Company 12/19/2019 | - 10,000 SHARES*, ▮ - 14,750 SHARES* Equity of ▮ y the Pledgors (uncertificated) Equity of ▮ y the Pledgors (uncertificated) See Annex 1. Please confirm no other guarantor has certificates. | Please confirm if any. | UCCs COMPLETE | DACA in place for account number ending in ▮ at Compass Bank dba BBVA— Assignment of DACA provided by Ankura but not returned by PPAS. | Please confirm if any other. |

- 3 -

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ■ | ■ | First AR Credit Agreement dated 01/11/2007; Amendments: 1-17 (17th: 5/18/2020)<br><br>Shareholder Pledge Agreement dated as of 02/03/2006<br><br>Security Agreement dated 02/03/2006<br><br>Minnesota Secretary of State website shows the following entities as dissolved as of 01/07/2009:<br><br>■<br><br>Missing Schedules to Security Agreement. | September 30, 2020 as of Amendment 16<br><br>Executed RoR sent to Company 12/17/19. | Pledged Security Interests (uncertificated) for ■<br><br>See Annex 1.<br><br>Please confirm no other guarantor has certificates. | Please confirm if any. | UCCs COMPLETE | PPAS does not believe there are any PPAS DACAs in place for ■ | Notice of Trademark Collateral Security Interest dated 02/03/2006<br><br>Notice of Copyright Collateral Security Interest dated 02/03/2006<br><br>Milbank perfection of Copyrights submitted 10/22/19. |
| ■ | | | | | | | | |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ▮)[4] | | | | | | | | |
| ▮ ) | N/A | Credit Agreement dated 12/06/2007; Amendments: 1-14 (14th: 11/19/2015)<br><br>Security Agreement dated as of 12/06/2007<br><br>Pledge Agreement and Irrevocable Proxy dated as of 12/06/2007<br><br>Investor Pledge Agreement dated as of 12/06/2007<br><br>Closing Date Certificate dated as of 12/06/2007<br><br>Reimbursement Agreement and Pledge of Cash Collateral dated as of 12/06/2007<br><br>Payoff Letter from Nova Scotia to ▮ | April 15, 2019 as of Amendment 13<br><br>Forbearance and Amendment No. 15 to extend maturity date to 12/15/2019 missing Zohar signatures.<br><br>Executed RoR sent to Company 09/23/19 | Copy of Stock Transfer Power transferring 4,345 common shares of Parent Guarantor ▮ by Pledgor ▮—PPAS notes that ▮ was dissolved in or about 12/2008.<br><br>Please confirm no other guarantor has certificates.<br><br>PPAS to confirm whether membership interests in ▮ eld by Borrower is uncertificated. | Real Property Mortgage in favor of PPAS dated as of 12/06/2007<br><br>PPAS to confirm if this still remains outstanding and existence of any other mortgages, including those referenced in Schedule 2.11(a) of the Purchase Agreement. | UCCs COMPLETE | 2 DACAs in place for accounts ending in ▮ t Compass Bank dba BBVA—Assignment of DACA provided by Ankura but not returned by PPAS. | Copyright Collateral Security Agreement dated as of 12/06/2007<br><br>Milbank perfection of Copyrights submitted 10/22/19; supplemental perfection of Copyrights submitted 11/11/19 |

[4] The ▮ Facility has been removed as it was paid off on September 30, 2019.

