**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
|  | **Hearing Date: October 14, 2020 at 10:00 a.m.** |
|  | **Obj. Deadline: October 7, 2020 at 4:00 p.m.** |
|  | **Related to Docket No. 1915** |

<u>**NOTICE OF MOTION**</u>

 **PLEASE TAKE NOTICE** that, on September 30, 2020, the **Motion of PPMG For Entry of an Order Authorizing Filing of Brief Under Seal** (the "<u>Seal Motion</u>") was filed with the Court.

 **PLEASE TAKE FURTHER NOTICE** that an objection, if any, to the Seal Motion must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the undersigned counsel, so that it is received **on or before 4:00 p.m. (ET) on October 7, 2020**.

 **PLEASE TAKE FURTHER NOTICE** THAT, A HEARING ON THE SEAL MOTION WILL BE HELD ON **OCTOBER 14, 2020 AT 10:00 A.M. (PREVAILING EASTERN TIME**) BEFORE THE HONORABLE KAREN B. OWENS, UNITED STATES BANKRUPTCY JUDGE OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

 **PLEASE TAKE FURTHER NOTICE** that, if you fail to respond in accordance with this notice, the Court may grant the relief requested by the Seal Motion without further notice or hearing.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows:  Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

Dated:  September 30, 2020

**COLE SCHOTZ P.C.**

By: */s/ Patrick J. Reilley*
    Norman L. Pernick (No. 2290)
    Patrick J. Reilley (No. 4451)
    G. David Dean (No. 6403)
    500 Delaware Avenue, Suite 1410
    Wilmington, DE  19801
    Telephone: (302) 652-3131
    Facsimile: (302) 652-3117
    npernick@coleschotz.com
    preilley@coleschotz.com
    ddean@coleschotz.com

    – and –

**GIBSON, DUNN & CRUTCHER LLP**
Randy M. Mastro (Admitted Pro Hac Vice)
Mary Beth Maloney (Admitted Pro Hac Vice)
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
rmastro@gibsondunn.com
mmaloney@gibsondunn.com

Robert Klyman (Admitted Pro Hac Vice)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
rklyman@gibsondunn.com

Monica K. Loseman (Admitted Pro Hac Vice)
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone: (303) 298-5784
Facsimile: (303) 313-2828
mloseman@gibsondunn.com

*Counsel to Patriarch Partners Management Group, LLC*

57772/0001-21383112v1