## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### TELEPHONIC AND VIDEO HEARING ON OCTOBER 14, 2020 AT 10:00 A.M. (ET)[2]

**THIS HEARING WILL BE HELD TELEPHONICALLY VIA COURTCALL AND, IN CERTAIN CIRCUMSTANCES, BY VIDEO VIA ZOOM. ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY CONTACTING COURTCALL, LLC AT 866-582-6878. ONLY THOSE PARTIES THAT WILL BE ADDRESSING THE COURT SHOULD APPEAR BY VIDEO VIA ZOOM IN ADDITION TO THEIR COURTCALL REGISTRATION.**

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

**Topic: Zohar III, Corp. 18-10512 (KBO)**
**Time: October 14, 2020 at 10:00 a.m. Eastern Time (US and Canada)**

**Join ZoomGov Meeting**
https://debuscourts.zoomgov.com/j/1616524858

**Meeting ID: 161 652 4858**
**Password: 665322**

## ADJOURNED/RESOLVED MATTERS

1.  Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and for an Accounting [(SEALED) D.I. 1748; 6/30/20; (REDACTED) D.I. 1769; 7/9/20]

    Related Documents:

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] All parties wishing to participate should make arrangements through CourtCall at 1-866-582-6878.

A.      Order Authorizing the Filing of the Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and for an Accounting Under Seal [D.I. 1804; 7/14/20]

B.      Order Authorizing the Filing of Portions of the Debtors' Reply in Support of the Debtors' Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and for an Accounting [D.I. 1948; 9/17/20]

Response Deadline:                 To be determined

Reply Deadline:                    To be determined

Responses Received:

C.      Patriarch's Limited Objection and Reservation of Rights to the Zohar Funds' Motion to Compel Compliance With Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and For an Accounting [D.I. 1755; 7/7/20]

D.      Reply in Support of the Debtors' Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and for an Accounting [(SEALED) D.I. 1886; 8/20/20]; (REDACTED) D.I. 1918; 9/4/20]

Status:        This matter is adjourned to November 12, 2020 at 10:00 a.m. (ET).

2.      Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1903; 8/31/20; (REDACTED) D.I. 1912; 9/3/20]

Related Documents:

A.      Motion of Patriarch for Entry of an Order Authorizing Filing of Motion Under Seal [D.I. 1913; 9/3/20]

Response Deadline:                 October 5, 2020 at 4:00 p.m. (ET) with respect to the requested non-PPAS relief; November 5, 2020 at 4:00 p.m. (ET) with respect to the requested PPAS relief

Reply Deadline:                    October 8, 2020 at 4:00 p.m. with respect to requested non-PPAS relief; November 10, 2020 at 12:00 p.m. (ET) with respect to the requested PPAS relief

Responses Received:

27141431.4

B.     Debtors' Objection to Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1979; 8/31/20; (REDACTED) D.I. TBD; TBD]

C.     Patriarch's Reply in Support of Its Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1982; 10/8/20; (REDACTED) D.I. TBD; TBD]

Status:        This matter is adjourned to October 19, 2020 at 10:00 a.m. (ET) with respect to the requested non-PPAS relief and to November 12, 2020 at 10:00 a.m. (ET) with respect to the requested PPAS relief.

3.     Interim Fee Application of the Debtors' Professionals for Period from June 1, 2020 – August 31, 2020 [D.I. 1920; 9/4/20]

Related Documents:

A.     Certification of Counsel Regarding Proposed Order Approving Interim Fee Application of the Debtors' Professionals for the Period from June 1, 2020 through August 31, 2020 [D.I. 1955; 9/22/20]

B.     Order Approving Interim Fee Application of the Debtors' Professionals for the Period from June 1, 2020 through August 31, 2020 [D.I. 1956; 9/23/20]

Response Deadline:                September 21, 2020 at 4:00 p.m. (ET)

Responses Received:               None

Status:        An order has been entered by the Court.  No hearing is required.

4.     Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 1934; 9/10/20]

Related Documents:

A.     Certificate of No Objection [D.I. 1962; 9/25/20]

B.     Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 1966; 9/29/20]

Response Deadline:                September 24, 2020 at 4:00 p.m. (ET)

Responses Received:               None

Status:        An order has been entered by the Court.  No hearing is required.

