IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) | Jointly Administered |
| | ) ) ) | **Ref. Sealed Docket Nos. 911, 1200 1915, 1916** |

### ORDER DETERMINING DISPUTE BETWEEN THE DEBTORS AND PATRIARCH PARTNERS MANAGEMENT SERVICES, LLC RELATED TO PENDING OASIS TRANSACTION

Upon the *Motion of the Debtors for an Order Determining Dispute Between the Debtors and Patriarch Partners Management Services, LLC Related to Pending Oasis Transaction* (the "Motion") [Docket No. 1130],[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having held a hearing to consider the Motion and all related filings on September 14, 2020 (the "Hearing"); and

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261) ("Zohar III"), Zohar II 2005-1, Limited (8297) ("Zohar II"), and Zohar CDO 2003-1, Limited (5119) ("Zohar III"). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, for the reasons set forth on the record at the hearing held on October 14, 2020, it is hereby ORDERED:

1. The Motion is GRANTED.

2. Within two (2) business days of entry of this order, PPMG shall refund to the Debtors the $3,798,240.92 million Transaction Fee paid in connection with the LVD Transaction.

3. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: October 15, 2020
Wilmington, Delaware

*/s/ Karen B. Owens*
_____
THE HONORABLE KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE