# Court Conference

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Karen B. Owens
Courtroom

Calendar Date: 10/21/2020
Calendar Time: 03:30 PM ET

*Amended Calendar   Oct 21 2020 10:12AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Zohar III, Corp. | 18-10512 | Hearing | 10918012 | Joshua Arnold | (212) 504-6360 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10918009 | Ingrid Bagby | (212) 504-6894 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10918291 | Rose Bagley | (212) 715-9511 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10918514 | Joseph M. Barry | (302) 571-6705 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10918521 | Ryan M. Bartley | (302) 571-5007 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10918517 | Robert S. Brady | (302) 571-5713 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10918553 | Shadi Brentegani | (212) 651-7165 ext. | FTI Consulting, Inc. | Debtor, Zohar III, Corp. / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10918596 | Layan Charara | (212) 906-4587 ext. | Latham & Watkins LLP | Representing, The Portfolio Companies, including RM Acquisition, LLC / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10918582 | Christopher Clark | (212) 906-4587 ext. | Latham & Watkins LLP | Representing, The Portfolio Companies, including RM Acquisition, LLC / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10918505 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Creditor, MBIA Insurance Corporation / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10917675 | David Dean | (302) 651-2012 ext. 5068 | Cole Schotz P.C. | Creditor, Patriach Partners / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10918124 | Pratik Desai | (212) 303-9480 ext. | Bardin Hill Investment Partners | Interested Party, Zohar III Noteholders / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10917871 | Jonathan Edwards | (404) 881-4985 ext. | Alston & Bird LLP | Creditor, U.S. Bank, N.A. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10917700 | Michael Farag | (213) 229-7559 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Patriarch Partners / LISTEN ONLY |

