**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) ) | Case No. 18-10512 (KBO) Jointly Administered |
| Debtors. | ) ) ) ) | **Related to Docket No. 2009** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF CERTAIN PORTFOLIO COMPANIES OF THE DEBTORS TO FILE UNDER SEAL THE REPLY OF CERTAIN PORTFOLIO COMPANIES OF THE DEBTORS IN SUPPORT OF THEIR MOTION FOR AN ORDER STAYING LITIGATION AGAINST THE PORTFOLIO COMPANIES UNDER 11 U.S.C. § 105 AND 11 U.S.C. § 105 AND U.S.C. § 362**

The undersigned hereby certifies as follows:

1. On October 13 2020, certain portfolio companies of the Debtors[2] (collectively, the "Portfolio Companies") filed the *Motion of Certain Portfolio Companies of the Debtors to File Under Seal the Reply of Certain Portfolio Companies of the Debtors in Support of Their Motion for an Order Staying Litigation Against the Portfolio Companies Under 11 U.S.C. § 105 and 11 U.S.C. § 362* (the "Motion to Seal") [Docket No. 2009] with the United States Bankruptcy Court for the District of Delaware (the "Court"). A hearing to consider the Motion to Seal was held on October 29, 2020, at 10:00 a.m. (Eastern Time). Objections to the Motion to Seal were to be filed before or raised at the hearing.

2. The Portfolio Companies did not receive any formal or informal responses or objections to the Motion to Seal. The Office of the United States Trustee has advised that it

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] 12 Portfolio Companies are co-filing this Motion: 180s, Inc., FSAR Holdings, Inc., Glenoit Universal, Ltd., Gorham Paper and Tissue, LLC, IMG Holdings, Inc., Intrepid U.S.A., Inc., Libertas Copper, LLC, RM Acquisition, LLC, Scan-Optics, LLC, Snelling Holdings, LLC, UI Acquisition Holding Co., and Vulcan Engineering Co.

has no comments on the Proposed Order. The undersigned further certifies that he has reviewed the docket in these cases and that no response to the Motion to Seal appears thereon.

       3.       The Portfolio Companies have attached the proposed order (the "Proposed Order") granting the Motion to Seal hereto as Exhibit A.

       WHEREFORE, the Portfolio Companies respectfully request the entry of the Proposed Order at the earliest convenience of the Court.

*[Remainder of page intentionally left blank]*

#111022193 v1

Dated: October 30, 2020
      Wilmington, Delaware

Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ David M. Fournier*
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Tel: (302) 777-6500
Fax: (302) 421-8390
Email: david.stratton@troutman.com
david.fournier@troutman.com

      - and -

LATHAM & WATKINS LLP
Christopher J. Clark (admitted *pro hac vice*)
Robert H. Hotz, Jr. (admitted *pro hac vice*)
Sean H. McMahon (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: chris.clark@lw.com
robert.hotz@lw.com
sean.mcmahon@lw.com

*Attorneys for 180s, Inc., FSAR Holdings, Inc., Glenoit Universal, Ltd., Gorham Paper and Tissue, LLC, IMG Holdings, Inc., Intrepid U.S.A., Inc., Libertas Copper, LLC, RM Acquisition, LLC,[3]\* Scan-Optics, LLC, Snelling Holdings, LLC, UI Acquisition Holding Co., and Vulcan Engineering Co.*

BERGER HARRIS LLP
Richard I. G. Jones, Jr., Esq. (DE No. 3301)
David T. Anthony, Esq. (DE No. 5452)
1105 North Market Street, 11th Floor
Wilmington, DE 19801
(302) 655-1140

*Attorneys for RM Acquisition, LLC*

---

[3] Troutman Pepper Hamilton Sanders LLP is not counsel for RM Acquisition, LLC

3