# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
|  | **Objection Deadline: December 28, 2020 at 4:00 p.m. (ET)** |
|  | **Hearing Date: January 7, 2021 at 1:00 p.m. (ET)** |

## EIGHTH INTERIM FEE APPLICATION OF DIRECT FEE REVIEW LLC

TO:   (A) THE DEBTORS; (B) COUNSEL TO THE PATRIARCH ENTITIES; (C) COUNSEL TO U.S. BANK, AS INDENTURE TRUSTEE; (D) COUNSEL TO MBIA INSURANCE COMPANY; (E) COUNSEL TO CERTAIN HOLDERS OF NOTES ISSUED BY ZOHAR III, LIMITED; AND (F) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE

**PLEASE TAKE NOTICE** that, pursuant to that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 293] (the "Interim Compensation Order"), Direct Fee Review LLC, the Court appointed fee examiner, hereby applies for interim quarterly allowance of compensation and reimbursement of expenses (the "Eighth Interim Application") for all monthly fee applications filed for the period from May 1, 2020 through and including November 30, 2020. Summaries of the fees and expenses subject to this Eighth Interim Application are annexed hereto and set forth in the monthly fee applications previously filed with the Court. Pursuant to the Interim Compensation Order, the Debtors were previously authorized to pay on an interim basis 80% of the amount of compensation requested

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

27453614.1

and 100% of the amount requested for reimbursement of expenses without further order from the Court upon the expiration of a 15-day objection period.

**PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS, IF ANY, TO THE EIGHTH INTERIM APPLICATION ARE REQUIRED TO BE FILED AND SERVED ON THE AFFECTED PROFESSIONAL AND THE PARTIES SET FORTH IN THE INTERIM COMPENSATION ORDER ON OR BEFORE <u>DECEMBER 28, 2020 AT 4:00 P.M. (ET)</u>.**

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Eighth Interim Application will be held before the Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 on **<u>JANUARY 7, 2021 AT 1:00 P.M. (ET).</u>**

| | |
|---|---|
| Dated: December 11, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>         rbrady@ycst.com<br>         mnestor@ycst.com<br>         jbarry@ycst.com<br>         rbartley@ycst.com<br>         sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

27453614.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | )  Chapter 11 |
|---|---|
| In re: | ) |
| | )  Case No. 18-10512 (KBO) |
| Zohar III, Corp., *et al.*,[1] | ) |
| | )  Jointly Administered |
| Debtors. | ) |
| | ) |
| | ) |

## EIGHTH INTERIM FEE APPLICATION OF DIRECT FEE REVIEW LLC

Name of Applicant:                                      Direct Fee Review LLC

Authorized to Provide Professional Services as:         Debtors and Debtors in Possession

Effective Date of Retention:                            June 6, 2018

Period for Which Compensation                           May 1, 2020 through and including
and Reimbursement is Sought:                            November 30, 2020

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Authorized to be Paid (80%) | Amount of Expenses Authorized to be Paid (100%) | Amount of Holdback of Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 10/5/20 No. 1978 | 5/1/20 – 8/31/20 | $4,972.50 | $0.00 | 10/22/20 No. 2048 | $3,978.00 | $0.00 | $994.50 |
| 12/9/20 No. 2161 | 9/1/20 – 11//30/20 | $4,770.00 | $0.00 | TBD No. TBD | $0.00 | $0.00 | $0.00 |
| | TOTALS | $5,175.00 | $0.00 | | $3,978.00 | $0.00 | $994.50 |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

27453614.1