IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered<br><br>**Docket Ref. No. 2215** |

**ORDER GRANTING MOTION FOR ORDER PURSUANT TO BANKRUPTCY RULE 9006-1(e) SHORTENING NOTICE PERIOD FOR PATRIARCH'S MOTION TO TREAT FEBRUARY 17 HEARING AS NON-EVIDENTIARY HEARING ON GATING ISSUE WITH RESPECT TO DEBTORS' MOTION PURSUANT TO PARAGRAPHS 18 AND 20 OF THE SETTLEMENT AGREEMENT TO COMPEL REFUND OF AMOUNTS PAID TO PATRIARCH STAKEHOLDERS AND FOR RELATED RELIEF**

Upon Patriarch's *Motion for Order Pursuant to Bankruptcy Rule 9006-1(e) Shortening Notice Period for Patriarch's Motion to Treat February 17 Hearing as Non-Evidentiary Hearing on Gating Issue With Respect to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief* [D.I. 2215] (the "Motion to Shorten");[2] and this Court having found that it has jurisdiction to consider the Motion to Shorten and the relief requested therein under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012*; and this Court having found that venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409; and this Court having

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] Capitalized terms not otherwise defined herein shall have the meanings afforded to them in the Motion to Shorten.

57772/0001-21924733v1

found that consideration of the Motion to Shorten and the relief requested therein is a core proceeding under 28 U.S.C. § 157(b); and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that due and proper notice of the Motion to Shorten was provided and that such notice was adequate and appropriate under the particular circumstances; and this Court having determined that the legal and factual bases establish just cause for the relief granted herein; and any objections to the Motion to Shorten having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is hereby GRANTED as set forth herein.

2. The Hearing to consider the Motion will be held on **January 7, 2021 at 1:00 p.m. ET**.

3. Objections to the relief requested in the Motion must filed by **January 4, 2021 at 4:00 p.m. ET**.

4. Replies in support of the Motion must be filed by **January 6, 2021 at 12:00 p.m. ET**.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or enforcement of this Order.

Dated: December 29th, 2020  
Wilmington, Delaware

**KAREN B. OWENS**  
**UNITED STATES BANKRUPTCY JUDGE**

57772/0001-21924733v1