# Court Conference

Calendar Date: 01/07/2021
Calendar Time: 01:00 PM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Karen B. Owens
Courtroom

*Amended Calendar  Jan  7 2021  9:34AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Zohar III, Corp. | 18-10512 | Hearing | 11022023 | Joshua Arnold | (212) 504-6360 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11022015 | Ingrid Bagby | (212) 504-6894 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11025883 | Rose Bagley | (212) 715-9511 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11032773 | Joseph M. Barry | (302) 571-6705 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11032786 | Ryan M. Bartley | (302) 571-5007 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11032781 | Robert S. Brady | (302) 571-5713 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11032664 | Alix Brozman | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11035181 | Steven H. Church | (302) 661-7606 ext. | Bloomberg LP | Non-Party, Bloomberg News / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11032437 | Mark D. Collins | (302) 651-7531 ext. | Richards, Layton & Finger, P.A. | Interested Party, Ankura Trust / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11029992 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Creditor, MBIA Insurance Corporation / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11029996 | David Dean | (302) 651-2012 ext. | Cole Schotz P.C. | Creditor, Patriarch Partners / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11031034 | Pratik Desai | (212) 303-9480 ext. | Bardin Hill Investment Partners | Interested Party, Zohar III Note Holders / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11030014 | Michael Farag | (213) 229-7559 ext. | Gibson, Dunn & Crutcher LLP | Creditor, Patriarch Partners / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11031090 | Jeffrey A. Fuisz | (212) 836-8317 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Zohar III Note Holders / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11032559 | Mary Kate George | (212) 530-5367 ext. | Milbank, LLP | Interested Party, Ankura Trust / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Zohar III, Corp. | 18-10512 | Hearing | 11035202 | Jason A. Gibson | (302) 777-1111 ext. | The Rosner Law Group LLC | DIP Lender, JMB Capital Partners Lending, LLC / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11031066 | John Green | (212) 836-8478 ext. 3742 | Arnold & Porter Kaye Scholer LLP | Creditor, Controlling Class of the Zohar III Note Holders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11030029 | Tyler Hammond | (212) 351-4000 ext. | Gibson, Dunn & Crutcher LLP | Creditor, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11032436 | Andrew C. Harmeyer | (212) 530-5865 ext. | Milbank LLP | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11032435 | Brett M. Haywood | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11032831 | Samuel Hershey | (914) 582-1628 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11033212 | Robert M. Hirsh | (973) 597-2500 ext. | Lowenstein Sandler, LLP | DIP Lender, JMB Capital Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11022028 | Kevin Hoyos | (212) 504-6365 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11035235 | Bronwyn James | (646) 766-0084 ext. | Berg & Androphy | Interested Party, Berg & Androphy / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11032859 | Michael Katzenstein | (214) 384-4909 ext. | FTI Consulting, Inc. | Debtor, Zohar III, Corp / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11032837 | Charles Koster | (212) 819-7845 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11030470 | Danielle Lesser | (212) 735-8600 ext. | Morrison Cohen, LLP | Creditor, Company 3 / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11031078 | Brian J. Lohan | (312) 583-2403 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Zohar III Note Holders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11030004 | Monica K. Loseman | (303) 298-5784 ext. | Gibson, Dunn & Crutcher LLP | Creditor, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11032628 | Chris Mackey | (212) 887-1196 ext. | MB Global Partners | Interested Party, MB Global Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11022019 | Michele C. Maman-Cohen | (212) 504-6975 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11030501 | Joseph T. Moldovan | (212) 735-8600 ext. | Morrison Cohen, LLP | Creditor, Company 3 / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11032864 | Edward Moser | (212) 651-7152 ext. | FTI Consulting | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11035422 | Karen Naber | (212) 616-7762 ext. | The Seaport Global | Interested Party, The Seaport Global / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11032765 | Michael Nestor | (302) 571-6600 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Zohar III, Corp. | 18-10512 | Hearing | 11032820 | Amanda Parra-Criste | (305) 995-5275 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11031017 | Morgan L. Patterson | (302) 252-4326 ext. | Womble Bond Dickinson (US) LLP | Interested Party, Zohar III Note Holders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11029986 | Norman L. Pernick | (302) 651-2001 ext. | Cole Schotz P.C. | Creditor, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11022017 | Gregory Petrick | (212) 504-6373 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11032809 | Brian Pfeiffer | (212) 819-8200 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11032623 | Claudio Phillips | (212) 887-1192 ext. | MB Global Partners | Interested Party, MB Global Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11032795 | Shane M. Reil | (302) 571-6745 ext. | Young Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11030201 | Juliet Sarkessian | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Juliet Sarkessian / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11030039 | Carolyn Schiff | (212) 825-0550 ext. | Patriarch Partners | Creditor, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11027954 | Jeffrey M. Schlerf | (302) 622-4212 ext. | Fox Rothschild LLP | Creditor, Joseph Farnan / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11032802 | J. Christopher Shore | (212) 819-8394 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11032568 | Eric Stodola | (212) 530-5663 ext. | Milbank LLP | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11033224 | Vikas Tandon | (310) 286-2929 ext. | JMB Capital Partners Lending, LLC | DIP Lender, JMB Capitol Partners Lending LLC / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11032588 | Theresa Trzaskoma | (212) 202-3294 ext. | Sher Tremonte LLP | Interested Party, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11029847 | John W. Weiss | (212) 210-9412 ext. | Alston & Bird LLP | Creditor, US Bank National / LISTEN ONLY |