**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) | Jointly Administered |
|  | ) ) | **Ref. Docket No. 2227** |
|  | ) ) ) ) ) | **Hearing Date: February 17, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: February 4, 2021 at 4:00 p.m. (ET)** |

**NOTICE OF FILING OF PROPOSED REDACTED
VERSION OF DEBTORS' OBJECTION TO PATRIARCH'S MOTION TO TREAT
FEBRUARY 17 HEARING AS NON-EVIDENTIARY HEARING ON GATING ISSUES
WITH RESPECT TO DEBTORS' MOTION PURSUANT TO PARAGRAPHS 18 AND 20
OF THE SETTLEMENT AGREEMENT TO COMPEL REFUND OF AMOUNTS
PAID TO PATRIARCH STAKEHOLDERS AND FOR RELATED RELIEF**

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE PATRIARCH STAKEHOLDERS; (III) COUNSEL TO U.S. BANK, AS INDENTURE TRUSTEE; (IV) COUNSEL TO MBIA INSURANCE COMPANY; (V) COUNSEL TO THE ZOHAR III CONTROLLING CLASS; AND (VI) ANY PARTY THAT HAS REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that on January 4, 2021, the debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "Debtors") filed the *Debtors' Objection to Patriarch's Motion to Treat February 17 Hearing as Non-Evidentiary Hearing on Gating Issue With Respect to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and For Related Relief* [Docket No. 2227] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the proposed redacted version of the Objection (the "Proposed Redacted Document"), attached hereto as **Exhibit A.**

**PLEASE TAKE FURTHER NOTICE** that contemporaneously with the filing of the Proposed Redacted Document, the Debtors have filed the *Debtors' Motion for Entry of an Order Authorizing the Filing of Portions of the Debtors' Objection to Patriarch's Motion to Treat*

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

27591193.1

*February 17 Hearing as Non-Evidentiary Hearing on Gating Issue With Respect to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and For Related Relief Under Seal* (the "Motion to Seal").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Proposed Redacted Document must be filed on or before **February 4, 2021 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION TO SEAL WILL BE HELD ON **FEBRUARY 17, 2021 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE KAREN B. OWENS, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION TO SEAL WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Dated: January 21, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>        rbrady@ycst.com<br>        mnestor@ycst.com<br>        jbarry@ycst.com<br>        rbartley@ycst.com<br>        sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |