# Court Conference

Calendar Date: 02/18/2021
Calendar Time: 01:00 PM ET

## U.S. Bankruptcy Court-District of Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Karen B. Owens Courtroom

*Amended Calendar  Feb 18 2021  9:45AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Zohar III, Corp. | 18-10512 | Hearing | 11101764 | Richard Archer | (646) 783-7101 ext. | Law360 | Interested Party, Law360 / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11099646 | Joshua Arnold | (212) 504-6360 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11099576 | Ingrid Bagby | (212) 504-6894 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11100460 | Rose Bagley | (212) 715-9511 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11100426 | Joseph M. Barry | (302) 571-6705 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11100438 | Ryan M. Bartley | (302) 571-5007 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11100430 | Robert S. Brady | (302) 571-5713 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11100381 | Alix Brozman | (914) 672-8959 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11101667 | Steven H. Church | (302) 661-7606 ext. | Bloomberg LP | Non-Party, Bloomberg News / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11101593 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Creditor, MBIA Insurance Corporation / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11099725 | Pratik Desai | (212) 303-9480 ext. | Bardin Hill Investment Partners | Interested Party, Barden Hill Investment Partners / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11099379 | Jonathan Edwards | (404) 881-4985 ext. | Alston & Bird LLP | Creditor, US Bank / LIVE |
| | | Zohan III, Corp. | 18-10512 | Hearing | 11099890 | Jeffrey A. Fuisz | (212) 836-8317 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Bardin Hill Investment Partners / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11100135 | Mary Kate George | (212) 530-5367 ext. | Milbank, LLP | Interested Party, Ankura Trust / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11099742 | John Greene | (212) 303-9480 ext. | Bardin Hill Investment Partners | Interested Party, Bardin Hill Investement Partners / LIVE |

| Case | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Zohar III, Corp. | 18-10512 | Hearing | 11100117 | Andrew Harmeyer | (212) 530-8055 ext. | Milbank LLP | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11100099 | Brett M. Haywood | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11100524 | Samuel Hershey | (914) 582-1628 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11100850 | Robert M. Hirsh | (973) 597-2500 ext. | Lowenstein Sandler, LLP | Lender(s), JMB Capital Partners Lending, LLC. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11099651 | Kevin Hoyos | (212) 504-6085 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11100534 | Michael Katzenstein | (214) 384-4909 ext. | FTI Consulting, Inc. | Debtor, Zohar III, Corp / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11100463 | Jared Kochenash | (302) 571-6559 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11100531 | Charles Koster | (212) 819-7845 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11102157 | Danielle Lesser | (212) 735-8600 ext. | Morrison Cohen, LLP | Creditor, Company 3 / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11099874 | Brian J. Lohan | (312) 583-2403 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Bardin Hill Investment Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11099676 | Monica K. Loseman | (303) 298-5784 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11100553 | Chris Mackey | (212) 887-1196 ext. | MB Global Partners | Interested Party, Chris Mackey / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11099641 | Michele C. Maman-Cohen | (212) 504-6975 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11102141 | Joseph T. Moldovan | (212) 735-8600 ext. | Morrison Cohen, LLP | Creditor, Company 3 / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11100540 | Edward Moser | (212) 651-7152 ext. | FTI Consulting | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11100419 | Michael Nestor | (302) 571-6600 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11100518 | Amanda Parra Criste | (305) 995-5275 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11099711 | Morgan L. Patterson | (302) 252-4326 ext. | Womble Bond Dickinson (US) LLP | Interested Party, Bardin Hill Investment Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11099671 | Norman L. Pernick | (302) 651-2001 ext. | Cole Schotz P.C. | Creditor, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11099581 | Gregory Petrick | (212) 504-6373 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Zohar III, Corp. | 18-10512 | Hearing | 11100498 | Brian Pfeiffer | (212) 819-8200 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11100536 | Claudio Phillips | (212) 887-1192 ext. | MB Global Partners | Interested Party, MB Global Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11100447 | Shane M. Reil | (302) 571-6745 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11099729 | Juliet Sarkessian | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Juliet Sarkessian / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11101651 | Carolyn Schiff | (212) 825-0550 ext. | Patriarch Partners | Interested Party, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11099691 | Jeffrey M. Schlerf | (302) 622-4212 ext. | Fox Rothschild LLP | Creditor, Joseph Farnan / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11100474 | J. Christopher Shore | (212) 819-8394 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11100125 | Eric Stodola | (212) 530-5663 ext. | Milbank LLP | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11100864 | Vikas Tandon | (310) 286-2929 ext. | JMB Capital Partners Lending, LLC | Lender(s), Vikas Tandon / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11099375 | John W. Weiss | (212) 210-9412 ext. | Alston & Bird LLP | Creditor, US Bank National / LIVE |