IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) | Jointly Administered |

## DECLARATION OF MICHAEL KATZENSTEIN
## REGARDING COLLATERAL MANAGER TRANSITION

I, Michael Katzenstein, declare under penalty of perjury that:

1.  I am a Senior Managing Director of FTI Consulting, Inc. ("FTI"), based out of FTI's office at Three Times Square, 9th Floor New York, NY, 10036.  By order dated June 11, 2018, this Court authorized and approved my appointment as the Chief Restructuring Officer (the "CRO") for the above-captioned debtors and debtors-in-possession (collectively, the "Debtors" or the "Zohar Funds") effective as of May 21, 2018.

2.  On February 17, 2021, the Court held a hearing (the "Hearing") on *Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief* [Docket No. 1903] (the "Patriarch Motion").

3.  I was present at the Hearing and have also reviewed the transcript of the proceedings.

4.  At the conclusion of the presentation of the Patriarch Motion, the Court requested the following to supplement the record:

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

27778665.1

And I would like to know, and I'm going to ask you to supplement the record by submitting a declaration within five business days of what AMZM has received under paragraph 16, in terms of its reasonable transition costs under that paragraph.

And although you have said that you don't think they have submitted anything for reimbursement from the estate, I would like to know if that is actually true, so I would ask you to submit that within five business days.

5.  I, or those working at my direction, have reviewed the Debtors' business records since approval of the Settlement Agreement and my counsel has consulted with counsel to Alvarez & Marsal Zohar Management, LLC ("AMZM").

6.  Based on the foregoing, AMZM has neither requested nor received reimbursement of any transition costs from the Debtors under paragraph 16 of the Settlement Agreement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 25, 2021

*/s/ Michael Katzenstein*
Michael Katzenstein

27778665.1