## **CERTIFICATE OF SERVICE**

      I, Christopher A. Lewis, certify that I am not less than 18 years of age, and that on April 1, 2021, a copy of the foregoing document was electronically filed via CM/ECF and served via CM/ECF upon all parties registered to receive CM/ECF notices in these cases, and I caused copies to be served upon the following persons via electronic mail:

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>James L. Patton, Jr., Esq.<br>Robert S. Brady, Esq.<br>Michael R. Nestor, Esq.<br>Joseph M. Barry, Esq.<br>Ryan M. Bartley, Esq.<br>Shane M. Reil, Esq.<br>Jared W. Kochenash, Esq.<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>jpatton@ycst.com<br>rbrady@ycst.com<br>mnestor@ycst.com<br>jbarry@ycst.com<br>rbartley@ycst.com<br>sreil@ycst.com<br>jkochenash@ycst.com | COLE SCHOTZ P.C.<br>Norman L. Pernick, Esq.<br>Patrick J. Reilley, Esq.<br>G. David Dean, Esq.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>npernick@coleschotz.com<br>preilley@coleschotz.com<br>ddean@coleschotz.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Monica K. Loseman, Esq.<br>1801 California Street, Suite 4200<br>Denver, CO 80202-2642<br>mloseman@gibsondunn.com<br><br>OFFICE OF THE UNITED STATES TRUSTEE<br>Attn: Juliet M. Sarkessian, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>juliet.m.sarkessian@usdoj.gov |

      Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 1, 2021                    */s/ Christopher A. Lewis*
                                                              Christopher A. Lewis