# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Zohar III, Corp. *et al.*, | Case No. 18-10512 (KBO) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Terence K. McLaughlin of Morrison Cohen LLP to represent Portfolio Company C[1] in the above-captioned cases and any related adversary proceedings.

Dated: April 5, 2021

*/s/ Steven D. Adler*
Steven D. Adler (No. 6257)
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Email: sadler@bayardlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 5, 2021

*/s/ Terence K. McLaughlin*
Terence K. McLaughlin
**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
Telephone: (212) 735-8754
Email: tmclaughlin@morrisoncohen.com

---

[1] The alias "Portfolio Company C" is being used in light of the confidential nature of the transaction to this point.

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: April 5th, 2021**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**