# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
| Debtors. | ) Jointly Administered |
| | ) **Ref. Docket No. 2366** |

## ORDER APPROVING INTERIM FEE APPLICATION OF THE DEBTORS' PROFESSIONALS FOR THE PERIOD FROM DECEMBER 1, 2020 THROUGH FEBRUARY 28, 2021

Upon consideration of the interim fee applications of certain of the professionals retained in these chapter 11 cases by the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Court-appointed fee examiner, Direct Fee Review LLC ("DFR", and together with such professionals retained by the Debtors, the "Professionals"), for allowance of compensation and reimbursement of expenses, on an interim basis, for the period from December 1, 2020 through February 28, 2021 (collectively, the "Interim Fee Application"); and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that notice of the Interim Fee Application was appropriate; and after due deliberation and sufficient good cause appearing therefore; it is hereby:

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

27882995.1

ORDERED, that the Interim Fee Application is hereby APPROVED, on an interim basis, in the amounts set forth on <u>Exhibit A</u> attached hereto; and it is further

ORDERED, that the Professionals are granted interim allowance of compensation in the amounts set forth on <u>Exhibit A</u> attached hereto; and it is further

ORDERED, that the Professionals are granted, on an interim basis, reimbursement of expenses in the amounts set forth on <u>Exhibit A</u> attached hereto; and it is further

ORDERED, that the Debtors are authorized and directed, as provided herein, to remit, or caused to be remitted, payment in the amounts set forth on <u>Exhibit A</u> attached hereto, less any and all amounts previously paid on account of such fees and expenses; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: April 7th, 2021  
Wilmington, Delaware

**KAREN B. OWENS**  
**UNITED STATES BANKRUPTCY JUDGE**

27882995.1