## **EXHIBIT A**

| PROFESSIONAL | FEES | EXPENSES |
|---|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>Counsel to the Debtors<br>12/1/20 – 2/28/21 | $2,491,153.00[1] | $191,058.79 |
| Direct Fee Review LLC<br>Fee Examiner<br>12/1/20 – 12/31/20 | $3,442.50 | $0.00 |

---

[1] This amount reflects a reduction in the amount of $3,201.50 previously referenced in the Fee Examiner's Report [Docket No. 2379].

27882995.1