## EXHIBIT A

| PROFESSIONAL | FEES | EXPENSES |
|---|---|---|
| KPMG LLP<br>Tax Compliance and Consulting Services Provider to Debtors<br>8/6/20 – 11/30/20 | $1,653,474.90 | $110.60 |

27949896.1