IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
| Debtors. | ) Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 13, 2021 AT 11:30 A.M. (ET)**

**PLEASE NOTE THAT THE HEARING WILL BE CONDUCTED OVER ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PARTIES WHO PREVIOUSLY REGISTERED SHOULD USE THE ZOOM CREDENTIALS ISSUED IN CONNECTION WITH THE APRIL 8TH HEARING**

**Please use the following link to register for this hearing:**
https://debuscourts.zoomgov.com/meeting/register/vJIsf-yurjopHS3qfxk0zZm2dsW3AVa1GmY

**AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

## MATTER GOING FORWARD

1. Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement With Respect to a Portfolio Company Sale and (B) Granting Related Relief [(SEALED) D.I. 2388; 3/23/21; (REDACTED) D.I. 2446; 4/7/21]

    Related Documents:

    A. Declaration of Mark Berger, Independent Sale Process Manager in Support of Portfolio Company Sale and Related Relief [(SEALED) D.I. 2389; 3/23/21; (REDACTED) D.I. 2447; 4/7/21]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

B.     Declaration of James C. Penman, Managing Direct of Donnelly Penman & Partners in Support of Portfolio Company Sale and Related Relief [(SEALED) D.I. 2390; 3/23/21; (REDACTED) D.I. 2448; 4/7/21]

C.     Declaration of Lynn Tilton in Support of Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement With Respect to a Portfolio Company Sale and (B) Granting Related Relief [(SEALED) D.I. 2391; 3/23/21; (REDACTED) D.I. 2449; 4/7/21]

D.     Notice of Hearing on Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement With Respect to a Portfolio Company Sale and (B) Granting Related Relief [D.I. 2399; 3/23/21]

E.     Notice of Filing of Amendment to Asset Purchase Agreement [(SEALED) D.I. 2444; 4/7/21; (REDACTED) D.I. TBD; TBD]

F.     Motion of Patriarch For Entry of an Order Authorizing Filing of (I) Patriarch's Motion For Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement With Respect to a Portfolio Company Sale and (B) Granting Related Relief; (II) Related Declarations in Support and (III) Reply in Support Under Seal [D.I. 2451; 4/7/21]

G.     Order Pursuant to 11 U.S.C. § 107(b) and Federal Rule of Bankrupty Procedure 9018 to Seal the Courtroom During the Presentation of Confidential Information at the Hearings Scheduled to Begin on April 8, 2021 on the Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement With Respect to a Portfolio Company Sale and (B) Granting Related Relief [D.I. 2456; 4/9/21]

<u>Response Deadline</u>:            March 31, 2021 at 12:00 p.m. (ET)

<u>Reply Deadline</u>:                April 5, 2021 at 4:00 p.m. (ET)

<u>Responses Received</u>:

H.     Debtors' Objection to Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement With Respect to a Portfolio Company Sale and (B) Granting Related Relief [(SEALED) D.I. 2412; 3/31/21; (REDACTED) D.I. 2452; 4/7/21]

I.     Patriarch's Reply in Support of (I) Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement With Respect to a Portfolio Company Sale and (B) Granting Related Relief; and (II) Related Motion to Seal [(SEALED) D.I. 2437; 4/5/21; (REDACTED) D.I. 2450; 4/7/21]

J.      Limited Joinder to Patriarch's Motion for an Order Approving Proposed Sale of the Assets of the Company [(SEALED) D.I. 2453; 4/7/21; (REDACTED) D.I. TBD; TBD]

K.      Letter to The Honorable Karen B. Owens from Stacy L. Newman Regarding Sale of Global Automotive Systems, LLC [D.I. 2465; 4/9/21]

L.      Letter to The Honorable Karen B. Owens from Joseph T. Moldovan Regarding MiddleGround Capital Partners Letter on Portfolio Company C Sale [(SEALED D.I. 2468; 4/11/21; (REDACTED) D.I. 2470; 4/12/21]

Status:      The Court has taken this matter under advisement and will issue a ruling at the hearing on April 13th.

Dated: April 12, 2021
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Shane M. Reil*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
      rbrady@ycst.com
      mnestor@ycst.com
      jbarry@ycst.com
      rbartley@ycst.com
      sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*

27987021.1