IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 16, 2021 AT 9:00 A.M. (ET)**

---

**THIS HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM AND REQUIRES ALL
PARTICIPANTS TO <u>REGISTER IN ADVANCE</u>.  COURTCALL WILL NOT BE USED TO DIAL IN.**

**Please use the following link to register for this hearing:**
**https://debuscourts.zoomgov.com/meeting/register/vJIsfu2urj0jH5Lu3rREbhoGBFDPtuWSQ3E**

**AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A
CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

---

**RESOLVED MATTERS**

1.      Amended Notice of Binding Portfolio Company (PDP) Transaction Pursuant to Portfolio
        Company Transaction Procedures [D.I. 2406; 3/29/21]

        Related Documents:

        A.      Order Approving and Authorizing the Settlement Agreement By and Between the
                Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the
                Zohar III Controlling Class [D.I. 266; 5/21/18]

        B.      Order Approving Independent Director Service Agreement and Indemnification
                Agreement [D.I. 345; 6/26/18]

        C.      Motion of the Debtors for Entry of an Order in Aid of Implementation of the Global
                Settlement Agreement Approved in These Cases Establishing Certain Procedures

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar
III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar
II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI
Consulting, Inc., New York, NY 10036.

for the Independent Directors' Approval of Monetization Transactions and Related Relief [D.I. 481; 10/23/18]

D.    Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Director's Approval of Monetization Transactions and Related Relief [D.I. 545; 11/9/18]

E.    Notice of Binding Portfolio Company (PDP) Transaction Pursuant to Portfolio Company Transaction Procedures [D.I. 2404; 3/27/21]

F.    Notice of Hearing [D.I. 2410; 3/30/21]

G.    Certification of Counsel Regarding Revised Proposed Order Approving Consummation of Portfolio Company Transaction (PDP) [D.I. 2477; 4/13/21]

H.    Order Approving Consummation of Portfolio Company Transaction [D.I. 2480; 4/14/21]

Response Deadline:                    April 12, 2021 at 4:00 p.m. (ET)

Responses Received:

I.    Patriarch's Limited Objection and Reservation of Rights to the Notice of Binding Portfolio Company (PDP) Transaction Pursuant to Portfolio Company Transaction Procedures [D.I. 2471; 4/12/21]

Status:        An order has been entered by the Court.  No hearing is required.

2.    Notice of Binding Portfolio Company (Croscill) Real Estate Transaction Pursuant to Portfolio Company Transaction Procedures [D.I. 2423; 4/1/21]

Related Documents:

A.    Order Approving and Authorizing the Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class [D.I. 266; 5/21/18]

B.    Order Approving Independent Director Service Agreement and Indemnification Agreement [D.I. 345; 6/26/18]

C.    Motion of the Debtors for Entry of an Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Directors' Approval of Monetization Transactions and Related Relief [D.I. 481; 10/23/18]

27990230.2

D.    Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Director's Approval of Monetization Transactions and Related Relief [D.I. 545; 11/9/18]

E.    Certificate of No Objection [D.I. 2478; 4/13/21]

F.    Order Approving Consummation of Portfolio Company Real Estate Transaction [D.I. 2481; 4/14/21]

Response Deadline:              April 12, 2021 at 4:00 p.m. (ET)

Responses Received:          None

Status:       An order has been entered by the Court.  No hearing is required.

## MATTER GOING FORWARD

3.    Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement With Respect to a Portfolio Company Sale and (B) Granting Related Relief [(SEALED) D.I. 2388; 3/23/21; (REDACTED) D.I. 2446; 4/7/21]

Related Documents:

A.    Declaration of Mark Berger, Independent Sale Process Manager in Support of Portfolio Company Sale and Related Relief [(SEALED) D.I. 2389; 3/23/21; (REDACTED) D.I. 2447; 4/7/21]

B.    Declaration of James C. Penman, Managing Direct of Donnelly Penman & Partners in Support of Portfolio Company Sale and Related Relief [(SEALED) D.I. 2390; 3/23/21; (REDACTED) D.I. 2448; 4/7/21]

C.    Declaration of Lynn Tilton in Support of Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement With Respect to a Portfolio Company Sale and (B) Granting Related Relief [(SEALED) D.I. 2391; 3/23/21; (REDACTED) D.I. 2449; 4/7/21]

D.    Notice of Hearing on Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement With Respect to a Portfolio Company Sale and (B) Granting Related Relief [D.I. 2399; 3/23/21]

E.    Notice of Filing of Amendment to Asset Purchase Agreement [(SEALED) D.I. 2444; 4/7/21; (REDACTED) D.I. TBD; TBD]

F.    Motion of Patriarch For Entry of an Order Authorizing Filing of (I) Patriarch's Motion For Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement With Respect to a Portfolio Company Sale and (B) Granting

27990230.2

Related Relief; (II) Related Declarations in Support and (III) Reply in Support Under Seal [D.I. 2451; 4/7/21]

G.      Order Pursuant to 11 U.S.C. § 107(b) and Federal Rule of Bankrupty Procedure 9018 to Seal the Courtroom During the Presentation of Confidential Information at the Hearings Scheduled to Begin on April 8, 2021 on the Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement With Respect to a Portfolio Company Sale and (B) Granting Related Relief [D.I. 2456; 4/9/21]

Response Deadline:              March 31, 2021 at 12:00 p.m. (ET)

Reply Deadline:                 April 5, 2021 at 4:00 p.m. (ET)

Responses Received:

H.      Debtors' Objection to Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement With Respect to a Portfolio Company Sale and (B) Granting Related Relief [(SEALED) D.I. 2412; 3/31/21; (REDACTED) D.I. 2452; 4/7/21]

I.      Patriarch's Reply in Support of (I) Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement With Respect to a Portfolio Company Sale and (B) Granting Related Relief; and (II) Related Motion to Seal [(SEALED) D.I. 2437; 4/5/21; (REDACTED) D.I. 2450; 4/7/21]

J.      Limited Joinder to Patriarch's Motion for an Order Approving Proposed Sale of the Assets of the Company [(SEALED) D.I. 2453; 4/7/21; (REDACTED) D.I. TBD; TBD]

K.      Letter to The Honorable Karen B. Owens from Stacy L. Newman Regarding Sale of Global Automotive Systems, LLC [D.I. 2465; 4/9/21]

L.      Letter to The Honorable Karen B. Owens from Joseph T. Moldovan Regarding MiddleGround Capital Partners Letter on Portfolio Company C Sale [(SEALED D.I. 2468; 4/11/21; (REDACTED) D.I. 2470; 4/12/21]

Status:     The parties are reviewing the proposed form of order.  The matter is going forward, if at all, only with respect to the form of order.

27990230.2

4

Dated: April 14, 2021          YOUNG CONAWAY STARGATT & TAYLOR, LLP
      Wilmington, Delaware

*/s/ Michael R. Nestor*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
      rbrady@ycst.com
      mnestor@ycst.com
      jbarry@ycst.com
      rbartley@ycst.com
      sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*