

Natasha M. Songonuga
Director

Gibbons P.C.
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801-1671
Direct: 302-518-6324 Fax: 302-397-2139
nsongonuga@gibbonslaw.com

April 19, 2021

The Honorable Karen B. Owens
United States Bankruptcy Court for the District of Delaware
824 North Market Street
6th Floor, Courtroom 3
Wilmington, Delaware 19801

> **Re:**   **In re: Zohar III, Corp, et. al., Case No. 18-10512 (KBO) (collectively, "Debtors") – Sale of Global Automotive Systems, LLC**

Dear Judge Owens:

We are counsel to DUS Operating, Inc. ("DUS"). We write to follow up on our April 15, 2021 letter regarding the sale of Global Automotive Systems, LLC ("GAS"). We have reviewed counsel's amended proposed form of order approving the Asset Purchase Agreement. At the hearing on April 16, 2021 (the "April 16 Hearing") the Court made clear, among other things, that the sale being approved by the Court was not intended to affect the rights of parties not before the Court, including DUS. As discussed at the April 16 Hearing and as agreed to by the moving parties and set forth in paragraph 8 of the revised proposed form of order, any claims that third-party creditor DUS may in fact have against Global Automotive Systems, LLC are not being prejudiced in any way by the asset sale or the Court's approval of the asset sale; and any language in the order approving the sale or in the Asset Purchase Agreement about such assets being transferred to Advanced Vehicle Assemblies LLC ("AVA") "free and clear" of any claims, encumbrances, etc. is not intended to prejudice in any way claims by DUS against AVA – in the event such claims ever become necessary – to enforce and/or collect on DUS' claims against Global Automotive Systems, LLC. With this understanding, we agree to the proposed order and withdraw any objection to the asset sale.

Respectfully submitted,

/s/ *Natasha M. Songonuga*

Natasha M. Songonuga
Director

2890638.2 116760-104595

Gibbons P.C.

April 19, 2021
Page 2


cc: James L. Patton, Jr, (counsel to the Debtors via email)
   Joseph Barry (counsel to the Debtors via email)
   Neil B. Glassman (counsel to Portfolio Company C via email)
   jmoldovan@morrisoncohen.com ((counsel to Portfolio Company C via email)
   Norman L. Pernick (counsel to Lynn Tilton and the Patriarch Stakeholders via email)
   Monica K. Loseman (counsel to Lynn Tilton and the Patriarch Stakeholders via email)
   Brian Pfeiffer (counsel to Joseph Farnan the Debtors' Independent Director via email)