# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp. *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related D.I.: 2524** |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION OF GLOBAL AUTOMOTIVE SYSTEMS, LLC FOR ENTRY OF AN ORDER AUTHORIZING GLOBAL AUTOMOTIVE SYSTEMS, LLC TO FILE UNDER SEAL THE LETTER TO THE HONORABLE KAREN B. OWENS REGARDING MIDDLEGROUND CAPITAL PARTNERS LETTER

The undersigned counsel hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Motion of Global Automotive Systems, LLC for Entry of an Order Authorizing Global Automotive Systems, LLC to File Under Seal the Letter to the Honorable Karen B. Owens Regarding Middleground Capital Partners Letter* [D.I. 2524] (the "**Motion**"), filed on April 22, 2021. The undersigned further certifies that after reviewing the Court's docket in these cases, no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by no later than April 29, 2021 at 4:00 p.m. (ET).

It is hereby respectfully requested that an order approving the Motion be entered at the Court's earliest convenience.

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

Dated: May 4, 2021  
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Evan T. Miller*
Neil B. Glassman (No. 2087)
Evan T. Miller (No. 5364)
Steven D. Adler (No. 6257)
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000
Email: nglassman@bayardlaw.com
      emiller@bayardlaw.com
      sadler@bayardlaw.com

-and-

Joseph T. Moldovan, Esq. (admitted *pro hac vice*)
**MORRISON COHEN LLP**
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
Email: jmoldovan@morrisoncohen.com

*Counsel to Global Automotive Systems, LLC*