# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 13, 2021 AT 8:30 A.M. (ET)

**THIS HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**Please use the following link to register for this hearing:**
**https://debuscourts.zoomgov.com/meeting/register/vJIsduuorToqGRY18WZU8CKwInz3BOpNUTo**

**AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

### MATTERS GOING FORWARD

1. Dispute Raised in Accordance with Amended Order Establishing Certain Guidelines and Milestones in Furtherance of the Monetization Process for the Group A and Group B Portfolio Companies [(SEALED) D.I. 1751; 7/2/20; (REDACTED) D.I. 1754; 7/2/20]

    Related Documents:

    A. Letter to The Honorable Karen B. Owens from Monica K. Loseman Regarding Monetization Dispute [(SEALED) D.I. 2542; 4/30/21; (REDACTED) D.I. TBD; TBD]

    B. Notice of Hearing on Monetization Dispute with Respect to April 30, 2021 Letter to The Honorable Karen B. Owens [D.I. 2552; 5/5/21]

    C. Motion of Zohar III Controlling Class to Seal its Letter to the Honorable Karen B. Owens Dated May 3, 2021 [D.I. 2556; 5/6/21]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

    D.    Patriarch's Motion For Order to Seal the Courtroom During the Presentation of Confidential Information at the Hearing Scheduled For May 13, 2021 Regarding Monetization Process Dispute [D.I. 2557; 5/6/21]

    E.    Declaration of Daniel Tobin in Support of the Debtors' Position in Their May 3, 2021 Letter [(SEALED) D.I. 2565; 5/10/21; (REDACTED) D.I. TBD; TBD]

    F.    Declaration of Michael Katzenstein in Support of the Debtors' Postiion in Their May 3, 2021 Letter [(SEALED) D.I. 2566; 5/10/21; (REDACTED) D.I. TBD; TBD]

    G.    Declaration of Lynn Tilton in Connection with the Stila Styles, LLC Monetization Process [(SEALED) D.I. 2567; 5/10/21; (REDACTED) D.I. TBD; TBD]

    H.    Declaration of Anthony Giuliano in Connection with the Stila Styles, LLC Monetization Process [(SEALED) D.I. 2568; 5/10/21; (REDACTED) D.I. TBD; TBD]

Response Deadline:    N/A

Responses Received:

    I.    Letter to The Honorable Karen B. Owens from Ryan M. Bartley in Response to Monica K. Loseman's Monetization Dispute Letter [(SEALED) D.I. 2544; 5/3/21; (REDACTED) D.I. TBD; TBD]

    J.    Letter to The Honorable Karen B. Owens from Brian J. Lohan in Response to Monica K. Loseman's Monetization Dispute Letter [(SEALED) D.I. 2546; 5/3/21; (REDACTED) D.I. TBD; TBD]

Status:    This matter is going forward. Four witnesses have submitted declarations (items E through H), and the parties have agreed to proceed with direct examination by declaration only, subject to the right to cross examine each witness.

2.    Motion of Zohar III Controlling Class to Seal its Letter to the Honorable Karen B. Owens Dated May 3, 2021 [D.I. 2556; 5/6/21 [D.I. 2556; 5/6/21]

    Related Documents:

    A.    Letter to The Honorable Karen B. Owens from Brian J. Lohan in Response to Monica K. Loseman's Monetization Dispute Letter [(SEALED) D.I. 2546; 5/3/21; (REDACTED) D.I. TBD; TBD]

Response Deadline:    At the hearing

Responses Received:           None as of this date

Status:       This matter is going forward.

3. Patriarch's Motion For Order to Seal the Courtroom During the Presentation of Confidential Information at the Hearing Scheduled For May 13, 2021 Regarding Monetization Process Dispute [D.I. 2557; 5/6/21]

    Related Documents:

    A.  Motion for Order Pursuant to Bankruptcy Rule 9006-1(e) Shortening Notice Period for Patriarch's Motion For Order to Seal the Courtroom During the Presentation of Confidential Information at the Hearing Scheduled For May 13, 2021 Regarding Monetization Process Dispute [D.I. 2558; 5/6/21]

    B.  Order Granting Motion for Order Pursuant to Bankruptcy Rule 9006-1(e) Shortening Notice Period for Patriarch's Motion for Order to Seal the Courtroom During the Presentation of Confidential Information at the Hearing Scheduled for May 13, 2021 Regarding Monetization Process Dispute [D.I. 2560; 5/7/21]

    C.  Notice of Hearing on Patriarch's Motion For Order to Seal the Courtroom During the Presentation of Confidential Information at the Hearing Scheduled For May 13, 2021 Regarding Monetization Process Dispute [D.I. 2561; 5/7/21]

    Response Deadline:            May 12, 2021 at 4:00 p.m. (ET)

    Responses Received:           None as of this date

    Status:       This matter is going forward.

| | |
|---|---|
| Dated: May 11, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ryan M. Bartley*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>            rbrady@ycst.com<br>            mnestor@ycst.com<br>            jbarry@ycst.com<br>            rbartley@ycst.com<br>            sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |