# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered<br><br>**Objection Deadline: June 14, 2021 at 4:00 p.m. (ET)** |

### NOTICE OF FILING OF STAFFING AND COMPENSATION REPORT OF FTI CONSULTING, INC. FOR THE PERIOD OF APRIL 1, 2021 THROUGH AND INCLUDING APRIL 30, 2021

**PLEASE TAKE NOTICE** that, in accordance with that certain *Order Authorizing and Approving,* Nunc Pro Tunc *to May 21, 2018, the Agreement With FTI Consulting, Inc. to Provide (i) Michael Katzenstein as the Debtors' Chief Restructuring Officer, (ii) Hourly Temporary Staff, and (ii) Services Related Thereto*, entered on June 11, 2018 (the "Retention Order"), FTI Consulting, Inc. ("FTI") has filed its staffing and compensation report for the period of April 1, 2021 through and including April 30, 2021 (the "Staffing and Compensation Report") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Staffing and Compensation Report (each, an "Objection") must be made in accordance with the Retention Order and must be filed and served upon the undersigned counsel so as to be received on or before June 14, 2021 at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

28165720.1

**PLEASE TAKE FURTHER NOTICE** that in the event an Objection is raised and not consensually resolved between the Debtors, FTI, and the objecting party, all compensation reported in this Staffing and Compensation Report shall be subject to review by the Court.

**PLEASE TAKE FURTHER NOTICE** that, subject to any Objections as set forth above and in the Retention Order, the Debtors are authorized, but not directed, to pay, in the ordinary course of business, all amounts invoiced by FTI for fees and expenses incurred in connection with FTI's retention.

Dated: May 25, 2021
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Shane M. Reil*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
      rbrady@ycst.com
      mnestor@ycst.com
      jbarry@ycst.com
      rbartley@ycst.com
      sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*

28165720.1