# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date:** N/A |
| | **Objection Deadline:** N/A |

**DEBTORS' MOTION TO SHORTEN NOTICE PERIOD WITH RESPECT TO THE DEBTORS' MOTION, PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019, FOR AN ORDER APPROVING AND AUTHORIZING THE STIPULATION OF SETTLEMENT BY AND AMONG MARK G. DEGIACOMO, THE CHAPTER 7 TRUSTEE OF NETVERSANT SOLUTIONS III, LLC, ZOHAR CDO 2003-1, LIMITED, <u>ZOHAR II 2005-1, LIMITED, AND ZOHAR III, LIMITED</u>**

The above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") hereby file this motion (the "<u>Motion to Shorten</u>"), pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and Rule 9006-1(e) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), for the entry of an order, substantially in the form attached hereto as **Exhibit A**, shortening the time for notice to consider the *Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, for an Order Approving and Authorizing the Stipulation of Settlement By and Among Mark G. DeGiacomo, the Chapter 7 Trustee of Netversant Solutions III, LLC, Zohar CDO 2003-1, Limited, Zohar II 2005-1, Limited, and Zohar*

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

28200286.3

*III, Limited* (the "9019 Motion"), which is being filed concurrently with this motion. In support of this Motion to Shorten, the Debtors respectfully state as follows:

### RELIEF REQUESTED

1. The Debtors request that the Court enter an order (a) shortening the time for notice of the hearing to consider the 9019 Motion so that the matter may be heard at the hearing previously scheduled for June 22, 2021 at 1:00 p.m. (ET) (the "Hearing"), and (b) setting an objection deadline of June 17, 2021 at 4:00 p.m. (ET) for filing and serving any objections to the 9019 Motion.

### BASIS FOR RELIEF REQUESTED

2. The Bankruptcy Rules require twenty-one (21) days' notice prior to the hearing date on motions for the approval of the compromise or settlement of claims. *See* Fed. R. Bankr. P. 2002(a)(2)-(3). Pursuant to Local Rule 9006-1(e), however, such period may be shortened by order of the Court upon written motion specifying the exigencies supporting shortened notice.

3. Sufficient cause exists to justify shortening the notice period for the Hearing to consider the 9019 Motion. By the 9019 Motion, the Debtors seek approval of the Stipulation of Settlement, whereby the Zohar Funds (as described in the 9019 Motion) have agreed to accept payment of $75,000.00 as final and full satisfaction of its claim against Netversant Solutions III, LLC. In light of the extremely limited assets in the Netversant Solutions III, LLC ("Netversant") bankruptcy estate, and the costs attendant to litigating the disputes that have been raised in that case with respect to the Debtors' claims against Netversant, an expeditious resolution of the Debtors' interests in those cases, as well as the related settlements that will be put before the Massachusetts bankruptcy court, will be in the best interests of these Debtors', all as more fully described in the 9019 Motion. The Debtors have moved expeditiously to negotiate and document this settlement and prepare papers to approve the settlement. However, the Chapter 7

28200286.3

Trustee in the Netversant case required in the settlement that the Debtors use commercially reasonable best efforts to obtain this Court's approval by June 30, 2021.

4. There is currently an omnibus hearing scheduled for June 22, 2021, and the Debtors are requesting permission to schedule the 9019 Motion for that hearing. The Debtors propose that the Court establish a deadline of June 17, 2021, to object to the 9019 Motion, thereby giving such parties nine (9) days to respond to the 9019 Motion, while allowing the Debtors sufficient time to address any responses that may be filed to the 9019 Motion. The Debtors believe that interested parties will have reasonable notice of the 9019 Motion prior to the proposed objection deadline and requested Hearing date.

5. In light of the foregoing, allowing the 9019 Motion to be heard on shortened notice is appropriate and is in the best interest of the Debtors and their stakeholders.

*[remainder of page left intentionally blank]*

28200286.3

WHEREFORE, the Debtors respectfully request the entry of an order, substantially in the form as attached hereto as **Exhibit A**, (a) shortening the time for notice of the hearing to consider the 9019 Motion so that the matter may be heard at the hearing previously scheduled for June 22, 2021 at 1:00 p.m. (ET), and (b) setting a deadline of June 17, 2021 at 4:00 p.m. (ET) for filing and serving any objections to the 9019 Motion.

Dated: Wilmington, Delaware
June 8, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ryan M. Bartley*

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4421)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
rbrady@ycst.com
mnestor@ycst.com
jbarry@ycst.com
rbartley@ycst.com

*Counsel to the Debtors and Debtors-in-Possession*