**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 2610 |

**ORDER SHORTENING NOTICE AND OBJECTION PERIODS WITH RESPECT TO THE DEBTORS' MOTION, PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019, FOR AN ORDER APPROVING AND AUTHORIZING THE STIPULATION OF SETTLEMENT
BY AND AMONG MARK G. DEGIACOMO, THE CHAPTER 7 TRUSTEE OF NETVERSANT SOLUTIONS III, LLC, ZOHAR CDO 2003-1, LIMITED, <u>ZOHAR II 2005-1, LIMITED, AND ZOHAR III, LIMITED</u>**

Upon consideration of the motion (the "Motion to Shorten") of the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),[2] for entry of an order providing that the applicable notice period for the 9019 Motion be shortened pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby;

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten.

28200286.3

**ORDERED, ADJUDGED, AND DECREED, that:**

1. The Motion to Shorten is GRANTED.

2. The hearing to consider approval of the 9019 Motion will be held on June 22, 2021 at 1:00 p.m. (ET).

3. Objection or responses to the relief requested in the 9019 Motion shall be filed and served no later than 4:00 p.m. (ET) on June 17, 2021.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

*[Signature]*

**Dated: June 9th, 2021**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

28200286.3