# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 22, 2021 AT 1:00 P.M. (ET)

**THIS HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM AND REQUIRES ALL PARTICIPANTS TO <u>REGISTER IN ADVANCE</u>. COURTCALL WILL NOT BE USED TO DIAL IN.**

**Please use the following link to register for this hearing:**
https://debuscourts.zoomgov.com/meeting/register/vJIsfu-trT8tGqNQkXDYRsnhR9FXc6rbln0

**AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

## <u>MATTERS WITH CERTIFICATION</u>

1. Motion of Patriarch For Entry of an Order Authorizing Filing of (I) Patriarch's April 30 Letter and (II) Related Declarations in Support thereof Under Seal [D.I. 2596; 5/28/21]

   <u>Related Documents</u>:

   A. Letter to the Honorable Karen B. Owens [(SEALED) D.I. 2542; 4/30/21; (REDACTED) D.I. 2593; 5/28/21]

   B. Declarations of Lynn Tilton in Connection with the Stila Styles, LLC Monetization Process [(SEALED) D.I. 2567; 4/30/21; (REDACTED) D.I. 2594; 5/28/21]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

- C. Declaration of Anthony Giuliano in Connection with the Stila Styles, LLC Monetization Process [(SEALED) D.I. 2568; 4/30/21; (REDACTED) D.I. 2595; 5/28/21]

- D. Certificate of No Objection [D.I. 2625; 6/17/21]

Response Deadline: June 11, 2021 at 4:00 p.m. (ET)

Responses Received: None

Status: A certificate of no objection has been filed. No hearing is required.

2. Zohar Funds' Motion for Entry of an Order Authorizing the Filing of (I) Zohar's May 3 Letter and (II) Related Declarations in Support Thereof Under Seal [D.I. 2604; 6/4/21]

   Related Documents:

   - A. Debtors' Letter Regarding Response to Lynn Tilton's April 30, 2021 Letter to the Honorable Karen B. Owens [(SEALED) D.I. 2544; 5/3/21; (REDACTED) D.I. 2601; 6/4/21]

   - B. Declaration of Daniel Tobin in Support of Debtors' Position in Their May 3, 2021 Letter [(SEALED) D.I. 2565; 5/10/21; (REDACTED) D.I. 2602; 6/4/21]

   - C. Declaration of Michael Katzenstein in Support of Debtors' Position in Their May 3, 2021 Letter [(SEALED) D.I. 2566; 5/10/21; (REDACTED) D.I. 2603; 6/4/21

   - D. Certificate of No Objection [D.I. 2624; 6/16/21]

   Response Deadline: June 15, 2021 at 4:00 p.m. (ET)

   Responses Received: None

   Status: A certificate of no objection has been filed. No hearing is required.

3. Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, for an Order Approving and Authorizing the Stipulation of Settlement By and Among Mark G. DeGiacomo, Trustee of Netversant Solutions III, LLC, Zohar CDO 2003-1, Limited, Zohar II 2005-1, Limited, and Zohar III, Limited [D.I. 2609; 6/8/21]

   Related Documents:

   - A. Debtors' Motion to Shorten Notice Period with Respect to the Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, for an Order Approving and Authorizing the Stipulation of Settlement By and Among

        Mark G. DeGiacomo, Trustee of Netversant Solutions III, LLC, Zohar CDO 2003-1, Limited, Zohar II 2005-1, Limited, and Zohar III, Limited [D.I. 2610; 6/8/21]

B.    Order Shortening Notice and Objection Periods With Respect to the Debtors' Motion for an Order Approving and Authorizing the Stipulation of Settlement By and Among Mark G. DeGiacomo, the Chapter 7 Trustee of Netversant Solutions III, LLC, Zohar CDO 2003-1, Limited, Zohar II 2005-1, Limited, and Zohar III, Limited [D.I. 2615; 6/9/21]

Response Deadline:        June 17, 2021 at 4:00 p.m. (ET)

Responses Received:

C.    Patriarch's Reservation of Rights With Regard to Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, for an Order Approving and Authorizing Stipulation of Settlement By and Among Mark G. DeGiacomo, Trustee of Netversant Solutions III, LLC, Zohar CDO 2003-1 Limited, Zohar II CDO 2005-1 Limited, and Zohar III, Limited [D.I. 2627; 6/17/21]

Status:    While Patriarch has filed a reservation of rights, no objections were filed prior to the objection deadline. Pursuant to Local Rule 9013-1(j), the Debtors will file a certificate of no objection at 4:00 p.m. (ET) on Friday, June 18, 2021. No hearing is necessary unless the Court has questions.

## MATTERS GOING FORWARD

4.    Motion of Zohar III Controlling Class to Seal its Letter to the Honorable Karen B. Owens Dated May 3, 2021 [D.I. 2556; 5/6/21]

Related Documents:

A.    Letter to The Honorable Karen B. Owens from Brian J. Lohan in Response to Monica K. Loseman's Monetization Dispute Letter [(SEALED) D.I. 2546; 5/3/21; (REDACTED) D.I. TBD; TBD]

Response Deadline:        May 13, 2021 at 8:30 a.m. (ET)

Responses Received:

B.    Informal response from the U.S. Trustee

Status:    This matter is going forward.

5.    Debtors' Motion for Entry of an Order Enforcing the Settlement Agreement and the Ankura Appointment Order Regarding Galey & Lord, LLC and for Related Relief [(SEALED) D.I. 2611; 6/8/21; (REDACTED) D.I. TBD; TBD]

Related Documents:   None

Response Deadline:   June 15, 2021 at 4:00 p.m. (ET)

Responses Received:

A. Patriarch's Objection to Debtors' Motion for Entry of an Order Enforcing the Settlement Agreement and the Ankura Appointment Order Regarding Galey & Lord, LLC and for Related Relief [(SEALED) D.I. 2622; 6/15/21; (REDATED) D.I. TBD; TBD]

B. Debtors' Preliminary Reply to Patriarch's Objection to Debtors' Motion for Entry of an Order Enforcing the Settlement Agreement and the Ankura Appointment Order Regarding Galey & Lord, LLC and for Related Relief [(SEALED) D.I. 2626; 6/17/21; (REDACTED) D.I. TBD; TBD]

Status:   This matter is going forward as a status conference.

Dated: June 17, 2021
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Joseph M. Barry*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
       rbrady@ycst.com
       mnestor@ycst.com
       jbarry@ycst.com
       rbartley@ycst.com
       sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*