IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
| Debtors. | ) Jointly Administered |
|  | ) Ref. Docket No. 2611 |
|  | ) Hearing Date: July 19, 2021 at 1:30 p.m. (ET) |
|  | ) Objection Deadline: July 6, 2021 at 4:00 p.m. (ET) |

**NOTICE OF FILING OF PROPOSED REDACTED
VERSION OF DEBTORS' MOTION FOR ENTRY OF AN
ORDER ENFORCING THE SETTLEMENT AGREEMENT
AND THE ANKURA APPOINTMENT ORDER**

TO:  (I) THE U.S. TRUSTEE; (II) COUNSEL TO THE PATRIARCH STAKEHOLDERS; (III) COUNSEL TO U.S. BANK, AS INDENTURE TRUSTEE; (IV) COUNSEL TO MBIA; (V) COUNSEL TO THE ZOHAR III CONTROLLING CLASS; (VI) GALEY & LORD; AND (VII) ALL PARTIES THAT, AS OF THE FILING OF THIS MOTION, HAVE REQUESTED NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that, on June 8, 2021, the debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order Enforcing the Settlement Agreement and the Ankura Appointment Order* [Docket No. 2611] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the proposed redacted version of the Motion (the "Proposed Redacted Document"), attached hereto as **Exhibit A.**

**PLEASE TAKE FURTHER NOTICE** that contemporaneously with the filing of the Proposed Redacted Document, the Debtors have filed the *Debtors' Motion for Entry of an Order Authorizing the Filing of Debtors' Motion for Entry of an Order Enforcing the Settlement Agreement and the Ankura Appointment Order Under Seal* (the "Motion to Seal").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Proposed Redacted Document must be filed on or before **July 6, 2021 at 4:00 p.m. (ET)** (the "Objection Deadline")

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.  At the same time, you must serve a copy of any objection upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION TO SEAL WILL BE HELD ON <u>**JULY 19, 2021 AT 1:30 P.M. (ET)**</u> BEFORE THE HONORABLE KAREN B. OWENS, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION TO SEAL WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: June 22, 2021
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

<u>/s/ Shane M. Reil</u>
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
       rbrady@ycst.com
       mnestor@ycst.com
       jbarry@ycst.com
       rbartley@ycst.com
       sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*