# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on June 22, 2021, I caused a copy of the foregoing documents, *Order Authorizing the Filing of (I) Zohar's May 3 Letter and (II) Related Declarations in Support Thereof Under Seal* [Docket No. 2629], to be served upon the below counsel in the manner indicated below:

Norman L. Pernick, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
(Patriarch Entities)
***Email***

Randy M. Mastro, Esq.
Matt J. Williams, Esq.
Mary Beth Maloney, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
rmastro@gibsondunn.com
mjwilliams@gibsondunn.com
mmaloney@gibsondunn.com
(Patriarch Entities)
***Email***

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

28267040.1

Robert Klyman, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
rklyman@gibsondunn.com
(Patriarch Entities)
*Email*

Monica K. Loseman, Esq.
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
mloseman@gibsondunn.com
(Patriarch Entities)
*Email*

Kenneth J. Nachbar, Esq.
Robert J. Dehney, Esq.
Megan Ward Cascio, Esq.
Matthew B. Harvey, Esq.
Lauren Neal Bennett, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
knachbar@mnat.com
rdehney@mnat.com
mcascio@mnat.com
mharvey@mnat.com
lbennett@mnat.com
(Alvarez & Marsal Zohar Management, LLC)
*Email*

Michael Carlinksy, Esq.
Jonathan E. Pickhardt, Esq.
Benjamin Finestone, Esq.
Ellison Ward Merkel, Esq.
Blair Adams, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
michaelcarlinsky@quinnemanuel.com
jonpickhardt@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
ellisonmerkel@quinnemanuel.com
blairadams@quinnemanuel.com
(Alvarez & Marsal Zohar Management, LLC)
*Email*

Gregory M. Petrick, Esq.
Jonathan M. Hoff, Esq.
Ingrid Bagby, Esq.
Michele C. Maman, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
gregory.petrick@cwt.com
jonathan.hoff@cwt.com
ingrid.bagby@cwt.com
michele.maman@cwt.com
(MBIA Insurance Company)
*Email*

Brian J. Lohan, Esq.
Ginger Clements, Esq.
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
brian.lohan@arnoldporter.com
ginger.clements@arnoldporter.com
(Certain Holders of Notes Issued by Zohar III, Limited)
*Email*

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
P.O. Box 7346
Philadelphia, PA 19101-7346
(Internal Revenue Service)
*First Class Mail*

Secretary of State
Corporations Franchise Tax
P.O. Box 898
Dover, DE 19903
(Secretary of State)
*First Class Mail*

28267040.1

| | |
|---|---|
| Secretary of Treasury<br>Attn: Bankruptcy Department<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904<br>(Secretary of Treasury)<br>***First Class Mail*** | Michael B. Mukasey, Esq.<br>U.S. Attorney General<br>Department of Justice<br>Commerical Litigation Branch<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br>(U.S. Attorney General)<br>***First Class Mail*** |
| Ellen W. Slights, Esq.<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>1007 North Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046<br>ellen.slights@usdoj.gov<br>(U.S. Attorney's Office)<br>***Email*** | Securities & Exchange Commission<br>Secretary of Treasury<br>100 F Street, NE<br>Washington, DC 20549<br>secbankruptcy@sec.gov<br>(Securities & Exchange Commission)<br>***Email*** |
| Securities & Exchange Commission<br>Attn: Bankruptcy Department<br>Brookfiled Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov<br>(Securities & Exchange Commission)<br>***Email*** | Delaware Attorney General<br>Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(Delaware Attorney General)<br>***Hand Delivery*** |
| Juliet M. Sarkessian, Esq.<br>Office of the United States Trustee<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #15<br>Wilmington, DE 19801<br>juliet.m.sarkessian@usdoj.gov<br>(U.S. Trustee)<br>***Email*** | Delaware Division of Revenue<br>Attn: Zillah Frampton<br>820 N. French Street<br>Wilmington, DE 19801<br>(Delaware Division of Revenue)<br>***Hand Delivery*** |

U.S. Bank National Association
Attn: CDO Group-Ref.: Zohar III, Limited
190 LaSalle St., 8th Floor
Chicago, IL 60603
(U.S. Bank National Association)
***First Class Mail***

John W. Weiss, Esq.
Brett D. Jaffe, Esq.
Alexander Lorenzo, Esq.
Elizabeth Buckel, Esq.
Alston & Bird LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
john.weiss@alston.com
brett.jaffe@alston.com
alexander.lorenzo@alston.com
elizabeth.buckel@alston.com
(U.S. Bank National Assocation)
***Email***

