IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Ref. Docket No. 2709** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 2709

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Notice of Filing of Fifth Staffing and Compensation Report and Request for Payment of Reimbursable Expenses by Houlihan Lokey Capital, Inc., for the Period of February 24, 2021 Through and Including May 23, 2021* [Docket No. 2709] (the "Staffing and Compensation Report") filed on July 29, 2021. The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection, or other responsive pleading to the Staffing and Compensation Report. As was provided in the notice filed and served with the Staffing and Compensation Report, objections to the Staffing and Compensation Report were to be filed and served no later than August 13, 2021 at 4:00 p.m. (ET).

Pursuant to the *Order, Pursuant to 11 U.S.C. §§ 327(a), Fed. R. Bankr. P. 2014 and 5002, and Local Rule 2014-1 and 2016-2(h), (I) Authorizing Retention and Employment of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker to the Debtors; (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 and (III) Granting Related Relief*

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc. New York, NY 10036.

27457436.4

[Docket No. 1469], entered on March 3, 2020, the Debtors are authorized, but not directed, to pay to Houlihan Lokey Capital, Inc. all fees and expenses included in the Staffing and Compensation Report without further order of the Court.

Dated: August 16, 2021
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Shane M. Reil*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
       rbrady@ycst.com
       mnestor@ycst.com
       jbarry@ycst.com
       rbartley@ycst.com
       sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*