## EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZOHAR III, CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered<br><br>**Ref. Docket No.** _____ |

### ORDER AUTHORIZING THE FILING OF PORTIONS OF THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AMENDMENT TO THE NEW AGENT AGREEMENT AND (II) GRANTING RELATED RELIEF UNDER SEAL

Upon the motion (the "Motion")[2] of the above-captioned Debtors for entry of an order (this "Order"), pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(d), authorizing the Debtors to file portions of the Amendment Motion under seal; and publicly viewable redacted version of the Amendment Motion having been filed in these cases at Docket No. [2757]; and it appearing that there is good and sufficient cause for the relief set forth in this Order; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation; and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to file those portions of the Amendment Motion that were redacted in Docket No. [2757] (the "Sealed Material") under seal.

3. The Sealed Material shall not be made available to anyone, except to the Court, the U.S. Trustee, the Patriarch Stakeholders, MBIA and the Zohar III Controlling Class (both individually and as members of the committee under the settlement agreement in these cases), MB Global (as Zohar III noteholder), U.S. Bank (in its capacity as Indenture Trustee), Ankura, and the DIP Lender, as well as each of their respective advisors, and other parties in interest as may be ordered or otherwise required by the Court or agreed to by the Debtors, and all parties receiving the Sealed Material shall maintain its confidentiality, including in connection with any pleadings filed with this Court.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.