**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Ref. Docket No: 2729** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 2729

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Debtors' Motion for Entry of an Order (I) Authorizing Amendment to the New Agent Agreement and (II) Granting Related Relief* [Docket No. 2729] (the "Motion"), filed on August 4, 2021.

The undersigned further certifies that he has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Motion appears thereon.  Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on August 18, 2021.

*[Remainder of page intentionally left blank]*

---

[1]  The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

28503259.1

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: August 19, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

*/s/ Shane M. Reil*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
    rbrady@ycst.com
    mnestor@ycst.com
    jbarry@ycst.com
    rbartley@ycst.com
    sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*

28503259.1