# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) **Ref. Docket No. 2729** |

### ORDER (I) AUTHORIZING AMENDMENT TO THE NEW AGENT AGREEMENT AND (II) GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order, pursuant to sections 105(a), 363, and 503(b) of the Bankruptcy Code, the Settlement Order, the Settlement Agreement, and the Ankura Appointment Order, (i) authorizing the First Amendment to the New Agent Agreement and (ii) granting related relief; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and this Court having found that no other or further notice need be provided; and this Court having found and determined that the relief sought in the Motion is in the

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

28334057.2

best interests of the Debtors' estates, their creditors, and other parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; it is hereby **ORDERED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The First Amendment to the New Agent Agreement is hereby approved in all respects.

3. The terms and provisions of the Ankura Appointment Order and the New Agent Agreement otherwise remain in full force and effect, and any terms and provisions of the Ankura Appointment Order applicable to the New Agent Agreement shall extend to the New Agent Agreement as amended by the First Amendment, including with respect to the fees, expenses, costs, and indemnities provided for or permitted thereby, which shall, to the extent payable by any Debtor in accordance with paragraphs 21 and 23 of the Ankura Appointment Order, constitute allowed administrative expenses under section 503(b) of the Bankruptcy Code.

4. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: August 20th, 2021
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

28334057.2