# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
| Debtors. | ) Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 25, 2021 AT 10:00 A.M. (ET)

**THIS HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**Please use the following link to register for this hearing:**
https://debuscourts.zoomgov.com/meeting/register/vJIsfuyoqDopHVhVeL1P8kIGcSfWgkrTwlI

**AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

## ADJOURNED/RESOLVED MATTERS

1. Motion of Patriarch For Entry of an Order Authorizing Filing of Objection Under Seal [D.I. 2640; 6/22/21]

   Related Documents:

   A. Patriarch's Objection to Debtors' Motion for Entry of an Order Enforcing the Settlement Agreement and the Ankura Appointment Order Regarding Galey & Lord, LLC and for Related Relief [(SEALED) D.I. 2622; 6/15/21; (REDACTED) D.I. 2668; 7/14/21]

   B. Certificate of No Objection [D.I. 2661; 7/7/21]

   C. Certification of Counel Regarding Motion of Patriarch For Entry of an Order Authorizing Filing of Objection Under Seal [D.I. 2675; 7/15/21]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

28498469.1

    D.    Supplemental Certification of Counel Regarding Motion of Patriarch For Entry of an Order Authorizing Filing of Objection Under Seal [D.I. 2748; 8/13/21]

    E.    Order Authorizing Filing of Objection Under Seal [D.I. 2750; 8/16/21]

Response Deadline:    July 6, 2021 at 4:00 p.m. (ET)

Responses Received:    None

Status:    An order has been entered by the Court. No hearing is required.

2. Debtors' Motion for Entry of an Order Authorizing the Filing of Debtors' Preliminary Reply Under Seal [D.I. 2671; 7/14/21]

Related Documents:

    A.    Debtors' Preliminary Reply to Patriarch's Objection to Debtors' Motion for Entry of an Order Enforcing the Settlement Agreement and the Ankura Appointment Order Regarding Galey & Lord LLC and for Related Relief [(SEALED) D.I. 2626; 6/17/21; (REDACTED) D.I. 2670; 7/14/21]

    B.    Certificate of No Objection [D.I. 2711; 7/29/21]

    C.    Order Authorizing the Filing of Debtors' Preliminary Reply Under Seal [D.I. 2712; 7/30/21]

Response Deadline:    July 28, 2021 at 4:00 p.m. (ET)

Responses Received:    None

Status:    An order has been entered by the Court. No hearing is required.

3. Motion of Debtor Zohar II 2005-1, Corp. for an Order Enforcing the Court's October 22, 2020 Order Approving Consummation of Portfolio Company Transaction (DKT No. 2050) [(SEALED) D.I. 2708; 7/27/21; (REDACTED) D.I. 2721; 8/3/21]

Related Documents:

    A.    Order Approving Consummation of Portfolio Company Transaction [D.I. 2050; 10/22/20]

    B.    Debtors' Motion for Entry of an Order Authorizing the Filing of Debtors' Enforcement Motion Under Seal [D.I. 2722; 8/3/21]

Response Deadline:    August 10, 2021 at 4:00 p.m. (ET); held in abeyance for RM Technologies, Inc. ("Buyer")

Responses Received:

C. Informal response from Buyer

Status: The Debtors have reached an agreement in principle with the Buyer subject to documentation. The parties have agreed to hold a hearing on the Motion in abeyance while they finalize documentation of their resolution.

4. Debtors' Motion for Entry of an Order Authorizing the Filing of Debtors' Enforcement Motion Under Seal [D.I. 2722; 8/3/21]

Related Documents:

A. Motion of Debtor Zohar II 2005-1, Corp. for an Order Enforcing the Court's October 22, 2020 Order Approving Consummation of Portfolio Company Transaction (DKT No. 2050) [(SEALED) D.I. 2708; 7/27/21; (REDACTED) D.I. 2721; 8/3/21]

B. Certificate of No Objection [D.I. 2754; 8/18/21]

C. Order Authorizing the Filing of Debtors' Enforcement Motion Under Seal [D.I. 2760; 8/19/21]

Response Deadline: August 17, 2021 at 4:00 p.m. (ET)

Responses Received: None

Status: An order has been entered by the Court. No hearing is required.

5. Debtors' Motion for Entry of an Order (I) Authorizing Amendment to the New Agent Agreement and (II) Granting Related Relief [(SEALED) D.I. 2729; 8/4/21; (REDACTED) D.I. 2757; 8/19/21]

Related Documents:

A. Debtors' Motion for Entry of an Order Authorizing the Filing of the Portions of the Debtors' Motion for Entry of an Order (I) Authorizing Amendment to the New Agent Agreement and (II) Granting Related Relief [D.I. 2758; 8/19/21]

B. Certificate of No Objection [D.I. 2759; 8/19/21]

C. Order (I) Authorizing Amendment to the New Agent Agreement and (II) Granting Related Relief [D.I. 2761; 8/20/21]

Response Deadline: August 18, 2021 at 4:00 p.m. (ET)

| | | |
|---|---|---|
| Responses Received: | | None |
| Status: | | An order has been entered by the Court. No hearing is required. |

**MATTER GOING FORWARD**

6. Debtors' Motion for Entry of an Order (I) Establishing Deadlines for the Filing of Proofs of Claim and Requests for Payment of Administrative Expenses, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief [D.I. 2742; 8/11/21]

   Related Documents: None

   Response Deadline: August 18, 2021 at 4:00 p.m. (ET)

   Responses Received:

   A. Patriarch's Limited Objection to Debtors' Motion for Entry of an Order (I) Establishing Deadlines for the Filing of Proofs of Claim and Requests for Payment of Administrative Expenses, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief [D.I. 2753; 8/18/21]

   B. Informal response from the U.S. Trustee

   C. Informal response from Ankura Trust Company, LLC

   Status: The Debtors are working to resolve items B and C and anticipate doing so prior to the hearing and filing a revised form of order in connection therewith. Item A will be going forward.

| | |
|---|---|
| Dated: August 23, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ryan M. Bartley*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>    rbrady@ycst.com<br>    mnestor@ycst.com<br>    jbarry@ycst.com<br>    rbartley@ycst.com<br>    sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |