IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) ) | Jointly Administered |
|  |  | **Ref. Docket No: 2742** |

**NOTICE OF FILING OF REVISED *PROPOSED* ORDER (I) ESTABLISHING DEADLINES FOR THE FILING OF PROOFS OF CLAIM AND REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSES, (II) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on August 11, 2021, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Establishing Deadlines for the Filing of Proofs of Claim and Requests for Payment of Administrative Expenses, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief* [Docket No. 2742] (the "Motion").[2] **You were previously served a copy of the Motion.**

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion, if any, were required to be filed on or before August 18, 2021 at 4:00 p.m. (ET) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, prior to the Objection Deadline, the Debtors received informal comments from the Office of the United States Trustee (the "U.S. Trustee") and Ankura Trust Company, LLC ("Ankura"), and Patriarch filed *Patriarch's Limited Objection to Debtors' Motion for Entry of an Order (I) Establishing Deadlines for the Filing of Proofs of Claim and Requests for Payment of Administrative Expenses, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief* [Docket No. 2753]. No other responses or objections to the Motion were received prior to the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have worked with the U.S. Trustee and Ankura to resolve their respective responses and have done so through revisions to the Proposed Order that was attached to the Motion. A revised Proposed Order (the "Revised

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Motion.

28515754.1

Proposed Order") reflecting those changes, as well as certain additional changes made by the Debtors since the filing of the Motion, is attached hereto as Exhibit A.[3]

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to request entry of the Revised Proposed Order at the hearing on the Motion currently scheduled for August 25, 2021 at 10:00 a.m. (ET).

| | |
|---|---|
| Dated: August 24, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>       rbrady@ycst.com<br>       mnestor@ycst.com<br>       jbarry@ycst.com<br>       rbartley@ycst.com<br>       sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

---

[3] For convenience of the Court and other interested parties, a blackline comparing the Revised Proposed Order against the form of order filed with Motion is attached hereto as Exhibit B.

28515754.1