**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on September 3, 2021, I caused a copy of the foregoing documents, (i) *Notice of Establishment of Bar Dates for Filing of Proofs of Prepetition Claims and Administrative Expense Claims* [Docket No. 2788], (ii) *Proof of Claim Form*, and (iii) *Request for Payment of Administrative Expense Claim Form*, to be served upon parties listed on <u>Exhibit A</u> in the manner indicated.

I, Chad Corazza, hereby further certify that on September 3, 2021, I caused a copy of the foregoing documents, (i) *Notice of Establishment of Bar Dates for Filing of Proofs of Prepetition Claims and Administrative Expense Claims* [Docket No. 2788], (ii) *Personalized Proof of Claim Form*, and (iii) *Request for Payment of Administrative Expense Claim Form*, to be served upon parties listed on <u>Exhibit B</u> in the manner indicated.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

# **EXHIBIT A**

**2002 SERVICE LIST**
**Zohar**

Norman L. Pernick, Esq.
David Dean, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
DDean@coleschotz.com
(Patriarch Entities)
***Hand Delivery & Email***

Randy M. Mastro, Esq.
Matt J. Williams, Esq.
Mary Beth Maloney, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY10166-0193
rmastro@gibsondunn.com
mjwilliams@gibsondunn.com
mmaloney@gibsondunn.com
(Patriarch Entities)
***First Class Mail & Email***

Robert Klyman, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
rklyman@gibsondunn.com
(Patriarch Entities)
***First Class Mail & Email***

Monica K. Loseman, Esq.
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
mloseman@gibsondunn.com
(Patriarch Entities)
***First Class Mail & Email***

Kenneth J. Nachbar, Esq.
Robert J. Dehney, Esq.
Megan Ward Cascio, Esq.
Matthew B. Harvey, Esq.
Lauren Neal Bennett, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
knachbar@mnat.com
rdehney@mnat.com
mcascio@mnat.com
mharvey@mnat.com
lbennett@mnat.com
(Alvarez & Marsal Zohar Management, LLC)
***Hand Delivery & Email***

Michael Carlinksy, Esq.
Jonathan E. Pickhardt, Esq.
Benjamin Finestone, Esq.
Ellison Ward Merkel, Esq.
Blair Adams, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
michaelcarlinsky@quinnemanuel.com
jonpickhardt@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
ellisonmerkel@quinnemanuel.com
blairadams@quinnemanuel.com
(Alvarez & Marsal Zohar Management, LLC)
***First Class Mail & Email***

Gregory M. Petrick, Esq.
Jonathan M. Hoff, Esq.
Ingrid Bagby, Esq.
Michele C. Maman, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
gregory.petrick@cwt.com
jonathan.hoff@cwt.com
ingrid.bagby@cwt.com
michele.maman@cwt.com
(MBIA Insurance Company)
***First Class Mail & Email***

Brian J. Lohan, Esq.
Ginger Clements, Esq.
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
brian.lohan@arnoldporter.com
ginger.clements@arnoldporter.com
(Certain Holders of Notes Issued by Zohar III,
Limited)
***First Class Mail & Email***

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
P.O. Box 7346
Philadelphia, PA 19101-7346
(Internal Revenue Service)
***First Class Mail***

Secretary of State
Corporations Franchise Tax
P.O. Box 898
Dover, DE 19903
(Secretary of State)
***First Class Mail***

Secretary of Treasury
Attn: Bankruptcy Department
820 Silver Lake Blvd., Suite 100
Dover, DE 19904
(Secretary of Treasury)
***First Class Mail***

Michael B. Mukasey, Esq.
U.S. Attorney General
Department of Justice
Commerical Litigation Branch
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
(U.S. Attorney General)
***First Class Mail***

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 North Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
ellen.slights@usdoj.gov
(U.S. Attorney's Office)
***Hand Delivery & Email***

Securities & Exchange Commission
Secretary of Treasury
100 F Street, NE
Washington, DC 20549
secbankruptcy@sec.gov
(Securities & Exchange Commission)
***First Class Mail & Email***

Securities & Exchange Commission
Attn: Bankruptcy Department
Brookfiled Place
200 Vesey Street, Suite 400
New York, NY 10281-1022
bankruptcynoticeschr@sec.gov
nyrobankruptcy@sec.gov
(Securities & Exchange Commission)
***First Class Mail & Email***

Juliet M. Sarkessian, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #15
Wilmington, DE 19801
juliet.m.sarkessian@usdoj.gov
(U.S. Trustee)
***Hand Delivery & Email***

U.S. Bank National Association
Attn: CDO Group-Ref.: Zohar III, Limited
190 LaSalle St., 8th Floor
Chicago, IL 60603
(U.S. Bank National Association)
***First Class Mail***

Elizabeth LaPuma, Esq.
Alvarez & Marsal Zohar Management, LLC
600 Madison Ave.
New York, NY 10022
elapuma@alvarezandmarsal.com
(Alvarez & Marsal Zohar Management, LLC)
 ***First Class Mail & Email***

Delaware Attorney General
Attn: Bankruptcy Department
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(Delaware Attorney General)
***Hand Delivery***

Delaware Division of Revenue
Attn: Zillah Frampton
820 N. French Street
Wilmington, DE 19801
(Delaware Division of Revenue)
***Hand Delivery***

John W. Weiss, Esq.
Brett D. Jaffe, Esq.
Alexander Lorenzo, Esq.
Elizabeth Buckel, Esq.
Alston & Bird LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
john.weiss@alston.com
brett.jaffe@alston.com
alexander.lorenzo@alston.com
elizabeth.buckel@alston.com
(U.S. Bank National Assocation)
***First Class Mail & Email***

Alvarez & Marsal Zohar Management, LLC
Attention: General Counsel
600 Madison Ave.
New York, NY 10022
(Alvarez & Marsal Zohar Management, LLC)
***First Class Mail***

Jonathan T. Edwards, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
jonathan.edwards@alston.com
(U.S. Bank National Assocation)
*First Class Mail & Email*

James D. Herschlein Esq.
Jeffrey A. Fuisz, Esq.
Erik Walsh, Esq.
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10119-9710
james.herschlein@arnoldporter.com
jeffrey.fuisz@arnoldporter.com
erik.walsh@arnoldporter.com
(Certain Holders of Notes Issued by Zohar III,
Limited)
*First Class Mail & Email*

Josef W. Mintz, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
mintz@blankrome.com
(Blank Rome LLP)
*Hand Delivery & Email*

Joseph J. Farnan, Jr., Esq.
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
(Independent Director)
*Hand Delivery & Email*

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-87055
ljones@pszjlaw.com
tcairns@pszjlaw.com
(MBIA Insurance Company)
*Hand Delivery & Email*

Matthew P. Ward, Esq.
Morgan L. Patterson, Esq.
Womble Bond Dickinson  (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com
(Certain Holders of Notes Issued by Zohar III,
Limited)
*Hand Delivery &Email*

Rick Antonoff, Esq.
Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020
rantonoff@blankrome.com
(Blank Rome LLP)
*First Class Mail & Email*

Mark D. Collins, Esq.
Brett M. Haywood, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
collins@rlf.com
haywood@rlf.com
(Ankura Trust)
*Hand Delivery & Email*

Dennis F. Dunne, Esq.
Andrew Harmeyer, Esq.
Milbank LLP
55 Hudson Yards
New York, NY  10001
ddunne@milbank.com
aharmeyer@milbank.com
(Ankura Trust)
***First Class Mail & Email***

Zachary I. Shapiro, Esq.
Brendan J. Schlauch, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
shapiro@rlf.com
schlauch@rlf.com
(Culligan)
***Hand Delivery & Email***

Adam J. Greene, Esq.
Steven B. Eichel, Esq.
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, NY  10022
ajg@robinsonbrog.com
se@robinsonbrog.com
(Vik Jindal)
***Email & First Class Mail***

Debora A. Hoehne, Esq.
Michael Godbe, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
debora.hoehne@weil.com
michael.godbe@weil.com
(Culligan)
***First Class Mail & Email***

