# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on September 9, 2021, I caused a copy of the foregoing documents, *Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452* [Docket No. 2795], to be served upon the below counsel in the manner indicated below:

| | |
|---|---|
| Norman L. Pernick, Esq.<br>David Dean, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>ddean@coleschotz.com<br>npernick@coleschotz.com<br>(Patriarch Entities)<br>***Email*** | Randy M. Mastro, Esq.<br>Matt J. Williams, Esq.<br>Mary Beth Maloney, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>rmastro@gibsondunn.com<br>mjwilliams@gibsondunn.com<br>mmaloney@gibsondunn.com<br>(Patriarch Entities)<br>***Email*** |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

28581472.1

| | |
|---|---|
| Robert Klyman, Esq.<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>rklyman@gibsondunn.com<br>(Patriarch Entities)<br>*Email* | Monica K. Loseman, Esq.<br>Gibson, Dunn & Crutcher LLP<br>1801 California Street, Suite 4200<br>Denver, CO 80202-2642<br>mloseman@gibsondunn.com<br>(Patriarch Entities)<br>*Email* |
| Kenneth J. Nachbar, Esq.<br>Robert J. Dehney, Esq.<br>Megan Ward Cascio, Esq.<br>Matthew B. Harvey, Esq.<br>Lauren Neal Bennett, Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>knachbar@mnat.com<br>rdehney@mnat.com<br>mcascio@mnat.com<br>mharvey@mnat.com<br>lbennett@mnat.com<br>(Alvarez & Marsal Zohar Management, LLC)<br>*Email* | Michael Carlinksy, Esq.<br>Jonathan E. Pickhardt, Esq.<br>Benjamin Finestone, Esq.<br>Ellison Ward Merkel, Esq.<br>Blair Adams, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>michaelcarlinsky@quinnemanuel.com<br>jonpickhardt@quinnemanuel.com<br>benjaminfinestone@quinnemanuel.com<br>ellisonmerkel@quinnemanuel.com<br>blairadams@quinnemanuel.com<br>(Alvarez & Marsal Zohar Management, LLC)<br>*Email* |
| Gregory M. Petrick, Esq.<br>Jonathan M. Hoff, Esq.<br>Ingrid Bagby, Esq.<br>Michele C. Maman, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>200 Liberty Street<br>New York, NY 10281<br>gregory.petrick@cwt.com<br>jonathan.hoff@cwt.com<br>ingrid.bagby@cwt.com<br>michele.maman@cwt.com<br>(MBIA Insurance Company)<br>*Email* | Brian J. Lohan, Esq.<br>Ginger Clements, Esq.<br>Arnold & Porter Kaye Scholer LLP<br>70 West Madison Street, Suite 4200<br>Chicago, IL 60602-4231<br>brian.lohan@arnoldporter.com<br>ginger.clements@arnoldporter.com<br>(Certain Holders of Notes Issued by Zohar III, Limited)<br>*Email* |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(Internal Revenue Service)<br>*First Class Mail* | Secretary of State<br>Corporations Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903<br>(Secretary of State)<br>*First Class Mail* |

28581472.1

| | |
|---|---|
| Secretary of Treasury<br>Attn: Bankruptcy Department<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904<br>(Secretary of Treasury)<br>***First Class Mail*** | Michael B. Mukasey, Esq.<br>U.S. Attorney General<br>Department of Justice<br>Commerical Litigation Branch<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br>(U.S. Attorney General)<br>***First Class Mail*** |
| Ellen W. Slights, Esq.<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>1007 North Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046<br>ellen.slights@usdoj.gov<br>(U.S. Attorney's Office)<br>***Email*** | Securities & Exchange Commission<br>Secretary of Treasury<br>100 F Street, NE<br>Washington, DC 20549<br>secbankruptcy@sec.gov<br>(Securities & Exchange Commission)<br>***Email*** |
| Securities & Exchange Commission<br>Attn: Bankruptcy Department<br>Brookfiled Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov<br>(Securities & Exchange Commission)<br>***Email*** | Delaware Attorney General<br>Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(Delaware Attorney General)<br>***Hand Delivery*** |
| Juliet M. Sarkessian, Esq.<br>Office of the United States Trustee<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #15<br>Wilmington, DE 19801<br>juliet.m.sarkessian@usdoj.gov<br>(U.S. Trustee)<br>***Email*** | Delaware Division of Revenue<br>Attn: Zillah Frampton<br>820 N. French Street<br>Wilmington, DE 19801<br>(Delaware Division of Revenue)<br>***Hand Delivery*** |

