**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| Debtors. | ) | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 21, 2021 AT 1:00 P.M. (ET)**

**NO MATTERS ARE GOING FORWARD AND THIS HEARING
HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

**RESOLVED MATTER**

1. Debtors' Motion for Entry of an Order Authorizing the Filing of the Portions of the Debtors' Motion for Entry of an Order (I) Authorizing Amendment to the New Agent Agreement and (II) Granting Related Relief Under Seal [D.I. 2758; 8/19/21]

   Related Documents:

   A. Certificate of No Objection [D.I. 2789; 9/3/21]

   B. Order Authorizing the Filing of the Portions of the Debtors' Motion for Entry of an Order (I) Authorizing Amendment to the New Agent Agreement and (II) Granting Related Relief Under Seal [D.I. 2791; 9/7/21]

   Response Deadline: September 2, 2021 at 4:00 p.m. (ET)

   Responses Received: None

   Status: An order has been entered by the Court. No hearing is required.

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

Dated: September 15, 2021
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Joseph M. Barry*

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
rbrady@ycst.com
mnestor@ycst.com
jbarry@ycst.com
rbartley@ycst.com
sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*