# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Zohar III, Corp., *et al.*,[1] ) | Case No. 18-10512 (KBO) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Ref. Docket Nos. 168, 239, 627 & 862 |

**THIRD SUPPLEMENTAL DECLARATION OF MICHAEL R. NESTOR
IN SUPPORT OF THE DEBTORS' APPLICATION FOR AN ORDER, PURSUANT TO
SECTION 327(a) OF THE BANKRUPTCY CODE, AUTHORIZING THE RETENTION
AND EMPLOYMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS
COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

I, Michael R. Nestor, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a partner in the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm"), with offices at Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, and am duly admitted to practice in the States of Delaware, Pennsylvania, and New York, as well as before the United States District Court for the District of Delaware, the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit.

2. I submit this supplemental declaration (this "Third Supplemental Declaration") in support of the *Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors, Effective* Nunc Pro Tunc *to the Petition Date* [Docket No.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

168][2] to update the following disclosures. Young Conaway discloses that it has been engaged by the following parties, or parties affiliated with such parties, regarding matters wholly unrelated to the Debtors and these Chapter 11 cases: Credit Value Partners; Seaport Global Holdings, LLC; Goldman Sachs & Co., LLC, Goldman Sachs Asset Management, and Goldman Sachs Group; Gibson, Dunn & Crutcher LLP; Wells Fargo Bank, N.A. and Wells Fargo Securities, LLC; and Alvarez & Marsal Holdings, LLC.  In addition, the following professional firms and persons who represent parties in or related to these cases are representing or have represented parties in cases where Young Conaway has been engaged and Young Conaway continues to work with such firms (as co-counsel or in alignment with parties-in-interest) or against such firms (as advisor to an adverse party), in various matters:  Alston & Bird; Blank Rome; Cadwalader Wickersham & Taft; Troutman Pepper; Quinn Emmanuel; Locke Lord; Arnold & Porter; Gibson Dunn & Crutcher; Latham & Watkins; FTI Consulting; and White & Case.

3. In addition, Jacob Morton, formerly an associate at Young Conaway, is now an associate at Holland & Knight.  Holland & Knight is currently or was counsel to one or more of the Zohar portfolio companies, and has advised that an ethical wall has been imposed to ensure that both Mr. Morton and Holland & Knight are able to fulfill their respective ethical obligations.

4. Young Conaway remains disinterested within the meaning of section 101(14) of the Bankruptcy Code in that it does not hold or represent an interest adverse to the Debtors or their estates.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.  On May 8, 2018, the Court entered an order approving the Application [Docket No. 239].

26951398.3

5. To the extent Young Conaway becomes aware of any additional relationships and/or connections that may be relevant to Young Conaway's representation of the Debtors, an additional supplemental declaration will be filed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on October 7, 2021

By:   */s/ Michael R. Nestor*
     Michael R. Nestor

26951398.3

3