# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
| Debtors. | ) Jointly Administered |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on October 7, 2021, I caused a copy of the foregoing documents, *Third Supplemental Declaration of Michael R. Nestor in Support of the Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors, Nunc Pro Tunc to the Petition Date* [Docket No. 2837], to be served upon the below counsel in the manner indicated below:

| | |
|---|---|
| Norman L. Pernick, Esq.<br>David Dean, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>ddean@coleschotz.com<br>npernick@coleschotz.com<br>(Patriarch Entities)<br>***Email*** | Randy M. Mastro, Esq.<br>Matt J. Williams, Esq.<br>Mary Beth Maloney, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY10166-0193<br>rmastro@gibsondunn.com<br>mjwilliams@gibsondunn.com<br>mmaloney@gibsondunn.com<br>(Patriarch Entities)<br>***Email*** |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

28690366.1

| | |
|---|---|
| Robert Klyman, Esq.<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>rklyman@gibsondunn.com<br>(Patriarch Entities)<br>***Email*** | Monica K. Loseman, Esq.<br>Gibson, Dunn & Crutcher LLP<br>1801 California Street, Suite 4200<br>Denver, CO 80202-2642<br>mloseman@gibsondunn.com<br>(Patriarch Entities)<br>***Email*** |
| Kenneth J. Nachbar, Esq.<br>Robert J. Dehney, Esq.<br>Megan Ward Cascio, Esq.<br>Matthew B. Harvey, Esq.<br>Lauren Neal Bennett, Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>knachbar@mnat.com<br>rdehney@mnat.com<br>mcascio@mnat.com<br>mharvey@mnat.com<br>lbennett@mnat.com<br>(Alvarez & Marsal Zohar Management, LLC)<br>***Email*** | Michael Carlinksy, Esq.<br>Jonathan E. Pickhardt, Esq.<br>Benjamin Finestone, Esq.<br>Ellison Ward Merkel, Esq.<br>Blair Adams, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>michaelcarlinsky@quinnemanuel.com<br>jonpickhardt@quinnemanuel.com<br>benjaminfinestone@quinnemanuel.com<br>ellisonmerkel@quinnemanuel.com<br>blairadams@quinnemanuel.com<br>(Alvarez & Marsal Zohar Management, LLC)<br>***Email*** |
| Gregory M. Petrick, Esq.<br>Jonathan M. Hoff, Esq.<br>Ingrid Bagby, Esq.<br>Michele C. Maman, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>200 Liberty Street<br>New York, NY 10281<br>gregory.petrick@cwt.com<br>jonathan.hoff@cwt.com<br>ingrid.bagby@cwt.com<br>michele.maman@cwt.com<br>(MBIA Insurance Company)<br>***Email*** | Brian J. Lohan, Esq.<br>Ginger Clements, Esq.<br>Arnold & Porter Kaye Scholer LLP<br>70 West Madison Street, Suite 4200<br>Chicago, IL 60602-4231<br>brian.lohan@arnoldporter.com<br>ginger.clements@arnoldporter.com<br>(Certain Holders of Notes Issued by Zohar III, Limited)<br>***Email*** |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(Internal Revenue Service)<br>***First Class Mail*** | Secretary of State<br>Corporations Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903<br>(Secretary of State)<br>***First Class Mail*** |

28690366.1

| | |
|---|---|
| Secretary of Treasury<br>Attn: Bankruptcy Department<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904<br>(Secretary of Treasury)<br>***First Class Mail*** | Michael B. Mukasey, Esq.<br>U.S. Attorney General<br>Department of Justice<br>Commerical Litigation Branch<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br>(U.S. Attorney General)<br>***First Class Mail*** |
| Ellen W. Slights, Esq.<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>1007 North Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046<br>ellen.slights@usdoj.gov<br>(U.S. Attorney's Office)<br>***Email*** | Securities & Exchange Commission<br>Secretary of Treasury<br>100 F Street, NE<br>Washington, DC 20549<br>secbankruptcy@sec.gov<br>(Securities & Exchange Commission)<br>***Email*** |
| Securities & Exchange Commission<br>Attn: Bankruptcy Department<br>Brookfiled Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov<br>(Securities & Exchange Commission)<br>***Email*** | Delaware Attorney General<br>Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(Delaware Attorney General)<br>***Hand Delivery*** |
| Juliet M. Sarkessian, Esq.<br>Office of the United States Trustee<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #15<br>Wilmington, DE 19801<br>juliet.m.sarkessian@usdoj.gov<br>(U.S. Trustee)<br>***Email*** | Delaware Division of Revenue<br>Attn: Zillah Frampton<br>820 N. French Street<br>Wilmington, DE 19801<br>(Delaware Division of Revenue)<br>***Hand Delivery*** |

