**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Re: Docket No. 2834** |
| | ) | |

**NOTICE OF WITHDRAWAL OF THE PATRIARCH STAKEHOLDERS'
MOTION FOR AUTHORIZATION TO DISCLOSE INFORMATION RELATED
TO THE SETTLEMENT AGREEMENT AND MONETIZATION PROCESS**

PLEASE TAKE NOTICE that, the Patriarch Stakeholders hereby withdraw, without prejudice,

**The Patriarch Stakeholders' Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process** [Docket No. 2834] (the "Motion"), filed under seal October 5, 2021.  An amended Motion was filed under seal on October 7, 2021 [Docket No. 2836].

Dated: October 11, 2021

**COLE SCHOTZ P.C.**

By: */s/ G. David Dean*
    Norman L. Pernick (No. 2290)
    G. David Dean (Np. 6403)
    Patrick J. Reilley (No. 4451)
    500 Delaware Avenue, Suite 1410
    Wilmington, DE  19801
    Telephone: (302) 652-3131
    Facsimile: (302) 652-3117
    npernick@coleschotz.com
    ddean@coleschotz.com
    preilley@coleschotz.com

– and –

---

[1]    The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261) ("Zohar III"), Zohar II 2005-1, Limited (8297) ("Zohar II"), and Zohar CDO 2003-1, Limited (5119) ("Zohar I," and together with Zohar II and Zohar III, the "Zohar Funds").  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

**SHER TREMONTE LLP**
Theresa Trzaskoma (Admitted Pro Hac Vice)
Michael Tremonte (Admitted Pro Hac Vice)
Vikram Shah (Admitted Pro Hac Vice)
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com
mtremonte@shertremonte.com
vshah@shertremonte.com

*Counsel to the Patriarch Stakeholders*