IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
| Debtors. | ) Jointly Administered |

NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 19, 2021 AT 10:00 A.M. (ET)

---

**THIS HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM
AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
COURTCALL WILL NOT BE USED TO DIAL IN.**

**Please use the following link to register for this hearing:**
https://debuscourts.zoomgov.com/meeting/register/vJIsf-iprzguE5Cc9i8SBVNcIDbZ7srYPHE

**AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A
CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

---

**RESOLVED MATTERS**

1. Interim Fee Applications of the Debtors' Professionals

    Related Documents:

    A. Certification of Counsel Regarding Proposed Order Approving Interim Fee Application of the Debtors' Professionals for the Period from June 1, 2021 through August 31, 2021 [D.I. 2818; 9/23/21]

    B. Order Approving Interim Fee Application of the Debtors' Professionals for the Period from June 1, 2021 through August 31, 2021 [D.I. 2826; 9/29/21]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] **All amendments appear in bold.**

      Response Deadline:    September 22, 2021 at 4:00 p.m. (ET)

      Responses Received:    None

      Status:    An order has been entered by the Court.  No hearing is required.

2. Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 2795; 9/9/21]

    Related Documents:

    A. Certificate of No Objection [D.I. 2821; 9/24/21]

    B. Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 2822; 9/27/21]

    Response Deadline:    September 23, 2021 at 4:00 p.m. (ET)

    Responses Received:    None

    Status:    An order has been entered by the Court.  No hearing is required.

3. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into One or More Potential Transactions Relating to Company G and (II) Granting Related Relief [(SEALED) D.I. 2833; 10/5/21; (REDACTED) D.I. 2841; 10/11/21]

    Related Documents:

    A. Debtors' Motion for Entry of an Order Authorizing the Debtors to File Certain Information in the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into One or More Potential Transactions Relating to Company G and (II) Granting Related Relief Under Seal [D.I. 2842; 10/11/21]

    B. Certification of Counsel Regarding Proposed Order (I) Authorizing the Debtors to Enter Into One or More Potential Transactions Relating to Company G and (II) Granting Related Relief [D.I. 2851; 10/13/21]

    C. Order (I) Authorizing the Debtors to Enter Into One or More Potential Transactions Relating to Company G and (II) Granting Related Relief [D.I. 2852; 10/13/21]

    Response Deadline:    October 12, 2021 at 4:00 p.m. (ET)

    Responses Received:

D.   Informal response from the Patriarch Stakeholders

Status:   An order has been entered by the Court. No hearing is required.

**MATTERS GOING FORWARD**

4.  The Patriarch Stakeholders' Amended Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process [(SEALED) D.I. 2836; 10/7/21; (REDACTED) D.I. 2844; 10/12/21]

   Related Documents:

   A.   Debtors' Motion Pursuant to Local Rule 9019-5(d) (I) to Preclude Discovery and Introduction of Protected Mediation Information and (II) to Strike Certain Portions of Lynn Tilton's Monetization Motion and Objection [(SEALED) D.I. 1358; 1/30/20; (REDACTED) D.I. 1359; 1/30/20]

   B.   Patriarch's Opposition to Debtors' Motion (I) to Preclude Discovery and Introduction of Protected Mediation Information and (II) to Strike Certain Portions of Lynn Tilton's Monetization Motion and Objection [(SEALED) D.I. 1372; 2/5/20; (REDACTED) D.I. TBD; TBD]

   C.   February 6, 2020 Hearing Transcript [D.I. 1389; 2/7/20]

   D.   Notice of Withdrawal Regarding Docket No. 2834 [D.I. 2843; 10/11/21]

   E.   Motion of Patrirach Stakeholders for Entry of an Order Authorizing Filing of Motion Under Seal [D.I. 2845; 10/12/21]

   F.   Motion of MBIA Insurance Corporation for an Order to File Under Seal Its Limited Objection and Reservation of Rights of MBIA Insurance Corporation in Connection with Patriarch's Amended Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process [D.I. 2849; 10/12/21]

   Response Deadline:          October 12, 2021 at 4:00 p.m. (ET)

   Responses Received:

   G.   Debtors' Objection to Patriarch Stakeholders' Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process [(SEALED) D.I. 2846; 10/12/21; (REDACTED) D.I. TBD; TBD]

   H.   Limited Objection and Reservation of Rights of MBIA Insurance Corporation in Connection with Patriarch's Amended Motion for Authorization to Disclose

Information Related to the Settlement Agreement and Monetization Process [**D.I. 2861**; 10/12/21]

I. Joinder of Zohar III Controlling Class to Debtors' Objection to Patriarch Stakeholders' Amended Amended Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process [**D.I. 2862**; 10/12/21]

J. The Patriarch Stakeholders' Reply in Further Support of Their Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process [(SEALED) D.I. 2856; 10/14/21; (REDACTED) **D.I. 2863**; **10/15/21**]

**Additional Documents:**

**K. Motion of Patriarch Stakeholders for Entry of an Order Authorizing Filing of Reply Under Seal [D.I. 2864; 10/15/21]**

Status: This matter is going forward **with argument**.

5. Motion of Patriarch Stakeholders for Entry of an Order Authorizing Filing of Motion Under Seal [D.I. 2845; 10/12/21]

Related Documents:

A. The Patriarch Stakeholders' Amended Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process [(SEALED) D.I. 2836; 10/7/21; (REDACTED) D.I. 2844; 10/12/21]

Response Deadline: October 19, 2021 at 10:00 a.m. (ET)

Responses Received: None as of this date

Status: This matter is going forward.

6. Motion of MBIA Insurance Corporation for an Order to File Under Seal Its Limited Objection and Reservation of Rights of MBIA Insurance Corporation in Connection with Patriarch's Amended Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process [D.I. 2849; 10/12/21]

Related Documents:

A. Limited Objection and Reservation of Rights of MBIA Insurance Corporation in Connection with Patriarch's Amended Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process [**D.I. 2861**; 10/12/21]

  Response Deadline:    October 19, 2021 at 10:00 a.m. (ET)

  Responses Received:    None as of this date

  Status:  This matter is going forward.

**ADDITIONAL MATTER GOING FORWARD**

7. **Motion of Patriarch Stakeholders for Entry of an Order Authorizing Filing of Reply Under Seal [D.I. 2864; 10/15/21]**

   **Related Documents:**

   A. **The Patriarch Stakeholders' Reply in Further Support of Their Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process [(SEALED) D.I. 2856; 10/14/21; (REDACTED) D.I. 2863; 10/15/21]**

   **Response Deadline:**    October 19, 2021 at 10:00 a.m. (ET)

   **Responses Received:**    None as of this date

   **Status:**  This matter is going forward.

|  |  |
|---|---|
| Dated: October 18, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Joseph M. Barry*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>      rbrady@ycst.com<br>      mnestor@ycst.com<br>      jbarry@ycst.com<br>      rbartley@ycst.com<br>      sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

28721132.1

6