# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered<br>**Re: Docket Nos. 2863 and 2864** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2021, true and correct copies of the following pleadings were served upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and I caused additional service via electronic mail on the parties listed on the attached service list:

1. Notice of Filing of Proposed Redacted Version of The Patriarch Stakeholders' Reply in Further Support of Their Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process [DI 2863]; and

2. Motion of the Patriarch Stakeholders for Entry of an Order Authorizing Filing of Reply Under Seal [DI 2864].

Dated: October 19, 2021

　　　　　　　　　　　　　　　　　　　　　　　**COLE SCHOTZ P.C.**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ G. David Dean*
　　　　　　　　　　　　　　　　　　　　　　　G. David Dean (No. 6403)
　　　　　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1410
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 652-3131
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 652-3117
　　　　　　　　　　　　　　　　　　　　　　　Email: ddean@coleschotz.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel to the Patriarch Stakeholders*

**2002 SERVICE LIST**

James L. Patton, Jr., Esq.
Robert S. Brady, Esq.
Michael R. Nestor, Esq.
Joseph M. Barry, Esq.
Ryan M. Bartley, Esq.
Shane Reil, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

Juliet M. Sarkessian, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #15
Wilmington, DE 19801

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 North Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

Laura Davis Jones, Esq.
Timothy Cairns, Esq.
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-87055

Matthew P. Ward, Esq.
Morgan L. Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE  19801

Joseph J. Farnan, Jr., Esq.
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801

Josef W. Mintz, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

Kenneth J. Nachbar, Esq.
Robert J. Dehney, Esq.
Megan Ward Cascio, Esq.
Lauren Neal Bennett, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Zachary I. Shapiro, Esq.
Brendan J. Schlauch, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Mark D. Collins, Esq.
Brett M. Haywood, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Daniel N. Brogan, Esq.
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801

Evelyn J. Meltzer, Esq.
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709

Frederick B. Rosner
Jason A. Gibson
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801

Gregory M. Petrick, Esq.
Jonathan M. Hoff, Esq.
Ingrid Bagby, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281

2

Brian J. Lohan, Esq.
Ginger Clements, Esq.
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231

Jeffrey A. Fuisz, Esq.
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10119-9710

Jonathan T. Edwards, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

John W. Weiss, Esq.
Alston & Bird LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387

Michael Carlinksy, Esq.
Jonathan E. Pickhardt, Esq.
Benjamin Finestone, Esq.
Ellison Ward Merkel, Esq.
Blair Adams, Esq.
Quinn Emanuel Urquhati & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Securities & Exchange Commission
Attn: Bankruptcy Department
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

Securities & Exchange Commission
Secretary of Treasury
100 F Street, NE
Washington, D.C.  20549

Delaware Attorney General
Attn: Kathy Jennings, Esq.
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

Delaware Division of Revenue
Attn: Christina Rojas
820 N. French Street
Wilmington, DE 19801

Debora Hoehne, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Andrew Harmeyer, Esq.
Milbank LLP
55 Hudson Yards
New York, NY 10001

Rick Antonoff, Esq.
Blank Rome LLP
1271 Avenue of the Americas
New York, NY  10020

James H.M. Sprayregen, Esq.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
300 North LaSalle
Chicago, IL 60654

J. Christopher Shore, Esq.
Charles R. Koster, Esq.
Samuel P. Hershey, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

Thomas E. Lauria, Esq.
Brian Pfeiffer, Esq.
White & Case LLP
200 S. Biscayne Blvd., Ste. 4900
Miami, FL 33131

Jeffrey M. Schlerf, Esq.
Gray Robinson, PA
1007 North Orange Street
4th Floor, #127
Wilmington, DE 19801

3

Adam J. Greene, Esq.
Steven B. Eichel, Esq.
Robinson Brog Leinwand Greene Genovese &
Gluck P.C.
875 Third Avenue, 9th Floor
New York, NY  10022

Todd A. Feinsmith, Esq.
Troutman Pepper Hamilton Sanders LLP
19th Floor, High Street Tower
125 High Street
Boston, MA 02110-2736

James D. Rosener, Esq.
Troutman Pepper Hamilton Sanders LLP
The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405

Robert M. Hirsh, Esq.
Philip Khezri, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020

3