**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Ref. Docket No. 2855** |

## <u>CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 2855</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Forty-Second Staffing and Compensation Report of Goldin Associates, LLC for the Period of September 1, 2021 Through September 30, 2021* [Docket No. 2855] (the "<u>Staffing and Compensation Report</u>") filed on October 14, 2021.  The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection, or other responsive pleading to the Staffing and Compensation Report.  As was provided in the notice filed and served with the Staffing and Compensation Report, objections to the Staffing and Compensation Report were to be filed and served no later than November 3, 2021 at 4:00 p.m. (ET).

Pursuant to the *Order Authorizing and Approving, Effective as of the Petition Date, the Agreement with Goldin Associates, LLC to Provide (I) Marc S. Kirschner to Serve as the Debtors' Chief Restructuring Officer and (II) Services Related Thereto* [Docket No. 238], entered on May 8, 2018, and the *Order Amending the Terms of the Retention of Goldin Associates, LLC* [Docket

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc. New York, NY 10036.

No. 298], entered on June 11, 2018, the Debtors are authorized, but not directed, to pay to Goldin

Associates, LLC all fees and expenses included in the Staffing and Compensation Report without

further order of the Court.


Dated: November 4, 2021          YOUNG CONAWAY STARGATT & TAYLOR, LLP
      Wilmington, Delaware

                                */s/ Shane M. Reil*
                                James L. Patton, Jr. (No. 2202)
                                Robert S. Brady (No. 2847)
                                Michael R. Nestor (No. 3526)
                                Joseph M. Barry (No. 4221)
                                Ryan M. Bartley (No. 4985)
                                Shane M. Reil (No. 6195)
                                Rodney Square
                                1000 North King Street
                                Wilmington, Delaware 19801
                                Telephone: (302) 571-6600
                                Facsimile: (302) 571-1253
                                Email: jpatton@ycst.com
                                      rbrady@ycst.com
                                      mnestor@ycst.com
                                      jbarry@ycst.com
                                      rbartley@ycst.com
                                      sreil@ycst.com

                              *Counsel to the Debtors and Debtors in Possession*