# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
| Debtors. | ) Jointly Administered |
|  | ) Ref Docket Nos. 545 & 2908 |

## NOTICE OF FILING OF REVISED PROPOSED ORDER APPROVING CONSUMMATION OF PORTFOLIO COMPANY (HERITAGE) TRANSACTION

**PLEASE TAKE NOTICE** that, on November 9, 2018, the Court entered the *Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Directors' Approval of Monetization Transactions and Related Relief* [Docket No. 545] (the "Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, on November 8, 2021, the Debtors filed the *Notice of Binding Portfolio Company (Heritage) Transaction Pursuant to Portfolio Company Transaction Procedures* [Docket No. 2908] (the "Sale Notice") in accordance with the Procedures Order. Attached to the Sale Notice as Exhibit B was a proposed form of order approving the transaction (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit A is a revised Proposed Order (the "Revised Proposed Order") that addresses certain comments from the Ankura Trust Company, LLC and the Patriarch Stakeholders. For the convenience of the Court and the parties in interest, a blackline comparing the Revised Proposed Order to the Proposed Order is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors intend to present the Revised Proposed Order at the hearing (the "Hearing") currently scheduled for November 22, 2021 at 10:00 a.m. (ET). The Debtors reserve all rights to modify the Revised Proposed Order at or prior to the Hearing.

*[Remainder of this page intentionally left blank]*

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Procedures Order.

28831567.1

| | |
|---|---|
| Dated: November 18, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jared W. Kochenash*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Jared W. Kochenash (No. 6557)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>         rbrady@ycst.com<br>         mnestor@ycst.com<br>         jbarry@ycst.com<br>         rbartley@ycst.com<br>         sreil@ycst.com<br>         jkochenash@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

28831567.1

2