**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 22, 2021 AT 10:00 A.M. (ET)**

---

**THIS HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM
AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
COURTCALL WILL NOT BE USED TO DIAL IN.**

**Please use the following link to register for this hearing:**
https://debuscourts.zoomgov.com/meeting/register/vJItce6upjgrGQGuplcW2R7z7b7bm_4GXn0

**AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A
CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

---

## MATTER GOING FORWARD

1. Notice of Binding Portfolio Company (Heritage) Transaction Pursuant to Portfolio Company Transaction Procedures [D.I. 2908; 11/8/21]

    Related Documents:

    A. Order Approving and Authorizing the Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class [D.I. 266; 5/21/18]

    B. Order Approving Independent Director Service Agreement and Indemnification Agreement [D.I. 345; 6/26/18]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] **All amendments appear in bold.**

C.     Motion of the Debtors for Entry of an Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Directors' Approval of Monetization Transactions and Related Relief [D.I. 481; 10/23/18]

D.     Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Director's Approval of Monetization Transactions and Related Relief [D.I. 545; 11/9/18]

E.     Notice of Filing of Revised Proposed Order Approving Consummation of Portfolio Company (Heritage) Transaction [D.I. 2917; 11/18/21]

Response Deadline:     November 16, 2021 at 4:00 p.m. (ET); Extended to November 18, 2021 at 4:00 p.m. (ET) for the Patriarch Stakeholders

Responses Received:

F.     Informal response from the Ankura Trust Company, LLC

G.     Patriarch's Limited Objection and Reservation of Rights Regarding Notice of Binding Portfolio Company (Heritage) Transaction Pursuant to Portfolio Company Transaction Procedures [D.I. 2919; 11/18/21]

**Additional Documents:**

H.     **Certification of Counsel Regarding Further Revised Proposed Order Approving Consummation of Portfolio Company (Heritage) Transaction [D.I. 2924; 11/19/21]**

[*Remainder of page intentionally left blank*]

|  |  |
|---|---|
| <u>Status</u>: | **All objections are resolved and an agreed order has been submitted under certification of counsel. No hearing is required unless the Court has questions or concerns.** |

| | |
|---|---|
| Dated: November 19, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jared W. Kochenash*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Jared W. Kochenash (No. 6557)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>          rbrady@ycst.com<br>          mnestor@ycst.com<br>          jbarry@ycst.com<br>          rbartley@ycst.com<br>          sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

28837042.1