## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR REMOVAL FROM SERVICE LISTS

      **PLEASE TAKE NOTICE** that Jonathan T. Edwards, Esq. of Alston & Bird LLP hereby withdraws his appearance as counsel of record and request for notices on behalf of U.S. Bank National Association, solely in its capacity as trustee ("U.S. Bank") (ECF No. 18), and requests to be removed from the Court's CM/ECF electronic notification services, official mailing matrix and other lists in the above referenced case.   The law firm of Alston & Bird LLP, other than Mr. Edwards, continue to represent U.S. Bank and hereby request that all notices given or required to be served in the above referenced case continue to be given to and served upon such attorneys of record.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 205-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 350 Fifth Avenue, c/o Golden Associates, LLC, New York, NY 10118.

Dated: December 3, 2021          Respectfully submitted,
      New York, New York

**ALSTON & BIRD LLP**

By: /s/ Jonathan T. Edwards
Jonathan T. Edwards (admitted pro hac vice)
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  404-881-7000
Facsimile:  404-881-7777

-and-

John W. Weiss
**ALSTON & BIRD LLP**
90 Park Avenue
New York, New York 10016
Tel:     212-210-9400
Fax:     212-210-9444
Email: john.weiss@alston.com

*Attorneys for U.S. Bank National Association*
*solely in its capacity as trustee under the*
*Indentures*

## CERTIFICATE OF SERVICE

I, Jonathan T. Edwards, hereby certify that on December 3, 2021, I caused a copy of the foregoing *NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

By: /s/ Jonathan T. Edwards
Jonathan T. Edwards (admitted pro hac vice)
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  404-881-7000
Facsimile:  404-881-7777

*Attorneys for U.S. Bank National Association solely in its capacity as trustee under the Indentures*