**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) | Jointly Administered |
| | ) ) ) ) | Obj. Deadline: December 27, 2021 at 4:00 p.m.<br>Hearing: To be scheduled if any objection is filed and cannot be consensually resolved |

**NOTICE OF (I) PROPOSED ASSIGNMENT, AMENDMENT AND EXTENSION**
**AGREEMENT WITH RESPECT TO ZOHAR III DIP FACILITY**
**AND (II) PRESENTATION OF ORDER APPROVING SAME**

TO: (I) THE U.S. TRUSTEE, (II) THE INDENTURE TRUSTEE, (III) THE CONTROLLING SECURED PARTIES, AND (IV) ALL PARTIES REQUESTING NOTICE UNDER BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE that on November 16, 2020, the Debtors filed a motion to authorize the entry into DIP financing agreements, the use of cash collateral and the grant of adequate protection in connection therewith [Docket No. 2112] (the "**DIP Motion**").[2] On December 16, 2020, the Court entered an order approving the DIP Motion on a final basis [Docket No. 2191] (the "**Final DIP Order**").

PLEASE TAKE FURTHER NOTICE that paragraph 33 of the Final DIP Order provides: "Any material modification or amendment to the DIP Loan Documents shall only be permitted pursuant to an order of this Court, after being filed with this Court upon five (5) days' notice to the U.S. Trustee, the Indenture Trustee, the Controlling Secured Parties, and any party requesting notice under Bankruptcy Rule 2002; provided, that any forbearance from, or waiver of, (a) a breach by the DIP Debtors of a covenant representation or any other agreement or (b) a default or an Event of Default, in each case under the DIP Loan Documents shall not require an order of this Court."

PLEASE TAKE FURTHER NOTICE that, any party receiving this notice shall have until ***4:00 p.m. prevailing Eastern Time on December 27, 2021*** (the "**Objection Deadline**") to object. Zohar III, Limited ("**Zohar III**") intends to present the DIP Amendment (as defined and described

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms used but not defined herein have the meaning ascribed to them in the DIP Amendment (as defined herein).

28923420.4

herein) to the Court for approval, pursuant to the form of Order attached hereto as Exhibit B (the "**Approval Order**") following the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that the Stated Maturity Date under the DIP Facilities is December 31, 2021.

PLEASE TAKE FURTHER NOTICE that Zohar III has sought an extension of the Stated Maturity Date for the DIP Credit Agreement pursuant to which Zohar III is a Borrower and certain other Debtors are Guarantors (the "**Zohar III Credit Agreement**" and the facility thereunder, the "**Zohar III DIP Facility**"), to preserve the ability to borrow the approximately $14 million of remaining and undrawn Commitments thereunder.[3]

PLEASE TAKE FURTHER NOTICE that Bardin Hill Investment Partners, LP, through certain of its managed funds (the "**New DIP Lender**"), has advised Zohar III that it would take assignment of the existing Zohar III DIP Facility subject to the conditions detailed more fully in the Assignment, Amendment and Extension Agreement (the "**DIP Amendment**"), attached hereto as Exhibit A, including the following material terms:

- Extension of the Stated Maturity Date to June 30, 2022, resulting in a 6-month maturity extension.

- An increase in the Exit Fee, which is payable on all Tranche A Commitments and any Tranche B Commitments that are drawn, from 2% to 4%.[4]

- The establishment of a plan milestone (filing a chapter 11 plan for Zohar III by January 31, 2022) and a resulting Event of Default if such milestone is not met.

- Mandatory Reductions in the Commitments in the event of sales of any of UI Acquisition Holding Co., Intrepid U.S.A., Inc. or MD Helicopters, Inc. with a corresponding transfer of Cash Collateral to Zohar III's Designated Account for use in funding the estate.

- The ability of the New DIP Lender to assign all or a portion of its rights under the Zohar III DIP Facility to either (i) another Zohar III A-1 Noteholder or a commonly managed fund, without the need for Zohar III's consent or (ii) another party with Zohar III's consent, not to be unreasonably withheld.

- A release of Zohar II and Zohar II 2005-1, Corp. from their obligations under the Zohar III DIP Facility.

---

[3] Zohar II 2005-1, Limited ("**Zohar II**") is not seeking relief as to the portion of the DIP Facility under which it is a Borrower, but Zohar II and MBIA, as Controlling Secured Party for Zohar II, are in discussions regarding the usage of additional Cash Collateral to fund the expenses of the Zohar II estate on a go-forward basis.

[4] The existing DIP Lender will also receive fees from Zohar III totaling $500,000 (or 4% of the Tranche A Commitments), a $250,000 Commitment Fee (which has already been paid) and a $250,000 Assignment Fee (as described herein). In addition to the Exit Fee, the New DIP Lender would be entitled to a 2% Commitment Fee on the amount funded if any Tranche B Loans are made, with a maximum amount of approximately $31,800.

28923420.4

- The modification of the existing Event of Default in Section 8.01(o) (a cross-default for the Zohar II DIP Facility) to provide that it is an Event of Default if Zohar II or Zohar III's right to use cash collateral is terminated.

- An option, to be exercised in the sole discretion of Zohar III, to extend the repayment of the Loans for a period of up to 24 months after the Effective Date of a chapter 11 plan, so long as such plan becomes effective by June 30, 2022 and the DIP Facility has not otherwise terminated, with the interest rate during this "roll-over" period to increase to 18%.

PLEASE TAKE FURTHER NOTICE that the existing DIP Lender, JMB Capital Partners Lending, LLC, has agreed to assign the Zohar III DIP Facility, and the approximately $14 million of undrawn Commitments thereunder, subject to the payment of a fee (the "**Assignment Fee**") of $250,000. The Assignment Fee is equal in amount to the Exit Fee that would be payable on December 31, 2021 absent entry into the DIP Amendment.

PLEASE TAKE FURTHER NOTICE that in connection with these arrangements, the Zohar III Controlling Class has agreed to (i) consent to the transfer of Cash Collateral to Zohar III's Designated Account (*i.e.*, operating account) and subsequent use thereof in the amount of approximately $3.76 million without any reduction in Commitments under the Zohar III DIP Facility; (ii) the use of the funds remaining after the foregoing transfer, which will total $750,000, to make an adequate protection payment under paragraph 27 of the Final DIP Order; (iii) the release of the incurrence-based limitations on borrowings under the Final DIP Order, and (iv) extend the Outside Cash Collateral Date for Zohar III to April 30, 2022.

PLEASE TAKE FURTHER NOTICE that Zohar III reserves the right to amend or modify the Approval Order in connection with any objections received to this notice.

Dated: Wilmington, Delware
December 21, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ryan M. Bartley*
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4421)
Ryan M. Bartley (No. 4985)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Attorneys for the Debtors*

28923420.4