# EXHIBIT A

**Budget**

**Consolidated Zohar II & Zohar III Cash Flow / DIP Forecast ("Budget")**

| ($ in 000s) | Historical Budget[1] | | | Forecasted Budget | | |
|---|---|---|---|---|---|---|
| | Oct 2021 | Nov 2021 | Dec 2021 | Jan 2022 | Feb 2022 | Mar 2022 |
| **Beginning Cash Balance**[2][3] | ■ | ■ | ■ | $ 2,273 | $ 4,044 | $ (140) |
| **INFLOWS - Cash Basis** | | | | | | |
| Portfolio Company Interest | - | - | - | - | - | - |
| Other Receipts | - | - | - | - | - | - |
| **Total Receipts** | $ - | $ - | $ - | $ - | $ - | $ - |
| **OPERATING EXPENSES - Cash Basis**[4] | | | | | | |
| **Professional Fee Budgets:** | | | | | | |
| <u>Estate</u> | | | | | | |
| Young, Conaway, Stargatt & Taylor (Counsel) | $ (960) | $ (1,000) | $ (1,716) | $ (1,000) | $ (1,000) | $ (1,750) |
| FTI Consulting, Inc. (CRO) | (1,250) | (1,250) | (1,250) | (1,250) | (1,250) | (1,250) |
| Goldin Associates, LLC (CMO) | (45) | (40) | (40) | (30) | (30) | (30) |
| Houlihan Lokey | (160) | (160) | (160) | (160) | (160) | (160) |
| Independent Director Counsel (White & Case/Gray Robinson) | (310) | (310) | (350) | (350) | (350) | (350) |
| KPMG | (250) | (300) | (275) | (250) | (250) | (275) |
| Other Professional Support | (100) | (100) | (100) | - | - | - |
| Walkers (Cayman Islands Counsel) | (10) | (10) | (10) | (10) | (10) | (10) |
| **Total Estate Professional Fees** | (3,085) | (3,170) | (3,901) | (3,050) | (3,050) | (3,825) |
| <u>Indenture Trustee</u> | | | | | | |
| US Bank (Indenture Trustee) | (150) | (150) | (75) | (175) | (175) | (75) |
| Alston & Bird (Counsel) | (300) | (300) | (350) | (350) | (375) | (400) |
| **Total Professional Fees** | (3,535) | (3,620) | (4,326) | (3,575) | (3,600) | (4,300) |
| **Other Operating Expenses:** | | | | | | |
| Joseph J. Farnan Jr. (Independent Director) | (28) | (28) | (28) | (28) | (28) | (28) |
| US Trustee | (295) | - | - | (90) | - | - |
| Direct Fee Review LLC (Fee Examiner) | (2) | (2) | (3) | (2) | (2) | (3) |
| Other | (135) | (228) | (135) | (135) | (219) | (1,345) |
| Committee's Professionals | (250) | (250) | (250) | (250) | (250) | (250) |
| **Secured Creditors' Adequate Protection Payments** | - | - | - | - | - | - |
| **Total Expenses** | (4,244) | (4,127) | (4,742) | (4,080) | (4,098) | (5,925) |
| **Net Operating Cash Generated / (Burn)** | (4,244) | (4,127) | (4,742) | (4,080) | (4,098) | (5,925) |
| **DIP Financing Activity** | | | | | | |
| Houlihan Lokey Financing Fee | - | - | - | - | - | - |
| DIP Interest | - | - | - | - | (36) | (33) |
| DIP Commitment Fee | - | - | - | - | - | - |
| DIP Exit Fee | - | - | (450) | - | - | - |
| DIP Lender Professional Fees | (100) | (100) | (100) | (150) | (50) | (50) |
| DIP DDTL Borrowings / (Paydown) | - | - | - | 6,000 | - | - |
| **Projected Ending Cash Balance (Incl. DIP)**[5] | ■ | ■ | ■ | $ 4,044 | $ (140) | $ (6,148) |
| DIP Availability[6][7] | 22,500 | 22,500 | 22,500 | 8,087 | 8,087 | 8,087 |
| **Total Liquidity** | ■ | ■ | ■ | $ 12,131 | $ 7,947 | $ 1,938 |

**DIP Facility Outstanding**

| Month Ended: | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 |
|---|---|---|---|---|---|---|
| Beginning Balance | $ 0 | $ 0 | $ 0 | $ 0 | $ 6,000 | $ 6,000 |
| DIP DDTL Borrowings / (Paydown) | 0 | 0 | 0 | 6,000 | 0 | 0 |
| **Ending Balance** | $ 0 | $ 0 | $ 0 | $ 6,000 | $ 6,000 | $ 6,000 |

**Footnotes:**
(1) Historical Budget figures seen above represent budgeted amounts illustrated in prior iterations of the DIP Budget. Figures seen above do not represent actual amounts received or paid, and as such, beginning and ending cash balances have been removed.
(2) January 2022 Beginning Cash Balance represents an implied balance using the aggregate bank balances from Zohar II and Zohar III as at December 31, 2021 less expenses incurred and budgeted to have been paid in prior budget periods but that have not yet been paid. Bank balances are combined for illustrative purposes only. Bank balance of each entity may vary.
(3) Amount shown is net of (i) $825K related to Indemnification Escrow from the Rand McNally, PDP, and Heritage sales and (ii) $1.5M Indemnity Reserve.
(4) Operating Expenses are based on estimated fees or budget figures for each respective professional for the month prior to the month forecasted to be paid (e.g., December 2021 budget provided by a certain professional is forecasted to be paid in January 2022 herein). Actual disbursements and timing of distributions may vary depending on the timing of receipt of invoices from each professional, court approvals, holdbacks, etc.
(5) In connection with the Zohar III DIP Amendment, the Zohar III Outside Cash Collateral Date is now April 30, 2022. The Debtors are in discussions with MBIA as Controlling Secured Party for Zohar II regarding an extension of the Zohar II Outside Cash Collateral Date and the use of additional cash collateral, including but not limited to the use of monetization proceeds currently held in the Proceeds Accounts, which would impact case funding.
(6) Starting in January 2022, the DIP Availability shown above is entirely related to Zohar III's DIP facility, which consists of (i) $12.5M Tranche A commitment and (ii) ~$1.6M Tranche B commitment.
(7) DIP facility maturity date is 12/31/2022.