**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*, | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | **Re: D.I. 2950** |

**CERTIFICATE OF NO OBJECTION REGARDING THE COMBINED SECOND
MONTHLY FEE APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP
AS SPECIAL LITIGATION COUNSEL TO DEBTORS AND DEBTORS IN
POSSESSION ZOHAR II AND ZOHAR III FOR ALLOWANCE OF MONTHLY
COMPENSATION AND FOR MONTHLY REIMBURSEMENT OF ALL ACTUAL AND
NECESSARY EXPENSES INCURRED FOR THE PERIOD
MARCH 1, 2021 THROUGH NOVEMBER 30, 2021**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Combined Second Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP as Special Litigation Counsel to Debtors and Debtors in Possession Zohar II and Zohar III for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period March 1, 2021 Through November 30, 2021** (the "Application") (D.I. 2950), filed on December 14, 2021.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the

---

[1]   The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261) (together with Zohar III, Corp., "Zohar III"), Zohar II 2005-1, Limited (8297) (together with Zohar II 2005-1, Corp., "Zohar II"), and Zohar CDO 2003-1, Limited (5119) (together with Zohar CDO 2003-1, Corp., "Zohar I"). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

Application appears thereon.  Pursuant to the Notice, objections to the Application were to be filed and served no later than December 29, 2021 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (D.I. 293) entered on June 8, 2018, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $14,293.35 | $802.20 | $11,434.68 | $12,236.88 |

WHEREFORE, Morris Nichols respectfully requests that the Application be approved.

Dated:  January 5, 2022
Wilmington, Delaware
15432426.1

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Matthew B. Harvey*
 Kenneth J. Nachbar (No. 2067)
 Robert J. Dehney (No. 3578)
 Megan Ward Cascio (No 3785)
 Matthew B. Harvey (No. 5186)
 Lauren K. Neal (No. 5940)
 Thomas P. Will (No.6086)
 1201 North Market Street, 16th Floor
 Wilmington, Delaware 19801
 Tel.: (302) 658-9200
 Fax: (302) 658-3989
 knachbar@morrisnichols.com
 rdehney@morrisnichols.com
 mcascio@morrisnichols.com
 mharvey@morrisnichols.com
 lneal@morrisnichols.com
 twill@morrisnichols.com

 *Special Litigation Counsel for Zohar II and Zohar III*

2