# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Zohar III, Corp., *et al.*,[1]<br><div align="right">Debtors.</div> | Chapter 11<br>Case No. 18-10512 (KBO)<br>Jointly Administered<br>**Re: Docket Nos. 2981, 2992, 2993, 2994, 2996 & 3002**<br>Hearing Date: January 18, 2022 at 2:00 p.m. (ET)<br>Obj. Deadline: January 18, 2022 at 2:00 p.m. (ET) |

**MOTION FOR LEAVE TO FILE LATE REPLY IN FURTHER SUPPORT OF MOTION TO CONSOLIDATE PATRIARCH STAKEHOLDERS' ADMINISTRATIVE EXPENSE CLAIM WITH THE DEBTORS' ADVERSARY PROCEEDING**

The Patriarch Stakeholders, by and through their undersigned counsel, hereby move, pursuant to Local Rule 9006-1(d), for permission to file a late reply (the "Reply") in further in further support of their *Motion to Consolidate Patriarch Stakeholders' Administrative Expense Claim with the Debtors' Adversary Proceeding* [Docket No. 2981] (the "Motion"),[2] and in response to the objections to the Motion filed by the Debtors [Docket No. 2993], U.S. Bank [Docket No. 2992], the Controlling Class [Docket No. 2994] and MBIA [Docket No. 2996]. In support of this Motion, the Patriarch Stakeholders respectfully state as follows:

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, New York, NY 10036.

[2] All capitalized terms not otherwise defined herein have the meaning ascribed to them in the Motion.

57772/0001-42359492v1

2

1.     On January 4, 2022, the Patriarch Stakeholders filed the Motion, seeking entry of an Order consolidating their Administrative Expense Claim with the Debtors' Adversary Proceeding.  The Motion was scheduled on 14-days' notice for the hearing to be scheduled on January 18, 2022 at 2:00 p.m.  Objections to the Motion were due on January 11, 2022 by 4:00 p.m.

2.     On January 11, 2022 at approximately 4:00 p.m., the Objections were filed. Because January 17, 2022 is a federal holiday, the Debtors' agenda was due to be filed on January 13, 2022 by noon.  Under Local Rule 9006-1(d), due to the intervening holiday, the Patriarch Stakeholders' reply to the four Objections filed would have been due 24 hours after the Objections were filed.

3.     The Patriarch Stakeholders are contemporaneously filing their Reply with this Motion prior to the time it would have been due but for the intervening holiday.  Given the intervening holiday and the need to respond to multiple Objections, and with the consent of the Debtors, the Patriarch Stakeholders hereby request leave pursuant to Bankruptcy Rule 9006-1(d) for leave to file their reply late.

WHEREFORE, the Patriarch Stakeholders respectfully request this Court to enter an Order approving the late filing of their Reply.

Dated: January 13, 2022

**COLE SCHOTZ P.C.**

By: */s/ G. David Dean*
Norman L. Pernick (No. 2290)
G. David Dean (No. 6403)
Andrew J. Roth-Moore (No. 5988)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117 3
npernick@coleschotz.com
ddean@coleschotz.com
aroth-moore@coleschotz.com

– and –

**SHER TREMONTE LLP**
Theresa Trzaskoma (Admitted *Pro Hac Vice*)
Vikram Shah (Admitted *Pro Hac Vice*)
Justin J. Gunnell (Admitted *Pro Hac Vice*)
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com
vshah@shertremonte.com
jgunnell@shertremonte.com

*Counsel to the Patriarch Stakeholders*

3

57772/0001-42359492v1