# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) ) | Jointly Administered |

## NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 18, 2022 AT 2:00 P.M. (ET)

**THIS HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**Please use the following link to register for this hearing:**
https://debuscourts.zoomgov.com/meeting/register/vJIsdOCtrDktHwrthpNUHFzJes6k7M6gJUM

**AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

### RESOLVED MATTERS

1.  Interim Fee Applications of the Debtors' Professionals

    Related Documents:

    A.  Certification of Counsel Regarding Proposed Order Approving Interim Fee Application of the Debtors' Professionals for the Period from September 1, 2021 through November 30, 2021 [D.I. 2976; 12/29/21]

    B.  Order Approving Interim Fee Application of the Debtors' Professionals for the Period from September 1, 2021 through November 30, 2021 [D.I. 29776; 12/30/21]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] **All amendments appear in bold.**

    Response Deadline:    December 28, 2021 at 4:00 p.m. (ET)

    Responses Received:    None

    Status:    An order has been entered by the Court. No hearing is required.

2. Notice of Binding Portfolio Company (Universal Instruments) Transaction Pursuant to Portfolio Company Transaction Procedures [D.I. 2966; 12/23/21]

    Related Documents:

    A. Order Approving and Authorizing the Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class [D.I. 266; 5/21/18]

    B. Order Approving Independent Director Service Agreement and Indemnification Agreement [D.I. 345; 6/26/18]

    C. Motion of the Debtors for Entry of an Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Directors' Approval of Monetization Transactions and Related Relief [D.I. 481; 10/23/18]

    D. Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Director's Approval of Monetization Transactions and Related Relief [D.I. 545; 11/9/18]

    E. Certification of Counsel Regarding Revised Proposed Order Approving Consummation of Portfolio Company Transaction (Universal Instruments) [D.I. 2987; 1/7/22]

    F. Order Approving Consummation of Portfolio Company Transaction (Universal Instruments) [D.I. 2988; 1/10/22]

    Response Deadline:    January 6, 2022 at 4:00 p.m. (ET)

    Responses Received:

    G. Informal response from the Patriarch Stakeholders

    Status:    An order has been entered by the Court. No hearing is required.

**MATTER GOING FORWARD**

3. Motion to Consolidate Patriarch Stakeholders' Administrative Expense Claim with the Debtors' Adversary Proceeding [(SEALED) D.I. 2981; 1/4/22]

Related Documents:

A. Notice of Motion [D.I. 2982; 1/4/22]

B. Motion of U.S. Bank National Association for Entry of an Order Authorizing U.S. Bank National Association to File Under Seal the Limited Objection and Reservation of Rights of U.S. Bank National Association, as Indenture Trustee, Regarding Motion to Consolidate Patriarch Stakeholders' Administrative Expense Claim with the Debtors' Adversary Proceeding [D.I. 2995; 1/11/22]

Response Deadline:    January 11, 2022 at 4:00 p.m. (ET)

Responses Received:

C. Limited Objection and Reservation of Rights of U.S. Bank National Association, as Indenture Trustee, Regarding Motion to Consolidate Patriarch Stakeholders' Administrative Expense Claim with the Debtors' Adversary Proceeding [(SEALED) D.I. 2992; 1/11/22]

D. Debtors' Objection to Motion to Consolidate Patriarch Stakeholders' Administrative Expense Claim with the Debtors' Adversary Proceeding [(SEALED) D.I. 2993; 1/11/22]

E. Response of Zohar III Controlling Class to Motion to Consolidate Patriarch Stakeholders' Administrative Expense Claim with the Debtors' Adversary Proceeding [(SEALED) D.I. 2994; 1/11/22]

F. Response of MBIA to Motion to Consolidate Patriarch Stakeholders' Administrative Expense Claim with the Debtors' Adversary Proceeding [(SEALED) D.I. 2996; 1/11/22]

G. Reply in Further Support of Motion to Consolidate Patriarch Stakeholders' Administrative Expense Claim with the Debtors' Adversary Proceeding [(SEALED) D.I. 3002; 1/13/22]

Additional Documents:

H. Motion for Leave to File Late Reply in Further Support of Motion to Consolidate Patriarch Stakeholders' Administrative Expense Claim with the Debtors' Adversary Proceeding [D.I. 3003; 1/13/22]

Status:    This matter is going forward **as a status conference.**

**ADDITIONAL MATTER**

4. Motion for Leave to File Late Reply in Further Support of Motion to Consolidate Patriarch Stakeholders' Administrative Expense Claim with the Debtors' Adversary Proceeding [D.I. 3003; 1/13/22]

    Related Documents:

    A. Reply in Further Support of Motion to Consolidate Patriarch Stakeholders' Administrative Expense Claim with the Debtors' Adversary Proceeding [(SEALED) D.I. 3002; 1/13/22]

    Response Deadline:        At the hearing

    Responses Received:        None as of this date

    Status:    This matter is going forward.

Dated: January 18, 2022   YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, Delaware

*/s/ Ryan M. Bartley*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
    rbrady@ycst.com
    mnestor@ycst.com
    jbarry@ycst.com
    rbartley@ycst.com
    sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*