IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                                    Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered<br>**Re: Docket No. 3003** |

**ORDER AUTHORIZING FILING OF LATE REPLY IN FURTHER SUPPORT OF MOTION TO CONSOLIDATE ADVERSARY PROCEEDING AND PATRIARCH STAKEHOLDERS' REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the *Motion for Leave to File Late Reply in Further Support of Motion to Consolidate Adversary Proceeding and Patriarch Stakeholders' Request for Payment of Administrative Expense Claim* (the "Motion for Leave");[2] and the Court having found just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Motion is **GRANTED** as set forth herein.

2. The filing of the Reply is approved.

**Dated: January 18th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, New York, NY 10036.

[2] Capitalized terms not defined herein shall have the definitions ascribed to them in the Motion.

57772/0001-42359492v1