# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on January 18, 2022, I caused a copy of the foregoing documents, *Notice of Second Amended Agenda of Matters Scheduled for Hearing on January 18, 2022 at 2:00 p.m. (ET)* [Docket No. 3009], to be served upon the below counsel in the manner indicated below:

Norman L. Pernick, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
(Patriarch Entities)
***Email***

Randy M. Mastro, Esq.
Matt J. Williams, Esq.
Mary Beth Maloney, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
rmastro@gibsondunn.com
mjwilliams@gibsondunn.com
mmaloney@gibsondunn.com
(Patriarch Entities)
***Email***

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29018555.1

| | |
|---|---|
| Robert Klyman, Esq.<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>rklyman@gibsondunn.com<br>(Patriarch Entities)<br>***Email*** | Monica K. Loseman, Esq.<br>Gibson, Dunn & Crutcher LLP<br>1801 California Street, Suite 4200<br>Denver, CO 80202-2642<br>mloseman@gibsondunn.com<br>(Patriarch Entities)<br>***Email*** |
| Kenneth J. Nachbar, Esq.<br>Robert J. Dehney, Esq.<br>Megan Ward Cascio, Esq.<br>Matthew B. Harvey, Esq.<br>Lauren Neal Bennett, Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>knachbar@mnat.com<br>rdehney@mnat.com<br>mcascio@mnat.com<br>mharvey@mnat.com<br>lbennett@mnat.com<br>(Alvarez & Marsal Zohar Management, LLC)<br>***Email*** | Michael Carlinksy, Esq.<br>Jonathan E. Pickhardt, Esq.<br>Benjamin Finestone, Esq.<br>Ellison Ward Merkel, Esq.<br>Blair Adams, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>michaelcarlinsky@quinnemanuel.com<br>jonpickhardt@quinnemanuel.com<br>benjaminfinestone@quinnemanuel.com<br>ellisonmerkel@quinnemanuel.com<br>blairadams@quinnemanuel.com<br>(Alvarez & Marsal Zohar Management, LLC)<br>***Email*** |
| Gregory M. Petrick, Esq.<br>Jonathan M. Hoff, Esq.<br>Ingrid Bagby, Esq.<br>Michele C. Maman, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>200 Liberty Street<br>New York, NY 10281<br>gregory.petrick@cwt.com<br>jonathan.hoff@cwt.com<br>ingrid.bagby@cwt.com<br>michele.maman@cwt.com<br>(MBIA Insurance Company)<br>***Email*** | Brian J. Lohan, Esq.<br>Ginger Clements, Esq.<br>Arnold & Porter Kaye Scholer LLP<br>70 West Madison Street, Suite 4200<br>Chicago, IL 60602-4231<br>brian.lohan@arnoldporter.com<br>ginger.clements@arnoldporter.com<br>(Certain Holders of Notes Issued by Zohar III, Limited)<br>***Email*** |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(Internal Revenue Service)<br>***First Class Mail*** | Secretary of State<br>Corporations Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903<br>(Secretary of State)<br>***First Class Mail*** |

29018555.1

Secretary of Treasury
Attn: Bankruptcy Department
820 Silver Lake Blvd., Suite 100
Dover, DE 19904
(Secretary of Treasury)
***First Class Mail***

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 North Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
ellen.slights@usdoj.gov
(U.S. Attorney's Office)
***Email***

Securities & Exchange Commission
Attn: Bankruptcy Department
Brookfiled Place
200 Vesey Street, Suite 400
New York, NY 10281-1022
bankruptcynoticeschr@sec.gov
nyrobankruptcy@sec.gov
(Securities & Exchange Commission)
***Email***

Juliet M. Sarkessian, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #15
Wilmington, DE 19801
brya.keilson@usdoj.gov
Richard.Schepacarter@usdoj.gov
(U.S. Trustee)
***Email***

Michael B. Mukasey, Esq.
U.S. Attorney General
Department of Justice
Commerical Litigation Branch
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
(U.S. Attorney General)
***First Class Mail***

Securities & Exchange Commission
Secretary of Treasury
100 F Street, NE
Washington, DC 20549
(Securities & Exchange Commission)
secbankruptcy@sec.gov
***Email***

Delaware Attorney General
Attn: Bankruptcy Department
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(Delaware Attorney General)
***Hand Delivery***

