**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | (Jointly Administered) |
| Lynn Tilton; Patriarch Partners VIII, LLC; Patriarch Partners XIV, LLC; Patriarch Partners XV, LLC; Octaluna, LLC; Octaluna II, LLC; and Octaluna III, LLC, | |
| Plaintiffs, | |
| MBIA Inc., MBIA Insurance Corporation, U.S. Bank, N.A., Alvarez & Marsal Zohar Management, LLC, Credit Value Partners, LP, Bardin Hill Investment Partners F/K/A Halcyon Capital Management LP, Coöperatieve Rabobank U.A., Värde Partners, Inc., Ascension Alpha Fund LLC, Ascension Health Master Pension Trust, Caz Halcyon Offshore Strategic Opportunities Fund, L.P., Caz Halcyon Strategic Opportunities Fund, L.P., Brown University, HCN LP, Halcyon Eversource Credit LLC, HLF LP, HLDR Fund I NUS LP, HLDR Fund I TE LP, HLD Fund I UST LP, Halcyon Vallée Blanche Master Fund LP, Bardin Hill Event Driven Master Fund LP, Praetor Fund I, a Sub Fund of Praetorium Fund I ICAV; Hirtle Callaghan Total Return Offshore Fund Limited; Hirtle Callaghan Total Return Offshore Fund II Limited; Hirtle Callaghan Trading Partners, L.P.; and Third Series of HDML Fund I LLC, | Adversary Proceeding No. 19-50390 (KBO) |
| | Related to Docket No. 3059/174 |
| Defendants. | |

---

[1] The "**Debtors**" and, where applicable, the last four digits of their taxpayer identification numbers are: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CLO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CLO 2003-1, Limited (5119).

1

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF U.S. BANK NATIONAL ASSOCIATION TO THE DEBTORS' MOTION FOR AN ORDER ESTABLISHING A SCHEDULE AND CERTAIN PROTOCOLS IN CONNECTION WITH THE PENDING EQUITABLE SUBORDINATION PROCEEDING, THE PATRIARCH ADMINISTRATIVE CLAIM, AND CONFIRMATION OF THE JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE FOR ZOHAR III, CORP. AND ITS AFFILIATED DEBTORS**

U.S. Bank National Association, solely in its capacity as Trustee (the "**Trustee**") under the Indentures (defined below), by and through its undersigned counsel, hereby files this limited objection and reservation of rights to the *Debtors' Motion for an Order Establishing a Schedule and Certain Protocols in Connection with the Pending Equitable Subordination Proceeding, the Patriarch Administrative Claim, and Confirmation of the Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and its Affiliated Debtors* [D.E. 3059; D.E. Adv. 174] (the "**Motion**")[2].

**TRUSTEE'S LIMITED OBJECTION AND RESERVATION OF RIGHTS**

1. The Trustee serves as indenture trustee in connection with three Zohar CLOs, Zohar CLO 2003-1, Limited ("**Zohar I**"), Zohar II 2005-1, Limited ("**Zohar II**"), and Zohar III, Limited ("**Zohar III**," together with Zohar I and Zohar II, the "**Zohar Funds**") in accordance with certain Indentures (collectively, the "**Indentures**").

2. With discovery in the Equitable Subordination Adversary Proceeding having yet to begin, the Trustee believes it is most efficient and cost effective for the Trustee's pending motion to dismiss to be decided before any discovery against it commences. The Trustee, however, is prepared to move forward on the schedule put forth by the Debtors or on whatever schedule the Court so directs. Given the compressed discovery timeframe provided for in the Debtors' proposed

---

[2] The "**Debtors**" and, where applicable, the last four digits of their taxpayer identification numbers are: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CLO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CLO 2003-1, Limited (5119).

2

schedule, should the Court enter that schedule or a similarly expedited schedule, the Trustee respectfully requests that the Court also direct the following, which will allow for the completion of discovery on the contemplated timeframe.

    a. *First*, given that the issues in dispute with regard to the Trustee were already the subject of discovery in a prior action, *Patriarch Partners XV, LLC et al. v. U.S. Bank Nat'l Ass'n et al.*, No. 16 Civ. 7128 (S.D.N.Y.) (the "**Auction Litigation**"), document discovery as to the Trustee, if any, should be limited to that which has already been produced in the Auction Litigation; and

    b. *Second*, that the following two interim deadlines be added to the schedule to allow the parties adequate time to prepare their witness/es and secure an expert, if necessary:

        i. A deadline by which the parties must notice any Rule 30(b)(6) depositions; and

        ii. A deadline by which the parties must indicate whether they will be relying on an expert, and, if so, the topics the expert will address.

3. While the Trustee continues to negotiate in good faith, the parties have not yet reached a resolution. As such, the Trustee reserves all rights with respect to the Motion, including the right to object or otherwise respond to the Motion if such objections and other issues are not resolved before the February 22nd hearing on the Motion.

Dated: February 15, 2022

                        **ALSTON & BIRD LLP**

                        By:  /s/ John W. Weiss

                        John W. Weiss (Del. I.D. No. 4160)
                        Alexander S. Lorenzo (admitted *pro hac vice*)
                        90 Park Avenue
                        New York, New York 10016
                        Telephone: 212-210-9400
                        john.weiss@alston.com
                        alexander.lorenzo@alston.com

                        *Attorneys for U.S. Bank National Association, solely in its capacity as Trustee under the Indentures*

**CERTIFICATE OF SERVICE**

I, John W. Weiss, hereby certify that on February 15, 2022, I caused a copy of the foregoing *LIMITED OBJECTION AND RESERVATION OF RIGHTS OF U.S. BANK NATIONAL ASSOCIATION'S TO THE DEBTORS' MOTION FOR AN ORDER ESTABLISHING A SCHEDULE AND CERTAIN PROTOCOLS IN CONNECTION WITH THE PENDING EQUITABLE SUBORDINATION PROCEEDING, THE PATRIARCH ADMINISTRATIVE CLAIM, AND CONFIRMATION OF THE JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE FOR ZOHAR III, CORP. AND ITS AFFILIATED DEBTORS* to be served on all parties who are scheduled to receive notice through the Court's ECF system and the individuals on the attached service list in the manner indicated.

By:  /s/ John W. Weiss
John W. Weiss (Del. I.D. No. 4160)
90 Park Avenue
New York, New York 10016
Telephone: 212-210-9400
john.weiss@alston.com

*Attorneys for U.S. Bank National Association, solely in its capacity as Trustee under the Indentures*