### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 2995 |

### NOTICE OF WITHDRAWAL OF MOTION OF
### U.S. BANK NATIONAL ASSOCIATION FOR ENTRY OF AN
### ORDER AUTHORIZING U.S. BANK NATIONAL ASSOCIATION TO FILE
### UNDER SEAL THE LIMITED OBJECTION AND RESERVATION OF RIGHTS OF
### U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, REGARDING
### MOTION TO CONSOLIDATE PATRIARCH STAKEHOLDERS' ADMINISTRATIVE
### EXPENSE CLAIM WITH THE DEBTORS' ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE**, that U.S. Bank National Association, solely in its capacity as trustee under the Indentures (the "**Trustee**")[2], respectfully withdraws the *Motion of U.S. Bank National Association for Entry of and Order Authorizing U.S. Bank National Association to File Under Seal the Limited Objection and Reservation of Rights of U.S. Bank National Association, as Indenture Trustee, Regarding Motion to Consolidate Patriarch Stakeholders' Administrative Expense Claim with the Debtors' Adversary Proceeding* (D.I. 2995).

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 205-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 350 Fifth Avenue, c/o Golden Associates, LLC, New York, NY 10118.

[2] The Trustee Serves as indenture trustee for the Zohar Funds under certain "Indentures" (as defined in and attached to the Declaration of Mamta Scott (the "Scott Declaration") [D.I. 94].  *See* Scott Declaration ¶ 3 and Exhibit A attached thereto.

Dated: February 17, 2022

Respectfully submitted,

**ALSTON & BIRD LLP**

By: /s/ John W. Weiss
John W. Weiss (Del. I.D. No. 4160)
90 Park Avenue
New York, New York 10016
(212) 210-9400

*Attorneys for U.S. Bank National Association,
solely in its capacity as Trustee under the
Indentures*

## CERTIFICATE OF SERVICE

I, John W. Weiss, hereby certify that on February 17, 2022, I caused a copy of the foregoing *NOTICE OF WITHDRAWAL OF MOTION OF U.S. BANK NATIONAL ASSOCIATION FOR ENTRY OF AN ORDER AUTHORIZING U.S. BANK NATIONAL ASSOCIATION TO FILE UNDER SEAL THE LIMITED OBJECTION AND RESERVATION OF RIGHTS OF U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, REGARDING MOTION TO CONSOLIDATE PATRIARCH STAKEHOLDERS' ADMINISTRATIVE EXPENSE CLAIM WITH THE DEBTORS' ADVERSARY PROCEEDING* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

By: /s/ John W. Weiss
John W. Weiss (Del. I.D. No. 4160)
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
(212) 210-9400

*Attorneys for U.S. Bank National Association, solely in its capacity as Trustee under the Indentures*