# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 3059** |

### NOTICE OF FILING OF <u>REVISED</u> PROPOSED ORDER ESTABLISHING A SCHEDULE AND CERTAIN PROTOCOLS IN CONNECTION WITH THE PENDING EQUITABLE SUBORDINATION PROCEEDING, THE PATRIARCH ADMINISTRATIVE CLAIM, AND CONFIRMATION OF THE JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE FOR ZOHAR III, CORP. AND ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE** that, on February 8, 2022, Zohar III, Corp. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Debtors' Motion for an Order Establishing a Schedule and Certain Protocols in Connection with the Pending Equitable Subordination Proceeding, the Patriarch Administrative Claim, and Confirmation of the Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors* [Docket No. 3059] (the "Motion").[2] Attached to the Motion as Exhibit A was a proposed form of order approving the Motion (the "Proposed Scheduling and Protocol Order").

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit A, is a revised Proposed Scheduling and Protocol Order (the "Revised Proposed Scheduling and Protocol Order") that reflects certain revisions to the Proposed Scheduling and Protocol Order. For the convenience of the Court and parties in interest, a blackline comparing the Revised Proposed Scheduling and Protocol Order to the Proposed Scheduling and Protocol Order is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors intend to present the Revised Proposed Scheduling and Protocol Order at the hearing (the "Hearing") currently scheduled for February 22, 2022 at 10:00 a.m. (ET). The Debtors reserve all rights to modify the Revised Proposed Scheduling and Protocol Order at or prior to the Hearing.

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective tax identification numbers are, as follows: Zohar III, Corp., (9612), Zohar II 2005-I, Corp. (4059), Zohar CDO 2003-1, Corp., (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Motion.

| | |
|---|---|
| Dated: February 17, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Michael S. Neiburg*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Michael S. Neiburg (No. 5275)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>         rbrady@ycst.com<br>         mnestor@ycst.com<br>         jbarry@ycst.com<br>         rbartley@ycst.com<br>         mneiburg@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |