**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |

**DEBTORS' MOTION FOR AN ORDER, PURSUANT TO LOCAL RULE 9006-1(d), GRANTING DEBTORS LEAVE AND PERMISSION TO FILE THE REPLY IN SUPPORT OF DEBTORS' MOTION PURSUANT TO LOCAL RULE 9019-5(d) (I) TO STRIKE CERTAIN PORTIONS OF THE PATRIARCH CLAIM AND MOTION TO CONSOLIDATE AND (II) FOR A PROTECTIVE ORDER PRECLUDING DISCOVERY AND INTRODUCTION OF PROTECTED MEDIATION INFORMATION**

Zohar III, Corp. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), by and through their undersigned counsel, hereby submit this motion (this "Motion for Leave") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), granting the Debtors and their Independent Director leave and permission to file the *Debtors' and Independent Director's Reply in Support of Motion Pursuant to Local Rule 9019-5(d) (I) to Strike Certain Portions of the Patriarch Claim and Motion to Consolidate and (II) for a Protective Order Precluding Discovery and Introduction of Protected Mediation Information* (the "Reply"), filed contemporaneous herewith.[2] In support of this Motion for Leave, the Debtors respectfully represent as follows:

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective tax identification numbers are, as follows: Zohar III, Corp., (9612), Zohar II 2005-I, Corp. (4059), Zohar CDO 2003-1, Corp., (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Reply.

29107440.2

1. On January 31, 2022, the Debtors filed the *Debtors' Motion Pursuant to Local Rule 9019-5(d) (I) to Strike Certain Portions of the Patriarch Claim and Motion to Consolidate and (II) for a Protective Order Precluding Discovery and Introduction of Protected Mediation Information* [Docket No. 3040] (the "Motion to Strike").

2. On February 14, 2022, the Patriarch Stakeholders filed an objection [Docket No. 3070] (the "Objection") to the Motion to Strike.

3. The hearing on the Motion to Strike is scheduled for February 22, 2022 at 10:00 a.m. (ET) (the "Hearing"). Pursuant to Local Rule 9006-1(d), "[r]eply papers . . . may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." The agenda for the Hearing was due on or before February 17, 2022 at 12:00 p.m. (ET) (the "Agenda Deadline") and, accordingly, Debtors were required to file the Reply by February 16, 2022 at 4:00 p.m. (ET) (the "Reply Deadline"), which deadlines were accelerated by one calendar day due to a court holiday on February 21, 2022.

4. By this Motion for Leave, the Debtors respectfully request leave and permission to file the Reply, which addresses the Objection and responds to the various factual and legal arguments asserted therein. The Debtors believe that the Reply will assist the Court in its consideration of the Motion to Strike and the Objection, and provide the Court with a more thorough basis to decide the Motion to Strike. Moreover, there is minimal prejudice in granting the Motion for Leave because the Reply is being filed five calendar days before the Hearing, whereas Local Rule 9006-1 requires as little as three calendar days' notice of a reply, and the Reply would not have been due until 4:00 p.m. today but for the upcoming holiday.

3

WHEREFORE the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, granting it leave and permission to file the Reply and granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: February 17, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ryan M. Bartley*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |

29107440.2