# EXHIBIT A

**Proposed Order**

29107440.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |

**ORDER, PURSUANT TO LOCAL RULE 9006-1(d), GRANTING
THE DEBTORS' MOTION FOR AN ORDER, PURSUANT TO LOCAL RULE 9006-1(d),
GRANTING DEBTORS LEAVE AND PERMISSION TO FILE THE REPLY IN
SUPPORT OF DEBTORS' AND INDEPENDENT DIRECTOR'S REPLY IN SUPPORT
OF MOTION PURSUANT TO LOCAL RULE 9019-5(d) (I) TO STRIKE CERTAIN
PORTIONS OF THE PATRIARCH CLAIM AND MOTION TO CONSOLIDATE AND
(II) FOR A PROTECTIVE ORDER PRECLUDING DISCOVERY AND
INTRODUCTION OF PROTECTED MEDIATION INFORMATION**

Upon the motion (the "Motion for Leave")[2] of Zohar III, Corp. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for entry of an order (this "Order"), granting leave and permission to file the Reply; and this Court having reviewed the Motion for Leave; and this Court having jurisdiction to consider the Motion for Leave and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion for Leave and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion for Leave having been given under the circumstances, and it appearing that no other or further notice need be

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective tax identification numbers are, as follows: Zohar III, Corp., (9612), Zohar II 2005-I, Corp. (4059), Zohar CDO 2003-1, Corp., (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion for Leave.

29107440.2

provided; and this Court having determined that the legal and factual bases set forth in the Motion for Leave establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion for Leave is GRANTED as set forth herein.

2. The Debtors are granted leave and permission, pursuant to Local Rule 9006-1(d), to file the Reply, and the Reply is deemed timely filed and a matter of record in this chapter 11 case.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

29107440.2