# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*, | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered<br>**Re: Docket No. 3074** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2022, a true and correct copy of the **[Sealed] Patriarch's Objection to Debtors' Amended and Supplemental Motion for Entry of an Order (A) Enforcing the Settlement Agreement and the Ankura Appointment Order Regarding Galey & Lord, LLC and for Related Relief (Docket 2611) and (B) Sanctioning Patriarch** was served via electronic mail on the parties listed on the attached service list.

Dated: February 17, 2022

    **COLE SCHOTZ P.C.**

    */s/ G. David Dean*
    G. David Dean (No. 6403)
    500 Delaware Avenue, Suite 1410
    Wilmington, DE 19801
    Telephone: (302) 652-3131
    Facsimile: (302) 652-3117
    Email: ddean@coleschotz.com

    *Counsel to Lynn Tilton and Patriarch Stakeholders*

57772/0001-42539928v1

## SERVICE LIST

**VIA ELECTRONIC MAIL:**

James L. Patton, Jr., Esq.
Robert S. Brady, Esq.
Michael R. Nestor, Esq.
Joseph M. Barry, Esq.
Ryan M. Bartley, Esq.
Shane Reil, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Juliet M. Sarkessian, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-87055

Matthew P. Ward, Esq.
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801

Gregory M. Petrick, Esq.
Ingrid Bagby, Esq.
Michele Maman, Esq.
Joshua Arnold, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281

Brian J. Lohan, Esq.
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231

Jeffrey A. Fuisz, Esq.
Jonathan I. Levine, Esq.
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10119-9710

John W. Weiss, Esq.
Alston & Bird LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387

Brett M. Haywood, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Andrew Harmeyer, Esq.
Regina Gromen, Esq.
Milbank LLP
55 Hudson Yards
New York, NY 10001

Dylan C. Black, Esq.
F. Wendell Allen, Esq.
Bradley
One Federal Place
1819 5th Avenue N
Birmingham, AL 35203

57772/0001-42539928v1