# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 18-10512 (KBO)<br>)<br>) Jointly Administered<br>)<br>) **Ref. Docket Nos. 279 & 297**<br>)<br>) Obj. Deadline: March 8, 2022 at 4:00 p.m. (ET) |

### NOTICE OF FILING OF FOURTH SUPPLEMENTAL DECLARATION OF MICHAEL KATZENSTEIN IN SUPPORT OF THE DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING, *NUNC PRO TUNC* TO MAY 21, 2018, THE AGREEMENT WITH FTI CONSULTING, INC. TO PROVIDE (I) MICHAEL KATZENSTEIN AS THE DEBTORS' CHIEF RESTRUCTURING OFFICER, (II) HOURLY TEMPORARY STAFF, AND (III) SERVICES RELATED THERETO

　　　**PLEASE TAKE NOTICE** that, in accordance with the *Debtors' Motion for Entry of an Order Authorizing and Approving,* Nunc Pro Tunc *to May 21, 2018, the Agreement with FTI Consulting, Inc. to Provide (I) Michael Katzenstein as the Debtors' Chief Restructuring Officer, (II) Hourly Temporary Staff, and (III) Services Related Thereto* [Docket No. 279] and the related order of the United States Bankruptcy Court for the District of Delaware (the "Court"), dated June 11, 2018 [Docket No. 297], FTI Consulting, Inc. ("FTI") has filed the *Fourth Supplemental Declaration of Michael Katzenstein in Support of the Debtors' Motion for Entry of an Order Authorizing and Approving,* Nunc Pro Tunc *to May 21, 2018, the Agreement With FTI Consulting, Inc. to Provide (I) Michael Katzenstein as the Debtors' Chief Restructuring Officer, (II) Hourly Temporary Staff, and (III) Services Related Thereto* (the "Fourth Supplemental Declaration")[2], a copy of which is attached hereto as **Exhibit A**.

　　　**PLEASE TAKE FURTHER NOTICE** that objections to the Fourth Supplemental Declaration, which may be raised only by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), are required to be filed with the Court and served upon (i) FTI, 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036 (Attn: Michael Katzenstein, mike.katzenstein@fticonsulting.com,); and (ii) counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801 (Attn: Shane M. Reil, sreil@ycst.com), so as to be actually received on or before **March 8, 2022 at 4:00 p.m. (ET) (the "Objection Deadline")**.   If an objection is received prior to the Objection Deadline and

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Previous supplemental declarations disclosing FTI's annual rate increases effective January 1, 2019; January 1, 2020; and January 1, 2021 were filed on January 10, 2019; December 23, 2019; and January 26, 2021, respectively. *See* Docket Nos. 621, 1181, and 2275.

25749322.7

cannot be resolved among FTI and the U.S. Trustee, a hearing will be scheduled subject to the availability of the Court.

| | |
|---|---|
| Dated: February 22, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |