# EXHIBIT A

**Fourth Supplemental Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                    Debtors. | ) Chapter 11<br>)<br>) Case No. 18-10512 (KBO)<br>)<br>) Jointly Administered<br>)<br>) **Ref. Docket Nos. 279 & 297** |

**FOURTH SUPPLEMENTAL DECLARATION OF MICHAEL KATZENSTEIN IN
SUPPORT OF THE DEBTORS' MOTION FOR ENTRY OF AN ORDER
AUTHORIZING AND APPROVING, *NUNC PRO TUNC* TO MAY 21, 2018, THE
AGREEMENT WITH FTI CONSULTING, INC. TO PROVIDE (I) MICHAEL
KATZENSTEIN AS THE DEBTORS' CHIEF RESTRUCTURING OFFICER,
(II) HOURLY TEMPORARY STAFF, AND (III) SERVICES RELATED THERETO**

I, Michael Katzenstein, declare under penalty of perjury that:

1.      I am a Senior Managing Director of FTI Consulting, Inc. ("FTI"), based out of FTI's office at 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.  I am authorized to execute this declaration on behalf of FTI.

2.      I submit this fourth supplemental declaration[2] in accordance with the *Debtors' Motion for Entry of an Order Authorizing and Approving,* Nunc Pro Tunc *to May 21, 2018, the Agreement with FTI Consulting, Inc. to Provide (I) Michael Katzenstein as the Debtors' Chief Restructuring Officer, (II) Hourly Temporary Staff, and (III) Services Related Thereto* [Docket No. 279] (the "Motion") and the related order of the United States Bankruptcy Court for the District of

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Previous supplemental declarations disclosing FTI's annual rate increases effective January 1, 2019; January 1, 2020; and January 1, 2021 were filed on January 10, 2019; December 23, 2019; and January 26, 2021, respectively.  *See* Docket Nos. 621, 1181, and 2275.

25749322.7

Delaware (the "Court"), dated June 11, 2018 [Docket No. 297].[3] Attached to the Motion as Exhibit C was a declaration, sworn to and subscribed by me, in support of the relief requested therein.

3. Effective January 1, 2022, FTI has implemented a customary annual increase in its standard rates (the "Rate Increase").

4. The Debtors have received notice of and approved the Rate Increase.

5. Prior to January 1, 2022, FTI's standard rates were as follows:

| Professional | Rates Per Hour |
|---|---|
| Senior Managing Directors | $950 - $1,295 |
| Directors/Senior Directors/Managing Directors | $715 - $935 |
| Consultants/Senior Consultants | $385 - $680 |
| Administrative/Paraprofessionals | $155 - $290 |

6. Effective as of January 1, 2022, FTI's standard rates shall be as follows:

| Professional | Rates Per Hour |
|---|---|
| Senior Managing Directors | $975 - $1,325 |
| Directors/Senior Directors/Managing Directors | $735 - $960 |
| Consultants/Senior Consultants | $395 - $695 |
| Administrative/Paraprofessionals | $160 - $300 |

7. The CRO's standard rate has increased to $1,325.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct to the best of my information, knowledge and belief.

Dated: February 22, 2022

                                                            */s/ Michael Katzenstein*
                                                            Michael Katzenstein
                                                            Chief Restructuring Officer

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Motion.

25749322.7