# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZOHAR III, CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 3022 & 3064**<br><br>Hearing Date: March 23, 2022 at 10:00 a.m. (ET)<br>Objection Deadline: March 8, 2022 at 4:00 p.m. (ET) |

## NOTICE OF FILING OF REVISED PROPOSED REDACTED VERSION OF DEBTORS' AMENDED AND SUPPLEMENTAL MOTION FOR ENTRY OF AN ORDER (A) ENFORCING THE SETTLEMENT AGREEMENT AND THE ANKURA APPOINTMENT ORDER REGARDING GALEY & LORD, LLC AND FOR RELATED RELIEF AND (B) SANCTIONING PATRIARCH

TO:   (I) THE U.S. TRUSTEE; (II) COUNSEL TO PATRIARCH STAKEHOLDERS; (III) COUNSEL TO U.S. BANK, AS INDENTURE TRUSTEE; (IV) COUNSEL TO MBIA; (V) COUNSEL TO THE ZOHAR III CONTROLLING CLASS; (VI) GALEY & LORD; (VII) COUNSEL TO BBVA; AND (VII) ALL PARTIES THAT, AS OF THE FILING OF THIS MOTION, HAVE REQUESTED NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that, on January 26, 2022, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed, under seal, the *Debtors' Amended and Supplemental Motion for Entry of an Order (A) Enforcing the Settlement Agreement and the Ankura Appointment Order Regarding Galey & Lord, LLC and for Related Relief (Docket No. 2611) and (B) Sanctioning Patriarch* [Docket No. 3022] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, on February 9, 2022, the Debtors filed a proposed redacted version of the Motion, excluding the exhibits [Docket No. 3064] (the "Proposed Redacted Document").

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29088461.1

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby file the revised proposed redacted version of the Motion and all exhibits thereto (the "Revised Proposed Redacted Document") attached hereto as **Exhibit A.**

**PLEASE TAKE FURTHER NOTICE** that contemporaneously with the filing of the Revised Proposed Redacted Document, the Debtors have filed the *Debtors' Motion for Entry of an Order Authorizing the Debtors to File Certain Information in the Debtors' Amended and Supplemental Motion for Entry of an Order (A) Enforcing the Settlement Agreement and the Ankura Appointment Order Regarding Galey & Lord, LLC and for Related Relief (Docket No. 2611) and (B) Sanctioning Patriarch Under Seal* (the "Motion to Seal").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Revised Proposed Redacted Document must filed on or before **March 8, 2022 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION TO SEAL WILL BE HELD ON **MARCH 23, 2022 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE KAREN B. OWENS, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

[*Remainder of page intentionally left blank*]

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION TO SEAL WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Dated: February 22, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Katelin A. Morales (No. 6683)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>        rbrady@ycst.com<br>        mnestor@ycst.com<br>        jbarry@ycst.com<br>        rbartley@ycst.com<br>        sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

29088461.1