IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) ) | Jointly Administered |
|  | ) | Docket Ref. No. 3040 |

**CERTIFICATION OF COUNSEL REGARDING
PROPOSED ORDER GRANTING IN PART AND DENYING IN PART THE
DEBTORS' MOTION PURSUANT TO LOCAL RULE 9019-5(d)
(I) TO STRIKE CERTAIN PORTIONS OF THE PATRIARCH CLAIM AND
MOTION TO CONSOLIDATE AND (II) TO PRECLUDE DISCOVERY AND
INTRODUCTION OF PROTECTED MEDIATION INFORMATION**

On January 31, 2022, the Debtors filed the *Debtors' Motion Pursuant to Local Rule 9019-5(d) (I) to Strike Certain Portions of the Patriarch Claim and Motion to Consolidate and (II) for a Protective Order Precluding Discovery and Introduction of Protected Mediation Information* [Docket No. 3040] (the "Motion").[2]  On February 22, 2022, the Court held a hearing on the Motion and the *Patriarch Stakeholders' Objection to Debtors' Motion Pursuant to Local Rule 9019-5(d) (I) to Strike Certain Portions of the Patriarch Claim and Motion to Consolidate and (II) for a Protective Order Precluding Discovery and Introduction of Protected Mediation Information* [Docket No. 3070].

The Court granted the Motion subject to the Debtors' agreement to withdraw the request to grant a preemptive prohibition on discovery.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Motion.

29120842.1

Consistent with the ruling at the Hearing, the Debtors have revised the proposed order (the "Revised Proposed Order"), a copy of which is attached hereto as Exhibit A, which was shared with and reflects the comments provided by Patriarch. For convenience of the Court, a blackline comparing the Revised Proposed Order against the form of order filed with the Motion is attached hereto as Exhibit B.

WHEREFORE, the Debtors respectfully request that the Court entered the Revised Proposed Order at the Court's earliest convenience.

| | |
|---|---|
| Dated: February 23, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ryan M. Bartley*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>       rbrady@ycst.com<br>       mnestor@ycst.com<br>       jbarry@ycst.com<br>       rbartley@ycst.com<br>       sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |