# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| LYNN TILTON, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, OCTALUNA, LLC; OCTALUNA II, LLC, AND OCTALUNA III, LLC, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 19-50390 |
| MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE MASTER FUND LP, BARDIN HILL EVENT-DRIVEN MASTER FUND LP, PRAETOR FUND I, A SUB FUND OF PRAETORIUM FUND I ICAV, | |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29129132.2

| |
|---|
| HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND LIMITED, HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND II LIMITED, HIRTLE CALLAGHAN TRADING PARTNERS, L.P., AND THIRD SERIES OF HDML FUND I LLC, |
| Defendants. |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 3, 2022 AT 1:00 P.M. (ET)**

**THIS HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM
AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
COURTCALL WILL NOT BE USED TO DIAL IN.**

**Please use the following link to register for this hearing:**
https://debuscourts.zoomgov.com/meeting/register/vJItduiuqTMiEi49Ci8HSg5B9ML9yHY2IMI

**AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

**MATTER GOING FORWARD**

1. Oral Argument Regarding Defendants' Motions to Dismiss the Amended Complaint of Lynn Tilton and the Patriarch & Octaluna Entities for Equitable Subordination for Adv. Case No. 19-50390

   Related Documents:

   A. Complaint of Lynn Tilton and the Patriarch & Octaluna Entites for Equitable Subornidation [(SEALED) D.I. 2; 10/1/19; (REDACTED) D.I. 7; 11/12/19]

   B. Order Authorizing Filing of Complaint Under Seal [Adv. Case No. 19-50390 D.I. 14; 12/19/19]

   C. U.S. Bank National Association's Motion to Dismiss the Complaint [D.I. 64; 10/30/20]

   D. Memorandum of Law in Support of Defendant U.S. Bank National Association's Motion to Dismiss [D.I. 65; 10/30/20]

E.     Motion of the Zohar III Controlling Class to Dismiss the Complaint Under Federal Rule of Civil Procedure 12(b)(6) Made Applicable by Bankruptcy Rule 7012 [D.I. 66; 10/30/20]

F.     Defendants MBIA Inc.'s and MBIA Insurance Corporation's Motion to Dismiss the Equitable Subordination Complaint [D.I. 67; 10/30/20]

G.     Memorandum of Law of the Zohar III Controlling Class in Support of Their Motion to Dismiss the Complaint Under Federal Rule of Civil Procedure 12(b)(6) Made Applicable by Bankruptcy Rule 7012 [D.I. 68; 10/30/20]

H.     Appendix in Support of Memorandum of Law of the Zohar III Controlling Class in Support of Their Motion to Dismiss the Complaint Under Federal Rule of Civil Procedure 12(b)(6) Made Applicable by Bankruptcy Rule 7012 [D.I. 69; 10/30/20]

I.     Declaration of Ingrid Bagby in Support of Defendants MBIA Inc.'s and MBIA Insurance Corporation's Motion to Dismiss the Equitable Subordination Complaint [(SEALED) D.I. 70; 10/30/20; (REDACTED) D.I. 98; 11/4/20]

J.     Defendants MBIA Inc.'s and MBIA Insurance Corporation's Memorandum of Law in Support of Their Motion to Dismiss Equitable Subordination Complaint [D.I. 71; 10/30/20]

K.     Defendants MBIA Inc.'s and MBIA Insurance Corporation's Motion for Leave to Exceed Page Limitation re: Memorandum of Law in Support of Motion to Dismiss Equitable Subordination Complaint [D.I. 79; 10/30/20]

L.     Alvarez & Marsal Zohar Management LLC's Motion to Dismiss the Complaint [D.I. 81; 10/30/20]

M.     Opening Memorandum of Law in Support of Defendant, Alvarez & Marsal Zohar Management LLC's Motion to Dismiss the Complaint of Lynn Tilton and the Patriarch & Octaluna Entities [D.I. 82; 10/30/20]

N.     Defendants MBIA Inc.'s and MBIA Insurance Corporation's Motion for Leave to Exceed Page Limitation re: Reply Memorandum of Law in Support of Their Motion to Dismiss Equitable Subdornation Complaint [D.I. 108; 3/2/21]

O.     Letter to the Honorable Karen B. Owens from Theresa Trzaskoma Regarding Supplemental Authority [D.I. 125; 7/29/21]

P.     Letter to the Honorable Karen B. Owens from Michael E. Petrella Regarding Supplemental Authority [D.I. 126; 8/5/21]

Q.     Letter to the Honorable Karen B. Owens from Michael E. Petrella Regarding Supplemental Authority [D.I. 127; 10/20/21]

R. Letter to the Honorable Karen B. Owens from Deborah Newman Regarding Supplemental Authority [D.I. 128; 10/20/21]

S. Letter to the Honorable Karen B. Owens from Alexander S. Lorenzo Regarding Supplemental Authority [D.I. 129; 10/21/21]

T. Letter to the Honorable Karen B. Owens from Theresa Trzaskoma Regarding Supplemental Authority [D.I. 132/137; 10/29/21]

