**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                                    Debtors. | ) Chapter 11<br>)<br>) Case No. 18-10512 (CSS)<br>)<br>) Jointly Administered<br>)<br>) **Ref Docket No. 3023** |

## CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 3023

The undersigned hereby certifies as follows:

On January 28, 2022, the *Staffing and Compensation Report of FTI Consulting, Inc. for the Period of December 1, 2021 Through and Including December 31, 2021* [Docket No. 3023] (the "Staffing and Compensation Report") was filed with the Court. Objections to the Staffing and Compensation Report, if any, were due by February 17, 2022 at 4:00 p.m. (ET) (the "Objection Deadline").

Prior to the Objection Deadline, an informal response to the Staffing and Compensation Report was received from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"). In resolution of the U.S. Trustee's response, FTI has agreed to a voluntary reduction for the period covered by the Staffing and Compensation Period in the amount of $832.00 (the "Voluntary Reduction").

As of the date hereof, other than the U.S. Trustee's informal response, no answer, objection or other responsive pleading to the Staffing and Compensation Report has been received. Further,

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29141917.1

a review of the Court's docket in these chapter 11 cases reflects that no answer, objection, or other responsive pleading to the Staffing and Compensation Report has been filed.

Accordingly, pursuant to the *Order Authorizing and Approving,* Nunc Pro Tunc *to May 21, 2018, the Agreement With FTI Consulting, Inc. to Provide (i) Michael Katzenstein as the Debtors' Chief Restructuring Officer, (ii) Hourly Temporary Staff, and (ii) Services Related Thereto* [Docket No. 297], the Debtors are authorized, but not directed, to pay, in the ordinary course of business, all amounts invoiced by FTI for fees and expenses included the Staffing and Compensation Report, less the Voluntary Reduction, without further order of the Court.

| | |
|---|---|
| Dated:  March 2, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |