# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) ) | Jointly Administered |
|  | ) | **Ref. Docket No. 3068** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 3068

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Forty-Sixth Staffing and Compensation Report of Teneo Capital LLC (f.k.a. Goldin Associates, LLC) for the Period of January 1, 2022 Through January 31, 2022* [Docket No. 3068] (the "Staffing and Compensation Report") filed on February 11, 2022. The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection, or other responsive pleading to the Staffing and Compensation Report. As was provided in the notice filed and served with the Staffing and Compensation Report, objections to the Staffing and Compensation Report were to be filed and served no later than March 3, 2022 at 4:00 p.m. (ET).

Pursuant to the *Order Authorizing and Approving, Effective as of the Petition Date, the Agreement with Goldin Associates, LLC to Provide (I) Marc S. Kirschner to Serve as the Debtors' Chief Restructuring Officer and (II) Services Related Thereto* [Docket No. 238], entered on May 8, 2018, and the *Order Amending the Terms of the Retention of Goldin Associates, LLC* [Docket

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

26782365.23

1

No. 298], entered on June 11, 2018, the Debtors are authorized, but not directed, to pay to Teneo Capital, LLC all fees and expenses included in the Staffing and Compensation Report without further order of the Court.

Dated: March 4, 2022
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Shane M. Reil
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
       rbrady@ycst.com
       mnestor@ycst.com
       jbarry@ycst.com
       rbartley@ycst.com
       sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*