IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*, | Case No. 18-10512 (KBO) |
| Debtors.[1] | (Jointly Administered) |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enter their appearance for the Patriarch Stakeholders,[2] pursuant to section 1109(b) of the Bankruptcy Reform Act of 1978, as codified in title 11 of the United States Code, 11 U.S.C. §§ 101-1532, Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of all pleadings, motions, notices and other papers filed or served in this bankruptcy case, be served upon the Patriarch Stakeholders through their undersigned counsel, as follows:

---

[1] Debtors are Zohar CDO 2003-1, LLC, Zohar II 2005-1, LLC and Zohar III, LLC, Delaware limited liability companies; and Zohar CDO 2003-1, Ltd. (together with Zohar CDO 2003-1, LLC, "Zohar I"), Zohar II 2005-1, Ltd. (together with Zohar II 2005-1, LLC, "Zohar II") and Zohar III, Ltd. (together with Zohar III, LLC, "Zohar III"), Cayman Islands exempted companies. Zohar I, Zohar II and Zohar III are collectively referred to as the "Zohar Funds." The last four digits of the Debtors' taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

[2] "Patriarch Stakeholders" has the meaning defined in the parties' Settlement Agreement, D.I. 266-1, as well as any other Lynn Tilton affiliates.

Scott D. Cousins, Esq.
Scott D. Jones, Esq.
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19801
Phone: (302) 824-7081
E-Mail:  scott.cousins@cousins-law.com
         scott.jones@cousins-law.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit made or filed by the Patriarch Stakeholders does not, and shall not be deemed or construed to be, to (A) constitute a submission by the Patriarch Stakeholders to the jurisdiction of the Bankruptcy Court; or (B) constitute consent by the Patriarch Stakeholders to entry by the Bankruptcy Court of any final order or judgment, or any other order having the effect of a final order or judgment, in any non-core proceeding or with respect to any matter for which the Bankruptcy Court lacks jurisdiction and/or constitutional authority to enter a final order, **which consent is hereby withheld unless expressly granted in the future with respect to a specific issue, matter, or proceeding**.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit made or filed by the Patriarch Stakeholders does not, and shall not be deemed or construed to be a waiver or relinquishment of any substantive or procedural right, including but not limited to: (a) the right to challenge the constitutional authority

of the Bankruptcy Court to enter a final order or judgment on, or any other order having the effect of a final order or judgment on, any matter; (b) the right to trial by jury in any proceedings so triable herein, in any associated adversary proceedings, in any litigation presently or hereafter pending in any other court, or in any other case, controversy, or proceeding; (c) the right to seek withdrawal of the bankruptcy reference by a United States District Court in any matter subject to mandatory or discretionary withdrawal; and/or (d) any other rights, claims, actions, arguments, counterarguments, defenses, setoffs, or recoupments to which the Patriarch Stakeholders are or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, arguments, counterarguments, defenses, setoffs, and recoupments are expressly reserved, nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers as to the Patriarch Stakeholders for which mailed or personal service is required under any applicable law, rule, regulation, or order.

Dated:  March 9, 2022
       Wilmington, Delaware

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19801
Telephone:  (302) 824-7081
Facsimile:   (302) 295-0331
E-mail:  scott.cousins@cousins-law.com
       scott.jones@cousins-law.com

*Counsel to the Patriarch Stakeholders*