UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 18-10512 (KBO)<br>)<br>) Jointly Administered<br>)<br>) **Ref. Docket No. 3104**<br>) |

**ORDER AUTHORIZING THE FILING OF PORTIONS OF THE DEBTORS'
AMENDED AND SUPPLEMENTAL MOTION FOR ENTRY OF AN ORDER (A)
ENFORCING THE SETTLEMENT AGREEMENT AND THE ANKURA
APPOINTMENT ORDER REGARDING GALEY & LORD, LLC AND FOR RELATED
RELIEF (DOCKET NO. 2611) AND (B) SANCTIONING PATRIARCH UNDER SEAL**

Upon the motion (the "Motion")[2] of the above-captioned Debtors for entry of an order (this "Order"), pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(d), authorizing the Debtors to file portions of the Supplemental Motion and Appendix under seal; and publicly viewable redacted version of the Supplemental Motion and Appendix having been filed in these cases at Docket Nos. 3064 & 3100; and it appearing that there is good and sufficient cause for the relief set forth in this Order; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

Motion in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation; and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to file those portions of the Supplemental Motion and Appendix that were redacted in Docket Nos. 3064 & 3100 (the "Sealed Material") under seal.

3. The Sealed Material shall not be made available to anyone, except to the Court, the U.S. Trustee, Patriarch, U.S. Bank (in its capacity as Indenture Trustee), MBIA, the Zohar III Controlling Class, Ankura, BBVA Compass Bank, the creditors' committee under the Settlement Agreement in these cases, MB Global (as Zohar III Noteholder), and any Portfolio Company that requests such Sealed Material, in the discretion of the Debtors, as well as each of their respective advisors, and other parties in interest as may be ordered or otherwise required by the Court or agreed to by the Debtors and Patriarch, and all parties receiving the Sealed Material shall maintain its confidentiality, including in connection with any pleadings filed with this Court.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: March 14th, 2022
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE