**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) |
|  | ) Case No. 18-10512 (KBO) |
| Debtors. | ) |
|  | ) Jointly Administered |
|  | ) |
|  | ) **Ref. Docket No. 3118** |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 3118**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Staffing and Compensation Report of FTI Consulting, Inc. for the Period of January 1, 2022 Through and Including January 31, 2022* [Docket No. 3118] (the "Staffing and Compensation Report") filed on February 25, 2022. The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection, or other responsive pleading to the Staffing and Compensation Report. As was provided in the notice filed and served with the Staffing and Compensation Report, objections to the Staffing and Compensation Report, if any, were required to be filed and served no later than March 17, 2022 at 4:00 p.m. (ET).

Pursuant to the *Order Authorizing and Approving,* Nunc Pro Tunc *to May 21, 2018, the Agreement With FTI Consulting, Inc. to Provide (I) Michael Katzenstein as the Debtors' Chief Restructuring Officer, (II) Hourly Temporary Staff, and (III) Services Related Thereto* [Docket

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

23428614.45

No. 297], the Debtors are authorized, but not directed, to pay to FTI Consulting, Inc. all fees and

expenses included in the Staffing and Compensation Report without further order of the Court.


Dated: March 21, 2022              YOUNG CONAWAY STARGATT & TAYLOR, LLP
        Wilmington, Delaware

                                   */s/ Shane M. Reil*
                                   James L. Patton, Jr. (No. 2202)
                                   Robert S. Brady (No. 2847)
                                   Michael R. Nestor (No. 3526)
                                   Joseph M. Barry (No. 4221)
                                   Ryan M. Bartley (No. 4985)
                                   Shane M. Reil (No. 6195)
                                   Rodney Square
                                   1000 North King Street
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 571-6600
                                   Facsimile: (302) 571-1253
                                   Email: jpatton@ycst.com
                                           rbrady@ycst.com
                                           mnestor@ycst.com
                                           jbarry@ycst.com
                                           rbartley@ycst.com
                                           sreil@ycst.com

                                   *Counsel to the Debtors and Debtors in Possession*

23428614.45

2