# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| LYNN TILTON, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, OCTALUNA, LLC; OCTALUNA II, LLC, AND OCTALUNA III, LLC, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 19-50390 |
| MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE MASTER FUND LP, BARDIN HILL EVENT-DRIVEN MASTER FUND LP, PRAETOR FUND I, A SUB FUND OF PRAETORIUM FUND I ICAV, | |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29202625.1

| | |
|---|---|
| HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND LIMITED, HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND II LIMITED, HIRTLE CALLAGHAN TRADING PARTNERS, L.P., AND THIRD SERIES OF HDML FUND I LLC,<br><br>          Defendants. | |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 23, 2022 AT 10:00 A.M. (ET)**

---

**THIS HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM
AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
COURTCALL WILL NOT BE USED TO DIAL IN.**

**Please use the following link to register for this hearing:**
https://debuscourts.zoomgov.com/meeting/register/vJIsduygqT4tG3HQ3TtPAVsmvDGye27msno

**AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A
CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

---

## RESOLVED MATTERS

1. Debtors' Fourth Motion, Pursuant to Section 105(a) and 363(b) of the Bankruptcy Code and the FTI Retention Order, for Entry of an Order Approving Modified Schedule of Hourly Temporary Staff [D.I. 3099; 2/22/22]

    Related Documents:

    A.   Certificate of No Objection [D.I. 3145; 3/9/22]

    B.   Order Approving Modified Schedule of Hourly Temporary Staff [D.I. 3148; 3/10/22]

    Response Deadline:         March 8, 2022 at 4:00 p.m. (ET)

    Responses Received:        None

    Status:   An order has been entered by the Court.  No hearing is required.

---

[2] **All amendments appear in bold.**

29202625.1

2.     Debtors' Motion for Entry of an Order Authorizing the Debtors to File Certain Information in the Debtors Amended and Supplemental Motion for Entry of an Order (A) Enforcing the Settlement Agreement and the Ankura Appointment Order Regarding Galey & Lord, LLC and for Related Relief (Docket No. 2611) and (B) Sanctioning Patriarch Under Seal [D.I. 3104; 2/23/22]

       Related Documents:

       A.    Debtors' Amended and Supplemental Motion for Entry of an Order (A) Enforcing the Settlement Agreement and the Ankura Appointment Order Regarding Galey & Lord, LLC Docket No. 2611) and (B) Sanctioning Patriarch [(SEALED) D.I. 3022; 1/26/22; (REDACTED) D.I. 3100; 2/22/22]

       B.    Certificate of No Objection [D.I. 3149; 3/10/22]

       C.    Order Authorizing the Filing of Portions of the Debtors' Amended and Supplemental Motion for Entry of an Order (A) Enforcing the Settlement Agreement and the Ankura Appointment Order Regarding Galey & Lord, LLC and for Related Relief (Docket No. 2611) and (B) Sanctioning Patriarch Under Seal [D.I. 3159; 3/14/22]

       Response Deadline:        March 9, 2022 at 4:00 p.m. (ET)

       Responses Received:        None

       Status:        An order has been entered by the Court. No hearing is required.

3.     Debtors' Application for an Order Authorizing the Employment and Retention of Reliable Companies as Voting Agent for the Debtors, Effective as of the Retention Effective Date [D.I. 3129; 3/2/22]

       Related Documents:

       A.    Certification of Counsel Regarding Proposed Order Authorizing the Employment and Retention of Reliable Companies as Voting Agent for the Debtors, Effective as of the Retention Effective Date [D.I. 3166; 3/17/22]

       B.    Order Authorizing the Employment and Retention of Reliable Companies as Voting Agent for the Debtors, Effective as of the Retention Effective Date [D.I. 3172; 3/18/22]

       Response Deadline:        March 16, 2022 at 4:00 p.m. (ET)

       Responses Received:

  C.  Informal response from the U.S. Trustee

  Status:  An order has been entered by the Court. No hearing is required.

4. Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 3144; 3/9/22]

  Related Documents:

  A.  Certificate of No Objection [D.I. 3167; 3/17/22]

  B.  Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 3173; 3/18/22]

  Response Deadline:  March 16, 2022 at 4:00 p.m. (ET)

  Responses Received:  None

  Status:  An order has been entered by the Court. No hearing is required.

## MATTER WITH CERTIFICATION

5. Motion of Patriarch for Entry of an Order Authorizing Filing of Objection Under Seal [D.I. 3103; 2/22/22]

  Related Documents:

  A.  Patriarch's Objection to Debtors' Amended and Supplemental Motion for Entry of an Order (A) Enforcing the Settlement Agreement and the Ankura Appointment Order Regarding Galey & Lord, LLC and for Related Relief (Docket 2611) and (B) Sanctioning Patriarch [(SEALED) D.I. 3074; 2/17/22; (REDACTED) D.I. 3102; 2/22/22]

  B.  Certificate of No Objection [D.I. 3184; 3/21/22]

  **C.**  **Order Authorizing Filing of Patriarch's Objection Under Seal [D.I. 3189; 3/21/22]**

  Response Deadline:  March 9, 2022 at 4:00 p.m. (ET)

  Responses Received:  None

  Status:  **An order has been entered by the Court.** No hearing is required.

