# IN THE UNITED STATES DISTICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ZOHAR III, CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Bankruptcy Case No. 18-10512 (KBO)<br><br>(Jointly Administered) |
| PATRIARCH STAKEHOLDERS,[2]<br><br>Appellants,<br><br>v.<br><br>ZOHAR III, CORP., *et al.*,<br><br>Appellees. | Civil Action No. 22-mc-00119 (MN) |

## APPELLANTS' DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL PURSUANT TO RULE 8009(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United

---

[1]   Debtors are Zohar CDO 2003-1, LLC, Zohar II 2005-1, LLC and Zohar III, LLC, Delaware limited liability companies; and Zohar CDO 2003-1, Ltd. (together with Zohar CDO 2003-1, LLC, "Zohar I"), Zohar II 2005-1, Ltd. (together with Zohar II 2005-1, LLC, "Zohar II") and Zohar III, Ltd. (together with Zohar III, LLC, "Zohar III"), Cayman Islands exempted companies. Zohar I, Zohar II and Zohar III are collectively referred to as the "Zohar Funds." The last four digits of the Debtors' taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

[2]   "Patriarch Stakeholders" has the meaning defined in the parties' Settlement Agreement, D.I. 266-1, as well as any other Lynn Tilton affiliates.

1

States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Patriarch Stakeholders ("Appellants") hereby submit their designation of the record on appeal, together with all exhibits, attachments, and documents incorporated by reference therein, and statement of the issues on appeal in connection with their appeal from the *Order Granting in Part and Denying in Part the Debtors' Motion Pursuant to Local Rule 9109-5(d) (I) to Strike Certain Portions of the Patriarch Claim and Motion to Consolidate and (II) for a Protective Order Precluding Discovery and Introduction of Protected Mediation Information* [D.I. 3113] (the "Order").

## DESIGNATION OF THE RECORD ON APPEAL[3]

| Bankr. Docket No. | Date Filed | Description |
|---|---|---|
| 1 | 3/11/2018 | Chapter 11 Voluntary Petition |
| 5 | 3/12/2018 | Declaration of Lynn Tilton in Support of Chapter 11 Petitions |
| 143 | 4/5/2018 | Order Assigning Matter to Mediator |
| 222 | 4/30/2018 | [Sealed] Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, for an Order Approving and Authorizing the Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class |
| 223 | 4/30/2018 | [Redacted] Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, for an Order Approving and Authorizing the Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class |
| 224 | 4/30/2018 | Debtors' Motion for Entry of an Order Authorizing the Debtors to File Portions of the Settlement Agreement and Related Motion Under Seal |
| 248 | 5/11/2018 | Notice of Filing of Exhibit A to Settlement Agreement with Respect to Zohar III |
| 257 | 5/16/2018 | Declaration of Marc S. Kirschner in Support of Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, for an Order Approving and Authorizing the Settlement |

---

[3] Portions of the record designated for appeal were filed or admitted under seal. Contemporaneously with the filing of this designation Appellant will file a motion with the District Court pursuant to Bankruptcy Rule 8009(f) requesting that the District Court accept these portions of the record under seal.

| Bankr. Docket No. | Date Filed | Description |
|---|---|---|
| | | Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class |
| 263 | 5/17/2018 | [Redacted] Order Authorizing the Debtors to File Portions of Settlement Agreement and Related Motion Under Seal |
| 266 | 5/21/2018 | [Redacted] Order Approving and Authorizing the Settlement Agreement By and Between the Debtors, Lynn Tilton, The Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class |
| 890 | 9/3/2019 | Order Appointing Replacement Mediator |
| 1164 | 12/20/2019 | [Sealed] Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies |
| 1165 | 12/20/2019 | Motion of Lynn Tilton for Entry of an Order Authorizing Filing of Motion Under Seal (Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies) |
| 1167 | 12/20/2019 | [Sealed] Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies |
| 1168 | 12/20/2019 | [Redacted] Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies |
| 1169 | 12/20/2019 | Debtors' Motion for Entry of an Order Authorizing Filing of Motion for Order in Aid of Implementation of the Settlement Agreement Under Seal (Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies) |
| 1182 | 12/23/2019 | [Redacted] Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies |
| 1226 | 1/7/2020 | Motion of Patriarch for Entry of an Order Authorizing Filing of Objection Under Seal (Patriarch's Objection to Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies) |

