# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) ) ) | Jointly Administered |

**SEVENTEENTH MONTHLY FEE APPLICATION OF KPMG LLP
PROVIDING TAX COMPLIANCE AND TAX CONSULTING SERVICES TO THE
DEBTORS REQUESTING ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | October 14, 2020 *Effective as of* August 6, 2020 |
| Period for which compensation and reimbursement is sought: | February 1, 2022 through February 28, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary: | $ 209,183.44  (80% of $261,479.30) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $          0.00 |

This is a: ____X____ Monthly _____ Interim _____ Final Application

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

**Previous Monthly Statements Filed:** Sixteen

| Date Filed / Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved by Court to Date Fees | Approved by Court to Date Expenses |
|---|---|---|---|---|---|
| 2/22/21 / Docket # 2264 (1st monthly) | 08/06/20 to 09/30/20 | $690,856.40 | $0.00 | $552,685.12 (100% of fees) | $0.00 |
| 3/5/21 / Docket # 2364 (2nd monthly) | 10/1/20 to 10/31/20 | $618,309.00 | $0.00 | $494,647.20 (100% of fees) | $0.00 |
| 3/15/21 / Docket # 2374 (3rd monthly) | 11/1/20 to 11/30/20 | $344,309.50 | $110.60 | $275,447.60 (100% of fees) | $110.60 |
| 4/8/21 / Docket # 2455 (4th monthly) | 12/1/20 to 1/31/21 | $626,818.60 | $0.00 | $501,454.88 (100% of fees) | $0.00 |
| 4/14/21 / Docket # 2485 (5th monthly) | 2/1/21 to 2/28/21 | $290,582.80 | $0.00 | $290,582.80 (100% of fees) | $0.00 |
| 5/10/21 / Docket # 2563 (6th monthly) | 3/1/21 to 3/31/21 | $329,802.30 | $0.00 | $329,802.30 (100% of fees) | $0.00 |
| 6/4/21 / Docket # 2600 (7th monthly) | 4/1/21 to 4/30/21 | $245,000.00 | $0.00 | $245,000.00 (100% of fees) | $0.00 |
| 7/19/21 / Docket # 2690 (8th monthly) | 5/1/21 to 5/31/21 | $216,928.10 | $0.00 | $173,542.48 (80% of fees) | $0.00 |
| 7/30/21 / Docket # 2715 (9th monthly) | 6/1/21 to 6/30/21 | $176,022.70 | $171.00 | $140,818.16 (80% of fees) | $171.00 |
| 8/30/21 / Docket # 2780 (10th monthly) | 7/1/21 to 7/31/21 | $119,673.30 | $0.00 | $95,738.64 (80% of fees) | $0.00 |
| 9/24/21 / Docket # 2820 (11th monthly) | 8/1/21 to 8/31/21 | $168,889.00 | $0.00 | $135,111.20 (80% of fees) | $0.00 |
| 11/2/21 / Docket # 2902 (12th monthly) | 9/1/21 to 9/30/21 | $295,000.00 | $0.00 | $236,000.00 (80% of fees) | $0.00 |
| 12/1/21 / Docket # 2937 (13th monthly) | 10/1/21 to 10/31/21 | $300,000.00 | $0.00 | $240,000.00 (80% of fees) | $0.00 |
| 12/29/21 / Docket # 2975 (14th monthly) | 11/1/21 to 11/30/21 | $248,000.00 | $24.83 | $198,400.00 (80% of fees) | $24.83 |
| 1/28/22 / Docket # 3025 (15th monthly) | 12/1/21 to 12/31/21 | $190,318.80 | $0.00 | $152,255.04 (80% of fees) | $0.00 |
| 2/25/22 / Docket # 3115 (16th monthly) | 1/1/22 to 1/31/22 | $224,032.70 | $0.00 | $179,226.16 (80% of fees) | $0.00 |

