IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 30, 2022 AT 2:00 P.M. (ET)**

**THIS HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM
AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
COURTCALL WILL NOT BE USED TO DIAL IN.**

**Please use the following link to register for this hearing:**
https://debuscourts.zoomgov.com/meeting/register/vJItc-ytqz4uGmm4l00LPik1FRA1_5Uklf8

**AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A
CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

**MATTER GOING FORWARD**

1. Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief [D.I. 3130; 3/2/22]

   Related Documents:

   A. Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3042; 1/31/22]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] **This agenda is amended to solely update the embedded hyperlink for the Zoom registration.**

29221299.1

B.     Disclosure Statement for Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors Dated January 31, 2022 [D.I. 3048; 2/3/22]

C.     Notice of Hearing to Consider Approval of Disclosure Statement [D.I. 3055; 2/7/22]

D.     First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3182; 3/21/22]

E.     Notice of Filing of Blackline of First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3183; 3/21/22]

F.     Disclosure Statement for First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3185; 3/21/22]

G.     Notice of Filing of Blackline of Disclosure Statement for First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3186; 3/21/22]

H.     Notice of Filing of Resvied Proposed Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief [D.I. 3187; 3/21/22]

I.     Disclosure Statement for First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3195; 3/23/22]

J.     Notice of Filing of Blackline of Disclosure Statement for First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3196; 3/23/22]

<u>Response Deadline</u>:     March 16, 2022 at 4:00 p.m. (ET); Extended to March 18, 2022 for U.S. Bank National Association, in Its Capacity as Indenture Trustee

<u>Responses Received</u>:

K.     Patriarch Stakeholders' Limited Objection to Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation

        Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief [D.I. 3138; 3/2/22]

L.      Response and Reservation of Rights of U.S. Bank National Association, in Its Capacity as Indenture Trustee, to the Proposed Disclosure Statement for Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors Dated January 31, 2022 [D.I. 3171; 3/18/22]

M.     Informal response from Ankura Trust

N.     Informal response from the U.S. Trustee

Status:    At the hearing on March 23, 2022, the Court conditionally approved the Motion and the Debtors' Disclosure Statement pending its recently-issued ruling regarding Patriarch's equitable subordination complaint. This matter is going forward as it pertains to the Debtors' proposed timeline for solicitation and confirmation of the Plan.

Dated: March 28, 2022  
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Shane M. Reil*  
James L. Patton, Jr. (No. 2202)  
Robert S. Brady (No. 2847)  
Michael R. Nestor (No. 3526)  
Joseph M. Barry (No. 4221)  
Ryan M. Bartley (No. 4985)  
Shane M. Reil (No. 6195)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  
Email: jpatton@ycst.com  
       rbrady@ycst.com  
       mnestor@ycst.com  
       jbarry@ycst.com  
       rbartley@ycst.com  
       sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*