---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on March 25, 2022, I caused a copy of the foregoing document, *Monthly Application for Compensation (Seventeenth) of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the period February 1, 2022 to February 28,* [Docket No. 3209], to be served upon the below counsel in the manner indicated below:

Michael Katzenstein
FTI Consulting, Inc.
3 Times Square
New York, NY 10036
mike.katzenstein@fticonsulting.com
(Debtors)
***Email***

Norman L. Pernick, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
(Patriarch Entities)
***Email***

Robert Klyman, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
rklyman@gibsondunn.com
(Patriarch Entities)
***Email***

Gregory M. Petrick, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
gregory.petrick@cwt.com
***Email***

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29224139.1

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-87055
ljones@pszjlaw.com
tcairns@pszjlaw.com
(MBIA Insurance Company)
*Email*

Matthew P. Ward, Esq.
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
matthew.ward@wbd-us.com
(Certain Holders of Notes Issued by Zohar III, Limited)
*Email*

Juliet M. Sarkessian, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #15
Wilmington, DE 19801
juliet.m.sarkessian@usdoj.gov
(U.S. Trustee)
*Email*

Juliet M. Sarkessian, Esq.
211 East Meade Street
Philadelphia, PA 19118
(U.S. Trustee)
*First Class Mail*

Brian J. Lohan, Esq.
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
brian.lohan@arnoldporter.com
(Certain Holders of Notes Issued by Zohar III, Limited)
*Email*

John W. Weiss
Pashman Stein Walder Hayden, P.C.
Bell Works
101 Crawfords Corner Road, Suite 402
Holmdel, NJ 07733
jweiss@pashmanstein.com
(U.S. Bank National Assocation)
*Email*

W. Joseph Dryer, Esq.
Don Oliver, Esq.
Direct Fee Review LLC
1000 North West Street, Suite 1200
Wilmington, DE 19801
dfr.wjd@gmail.com
dfr.dfo@gmail.com
(Fee Examiner)
*Email*

Theresa Trzaskoma, Esq.
Michael Tremonte, Esq.
Jennifer X. Luo, Esquire
Alexandra G. Elenowitz-Hess, Esq.
Vikram Shah, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
TTrzaskoma@shertremonte.com
mtremonte@shertremonte.com
jluo@shertremonte.com
ahess@shertremonte.com
vshah@shertremonte.com
(Patriarch Entities)
*Email*

29224139.1

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ *Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

29224139.1