IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) ) | Jointly Administered |
|  |  | Objection Deadline: April 19, 2022 at 4:00 p.m. (ET) |

**STAFFING AND COMPENSATION REPORT OF FTI CONSULTING, INC. FOR THE PERIOD OF FEBRUARY 1, 2022 THROUGH AND INCLUDING FEBRAURY 28, 2022**

Exhibit A – Summary of Compensation and Expenses

Exhibit B – Summary of Professionals and Fees

Exhibit C – Summary of Hours by Task

Exhibit D – Detail of Time Entries

Exhibit E – Summary of Expenses

Exhibit F – Itemized Expenses

Dated:  March 30, 2022             */s/ Michael Katzenstein*
                                   Michael Katzenstein
                                   Senior Managing Director
                                   FTI Consulting, Inc.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29227658.1