IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) ) | Jointly Administered |
|  | ) | **Objection Deadline: April 19, 2022 at 4:00 p.m. (ET)** |

### NOTICE OF FILING OF STAFFING AND COMPENSATION REPORT OF FTI CONSULTING, INC. FOR THE PERIOD OF FEBRUARY 1, 2022 THROUGH AND INCLUDING FEBRUARY 28, 2022

**PLEASE TAKE NOTICE** that, in accordance with that certain *Order Authorizing and Approving,* Nunc Pro Tunc *to May 21, 2018, the Agreement With FTI Consulting, Inc. to Provide (i) Michael Katzenstein as the Debtors' Chief Restructuring Officer, (ii) Hourly Temporary Staff, and (ii) Services Related Thereto*, entered on June 11, 2018 (the "Retention Order"), FTI Consulting, Inc. ("FTI") has filed its staffing and compensation report for the period of February 1, 2022 through and including February 28, 2022 (the "Staffing and Compensation Report") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Staffing and Compensation Report (each, an "Objection") must be made in accordance with the Retention Order and must be filed and served upon the undersigned counsel so as to be received on or before April 19, 2022 at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29227658.1

**PLEASE TAKE FURTHER NOTICE** that in the event an Objection is raised and not consensually resolved between the Debtors, FTI, and the objecting party, all compensation reported in this Staffing and Compensation Report shall be subject to review by the Court.

**PLEASE TAKE FURTHER NOTICE** that, subject to any Objections as set forth above and in the Retention Order, the Debtors are authorized, but not directed, to pay, in the ordinary course of business, all amounts invoiced by FTI for fees and expenses incurred in connection with FTI's retention.

| | |
|---|---|
| Dated: March 30, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>          rbrady@ycst.com<br>          mnestor@ycst.com<br>          jbarry@ycst.com<br>          rbartley@ycst.com<br>          tpakrouh@ycst.com<br>          sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

29227658.1

2