

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Ryan M. Bartley**
P 302.571.5007
F 302.576.3464
rbartley@ycst.com

March 31, 2022

The Honorable Karen B. Owens
United States Bankruptcy Court
District of Delaware
824 North Market Street
6th Floor, Courtroom 3
Wilmington, DE 19801

Re:     *In re: Zohar III Corp.*, Ch. 11 Case No. 18-10512 (KBO)
          Request Related to Dispute under Paragraph 18 of Monetization Order

To the Honorable Karen B. Owens:

The Zohar Funds write pursuant to Paragraph 18 of the Court's *Amended Order Establishing Certain Guidelines and Milestones in furtherance of the Monetization Process for the Group A and Group B Portfolio Companies* [Docket No. 1751] (the "**Monetization Order**").

On March 30, 2022, MD Helicopters, Inc. and its subsidiary (together "**MD Helicopters**") filed for chapter 11 protection in this Court.  The Zohar Funds are lenders to MD Helicopters under a prepetition, senior-secured term loan facility (the loans thereunder the "**Prepetition Term Loans**"), holding approximately 93% of the Prepetition Term Loan obligations, and hold junior-secured subordinated notes (the "**Sub Notes**").  Entities controlled or affiliated with Lynn Tilton (the "**Ark Lenders**") hold the remaining approximately 7% of the Prepetition Term Loans obligations and the other Sub Notes.

As a result of certain adverse developments at MD Helicopters, and the fact that $387 million of funded debt matured long-ago without any prospect of repayment, the Zohar Funds sought and obtained the *Order (I) Authorizing the Debtors to Enter Into One or More Potential Transactions Relating to Company G and (II) Granting Related Relief* [Docket No. 2852] (the "**MD Pre-Transaction Order**").  The MD Pre-Transaction Order authorized the Zohar Funds to, among other things, prepare for and propose a credit bid transaction for MD Helicopters, subject to a further order of this Court ultimately authorizing the consummation of that transaction.

The Zohar Funds proceeded in accordance with the MD Pre-Transaction Order to participate in MD Helicopters' sale process.  The Zohar Funds did so in concert with the largest senior creditors at Zohar I/Zohar II (MBIA Insurance Corp.) and Zohar III (funds managed by Bardin Hill Investment Partners and funds managed by MB Global) (the "**Creditor**

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600    F  302.571.1253    YoungConaway.com

Young Conaway Stargatt & Taylor, LLP
March 31, 2022
Page 2

**Consortium**").  With the Creditor Consortium, the Zohar Funds submitted an indicative bid that valued MD Helicopters at a purchase price of $210 million, which would be inclusive of additional, new-money financing that MD Helicopters would need to get to the closing of a sale transaction (which became the "**DIP Facility**").  The purchase price would be paid through assumption of the DIP Facility and a credit bid of the Prepetition Term Loans for the balance of the purchase price.

In accordance with the Monetization Order, the MD Helicopters sale process was overseen by its independent director, Alan Carr.[1]  During the sale process, MD Helicopters advised the Zohar Funds that their bid was the best actionable bid available at that time, but indicated that it would continue to negotiate with another potential purchaser.  It is the Zohar Funds' understanding that the other purchaser never materialized with an actionable bid.

On March 30, 2022, an entity created by the Zohar Funds in accordance with the MD Pre-Transaction Order, MDH Holdco LLC (the "**Buyer**"), entered into an asset purchase agreement ("**APA**") to acquire substantially all of the assets of MD Helicopters free and clear of all liens, claims and encumbrances.  The purchase price under the APA consists of (i) a credit bid of Prepetition Term Loans of $150 million (the "**Prepetition TL Credit Bid**"), (ii) a credit bid of the DIP Facility, (iii) the assumption of specified liabilities, and (iv) cash to be retained by MD Helicopters in an amount to be agreed.  If the DIP Facility is not fully drawn, the credit bid portion of the Prepetition Term Loans could be increased by the amount not-so-drawn (on a dollar-for-dollar basis) up to a total credit bid of Prepetition Term Loans of $180 million.  Buyer also reserved the right to further increase the Prepetition TL Credit Bid.

