**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Zohar III, Corp., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Robert Maxwell ("Max") Tanner, Esquire of Sher Tremonte LLP to represent Lynn Tilton, Patriarch Stakeholders, Patriarch Partners, LLC, Patriarch Partners VIII, LLC; Patriarch Partners XIV, LLC; Patriarch Partners XV, LLC; Octaluna, LLC; Octaluna II, LLC; and Octaluna III, LLC in the above-referenced cases.

Dated: April 4, 2022              */s/ G. David Dean*
                                               G. David Dean (No. 6403)
                                               COLE SCHOTZ P.C.
                                               500 Delaware Avenue, Suite 1410
                                               Wilmington, DE 19801
                                               Telephone: (302) 652-3131
                                               ddean@coleschotz.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: April 4, 2022              */s/ Max Tanner*
                                               Max Tanner, Esquire
                                               SHER TREMONTE LLP
                                               90 Broad Street, 23rd Floor
                                               New York, NY 10004
                                               Telephone: (212) 202-2600
                                               mtanner@shertremonte.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.