# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ZOHAR III, CORP., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |

### NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Evelyn J. Meltzer, Esquire, Todd A. Feinsmith, Esquire, and James D. Rosener, Esquire, of Troutman Pepper Hamilton Sanders, LLP, hereby withdraw their appearance on behalf of RM Technologies, Inc. and request that no further documents be served upon them in the above-captioned bankruptcy cases.

Dated: April 4, 2022

Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Evelyn J. Meltzer*
    Evelyn J. Meltzer (DE 4581)
    Hercules Plaza, Suite 5100
    1313 Market Street, P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone: (302) 777-6500
    Facsimile: (302) 421-8390
    E-mail: evelyn.meltzer@troutman.com

    - and -

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

#125145479 v1

Todd A. Feinsmith
19th Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
Telephone: (617) 204-5145
Facsimile:  (800) 507-0866
E-mail: todd.feinsmith@troutman.com

- and –

James D. Rosener
The New York Times Building
37th Floor
620 Eighth Avenue
New York. NY 10018-1405
Telephone: (212) 808-2717
Facsimile:  (212) 286-9806
E-mail: james.rosener@troutman.com

*Attorneys for RM Technologies, Inc.*

#125145479 v1