## CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on the 4th day of April, 2022, I caused the foregoing *Notice of Withdrawal of Notice of Appearance and Request for Notices and Papers* to be served upon the following parties in the manner indicated; and all ECF participants registered in these cases were served electronically on the date of filing through the Court's ECF system at their respective email addresses registered with the Court.

**VIA FIRST CLASS MAIL**
James L. Patton, Jr.
Robert S. Brady
Michael R. Nestor
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
*Counsel for the Debtors*

**VIA FIRST CLASS MAIL**
Matthew B. Harvey
Morris Nichols Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*Counsel for the Debtors*

**VIA FIRST CLASS MAIL**
Ryan Blaine Bennett
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
*Counsel for the Debtors*

**VIA FIRST CLASS MAIL**
Christopher J. Marcus
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
*Counsel for the Debtors*

**VIA FIRST CLASS MAIL**
Juliet M. Sarkessian
Brya Michele Keilson
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19899-0035

Dated: April 4, 2022
Wilmington, Delaware

/s/ *Evelyn J. Meltzer*
Evelyn J. Meltzer (DE 4581)

#125145479 v1