**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | **Ref. Docket Nos. 3130 & 3187** |

**NOTICE OF FILING OF *FURTHER REVISED PROPOSED* ORDER (I) APPROVING THE DISCLOSURE STATEMENT; (II) APPROVING SOLICITATION AND VOTING PROCEDURES, INCLUDING (A) FIXING THE RECORD DATE, (B) APPROVING THE SOLICITATION PACKAGES AND PROCEDURES FOR DISTRIBUTION, (C) APPROVING THE FORM OF BALLOTS AND ESTABLISHING PROCEDURES FOR VOTING, AND (D) APPROVING PROCEDURES FOR VOTE TABULATION; (III) SCHEDULING A CONFIRMATION HEARING AND ESTABLISHING NOTICE AND OBJECTION PROCEDURES; AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on March 2, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief* [Docket No. 3130] (the "Motion"). A proposed form of order granting the relief requested in the Motion was attached thereto as Exhibit A (the "Proposed Order").

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29192885.3

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the Motion was March 16, 2022 at 4:00 p.m. (ET) (the "Objection Deadline").[2] Prior to the Objection Deadline, the Debtors received informal comments to the Motion from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), the Patriarch Stakeholders filed the *Patriarch Stakeholders' Limited Objection to Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief* [Docket No. 3138], and U.S. Bank National Association in Its Capacity as Indenture Trustee ("U.S. Bank") filed the *Response and Reservation of Rights of U.S. Bank National Association, In Its Capacity as Indenture Trustee, to Proposed Disclosure Statement for the Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and its Affiliated Debtors Dated January 31, 2022* [Docket No. 3171].

**PLEASE TAKE FURTHER NOTICE** on March 21, 2022, the Debtors filed the *Notice of Filing of Revised Proposed Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief* [Docket No. 3187] (the "Revised Proposed Order") to make certain revisions to the Proposed Order, in part to address issues raised by the responding parties

---

[2] The Objection Deadline was extended to March 18, 2022 for U.S. Bank.

**PLEASE TAKE FURTHER NOTICE** that, on March 23, 2022, a hearing was held to consider, among other things, approval of the Motion. At the hearing, the Court conditionally approved the Motion, subject to certain revisions being made to the Revised Proposed Order and the resolution of certain issues that could impact the Debtors' proposed confirmation timeline.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have made certain revisions to the Revised Proposed Order (as revised, the "Further Revised Proposed Order"), including those directed by the Court at the May 23, 2022 hearing. A blackline comparing the Further Revised Proposed Order to the Revised Proposed Order is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek entry of the Further Revised Proposed Order at the hearing on the Motion (the "Hearing") currently scheduled to occur on **April 6, 2022 at 9:00 a.m. (ET)**. The Debtors reserve all rights to modify the Further Revised Proposed Order at or prior to the Hearing.

| | |
|---|---|
| Dated: April 5, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Emails: jpatton@ycst.com<br>          rbrady@ycst.com<br>          mnestor@ycst.com<br>          jbarry@ycst.com<br>          rbartley@ycst.com<br>          sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |