# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
|  | **Ref Docket Nos. 3042, 3182 & 3233** |

### NOTICE OF FILING OF BLACKLINE OF SECOND AMENDED JOINT PLAN OF LIQUIDAITON UNDER CHAPTER 11 OF THE BANKRUPTCY CODE FOR ZOHAR III, CORP. AND ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE** that on January 31, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors* [Docket No. 3042] (including all exhibits thereto, the "Initial Plan").

**PLEASE TAKE FURTHER NOTICE** that on March 21, 2022, the Debtors filed the *First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors* [Docket No. 3182] (the "First Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that on April 6, 2022, the Debtors filed the *Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors* [Docket No. 3233] (including all exhibits thereto, the "Second Amended Plan"). For ease of reference, attached hereto as **Exhibit 1** is a copy of the Second Amended Plan marked against the First Amended Plan (the "Blackline").

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, NY 10036.

| | |
|---|---|
| Dated: April 6, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Shane M. Reil<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>　　　　rbrady@ycst.com<br>　　　　mnestor@ycst.com<br>　　　　jbarry@ycst.com<br>　　　　rbartley@ycst.com<br>　　　　sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |