**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| Patriarch Stakeholders,[2] | ) | Civil Action No. 22-mc-00119 (MN) |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Zohar III, Corp., *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |

**DEBTORS-APPELLEES' DESIGNATION OF ADDITIONAL ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL**

Zohar III, Corp. and its above-captioned debtors and debtors in possession (the "Debtors"

or "Appellees"), pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, hereby

submit this Designation of Additional Items to Be Included in the Record on Appeal in connection

with *Appellants' Designation of Record and Statement of Issues on Appeal Pursuant to Rule*

*8009(a) of the Federal Rules of Bankruptcy Procedure* [Docket No. 2].

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] "Patriarch Stakeholders" has the meaning defined in the parties' Settlement Agreement [Bankr. Docket No. 266-1], as well as any other Lynn Tilton affiliates.

Docket No. 7
4/7/22

## DESIGNATION OF ADDITIONAL ITEMS

| Date Filed | Bankruptcy Case Docket No. | Description |
|---|---|---|
| 05/22/2018 | 270 | Transcript of May 21, 2018 Hearing |
| 08/13/2019 | 847 | Mediator's Report |
| 08/22/2019 | 863 | Mediator's Report |
| 10/17/2019 | N/A | Declaration of Richard W. Morgner in Support of the Debtors' Expedited Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, and (V) Modifying the Automatic Stay, *In re Dura Automotive Systems, LLC*, Case No. 19-12378 (KBO) [Dura Bankr. Docket No. 37][3] |
| 10/28/2019 | N/A | Transcript of October 23, 2019 Hearing in *In re Dura Automotive Systems, LLC*, Case No. 19-12378 (KBO) [Dura Bankr. Docket No. 198] |
| 10/05/2021 | 2834 | [WITHDRAWN] The Patriarch Stakeholders' Motion for Authorization to Disclose Information Related to the Settlement Agreement and Monetization Process |
| 01/04/2022 | 2981 | [WITHDRAWN] Motion to Consolidate Patriarch Stakeholders' Administrative Expense Claim with the Debtors' Adversary Proceeding |
| 01/11/2022 | 2993 | Debtors' Objection to Motion to Consolidate Patriarch Stakeholders' Administrative Expense Claim with the Debtors' Adversary Proceeding |
| 01/13/2022 | 3002 | [WITHDRAWN] Reply in Further Support of Motion to Consolidate Patriarch Stakeholders' Administrative Expense Claim with the Debtors' Adversary Proceeding |

---

[3] The Dura Automotive bankruptcy cases were originally filed in the United States Bankruptcy Court for the Middle District of Tennessee but were subsequently transferred to the United States Bankruptcy Court for the District of Delaware.

Dated: April 7, 2022
    Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ryan M. Bartley*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors-Appellees*

29241648.1