# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| LYNN TILTON, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, OCTALUNA, LLC; OCTALUNA II, LLC, AND OCTALUNA III, LLC, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 19-50390 |
| MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE MASTER FUND LP, BARDIN HILL EVENT-DRIVEN MASTER FUND LP, PRAETOR FUND I, A SUB FUND OF PRAETORIUM FUND I ICAV, HIRTLE CALLAGHAN TOTAL RETURN | |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29272038.1

| |
|---|
| OFFSHORE FUND LIMITED, HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND II LIMITED, HIRTLE CALLAGHAN TRADING PARTNERS, L.P., AND THIRD SERIES OF HDML FUND I LLC, |
| Defendants. |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 13, 2022 AT 10:00 A.M. (ET)**

> **THIS HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM
> AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
> COURTCALL WILL NOT BE USED TO DIAL IN.**
>
> **Please use the following link to register for this hearing:**
> https://debuscourts.zoomgov.com/meeting/register/vJIsfuupqT4sE_czkWHc6n6Iq2RYHIW0Smc
>
> **AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A
> CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

**MATTER GOING FORWARD**

1. Plaintiffs' Motion for a Stay Pending Appeal of the Bankruptcy Court's Order on Defendants' Motions to Dismiss the Amended Complaint of Lynn Tilton and the Patriarch & Octaluna Entities for Equitable Subordination [Adv. Case No. 19-50390 D.I. 239; 3/29/22]

   Related Documents:

   A. Notice of Appeal [Adv. Case No. 19-50390 D.I. 237; 3/29/22]

   B. Memorandum of Law in Support of Plaintiffs' Motion for a Stay Pending Appeal of the Bankruptcy Court's Order on Defendants' Motions to Dismiss the Amended Complaint of Lynn Tilton and the Patriarch & Octaluna Entities for Equitable Subordination [Adv. Case No. 19-50390 D.I. 240; 3/29/22]

   C. Order Granting Motion for Order Pursuant to Bankruptcy Rule 9006-1(e) Shortening Notice Period for Plaintiffs' Motion for a Stay Pending Appeal of the Bankruptcy Court's Order on Defendants' Motions to Dismiss the Amended

---

[2] **All amendments appear in bold.**

|  |  |
|---|---|
|  | Complaint of Lynn Tilton and the Patriarch & Octaluna Entities for Equitable Subordination [Adv. Case No. 19-50390 D.I. 250; 4/1/22] |
| D. | Notice of Hearing on Patriarch's Motion for a Stay Pending Appeal of the Bankruptcy Court's Order on Defendants' Motions to Dismiss the Amended Complaint of Lynn Tilton and the Patriarch & Octaluna Entities for Equitable Subordination [Adv. Case No. 19-50390 D.I. 252; 4/1/22] |

Response Deadline:         April 7, 2022 at 4:00 p.m. (ET)

Responses Received:

| | |
|---|---|
| E. | The Zohar III Controlling Class's Opposition to Plaintiffs' Motion for a Stay Pending Appeal [Adv. Case No. 19-50390 D.I. 253; 4/7/22] |
| F. | Defendants MBIA Inc.'s and MBIA Insurance Corporation's Answering Brief in Opposition to Plaintiffs' Motion for a Stay Pending Appeal of the Bankruptcy Court's Order Dismissing the Equitable Subordination Amended Complaint [Adv. Case No. 19-50390 D.I. 254; 4/7/22] |
| G. | Alvarez & Marsal Zohar Management's Joinder to the Oppositions to Plaintiffs' Motion for a Stay Pending Appeal [Adv. Case No. 19-50390 D.I. 255; 4/7/22] |
| H. | Joinder of U.S. Bank National Association, in Its Capacity as Indenture Trustee, to Defendants' Oppositions to Plaintiffs' Motion for a Stay Pending Appeal of the Bankruptcy Court's Order Dismissing the Equitable Subordination Amended Complaint [Adv. Case No. 19-50390 D.I. 257; 4/7/22] |
| I. | Debtors' Statement in Opposition to Plaintiffs' Motion for a Stay Pending Appeal of the Bankruptcy Court's Order on Defendants' Motions to Dismiss the Amended Complaint of Lynn Tilton and the Patriarch & Octaluna Entities for Equitable Subordination [Adv. Case No. 19-50390 D.I. 258; 4/7/22] |
| J. | **Reply in Further Support of Plaintiffs' Motion for a Stay Pending Appeal of the Bankruptcy Court's Order on Defendants' Motions to Dismiss the Amended Complaint of Lynn Tilton and the Patriarch & Octaluna Entities for Equitable Subordination [Adv. Case No. 19-50390 D.I. 261; 4/12/22]** |

Status:         This matter is going forward.

| | |
|---|---|
| Dated: April 12, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ryan M. Bartley*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>         rbrady@ycst.com<br>         mnestor@ycst.com<br>         jbarry@ycst.com<br>         rbartley@ycst.com<br>         sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |