IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) | Jointly Administered |
| | ) ) ) | **Re: Docket Nos. 1112, 1407, 1869, 2236 & 2946** |

**SECOND SUPPLEMENTAL DECLARATION OF FRED VESCIO IN SUPPORT OF THE APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a), FED. R. BANKR. P. 2014 AND 5002, AND LOCAL RULES 2014-1 AND 2016-2(h) AUTHORIZING RETENTION AND EMPLOYMENT OF HOULIHAN LOKEY CAPITAL, INC. AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS *NUNC PRO TUNC* TO DECEMBER 1, 2019**

I, Fred Vescio, declare as follows:

1. I am a Managing Director of Houlihan Lokey Capital, Inc. ("Houlihan Lokey") and am duly authorized to execute this declaration (this "Declaration") on behalf of Houlihan Lokey. I am familiar with the matters set forth herein and, if called as a witness, I could and would testify thereto.

2. I submit this second supplemental Declaration to supplement (i) Eric Siegert's declaration (the "Original Declaration") in support of the *Application of the Debtors for Entry of an Order pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and 5002, and Local Rules 2014-1 and 2016-2(h) Authorizing the Retention and Employment of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker to the Debtors,* nunc pro tunc *to*

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29292675.1

*December 1, 2019* [Docket No. 1112] (the "Application")², (ii) Mr. Siegert's first and second supplemental declarations in support of the Application [Docket Nos. 1407 & 1869], and (iii) my declarations supplementing Mr. Siegert's declarations [Docket Nos. 2236 & 2946] (collectively with the Original Declaration, the "Prior Declarations").

3. I am filing this Declaration to supplement the disclosures attached as Annex B to the Original Declaration and to disclose certain incremental connections not previously identified to me at the time of filing the Prior Declarations.

4. Subsequent to the filing of the Prior Declarations, Houlihan Lokey has continued to conduct searches within its databases to determine whether it has any relationships with any Interested Parties (in a manner as more fully described in the Original Declaration), so as to include any additional parties-in-interest in these chapter 11 cases. To determine its relationship with parties in interest in these chapter 11 cases, Houlihan Lokey researched the client databases maintained with respect to the Houlihan Lokey Group (as defined in the Engagement Letter attached to the Application) to determine whether it has any relationships with the entities (each an "Interested Party" and collectively, the "Interested Parties") that were identified to Houlihan Lokey by counsel to the Debtors and during these chapter 11 cases. Based on such additional searches, Houlihan Lokey makes the supplemental disclosure attached as **Exhibit A** hereto.

5. To the best of my knowledge and belief, our professionals or employees participating in or connected with Houlihan Lokey's engagement with the Debtors are disinterested and all known connections to Interested Parties, including the Debtors, have been disclosed.

---

² Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

29292675.1

2

6. I continue to reserve the right to supplement Houlihan Lokey's disclosures in the event that Houlihan Lokey learns of any additional connections that require disclosure.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 21, 2022

*/s/ Fred Vescio*
Fred Vescio
Managing Director
Houlihan Lokey Capital, Inc.
