**<u>EXHIBIT A</u>**

29292675.1

## **CONNECTIONS WITH INTERESTED PARTIES**

o   Deer Park Road Corp. (*Active Engagements*)

o   Deer Park Road Management Company (*Active Engagements*)