# EXHIBIT A

**Twelfth Quarterly Statement of Compensation of
Ordinary Course Professionals**

**Payments to Ordinary Course Professionals for Services Rendered to the Debtors for the period from April 1, 2021 through and including June 30, 2021**

| Professional | Description of Services | Total Compensation During Fee Period |
|---|---|---|
| Walkers (Cayman) | Cayman legal advice and related services. | $2,147.10 |
| Lewis Roca Rothgerber Christie LLP | Local counsel for pending civil matter | $0.00 |

29304199.1