**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Ref. Docket No. 392** |

**NOTICE OF FILING OF FIFTEENTH QUARTERLY STATEMENT OF**
**AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS FOR THE PERIOD**
**FROM JANUARY 1, 2022 THROUGH AND INCLUDING MARCH 31, 2022**

**PLEASE TAKE NOTICE** that, pursuant to the *Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business* [Docket No. 392] (the "OCP Order")[2], the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit their statement of amounts paid to ordinary course professionals (each, an "OCP") for professional services rendered to the Debtors during the period from January 1, 2022 through and including March 31, 2022 (the "Fee Period").

**PLEASE TAKE FURTHER NOTICE** that the chart attached hereto as **Exhibit A** provides the following information: (i) the name of the OCP; (ii) the aggregate amount of fees paid during the Fee Period as compensation for services rendered and reimbursement of expenses incurred by such OCP; and (iii) a general description of the services rendered by each OCP.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the OCP Order.

   **PLEASE TAKE FURTHER NOTICE** that the Debtors may pay for services rendered and expenses incurred by any OCP during the Fee Period at a later date, and any such payments will be disclosed in future statements.

   **PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to amend or supplement the chart attached hereto as **Exhibit A** from time to time, in their sole discretion.


Dated: April 26, 2022     YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, Delaware

          */s/ Shane M. Reil*
          James L. Patton, Jr. (No. 2202)
          Robert S. Brady (No. 2847)
          Michael R. Nestor (No. 3526)
          Joseph M. Barry (No. 4221)
          Ryan M. Bartley (No. 4985)
          Shane M. Reil (No. 6195)
          Rodney Square
          1000 North King Street
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253
          Email: jpatton@ycst.com
            rbrady@ycst.com
            mnestor@ycst.com
            jbarry@ycst.com
            rbartley@ycst.com
            sreil@ycst.com

          *Counsel to the Debtors and Debtors in Possession*

29304211.1