# EXHIBIT A

**Fifteenth Quarterly Statement of Compensation of
Ordinary Course Professionals**

**Payments to Ordinary Course Professionals for Services Rendered to the Debtors for the period from January 1, 2022 through and including March 31, 2022**

| Professional | Description of Services | Total Compensation During Fee Period |
|---|---|---|
| Walkers (Cayman) | Cayman legal advice and related services. | $740.01 |
| Lewis Roca Rothgerber Christie LLP | Local counsel for pending civil matter | $0.00 |

29304211.1