IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 10, 2022, the debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "Debtors"), by and through their undersigned counsel, caused the following documents:

**Debtors' First Request for Production of Documents Relating to Debtors' Motion for Entry of an Order (A) Enforcing the Settlement Agreement and the Ankura Appointment Order Regarding Galey & Lord, LLC and for Related Relief and (B) Sanctioning Patriarch Directed to Patriarch Stakeholders**

**Notice of Subpoenas for Production of Documents [D.I. 3309]**

to be served via the manner indicated upon the following counsel of record:

| | |
|---|---|
| Theresa Trzaskoma, Esq.<br>Michael Tremonte, Esq.<br>Vikram Shah, Esq.<br>Sher Tremonte LLP<br>90 Broad Street, 23rd Floor<br>New York, NY 10004<br>TTrzaskoma@shertremonte.com<br>mtremonte@shertremonte.com<br>vshah@shertremonte.com<br>***Email*** | Scott D. Cousins, Esq.<br>Scott D. Jones, Esq.<br>Cousins Law LLC<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19801<br>Scott.cousins@cousins-law.com<br>Scott.jones@cousins-law.com<br>***Email*** |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

Norman L. Pernick, Esq.
Patrick J. Reilley, Esq.
David Dean, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
preilley@coleschotz.com
DDean@coleschotz.com
***Email***

|  |  |
|---|---|
| Dated: May 11, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Michael S. Neiburg*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Michael S. Neiburg (No. 5275)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>       rbrady@ycst.com<br>       mnestor@ycst.com<br>       jbarry@ycst.com<br>       rbartley@ycst.com<br>       tpakrouh@ycst.com<br>       sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

2

29346559.2