# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## CERTIFICATION OF COUNSEL REGARDING JOINT FEDERAL RULE OF EVIDENCE 502(D) AND CONFIDENTIALITY STIPULATION

The undersigned hereby certifies as follows:

1. On January 10, 2022, the Court entered an *Order Approving Consummation of Portfolio Company Transaction (Universal Instruments)* (the "Sale Order") [Docket No. 2988], authorizing the sale of the Zohar III, Corp.'s and its affiliated debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "Debtors") equity interests in UI Acquisition Holding Co. and its affiliates (collectively, "UI").

2. Pursuant to the Sale Order, Zohar II-2005-1, Corp. was assigned specified "Retained Claims" from UI and its subsidiaries.

3. In connection therewith, the Debtors have issued a subpoena for Rule 2004 examination (the "Subpoena"), requesting production of certain documents, data, and information (the "Material") from UI.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29302321.1

4. UI has agreed to produce Materials to the Debtors in response to the Subpoena, but UI believes that the some of the information that the Debtors have requested may be subject to the attorney-client privilege or are otherwise confidential.

5. UI does not waive the attorney-client privilege, work product doctrine, or other applicable protection or confidentiality, and the Debtors have agreed that, notwithstanding the production of any documents or other information, UI shall be entitled to the protections of Rule 502(d) of the Federal Rules of Evidence.

6. To memorialize their agreement, the Debtors and UI have entered into the *Joint Federal Rule of Evidence 502(d) and Confidentiality Stipulation* (the "Stipulation") attached as Exhibit 1 to the proposed order.

7. The Debtors submit that approval of the Stipulation is in the best interests of the estates, and that there is cause for the Court to approve the Stipulation. Accordingly, the Debtors request that the Court enter the proposed order attached hereto as **Exhibit A**.

WHEREFORE, the Debtors respectfully requests that the Court enter the proposed form of order attached hereto at its earliest convenience.

29302321.1

Dated: May 12, 2022
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Tara C. Pakrouh*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
       rbrady@ycst.com
       mnestor@ycst.com
       jbarry@ycst.com
       rbartley@ycst.com
       tparkouh@ycst.com

*Counsel to the Debtors and Debtors in Possession*