# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 17, 2022 AT 9:00 A.M. (ET)**

---

**THIS HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM
AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
COURTCALL WILL NOT BE USED TO DIAL IN.**

**Please use the following link to register for this hearing:**
https://debuscourts.zoomgov.com/meeting/register/vJIsfuCpqTsjHfGHLlH9kNuF3yBMwnasT00

**AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A
CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

---

## RESOLVED MATTER

1. Debtors' First (1st) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 3262; 4/15/22]

    Related Documents:

    A. Certificate of No Objection [D.I. 3299; 5/2/22]

    B. Order Sustaining Debtors' First (1st) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 3300; 5/3/22]

    Response Deadline:            April 29, 2022 at 4:00 p.m. (ET)

    Responses Received:          None

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

    Status:    An order has been entered by the Court.  No hearing is required.

**MATTERS GOING FORWARD**

2. Debtors' Objection to Patriarch Stakeholders' Requests for Payment of Administrative Expense Claim and Request for Relief Under Fed. R. Bankr. P. 7012 & 9014 and Fed. R. Civ. P. 12(b)(6) [(SEALED) D.I. 3240; 4/6/22]

    Related Documents:

    A. Request for Payment of Administrative Expense Claim [(SEALED) D.I. 2876; 10/25/21]

    B. Debtors' Preliminary Objection to Patriarch Stakeholders' Request for Payment of Administrative Expense Claim [(SEALED) D.I. 3041; 1/31/22]

    C. Order Granting in Part and Denying in Part the Debtors' Motion (I) to Strike Certain Portions of the Patriarch Claim and Motion to Consolidate and (II) to Preclude Discovery and Introduction of Protected Mediation Information [D.I. 3113; 2/24/22]

    D. Notice of Appeal [D.I. 3150; 3/10/22]

    E. Second Amended Request for Payment of Administrative Expense Claim [(SEALED) D.I. 3157; 3/11/22]

    F. Order Approving Stipulation [D.I. 3317; 5/12/22]

    Response Deadline:    April 6, 2022

    Responses Received:

    G. Patriarch Stakeholders' Response to Debtors' Objection and Opposition to the Patriarch Stakeholders' Request for Payment and Debtors' Requests for Relief Under Fed. R. Bankr. P. 7012 & 9014 and Fed. R. Civ. P. 12(b)(6) [(SEALED) D.I. 3286; 4/27/22]

    H. Reply in Support of Debtors' Objection to Patriarch Stakeholders' Requests for Payment of Administrative Expense Claim and Request for Relief Under Fed. R. Bankr. P. 7012 & 9014 and Fed. R. Civ. P. 12(b)(6) [(SEALED) D.I. 3308; 5/10/22]

    Status:    This matter is partially resolved with regards to Item (F).  This matter is going forward with oral argument solely respect to the remaining matters.

3.     Certification of Counsel Regarding Consensual Order in Furtherance of the Debtors' Proposed Plan Regarding Paragraph 18 Claims Under the Settlement Agreement [(SEALED) D.I. 3324; 5/12/22]

    Related Documents:

A.     Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3233; 4/6/22]

    Response Deadline:     N/A

    Responses Received:     N/A

    Status:     No hearing is necessary in connection with this matter unless the Court has questions or concerns.

Dated: May 13, 2022
    Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ryan M. Bartley*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
    rbrady@ycst.com
    mnestor@ycst.com
    jbarry@ycst.com
    rbartley@ycst.com
    sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*