IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Zohar III, Corp, et al., | : | Case No.: 18-10512 (KBO) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket No. 890 |
| | : | |

## SUPPLEMENTAL ORDER REGARDING MEDIATION

Upon request of the parties to engage in a mediation and a global settlement discussion of this case and matters pending on appeal and in other jurisdictions. It is hereby **ORDERED THAT**:

1. The Honorable Christopher S. Sontchi is hereby authorized to continue as Mediator in this Chapter 11 case (s*ee* D.I. 890) and in other such matters as requested by the parties, including disputes pending in other jurisdictions and on appeal.

2. The Mediation shall be governed by Del. Bankr. L.R. 9019-5 including, but not limited to Del. Bankr. L.R. 9019-5(d) ("Confidentiality is necessary to the mediation process, and mediations shall be confidential under these rules and to the fullest extent permissible under otherwise applicable law.").

**Dated: May 13th, 2022**
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**