THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) | Jointly Administered |
|  | ) ) | Ref. Docket Nos. 3233, 3235 & 3239 |

**NOTICE OF EXTENSION OF VOTING DEADLINE
FOR HOLDERS OF CLASS 3 ZOHAR III A-1 NOTE CLAIMS**

**PLEASE TAKE NOTICE** that on April 6, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors* [Docket No. 3233] (the "Plan")[2] and the related *Disclosure Statement for Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors* [Docket No. 3235].

**PLEASE TAKE FURTHER NOTICE** that on April 6, 2022, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice*

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms not defined herein shall have the meaning ascribed in the Plan.

and Objection Procedures; and (IV) Granting Related Relief [Docket No. 3239] (the "Disclosure Statement Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Disclosure Statement Order, the Voting Deadline is May 20, 2022 at 5:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph 18 of the Disclosure Statement Order, **solely with respect to Holders of Class 3 Zohar III A-1 Note Claims**, the Voting Deadline has been extended to **May 26, 2022 at 12:00 p.m. (ET)**.

| | |
|---|---|
| Dated: May 13, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>       rbrady@ycst.com<br>       mnestor@ycst.com<br>       jbarry@ycst.com<br>       rbartley@ycst.com<br>       sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

29357052.1