# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 3233, 3235 & 3239** |

## NOTICE OF IN-PERSON CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that, on April 8, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Notice of Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief* [Docket No. 3247] (the "Confirmation Hearing Notice"),[2] thereby providing notice that a hearing (the "Confirmation Hearing") to consider Confirmation of the Plan is scheduled for **June 1, 2022 at 9:00 a.m. (ET)** before the Honorable Karen B. Owens, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3.

**PLEASE TAKE FURTHER NOTICE** that, at the direction of the Court, **the Confirmation Hearing will be conducted in person**; however, attendance by Zoom will be permitted under the following circumstances:

(1) a party or person intends to make only limited argument;

(2) a party or person is interested in monitoring the court's proceedings;

(3) an attorney or witness who would otherwise be required to attend in person has a good faith health-related reason, and such attorney or witness has obtained permission to participate remotely from the Court by contacting Judge Owens's courtroom deputy; or

(4) other extenuating circumstances, as determined by Judge Owens.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms used but not otherwise defined herein shall have meanings given to such terms in the Confirmation Hearing Notice.

29353559.1

If there is a change, the Debtors will file a subsequent notice or indicate in the forthcoming Agenda for the Confirmation Hearing.

Dated: May 13, 2022
     Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Shane M. Reil*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4421)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
       rbrady@ycst.com
       mnestor@ycst.com
       jbarry@ycst.com
       rbartley@ycst.com
       sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*