# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF  Delaware

In Re. Zohar CDO 2003-1, Limited

§
§
§
§

Debtor(s)

Case No.  18-10517

Lead Case No.   18-10512

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2022

Petition Date: 03/11/2018

Months Pending: 49

Industry Classification: | 5 | 2 | 5 | 9 |

Reporting Method:          Accrual Basis ⊙          Cash Basis ○

Debtor's Full-Time Employees (current):                          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/S/ Mike Katzenstein

Signature of Responsible Party

05/13/2022

Date

Mike Katzenstein, Chief Restructuring Officer

Printed Name of Responsible Party

1166 Avenue of the Americas, 15th Floor
New York, NY 10036

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Zohar CDO 2003-1, Limited

Case No. 18-10517

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b+c) | $0 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ○  Market ○  Other ⦿  (attach explanation)) | $0 |
| d. Total current assets | $2,625,093 |
| e. Total assets | $2,625,093 |
| f. Postpetition payables (excluding taxes) | $29,546,096 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $29,546,096 |
| k. Prepetition secured debt | $313,786,648 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $343,332,744 |
| o. Ending equity/net worth (e-n) | $-340,707,651 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $-463,617 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-463,617 | $-31,950,595 |

Debtor's Name  Zohar CDO 2003-1, Limited                                    Case No.  18-10517

**Part 5:  Professional Fees and Expenses**

|   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |   |   |   |   |
|   | *Itemized Breakdown by Firm* |   |   |   |   |
|   | **Firm Name** / **Role** |   |   |   |   |
| i | See attached schedule / Other |   |   |   |   |
| ii |   |   |   |   |   |
| iii |   |   |   |   |   |
| iv |   |   |   |   |   |
| v |   |   |   |   |   |
| vi |   |   |   |   |   |
| vii |   |   |   |   |   |
| viii |   |   |   |   |   |
| ix |   |   |   |   |   |
| x |   |   |   |   |   |
| xi |   |   |   |   |   |
| xii |   |   |   |   |   |
| xiii |   |   |   |   |   |
| xiv |   |   |   |   |   |
| xv |   |   |   |   |   |
| xvi |   |   |   |   |   |
| xvii |   |   |   |   |   |
| xviii |   |   |   |   |   |
| xix |   |   |   |   |   |
| xx |   |   |   |   |   |
| xxi |   |   |   |   |   |
| xxii |   |   |   |   |   |
| xxiii |   |   |   |   |   |
| xxiv |   |   |   |   |   |
| xxv |   |   |   |   |   |
| xxvi |   |   |   |   |   |
| xxvii |   |   |   |   |   |
| xxviii |   |   |   |   |   |
| xxix |   |   |   |   |   |
| xxx |   |   |   |   |   |
| xxxi |   |   |   |   |   |
| xxxii |   |   |   |   |   |
| xxxiii |   |   |   |   |   |
| xxxiv |   |   |   |   |   |
| xxxv |   |   |   |   |   |
| xxxvi |   |   |   |   |   |

Debtor's Name  Zohar CDO 2003-1, Limited                                    Case No.  18-10517

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name Zohar CDO 2003-1, Limited                                    Case No.  18-10517

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Zohar CDO 2003-1, Limited                                    Case No.  18-10517

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Zohar CDO 2003-1, Limited                    Case No.  18-10517

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name Zohar CDO 2003-1, Limited                                           Case No. 18-10517

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○   No ● |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○   No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○   No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●   No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●   No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●   No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○   No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ●   No ○   N/A ○ |
| i. | Do you have:          Worker's compensation insurance? | Yes ○   No ● |
| | If yes, are your premiums current? | Yes ○   No ○   N/A ●   (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○   No ● |
| | If yes, are your premiums current? | Yes ○   No ○   N/A ●   (if no, see Instructions) |
| | General liability insurance? | Yes ○   No ● |
| | If yes, are your premiums current? | Yes ○   No ○   N/A ●   (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ●   No ○ |
| k. | Has a disclosure statement been filed with the court? | Yes ●   No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●   No ○ |

Debtor's Name Zohar CDO 2003-1, Limited                                    Case No.  18-10517

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/S/ Mike Katzenstein                                      Mike Katzenstein

Signature of Responsible Party                            Printed Name of Responsible Party

Chief Restructuring Officer                               05/13/2022

Title                                                     Date

Debtor's Name Zohar CDO 2003-1, Limited          Case No. 18-10517



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name Zohar CDO 2003-1, Limited

Case No. 18-10517



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Zohar CDO 2003-1, Limited                                    Case No.  18-10517



PageThree



PageFour

**Zohar III, Corp.,** *et al,*
**NOTES TO MONTHLY OPERATING REPORT**
**Reporting Period:   March 1 – 31, 2022**

The Monthly Operating Report ("MOR") herein includes information for the following Debtors (with the last four digits of their taxpayer identification number): Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724) (collectively, the "Zohar Corps" or the "Corp Entities"), each of which is a Delaware corporation and Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119) (the "Zohar Funds" or the "Limited Entities"), each of which is a Cayman Islands entity. The Zohar Corps together with the Zohar Funds are collectively referred to as the "Debtors".

