# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
| Debtors. | ) Jointly Administered |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that, on May 18, 2022, the *Patriarch's First Request for Production of Documents Directed to Debtors and Ankura Relating to Debtors' Amended and Supplemental Motion for Entry of an Order (A) Enforcing the Settlement Agreement and the Ankura Appointment Order Regarding Galey & Lord LLC and for Related Relief and (B) Sanctioning Patriarch* was served via First-Class and Electronic Mail on the following counsel:

> Michael R. Nestor, Esq. (mnestor@ycst.com)
> Joseph M. Barry, Esq. (jbarry@ycst.com)
> Michael Neiburg, Esq. (mneiburg@ycst.com)
> Tara C. Pakrouh, Esq. (tpakrouh@ycst.com)
> Katelin A. Morales, Esq. (kmorales@ycst.com)
> Young Conaway Stargatt & Taylor, LLP
> Rodney Square
> 1000 North King Street
> Wilmington, DE 19801

Dated: May 18, 2022

**COLE SCHOTZ P.C.**

*/s/ G. David Dean*
Norman L. Pernick (No. 2290)
G. David Dean (No. 6403)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
ddean@coleschotz.com
preilley@coleschotz.com

*Counsel to Lynn Tilton and the Patriarch Stakeholders*

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

57772/0001-42859178v1