## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.* | Case No. 18-10512 (KBO) <br> (Jointly Administered) |
| Debtors. | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, David Kitto, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On April 22, 2022 at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit A:

- **Disclosure Statement** for Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and its Affiliated Debtors, Dated April 6, 2022

- **Order** (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, including (A) Fixing The Record Date, (B) Approving The Solicitation Packages and Procedures for Distribution, (C) Approving The Form of Ballots and Establishing Procedures for Voting, And (D) Approving Procedures for Vote Tabulation; (III) Scheduling A Confirmation Hearing and Establishing Notice and Objection Procedures; And (Iv) Granting Related Relief

- **Notice of Order** (I) Approving The Disclosure Statement; (II) Approving Solicitation and Voting Procedures, including (A) Fixing The Record Date, (B) Approving The Solicitation Packages and Procedures for Distribution, (C) Approving The Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling A Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief

Furthermore, on May 4, 2022 at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit B:

- **Disclosure Statement** for Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and its Affiliated Debtors, Dated April 6, 2022

- **Order** (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, including (A) Fixing The Record Date, (B) Approving The Solicitation Packages and Procedures for Distribution, (C) Approving The Form of Ballots and Establishing Procedures for Voting, And (D) Approving Procedures for Vote Tabulation; (III) Scheduling A Confirmation Hearing and Establishing Notice and Objection Procedures; And (Iv) Granting Related Relief

- **Notice of Order** (I) Approving The Disclosure Statement; (II) Approving Solicitation and Voting Procedures, including (A) Fixing The Record Date, (B) Approving The Solicitation Packages and Procedures for Distribution, (C) Approving The Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling A Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief

Furthermore, on May 13, 2022 at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit C:

- **Disclosure Statement** for Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and its Affiliated Debtors, Dated April 6, 2022

- **Order** (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, including (A) Fixing The Record Date, (B) Approving The Solicitation Packages and Procedures for Distribution, (C) Approving The Form of Ballots and Establishing Procedures for Voting, And (D) Approving Procedures for Vote Tabulation; (III) Scheduling A Confirmation Hearing and Establishing Notice and Objection Procedures; And (Iv) Granting Related Relief

- **Notice of Order** (I) Approving The Disclosure Statement; (II) Approving Solicitation and Voting Procedures, including (A) Fixing The Record Date, (B) Approving The Solicitation Packages and Procedures for Distribution, (C) Approving The Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling A Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief

Furthermore, on May 18, 2022 at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit D:

- **Disclosure Statement** for Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and its Affiliated Debtors, Dated April 6, 2022

- **Order** (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, including (A) Fixing The Record Date, (B) Approving The Solicitation Packages and Procedures for Distribution, (C) Approving The Form of Ballots and Establishing Procedures for Voting, And (D) Approving Procedures for Vote Tabulation; (III) Scheduling A Confirmation Hearing and Establishing Notice and Objection Procedures; And (Iv) Granting Related Relief

- **Notice of Order** (I) Approving The Disclosure Statement; (II) Approving Solicitation and Voting Procedures, including (A) Fixing The Record Date, (B) Approving The Solicitation Packages and Procedures for Distribution, (C) Approving The Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling A Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief

- **Master Ballot** for Class 3 Zohar III A-1 Note Claims for Accepting Or Rejecting The Second Amended Joint Plan of Liquidation Under Chapter 11 Of The Bankruptcy Code for Zohar III, Corp. And Its Affiliated Debtors

- **Beneficial Holder** Ballot for Class 3 Zohar III A-1 Note Claims For Accepting or Rejecting the Second Amended Joint Plan of Liquidation Under Chapter 11 Of The Bankruptcy Code for Zohar III, Corp. And Its Affiliated Debtors

X _____

*David Kitto*

Dated: May 20, 2022
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 20th day May of 2022, by David Kitto proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

# EXHIBIT A

**Via First Class Mail:**
Connecticut Department of Revenue Services
450 Columbus Boulevard, Suite 1
Hartford, CT 06103

**Via First Class Mail:**
California Department of Tax and Fee Administration
450 N. Street
Sacramento, CA 95814

**Via First Class Mail:**
California Franchise Tax Board
9646 Butterfield Way
Sacramento, CA 95827

# EXHIBIT B

**Via First Class Mail:**
Massachusetts Department of Revenue
436 Dwight Street, Suite 312
Springfield, MA 01103

**Via First Class Mail:**
Indiana Department of Revenue
100 N. Senate Avenue
Indianapolis, IN 46204

**Via First Class Mail:**
Oklahoma Tax Commission
300 N. Broadway Avenue
Oklahoma City, OK 73102

# EXHIBIT C

**Via First Class Mail:**
Indiana Department of Revenue
400 N. Senate Avenue
Indianapolis, IN 46204

# EXHIBIT D

**VIA Overnight Mail:**
Broadridge Financial Solutions, Inc.
51 Mercedes Way
Edgewood, NY 11717