## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 3233, 3235, 3239, 3247, 3332 & 3359** |

### NOTICE OF RESCHEDULED CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that, on April 8, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Notice of Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief* [Docket No. 3247] (the "Confirmation Hearing Notice"),[2] thereby providing notice that a hearing (the "Confirmation Hearing") to consider Confirmation of the Plan was scheduled for June 1, 2022 at 9:00 a.m. (ET) before the Honorable Karen B. Owens, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing has been further rescheduled and will now be held on June 21, 2022 at 10:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing will be in-person, however, attendance by Zoom will be permitted under the following circumstances:

(1)    a party or person intends to make only limited argument;

(2)    a party or person is interested in monitoring the court's proceedings;

(3)    an attorney or witness who would otherwise be required to attend in person has a good faith health-related reason, and such attorney or witness has obtained permission to participate remotely from the Court by contacting Judge Owens's courtroom deputy; or

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms used but not otherwise defined herein shall have meanings given to such terms in the Confirmation Hearing Notice.

(4)    other extenuating circumstances, as determined by Judge Owens.

If there is a change, the Debtors will file a subsequent notice or indicate in the forthcoming Agenda for the Confirmation Hearing.

Dated: June 8, 2022
        Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ryan M. Bartley*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4421)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
      rbrady@ycst.com
      mnestor@ycst.com
      jbarry@ycst.com
      rbartley@ycst.com
      sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*