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | ███ dated as of 12/06/2007<br><br>Certificated of Insurance dated as of 11/30/2007<br><br>Name Change documentation showing ███ | | | | | | |
| ███ | ███ | AR Credit Agreement 03/08/2002; Amendments: 1-12 (12th: 11/19/2015)<br><br>Amendment to Borrower Security Agreement dated as of 12/29/2004<br><br>Amendment to Subsidiary Security Agreement dated as of 12/29/2004<br><br>Missing: (1) Security Agreement dated as of 05/13/98; (2) Subsidiary Security Agreement dated as | April 15, 2019 as of Amendment 10<br><br>Amendment No. 13 to extend maturity date to 07/08/2019 missing Zohar signatures.<br><br>Sent Executed RoR to Company 12/19/2019 | ███ - 5,098.9 SHARES*<br><br>███ ─PPAS notes that these shares are owned by Ark II and are located in their office vault. Ark II declines to turn them over to Ankura. | Please confirm if any exist, including those referenced in the Schedule 6.10 to Credit Agreement. | UCCs COMPLETE | Regions Bank DACA ███ ) dated 07/13/2017 among PPAS, ███ nd Regions Bank<br><br>Regions Bank DACA (███ dated 07/13/2017 among PPAS, ███ and Regions Bank<br><br>Regions Bank DACA (███ | Please confirm if any (referenced in Schedule 6.18 of the Credit Agreement). |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | of 05/13/98; (3) Pledge Agreement | | Please confirm no other guarantor has certificates. | | | ██ dated 07/13/2017 among PPAS, ██, and Regions Bank<br><br>Regions Bank DACA ██ ) dated 07/13/2017 among ██ and Regions Bank<br><br>Assignment and Assumption of the DACAs dated 08/17/2020 between PPAS, Ankura & Regions Bank | |
| ██ | ██ | Credit Agreement dated as of 04/17/2012; Amendments: 1-9 (9th: 11/19/2015) | June 1, 2017 as of Credit Agreement<br><br>Sent Executed RoR to | Please confirm none exist. | Please provide mortgages, including those referenced in | Filed as ADD'L SECURED PARTY under ██ – PPAS TO ADVISE if it | ██ has bank accounts at Bank of New Hampshire. There is no PPAS DACA in place (PPAS' | Please confirm if any. |

- 7 -

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Security Agreement dated as of 04/17/2012<br><br>Missing: Limited Guarantor Collateral Documents. | Company 12/19/2019 | | the Credit Agreement. | is to be filed as Full Assignment under ███. | understanding is the bank does not do them).<br><br>PPAS: our understanding is that this is a sole-agent facility. | |
| ███ | ███ | Credit Agreement dated 05/15/2006; Amendments:1-22 (22nd: 11/19/2015)<br><br>Loan and Security Agreement dated as of 02/23/2012; WF as Agent<br><br>Pledge Agreement dated 05/15/2006<br><br>AR Security Agreement dated 05/15/2006<br><br>Intercreditor Agreement dated as of 02/23/2012 | April 15, 2019 as of Amendment 21<br><br>Amendment No. 23 to extend maturity date to 07/08/2019 missing Zohar signatures.<br><br>Sent Executed RoR to Company 12/19/2019 | Amendment No. 8 to ███ Agreement lists membership interests. PPAS please confirm if these interests are uncertificated.<br><br>PPAS please provide LLC Agreement for ███.<br><br>PPAS to turn over shares for ███ | Please confirm if any. | UCCs COMPLETE | BBVA DACA (Exclusive Control) dated 12/13/2017 amon ███, BBVA Compass and PPAS.[5]<br><br>Additional DACAs in place for ███ or accounts ending ███ at Compass Bank dba BBVA-- | Trademark Collateral Security Agreement dated 05/15/2006<br><br>Copyright Collateral Security Agreement dated 05/15/2006<br><br>Milbank perfection of Copyrights submitted 10/22/19. |

[5] DACA in connection with ███ ABL facility.  In September 2019 the ABL was assigned to Seacoast Bank and the DACA at issue was terminated, and the associated bank account was, to PPAS' knowledge, closed. Termination Deposit Account Control Agreement Letter dated September 11, 2019 for BBVA DACA (Exclusive Control).

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | ██████ pledged by ██████ (Note: PPAS is not willing to turn over these securities until its agency fees are paid). Please confirm no other guarantor has certificates. | | | Assignment of DACA provided by Ankura but not returned by PPAS. | |
| ██████ | N/A | AR Credit Agreement dated as of 02/28/2003; Amendments 1-24 (24th: 11/19/2015); Commitment Settlement Amendment dated as of 06/06/2012 A&R Subordinated Security Agreement (AIP-ES, Inc as | April 15, 2019 as of Amendment 24 Executed RoR sent to Company 12/13/2019. | Please confirm none exist. | Please confirm if any. | UCCs COMPLETE | This company has been liquidated. There is a DACA in place for account ending in ██ at Compass Bank dba BBVA— Assignment of DACA provided by Ankura but | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any)[1] | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Secured Party) dated as of 05/25/2011<br><br>A&R Subordinated Security Agreement dated 05/25/2011 with Zohar II 2005-1 as Secured Party<br><br>Missing: Pledge Agreement dated as of 02/28/2003; A&R Security Agreement dated as of 02/28/2003 | | | | | not returned by PPAS. | |