5.      Motion of Certain Portfolio Companies of the Debtors' to File Under Seal the Motion of Certain Portfolio Companies of the Debtors for an Order Staying Litigation Against the Portfolio Companies Under 11 U.S.C. § 105 and 11 U.S.C. § 362 [D.I. 1940; 9/14/20]

        Related Documents:

        A.      Motion of Certain Portfolio Companies of the Debtors' for an Order Staying Litigation Against the Portfolio Companies Under 11 U.S.C. § 105 and 11 U.S.C. § 362 [(SEALED) D.I. 1928; 9/9/20; (REDACTED) D.I. 1939; 9/14/20]

        B.      Notice of Motion [D.I. 1941; 9/15/20]

        C.      Certificate of No Objection [D.I. 1976; 10/2/20]

        D.      Order Granting Certain Portfolio Companies of the Debtors' to File Under Seal the Motion of Certain Portfolio Companies of the Debtors for an Order Staying Litigation Against the Portfolio Companies Under 11 U.S.C. § 105 and 11 U.S.C. § 362 [D.I. 1977; 10/5/20]

        Response Deadline:              September 30, 2020 at 4:00 p.m. (ET)

        Responses Received:            None

        Status:      An order has been entered by the Court.  No hearing is required.

6.      Debtors' Applcation for an Order Authorizing the Debtors to Retain KPMG LLP to Provide Tax Compliance and Tax Consulting Services [D.I. 1958; 9/23/20]

        Related Documents:            None

        Response Deadline:              October 7, 2020 at 4:00 p.m. (ET); Extended to October 9, 2020 at 4:00 p.m. (ET) for the U.S. Trustee

        Responses Received:

        A.      Informal response from the U.S. Trustee

        Status:      This matter is adjourned to October 19, 2020 at 10:00 a.m. (ET).

## MATTERS WITH CERTIFICATION

7.      Motion of Patriarch for Entry of an Order Authorizing Filing of Motion Under Seal [D.I. 1913; 9/3/20]

        Related Documents:

A.    Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1903; 8/31/20; (REDACTED) D.I. 1912; 9/3/20]

B.    Certificate of No Objection [D.I. 1984; 10/8/20]

Response Deadline:                   September 17, 2020 at 4:00 p.m. (ET)

Responses Received:                 None

Status:         A certificate of no objection has been filed with the Court. No hearing is required

8.    Debtors' Motion for Entry of an Order Authorizing the Filing of Portions of the Debtors' Response to PPMG's Opening Brief Regarding PPMG's Right to Payment of Transaction Fee in Connection Oasis Transaction Under Seal [D.I. 1969; 9/30/20]

Related Documents:

A.    Debtors' Response to PPMG's Opening Brief Regarding PPMG's Right to Payment of Transaction Fee in Connection Oasis Transaction [(SEALED) D.I. 1916; 9/4/20; (REDACTED) D.I. 1970; 9/30/20]

B.    Certification of Counsel Regarding Proposed Order Authorizing the Filing of Portions of the Debtors' Response to PPMG's Opening Brief Regarding PPMG's Right to Payment of Transaction Fee in Connection Oasis Transaction Under Seal [D.I. 1983; 10/8/20]

Response Deadline:                   October 7, 2020 at 4:00 p.m. (ET)

Responses Received:                 None

Status:         A revised form of order has been submitted under certification of counsel. No hearing is required unless the Court has questions or concerns.

9.    Motion of PPMG for Entry of an Order Authorizing Filing of Brief Under Seal [D.I. 1972; 9/30/20]

Related Documents:

A.    Debtors' Response to PPMG's Opening Brief Regarding PPMG's Right to Payment of Transaction Fee in Connection Oasis Transaction [(SEALED) D.I. 1915; 9/4/20; (REDACTED) D.I. 1971; 9/30/20]

B.    Certificate of No Objection [D.I. 1985; 10/8/20]

Response Deadline:                   October 7, 2020 at 4:00 p.m. (ET)

27141431.4

Responses Received:                    None

Status:        A certificate of no objection has been filed with the Court.  No hearing is required.

**MATTERS GOING FORWARD**

10.    Debtors' Motion for an Order Determining Dispute Between the Debtors and Patriarch Partners Management Services, LLC Related to Pending Oasis Transaction [(SEALED) D.I. 911; 9/6/19; (REDACTED) D.I. 1130; 9/6/19]

Related Documents:

A.    Notice of Binding Portfolio Company Transaction Pursuant to Portfolio Company Transaction Procedures [D.I. 868; 8/26/19]

B.    Order Approving Consummation of Oasis Portfolio Company Transaction [D.I. 918; 9/9/19]

C.    Re-Notice of Hearing [D.I. 1094; 11/26/19]

D.    Order Authorizing Filing of Motion Under Seal [D.I. 1149; 12/19/19]

E.    Order Authorizing Filing of Motion Under Seal [D.I. 1161; 12/20/19]

F.    Notice of Hearing [D.I. 1688; 6/12/20]

G.    Notice of Hearing [D.I. 1784; 7/10/20]

H.    Debtors' Motion for Entry of an Order Authorizing the Filing of Portions of the Debtors' Response to PPMG's Opening Brief Regarding PPMG's Right to Payment of Transaction Fee in Connection Oasis Transaction Under Seal [D.I. 1969; 9/30/20]