| Zohar III, Corp. | 18-10512 | Hearing | 10918574 | David M. Fournier | (949) 622-2700 ext. | Troutman Pepper Hamilton Sanders LLP | Representing, The Portfolio Companies / LIVE |
|---|---|---|---|---|---|---|---|
| Zohar III, Corp. | 18-10512 | Hearing | 10918144 | Jeffrey A. Fuisz | (212) 836-8317 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Zohar III Noteholders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10917760 | Armando Gomez | (202) 371-7182 ext. | Skadden Arps Slate Meagher & Flom LLP | Interested Party, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10918587 | James Gorton | (212) 906-4587 ext. | Latham & Watkins LLP | Representing, The Portfolio Companies, including RM Acquisition, LLC / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10918133 | John Greene | (212) 303-9480 ext. | Bardin Hill Investment Partners | Interested Party, Zohar III Noteholders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10918013 | Samantha Greenfield | (212) 504-6365 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10917704 | Tyler Hammond | (212) 351-4000 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10918628 | Brett M. Haywood | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Creditor, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10918584 | Nicholas Hazen | (212) 906-4587 ext. | Latham & Watkins LLP | Representing, The Portfolio Companies, including RM Acquisition, LLC / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10918545 | Samuel Hershey | (914) 582-1628 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10918585 | Robert H. Hotz, Jr. | (212) 906-1612 ext. | Latham & Watkins LLP | Representing, The Portfolio Companies, including RM Acquisition, LLC / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10918551 | Michael Katzenstein | (214) 384-4909 ext. | FTI Consulting, Inc. | Debtor, Zohar III, Corp / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10918567 | Kerrin Klein | (212) 451-2239 ext. | Olshan Frome & Wolosky LLP | Interested Party, Portfolio Companies / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10918535 | Jared Kochenash | (302) 571-6559 ext. | Young Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10918549 | Charles Koster | (212) 819-7845 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10918533 | Christopher Lambe | (302) 571-6600 ext. | Young Conaway Stargatt & Taylor LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10918108 | Jonathan I. Levine | (212) 836-8000 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Zohar III Noteholders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10918138 | Brian J. Lohan | (312) 583-2403 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Zohar III Noteholders / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Zohar III, Corp. | 18-10512 | Hearing | 10917679 | Monica K. Loseman | (303) 298-5784 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Patriarch Partners / LIVE |
| | Zohar III, Corp. | 18-10512 | Hearing | 10917695 | Mary Beth Maloney | (212) 351-2315 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Patriarch Partners / LIVE |
| | Zohar III, Corp. | 18-10512 | Hearing | 10918011 | Michele C. Maman-Cohen | (212) 504-6975 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| | Zohar III, Corp. | 18-10512 | Hearing | 10918577 | Marcy J. McLaughlin Smith | (302) 777-6535 ext. | Troutman Pepper LLP | Representing, The Portfolio Companies / LIVE |
| | Zohar III, Corp. | 18-10512 | Hearing | 10918593 | Sean H. McMahon | (212) 906-4587 ext. | Latham & Watkins LLP | Representing, The Portfolio Companies, including RM Acquisition, LLC / LIVE |
| | Zohar III, Corp. | 18-10512 | Hearing | 10918520 | Evelyn Meltzer | (302) 777-6532 ext. | Troutman Pepper LLP | Interested Party, TELEO Capital / LIVE |
| | Zohar III, Corp. | 18-10512 | Hearing | 10918527 | Jacob Morton | (302) 571-5741 ext. | Young Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | Zohar III, Corp. | 18-10512 | Hearing | 10918557 | Edward Moser | (212) 651-7152 ext. | FTI Consulting | Debtor, Zohar III, Corp. / LISTEN ONLY |
| | Zohar III, Corp. | 18-10512 | Hearing | 10918523 | Michael Neiburg | (302) 576-3590 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | Zohar III, Corp. | 18-10512 | Hearing | 10918512 | Michael Nestor | (302) 571-6600 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | Zohar III, Corp. | 18-10512 | Hearing | 10918531 | Tara Pakrouh | (302) 571-4742 ext. | Young Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| | Zohar III, Corp. | 18-10512 | Hearing | 10918591 | Edmond R. Parhami | (212) 906-4587 ext. | Latham & Watkins LLP | Representing, The Portfolio Companies, including RM Acquisition, LLC / LIVE |
| | Zohar III, Corp. | 18-10512 | Hearing | 10918544 | Amanda Parra Criste | (305) 995-5275 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LISTEN ONLY |
| | Zohar III, Corp. | 18-10512 | Hearing | 10918100 | Morgan L. Patterson | (302) 252-4326 ext. | Womble Bond Dickinson (US) LLP | Interested Party, Zohar III Noteholders / LIVE |
| | Zohar III, Corp. | 18-10512 | Hearing | 10917665 | Norman L. Pernick | (302) 651-2001 ext. | Cole Schotz P.C. | Interested Party, Patriarch Partners / LIVE |
| | Zohar III, Corp. | 18-10512 | Hearing | 10918010 | Gregory Petrick | (212) 504-6373 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| | Zohar III, Corp. | 18-10512 | Hearing | 10918539 | Brian Pfeiffer | (212) 819-8200 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LIVE |
| | Zohar III, Corp. | 18-10512 | Hearing | 10917767 | Lauren J. Pincus | (212) 616-7057 ext. | Allegaert Berger & Vogel | Interested Party, Patriarch Stakeholders / LISTEN ONLY |
| | Zohar III, Corp. | 18-10512 | Hearing | 10918526 | Shane M Reil | (302) 571-6745 ext. | Young Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Zohar III, Corp. | 18-10512 | Hearing | 10917504 | James D. Rosener | (212) 704-6000 ext. | Troutman Pepper LLP | Interested Party, TELEO Capital / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10918565 | Jason Russell | (212) 508-1629 ext. | PJ Solomon Office | Interested Party, PJ Solomon / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10917819 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10917709 | Carolyn Schiff | (212) 825-0550 ext. | Patriarch Partners | Interested Party, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10918563 | Jeffrey M. Schlerf | (302) 622-4212 ext. | Fox Rothschild LLP | Representing, Independent Director / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10918538 | J. Christopher Shore | (212) 819-8394 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10918572 | David B. Stratton | (302) 777-6566 ext. | Troutman Pepper LLP | Representing, The Portfolio Companies / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10917712 | Lynn Tilton | (212) 825-6772 ext. | Patriarch Partners, LLC | Interested Party, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10918561 | Daniel Tobin | (952) 428-9777 ext. | Houlihan Lokey | Interested Party, Houlihan Lokey - Chicago, IL / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10918558 | Frederick Vescio | (212) 497-4100 ext. | Houlihan Lokey | Interested Party, Frederick Vescio / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10917870 | John W. Weiss | (212) 210-9412 ext. | Alston & Bird LLP | Creditor, U.S. Bank, N.A. / LISTEN ONLY |