Elizabeth LaPuma, Esq.
Alvarez & Marsal Zohar Management, LLC
600 Madison Ave.
New York, NY 10022
elapuma@alvarezandmarsal.com
(Alvarez & Marsal Zohar Management, LLC)
***Email***

Alvarez & Marsal Zohar Management, LLC
Attention: General Counsel
600 Madison Ave.
New York, NY 10022
(Alvarez & Marsal Zohar Management, LLC)
***First Class Mail***

Jonathan T. Edwards, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
jonathan.edwards@alston.com
(U.S. Bank National Assocation)
***Email***

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-87055
ljones@pszjlaw.com
tcairns@pszjlaw.com
(MBIA Insurance Company)
***Email***

James D. Herschlein Esq.
Jeffrey A. Fuisz, Esq.
Erik Walsh, Esq.
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10119-9710
james.herschlein@arnoldporter.com
jeffrey.fuisz@arnoldporter.com
erik.walsh@arnoldporter.com
(Certain Holders of Notes Issued by Zohar III, Limited)
***Email***

Matthew P. Ward, Esq.
Morgan L. Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com
(Certain Holders of Notes Issued by Zohar III, Limited)
***Email***

28267040.1

Josef W. Mintz, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
mintz@blankrome.com
(Blank Rome LLP)
*Email*

Rick Antonoff, Esq.
Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020
rantonoff@blankrome.com
(Blank Rome LLP)
*Email*

Joseph J. Farnan, Jr., Esq.
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
(Independent Director)
*Email*

Mark D. Collins, Esq.
Brett M. Haywood, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com
haywood@rlf.com
(Ankura Trust)
*Email*

Dennis F. Dunne, Esq.
Andrew Harmeyer, Esq.
Milbank LLP
55 Hudson Yards
New York, NY 10001
ddunne@milbank.com
aharmeyer@milbank.com
(Ankura Trust)
*Email*

Debora A. Hoehne, Esq.
Michael Godbe, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
debora.hoehne@weil.com
michael.godbe@weil.com
(Culligan)
*Email*

Zachary I. Shapiro, Esq.
Brendan J. Schlauch, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
shapiro@rlf.com
schlauch@rlf.com
(Culligan)
*Email*

Daniel N. Brogan, Esq.
Sophie E. Macon, Esq.
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
dbrogan@bayardlaw.com
smacon@bayardlaw.com
(Dura)
*Email*

Adam J. Greene, Esq.
Steven B. Eichel, Esq.
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, NY 10022
ajg@robinsonbrog.com
se@robinsonbrog.com
(Vik Jindal)
*Email*

Evelyn J. Meltzer
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Evelyn.meltzer@troutman.com
(RM Technologies, Inc.)
*Email*

James D. Rosener
Troutman Pepper Hamilton Sanders LLP
The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
James.rosener@troutman.com
(RM Technologies, Inc.)
*Email*

Theresa Trzaskoma, Esq.
Michael Tremonte, Esq.
Jennifer X. Luo, Esquire
Alexandra G. Elenowitz-Hess, Esq.
Vikram Shah, Esq.
Ryan Pollock, Esq.
Justin Gunnell, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
TTrzaskoma@shertremonte.com
mtremonte@shertremonte.com
jluo@shertremonte.com
ahess@shertremonte.com
vshah@shertremonte.com
rpollock@shertremonte.com
jgunnell@shertremonte.com
dberger@abv.com
jcraig@abv.com
lpincus@abv.com
(Patriarch Entities)
*Email*

Todd A. Feinsmith
Troutman Pepper Hamilton Sanders LLP 19th
Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
Todd.feinsmith@troutman.com
(RM Technologies, Inc.)
*Email*

Robert M. Hirsh
Phillip Khezri
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
rhirsh@lowenstein.com
pkhezri@lowenstein.com
(JMB Capital)
*Email*

28267040.1

| | |
|---|---|
| Frederick B. Rosner<br>Jason A. Gibson<br>The Rosner Law Group LLC<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>rosner@teamrosner.com<br>gibson@teamrosner.com<br>(JMB Capital)<br>***Email*** | Juliet M. Sarkessian<br>211 East Meade St.<br>Philadelphia, PA 19118<br>(U.S. Trustee)<br>***First Class Mail*** |

Jeffrey M. Schlerf, Esq.
Gray Robinson, PA
1007 North Orange Street
4th Floor #127
Wilmington, DE 19801
Jeffrey.schlerf@gray-robinson.com
(Independent Director)
***Email***

 

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

28267040.1