Daniel N. Brogan, Esq.
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
dbrogan@bayardlaw.com
(Dura)
***Email & Hand Delivery***

Theresa Trzaskoma, Esq.
Michael Tremonte, Esq.
Jennifer X. Luo, Esquire
Alexandra G. Elenowitz-Hess, Esq.
Vikram Shah, Esq.
Ryan Pollock, Esq.
Justin Gunnell, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
TTrzaskoma@shertremonte.com
mtremonte@shertremonte.com
jluo@shertremonte.com
ahess@shertremonte.com
vshah@shertremonte.com
dberger@abv.com
jcraig@abv.com
lpincus@abv.com
RPollock@shertremonte.com
JGunnell@shertremonte.com
(Patriarch Entities)
***Email & First Class Mail***

Evelyn J. Meltzer
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Evelyn.meltzer@troutman.com
(RM Technologies, Inc.)
***Email & Hand Delivery***

Todd A. Feinsmith
Troutman Pepper Hamilton Sanders LLP 19th
Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
Todd.feinsmith@troutman.com
(RM Technologies, Inc.)
***Email & First Class Mail***

James D. Rosener
Troutman Pepper Hamilton Sanders LLP
The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
James.rosener@troutman.com
(RM Technologies, Inc.)
***Email & First Class Mail***

Robert M. Hirsh
Phillip Khezri
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
rhirsh@lowenstein.com
pkhezri@lowenstein.com
(JMB Capital)
***Email & First Class Mail***

Frederick B. Rosner
Jason A. Gibson
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801
rosner@teamrosner.com
gibson@teamrosner.com
(JMB Capital)
***Email & Hand Delivery***

Jeffrey M. Schlerf, Esq.
Gray Robinson, PA
1007 North Orange Street
4th Floor #127
Wilmington, DE 19801
Jeffrey.schlerf@gray-robinson.com
(Independent Director)
***Email & Hand Delivery***

**SERVICE LIST**
**Zohar**

Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
***First Class Mail***

Carl T. Tullson
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
920 N. King Street
Wilmington, DE 19801
***Hand Delivery***

U.S. Bank National Association
Global Corporate Trust Services
Attn:  CDO Trust Services Group
Ref: Zohar CDO 2003-1, Ltd; Zohar II 2005-1, Ltd;
Zohar III, Ltd
214 N. Tryon Street, 26th Floor
Charlotte, NC 28202
CN-NC-H26C
***First Class Mail***

U.S. Bank National Association
Global Corporate Trust
Attn:  CDO Trust Services Group
Ref: Zohar CDO 2003-1, Ltd; Zohar II 2005-1, Ltd;
Zohar III, Ltd
190 S. LaSalle St, 8th Floor
Chicago, IL 60603
MK-IL-SL8T
***First Class Mail***

**SERVICE LIST**
**Zohar**

Trustees of National Retirement Fund
c/o Wilson Elser
Irene Costello
1133 Westchester Ave.
White Plains, NY 10604
***First Class Mail***

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952
***First Class Mail***

Fund Fiduciary Partners Limited
10 Market Street
#769 Camana Bay
Grand Cayman
Cayman Islands, KY-9006
***First Class International Mail***

Trustees of The Amalgated National Health Fund
c/o Wilson Elser
Irene Costello
1133 Westchester Ave.
White Plains, NY 10604
***First Class Mail***

FFP (Cayman) Limited
10 Market Street
#769 Camana Bay
Grand Cayman
Cayman Islands, KY-9006
***First Class International Mail***

ALSTON & BIRD LLP
90 PARK AVENUE
NEW YORK, NY 10016
**FIRST CLASS MAIL**

ALVAREZ & MARSAL ZOHAR
MANAGEMENT, LLC
600 MADISON AVE.
NEW YORK, NY 10022
**FIRST CLASS MAIL**

ARNOLD & PORTER KAYE SCHOLER LLP
ATTN: BRIAN J. LOHAN
70 WEST MADISON STREET, SUITE 4200
CHICAGO, IL 60602-4231
**FIRST CLASS MAIL**

BARRIS, SCOTT, DENN & DRIKER, P.L.L.C.
333 W. FORT STREET, SUITE 1200
DETRIOT, MI 48226
**FIRST CLASS MAIL**

BLANK ROME LLP
1201 N. MARKET STREET, SUITE 800
WILMINGTON, DE 19801
**FIRST CLASS MAIL**

CADWALADER, WICKERSHAM & TAFT LLP
200 LIBERTY STREET
NEW YORK, NY 10281
**FIRST CLASS MAIL**

CAPITAL MARKET RISK ADVISORS
767 3RD AVENUE, 8TH FLOOR
NEW YORK, NY 10017
**FIRST CLASS MAIL**

COHEN & GRESSER LLP
800 THIRD AVENUE
NEW YORK, NY 10022
**FIRST CLASS MAIL**

APEX FUND SERVICES
F/D/B/A CUSTOM HOUSE FUND SERVICES
150 EAST 52ND STREET, SUITE 4003
NEW YORK, NY 10022
**FIRST CLASS MAIL**

FUND FIDUCIARY PARTNERS
10 MARKET STREET #769
CAMANA BAY
GRAND CAYMAN, KY1-9006
CAYMAN ISLANDS
**FIRST CLASS MAIL INTERNATIONAL**

GARY NEEMS
C/O ARK INVEST
CALLIDUS CAPITAL MANAGEMENT LLC
520 MADISON AVENUE, 27TH FLOOR
NEW YORK, NY 10022
**FIRST CLASS MAIL**

EURONEXT DUBLIN
F/D/B/A IRISH STOCK EXCHANGE
EXCHANGE BUILDINGS
FOSTER PLACE
DUBLIN 2
IRELAND
**FIRST CLASS MAIL INTERNATIONAL**

MAPLES GROUP
F/D/B/A MAPLES & CALDER
UGLAND HOUSE
SOUTH CHURCH STREET
P.O. BOX 309
GRAND CAYMAN KY1-1104
CAYMAN ISLANDS
**FIRST CLASS MAIL INTERNATIONAL**

MAPLES FS
4001 KENNETT PIKE, SUITE 302
WILMINGTON, DE 19807
**FIRST CLASS MAIL**

MBIA INSURANCE CORPORATION
1 MANHATTANVILLE ROAD, SUITE 301
PURCHASE, NY 10577
**FIRST CLASS MAIL**

MORRIS JAMES LLP
500 DELAWARE AVENUE, SUITE 1500
WILMINGTON, DE 19801
***HAND DELIVERY***

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 NORTH MARKET STREET, 16TH FLOOR
P.O. BOX 1347
WILMINGTON, DE 19899-1347
***FIRST CLASS MAIL***

NATIXIS CIB AMERICAS HEADQUARTERS
F/D/B/A NATIXIS FINANCIAL PRODUCTS, INC.
ATTN: YAZMIN VASCONEZ
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
***FIRST CLASS MAIL***

OSBORN MALEDON
2929 NORTH CENTRAL AVENUE, 21ST FLOOR
PHOENIX, AZ 85012-2793
***FIRST CLASS MAIL***

PATRIARCH STAKEHOLDERS
C/O LYNN TILTON
PATRIARCH PARTNERS, LLC
71 BROADWAY
LOBBY 2B #249
NEW YORK, NY 10006
***FIRST CLASS MAIL***

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
***FIRST CLASS MAIL***

SCHLAM STONE & DOLAN LLP
26 BROADWAY
NEW YORK, NY 10004
***FIRST CLASS MAIL***

SHEARMAN & STERLING
599 LEXINGTON AVENUE
NEW YORK, NY 10022-6069
***FIRST CLASS MAIL***

U.S. BANK NATIONAL ASSOCIATION
214 N. TRYON STREET
26TH FLOOR
CHARLOTTE, NC 28202
***FIRST CLASS MAIL***

## SERVICE LIST
### Zohar

Edward J. Bennett, Esq.
Ava V. Baker, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(Additional Party for DE Chancery Ct. Case No.
12946, DE Dist. Ct. Case Nos. 17-1797 & 18-108)
*First Class Mail*