| | |
|---|---|
| U.S. Bank National Association<br>Attn: CDO Group-Ref.: Zohar III, Limited<br>190 LaSalle St., 8th Floor<br>Chicago, IL 60603<br>(U.S. Bank National Association)<br>***First Class Mail*** | John W. Weiss, Esq.<br>Brett D. Jaffe, Esq.<br>Alexander Lorenzo, Esq.<br>Elizabeth Buckel, Esq.<br>Alston & Bird LLP<br>90 Park Avenue, 15th Floor<br>New York, NY 10016-1387<br>john.weiss@alston.com<br>brett.jaffe@alston.com<br>alexander.lorenzo@alston.com<br>elizabeth.buckel@alston.com<br>(U.S. Bank National Assocation)<br>***Email*** |
| Elizabeth LaPuma, Esq.<br>Alvarez & Marsal Zohar Management, LLC<br>600 Madison Ave.<br>New York, NY 10022<br>elapuma@alvarezandmarsal.com<br>(Alvarez & Marsal Zohar Management, LLC)<br> ***Email*** | Alvarez & Marsal Zohar Management, LLC<br>Attention: General Counsel<br>600 Madison Ave.<br>New York, NY 10022<br>(Alvarez & Marsal Zohar Management, LLC)<br>***First Class Mail*** |
| Jonathan T. Edwards, Esq.<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>jonathan.edwards@alston.com<br>(U.S. Bank National Assocation)<br>***Email*** | Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Pachulski Stang Ziehl & Jones, LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-87055<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>(MBIA Insurance Company)<br>***Email*** |
| James D. Herschlein Esq.<br>Jeffrey A. Fuisz, Esq.<br>Erik Walsh, Esq.<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10119-9710<br>james.herschlein@arnoldporter.com<br>jeffrey.fuisz@arnoldporter.com<br>erik.walsh@arnoldporter.com<br>(Certain Holders of Notes Issued by Zohar III, Limited)<br>***Email*** | Matthew P. Ward, Esq.<br>Morgan L. Patterson, Esq.<br>Womble Bond Dickinson  (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com<br>(Certain Holders of Notes Issued by Zohar III, Limited)<br>***Email*** |

28581472.1

Josef W. Mintz, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
mintz@blankrome.com
(Blank Rome LLP)
*Email*

Rick Antonoff, Esq.
Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020
rantonoff@blankrome.com
(Blank Rome LLP)
*Email*

Joseph J. Farnan, Jr., Esq.
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
(Independent Director)
*Email*

Mark D. Collins, Esq.
Brett M. Haywood, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com
haywood@rlf.com
(Ankura Trust)
*Email*

Dennis F. Dunne, Esq.
Andrew Harmeyer, Esq.
Milbank LLP
55 Hudson Yards
New York, NY 10001
ddunne@milbank.com
aharmeyer@milbank.com
(Ankura Trust)
*Email*

Debora A. Hoehne, Esq.
Michael Godbe, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
debora.hoehne@weil.com
michael.godbe@weil.com
(Culligan)
*Email*

Zachary I. Shapiro, Esq.
Brendan J. Schlauch, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
shapiro@rlf.com
schlauch@rlf.com
(Culligan)
*Email*

Daniel N. Brogan, Esq.
Sophie E. Macon, Esq.
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
dbrogan@bayardlaw.com
smacon@bayardlaw.com
(Dura)
*Email*