| | |
|---|---|
| U.S. Bank National Association<br>Attn: CDO Group-Ref.: Zohar III, Limited<br>190 LaSalle St., 8th Floor<br>Chicago, IL 60603<br>(U.S. Bank National Association)<br>***First Class Mail*** | John W. Weiss, Esq.<br>Brett D. Jaffe, Esq.<br>Alexander Lorenzo, Esq.<br>Elizabeth Buckel, Esq.<br>Alston & Bird LLP<br>90 Park Avenue, 15th Floor<br>New York, NY 10016-1387<br>john.weiss@alston.com<br>brett.jaffe@alston.com<br>alexander.lorenzo@alston.com<br>elizabeth.buckel@alston.com<br>(U.S. Bank National Assocation)<br>***Email*** |
| Elizabeth LaPuma, Esq.<br>Alvarez & Marsal Zohar Management, LLC<br>600 Madison Ave.<br>New York, NY 10022<br>elapuma@alvarezandmarsal.com<br>(Alvarez & Marsal Zohar Management, LLC)<br>***Email*** | Alvarez & Marsal Zohar Management, LLC<br>Attention: General Counsel<br>600 Madison Ave.<br>New York, NY 10022<br>(Alvarez & Marsal Zohar Management, LLC)<br>***First Class Mail*** |
| Jonathan T. Edwards, Esq.<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>jonathan.edwards@alston.com<br>(U.S. Bank National Assocation)<br>***Email*** | Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Pachulski Stang Ziehl & Jones, LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-87055<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>(MBIA Insurance Company)<br>***Email*** |
| James D. Herschlein Esq.<br>Jeffrey A. Fuisz, Esq.<br>Erik Walsh, Esq.<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10119-9710<br>james.herschlein@arnoldporter.com<br>jeffrey.fuisz@arnoldporter.com<br>erik.walsh@arnoldporter.com<br>(Certain Holders of Notes Issued by Zohar III, Limited)<br>***Email*** | Matthew P. Ward, Esq.<br>Morgan L. Patterson, Esq.<br>Womble Bond Dickinson (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com<br>(Certain Holders of Notes Issued by Zohar III, Limited)<br>***Email*** |

28690366.1

Josef W. Mintz, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
mintz@blankrome.com
(Blank Rome LLP)
*Email*

Rick Antonoff, Esq.
Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020
rantonoff@blankrome.com
(Blank Rome LLP)
*Email*

Joseph J. Farnan, Jr., Esq.
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
(Independent Director)
*Email*

Mark D. Collins, Esq.
Brett M. Haywood, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com
haywood@rlf.com
(Ankura Trust)
*Email*

Dennis F. Dunne, Esq.
Andrew Harmeyer, Esq.
Milbank LLP
55 Hudson Yards
New York, NY 10001
ddunne@milbank.com
aharmeyer@milbank.com
(Ankura Trust)
*Email*

Debora A. Hoehne, Esq.
Michael Godbe, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
debora.hoehne@weil.com
michael.godbe@weil.com
(Culligan)
*Email*

Zachary I. Shapiro, Esq.
Brendan J. Schlauch, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
shapiro@rlf.com
schlauch@rlf.com
(Culligan)
*Email*

Daniel N. Brogan, Esq.
Sophie E. Macon, Esq.
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
dbrogan@bayardlaw.com
smacon@bayardlaw.com
(Dura)
*Email*

28690366.1

Adam J. Greene, Esq.
Steven B. Eichel, Esq.
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, NY  10022
ajg@robinsonbrog.com
se@robinsonbrog.com
(Vik Jindal)
*Email*

Theresa Trzaskoma, Esq.
Michael Tremonte, Esq.
Jennifer X. Luo, Esquire
Alexandra G. Elenowitz-Hess, Esq.
Vikram Shah, Esq.
Ryan Pollock, Esq.
Justin Gunnell, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
TTrzaskoma@shertremonte.com
mtremonte@shertremonte.com
jluo@shertremonte.com
ahess@shertremonte.com
vshah@shertremonte.com
rpollock@shertremonte.com
jgunnell@shertremonte.com
dberger@abv.com
jcraig@abv.com
lpincus@abv.com
(Patriarch Entities)
*Email*

Evelyn J. Meltzer
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Evelyn.meltzer@troutman.com
(RM Technologies, Inc.)
*Email*

Todd A. Feinsmith
Troutman Pepper Hamilton Sanders LLP 19th
Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
Todd.feinsmith@troutman.com
(RM Technologies, Inc.)
*Email*

James D. Rosener
Troutman Pepper Hamilton Sanders LLP
The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
James.rosener@troutman.com
(RM Technologies, Inc.)
*Email*

Robert M. Hirsh
Phillip Khezri
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
rhirsh@lowenstein.com
pkhezri@lowenstein.com
(JMB Capital)
*Email*

28690366.1

Frederick B. Rosner
Jason A. Gibson
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801
rosner@teamrosner.com
gibson@teamrosner.com
(JMB Capital)
***Email***

Jeffrey M. Schlerf, Esq.
Gray Robinson, PA
1007 North Orange Street
4th Floor #127
Wilmington, DE 19801
Jeffrey.schlerf@gray-robinson.com
(Independent Director)
***Email***

Juliet M. Sarkessian
211 East Meade St.
Philadelphia, PA 19118
(U.S. Trustee)
***First Class Mail***

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

28690366.1