Delaware Division of Revenue
Attn: Zillah Frampton
820 N. French Street
Wilmington, DE 19801
(Delaware Division of Revenue)
***Hand Delivery***

U.S. Bank National Association
Attn: CDO Group-Ref.: Zohar III, Limited
190 LaSalle St., 8th Floor
Chicago, IL 60603
(U.S. Bank National Association)
***First Class Mail***

John W. Weiss, Esq.
Brett D. Jaffe, Esq.
Alexander Lorenzo, Esq.
Elizabeth Buckel, Esq.
Alston & Bird LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
john.weiss@alston.com
brett.jaffe@alston.com
alexander.lorenzo@alston.com
elizabeth.buckel@alston.com
(U.S. Bank National Assocation)
***Email***

Elizabeth LaPuma, Esq.
Alvarez & Marsal Zohar Management, LLC
600 Madison Ave.
New York, NY 10022
elapuma@alvarezandmarsal.com
(Alvarez & Marsal Zohar Management, LLC)
***Email***

Alvarez & Marsal Zohar Management, LLC
Attention: General Counsel
600 Madison Ave.
New York, NY 10022
(Alvarez & Marsal Zohar Management, LLC)
***First Class Mail***

Jonathan T. Edwards, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
jonathan.edwards@alston.com
(U.S. Bank National Assocation)
***Email***

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-87055
ljones@pszjlaw.com
tcairns@pszjlaw.com
(MBIA Insurance Company)
***Email***

James D. Herschlein Esq.
Jeffrey A. Fuisz, Esq.
Erik Walsh, Esq.
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10119-9710
james.herschlein@arnoldporter.com
jeffrey.fuisz@arnoldporter.com
erik.walsh@arnoldporter.com
(Certain Holders of Notes Issued by Zohar III, Limited)
***Email***

Matthew P. Ward, Esq.
Morgan L. Patterson, Esq.
Womble Bond Dickinson (US) LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com
(Certain Holders of Notes Issued by Zohar III, Limited)
***Email***

29018555.1

| | |
|---|---|
| Josef W. Mintz, Esq.<br>Blank Rome LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>mintz@blankrome.com<br>(Blank Rome LLP)<br>***Email*** | Rick Antonoff, Esq.<br>Blank Rome LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>rantonoff@blankrome.com<br>(Blank Rome LLP)<br>***Email*** |
| Joseph J. Farnan, Jr., Esq.<br>Farnan LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>farnan@farnanlaw.com<br>(Independent Director)<br>***Email*** | Mark D. Collins, Esq.<br>Brett M. Haywood, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>collins@rlf.com<br>haywood@rlf.com<br>(Ankura Trust)<br>***Email*** |
| Dennis F. Dunne, Esq.<br>Andrew Harmeyer, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>55 Hudson Yards<br>New York, NY 10001<br>ddunne@milbank.com<br>aharmeyer@milbank.com<br>(Ankura Trust)<br>***Email*** | Debora A. Hoehne, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>debora.hoehne@weil.com<br>(Culligan)<br>***Email*** |
| Zachary I. Shapiro, Esq.<br>Brendan J. Schlauch, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>shapiro@rlf.com<br>schlauch@rlf.com<br>(Culligan)<br>***Email*** | Daniel N. Brogan, Esq.<br>Bayard, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>dbrogan@bayardlaw.com<br>(Dura)<br>***Email*** |

James H.M. Sprayregen, P.C.
Ryan B. Bennett, P.C.
Stephen C. Hackney, P.C.
Gregory F. Pesce
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
james.sprayregen@kirkland.com
ryan.bennett@kirkland.com
stephen.hackney@kirkland.com
gregory.pesce@kirkland.com
(Dura)
*Email*

Adam J. Greene, Esq.
Steven B. Eichel, Esq.
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, NY 10022
ajg@robinsonbrog.com
se@robinsonbrog.com
(Vik Jindal)
*Email*

Theresa Trzaskoma, Esq.
Michael Tremonte, Esq.
Jennifer X. Luo, Esquire
Alexandra G. Elenowitz-Hess, Esq.
Vikram Shah, Esq.
Ryan Pollock, Esq.
Justin Gunnell, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
TTrzaskoma@shertremonte.com
mtremonte@shertremonte.com
jluo@shertremonte.com
ahess@shertremonte.com
vshah@shertremonte.com
rpollock@shertremonte.com
jgunnell@shertremonte.com
dberger@abv.com
jcraig@abv.com
lpincus@abv.com
(Patriarch Entities)
*Email*