U. Memorandum Order Granting Plaintiffs' Motion to Amend Complaint [D.I. 154; 12/16/21]

V. Amended Complaint of Lynn Tilton and the Patriarch & Octaluna Entities for Equitable Subordination [(SEALED) D.I. 160; 1/6/22; (REDACTED) TBD; TBD]

W. Notice of Filing of Blackline Versio of Amended Complaint of Lynn Tilton and the Patriarch & Octaluna Entities for Equitable Subordination [(SEALED) D.I. 162; 1/7/22; (REDACTED) TBD; TBD]

X. Order Approving Stipulation [D.I. 165; 1/21/22]

Y. Supplemental Memorandum of Law in Further Support of Alvarez & Marsal Zohar Management's Motion to Dismiss the Amended Complaint of Lynn Tilton and the Patriarch & Octaluna Entities [D.I. 167; 1/28/22]

Z. Memorandum of Law of the Zohar III Controlling Class in Support of Their Motion to Dismiss the Amended Complaint Under Federal Rule of Civil Procedure 12(b)(6) Made Applicable by Bankruptcy Rule 7012 [(SEALED) D.I. 168; 1/28/22; (REDACTED) D.I. 179; 2/14/22]

AA. Defendants MBIA Inc.'s and MBIA Insurance Corporation's Memorandum of Law in Support of Their Motion to Dismiss Equitable Subordination Amended Complaint [(SEALED) D.I. 169; 1/28/22; (REDACTED) D.I. TBD; TBD]

BB. Declaration of Michael E. Petrella in Support of Defendants MBIA Inc.'s and MBIA Insurance Corporation's Memorandum of Law in Support of Their Motion to Dismiss Equitable Subordination Amended Complaint [(SEALED) D.I. 170; 1/28/22; (REDACTED) D.I. TBD; TBD]

CC. Order Granting Defendants MBIA Inc.'s and MBIA Insurance Corporation's Motion for Leave to Exceed Page Limitation re: Memorandum of Law in Support of Motion to Dismiss Equitable Subordination Amended Complaint [D.I. 173; 2/4/22]

DD. Motion of Zohar III Controlling Class to Seal Memorandum of Law of the Zohar III Controlling Class in Support of Their Motion to Dismiss the Amended

        Complaint Under Federal Rule of Civil Procedure 12(b)(6) Made Applicable by Bankruptcy Rule 7012 [D.I. 180; 2/14/22]

EE.   Order Authorizing Plaintiffs' Motion for an Order Authorizing Plaintiffs to Exceed Page Limitation on Their Omnibus Opposition to Defendants' Motions to Dismiss the Amended Complaint [D.I. 202; 2/23/22]

FF.   Defendants' Joint Notice of Completion of Briefing [D.I. 211; 2/25/22]

GG.   Order Granting Defendants MBIA Inc.'s and MBIA Insurance Corporation's Motion for Leave to Exceed Page Limitation re: Repl Memorandum of Law in Further Support of Motion to Dismiss Equitable Subordinatoin Amended Complaint [D.I. 212; 2/28/22]

Response Deadline:                February 17, 2022

Responses Received:

HH.   Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss the Complaint [D.I. 103/124; 1/25/21]

II.   Defendants MBIA Inc.'s and MBIA Insurance Corporation's Reply Memorandum of Law in Support of Their Motion to Dismiss Equitable Subordination Complaint [D.I. 107/123; 3/2/21]

JJ.   Reply Memorandum of Law of the Zohar III Controlling Class in Further Support of Their Motion to Dismiss the Complaint [D.I. 109; 3/2/21]

KK.   Memorandum of Law in Further Support of Defendant U.S. Bank National Association's Motion to Dismiss [D.I. 110; 3/2/21]

LL.   Alvarez & Marsal Zohar Management's Reply in Support of Its Motion to Dismiss the Complaint of Lynn Tilton and the Patriarch & Octaluna Entities [D.I. 111/113; 3/2/21]

MM.   Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss the Amended Complaint [(SEALED) D.I. 192; 2/17/22]; (REDACTED) D.I. TBD; TBD]

NN.   Reply Memorandum of Law of the Zohar III Controlling Class in Further Support of Their Motion to Dismiss the Amended Complaint [(SEALED) D.I. 205; 2/24/22; (REDACTED) D.I. TBD; TBD]

OO.   Defendants MBIA Inc.'s and MBIA Insurance Corporation's Reply Memorandum of Law in Further Support of Their Motion to Dismiss Equitable Subordination Amended Complaint [(SEALED) D.I. 206; 2/24/22; (REDACTED) D.I. TBD; TBD]

PP.     Limited Supplemental Reply Brief in Support of Defendant Alvarez & Marsal Zohar Management's Motion to Dismiss Complaint of Lynn Tilton and the Patriarch & Octaluna Entities [D.I. 207; 2/24/22]

Status:     This matter is going forward with oral argument.

Dated: March 1, 2022
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Shane M. Reil*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
       rbrady@ycst.com
       mnestor@ycst.com
       jbarry@ycst.com
       rbartley@ycst.com
       sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*