**MATTER GOING FORWARD**

6. Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief [D.I. 3130; 3/2/22]

    Related Documents:

    A. Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3042; 1/31/22]

    B. Disclosure Statement for Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors Dated January 31, 2022 [D.I. 3048; 2/3/22]

    C. Notice of Hearing to Consider Approval of Disclosure Statement [D.I. 3055; 2/7/22]

    D. First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3182; 3/21/22]

    E. Notice of Filing of Blackline of First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3183; 3/21/22]

    F. Disclosure Statement for First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3185; 3/21/22

    G. Notice of Filing of Blackline of Disclosure Statement for First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3186; 3/21/22]

    H. Notice of Filing of Resvied Proposed Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief [D.I. 3187; 3/21/22]

Response Deadline: March 16, 2022 at 4:00 p.m. (ET); Extended to March 18, 2022 for U.S. Bank National Association, in Its Capacity as Indenture Trustee

Responses Received:

I. Patriarch Stakeholders' Limited Objection to Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief [D.I. 3138; 3/2/22]

J. Response and Reservation of Rights of U.S. Bank National Association, in Its Capacity as Indenture Trustee, to the Proposed Disclosure Statement for Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors Dated January 31, 2022 [D.I. 3171; 3/18/22]

K. Informal response from Ankura Trust

L. Informal response from the U.S. Trustee

Status: The Debtors believe that they have resolved, for purposes of the Disclosure Statement approval hearing, items K and L. Item J indicates that it is merely reserving rights with respect to plan confirmation, although the Debtors have attempted to address the issues raised by the Indenture Trustee (both in its filed objection and informally) through revisions to the Plan and Disclosure Statement. The Debtors are in discussion with Patriarch regarding potential resolutions to item I as it pertains to the Disclosure Statement approval hearing. This matter is going forward.

**STATUS CONFERENCE**

7. Debtors' Motion for an Order Establishing a Schedule and Certain Protocols in Connection with the Pending Equitable Subordination Proceeding, the Patriarch Administrative Claim, and Confirmation of the Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3059/Adv. Case No. 19-50390 D.I. 174; 2/8/22]

Related Documents:

A. Notice of Filing of Revised Proposed Order Establishing a Schedule and Certain Protocols in Connection with the Pending Equitable Subordination Proceeding, the Patriarch Administrative Claim, and Confirmation of the Joint Plan of Liquidation

Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3077; 2/17/22]

B. Order Granting Defendants MBIA Inc.'s and MBIA Insurance Corporations Motion for Leave to File Late Reply [D.I. 3093/Adv. Case No. 19-50390 D.I. 197; 2/18/22]

    Response Deadline:    February 15, 2022 at 4:00 p.m. (ET)

    Responses Received:

C. Limited Objection and Reservation of Rights of U.S. Bank National Association to the Debtors' Motion for an Order Establishing A Schedule and Certain Protocols in Connection with the Pending Equitable Subordination Proceeding, the Patriarch Administrative Claim, and Confirmation for the Joint Plan of Liquidation under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and its Affiliated Debtors [D.I. 3071/Adv. Case No 19-50390 D.I. 182; 2/15/22]

D. Patriarch Stakeholders' Objection to Debtors' Motion for an Order Establishing a Schedule and Certain Protocols in Connection With the Pending Equitable Subordination Proceeding, the Patriarch Administrative Claim, and Confirmation of the Joint Plan of Liquidation under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and its Affiliated Debtors [D.I. 3072/Adv. Case No. 19-50390 D.I. 183; 2/15/22]

E. Statement and Reservation of Rights of Alvarez & Marsal Zohar Management Regarding Debtors' Motion for an Order Establishing a Schedule and Certain Protocols in Connection with the Pending Equitable Subordination Proceeding, the Patriarch Administrative Claim, and Confirmation of the Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [Adv. Case No. 19-50390 D.I. 184; 2/15/22]

F. Statement of Defendants MBIA Inc. and MBIA Insurance Corporation in Reply to the Patriarch Stakeholders' Objection to the Debtors' Motion for an Order Establishing a Schedule and Certain Protocols in Connection with the Pending Equitable Subordination Proceeding, the Patriarch Administrative Claim, and Confirmation of the Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3083/Adv. Case No. 19-50390 D.I. 187; 2/17/22]

Status: This matter is going forward as a status conference **and for discussions on the confidential letters submitted to Chambers by MBIA, Zohar III and the Patriarch Stakeholders on March 10th and 11th with respect to Adv. Case No. 19-50390**.

| | |
|---|---|
| Dated: March 22, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ryan M. Bartley*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>       rbrady@ycst.com<br>       mnestor@ycst.com<br>       jbarry@ycst.com<br>       rbartley@ycst.com<br>       sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

29202625.1

8