| Bankr. Docket No. | Date Filed | Description |
|---|---|---|
| 1227 | 1/7/2020 | [Sealed] Patriarch's Objection to Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies |
| 1228 | 1/7/2020 | [Sealed] Preliminary Statement and Response of Zohar III Controlling Class in Response to Motions Seeking Monetization Procedures Filed by Debtors and Patriarch |
| 1229 | 1/7/2020 | [Sealed] Debtors' Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies |
| 1230 | 1/7/2020 | Debtors' Motion for Entry of an Order Authorizing Filing of Preliminary Objection Under Seal (Debtors' Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies) |
| 1231 | 1/7/2020 | Motion of Zohar III Controlling Class to Seal Statement and Response of Zohar III Controlling Class in Response to Motions Seeking Monetization Procedures Filed by Debtors and Patriarch (Preliminary Statement and Response of Zohar III Controlling Class in Response to Motions Seeking Monetization Procedures Filed by Debtors and Patriarch) |
| 1232 | 1/7/2020 | [Sealed] MBIA Insurance Corporation's Statement in Support of Debtors' Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies |
| 1233 | 1/7/2020 | Motion of MBIA Insurance Corporation for an Order to File Under Seal Its Statement in Support of Debtors' Preliminary Objection to the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies (MBIA Insurance Corporation's Statement in Support of Debtors' Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies) |
| 1234 | 1/7/2020 | Independent Director's Motion for Entry of an Order Authorizing Filing of Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies Under Seal (Independent Director's Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies) |
| 1235 | 1/7/2020 | [Redacted] Independent Director's Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies |

| Bankr. Docket No. | Date Filed | Description |
|---|---|---|
| 1236 | 1/7/2020 | [Sealed] Independent Director's Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies |
| 1250 | 1/10/2020 | [Redacted] Debtors' Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies |
| 1253 | 1/10/2020 | [Redacted] Patriarch's Objection to Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies |
| 1256 | 1/10/2020 | [Redacted] MBIA Insurance Corporation's Statement in Support of Debtors' Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies |
| 1258 | 1/10/2020 | [Redacted] Preliminary Statement and Response of Zohar III Controlling Class in Response to Motions Seeking Monetization Procedures Filed by Debtors and Patriarch |
| 1259 | 1/10/2020 | Certification of Counsel Regarding Order Authorizing Filing of Motion Under Seal |
| 1265 | 1/13/2020 | Order Authorizing Filing of Motion Under Seal |
| 1281 | 1/15/2020 | Certification of Counsel Regarding Order Authorizing Filing of Motion for Order in Aid in Implementation of the Settlement Agreement Under Seal |
| 1288 | 1/17/2020 | Order Authorizing Filing of Motion for Order in Aid of Implementation of the Settlement Agreement under Seal |
| 1305 | 1/22/2020 | Certification of Counsel Regarding Motion of MBIA Insurance Corporation for an Order to File Under Seal Its Statement in Support of Debtors' Preliminary Objection to the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies |
| 1310 | 1/23/2020 | Order Granting Motion of MBIA Insurance Corporation to File Under Seal Its Statement in Support of Debtors' Preliminary Objection to the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies |
| 1311 | 1/23/2020 | Certification of Counsel Regarding Independent Director's Motion for Entry of an Order Authorizing Filing of Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of Group A Portfolio Companies Under Seal |
| 1316 | 1/23/2020 | Certification of Counsel Regarding Order Authorizing Filing of the Debtors' Preliminary Objection to Motion of Lynn Tilton for |