## ATTACHMENT B
## TO FEE APPLICATION

| Professional Person | Position & Department | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Becca Banfield | Manager - M&A Tax | 55.1 | $ 730 | $ 40,223.00 |
| Bill Kudrle | Senior Associate - M&A Tax | 12.9 | $ 533 | $ 6,875.70 |
| Casey Nunez | Managing Director - M&A Tax | 27.9 | $ 794 | $ 22,152.60 |
| Celeste Campbell | Manager - Bankruptcy | 3.4 | $ 202 | $ 686.80 |
| Connor Schummrick | Senior Associate - Tax | 12.5 | $ 338 | $ 4,225.00 |
| Dale Busacker | Senior Manager - Tax | 3.0 | $ 750 | $ 2,250.00 |
| Erik Corwin | Principal - Washington National Tax | 5.7 | $ 980 | $ 5,586.00 |
| Gordon Wilson | Senior Manager - M&A Tax | 17.1 | $ 744 | $ 12,722.40 |
| Howard Steinberg | Partner - M&A Tax | 7.7 | $ 856 | $ 6,591.20 |
| Jon Sedon | Principal - State & Local Tax | 5.5 | $ 769 | $ 4,229.50 |
| Larry Joseph | Senior Manager - State & Local Tax | 43.9 | $ 694 | $ 30,466.60 |
| Leigh Shoenberger | Senior Associate - State & Local Tax | 79.1 | $ 437 | $ 34,566.70 |
| Mark Hoffenberg | Principal - Washington National Tax | 6.6 | $ 980 | $ 6,468.00 |
| Matt Harris | Associate - State & Local Tax | 84.5 | $ 329 | $ 27,800.50 |
| Nick Norris | Manager - State & Local Tax | 45.6 | $ 601 | $ 27,405.60 |
| Sean Austin | Managing Director - Washington National Tax | 1.9 | $ 893 | $ 1,696.70 |
| Sean Black | Senior Associate - Tax | 0.7 | $ 438 | $ 306.60 |
| Shaowei Chen | Manager - Tax | 9.0 | $ 460 | $ 4,140.00 |
| Sun Lee | Partner - Tax | 7.3 | $ 620 | $ 4,526.00 |
| Tracy Stone | Principal - Washington National Tax | 2.0 | $ 843 | $ 1,686.00 |
| Wendy Shaffer | Manager - Bankruptcy | 35.6 | $ 195 | $ 6,942.00 |
| Yadi Hicken | Senior Associate - M&A Tax | 17.8 | $ 558 | $ 9,932.40 |
| **Hours and Fees at Discounted Rates** | | **484.8** | | **$ 261,479.30** |
| | | | | |
| **Total Discounted Fees** | | | | **$ 261,479.30** |
| Out of Pocket Expenses | | | | $ - |
| **Total Requested Fees & Out of Pocket Expenses** | | | | **$ 261,479.30** |
| Less Holdback Adjustment (20%) | | | | $ (52,295.86) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$ 209,183.44** |
| | | | | |
| **Blended Rate** | | $ 539.35 | | |

3

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours Billed | Total Fees Requested |
|---|---:|---:|
| Tax Consulting Services | 417.3 | $ 240,718.50 |
| Tax Compliance Services | 0.0 | $ - |
| Retention Services | 0.0 | $ - |
| Fee Application Preparation Services | 38.7 | $ 7,869.80 |
| Tax Compliance Services - Amended 1120-F | 0.0 | $ - |
| Tax Compliance Services - Amended 1120 | 28.8 | $ 12,891.00 |
| | **484.8** | **$ 261,479.30** |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Airfare | $ - |
| Lodging | $ - |
| Meals | $ - |
| Ground Transportation | $ - |
| Miscellaneous | $ - |
| **Total** | **$ -** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*, | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SEVENTEENTH MONTHLY FEE APPLICATION OF KPMG LLP
PROVIDING TAX COMPLIANCE AND TAX CONSULTING SERVICES TO THE
DEBTORS REQUESTING ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

KPMG LLP, ("KPMG")[2], as tax compliance and tax consulting service providers to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), files this Seventeenth Monthly Fee Application (the "Application"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy Practice and Procedure (the "Local Rules") of the United States Bankruptcy Court for the District of Delaware (the "Court") and this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated June 8, 2018 (the "Interim Compensation Order") [Docket No. 293]. By this Application, KPMG seeks the allowance of compensation for professional services performed and actual and necessary expenses incurred by KPMG for the period from February 1, 2022, through and including

---

[2] Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application.