While the Zohar Funds were negotiating the terms of their bid, the Zohar Funds approached the Ark Lenders with a series of proposals concerning the treatment of the Prepetition Term Loans and the Ark Lenders' recovery in an MD Helicopters sale transaction, which were rejected.[2]  Each of these proposals provided the Ark Lenders with the ratable value of their interests in MD Helicopters in light of the results of the sale process run by MD Helicopters, its independent director and its investment banker.  In sum, the treatment currently proposed to the Ark Lenders is that (i) they would contribute a ratable amount of their Prepetition Term Loans to the Prepetition TL Credit Bid, and (ii) they would receive a cash payment, at the closing of the sale to Buyer, equal to the amount of Prepetition Term Loans held by the Ark Lenders included in the credit bid.[3]

---

[1] MD Helicopters has detailed its sale efforts in the first day declaration, sale motion and a declaration in support of its sale motion filed in its chapter 11 case. See In re MD Helicopters, Inc., Case No 22-10263 (KBO), Docket Nos. 19, 28 & 30.

[2] The Ark Lenders have recently filed a pleading in the MD Helicopters chapter 11 cases objecting to the sale transaction.  *See* In re MD Helicopters, Inc., Case No 22-10263 (KBO), Docket No. 55.

[3] The Zohar Funds, in turn, would receive equity in Buyer on account of their Prepetition Term Loans contributed to the Prepetition TL Credit Bid.  To be clear, the Ark Lenders would not be receiving equity in the Buyer—they will receive cash.  The Zohar Funds would distribute the equity in Buyer to their noteholders in exchange for a ratable reduction of their noteholder claims

Young Conaway Stargatt & Taylor, LLP
March 31, 2022
Page 3

As an example, if the amount of the Prepetition TL Credit Bid is $150 million:

➢ The Ark Lenders would contribute $10,525,500 of Prepetition Term Loans.
➢ The Zohar Funds would contribute $139,474,500 of Prepetition Term Loans.
➢ The Ark Lenders would receive a cash payment of $10,525,500.
➢ The Zohar Funds would receive equity in the Buyer valued at $139,474,500.

And if the Prepetition TL Credit Bid is increased to $180 million:

➢ The Ark Lenders would contribute $12,630,600 of Prepetition Term Loans.
➢ The Zohar Funds would contribute $167,369,400 of Prepetition Term Loans.
➢ The Ark Lenders would receive a cash payment of $12,630,600.
➢ The Zohar Funds would receive equity in the Buyer valued at $167,369,400.

In each of these scenarios, the Zohar Funds and Ark Lenders would retain any remaining claims related to the remaining outstanding Prepetition Term Loans and to the Sub Notes, as well as any non-debt unsecured claims that they have against MD Helicopters. The outcome of this sale transaction is, in fact, the exact treatment that was provided for in prior assets sales approved in these cases, such as Snelling Staffing and Global Automotive Systems (a transaction that the Ark Lenders and their affiliates actively supported).

The treatment proposed above provides the Ark Lenders with the same value that the Zohar Funds will be realizing for their Prepetition Term Loans, as required by the settlement agreement approved by this Court, and achieves the same the result as if the Zohar Funds directed the exercise of remedies under the applicable credit agreement. The Ark Lenders are not entitled to, and could not receive anything more, and the Zohar Funds are prepared to demonstrate that to the Court.

While the Zohar Funds continue to work toward the proposed credit bid sale that preserves the going-concern value of MD, it is likely that the Court will need to schedule a contested hearing to resolve this dispute arising under the monetization process and settlement agreement in the Zohar Funds' chapter 11 cases. Accordingly, the Zohar Funds request a status and scheduling conference to discuss how the parties should present this dispute to the Court in the Zohar Funds' chapter 11 cases. We will be prepared to discuss any questions the Court has at the conference scheduled for April 1, 2022 at 10:00 am.

Respectfully submitted,

*/s/ Ryan M. Bartley*

Ryan M. Bartley

---

based on the amount of the Prepetition Term Loans contributed by Zohar II and Zohar III to the Prepetition TL Credit Bid. Consistent with the settlement agreement, the recovery on the Prepetition Term Loans contributed by Zohar I would be paid to MBIA.