In preparing this report, the Chief Restructuring Officer ("CRO") has relied on information received, either directly or indirectly, from or through third parties, including but not limited to, Alvarez & Marsal Zohar Management LLC ("AMZM", as former collateral manager), Patriarch Partners Agency Services LLC ("PPAS", as the former administrative agent under the various credit agreements with the Portfolio Companies), Ankura Trust Company ("Ankura", as the current administrative agent under the various credit agreements with the Portfolio Companies and current collateral manager) and U.S. Bank National Association ("US Bank") (as indenture trustee under the Zohar Indentures).  The CRO does not yet have certain information that may become available as part of continuing disclosures and document deliveries to the CRO, and the CRO is still seeking other information that may be pertinent to disclosures made herein.  As such, while the Debtors have made every effort to accurately reflect their financial results and condition, certain information contained herein may be stale, inaccurate or otherwise subject to change.

All operating activity is conducted at the Limited Entities and therefore all income statement and balance sheet accounts reflected herein are those of the Limited Entities.  No activity or balances are recorded at the Corp Entities although they are co-issuers of the Zohar notes[1].

The MOR is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly operating report requirements of the United States Trustee.

The MOR is unaudited, preliminary, and does not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. The MOR was prepared without full access to pre-petition financial information, including the general ledger. Non-Debtor entities may be in the possession of financial information regarding the Debtors that has not been provided to the Debtors or the CRO and such information, once made available to the Debtors and CRO, could result in a material re-statement of the information included in this MOR.  Parties may dispute asset, liability and equity amounts, and all rights are reserved.

The financial statements and the supplemental information contained herein represent the financial information for the Debtors only and not for non-debtor affiliates. The results of operations herein are not necessarily indicative of results that are expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position or cash flows of the Debtors in the future.


**Bank Accounts:**
The bank accounts held by the Debtors are at Truist (f.k.a. BB&T), a US Trustee-approved depository institution, and are included in the Schedule of Cash Receipts and Disbursements.

Historically, all cash was held at US Bank, as indenture trustee.  US Bank holds approximately $2.6 million, $1.9 million and $696 thousand in cash related to Zohar I, Zohar II and Zohar III, respectively, which is reflected in the MOR as restricted cash.

---

[1] The US Trustee fees at the Corp Entities are expensed and paid by the corresponding Limited Entities (i.e., Zohar III, Limited pays the US Trustee fees of Zohar III, Corp).

**Collateral Management Fee:**
Based on information provided by AMZM, the Debtors understand that certain cash is being held in connection with AMZM's role as Collateral Manager of the Zohar Funds. This MOR does not include any such cash.

**Settlement Agreement:**
On May 21, 2018, an Order was entered by the United States Bankruptcy Court for the District of Delaware approving a settlement agreement by and between the Debtors, Lynn Tilton, the Patriarch Stakeholders (as defined in the Settlement Agreement), MBIA Insurance Corp. ("MBIA"), and the Zohar III Controlling Class referred to therein (the "Settlement Agreement").

As a part of the Settlement Agreement MBIA and the Zohar III Controlling Class disclosed their respective Paid in Full[2] amounts, subject to the limitations and qualifications in Exhibit A to the Settlement Agreement. The largest component of the Secured Debt balance in MOR-3 are the liabilities to Zohar Noteholders.

### INCOME STATEMENT – MOR 2:

**Interest Income:**
Gross interest income related to the Portfolio Company Loans (the "PC Loans") is recorded each month for all loans currently being invoiced by the administrative agent. Interest income is not being recorded for certain Portfolio Companies that are not being invoiced by the administrative agent.

From the Petition Date to October 2019, the majority of the Group A Portfolio Companies were making interest payments to the Debtors. Beginning in November 2019, the majority of the Group A Portfolio Companies stopped paying interest. With minor exceptions, the Group B Portfolio Companies have not paid interest since the Petition Date.

**Reserve for Uncollectable Interest Income:**
Because the Debtors record the full gross amount of PC Loan interest, a reserve related to potentially uncollectable accrued interest income related to certain Group A Portfolio Companies and all Group B Portfolio Companies is taken each month. The Debtors record this reserve in the Bad Debts – PC Loan Interest expense line item on the MOR income statement. After taking these reserves into account, the net accrued interest receivable reflected on the March 2022 balance sheet is approximately $1.5 million and $645 thousand for Zohar II and Zohar III, respectively. The Debtors will continue to review the collectability of PC Loan interest and may record additional reserves in the future. Note there can be no assurances that the current amount of net interest receivable recorded in the MOR will ultimately be collectable.