- 10 -

Updated 8/19/2020

**A-1 Performing Borrowers – Ankura and PPAS are CO-AGENTS**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ███ | ███ | AR Credit Agreement 08/31/2011; Amendments: 1-16 (16th: 05/01/2019)<br><br>A&R Security Agreement dated as of 08/31/2011<br><br>Loan and Security Agreement dated 01/09/2007 among Wachovia (later Wells) and Borrowers, Guarantors; Amendments 1-17 (17th 08/13/2019); Assignment Agreement dated 08/13/2019 with Assignor Wells Fargo, Assignee Ark II CLO 2001-1, Ltd as Assignee and PPAS as Agent to Assignee.<br><br>*Missing: Intercreditor Agreement dated as of 08/31/2011 between Wachovia* | April 15, 2019 as of Amendment 15<br><br>Amendment No. 17 to extend maturity date to 07/08/2019 in process.<br><br>Executed RoR sent to Company 10/18/2019 | *Please confirm none exist.* | *Please confirm if any.* | *These UCCs filed as ADD'L SECURED PARTY under ███ – PPAS TO ADVISE if any are to be filed as Full Assignment (under ███* | BB&T DACA dated 06/17/2019 among Wells (as 1L Agent), Ankura, ███ & BB&T for accounts<br><br>███<br><br>BB&T BACA with Lockbox dated 06/17/2019 among Wells (1L Agent), Ankura,███ and BB&T for account<br><br>███<br><br>Assignment and Assumption of the DACA dated 08/14/2019 between Wells, PPAS & BB&T for accounts<br><br>███<br><br>Assignment and Assumption of | *Please confirm if any.* |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Capital Finance Corporation (Central) and PPAS. | | | | | the BACA with Lockbox dated 08/14/2019 between Wells, PPAS & BB&T for account ▮▮▮▮<br><br>*PPAS replaced Wells as 1L Agent on DACAs<br><br>Ankura proposed a draft Side Letter and PPAS has not responded. | |
| ▮▮▮▮ | N/A | Credit Agreement dated 12/15/2011 Amendments: 1-6; (6th: 10/03/2019)<br><br>Intercreditor Agreement dated 02/13/2012; Intercreditor Agreement Letter Amendment dated 06/28/2019, replacement of Wells Fargo with Cortland as successor Agent. | Amendment No. 6 to extend maturity date to the earlier of (a) 03/30/2020 and (b) the date that is seven (7) Business Days after the maturity date of the Wells Credit Agreement<br><br>Sent Executed RoR to | None listed on Security Agreement. | Please confirm if any. | UCCs COMPLETE | Wells Fargo DACA (ARAN – 2 Secured Parties) dated 02/13/2012 among Wells Fargo Capital Finance, ▮▮▮▮, Wells Fargo Bank and PPAS for collateral account 4124015694<br><br>Assignment and Assumption of | Please confirm if any. |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Security Agreement dated as of 12/15/2011<br><br>Credit Agreement dated 02/13/2012; Amendments 1-5;(3rd missing date; Amendment 5 dated as of 03/27/19); Missing Amendment 7; Amendment 8 dated as of 09/30/19. | Company 12/19/2019 | | | | Wells Fargo DACA (ARAN – 2 Secured Parties) to Ankura dated 06/28/2019 among PPAS, Ankura and Wells Fargo Bank (as Bank).<br><br>Wells Fargo DACA (ARI – 2 Secured Parties) dated 02/13/2012 among Wells Fargo Capital Finance, ▮▮▮▮, Wells Fargo Bank and PPAS for collateral account ▮▮▮▮▮▮<br><br>Assignment and Assumption of Wells Fargo DACA (ARI – 2 Secured Parties) to Ankura dated 06/28/2019 among PPAS, Ankura and | |

4851-4292-1416v1

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Wells Fargo Bank (as Bank). Termination of both Wells Fargo Accounts in process

BBVA DACA dated 08/30/2019 (Exclusive Control) among █████, BBVA, Cortland and Ankura for account: ████████