I.    Motion of PPMG for Entry of an Order Authorizing Filing of Brief Under Seal [D.I. 1972; 9/30/20]

Response Deadline:                    August 31, 2020 at 4:00 p.m. (ET)

Responses Received:

J.    PPMG's Opening Brief Regarding PPMG's Right to Payment of Transaction Fees in Connection with the Oasis Transaction [(SEALED) D.I. 1200; 12/31/19; (REDACTED) D.I. 1197; 12/31/19]

K.    PPMG's Opposition to the Debtors' Motion for an Order Determining Dispute Between the Debtors and PPMG Related to Pending Oasis Transaction [(SEALED) D.I. 1915; 9/4/20; (REDACTED) D.I. 1971; 9/30/20]

L.      Debtors' Response to PPMG's Opening Brief Regarding PPMG's Right to Payment of Transaction Fee in Connection with Oasis Transaction [(SEALED) D.I. 1916; 9/4/20; (REDACTED) D.I. 1970; 9/30/20]

Status:      This matter is tentatively scheduled for a ruling at the hearing.

11.      Notice of Filing of Proposed Revised Cash Collateral Order [D.I. 1092; 11/25/19]

Related Documents:

A.      Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 356; 7/6/18]

B.      Declaration of Caroyln Schiff in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 504; 10/30/18]

C.      Declaration of Michael S. Neumeister in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [(SEALED) D.I. 505; 10/30/18; (REDACTED) D.I. 506; 10/30/18]

D.      Declaration of Gregory M. Petrick in Support of MBIA Insurance Corporation's Reply to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [(SEALED) D.I. 537; 11/9/18; (REDACTED) D.I. 541; 11/9/18]

E.      Declaration of Michael Katzenstein in Support of the Debtors' Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 543; 11/9/18]

F.      Declaration of Gregory M. Petrick in Support of MBIA Insurance Corporation's Statement in Support of Debtors' Proposed Order Authorizing the Use of Cash Collateral and Reply to Patriarch's Objection Thereto [D.I. 1134; 12/17/19]

G.      Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 1158; 12/20/19]

H.      Order Setting Hearing Date, Briefing Schedule, and Discovery Deadlines with Respect to: (I) the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies; (II) the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies; and (III) Certain Other Contested Matters [D.I. 1292; 1/21/20]

I.      Stipulated Amended Scheduling Order With Respect to: (I) the Debtors' Motion

27141431.4

for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies; (II) the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies; and (III) Certain Other Contested Matters [D.I. 1412; 2/14/20]

J.      Further Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 1453; 2/24/20]

K.      Further Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 1512; 3/24/20]

L.      Third Further Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 1649; 4/29/20]

M.      Fourth Further Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 1711; 6/22/20]

N.      Notice of Filing of *Further Revised* Second Cash Collateral Order [D.I. 1849; 8/3/20]

O.      Fifth Further Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 1895; 8/25/20]

Response Deadline:                     December 9, 2019 at 4:00 p.m. (ET)

Responses Received:

P.      Reservation of Rights of U.S. Bank National Association, as Indenture Trustee, to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 500; 10/30/18]

Q.      Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [(SEALED) D.I. 502; 10/30/18; (REDACTED) D.I. 503; 10/30/18]

R.      Statement of Blank Rome, on Behalf of Itself and in Respect of Other Zohar I Service Providers, in Response to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 528; 11/7/18]

S.      Limited Statement and Response of U.S. Bank National Association, as Indenture Trustee, to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 530; 11/7/18]

T.      MBIA Insurance Corporation's Statement in Support of Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral and Reply to Patriarch's Objection Thereto [(SEALED) D.I. 536; 11/9/18; REDACTED D.I. 540; 11/9/18]

27141431.4

U.      Debtors' Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing the Use of Cash Collateral [D.I. 542; 11/9/18]

V.      Zohar III Controlling Class' Joinder and Supplemental Response in Support of the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 544; 11/9/18]

W.      Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1114; 12/9/19]

X.      MBIA Insurance Corporation's Statement in Support of Debtors' Proposed Order Authorizing the Use of Cash Collateral and Reply to Patriarch's Objection Thereto [D.I. 1132; 12/17/19]

Y.      The Debtors' Reply to Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1133; 12/17/19] and Notice of Errata Regarding the Debtors' Reply to Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1140; 12/17/19]

Z.      Zohar III Controlling Class' Joinder and Supplemental Response in Support of Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1135; 12/17/19]

AA.     Limited Response of U.S. Bank National Association, as Indenture Trustee, to Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1139; 12/17/19]

BB.     Informal comments from the U.S. Trustee

Status:      The Debtors intend to submit a short-form order and budget seeking an extension of the use of cash collateral to fund the costs of the Debtors' and U.S. Bank, as Indenture Trustee, incurred through November 30, 2020.