Timothy J. Lowe, Esq.
McDonald Hopkins LLC
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
(Additional Party for MI Circuit Ct. Circuit of Wayne
Case No. 17-16240)
*First Class Mail*

Kathleen M. McKenna, Esq.
Nayirie Kuyumjian, Esq.
Nicole A. Eichberger, Esq.
Jenna L. Hayes, Esq.
Proskauer Rose LLP
Eleven Times Square
8th Avenue & 41st Street
New York, NY 10036
(Additional Party for NY East. Dist. Ct. Case No. 17-
2858)
*First Class Mail*

Patricia L. Refo, Esq.
Snell & Wilmer LLP
400 E Van Buren Street, Suite 1900
Phoenix, AZ 85004-2509
(Additional Party for Super. Ct. of AZ County of
Maricopa Case No. 2017-13549)
*First Class Mail*

Kevin G. Abrams, Esq.
J. Peter Shindel, Jr. , Esq.
April M. Kirby, Esq.
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington DE 19801
(Additional Party for DE Chancery Ct. Case No.
12946, DE Dist. Ct. Case Nos. 17-1797 & 18-108)
*Hand Delivery*

Julian J. Gonzalez, Esq.
Daniel E. Clifton, Esq.
Lewis, Clifton & Nikolaidis, P.C.
350 West 31st Street, Suite 401
New York, NY 10001
(Additional Party for NY East. Dist. Ct. Case No. 17-
2858)
*First Class Mail*

David B. Rosenbaum, Esq.
Osborn Maledon PA
2929 N Central Avenue, Suite 2100
Phoenix, AZ 85012-2765
(Additional Party for Super. Ct. of AZ County of
Maricopa Case No. 2017-13549)
*First Class Mail*

Karl M. Tilleman, Esq.
Bennett E. Cooper, Esq.
Jason Sanders, Esq.
Kimberly Allen, Esq.
Dentons US LLP
2398 E. Camelback Road, Suite 850
Phoenix, AZ 85016-9007
(Additional Party for Super. Ct. of AZ County of
Maricopa Case No. 2017-13549)
*First Class Mail*

Clay J. Pierce, Esq.
Marsha J. Indych, Esq.
Drinker Biddle & Reath, LLP
1177 Avenue of the Americas, 4th Floor
New York, NY 10036
(Additional Party for Supre. Ct. of NY County of NY
Case No. 651473/2011)
***First Class Mail***

Joseph N. Argentina, Jr., Esq.
Drinker Biddle & Reath, LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801-1621
(Additional Party for Supre. Ct. of NY County of NY
Case No. 651473/2011)
***Hand Delivery***

Jeffrey M. Eilender,  Esq.
Joshua Wurtzel, Esq.
Schlam Stone & Dolan LLP
26 Broadway
New York, NY  10004
(Additional Party for Supre. Ct. of NY County of NY
Case No. 651473/2011)
***First Class Mail***

Michael R. Dezsi,  Esq.
Dettmer & Dezsi, PLLC
615 Griswold Street, Suite 1600
Detroit, MI  48226
(Additional Party for MI Circuit Ct. Circuit of Wayne
Case No. 17-16240)
***First Class Mail***

Brendan G. Best, Esq.
Varnum LLP
160 West Fort Street, 5th Floor
Detroit, MI  48226
(Additional Party for MI Circuit Ct. Circuit of
Wayne Case No. 17-16240)
***First Class Mail***

Dennis M. Barnes, Esq.
Morley Witus, Esq.
Barris, Scott, Denn & Driker, P.L.L.C.
333 W. Fort Street, Suite 1200
Detroit, MI  48226
(Additional Party for MI Circuit Ct. Circuit of Wayne
Case No. 17-16240)
***First Class Mail***

Robert M. Abrahams, Esq.
Talcah E. Jennings, Esq.
Kristie M. Blasé, Esq.
Frank W. Olander, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022
(Additional Party for DE Chancery Ct. Case No.
12247)
***First Class Mail***

Gregory V. Varallo, Esq.
Robert W. Whetzel, Esq.
Sarah A. Galetta, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(Additional Party for DE Chancery Ct. Case No.
12247)
***Hand Delivery***

Susan E. Brune, Esq.
Erin C. Doughtery, Esq.
Brune Law P.C.
450 Park Ave. #1901
New York, NY  10022
(Additional Party for DE Chancery Ct. Case No.
12946)
***First Class Mail***

Berry Stilberg, Esq.
Stokes PC
155 North Lake Avenue, Suite 800
Pasadena, CA  91101
(Additional Party for CA Super. Ct. County of LA
Case No. BC683129)
***First Class Mail***

Richard D. Gaines
102 Sugarberry Lane
P.O. Box 943
Greentown, PA 18426-0943
(Gains v . NSC Communications, Civil Court of
NY, County of NY Index No. 3456/19)
***First Class Mail***

Michele Maryott, Esq.
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA  92612-4412
(Additional Party for CA Super. Ct. County of LA
Case No. BC683129)
***First Class Mail***

David M. Grable, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(Additional Party for CA Super. Ct. County of LA
Case No. BC683129)
***First Class Mail***

**SERVICE LIST**
**Zohar**

Patriarch Partners VIII, LLC
c/o Lynn Tilton, Officer, Director or Manager
71 Broadway
Lobby 2b #249
New York, NY 10006
***First Class Mail***

Patriarch Partners XIV, LLC
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Patriarch Partners XV, LLC
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Octaluna, LLC
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Octaluna II, LLC
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Octaluna III, LLC
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Patriarch Partners Agency Services, LLC
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Patriarch Partners Management Group LLC
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Ark Angels, LLC
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Ark Angels II, LLC
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Ark Angels III, LLC
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Ark Angels VIII, LLC
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Ark Investment Partners II, LP
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Ark II CLO 2001-1, Ltd
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Patriarch Partners, LLC
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

LD Investments, LLC
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Zohar Holdings LLC
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

**SERVICE LIST**
**Zohar**

Rupert Bell, Esq.
Walkers (Cayman)
190 Elgin Avenue
George Town, Grand Cayman
KY1-9001
Cayman Islands
(Walkers (Cayman))
***First Class International Mail***

Robert M. Charles, Jr.
Lewis Roca Rothgerber Christie LLP
One S. Church Avenue, Suite 2000
Tuscon, AZ 85701
(Lewis Roca)
***Hand Delivery***

**SERVICE LIST**
**Zohar**

Omer F. Kuebel, III
Locke Lord LLP
601 Poydras Street, Sutie 2660
New Orleans, LA 70130
rkuebel@lockelord.com
(Denali)
***Email & First Class Mail***

Ramona Y. Nee
Debora A. Hoehne
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Ramona.nee@weil.com
Debora.hoehne@weil.com
(Oasis)
***Email & First Class Mail***

Craig L. Weinstock
Fiber Glass System, L.P.
Senior Vice President and General Counsel
National Oilwell Varco, L.P.
7909 Parkwood Circle Drive
Houston, TX 77036
(Denali)
***First Class Mail***

John Griffith
Culligan International Company
9399 W. Higgins Road, Suite 1100
Rosemount, IL 60018
(Oasis)
***First Class Mail***

Andy Martinez
RM Technologies, Inc.
c/o Teleo Capital
2121 Rosecrans Avenue, Suite 3320
El Segundo, CA 90245
(Rand)
***First Class Mail***

Jonathan Young
Christopher Graham
Locke Lord LLP
111 Huntington Avenue
Boston, MA 02199
Jonathan.young@lockelord.com
Christopher.graham@lockelord.com
(Hussey)
***Email & First Class Mail***

Ryan Harrison
Pierre de Villemejane
Kokkino Inc.
c/o KPS Special Situations Mid-Cap Fund, LP
140 East 45th Street, 39th Floor
New York, NY 10017
(Hussey)
***First Class Mail***

John D. McAnnar
HQ Snelling Corporation
111 Springhall Drive
Goose Creek, SC 29445
jdmcannar@hirequest.com
(Snelling)
***Email & First Class Mail***