28581472.1

| | |
|---|---|
| Adam J. Greene, Esq.<br>Steven B. Eichel, Esq.<br>Robinson Brog Leinwand Greene<br>Genovese & Gluck P.C.<br>875 Third Avenue, 9th Floor<br>New York, NY 10022<br>ajg@robinsonbrog.com<br>se@robinsonbrog.com<br>(Vik Jindal)<br>*Email* | Theresa Trzaskoma, Esq.<br>Michael Tremonte, Esq.<br>Jennifer X. Luo, Esquire<br>Alexandra G. Elenowitz-Hess, Esq.<br>Vikram Shah, Esq.<br>Ryan Pollock, Esq.<br>Justin Gunnell, Esq.<br>Sher Tremonte LLP<br>90 Broad Street, 23rd Floor<br>New York, NY 10004<br>TTrzaskoma@shertremonte.com<br>mtremonte@shertremonte.com<br>jluo@shertremonte.com<br>ahess@shertremonte.com<br>vshah@shertremonte.com<br>rpollock@shertremonte.com<br>jgunnell@shertremonte.com<br>dberger@abv.com<br>jcraig@abv.com<br>lpincus@abv.com<br>(Patriarch Entities)<br>*Email* |
| Evelyn J. Meltzer<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street, P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Evelyn.meltzer@troutman.com<br>(RM Technologies, Inc.)<br>*Email* | Todd A. Feinsmith<br>Troutman Pepper Hamilton Sanders LLP 19th<br>Floor, High Street Tower<br>125 High Street<br>Boston, MA 02110-2736<br>Todd.feinsmith@troutman.com<br>(RM Technologies, Inc.)<br>*Email* |
| James D. Rosener<br>Troutman Pepper Hamilton Sanders LLP<br>The New York Times Building<br>37th Floor<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>James.rosener@troutman.com<br>(RM Technologies, Inc.)<br>*Email* | Robert M. Hirsh<br>Phillip Khezri<br>Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>rhirsh@lowenstein.com<br>pkhezri@lowenstein.com<br>(JMB Capital)<br>*Email* |

28581472.1

Frederick B. Rosner
Jason A. Gibson
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801
rosner@teamrosner.com
gibson@teamrosner.com
(JMB Capital)
*Email*

Jeffrey M. Schlerf, Esq.
Gray Robinson, PA
1007 North Orange Street
4th Floor #127
Wilmington, DE 19801
Jeffrey.schlerf@gray-robinson.com
(Independent Director)
*Email*

Juliet M. Sarkessian
211 East Meade St.
Philadelphia, PA 19118
(U.S. Trustee)
*First Class Mail*

28581472.1

# SERVICE LIST
## Zohar

Edward J. Bennett, Esq.
Ava V. Baker, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(Additional Party for DE Chancery Ct. Case No. 12946, DE Dist. Ct. Case Nos. 17-1797 & 18-108)
***First Class Mail***

Kevin G. Abrams, Esq.
J. Peter Shindel, Jr., Esq.
April M. Kirby, Esq.
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington DE 19801
(Additional Party for DE Chancery Ct. Case No. 12946, DE Dist. Ct. Case Nos. 17-1797 & 18-108)
***Hand Delivery***

Timothy J. Lowe, Esq.
McDonald Hopkins LLC
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
(Additional Party for MI Circuit Ct. Circuit of Wayne Case No. 17-16240)
***First Class Mail***

Julian J. Gonzalez, Esq.
Daniel E. Clifton, Esq.
Lewis, Clifton & Nikolaidis, P.C.
350 West 31st Street, Suite 401
New York, NY 10001
(Additional Party for NY East. Dist. Ct. Case No. 17-2858)
***First Class Mail***

Kathleen M. McKenna, Esq.
Nayirie Kuyumjian, Esq.
Nicole A. Eichberger, Esq.
Jenna L. Hayes, Esq.
Proskauer Rose LLP
Eleven Times Square
8th Avenue & 41st Street
New York, NY 10036
(Additional Party for NY East. Dist. Ct. Case No. 17-2858)
***First Class Mail***