Evelyn J. Meltzer
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Evelyn.meltzer@troutman.com
(RM Technologies, Inc.)
*Email*

Todd A. Feinsmith
Troutman Pepper Hamilton Sanders LLP 19th
Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
Todd.feinsmith@troutman.com
(RM Technologies, Inc.)
*Email*

29018555.1

James D. Rosener
Troutman Pepper Hamilton Sanders LLP
The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
James.rosener@troutman.com
(RM Technologies, Inc.)
***Email***

Jeffrey M. Schlerf, Esq.
Gray Robinson, PA
1007 North Orange Street
4th Floor #127
Wilmington, DE 19801
Jeffrey.schlerf@gray-robinson.com
(Independent Director)
***Email***

Phillips Murrah P.C.
3710 Rawlins St., Suite 909
Dallas, TX 75219
megolman@phillipsmurrah.com
(Buyer)
***Email***

James Gorton, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4834
James.gorton@lw.com
(Heritage)
***Email***

29018555.1

| Recipient | Company | Telephone No. | Facsimile No. |
|---|---|---|---|
| Norman L. Pernick, Esq. | Cole Schotz P.C. | 302-652-2000 | 302-574-2100 |
| Randy M. Mastro, Esq. | Gibson, Dunn & Crutcher LLP | 212-351-3825 | 212-351-5219 |
| Robert Klyman, Esq. | Gibson, Dunn & Crutcher LLP | 213-229-7562 | 213-229-6562 |
| Monica K. Loseman, Esq. | Gibson, Dunn & Crutcher LLP | 303-298-5784 | 303-313-2828 |
| Kenneth J. Nachbar, Esq. | Morris, Nichols Arsht & Tunnell | 302-351-9294 | 302-422-3013 |
| Derek C. Abbott, Esq. | Morris, Nichols Arsht & Tunnell | 302-351-9357 | 302-425-4664 |
| Jonathan E. Pickhardt, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP | 212-849-7000 | 212-849-7100 |
| Jonathan M. Hoff, Esq. | Cadwalader, Wickersham & Taft LLP | 212-504-6474 | 212-504-6666 |
| Gregory M. Petrick, Esq. | Cadwalader, Wickersham & Taft LLP | 44-0-20-7170-8688 | 44-0-20-7170-8600 |
| Brian J. Lohan, Jr., Esq. | Arnold & Porter Kaye Scholern LLP | 312-583-2300 | 312-583-2360 |
| Ellen W. Slights, Esq. | U.S. Attorney's Office | 302-573-6277 | 302-573-6431 |
| Juliet M. Sarkessian, Esq. | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| Brett D. Jaffe, Esq. | Alston & Bird LLP | 212-210-9547 | 212-210-9444 |
| Jonathan T. Edwards, Esq. | Altson & Bird LLP | 404-881-7000 | 404-253-8298 |
| James D. Herschlein | Arnold & Poreter Kaye Scholder LLP | 212-836-8655 | 212-836-8689 |
| Matthew P. Ward | Womble Bond Dickinson (US) LLP | 302-252-4320 | 302-252-4330 |
| Josef W. Mintz | Blank Rome LLP | 302-425-640 | 302-425-6464 |
| Rick Antonoff | Blank Rome LLP | 212-885-5000 | 212-885-5001 |
| Joseph J. Farnan, Jr. | Farnan LLP | 302-777-0321 | 302-777-0301 |
| Mark D. Collins, Esq. | Richards, Layton & Finger, P.A. | 302-651-7700 | 302-651-7701 |
| Dennis F. Dunne, Esq. | Milbank, Tweed, Hadley & McCloy LLP | 212-530-5000 | 212-530-5219 |
| Zachary I. Shapiro, Esq. | Richards, Layton & Finger, P.A. | 302-651-7700 | 302-651-7701 |

29018555.1

| | | | |
|---|---|---|---|
| Daniel Brogan | Bayard, P.A. | 302-429-4226 | 302-658-6395 |
| Regina Stango Kelbon, Esq. | Blank Rome LLP | 302-425-6400 | 302-428-5133 |
| Theresa Trzaskoma, Esq. | Sher Tremonte LLP | 212-202-2600 | 212-202-4156 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ *Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253