| Bankr. Docket No. | Date Filed | Description |
|---|---|---|
|  |  | Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies Under Seal |
| 1318 | 1/23/2020 | Order Authorizing Filing of Independent Director's Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies Under Seal |
| 1329 | 1/24/2020 | Motion of Lynn Tilton for Entry of an Order Authorizing Filing of Reply Under Seal (Lynn Tilton's Reply in Support of Motion for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies) |
| 1330 | 1/24/2020 | [Sealed] Lynn Tilton's Reply in Support of Motion for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies |
| 1331 | 1/24/2020 | [Sealed] Debtors' and Independent Director's Reply in Support of the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies |
| 1332 | 1/24/2020 | Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certain Portions of the Debtors' Reply in Support of the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies (Debtors' and Independent Director's Reply in Support of Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies) |
| 1337 | 1/24/2020 | Certification of Counsel Regarding Motion of Zohar III Controlling Class to Seal Statement and Response of Zohar III Controlling Class in Response to Motions Seeking Monetization Procedures by Debtors and Patriarch |
| 1354 | 1/29/2020 | Supplemental Response of Zohar III Controlling Class to Motions Seeking Monetization Procedures Filed by Debtors and Patriarch |
| 1343 | 1/27/2020 | Order Authorizing Filing of the Debtors' Preliminary Objection to Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies Under Seal |
| 1345 | 1/27/2020 | Order Granting the Motion of Zohar III Controlling Class to Seal Statement and Response of Zohar III Controlling Class in Response to Motions Seeking Monetization Procedures Filed by Debtors and Patriarch |

| Bankr. Docket No. | Date Filed | Description |
|---|---|---|
| 1358 | 1/30/2020 | [Sealed] Motion in Limine – Debtors' Motion Pursuant to Local Rule 9019-5(d) (I) to Preclude Discovery and Introduction of Protected Mediation Information and (II) to Strike Certain Portions of Lynn Tilton's Monetization Motion and Objection |
| 1359 | 1/30/2020 | [Redacted] Motion in Limine – Debtors' Motion Pursuant to Local Rule 9019-5(d)(I) to Preclude Discovery and Introduction of Protected Mediation Information and (II) to Strike Certain Portions of Lynn Tilton's Monetization Motion and Objection |
| 1369 | 2/4/2020 | [Redacted] Debtors' and Independent Director's Reply in Support of the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies |
| 1372 | 2/5/2020 | [Sealed] Patriarch's Opposition to Debtors' Motion (I) to Preclude Discovery and Introduction of Protected Mediation Information and (II) to Strike Certain Portions of Lynn Tilton's Monetization Motion and Objection |
| 1376 | 2/5/2020 | Motion of Patriarch for Entry of an Order Authorizing Filing of Opposition Under Seal (Patriarch's Opposition to Debtors' Motion (I) to Preclude Discovery and Introduction of Protected Mediation Information and (II) to Strike Certain Portions of Lynn Tilton's Monetization Motion and Objection) |
| 1379 | 2/5/2020 | [Redacted] Lynn Tilton's Reply in Support of Motion for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies |
| 1389 | 2/7/2020 | Transcript of February 6, 2020 Hearing |
| 1422 | 2/18/2020 | Certification of Counsel Regarding Order Authorizing Filing of Motion Under Seal |
| 1423 | 2/18/2020 | Certification of Counsel Regarding Order Authorizing Filing of Motion Under Seal |
| 1425 | 2/18/2020 | Certification of Counsel Regarding Proposed Order Authorizing the Filing Under Seal of Certain Portions of the Debtors' and Independent Director's Reply in Support of the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies |
| 1432 | 2/18/2020 | Order Authorizing Filing of Objection Under Seal |
| 1433 | 2/18/2020 | Order Authorizing Filing of Reply Under Seal |
| 1439 | 2/19/2020 | Order Authorizing the Debtors to File Under Seal Certain Portions of the Debtors' Reply in Support of the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and |