5

February 28, 2022 (the "Compensation Period"), in the amount of $261,479.30 and respectfully represents:

**Background**

1.  On March 11, 2018 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.  On September 23, 2020 the Debtors filed a *Debtors' Application for an Order Authorizing the Debtors to Retain KPMG LLP to Provide Tax Compliance and Tax Consulting Services* to the Debtors and Debtors-in-Possession effective as of August 6, 2020 (the "Retention Application") [D.I. 1958] and in support of the Retention Application, the Debtors submitted the Declaration of Howard Steinberg (the "Steinberg Declaration").

3.  By this Court's Order, dated October 14, 2020 [D.I. 2017] (the "Retention Order"), the Debtors were authorized to retain KPMG LLP to provide tax compliance and tax consulting services effective as of August 6, 2020. The Retention Order authorizes the Debtors to compensate KPMG in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court.

4.  On November 25, 2020 a *Debtors' Motion for an Order Authorizing KPMG LLP to Provide Additional Tax Compliance Services to the Debtors* [D.I. 2141] was filed. The objection period related to this motion passed on December 9, 2020 and on December 14, 2020 an *Order* Authorizing KPMG LLP to Provide Additional Tax Compliance Services was filed [D.I. 2172].

5. On March 18, 2021 a *Debtors' Motion for an Order Authorizing KPMG LLP to Provide Additional Tax Compliance Services to the Debtors* [D.I. 2384] was filed. The objection period related to this motion passed on April 1, 2021 and on April 5, 2021 *an Order Authorizing KPMG LLP to Provide Additional Tax Compliance Services* was filed [D.I. 2438].

## Jurisdiction and Venue

6. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

7. The statutory and legal predicates for the relief sought herein are sections 105(a), 327(a), 328(a), and 363 of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule.

## Summary of Application

8. During the Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates and not on behalf of any committee, creditor or other person. By this Application, KPMG requests allowance of monthly compensation of professional fees totaling $261,479.30, and payable in accordance with the Interim Compensation Order at eighty percent (80%) of fees or $209,183.44 and reimbursement of one hundred percent (100%) of necessary and actual out-of-pocket expenses in the amount of $0.00.

## Summary of Services Rendered During the Compensation Period

9. This Application is KPMG's Seventeenth Monthly Fee Application for compensation and expense reimbursement filed in these chapter 11 cases, as referenced in

Attachment B. During the Compensation Period, KPMG provided significant professional services to the Debtors in furtherance of their chapter 11 process.

10. Set forth below is a summary of the significant professional services that KPMG rendered to the Debtors during the Compensation Period and annexed hereto as Exhibit A is a chart depicting KPMG professionals who rendered these services.

**Tax Consulting Services**

KPMG provided tax consulting services in connection with the tax implications to the Debtors of one or more potential transactions, refinancings, recapitalizations, and/or restructurings involving the Company and/or certain of the Company's indebtedness (the "Restructuring") including:

a. Analysis of current and historical tax positions and structures of the Debtors and entities controlled (either through equity investment or debt holdings) by the Debtors (the "Portfolio Companies");
b. Analysis of the tax implications of any proposed dispositions of the Portfolio Companies or other assets of the Debtors and proposal of structuring alternatives;
c. Analysis of tax attributes including net operating losses, tax basis in assets, and tax basis in stock of the Portfolio Companies and/or other subsidiaries;
d. Analysis of the tax implications of any debt modifications, cancellation of indebtedness income, ownership changes, and impact on tax attributes of the Restructuring or other transactions;
e. Analysis of the tax implications of any internal reorganizations and proposal of restructuring alternatives;
f. Historical and future cash tax modeling;
g. Analysis of the tax accounting methods related to debt instruments, market discounts, original issue discount, withholding tax, accrual of interest income and expense as well as tax accounting method changes where applicable; and
h. Analysis of potential bad debt and worthless stock deductions.

**Fee Statement and Fee Application Preparation**

a. The billing procedures required by the US Trustee Guidelines differ from KPMG's normal billing procedures and as such, the Local Rules and the Interim Compensation Order entered in these cases required effort to inform the timekeepers of their responsibilities, compile the detailed time and expenses entries, and to begin preparation of the detailed and summary schedules of fees incurred.