**Notes Receivable Write Down:**
Beginning in the fourth quarter of 2020, the Debtors and their advisors undertook a process to assess the collectability of the PC Loans. As a result of these ongoing analyses, from time to time the Debtors may adjust the balances of certain PC Loans to reflect the Debtors' view as to the collectability of such loans, as described in more detail below in the Material Change in the Presentation of the Debtors' Notes Receivable Assets section of this MOR. Any write downs taken during this period are reflected in the Bad Debts – PC Loan Principal expense line item on the Debtors' income statement.

**Interest Expense:**
Interest expense includes accrued interest on the Zohar notes (as follows):

Zohar I:  3-month LIBOR plus 1.4% on the Class A-3 notes as reflected in the indenture governing the Zohar I notes.

Zohar II: Prime plus 2% on the Paid in Full balance as stated in the Settlement Agreement.

---

[2] Defined in the Settlement Agreement as the amount owed to the parties and in the amounts listed and calculated on the schedule attached to the Settlement Agreement as Exhibit A to be updated monthly to reflect accrued and unpaid interest and fees allowable under the Indentures.

Zohar III: 3-month LIBOR plus 0.4% for Class A-1R, 0.38% for Classes A-1T and A-1D, 0.55% for Class A-2 and 0.75% for Class A-3 on the Paid in Full balance as stated in the Settlement Agreement.

**Professional Fees:**
Professional fee payments and accruals have been allocated 55% to Zohar II and 45% to Zohar III except for fees related to MBIA and the Zohar III Controlling Class, which are charged directly to Zohar II and Zohar III, respectively. Accrual estimates for all professionals are updated periodically to reflect actual costs. The presentation and allocation of professional fees reflected herein are non-binding and may be subject to restatement or reallocation.

**BALANCE SHEET - MOR-3:**

NOTES RECEIVABLE ASSET
For Portfolio Companies being invoiced by the administrative agent, the Debtors have historically carried the PC Loans at the underlying face amount outstanding without adjustment. The total gross amount of these PC Loans outstanding appears on the MOR Balance Sheet in the notes receivable line item. Any PC Loans that are not being invoiced by the administrative agent are not reflected in the MOR. All of the PC Loans have matured. As a result, they are in default and the vast majority of the Portfolio Companies are no longer paying interest.

Beginning in the fourth quarter of 2020, the Debtors and their advisors preliminarily assessed the collectability of the PC Loans. As part of the monetization efforts, certain Portfolio Companies have been sold, resulting in proceeds that were less than the face amount of the PC Loans. Certain Portfolio Companies are no longer operating, and based on an assessment of the assets and financial performance of the Portfolio Companies, full collection of the face amount of the PC Loans appears to be unlikely. After an assessment of the collectability across their loan portfolio, the Debtors have reduced the carrying value of the notes receivable assets. The reductions represented herein are preliminary and do **not** represent a market valuation of the PC Loans.

The MORs are not prepared in accordance with GAAP and this assessment does not constitute an asset impairment analysis in conformity with GAAP. The Debtors' assets have **not** been "marked-to-market" and the Debtors do not plan to adjust the PC Loans to market value in the future. If a market-based approach were employed, additional write downs of the notes receivable assets may be necessary. As the Debtors continue to assess their notes receivable assets, it is possible that further asset write downs may occur.

OTHER ASSET ITEMS
Interest Receivable, net reflects the unpaid interest accruals on PC Loans from the Petition Date to March 2022, net of Bad Debts – PC Loan Interest.

The value of the equity interest in the Portfolio Companies are unknown, and the ownership rights in these equity interests may be disputed by certain parties; as such, no value has been assigned to the Debtors' equity interests in the Portfolio Companies.

The loans Zohar I made to Portfolio Companies are excluded from the balance sheet because these loans are owned by MBIA as a result of the December 21, 2016 auction.

LIABILITIES
The Class B Notes of each Zohar fund are reflected at a carrying value of zero.

Among other impacts, the Settlement Agreement impacts each Zohar Fund as follows:

**Zohar I**: The Zohar I Paid in Full Amount as of April 18, 2018 is $164.9 million which includes (i) the principal amount paid by MBIA on account of its Insurance Agreement[3], (ii) the net accrued interest pursuant to Section 4.03 of the Insurance Agreement through April 18, 2018, and (iii) the Credit Enhancement Liabilities[4] incurred through April 18, 2018.  Given the December 21, 2016 Auction and the Settlement Agreement, the Debtors are not reflecting any Zohar I notes receivable or notes payable (except for the A-3 notes payable, which were not subject to the Insurance Agreement).

**Zohar II** - the principal balance for Class A notes is reported as $770.1 million as of April 18, 2018.

**Zohar III** - the principal balance for Class A notes is reported as $791.2 million as of April 18, 2018.

DEBTOR IN POSSESSION FINANCING

Beginning in March 2022, Zohar III made use of post-petition borrowings from a Debtor-in-Possession (DIP) facility. The net amount of these borrowings on the March 2022 balance sheet is approximately $5.9 million and is reflected in post-petition Notes Payable.