BBVA DACA dated 08/30/2019 (Springing Control) among █████, BBVA, Cortland and Ankura for account: ████████

Ankura proposed a draft Side Letter and PPAS has not responded. | |

4851-4292-1416v1

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ███ | ███ | Credit Agreement dated 07/08/2005 Amendments: 1-55 (55th: 11/19/2015); Amendment No. 56 in process<br><br>Security Agreement dated as of 07/08/2005; Amendment 1 dated as of 05/25/2012 and Schedules.<br><br>Amended and Restated Intercreditor Agreement dated 10/18/2006 among Wachovia (Rev Agent) and PPAS (TL Agent); Amendment 1 dated as of 07/19/2011.<br><br>Missing Amended and Restated Loan and Security Agreement, dated as of October 18, 2006, among | April 15, 2019 (as of 55th Amendment)<br><br>Amendment No. 56 to extend maturity date to Nov 2020 missing Zohar signatures.<br><br>Sent Executed RoR to Company 10/11/2019 | █ INC - ZOHAR II - 583 SHARES*,<br><br>█ INC - ZOHAR II - 583 SHARES*,<br><br>█ INC SHARES – 80 SHARES*<br><br>Please confirm no other guarantor has certificates. | Please confirm if any. | UCCs COMPLETE | 2 DACAs in place for accounts ending in ███ at Compass Bank dba BBVA.<br><br>PPAS requests a Side Letter only (no assignment to Ankura). | Patent Collateral Security Agreement dated as of 07/08/2005<br><br>Trademark Collateral Security Agreement dated as of 07/08/2005<br><br>PPAS please advise: how was ███ Collateral perfected? |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Wachovia, Rev Lenders and ▮. | | | | | | |
| ▮ | N/A | Credit Agreement dated as of 05/13/2011; Amendments: 1-9 (9<sup></sup> (9th: 02/15/2016); Commitment Settlement Amendment dated 06/06/2012  Security Agreement dated as of 05/31/2011; Amendment 1 dated as of 04/17/2012 | April 15, 2019 as of Amendment 9 for Zohar Lenders; January 19 2017 for ARK Lenders | Please confirm none exist. | Mortgage, Assignment of Rents, Security Agreement and Fixture Filing dated as of 05/13/2011 by ▮ to PPAS | Filed as ADD'L SECURED PARTY under ▮ – PPAS TO ADVISE if it is to be filed as Full Assignment (under ▮. | ▮ has bank accounts at Bank of New Hampshire. There is no PPAS DACA in place (PPAS' understanding is the bank does not do them). | Please confirm if any. |

- 16 -

4851-4292-1416v1

Updated 8/19/2020

**A-2 Non-Performing Borrowers – Ankura is SOLE AGENT**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| ▇▇▇▇ | ▇▇▇ | First Amended and Restated Credit Agreement dated as of 05/01/2006; Amendments 1-34 (34th: 11/19/2015)<br><br>Securities Pledge Agreement dated 04/04/2005<br><br>First A&R Security Agreement dated 05/01/2006<br><br>Irrevocable Proxy dated 09/21/2015 between Zohar II and PPAS re: Class A Common 600k shares<br><br>Missing: Guaranty Agreement | April 15, 2019 as of Amendment 33<br><br>Sent Executed RoR to Company 12/19/2019 | ▇▇▇▇<br>CLASS A COMMON - 600,000 SHARES*<br><br>PPAS to turn over Class B Non-Voting Common Stock of ▇▇▇ pledged to PPAS under the Securities Pledge Agreement dated as of 04/04/2005.<br><br>PPAS to revert on status of stock of ▇▇▇▇ listed on Schedule I to First AR Security Agreement.<br><br>Please confirm if subsidiaries | Please confirm if any. | UCCs COMPLETE | 2 DACAs in place for accounts ending in ▇▇ at Compass Bank dba BBVA—<br>Assignment of DACA provided by Ankura but not returned by PPAS. | Patent Security Agreement dated as of 10/22/2010<br><br>Trademark Security Agreement dated as of 10/18/2010 |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | of Borrower are certificated.  Please confirm no other guarantor has certificates. | | | | |
| ■ | N/A | Loan and Security Agreement dated 10/14/1998; Amendments 1-3 (3rd: 11/21/2000); Missing Amendment No. 4; 5-19 (5th: 02/22/2002; 19th: 02/05/2016); Commitment Settlement Amendment dated 06/06/2012  PPAS confirmed Amendment No. 4 does not exist or they do not have. | April 15, 2019 for Zohar Lenders; January 19, 2017 for ARK Lenders as of Amendment 19  Sent Executed RoR to Company 1/2/2020 | ■ 14,500 SHARES*  Please confirm no other guarantor has certificates. | Please confirm if any. | UCCs COMPLETE | This company was liquidated and all accounts were closed. | Please confirm status of those listed on Exhibit 7.1.16 to Credit Agreement and provide any related IP Security Agreements. |
| ■ | N/A | Credit Agreement dated as of 11/07/2008; Amendments: 1-4 (4th: 11/19/2015) | April 15, 2019 as of Amendment 3  Sent Executed RoR to Company 1/2/2020 | Please confirm none exist. | Senior Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing, dated as of 11/07/2008 by | UCCs COMPLETE | 2 DACAs in place for accounts ending i ■ at Compass Bank dba BBVA— Assignment of | Intellectual Property Security Agreement (Patents) dated as of 02/19/2013 |