12.     Motion of Certain Portfolio Companies of the Debtors' for an Order Staying Litigation Against the Portfolio Companies Under 11 U.S.C. § 105 and 11 U.S.C. § 362 [(SEALED) D.I. 1928; 9/9/20; (REDACTED) D.I. 1939; 9/14/20]

Related Documents:

A.      Declaration of Sean H. McMahon in Support of the Motion of Certain Portfolio Companies of the Debtors' for an Order Staying Litigation Against the Portfolio Companies Under 11 U.S.C. § 105 and 11 U.S.C. § 362 [D.I. 1929; 9/9/20]

B.      Motion of Certain Portfolio Companies of the Debtors to File Under Seal the Motion of Certain Portfolio Companies of the Debtors' for an Order Staying Litigation Against the Portfolio Companies Under 11 U.S.C. § 105 and 11 U.S.C. § 362 [D.I. 1940; 9/14/20]

27141431.4

C.    Notice of Motion [D.I. 1941; 9/15/20]

D.    Declaration of Jennifer X. Luo in Support of The Patriarch Stakeholders' Objection to the Motion of Certain Portfolio Companies of the Debtors' for an Order Staying Litigation Against the Portfolio Companies Under 11 U.S.C. § 105 and 11 U.S.C. § 362 [(SEALED) D.I. 1974; 9/30/20; (REDACTED) D.I. TBD; TBD]

E.    Order Granting Certain Portfolio Companies of the Debtors' to File Under Seal the Motion of Certain Portfolio Companies of the Debtors for an Order Staying Litigation Against the Portfolio Companies Under 11 U.S.C. § 105 and 11 U.S.C. § 362 [D.I. 1977; 10/5/20]

Response Deadline:                    September 30, 2020 at 4:00 p.m. (ET)

Responses Received:

F.    Debtors' Joinder to Motion of Certain Portfolio Companies of the Debtors' for an Order Staying Litigation Against the Portfolio Companies Under 11 U.S.C. § 105 and 11 U.S.C. § 362 [D.I. 1949; 9/17/20]

G.    The Patriarch Stakeholders' Objection to the Motion of Certain Portfolio Companies of the Debtors' for an Order Staying Litigation Against the Portfolio Companies Under 11 U.S.C. § 105 and 11 U.S.C. § 362 [(SEALED) D.I. 1973; 9/30/20; (REDACTED) D.I. TBD; TBD]

H.    Reply of Certain Portfolio Companies of the Debtors in Support of their Motion for an Order Staying Litigation Against the Portfolio Companies Under 11 U.S.C. § 105 and 11 U.S.C. § 362 [(SEALED) D.I. 1987; 10/8/20; (REDACTED) D.I. TBD; TBD]

Status:        This matter is going forward at the conclusion of Item No. 13.

13.    Notice of Binding Portfolio Company (Rand) Transaction Pursuant to Portfolio Company Transaction Procedures [D.I. 1965; 9/25/20]

Related Documents:

A.    Order Approving and Authorizing the Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class [D.I. 266; 5/21/18]

B.    Order Approving Independent Director Service Agreement and Indemnification Agreement [D.I. 345; 6/26/18]

C.    Motion of the Debtors for Entry of an Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain

Procedures for the Independent Directors' Approval of Monetization Transactions and Related Relief [D.I. 481; 10/23/18]

D.     Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Director's Approval of Monetization Transactions and Related Relief [D.I. 545; 11/9/18]

Response Deadline:                    October 7, 2020 at 4:00 p.m. (ET); Extended to October 9, 2020 at 4:00 p.m. (ET)

Reply Deadline:                       October 12, 2020

Responses Received:                   None as of filing this agenda

Status:        This matter is going forward.  The parties intend to present up to 4 witnesses.


Dated: October 9, 2020                 YOUNG CONAWAY STARGATT & TAYLOR, LLP
        Wilmington, Delaware

                                       */s/ Joseph M. Barry*
                                       James L. Patton, Jr. (No. 2202)
                                       Robert S. Brady (No. 2847)
                                       Michael R. Nestor (No. 3526)
                                       Joseph M. Barry (No. 4221)
                                       Ryan M. Bartley (No. 4985)
                                       Shane M. Reil (No. 6195)
                                       Rodney Square
                                       1000 North King Street
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 571-6600
                                       Facsimile: (302) 571-1253
                                       Email: jpatton@ycst.com
                                              rbrady@ycst.com
                                              mnestor@ycst.com
                                              jbarry@ycst.com
                                              rbartley@ycst.com
                                              sreil@ycst.com

                                       *Counsel to the Debtors and Debtors in Possession*

27141431.4