Susan Dabaja
Law Office of Susan Dabaja, PC
6053 Chase Road
Dearborn, MI 48126
sdabaja@saflegal.com
(GAS Saline)
***Email & First Class Mail***

Abdul Saleh
2525 S Beech Daly Street
Dearborn Heights, MI 48127
(GAS Saline)
***First Class Mail***

Evan Jones
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
ejones@omm.com
(PDP)
***Email & First Class Mail***

Kevin Ma
Devin Scott
PDP Holdings, LLC
c/o Diversis Avenue
1100 Glendon Avenue, Suite 920
Los Angeles, CA 90024
(PDP)
***First Class Mail***

Thomas L. Currin
Currin & Dutra, LLC
118 Main Street
P.O. Box 1226
Oxford, NC 27565
oxfordlawtlc@embarqmail.com
(Croscill Real Estate)
***Email & First Class Mail***

Waktins Logistics LLC
4585 Watkins Road
Oxford, NC 27565-7994
(Croscill Real Estate)
***First Class Mail***

Kimberly Boler
Advanced Vehicle Assemblies LLC
c/o Patriarch Partners LLC
71 Broadway
Lobby 2b #249
New York, NY 10006
(GAS)
***First Class Mail***

Jessica Jeng
Ron Capranos
E & E Co. Ltd.
45875 Northport Loop E
Fremont, CA 94538
Jessica.jeng@jlahome.com
Ron.capranos@jlahome.com
(Croscill)
***Email & First Class Mail***

**SERVICE LIST**
**Zohar**

LaSalle Bank
135 South LaSalle Street, Suite 1825
Chicago, IL 60603
***First Class Mail***

via First Class Mail & Email (if Email Address Listed)

| Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address |
|---|---|---|---|---|---|---|---|---|
| ALABAMA DEPARTMENT OF REVENUE | LEGAL DIVISION | P.O. BOX 320001 | | MONTGOMERY | AL | 36132-0001 | | |
| ALABAMA DEPARTMENT OF REVENUE | PO BOX 327435 | | | MONTGOMERY | AL | 36132-7435 | | |
| ALABAMA DEPARTMENT OF REVENUE | PO BOX 327950 | | | MONTGOMERY | AL | 36132-7950 | | |
| ALABAMA DEPT OF REVENUE | INDIVIDUAL & CORPORATE TAX DIVISION | 50 N RIPLEY ST | | MONTGOMERY | AL | 36104 | | |
| ALASKA DEPT OF REVENUE | 550 W 7TH AVE | STE 500 | | ANCHORAGE | AK | 99501-3555 | | |
| ALASKA DEPT OF REVENUE | PO BOX 110420 | | | JUNEAU | AK | 99811-0420 | | |
| AR. DEPT OF FINANCE AND ADMINISTRATION | OFFICE OF STATE REVENUE ADMIN. | 1509 W 7TH ST | | LITTLE ROCK | AR | 72201 | | Mandy.Endsley@dfa.arkansas.gov |
| ARIZONA DEPARTMENT OF REVENUE | 1600 WEST MONROE STREET | | | PHOENIX | AZ | 85007 | | |
| ARKANSAS DEPARTMENT OF FINANCE | PO BOX 8123 | | | LITTLE ROCK | AR | 72203-8123 | | |
| CALIFORNIA BOARD OF EQUALIZATION | 450 N ST | PO BOX 942879 | | SACRAMENTO | CA | 95814 | | |
| California Department of Tax and Fee Adminstration | Attn Alicia Ynostroza | Business Taxes Representative | 621 Capitol Mall, Mic: S5 | Sacramento | CA | 95814 | | Alicia.Ynostroza@cdtfa.ca.gov> |
| CALIFORNIA FRANCHISE TAX BOARD | 121 SPEAR ST | STE 400 | | SAN FRANCISCO | CA | 94105-1584 | | |
| CALIFORNIA FRANCHISE TAX BOARD | 1515 CLAY ST | STE 305 | | OAKLAND | CA | 94612-1445 | | |
| CALIFORNIA FRANCHISE TAX BOARD | 300 S SPRING ST | STE 5704 | | LOS ANGELES | CA | 90013-1265 | | |
| CALIFORNIA FRANCHISE TAX BOARD | 3321 POWER INN RD | STE 250 | | SACRAMENTO | CA | 95826-3893 | | |
| CALIFORNIA FRANCHISE TAX BOARD | 600 W SANTA ANA BLVD | STE 300 | | SANTA ANA | CA | 92701-4543 | | |
| CALIFORNIA FRANCHISE TAX BOARD | 7575 METROPOLITAN DR | STE 201 | | SAN DIEGO | CA | 92108-4421 | | |
| CALIFORNIA FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340 | PO BOX 2952 | | SACRAMENTO | CA | 95812-2952 | | |
| CALIFORNIA FRANCHISE TAX BOARD | PO BOX 942867 | | | SACRAMENTO | CA | 94257 | | |
| COLORADO DEPARTMENT OF REVENUE | BANKRUPTCY SECTION | PO BOX 17087 | BANKRUPTCY SECTION | DENVER | CO | 80217-0087 | | DOR_TAC_Bankruptcy@state.co.us |
| COLORADO DEPT OF REVENUE | 1375 SHERMAN ST | | | DENVER | CO | 80261 | | DOR_TAC_BANKRUPTCY@STATE.CO.US |
| COLORADO DEPT OF REVENUE | PO BOX 17087 | | | DENVER | CO | 80217-0087 | | |
| COMMISSIONER OF REVENUE SERVICES | DEPARTMENT OF REVENUE SERVICES | 450 COLUMBUS BOULEVARD | | HARTFORD | CT | 06103 | | |
| COMPTROLLER OF MARYLAND | REVENUE ADMINISTRATION DIVISION | 110 CARROLL STREET | | ANNAPOLIS | MD | 21411-0001 | | |
| CONNECTICUT DEPARTMENT OF REVENUE | ATTN PROCCESSING UNIT | 450 COLUMBUS BLVD | | HARTFORD | CT | 06103 | | |
| CONNECTICUT DEPARTMENT OF REVENUE | AUDIT AND COMPLIANCE DIVISION | AUDIT AND COMPLIANCE DIVISION | 450 COLUMBUS BLVD | HARTFORD | CT | 06103 | | |
| CONNECTICUT DEPT OF REVENUE SERVICES | 25 SIGOURNEY ST, SUITE 2 | | | HARTFORD | CT | 06106-5032 | | |
| CONNECTICUT DEPT OF REVENUE SERVICES | OPERATIONS DIVISION - INCOME TAX TEAMS | 450 COLUMBUS BLVD., STE 1 | | HARTFORD | CT | 06103-5032 | | |
| DC TREASURER OFFICE OF TAX AND REVENUE | P.O. BOX 470 | | | WASHINGTON | DC | 20044-0470 | | |
| DELAWARE DIVISION OF REVENUE | 20653 DUPONT BLVD | STE 2 | | GEORGETOWN | DE | 19947 | | |
| DELAWARE DIVISION OF REVENUE | 540 S DUPONT HIGHWAY | | | DOVER | DE | 19901 | | |
| DELAWARE DIVISION OF REVENUE | 820 N FRENCH ST | | | WILMINGTON | DE | 19801 | | |
| DELAWARE DIVISION OF REVENUE | PO BOX 2340 | | | WILMINGTON | DE | 19899 | | |
| DELAWARE DIVISION OF REVENUE | PO BOX 8717 | | | WILMINGTON | DE | 19899 | | |
| DELAWARE DIVISION OF REVENUE | PO BOX 8750 | | | WILMINGTON | DE | 19899-8750 | | |
| DEPARTMENT OF REVENUE | PO BOX 1033 | | | JACKSON | MS | 39215 | | |
| DEPARTMENT OF REVENUE | PO BOX 14725 | | | SALEM | OR | 97309-5018 | | |
| DEPARTMENT OF REVENUE | PO BOX 25000 | | | RALEIGH | NC | 27640-0150 | | |
| DEPARTMENT OF REVENUE | PO BOX 491 | | | FRANKFORT | KY | 40602 | | |
| DEPARTMENT OF TAX ADMIN | 12000 GOVERNMENT CENTER PARKWAY SUI | | | FAIRFAX | VA | 22035 | | |
| DEPARTMENT OF TAX ADMINISTRATI | PO BOX 9156 | | | ALEXANDRIA | VA | 22304-0156 | | |
| DISTRICT OF COLUMBIA | 1101 4TH STREET, SW | SUITE 270 | | WASHINGTON | DC | 20024 | | |
| FLORIDA DEPARTMENT OF REVENUE | MARK HAMILTON | P. O. BOX 6668 | | TALLAHASSEE | FL | 32314-6668 | | FDOR_Bankruptcy@floridarevenue.com |
| FLORIDA DEPT OF REVENUE | 5050 W TENNESSEE ST | | | TALLAHASSEE | FL | 32399-0100 | | emailDOR@floridarevenue.com |
| GEORGIA DEPARTMENT OF REVENUE | COMPLIANCE DIVISION | 1800 CENTURY BLVD NE, SUITE 9100 | ARCS - BANKRUPTCY | ATLANTA | GA | 30345-3202 | | bankruptcy.notices@dor.ga.gov |
| GEORGIA DEPARTMENT OF REVENUE | PROCESSING CENTER | PO BOX 740239 | | ATLANTA | GA | 30374-0239 | | |
| GEORGIA DEPARTMENT OF REVENUE | UNCLAIMED PROPERTY PROGRAM | 4125 WELCOME ALL RD STE 701 | | ATLANTA | GA | 30349-1824 | | ucpmail@dor.ga.gov |
| GEORGIA DEPT OF REVENUE | 1000 TOWNE CENTER BLVD | BUILDING 900, SUITE A | | POOLER | GA | 31322 | | |
| GEORGIA DEPT OF REVENUE | 1800 CENTURY CENTER BLVD., N.E. | | | ATLANTA | GA | 30345-3205 | | |
| GEORGIA DEPT OF REVENUE | 314 EAST MAIN STREET | SUITE 150 | | CARTERSVILLE | GA | 30120 | | |
| GEORGIA DEPT OF REVENUE | 528 BORAD ST SE | | | GAINESVILLE | GA | 30501-3728 | | |
| GEORGIA DEPT OF REVENUE | 610 RONALD REAGAN DRIVE | BUILDING G-1 | | EVANS | GA | 30809 | | |
| HAWAII DEPT OF TAXATION | 3060 EIWA STREET #105 | | | LIHUE | HI | 96766-1889 | | |
| HAWAII DEPT OF TAXATION | 54 S. HIGH STREET #208 | | | WAILUKU | HI | 96793-2198 | | |
| HAWAII DEPT OF TAXATION | 75 AUPUNI STREET #101 | | | HILO | HI | 96720-4245 | | |
| HAWAII DEPT OF TAXATION | P.O. BOX 275 | | | KAUNAKAKAI | HI | 96748 | | |
| HAWAII DEPT OF TAXATION | PO BOX 259 | | | HONOLULU | HI | 96809-0259 | | |
| IDAHO STATE TAX COMMISSION | 1118 "F" ST | PO BOX 1014 | | LEWISTON | ID | 83501 | | |
| IDAHO STATE TAX COMMISSION | 150 SHOUP AVE | STE 16 | | IDAHO FALLS | ID | 83402 | | |
| IDAHO STATE TAX COMMISSION | 1910 NORTHWEST BLVD | STE 100 | | COEUR D'ALENE | ID | 83814 | | |
| IDAHO STATE TAX COMMISSION | 440 FALLS AVE | | | TWIN FALLS | ID | 83301 | | |
| IDAHO STATE TAX COMMISSION | 611 WILSON AVE | STE 5704 | | POCATELLO | ID | 83201 | | |
| IDAHO STATE TAX COMMISSION | 800 PARK BLVD., PLAZA IV | | | BOISE | ID | 83712-0410 | | |
| IDAHO STATE TAX COMMISSION | PO BOX 36 | | | BOISE | ID | 83722 | | |
| IDAHO STATE TAX COMMISSION | PO BOX 76 | | | BOISE | ID | 83707 | | |
| ILLINOIS DEPARTMENT OF REVENUE | 720 W 20TH ST | | | PITTSBURG | KS | 66762-2844 | | |
| ILLINOIS DEPARTMENT OF REVENUE | BANKRUPTCY UNIT | PO BOX 19035 | | SPRINGFIELD | IL | 62794-9035 | | Rev.Bankruptcy@illinois.gov |
| ILLINOIS DEPARTMENT OF REVENUE | PO BOX 19045 | | | SPRINGFIELD | IL | 62794-9045 | | |
| ILLINOIS DEPT OF REVENUE | 15 EXECUTIVE DR STE 2 | | | FAIRVIEW HEIGHTS | IL | 62208-1331 | | |
| ILLINOIS DEPT OF REVENUE | 200 S WYMAN ST | | | ROCKFORD | IL | 61101 | | |
| ILLINOIS DEPT OF REVENUE | 2309 W MAIN ST STE 114 | | | MARION | IL | 62959-1196 | | |