David B. Rosenbaum, Esq.
Osborn Maledon PA
2929 N Central Avenue, Suite 2100
Phoenix, AZ 85012-2765
(Additional Party for Super. Ct. of AZ County of Maricopa Case No. 2017-13549)
***First Class Mail***

Patricia L. Refo, Esq.
Snell & Wilmer LLP
400 E Van Buren Street, Suite 1900
Phoenix, AZ 85004-2509
(Additional Party for Super. Ct. of AZ County of Maricopa Case No. 2017-13549)
***First Class Mail***

Karl M. Tilleman, Esq.
Bennett E. Cooper, Esq.
Jason Sanders, Esq.
Kimberly Allen, Esq.
Dentons US LLP
2398 E. Camelback Road, Suite 850
Phoenix, AZ 85016-9007
(Additional Party for Super. Ct. of AZ County of Maricopa Case No. 2017-13549)
***First Class Mail***

Clay J. Pierce, Esq.
Marsha J. Indych, Esq.
Drinker Biddle & Reath, LLP
1177 Avenue of the Americas, 4th Floor
New York, NY 10036
(Additional Party for Supre. Ct. of NY County of NY Case No. 651473/2011)
*First Class Mail*

Joseph N. Argentina, Jr., Esq.
Drinker Biddle & Reath, LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801-1621
(Additional Party for Supre. Ct. of NY County of NY Case No. 651473/2011)
*Hand Delivery*

Jeffrey M. Eilender, Esq.
Joshua Wurtzel, Esq.
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(Additional Party for Supre. Ct. of NY County of NY Case No. 651473/2011)
*First Class Mail*

Michael R. Dezsi, Esq.
Dettmer & Dezsi, PLLC
615 Griswold Street, Suite 1600
Detroit, MI 48226
(Additional Party for MI Circuit Ct. Circuit of Wayne Case No. 17-16240)
*First Class Mail*

Brendan G. Best, Esq.
Varnum LLP
160 West Fort Street, 5th Floor
Detroit, MI 48226
(Additional Party for MI Circuit Ct. Circuit of Wayne Case No. 17-16240)
*First Class Mail*

Dennis M. Barnes, Esq.
Morley Witus, Esq.
Barris, Scott, Denn & Driker, P.L.L.C.
333 W. Fort Street, Suite 1200
Detroit, MI 48226
(Additional Party for MI Circuit Ct. Circuit of Wayne Case No. 17-16240)
*First Class Mail*

Robert M. Abrahams, Esq.
Talcah E. Jennings, Esq.
Kristie M. Blasé, Esq.
Frank W. Olander, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
(Additional Party for DE Chancery Ct. Case No. 12247)
*First Class Mail*

Gregory V. Varallo, Esq.
Robert W. Whetzel, Esq.
Sarah A. Galetta, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Additional Party for DE Chancery Ct. Case No. 12247)
*Hand Delivery*

Susan E. Brune, Esq.
Erin C. Doughtery, Esq.
Brune Law P.C.
450 Park Ave. #1901
New York, NY  10022
(Additional Party for DE Chancery Ct. Case No. 12946)
*First Class Mail*

Berry Stilberg, Esq.
Stokes PC
155 North Lake Avenue, Suite 800
Pasadena, CA  91101
(Additional Party for CA Super. Ct. County of LA Case No. BC683129)
*First Class Mail*

Richard D. Gaines
102 Sugarberry Lane
P.O. Box 943
Greentown, PA 18426-0943
(Gains v . NSC Communications, Civil Court of NY, County of NY Index No. 3456/19)
*First Class Mail*

Michele Maryott, Esq.
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA  92612-4412
(Additional Party for CA Super. Ct. County of LA Case No. BC683129)
*First Class Mail*

David M. Grable, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(Additional Party for CA Super. Ct. County of LA Case No. BC683129)
*First Class Mail*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

28581472.1