| Bankr. Docket No. | Date Filed | Description |
|---|---|---|
| | | Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies |
| 2778 | 8/27/2021 | Order (I) Establishing Deadlines for the Filing of Proofs of Claim and Requests for Payment of Administrative Expenses, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief |
| 2836 | 10/7/2021 | [Sealed] The Patriarch Stakeholders' Amended Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process |
| 2844 | 10/12/2021 | Notice of Filing of Proposed Redacted Version of The Patriarch Stakeholders' Amended Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process |
| 2845 | 10/12/2021 | Motion of The Patriarch Stakeholders for Entry of an Order Authorizing Filing of Motion Under Seal (The Patriarch Stakeholders' Amended Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process) |
| 2846 | 10/12/2021 | [Sealed] Debtors' Objection to Patriarch Stakeholders' Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process |
| 2847 | 10/12/2021 | [Sealed] Limited Objection and Reservation of Rights of MBIA Insurance Corporation in Connection with Patriarch's Amended Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process |
| 2848 | 10/12/2021 | [Sealed] Joinder of Zohar III Controlling Class to Debtors' Objection to Patriarch Stakeholders' Amended Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process |
| 2856 | 10/14/2021 | [Sealed] The Patriarch Stakeholders' Reply in Further Support of Their Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process |
| 2861 | 10/15/2021 | Limited Objection and Reservation of Rights of MBIA Insurance Corporation in Connection with Patriarch's Amended Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process [Docket No. 2836] |
| 2862 | 10/15/2021 | Joinder of Zohar III Controlling Class to Debtors' Objection to Patriarch Stakeholders' Amended Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process |
| 2863 | 10/15/2021 | Notice of Filing of Proposed Redacted Version of The Patriarch Stakeholders' Reply in Further Support of Their Motion for |

| Bankr. Docket No. | Date Filed | Description |
|---|---|---|
| | | Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process |
| 2864 | 10/15/2021 | Motion of The Patriarch Stakeholders for Entry of an Order authorizing Filing of Reply Under Seal (The Patriarch Stakeholders' Reply in Further Support of Their Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process) |
| 2871 | 10/20/2021 | Transcript of October 19, 2021 Hearing |
| 2873 | 10/22/2021 | Certification of Counsel Regarding Motion of Patriarch Stakeholders for Entry of an Order Authorizing Filing of Motion Under Seal |
| 2874 | 10/22/2021 | Certification of Counsel Regarding Motion of the Patriarch Stakeholders for Entry for an Order Authorizing Filing of Reply Under Seal |
| 2876 | 10/25/2021 | [Sealed] Motion for Payment of Administrative Expenses/Claims |
| 2882 | 10/25/2021 | Patriarch Stakeholders' Request for Payment of Administrative Expense Claim [attachments filed under seal] |
| 3040 | 1/31/2022 | [Sealed] Debtors' Motion Pursuant to Local Rule 9019-5(d) (I) to Strike Certain Portions of the Patriarch Claim and Motion to Consolidate and (II) for a Protective Order Precluding Discovery and Introduction of Protected Mediation Information |
| 3041 | 1/31/2022 | [Sealed] Debtors' Preliminary Objection to Patriarch Stakeholders' Request for Payment of Administrative Expense Claim |
| 3042 | 1/31/2022 | Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors |
| 3070 | 2/14/2022 | [Sealed] The Patriarch Stakeholders' Objection to Debtors' Motion Pursuant to Local Rule 9019-5(d) (I) to Strike Certain Portions of the Patriarch Claim and Motion to Consolidate and (II) for a Protective Order Precluding Discovery and Introduction of Protected Mediation Information |
| 3079 | 2/17/2022 | [Sealed] Debtors' and Independent Director's Reply in Support of Motion Pursuant to Local Rule 9019-5(d) (I) to Strike Certain Portions of the Patriarch Claim and Motion to Consolidate and (II) for a Protective Order Precluding Discovery and Introduction of Protected Mediation Information |
| 3080 | 2/17/2022 | Debtors' Motion for an Order, Pursuant to Local Rule 9006-1(d), Granting Debtors Leave and Permission to File the Reply in Support of Debtors' and Independent Director's Reply in Support of Motion Pursuant to Local Rule 9109-5(d) (I) to Strike Certain Portions of the Patriarch Claim and Motion to Consolidate and (II) for a Protective Order Precluding Discovery and Introduction of Protected Mediation Information |
| 3084 | 2/17/2022 | Order, Pursuant to Local Rule 9006-1(d), Granting the Debtors' Motion for an Order, Pursuant to to Local Rule 9006-1(d), Granting |