**Tax Compliance Services - Amended 1120**

      a.    Preparation of the 2018 and 2019 amended tax returns for Zohar I, Zohar II and Zohar III; and

      b.    Subsequent revisions to the 2018 and 2019 amended tax returns per client comments received.

11.    During the Compensation Period, KPMG billed the Debtors for time expended by professionals based on hourly rates ranging from $195 to $980 per hour. The rates reflected in this Application represent a discount of from 38% to 50% from KPMG's standard rates. Of the aggregate time expended, 34.8 hours were expended by partners and principals, 29.8 hours were expended by and managing directors, 64.0 hours were expended by senior managers, 148.7 hours were expended by managers, 123.0 hours were expended by senior associates, and 84.5 hours were expended by associates. KPMG's blended hourly rate for fees services provided during the Compensation Period is $539.35.

12.    In addition to Attachment B, a summary of the hours and fees incurred by professional and category is annexed hereto as Exhibit A and Exhibit B, respectively, and described in detail in the time records annexed hereto as Exhibits C1 – C6. KPMG maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with these chapter 11 cases and such records are maintained in the ordinary course of business.

13.    KPMG charges its fees in these cases in accordance with the terms set forth in the Retention Application and the corresponding Steinberg Declaration. The fees applied for herein are based on the usual and customary fees KPMG charges to tax clients and are commensurate with the usual and customary rates charged for services performed.

14.    KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtors in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at

the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in these chapter 11 cases.

15. The time and labor expended by KPMG during the Compensation Period has been commensurate with the size and complexity of these cases. In rendering these services, KPMG has made every effort to maximize the benefit to the Debtors' estates, to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

16. During the Compensation Period, KPMG provided a focused range of professional services as requested by the Debtors. KPMG respectfully submits that these services: (a) were necessary and beneficial to the administration of these cases; and (b) have been provided in a cost-efficient manner.

17. Except as provided in section 504(b) of the Bankruptcy Code, KPMG has not shared, or agreed to share, any compensation received as a result of these cases with any person, firm or entity. Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person or entity.

**Summary of Actual and Necessary Expenses During the Compensation Period**

18. As set forth on Exhibit D and D1, KPMG is not seeking reimbursement of actual and necessary expenses incurred by KPMG during the Compensation Period.

**Reservation**

To the extent that time for services rendered or disbursements incurred relate to the Compensation Period, but were not processed prior to the preparation of this Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application. Furthermore, KPMG reserves the right to seek final approval of the fees and expenses requested herein.

**Conclusion**

WHEREFORE, subject to the terms of the Interim Compensation Order, KPMG respectfully requests that the Court enter an order approving and allowing monthly compensation of professional fees totaling $261,479.30, and payable in accordance with the Interim Compensation Order at eighty percent (80%) of fees in the amount of $209,183.44 and reimbursement of one hundred percent (100%) of necessary and actual out-of-pocket expenses in the amount of $0.00 and granting KPMG such other and further relief as is just and proper.

Dated: March 25, 2022

                                                Respectfully submitted

                                                /s/ *Howard Steinberg*
                                                Howard Steinberg
                                                Partner, KPMG LLP
                                                560 Lexington Avenue
                                                New York, NY 10022

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

**DECLARATION PURSUANT TO RULE 2016-2 OF THE**
**LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE**
**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

I, Howard Steinberg, being duly sworn, deposes and says:

1. I am a Partner of KPMG LLP ("KPMG"), a professional services firm.

2. On October 14, 2020, the Court approved KPMG's retention to provide tax compliance and tax consulting services to the above-captioned debtors and debtors-in-possession (the "Debtors"). I submit this Declaration in conjunction with KPMG's seventeenth monthly fee application (the "Application") dated March 24, 2022 for allowance of compensation for services rendered and expenses incurred for the period from February 1, 2022, through February 28, 2022.

3. I have personally performed some of the services rendered by KPMG to the Debtors and am thoroughly familiar with the work performed on behalf of the Debtors by the professionals of KPMG.

4. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Delaware, and submit that the Application substantially complies with such Rule.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March 2022.

/s/ Howard Steinberg
Howard Steinberg
Partner, KPMG LLP
1350 Avenue of the Americas
New York, New York 10019