---

[3] The Insurance and Indemnity Agreement by and among MBIA Insurance Corporation (as Insurer), Zohar CDO 2003-1, Limited (as Issuer), Zohar CDO 2003-1 Corp. (as Co-Issuer) and Zohar CDO 2003-1, LLC, dated as of November 13, 2003
[4] As defined in the Indenture by and between Zohar CDO 2003-1 Limited, Zohar CDO 2003-1 Corp., Zohar CDO 2002-1, LLC, MBIA Insurance Corporation (as Credit Enhancer), CDC Financial Products Inc. (as Class A-1 Note Agent), U.S. Bank National Association (as Trustee), dated as of November 13, 2003

**In re** Zohar III, Corp, et al.                                    **Case No.**        **18-10512**
           **Debtor**                                        **Reporting Period:** March 1, 2022 - March 31, 2022

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal. Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| CASE NUMBER | Zohar CDO 2003-1, Limited 18-10514 | Zohar II 2005-1, Limited 18-10513 | Zohar III, Limited 18-10512 | CURRENT MONTH TOTAL | CUMULATIVE TOTAL |
|---|---|---|---|---|---|
| **CASH BEGINNING  OF MONTH** | $          - | $     15,246,160 | $   2,507,491 | $    17,753,650 | $     1,275,000 |
| **RECEIPTS** | | | | | |
| LOAN RECEIPTS - INTEREST POSTPETITION | | - | - | - | 100,639,083 |
| LOANS AND ADVANCES | | - | - | - | 9,602,132 |
| SALE  OF  ASSETS | | 201,199 | 86,205 | 287,403 | 241,260,121 |
| OTHER | | 751 | 6,002,473 | 6,003,224 | 9,799,404 |
| TRANSFERS | | - | - | | |
|   **TOTAL  RECEIPTS** | - | 201,950 | 6,088,678 | 6,290,628 | 361,300,740 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | | | | - | - |
| PAYROLL TAXES | | | | - | - |
| SALES, USE, & OTHER TAXES | | | | - | - |
| INVENTORY PURCHASES | | | | - | - |
| SECURED/ RENTAL/ LEASES | | | | - | - |
| INSURANCE | | | | - | - |
| ADMINISTRATIVE | | | | - | - |
| SELLING | | | | - | - |
| OTHER  *(ATTACH  LIST)* | | | | - | - |
| - Bank Service Fees | - | 250 | 250 | 500 | 13,707 |
| OWNER DRAW * | | | | - | - |
| TRANSFERS | | - | 88,678 | 88,678 | 176,195,414 |
| LOANS | | - | - | - | 5,500,000 |
| PROFESSIONAL FEES | | 4,514,834 | 3,601,270 | 8,116,104 | 162,400,059 |
| U.S. TRUSTEE  QUARTERLY FEES | | - | - | - | 2,627,562 |
| COURT COSTS | | | | - | - |
| **TOTAL DISBURSEMENTS** | - | 4,515,084 | 3,690,198 | 8,205,281 | 346,736,743 |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | (4,313,134) | 2,398,480 | (1,914,654) | 14,563,997 |
| | | | | | |
| CASH – END OF MONTH[(1)] | $          - | $     10,933,026 | $   4,905,971 | $    15,838,997 | $   15,838,997 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE


*Unaudited, subject to change.*


(1) Cash balances include amounts held at respective Truist (f.k.a. BB&T) accounts. Excludes certain cash being held in connection with AMZM's role as Collateral Manager of the Zohar Funds.  Balances held at US Bank accounts are shown in MOR-3 as Restricted Cash.

**In re** Zohar III, Corp, et al.                    **Case No.**    **18-10512**
     **Debtor**                    **Reporting Period:** March 1, 2022 - March 31, 2022

## BANK RECONCILIATIONS

| | Zohar CDO 2003-1, Limited | | Zohar II 2005-1, Limited | | Zohar III, Limited | |
|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | $ | - | $ | 10,933,026 | $ | 4,905,971 |
| | | | | | | |
| BANK BALANCE | $ | - | $ | 10,933,026 | $ | 4,905,971 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | |
| ADJUSTED BANK BALANCE* | $ | - | $ | 10,933,026 | $ | 4,905,971 |
| *Adjusted bank balance must equal | | | | | | |
| balance per books | | | | | | |
| | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **CHECKS OUTSTANDING** | Ck # | Amount | Ck # | Amount | Ck # | Amount |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |

In re Zohar III, Corp, et al.          Case No.       **18-10512**
**Debtor**          Reporting Period:   March 1, 2022 - March 31, 2022