4851-4292-1416v1

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Security Agreement dated as of 11/07/2008 | | | ██ to Trustee for benefit of PPAS. | | DACA provided by Ankura but not returned by PPAS. | Intellectual Property Security Agreement (Trademarks) dated as of 12/22/2011<br><br>Patent Security Agreement (██████) dated as of 07/28/2012<br><br>Patent Security Agreement (██████) dated as of 10/25/2012 |
| ██ [6] | | | | | | | | |
| ██ | N/A | Credit Agreement dated as of 12/28/2009; Amendments: 1-7 (7th: 02/05/2016; missing Borrower signature) | April 15, 2019 as of Amendment 5<br><br>Sent Executed RoR to Company 1/2/2020 | Please confirm none exist. | Please confirm if any. | UCCs COMPLETE | This company no longer operates. However, there is a DACA in place for account ending ██ at Citibank—PPAS please provide | Subordinated IP Security Agreement in favor of Zohar II 2005-1, Limited dated as of 12/28/2009 |

---

[6] The ██████ facility has been removed as it was paid off prior to Ankura's appointment as Agent.

4851-4292-1416v1

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Security Agreement dated as of 12/28/2009  Subordinated Security Agreement dated as of 12/28/2009 | | | | | us with a copy of this DACA. | |
| ▇ | N/A | Credit Agreement dated as of 03/05/2008; Amendments: No. 1 – 22nd (22nd: 11/19/2015)  Security Agreement dated as of 03/05/2008  ARK II Limited Recourse Guaranty dated 03/05/2008  ARK II Pledge Agreement dated 03/05/2008  Sun Desert Corp. Limited Recourse Guaranty dated 03/05/2008 | April 15, 2019 as of Amendment 21  Sent Executed RoR to Company 1/2/2020 | PPAS notes that ▇ in 2009 and the following shares no longer exist (1) 350 common shares of ▇ pledged by Sun Desert Corp. and (2) 650 common shares of ▇, pledged by ARK II.  Please confirm no other guarantor has certificates. | Please confirm if any. | UCCs COMPLETE | Wells Fargo Restricted Account Agreement dated 3/4/2008 among Wells, PPAS and ▇  PPAS notes that Wells accounts listed on Schedule VII of Security Agreement were closed.  Please provide termination documentation.  DACA in place for account ending 4247 at Compass Bank dba BBVA— Assignment of DACA provided | IP Security Agreement in favor of PPAS dated as of 03/05/2008 |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | Sun Desert Corp. Pledge Agreement dated 03/05/2008 | | | | | by Ankura but not returned by PPAS. | |
| ■■ | N/A | Credit Agreement dated as of 09/03/2008; Amendments: No. 1-12th (12th: 11/19/2015); Commitment Settlement Agreement dated 06/06/2012 Security Agreement (First Lien) dated as of 09/03/2008 Security Agreement (Second Lien) dated as of 09/03/2008 PPAS confirming if separate Pledge Agreement exists. | September 3, 2013 as of Credit Agreement Sent Executed RoR to Company 1/2/2020 | Please confirm none exist. | Please confirm if any. | UCCs COMPLETE | ■■ changed its name to ■■ in 2009. ■■ was liquidated and its accounts were closed. | IP Security Agreement for Trademarks and Patents (First Lien) dated as of 09/03/2008 IP Security Agreement for Trademarks and Patents (Second Lien) dated as of 09/03/2008 |
| ■■ ■■ | | Third Amended and Restated Credit Agreement dated as of | April 15, 2019 as of 08/05/2005 | Pledged Security Interests for Common | Please confirm if any. | See UCC Chart PPAS please advise: how | DACAs in place for accounts ending ■■ at | Trademark and Patent listed in Security Agreement |