| ILLINOIS DEPT OF REVENUE | JAMES R. THOMPSON CTR - CONCOURSE LVL | 100 W RANDOLPH ST | | CHICAGO | IL | 60601-3274 | | |
| ILLINOIS DEPT OF REVENUE | MAINE N REGIONAL BLDG | 9511 HARRISON AVE | | DES PLAINES | IL | 60016-1563 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ILLINOIS DEPT OF REVENUE | WILLARD ICE BLDG | 101 W JEFFERSON ST. | | SPRINGFIELD | IL | 62702 | |
| INDIANA DEPARTMENT OF REVENUE | 720 W 20TH ST | | | PITTSBURG | KS | 66762-2844 | |
| INDIANA DEPT OF REVENUE | 100 EXECUTIVE DR STE B | | | LAFAYETTE | IN | 47905 | |
| INDIANA DEPT OF REVENUE | 100 N SENATE IGCN | RM N105 | | INDIANAPOLIS | IN | 46204 | TNICHOLS@DOR.IN.GOV |
| INDIANA DEPT OF REVENUE | 105 E JEFFERSON BLVD STE 350 | | | SOUTH BEND | IN | 46601 | |
| INDIANA DEPT OF REVENUE | 117 E SUPERIOR ST | | | KOKOMO | IN | 46901 | |
| INDIANA DEPT OF REVENUE | 1200 MADISON ST STE E | | | CLARKSVILLE | IN | 47131 | |
| INDIANA DEPT OF REVENUE | 1411 E 85TH AVE | | | MERRILLVILLE | IN | 46410 | |
| INDIANA DEPT OF REVENUE | 1415 MAGNAVOX WAY STE 100 | | | FT WAYNE | IN | 46804 | |
| INDIANA DEPT OF REVENUE | 30 N 8TH ST 3RD FL | | | TERRE HAUTE | IN | 47807 | |
| INDIANA DEPT OF REVENUE | 3520 TWO MILE HOUSE RD | | | COLUMBUS | IN | 47201 | |
| INDIANA DEPT OF REVENUE | 3640 N BRIARWOOD LN STE 5 | | | MUNCIE | IN | 47304 | |
| INDIANA DEPT OF REVENUE | 414 LANDMARK AVE | | | BLOOMINGTON | IN | 47403 | |
| INDIANA DEPT OF REVENUE | 500 S GREEN RIVER RD | STE 202, GOODWILL BLDG | | EVANSVILLE | IN | 47715 | |
| INDIANA REVENUE DEPARTMENT | GENERAL COUNSEL | P.O. BOX 7206 | | INDIANAPOLIS | IN | 46207-7206 | TNICHOLS@DOR.IN.GOV |
| INDIANA REVENUE DEPARTMENT | P.O. BOX 7226 | | | INDIANAPOLIS | IN | 46207-7226 | |
| IOWA DEPARTMENT OF REVENUE | PO BOX 10330 | | | DES MOINES | IA | 50306 | |
| IOWA DEPT OF REVENUE | ADMINISTRATION | PO BOX 10460 | | DES MOINES | IA | 50306-0460 | |
| IOWA DEPT OF REVENUE | BANKRUPTCY | PO BOX 10471 | | DES MOINES | IA | 50306-0471 | |
| IOWA DEPT OF REVENUE | HOOVER STATE OFFICE BUILDING | 1305 E WALNUT | | DES MOINES | IA | 50319 | |
| KANSAS DEPARTMENT OF REVENUE | CORPORATE INCOME TAX | 915 SW HARRISON ST | | TOPEKA | KS | 66612-1588 | |
| KANSAS DEPARTMENT OF REVENUE | GENERAL COUNSEL | P.O. BOX 12005 | | TOPEKA | KS | 66601-2005 | kdor_tac@ks.gov |
| KANSAS DEPARTMENT OF REVENUE | PO BOX 643 | | | PITTSBURG | KS | 66762 | |
| KANSAS DEPT OF REVENUE | 915 SW HARRISON ST | | | TOPEKA | KS | 66612-1588 | kdor_tac@ks.gov |
| KENTUCKY DEPT OF REVENUE | 501 HIGH ST | | | FRANKFORT | KY | 40601-2103 | |
| KENTUCKY STATE TREASURER | GENERAL COUNSEL | P.O. BOX 5222 | LEGAL SUPPORT BRANCH - BANKRUPTCY | FRANKFORT | KY | 40602 | |
| KENTUCKY STATE TREASURER | P.O. BOX 1150 | | | FRANKFORT | KY | 40602-1150 | |
| LOUISIANA DEPT OF REVENUE | 720 W 20TH ST | | | PITTSBURG | KS | 66762-2844 | |
| LOUISIANA DEPT OF REVENUE | 617 N THIRD ST | | | BATON ROUGE | LA | 70802 | FLORENCE.SAENZ@LA.GOV |
| LOUISIANA DEPT OF REVENUE | PO BOX 201 | | | BATON ROUGE | LA | 70821 | |
| MAINE REVENUE SERVICES | 51 COMMERCE DRIVE | | | AUGUSTA | ME | 04330 | |
| MAINE REVENUE SERVICES | PO BOX 9107 | | | AUGUSTA | ME | 04332-9107 | corporate.tax@maine.gov |
| MARYLAND OFFICE OF THE COMPTROLLER | PETER FRANCHOT, COMPTROLLER | 80 CALVERT ST | | ANNAPOLIS | MD | 21404-0466 | mdcomptroller@comp.state.md.us |
| MARYLAND OFFICE OF THE COMPTROLLER | PETER FRANCHOT, COMPTROLLER | PO BOX 466 | | ANNAPOLIS | MD | 21404-0466 | mdcomptroller@comp.state.md.us |
| MARYLAND SALES AND USE TAX RET | PO BOX 17405 | | | BALTIMORE | MD | 21297-1405 | |
| MASSACHUSETTS DEPT OF REVENUE | DIVISION OF LOCAL SERVICES | 100 CAMBRIDGE ST, 6TH FL | | BOSTON | MA | 02114-9569 | |
| MASSACHUSETTS DEPT OF REVENUE | DIVISION OF LOCAL SERVICES | PO BOX 9569 | | BOSTON | MA | 02114-9569 | |
| MASSACHUSETTS DEPT. OF REVENUE | GENERAL COUNSEL | P.O. BOX 9564 | BANKRUPTCY UNIT | BOSTON | MA | 02114-9564 | |
| MASSACHUSETTS DEPT. OF REVENUE | PO BOX 7065 | | | BOSTON | MA | 02204-7065 | |
| MICHIGAN DEPT OF TREASURY | CUSTOMER CONTACT DIVISION, MBT UNIT | PO BOX 30059 | | LANSING | MI | 48909 | |
| MICHIGAN DEPT. OF TREASURY | GENERAL COUNSEL | P.O. BOX 30168 | COLLECTION/BANKRUPTCY UNIT | LANSING | MI | 48909 | |
| MICHIGAN DEPT. OF TREASURY | P.O. BOX 30199 | | | LANSING | MI | 48909-7699 | |
| MINNESOTA DEPARTMENT OF REVENUE | PO BOX 64649 | | | SAINT PAUL | MN | 55164-0649 | |
| MINNESOTA DEPT OF REVENUE | 600 N ROBERT ST. | M/S 4130 | | SAINT PAUL | MN | 55164-0622 | MDOR.BKYSEC@STATE.MN.US |
| MINNESOTA DEPT OF REVENUE | 720 W 20TH ST | | | PITTSBURG | KS | 66762-2844 | |
| MINNESOTA REVENUE | GENERAL COUNSEL | P.O. BOX 64564 | COLLECTION DIVISION | ST. PAUL | MN | 55164-0564 | |
| MINNESOTA REVENUE | P.O. BOX 64622 | | | ST. PAUL | MN | 55164-0622 | |
| MISSISSIPPI STATE TAX COMM | PO BOX 1033 | | | JACKSON | MS | 39215 | |
| MISSISSIPPI STATE TAX COMMISSION | 500 CLINTON CTR DR | | | CLINTON | MS | 39056 | BANKRUPTCY@DOR.MS.GOV |
| MISSISSIPPI STATE TAX COMMISSION | PO BOX 22808 | | | JACKSON | MS | 39225-2808 | BANKRUPTCY@DOR.MS.GOV |
| MISSOURI DEPARTMENT OF REVENUE | GENERAL COUNSEL | HARRY S TRUMAN STATE OFFICE BUILDING | 301 WEST HIGH STREET | JEFFERSON CITY | MO | 65101 | businesstaxregister@dor.mo.gov |
| MISSOURI DEPARTMENT OF REVENUE | TAXATION DIVISION | PO BOX 3990 | | JEFFERSON CITY | MO | 65105-3390 | |
| MISSOURI DEPT OF REVENUE | 720 W 20TH ST | | | PITTSBURG | KS | 66762-2844 | |
| MISSOURI DEPT OF REVENUE | HARRY S TRUMAN STATE OFFICE BLDG | 301 W HIGH ST, RM 102 | | JEFFERSON CITY | MO | 65101 | businesstaxregister@dor.mo.gov |
| MISSOURI DEPT. OF REVENUE | PO BOX 840 | | | JEFFERSON CITY | MO | 65105-0840 | |
| MONTANA DEPT OF REVENUE | PO BOX 5805 | | | HELENA | MT | 59604-5805 | |
| MONTANA DEPT OF REVENUE | SAM W MITCHELL BLDG | 125 N ROBERTS, 3RD FL | | HELENA | MT | 59601 | |
| N.D. OFFICE OF STATE TAX COMMISSIONER | 600 E BLVD AVE | DEPT 127 | | BISMARCK | ND | 58505-0599 | |
| NC DEPARTMENT OF REVENUE | P.O. BOX 25000 | | | RALEIGH | NC | 27640 | |
| NC DEPARTMENT OF REVENUE | PO BOX 25000 | | | RALEIGH | NC | 27640 | |
| NC DEPARTMENT OF REVENUE | PO BOX 871 | | | RALEIGH | NC | 27602 | |
| NC DEPT OF REVENUE | 793 COUNTRY CLUB ROAD | | | ROCKY MOUNT | NC | 27804 | |
| NEBRASKA DEPT OF REVENUE | 200 S SILBER ST | | | NORTH PLATTE | NE | 69101-4200 | |
| NEBRASKA DEPT OF REVENUE | 304 N 5TH ST, STE D | | | NORFOLK | NE | 68701-4091 | |
| NEBRASKA DEPT OF REVENUE | 505A BROADWAY STE 800 | | | SCOTTSBLUFF | NE | 69361 | |
| NEBRASKA DEPT OF REVENUE | NEBRASKA STATE OFFICE BLDG | 1313 FARNAM ST STE 100 | | OMAHA | NE | 68102-1836 | |
| NEBRASKA DEPT OF REVENUE | NEBRASKA STATE OFFICE BUILDING | 301 CENTENNIAL MALL S | | LINCOLN | NE | 68508 | |
| NEBRASKA DEPT OF REVENUE | PO BOX 94818 | | | LINCOLN | NE | 68509-4818 | |
| NEVADA DEPARTMENT OF REVENUE | BANKRUPTCY SECTION | 555 E WASHINGTON AVE | STE 1300 | LAS VEGAS | NV | 89101 | |
| NEVADA DEPARTMENT OF TAXATION | 555 E WASHINGTON AVE | STE 1300 | | LAS VEGAS | NV | 89101 | |
| NEVADA DEPT OF TAXATION | 1550 COLLEGE PKWY | STE 115 | | CARSON CITY | NV | 89706 | |
| NEVADA DEPT OF TAXATION | 2550 PASEO VERDE | STE 180 | | HENDERSON | NV | 89074 | |
| NEVADA DEPT OF TAXATION | 4600 KIETZKE LANE | BLDG L | STE 235 | RENO | NV | 89502 | |