| Bankr. Docket No. | Date Filed | Description |
|---|---|---|
| | | Debtors Leave and Permission to File the Reply in Support of Debtors' and Independent Director's Reply in Support of Motion Pursuant to Local Rule 9109-5(d) (I) to Strike Certain Portions of the Patriarch Claim and Motion to Consolidate and (II) for a Protective Order Precluding Discovery and Introduction of Protected Mediation Information |
| 3108 | 2/23/2022 | Certification of Counsel Regarding Proposed Order Granting in Part and Denying in Part the Debtors' Motion Pursuant to Local Rule 9109-5(d) (I) to Strike Certain Portions of the Patriarch Claim and Motion to Consolidate and (II) for a Protective Order Precluding Discovery and Introduction of Protected Mediation Information |
| 3110 | 2/24/2022 | Transcript of February 22, 2022 Hearing |
| 3113 | 2/24/2022 | Order Granting in Part and Denying in Part the Debtors' Motion Pursuant to Local Rule 9109-5(d) (I) to Strike Certain Portions of the Patriarch Claim and Motion to Consolidate and (II) for a Protective Order Precluding Discovery and Introduction of Protected Mediation Information |
| 3150 | 3/10/2022 | Notice of Appeal (Order Granting in Part and Denying in Part the Debtors' Motion Pursuant to Local Rule 9109-5(d) (I) to Strike Certain Portions of the Patriarch Claim and Motion to Consolidate and (II) for a Protective Order Precluding Discovery and Introduction of Protected Mediation Information) |
| 3152 | 3/10/2022 | Patriarch Stakeholders' Motion, in the Alternative, for Leave to File Interlocutory Appeal of Order Granting in Part and Denying in Part the Debtors' Motion Pursuant to Local Rule 9109-5(d) (I) to Strike Certain Portions of the Patriarch Claim and Motion to Consolidate and (II) for a Protective Order Precluding Discovery and Introduction of Protected Mediation Information |
| 3157 | 3/11/2022 | [Sealed] Amended Motion for Payment of Administrative Expenses/Claims |
| Docket | 3/11/2018 through 3/24/2022 | Docket in Bankruptcy Case No. 18-10512 (KBO) |
| TBD | TBD | Transcript of March 23, 2022 Hearing[4] |

---

[4] A copy of the transcript, not yet filed on the docket, is attached as **Exhibit A.**

## **STATEMENT OF THE ISSUES ON APPEAL**

Appellants hereby state the following as the issues on appeal pursuant to Bankruptcy Rule 8009(a)(1)(A):

1.      Did the Bankruptcy Court err in finding that Local Rule 9019-5(d) broadly precludes the disclosure of any information related to certain restructuring proposals, including but not limited to disclosure in support of the Patriarch Stakeholders' claim that the Debtors breached a court-approved Settlement Agreement where that Settlement Agreement by its terms (a) expressly limited the scope of disputes that would be subject to mediation, and (b) specifically contemplated that mediated disputes – including whether a breach of the Settlement Agreement occurred – could and would ultimately be brought before the Bankruptcy Court?

2.      Did the Bankruptcy Court err in finding that Local Rule 9019-5(d) cannot be waived and that the Debtors therefore did not waive any right to insist on mediation confidentiality when they deliberately introduced information concerning the global restructuring proposals into the public record?

3.      Did the Bankruptcy Court err in finding that it was not in the interests of justice to allow any disclosure of information concerning the global restructuring proposals for any purpose,

including but not limited to disclosure of that information in connection with a claim for breach of the Settlement Agreement in the Administrative Expense Claim?

Dated: March 24, 2022
       Wilmington, Delaware

**COUSINS LAW LLC**

By: */s/ Scott D. Cousins*

Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19803
Telephone: 302-824-7081
Facsimile: (302) 295-0331
scott.cousins@cousins-law.com

– and –

**SHER TREMONTE LLP**

Theresa Trzaskoma
(Admission Pro Hac Vice pending)
Maya Brodziak
(Admission Pro Hac Vice pending)
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com

*Counsel to Appellants*