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses |
|---|---|---|---|---|---|---|---|
| FTI Consulting, Inc. | 5/21/2018 - 1/31/2022 | 20,818,957 | Zohar II | Wire | | 20,755,407 | 63,549 |
| FTI Consulting, Inc. | 5/21/2018 - 1/31/2022 | 17,033,692 | Zohar III | Wire | | 16,981,697 | 51,995 |
| **Subtotal FTI Consulting, Inc.** | | **37,852,648** | | | | **37,737,104** | **115,544** |
| | | | | | | | |
| Goldin Associates, LLC | 3/12/2018 - 1/31/2022 | 1,917,510 | Zohar II | Wire | | 1,905,749 | 11,761 |
| Goldin Associates, LLC | 3/12/2018 - 1/31/2022 | 1,568,872 | Zohar III | Wire | | 1,559,249 | 9,622 |
| **Subtotal Goldin Associates, LLC** | | **3,486,382** | | | | **3,464,999** | **21,383** |
| | | | | | | | |
| Houlihan Lokey Capital, Inc. | 2/1/2020 - 1/31/2022 | 2,244,818 | Zohar II | Wire | | 2,230,000 | 14,818 |
| Houlihan Lokey Capital, Inc. | 2/1/2020 - 1/31/2022 | 1,882,124 | Zohar III | Wire | | 1,870,000 | 12,124 |
| **Subtotal Houlihan Lokey Capital, Inc.** | | **4,126,942** | | | | **4,100,000** | **26,942** |
| | | | | | | | |
| Joe Farnan Jr. | 5/1/2018 - 12/31/2021 | 848,879 | Zohar II | | | 840,512 | 8,367 |
| Joe Farnan Jr. | 5/1/2018 - 12/31/2021 | 763,646 | Zohar III | | | 756,800 | 6,846 |
| **Subtotal Joe Farnan Jr.** | | **1,612,525** | | | | **1,597,312** | **15,213** |
| | | | | | | | |
| KPMG LLP | 10/1/2020 - 1/31/2022 | 2,795,727 | Zohar II | Wire | | 2,795,558 | 169 |
| KPMG LLP | 10/1/2020 - 1/31/2022 | 2,287,413 | Zohar III | Wire | | 2,287,275 | 138 |
| **Subtotal KPMG LLP** | | **5,083,140** | | | | **5,082,833** | **306** |
| | | | | | | | |
| Young Conaway Stargatt & Taylor, LLP | 3/11/2018 - 2/28/2022 | 24,857,989 | Zohar II | Wire | | 23,648,909 | 1,209,080 |
| Young Conaway Stargatt & Taylor, LLP | 3/11/2018 - 2/28/2022 | 20,781,806 | Zohar III | Wire | | 19,778,278 | 1,003,528 |
| **Subtotal Young Conaway Stargatt & Taylor, LLP** | | **45,639,795** | | | | **43,427,186** | **2,212,609** |
| | | | | | | | |
| **Grand Total** | | **97,801,432** | | | | **95,409,434** | **2,391,998** |

**In re** Zohar III, Corp, et al.

**Debtor**

Case No.    **18-10512**

Reporting Period: March 1, 2022 - March 31, 2022

## STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Zohar I | | Zohar II | | Zohar III | |
|---|---|---|---|---|---|---|
| | MONTH | CUMULATIVE - FILING TO DATE | MONTH | CUMULATIVE - FILING TO DATE | MONTH | CUMULATIVE - FILING TO DATE |
| **REVENUES** | | | | | | |
| Gross Revenues | | | | | | |
| Interest | - | - | 1,065,448 | 111,293,171 | 695,781 | 101,066,812 |
| Sale of Assets | | | | | | |
| Other Revenue | | | | | | |
| Less:  Returns and Allowances | | | | | | |
| Net Revenue | - | - | 1,065,448 | 111,293,171 | 695,781 | 101,066,812 |
| **COST OF GOODS SOLD** | | | | | | |
| Beginning Inventory | | | | | | |
| Add: Purchases | | | | | | |
| Add: Cost of Labor | | | | | | |
| Add: Other Costs | | | | | | |
| Less:  Ending Inventory | | | | | | |
| Cost of Goods Sold | - | - | - | - | - | - |
| Gross Profit | - | - | 1,065,448 | 111,293,171 | 695,781 | 101,066,812 |
| **OPERATING EXPENSES** | | | | | | |
| Advertising | | | | | | |
| Auto and Truck Expense | | | | | | |
| Bad Debts - PC Loan Interest | | | 725,934 | 63,166,918 | 43,713 | 65,155,258 |
| Bad Debts - PC Loan Principal | | | - | 395,679,830 | - | 374,371,159 |
| Officer/Insider Compensation* | | | | | | |
| Bank Service Fees | - | - | 250 | 6,831 | 250 | 6,875 |
| Supplies | | | | | | |
| Taxes - Payroll | | | | | | |
| Taxes - Real Estate | | | | | | |
| Taxes - Other | | | | | | |
| Total Operating Expenses Before Depreciation | - | - | 726,184 | 458,853,580 | 43,963 | 439,533,293 |
| Depreciation/Depletion/Amortization | | | | | | |
| Net Profit (Loss) Before Other Income & Expenses | - | - | 339,264 | (347,560,409) | 651,818 | (338,466,481) |
| **OTHER INCOME AND EXPENSES** | | | | | | |
| Other Income | | | | | | |
| Interest Expense | 463,617 | 31,940,642 | 4,271,987 | 217,388,319 | 691,416 | 57,450,644 |
| Other Expense | | | - | 3,894,926 | - | 5,859,787 |
| Net Profit (Loss) Before Reorganization Items | (463,617) | (31,940,642) | (3,932,724) | (568,843,654) | (39,598) | (401,776,911) |
| **REORGANIZATION ITEMS** | | | | | | |
| Professional Fees | - | - | 1,791,731 | 95,667,277 | 1,469,508 | 73,578,685 |
| U. S. Trustee Quarterly Fees | - | 9,953 | - | 1,332,569 | - | 1,285,367 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | | | | | |
| Gain (Loss) from Sale of Equipment | | | | | | |
| Other Reorganization Expenses | | | | | | |
| Total Reorganization Expenses | | | | | | |
| Income Taxes | | | | | | |
| **Net Profit (Loss)** | **(463,617)** | **(31,950,595)** | **(5,724,454)** | **(665,843,500)** | **(1,509,107)** | **(476,640,963)** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