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| | ██████ | 03/30/2004; Amendment No. 1: 06/27/2005<br><br>Credit Agreement dated as of 08/05/2005; Amendments 1-19 (19th: 11/19/2015)<br><br>Security Agreement dated as of 08/05/2005 and Schedules<br><br>Please provide the Pledge Agreement and Irrevocable Proxy dated as of 08/05/2005, as referenced in the Credit Agreement dated the same. | Credit Agreement Amendment 18<br><br>Sent Executed RoR to Company 1/2/2020 | Shares of ██████<br><br>(Certificate in name of ██████ ██████—<br><br>PPAS to revert and provide original Stock Certificates or advise where this is located.<br><br>See Annex 1.<br><br>Please confirm no other guarantor has certificates. | | did you perfect against UK and Canada? | Compass Bank dba BBVA—Assignment of DACA provided by Ankura but not returned by PPAS. | (Schedules III and IV)<br><br>No copyright.<br><br>Please provide us with Trademark and Patent Collateral Security Agreements. |
| ██████ [7] | | | | | | | | |

---

[7] The ██████ facility has been removed as it is in Chapter 7 Bankruptcy.

**A-2 Non-Performing Borrowers; Ankura and PPAS are CO-AGENTS**

| Borrower | Guarantors | Transaction Documents /Amendments | Maturity Date | Original stock certs & Promissory Notes + powers (if any) | Mortgages (to prepare Assignment of Mortgages) | UCCs (to prepare UCC-3s) | DACAs (if any) | Other Collateral (IP, etc.) |
|---|---|---|---|---|---|---|---|---|
| *CO-AGENT | ███ | Amended and Restated Loan and Security Agreement dated 06/02/2006; no Amendments.<br><br>Second Amended and Restated Loan and Security Agreement dated as of 06/28/2007; Amendments 1-4 (4th: 01/16/2009); Assignment and Acceptance dated 12/31/2008<br><br>Credit Agreement as of June 28, 2007; Amendments 1-11 (11th: 03/24/2010) (Only Zohar Lenders – | April 15, 2019 as of 3rd AR LSA Amendment 18<br><br>Sent Executed RoR to Company 1/2/2020 | ███ - ZOHAR II - 3,073 SHARES*,<br><br>███ - ZOHAR III - 670 SHARES*,<br><br>███ 256,037 SHARES*,<br><br>ZOHAR III - 55,863 SHARES*,<br><br>███ 55,863 SHARES*,<br><br>███ - ZOHAR II - 256,037 SHARES*<br><br>Please confirm no other guarantor has certificates. | Please confirm if any. | See UCC Chart<br><br>PPAS please advise how you perfected against Spain and Iceland entities. | Wells Fargo DACA (ARAN) dated 09/30/2011 among ███ ███ PPAS and Wells for accounts: [redacted]—account closed<br><br>Wachovia DACA (no notification) dated 02/10/2009 among Wachovia, ███ and PPAS for accounts: [redacted] — account closed<br><br>BBVA Compass DACA (Springing) dated 06/29/2017 among ███ BBVA and PPAS for | Second Amendment and Assignment of Trademark Collateral Assignment and Security Agreement dated 04/25/2007<br><br>Second Amendment and Assignment of Patent Collateral Assignment and Security Agreement dated 04/25/2007<br><br>Intellectual Property Security Agreement dated 08/02/2007<br><br>Amendment and Assignment of |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Wells Fargo Foothill)<br><br>Third Amended and Restated Loan and Security Agreement dated as of 01/15/2009; Amendments 1-18 (18th: 02/05/2016); Commitment Settlement Amendment dated 06/06/2012<br><br>Subordinated Security Agreement dated as of 11/02/2012<br><br>Intercreditor Agreement dated as of 06/28/2017; 1st Amendment 12/20/2010 | | | | | | accounts:<br>[████]<br><br>BBVA Compass DACA (Exclusive) dated 07/10/2017 among ███, BBVA and PPAS for accounts:<br>████<br><br>PPAS requests a Side Letter only (no assignment to Ankura). | Intellectual Property Security Agreement dated 01/15/2009<br><br>Order filed by Milbank to perfect Copyrights 09/16/2019<br><br>Notice of Recordation from PTO re: Trademarks<br><br>All Patents expired.<br><br>Missing: Copyright Collateral Assignment and Security Interest dated as of 09/30/2004 |