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Notes |
|---|---|---|---|---|---|---|---|
| NEVADA DEPT OF TAXATION | GRANT SAWYER OFFICE BLDG | 555 E WASHINGTON AVE | STE 1300 | LAS VEGAS | NV | 89101 | |
| NEW HAMPSHIRE DEPT OF REVENUE ADMIN | 109 PLEASANT ST | | | CONCORD | NH | 03301 | |
| NEW HAMPSHIRE DEPT OF REVENUE ADMIN | PO BOX 457 | | | CONCORD | NH | 03302-0457 | |
| NEW JERSEY DEPT OF THE TREASURY | DIVISION OF ADMINISTRATION | PO BOX 311 | | TRENTON | NJ | 08625-0211 | |
| NEW JERSEY DEPT OF THE TREASURY | DIVISION OF TAXATION | PO BOX 002 | | TRENTON | NJ | 08625-0002 | |
| NEW JERSEY DEPT OF THE TREASURY | DIVISION OF TAXATION | BANKRUPTCY SECTION | PO BOX 245 | TRENTON | NJ | 08695-0245 | |
| NEW JERSEY DIVISION OF REVENUE | P.O. BOX 252 | | | TRENTON | NJ | 08625-0058 | |
| NEW MEXICO TAXATION AND REVENUE | 1100 S ST FRANCIS DRIVE | PO BOX 630 | | SANTA FE | NM | 87504-0630 | |
| NEW YORK DEPT. OF FINANCE | BANKRUPTCY SECTION | PO BOX 5300 | | ALBANY | NY | 12205-0300 | Jeffrey.Cymbler@tax.ny.gov; Robert.Cook@tax.ny.gov |
| NEW YORK DEPT. OF FINANCE | W.A. HARRIMAN CAMPUS, B8 | RM 700 | | ALBANY | NY | 12227 | |
| NEW YORK DEPT. OF FINANCE | W.A. HARRIMAN CAMPUS, B8 | BLDG 9 RM 449 | | ALBANY | NY | 12227 | |
| NEW YORK STATE DEPARTMENT OF TAXATION | AND FINANCE | BANKRUPTCY SECTION | PO BOX 5300 | ALBANY | NY | 12205-0300 | |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | BUILDING 9, ROOM 340 | | | ALBANY | NY | 12227 | |
| NJ DIVISION OF TAXATION | 50 BARRACK ST | | | TRENTON | NJ | 08608 | |
| NORTH CAROLINA DEPARTMENT OF REVENUE | GENERAL COUNSEL | ATTN: BANKRUPTCY UNIT | P.O. BOX 1168 | RALEIGH | NC | 27602-1168 | |
| NORTH CAROLINA DEPARTMENT OF REVENUE | P.O. BOX 25000 | | | RALEIGH | NC | 27640-0520 | |
| NORTH CAROLINA DEPT OF REVENUE | 501 N WILMINGTON ST | | | RALEIGH | NC | 27604 | |
| NORTH CAROLINA DEPT OF REVENUE | PO BOX 643 | | | PITTSBURG | KS | 66762 | |
| NORTH DAKOTA STATE TAX COMM | 600 E BOULEVARD AVE | | | BISMARCK | ND | 58505-0601 | |
| NYC DEPARTMENT OF FINANCE | GENERAL COUNSEL | 66 JOHN STREET, ROOM 104 | | NEW YORK | NY | 10038 | |
| NYC DEPARTMENT OF FINANCE | PO BOX 3644 | | | NEW YORK | NY | 10008-3644 | |
| OFFICE OF TAX AND REVENUE | STEPHANIE JETER, SUPERVISORY REVENUE OFFICER | COMPLIANCE ADMINISTRATION, COLLECTION DIVISION | PO BOX 37559 | WASHINGTON | DC | 20013 | Stephanie.Jeter@dc.gov |
| OHIO DEPARTMENT OF REVENUE | 30 E BROAD ST | 22ND FL | | COLUMBUS | OH | 43215 | |
| OHIO DEPARTMENT OF REVENUE | SARAH OLEARY | ATTN: BANKRUPTCY DIVISION | P.O. BOX 530 | COLUMBUS | OH | 43216-0530 | |
| OHIO DEPARTMENT OF TAXATION | 4485 NORTHLAND RIDGE BLVD. | | | COLUMBUS | OH | 43229 | |
| OHIO DEPT OF TAXATION | 30 E BROAD STREET | 22ND FLOOR | | COLUMBUS | OH | 43215 | |
| OKLAHOMA TAX COMMISSION | 440 SOUTH HOUSTON | 5TH FLOOR | | TULSA | OK | 74127 | |
| OKLAHOMA TAX COMMISSION | CONNORS BUILDING, CAPITAL COMPLEX | 2501 NORTH LINCOLN BLVD | | OKLAHOMA CITY | OK | 73914 | |
| OKLAHOMA TAX COMMISSION | PO BOX 26850 | | | OKLAHOMA CITY | OK | 73126 | |
| OKLAHOMA TAX COMMISSION | PO BOX 53374 | | | OKLAHOMA CITY | OK | 73152-3374 | |
| OREGON DEPARTMENT OF REVENUE | GENERAL COUNSEL | 955 CENTER STNE | | SALEM | OR | 97301-2555 | corp.help.dor@oregon.gov |
| OREGON DEPARTMENT OF REVENUE | P.O. BOX 14780 | | | SALEM | OR | 97309-0469 | |
| OREGON DEPARTMENT OF REVENUE | PO BOX 14725 | | | SALEM | OR | 97309-5018 | |
| OREGON DEPT OF REVENUE | 955 CENTER ST NE | | | SALEM | OR | 97301 | questions.dor@oregon.gov |
| PA DEPARTMENT OF REVENUE | PO BOX 280946 | | | HARRISBURG | PA | 17128-0946 | |
| PA DEPT OF REVENUE | PO BOX 280437 | | | HARRISBURG | PA | 17128-0437 | |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BUREAU OF BUSINESS TRUST FUND TAXES | EMPLOYER TAX DIVISION | PO BOX 280904 | HARRISBURG | PA | 17128-0904 | |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BUREAU OF COMPLIANCE | PO BOX 280947 | | HARRISBURG | PA | 17128-0947 | |
| PENNSYLVANIA DEPARTMENT OF REVENUE | PO BOX 280405 | | | HARRISBURG | PA | 17128-0405 | |
| PENNSYLVANIA DEPARTMENT OF REVENUE | WALNUT ST | | | HARRISBURG | PA | 17128 | |
| PENNSYLVANIA DEPT OF REVENUE | P.O. BOX 280425 | | | HARRISBURG | PA | 17128-0425 | |
| RHODE ISLAND DIVISION OF TAXATION | ONE CAPITOL HILL | | | PROVIDENCE | RI | 02908-5800 | |
| S.C. DEPT. OF REVENUE | PO BOX 125 | | | COLUMBIA | SC | 29214-0213 | |
| SC DEPARTMENT OF REVENUE | 720 W 20TH ST | | | PITTSBURG | KS | 66762-2844 | |
| SOUTH CAROLINA DEPT OF REVENUE | 300A OUTLET POINTE BOULEVARD | | | COLUMBIA | SC | 29210 | Director@dor.sc.gov |
| SOUTH DAKOTA DEPT OF REVENUE | 445 E CAPITOL AVE | | | PIERRE | SD | 57501 | |
| STATE OF WASHINGTON DEPT. OF REVENUE | GENERAL COUNSEL | BANKRUPTCY/CLAIMS UNIT | 2101 4TH AVE 1400 | SEATTLE | WA | 98121-2300 | |
| STATE OF WASHINGTON DEPT. OF REVENUE | P.O. BOX 34052 | | | SEATTLE | WA | 98124-1052 | |
| STATE TAX COMMISSION | PO BOX 23338 | | | JACKSON | MS | 39225 | |
| STATE TAX COMMISSION | PO BOX 76 | | | BOISE | ID | 83707 | |
| TENNESSEE DEPT OF REVENUE | BANKRUPTCY DIVISION | ANDREW JACKSON STATE OFFICE BLDG | 500 DEADERICK STREET | NASHVILLE | TN | 37242 | |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | P.O.BOX 149348 | | | AUSTIN | TX | 78714-9348 | |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | GENERAL COUNSEL | CENTRAL SERVICES BUILDING | 1711 SAN JACINTO BLVD., SUITE 180 | AUSTIN | TX | 78701-1416 | |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B JOHNSON STATE OFFICE BLDG | 111 E 17TH ST | | AUSTIN | TX | 78774 | |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | PO BOX 13528 | CAPITOL STATION | | AUSTIN | TX | 78711-3528 | |
| TREASURER, STATE OF NEW JERSEY | BANKRUPTCY SECTION | NJ DIVISION OF TAXATION | PO BOX 245 | TRENTON | NJ | 08695-0245 | |
| TREASURER, STATE OF NEW JERSEY | NJ DIVISION OF REVENUE | P.O. BOX 308 | | TRENTON | NJ | 08646 | |
| UTAH STATE TAX COMMISSION | TAXPAYER SERVICES DIVISION | 210 NORTH 1950 WEST | | SALT LAKE CITY | UT | 84134 | utilitymail@utah.gov |
| VERMONT DEPT OF TAXES | 133 STATE ST | | | MONTPELIER | VT | 05633-1401 | |
| VIRGINIA DEPARTMENT OF TAXATION | GENERAL COUNSEL | 1957 WESTMORELAND STREET | GENERAL LEGAL AND TECHNICAL SERVICES | RICHMOND | VA | 23230 | |
| VIRGINIA DEPARTMENT OF TAXATION | PO BOX 2185 | | | RICHMOND | VA | 23218-2185 | |
| VIRGINIA DEPARTMENT OF TAXATION | PO BOX 26626 | | | RICHMOND | VA | 23261-6626 | |
| VIRGINIA DEPARTMENT OF TAXATION | PO BOX 27407 | | | RICHMOND | VA | 23261-7407 | |
| VIRGINIA DEPT OF REVENUE | 720 W 20TH | | | PITTSBURG | KS | 66762 | |
| VIRGINIA DEPT OF TAXATION | 1957 WESTMORELAND STREET | | | RICHMOND | VA | 23230 | |
| VIRGINIA DEPT OF TAXATION | PO BOX 1115 | | | RICHMOND | VA | 23218-1115 | |
| VIRGINIA DEPT OF TAXATION | PO BOX 2185 | | | RICHMOND | VA | 23218-2815 | |
| W.VA. STATE TAX DEPT | PO BOX 2666 | | | CHARLESTON | WV | 25330-2666 | |
| WASHINGTON STATE | DEPARTMENT OF REVENUE | UNCLAIMED PROPERTY SECTION | PO BOX 47477 | OLYMPIA | WA | 98504-7477 | |
| WASHINGTON STATE DEPT OF REVENUE | PO BOX 47476 | | | OLYMPIA | WA | 98504-7476 | |
| WASHINGTON STATE DEPT OF REVENUE | PO BOX 47478 | | | OLYMPIA | WA | 98504-7478 | |