*Unaudited, subject to change.*

**In re** Zohar III, Corp, et al.

**Debtor**

**Case No.** __18-10512__

**Reporting Period:** __March 1, 2022 - March 31, 2022__

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | Zohar I BOOK VALUE AT END OF CURRENT REPORTING MONTH | Zohar I BOOK VALUE ON PETITION DATE | Zohar II BOOK VALUE AT END OF CURRENT REPORTING MONTH | Zohar II BOOK VALUE ON PETITION DATE | Zohar III BOOK VALUE AT END OF CURRENT REPORTING MONTH | Zohar III BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | |
| Unrestricted Cash and Equivalents[1] | - | | 10,933,026 | - | 4,905,971 | 1,275,000 |
| Restricted Cash and Cash Equivalents[2] | 2,625,093 | 5,368,409 | 1,908,917 | 4,999,061 | 695,565 | 4,414,983 |
| Accounts Receivable (Net) | | | | | | |
| Notes Receivable[3] | - | - | 263,738,427 | 640,323,970 | 236,979,788 | 608,754,135 |
| Interest Receivable, net | - | - | 1,530,392 | 10,590,556 | 644,886 | 10,518,723 |
| Sale Proceeds[4] | - | - | (107,369,868) | - | (147,332,615) | - |
| Inventories | | | | | | |
| Prepaid Expenses | | | | | | |
| Professional Retainers | - | - | - | 584,098 | - | 584,098 |
| Other Current Assets | - | - | 20,481 | - | - | - |
| *TOTAL CURRENT ASSETS* | 2,625,093 | 5,368,409 | 170,761,374 | 656,497,685 | 95,893,595 | 625,546,940 |
| **PROPERTY & EQUIPMENT** | | | | | | |
| Real Property and Improvements | | | | | | |
| Less:  Accumulated Depreciation | | | | | | |
| *TOTAL PROPERTY & EQUIPMENT* | | | | | | |
| **OTHER ASSETS** | | | | | | |
| Other Assets[5] | | | 1,570,251 | - | 4,469,673 | - |
| *TOTAL OTHER ASSETS* | - | - | 1,570,251 | | 4,469,673 | |
| *TOTAL ASSETS* | 2,625,093 | 5,368,409 | 172,331,625 | 656,497,685 | 100,363,268 | 625,546,940 |