- 24 -

**Annex 1 -** Original Stock Certificates in Ankura's Possession



Share Certificate C-3 - Common Stock 5500 shares

Share Certificate A-7 - Series A Convertible Preferred Stock 87,510 shares

Share Certificate A-8 - Series A Convertible Preferred Stock 6990 shares -  note* document inventory indicates 6900 shares

Share Certificate C-1  - Common Stock 10,000 shares                                    )

Share Certificate C-1  - Common Stock 10,000 shares (                                 )

Share Certificate C-1  - Common Stock 10,000 shares                            )

Share Certificate C-1  - Common Stock 10,000 shares                        )

Share Certificate C-1  - Common Stock 10,000 shares                      )

Share Certificate C-1  - Common Stock 10,000 shares (                              )

Share Certificate C-1  - Common Stock 10,000 shares                       )

Share Certificate C-1  - Common Stock 1,000 shares (                         )

Share Certificate C-1  - Common Stock 10,000 shares (                      )

Share Certificate C-2  - Common Stock 10,000 shares (                      )

- C-1 CS 10,000

C-1 CS 10,000

C-1 CS 10,000

C-1 CS 10,000

C-1 CS 10,000

C-1 CS 10,000

C-1 CS 10,000

C-1 CS 10,000

C-1 CS 10,000

C-1 CS 10,000

C-1 CS 10,000

- COPY (sold 12/29/17),  C-1 CS 10,000.00

C-1 CS 10,000

C-1 CS 10,000

C-1 CS 10,000

C-1 CS 10,000



C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
c C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
**C-1 CS 6250** ******Inventory list as 10,000*****
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
(typo in vault sheet) C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 100
C-1 CS 100



c C-1 CS 500
C-1 CS 1000
C-1 CS 1000
C-1 CS 100 ***Inventory indicates ▆▆▆▆▆***
C-1 CS 1000
C-1 CS 100
. C-1 CS 100
C-1 CS 100
C-1 CS 1,000
C-1 CS 1,000
C-1 CS 100
C-1 CS 100
C-1 CS 100
C-1 CS 420
C-1 CS 1,000
C-1 CS 100
C-1 CS 100,000
C-1 CS 181,818.00
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 10,000
C-1 CS 181,818.00
C-1 CS 10,000
C-1 CS 500
C-1 CS 100
C-1 CS 420
1 share
. 483 1/3 shares
1 share
1 share

4851-4292-1416v1



865,200 shares

Power of Attorney and Stock Transfer forms - multiple

Replacement certificate ███████████ C-22  250 shares

**EXHIBIT B**

| | |
|---|---|
| **From:** | ████████████████████████ |
| **Sent:** | Monday, April 6, 2020 5:29 PM |
| **To:** | Ryan Roy |
| **Subject:** | RE: [EXT] ████████: 13 Week Cash Flow |
| **Attachments:** | GL 10900 Detail Report - Borrowing Held by PPAS - 123119 thru 3312020.xlsx |

Hi Ryan,

I have attached a file showing the outflows and inflows for the Restricted Cash account. I went back to 30 December 2019, as there was a transfer on that day.

As a little background, I started at ████ in late August 2019. Since ████ was being acquired by ████ and ████ already had a direct competitor to ████, ████ was not slated to be part of the transaction. Lynn wanted to keep ████ operating and therefore needed someone to run the Company.