| WEST VIRGINIA STATE TAX DEPT | 1001 LEE ST | | | CHARLESTON | WV | 25301 | | |
|---|---|---|---|---|---|---|---|---|
| WISCONSIN DEPARTMENT OF REVENUE | GENERAL COUNSEL | COMPLIANCE BUREAU | PO BOX 8901 | MADISON | WI | 53708-8901 | | DORCompliance@wisconsin.gov |
| WISCONSIN DEPARTMENT OF REVENUE | PO BOX 930208 | | | MILWAUKEE | WI | 53293-0208 | | |
| WISCONSIN DEPT OF REVENUE | 2135 RIMROCK RD | | | MADISON | WI | 53713 | | DORIncome@wisconsin.gov |
| WISCONSIN DEPT OF REVENUE | PO BOX 8902 | | | MADISON | WI | 53708-8902 | | |
| WYOMING DEPT OF REVENUE | 122 WEST 25TH STREET, 2ND FLOOR WEST | | | CHEYENNE | WY | 82002-0110 | | JACK.REHM@WYO.GOV; dor@wyo.gov; dor_taxability@wyo.gov |

# **<u>EXHIBIT B</u>**

**SERVICE LIST**
**Zohar**

U.S. Bank National Association
214 N. Tryon Street, 26th Floor
Charlotte, NC 28202
***First Class Mail***

Zohar III Class B Noteholders
Patriarch Stakeholders
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

MBIA, Inc.
1 Manhattanville Road #301
Purchase, NY 10577
***First Class Mail***

Zohar I A-3 Noteholders
Patriarch Stakeholders
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
***First Class Mail***

Alvarez & Marsal
Zohar Management LLC
600 Madison Avenue
New York, NY 10022
***First Class Mail***

Barris, Scott, Denn & Driker, P.L.L.C.
333 W Fort Street, Suite 1200
Detroit, MI 48226
***First Class Mail***

Blank Rome, LLP
1271 Avenue of the Americas
New York, NY 10020
***First Class Mail***

Fund Fiduciary Partners
10 Market Street #769
Camana Bay
Grand Cayman, KY1-9006
Cayman Islands
***International Mail***

Maples Group
F/D/B/A Maples & Calder
Ugland House
South Church Street
P.O. Box 309
Grand Cayman KY1-1104
Cayman Islands
***International Mail***

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899
***Hand Delivery***

Osborn Maledon, P.A.
2929 N. Central Ave
Phoenix, AZ 85012
***First Class Mail***

Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022
***First Class Mail***

Cohen & Gresser, LLP
800 Third Avenue
New York, NY 10022
***First Class Mail***

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
***First Class Mail***

Natixis CIB Americas Headquarters
F/D/B/A Natixis Financial Products, Inc.
Attn: Yazmin Vasconez
1251 Avenue of the Americas
New York, NY 10020
***First Class Mail***

Patriarch Partners XV, LLC
Patriarch Stakeholders
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Zohar III Class B Noteholders
Patriarch Stakeholders
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Patriarch Partners XIV, LLC
Patriarch Stakeholders
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Schlam Stone & Dolan, LLP
26 Broadway
New York, NY 10004
***First Class Mail***

Zohar II Class B Noteholders
Patriarch Stakeholders
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Cadwalader, Wickersham & Taft, LLP
200 Liberty Street
New York, NY 10281
***First Class Mail***

Gary Neems
c/o ARK Invest
Callidus Capital Management LLC
520 Madison Avenue, 27th Floor
New York, NY 10022
***First Class Mail***

Patriarch Partners VIII, LLC
Patriarch Stakeholders
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***

Capital Market Risk Advisors, Inc.
767 Third Avenue, 8th Floor
New York, NY 10017
***First Class Mail***

Mayer Brown
c/o Alvarez & Marsal
Zohar Management LLC
600 Madison Avenue
New York, NY 10022
***First Class Mail***

Zohar I Class B Noteholders
Patriarch Stakeholders
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006
***First Class Mail***