| LIABILITIES AND OWNER EQUITY | Zohar I BOOK VALUE AT END OF CURRENT REPORTING MONTH | Zohar I BOOK VALUE ON PETITION DATE | Zohar II BOOK VALUE AT END OF CURRENT REPORTING MONTH | Zohar II BOOK VALUE ON PETITION DATE | Zohar III BOOK VALUE AT END OF CURRENT REPORTING MONTH | Zohar III BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | | | | |
| Accounts Payable | | | | | | |
| Notes Payable | - | | - | | 5,911,322 | |
| Interest Payable | 31,940,642 | - | 217,388,318 | - | 57,450,644 | - |
| Cash Collateral Payment - Excess Cash Sweep | (2,420,000) | | (62,957,574) | | (118,985,811) | |
| Secured Debt / Adequate Protection Payments | | | | | | |
| Professional Fees | - | - | 2,829,738 | - | 2,469,169 | - |
| U. S. Trustee Quarterly Fees | - | - | - | - | - | - |
| Amounts Due to Insiders* | | | | | | |
| Other Post-petition Liabilities | 25,454 | - | - | - | - | - |
| *TOTAL POST-PETITION LIABILITIES* | 29,546,096 | - | 157,260,482 | - | (53,154,676) | - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | | | | |
| Secured Debt[6] | 313,786,648 | 332,370,235 | 832,527,819 | 817,805,316 | 821,943,316 | 821,943,316 |
| Priority Debt | | | | | | |
| Unsecured Debt | | | | | | |
| *TOTAL PRE-PETITION LIABILITIES* | 313,786,648 | 332,370,235 | 832,527,819 | 817,805,316 | 821,943,316 | 821,943,316 |
| *TOTAL LIABILITIES* | 343,332,743 | 332,370,235 | 989,788,300 | 817,805,316 | 768,788,640 | 821,943,316 |
| **OWNERS' EQUITY** | | | | | | |
| Retained Earnings - Pre-Petition | | | | | | |
| Retained Earnings - Post-petition | (31,950,595) | - | (665,843,500) | | (476,640,963) | - |
| Preference Shares ($1,000 Par Value) | 20,000,000 | 20,000,000 | 78,236,828 | 78,236,828 | 60,000,000 | 60,000,000 |
| Capital Surplus (Deficit) | (328,757,056) | (347,001,826) | (229,850,003) | (239,544,459) | (251,784,409) | (256,396,376) |
| Adjustments to Owner Equity | | | | | | |
| Post-petition Contributions | | | | | | |
| *NET OWNERS' EQUITY* | (340,707,651) | (327,001,826) | (817,456,676) | (161,307,631) | (668,425,372) | (196,396,376) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 2,625,093 | 5,368,409 | 172,331,625 | 656,497,685 | 100,363,268 | 625,546,940 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

*Unaudited, subject to change.*

**Note**: All operating activity is conducted at the Limited Entities and therefore all income statement and balance sheet accounts reflected herein are those of the Limited Entities except for nominal quarterly US Trustee fees expensed and paid by the Limited Entities on behalf of the Corp entities.  No activity or balances are recorded at the Corp Entities although they are co-issuers of the Zohar notes.

(1) Excludes certain cash being held in connection with AMZM's role as Collateral Manager of the Zohar Funds.

(2) Restricted cash includes balances held at U.S. Bank National Association that may be for the benefit of the Zohar noteholders.

(3) Given the December 21, 2016 Auction and the Settlement Agreement, the Debtors are not reflecting any Zohar I notes receivable.

(4) Sale Proceeds reflect the net cash proceeds received by the Debtors from Portfolio Company monetization transactions and have been reflected on the balance sheet as a contra-asset account.

(5) The Debtors hold disputed equity interests in the Portfolio Companies.  The value of these interests have not been determined and therefore a carrying value of these investments are not reflected in the Debtors books and records.  Amounts shown above relate to funds accrued at certain Portfolio Company escrow accounts, further detailed in subsequent exhibits.

(6) Zohar I - The Secured Debt balance of $313.8M represents the $286.4M outstanding principal balance on the A-3 notes, $6.0M of professional fees, $1.8M of Collateral Manager fees which may be due to AMZM, and $19.6M of Collateral Manager fees which may be due to Patriarch Partners.

Zohar II - The Secured Debt balance of $832.5M represents the Paid in Full amount, as of the Petition Date, of $806.6M (MBIA policy payment of $770.1M, $21.6M of prepetition accrued interest net of cash collections and $14.9M of Credit Enhancement Liabilities), $2.0M of professional fees, $19.3M of Collateral Manager fees which may be due to AMZM, and $4.6M of Collateral Manager fees which may be due to Patriarch Partners.

Zohar III - The Secured Debt balance of $821.9M represents the Paid in Full amount, as of the Petition Date, of $795.0M ($791.2M outstanding principal balance plus $3.8M of prepetition accrued interest), $5.3M of professional fees, $19.3M of Collateral Manager fees which may be due to AMZM, and $2.3M of Collateral Manager fees which may be due to Patriarch Partners.

In re  Zohar III, Corp., et al.                                      Case No.          **18-10512**
_____Debtor_____                                    Reporting Period:  March 1, 2022 - March 31, 2022

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes. Attach photocopies of any

tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Total State and Local | | | | | | |
| | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable / (Receivable) | | | | | | |
| Interest Payable | | | | | | 306,779,604 |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | 5,911,322 |
| Professional Fees | | | | | | 5,298,907 |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Post-petition Debts** | - | - | - | - | - | 317,989,833 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

_____

_Unaudited, subject to change._

In re Zohar III, Corp, et al. Case No. **18-10512**
 **Debtor** Reporting Period: March 1, 2022 - March 31, 2022

**ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

| Accounts Receivable Reconciliation | Amount | | | | | |
|---|---|---|---|---|---|---|
| | ZOHAR CDO 2003-1, CORP | ZOHAR CDO 2003-1, LIMITED | ZOHAR II 2005-1, CORP | ZOHAR II 2005-1, LIMITED | ZOHAR III, CORP | ZOHAR III, LIMITED |
| Total Accounts Receivable at the beginning of the reporting period | | | | | | |
| Plus:  Amounts billed during the period | | | | | | |
| Less:  Amounts collected during the period | | | | | | |
| Total Accounts Receivable at the end of the reporting period | | | | | | |

| Accounts Receivable Aging | Amount | | | | | |
|---|---|---|---|---|---|---|
| | ZOHAR CDO 2003-1, CORP | ZOHAR CDO 2003-1, LIMITED | ZOHAR II 2005-1, CORP | ZOHAR II 2005-1, LIMITED | ZOHAR III, CORP | ZOHAR III, LIMITED |
| 0 - 30 days old | | | | | | |
| 31 - 60 days old | | | | | | |
| 61 - 90 days old | | | | | | |
| 91+ days old | | | | | | |
| Total Accounts Receivable | - | | | | | |
| Less:  Bad Debts (Amount considered uncollectible) | | | | | | |
| Net Accounts Receivable | | | | | | |

*Unaudited, subject to change.*

**Zohar III, Corp., et al.,**

| Cash Balance - Summary by Bank Account - UNAUDITED | | | |
|---|---|---|---|
| **As of March 31, 2022** | | | |
| | **Zohar I** | **Zohar II** | **Zohar III** | **Total** |
| **Unrestricted Cash Summary:** | | | | |
| Truist Account x8690 | - | $ 3,870,562 | - | $ 3,870,562 |
| Truist Account x8704 | - | - | 4,905,971 | 4,905,971 |
| Truist Account x4253 | - | 7,062,464 | - | 7,062,464 |
| Truist Account x1257 | - | - | - | - |
| **Total Unrestricted Cash[1]** | **-** | **10,933,026** | **4,905,971** | **15,838,997** |
| | | | | |
| **Restricted Cash Summary:** | | | | |
| US Bank x1-201 | 6,610 | - | - | 6,610 |
| US Bank x1-204 | 8,891 | - | - | 8,891 |
| US Bank x1-702 | 2,609,591 | - | - | 2,609,591 |
| US Bank x47.3 | - | 52 | - | 52 |
| US Bank x47.15 | - | 424,558 | - | 424,558 |
| US Bank x47.22 | - | 528,602 | - | 528,602 |
| US Bank x47.23 | - | 955,705 | - | 955,705 |
| US Bank x81.3 | - | - | 19 | 19 |
| US Bank x81.5 | - | - | 324,973 | 324,973 |
| US Bank x81.12 | - | - | 250,350 | 250,350 |
| US Bank x81.14 | - | - | 120,224 | 120,224 |
| **Total Restricted Cash** | **2,625,093** | **1,908,917** | **695,565** | **5,229,574** |
| **Total Cash Balance[2]** | **$ 2,625,093** | **$ 12,841,942** | **$ 5,601,536** | **$ 21,068,571** |

(1) Amount shown includes $825K related to Indemnification Escrow from various Portfolio Company sales.
(2) Excludes certain cash being held in connection with AMZM's role as Collateral Manager of the Zohar Funds.

**Zohar III Corp., et al.**

| Outstanding Escrow Account Balances | | | | |
|---|---|---|---|---|
| Escrow Account | Bank Name | Account Number | Zohar II Potential Recovery[1] | Zohar III Potential Recovery[1] |
| Indemnity Escrow | Fifth Third Bank | | $ - | $ 1,210,779 |
| Seller Expense Escrow | Fifth Third Bank | x5105 | - | 267,138 |
| Purchase Price Adjustment Escrow | Fifth Third Bank | x5097 | - | 187 |
| Default Interest Escrow | Fifth Third Bank | x5113 | - | 120,212 |
| Representative Fund | Citibank, N.A. | x1768 | 237,501 | 109,815 |
| Representative Fund | Ankura Trust Co. | | 217,800 | 192,908 |
| Environmental Matters Escrow | Citibank, N.A. | x9768 | - | 231,161 |
| Tax Matters Escrow | Citibank, N.A. | x8768 | - | 1,285,983 |
| Representative Fund | Ankura Trust Co. | | - | 337,203 |
| Wind-down Expenses | Ankura Trust Co. | | 164,264 | 151,350 |
| Indemnity Reserve | Wilmington Trust | x8544 | 281,039 | 260,970 |
| Unpaid Fee Escrow | Citibank, N.A. | x3768 | 224,443 | 186,250 |
| Transaction Escrow | Citibank, N.A. | x8768 | 345,277 | 89,744 |
| Representative Fund | Ankura Trust Co. | | 99,927 | 25,973 |
| **Grand Total** | | | **$ 1,570,251** | **$ 4,469,673** |

**Notes:**

(1) Potential Recovery represents each Zohar's gross pro-rata portion of the current outstanding amounts (i.e., if recovered in full). There can be no assurance the escrows will be released in part or in full to the Zohars, and outstanding amounts may be materially different from any additional recoveries on these escrowed funds.