When ████ was managing ████████ used its own balance sheet to fund needs related to ████machine production (production was taking place at an ████-owned factory in Mexico). As such, there was no need to access the Restricted Cash account if ████operating cash flow was not adequate to cover production expenses. Without ████ in the picture as of 30 September, I had to operate ████ as a truly independent entity. Since production was already being moved to China and funds needed to be sent to pay for those activities, it was necessary for me to access the Restricted Cash account. I was told that the Restricted Account was to be used for such capital outlays; however, it was not a candy jar type of situation. Lynn was the only person who had signing privileges on the account, and only she could authorize transfers out of that account.

Please let me know if you need any additional information.

Best,

████████

---

**From:** Ryan Roy
**Sent:** Monday, April 6, 2020 4:23 PM
**To:** ████████████
**Subject:** RE: [EXT] ████████ 13 Week Cash Flow

Brandon – thank you for sending, very helpful. As you work through the moving pieces to refine the plan, would you mind providing some additional detail on the movements to the Restricted Cash account described on page 6? Specifically, if you could remind me again the purpose of that account, the cash balance that was in that account as of 12/31/19 and a description of significant cash movements (with dates if possible) since that date and March 24?

Thanks and I hope you continue to stay safe and healthy.

Best,

**Ryan M. Roy**
Managing Director

1 Beacon Street, Floor 15
Boston, MA 02108
+1.646.528.4393 Mobile


[ankuratrust.com](ankuratrust.com)

---

**From:** ███████████████████ >
**Sent:** Friday, April 3, 2020 7:24 PM
**To:** Ryan Roy <[Ryan.Roy@ankura.com](mailto:Ryan.Roy@ankura.com)>
**Subject:** [EXT] ████████ 13 Week Cash Flow

Ryan,

I've attached the 13-Week Cash Flow within a brief Powerpoint that lays out some of the actions I'm taking to revise the 2020 plan. The revision is necessary due to changes within ██████ sales markets brought about by the coronavirus. The plan is not complete as there are still a number of moving pieces; however, I can forward on when it is revised.

Best,
████





4:30 PM
04/06/20
Accrual Basis

Case 18-10512-KBO    Doc 5161    Filed 09/04/20    Page 370 of 370
Transactions by Account
As of March 31, 2020

| Type | Date | Name | Memo | Clr | Split | Debit | Credit | Balance | |
|------|------|------|------|-----|-------|-------|--------|---------|---|
| **10900 · Borrowings held by PPAS** | | | | | | | | **3,407,206.46** | |
| Credit | 12/30/2019 | Patriarch Partners Agency Services, LLC | Payment of past due invoices | | 22000 · Accounts Payable | | 500,000.00 | 2,907,206.46 | |
| General Journal | 12/31/2019 | | PPAS Interest Earned | | 80100 · Interest Earned | 3,132.90 | | 2,910,339.36 | **Balance as of 12/31/2019** |
| General Journal | 01/03/2020 | | PPAS Interest Earned | | 80100 · Interest Earned | 3,052.28 | | 2,913,391.64 | |
| General Journal | 02/03/2020 | | PPAS Interest Earned - Feb 2020 | | 80100 · Interest Earned | 2,590.92 | | 2,915,982.56 | |
| Credit | 03/02/2020 | Patriarch Partners Agency Services, LLC | Payment of past due invoices | | 22000 · Accounts Payable | | 250,000.00 | 2,665,982.56 | |
| General Journal | 03/03/2020 | | PPAS Interest Earned - MAR 2020 | | 80100 · Interest Earned | 2,326.26 | | 2,668,308.82 | |
| Credit | 03/20/2020 | Patriarch Partners Agency Services, LLC | Payment of past due invoices | | 22000 · Accounts Payable | | 500,000.00 | 2,168,308.82 | |
| Transfer | 03/24/2020 | | Funds Transfer | | 10750 · BBVA Compass Cash Acct | | 2,168,308.82 | 0.00 | |
| Total 10900 · Borrowings held by PPAS | | | | | | 11,102.36 | 3,418,308.82 | 0.00 | |
| **TOTAL** | | | | | | **11,102.36** | **3,418,308.82** | **0.00** | |