IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) ) | Jointly Administered |
| | | Docket Ref. No. 2191, 2964, 2968, 3117, 3244 |

**STIPULATION AND AGREEMENT AMONG (A) MBIA AS CONTROLLING SECURED PARTY OF ZOHAR II 2005-1, LIMITED, (B) THE CONTROLLING CLASS FOR ZOHAR III, LIMITED AND (C) THE DEBTORS REGARDING EXTENDING THE OUTSIDE CASH COLLATERAL DATE**

This *Stipulation and Agreement Among (A) MBIA as Controlling Secured Party of Zohar II 2005-1, Limited, (B) the Controlling Class for Zohar III, Limited, and (C) the Debtors Regarding Extending the Outside Cash Collateral Date* (this "**Agreement**") is entered into by and among the debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), MBIA Insurance Corporation ("**MBIA**"), in its capacity as the Controlling Secured Party for Zohar II, and the Controlling Class for Zohar III (the "**Zohar III Controlling Class**", and together with MBIA, the "**Controlling Secured Parties**"), in its capacity as the Controlling Secured Party for Zohar III. The Debtors and the Controlling Secured Parties are referred to as the "**Parties**" herein.

WHEREAS, on December 16, 2020, the Court entered an order approving debtor-in-possession financing, use of cash collateral, and granting adequate protection [Docket No. 2191], which was amended on December 28, 2021 [Docket No. 2968] (the "**DIP/CC Order**");

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261) ("Zohar III"), Zohar II 2005-1, Limited (8297) ("Zohar II"), and Zohar CDO 2003-1, Limited (5119) ("Zohar I," and together with Zohar II and III, the "Zohar Funds"). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29347996.1

- 2 -

WHEREAS, paragraph 8 of the DIP/CC Order established the Outside Cash Collateral Date, which was subject to amendment by the Parties.  Under the DIP/CC Order, the Outside Cash Collateral date (a) for Zohar II, was originally defined by reference to the point in time at which certain expenditures related to professional fees reached $25 million and (b) for Zohar III, was set at April 30, 2022;

WHEREAS, MBIA and the Debtors entered into a series of stipulations, each of which were consented to by the Indenture Trustee, providing for an extension of the Outside Cash Collateral Date for Zohar II and the Outside Cash Collateral Date for Zohar II is currently March 31, 2022.  *See* Docket Nos. 2964, 3117, 3244.

WHEREAS, the Parties have engaged in further discussions regarding the extension of the Outside Cash Collateral Date;

WHEREAS, the Parties have reached an agreement to further extend the Outside Cash Collateral Date as set forth below.

NOW, THEREFORE, in consideration of the mutual promises herein and for other valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties stipulate and agree as follows:

1. The "<u>Outside Cash Collateral Date</u>" for Zohar II and Zohar III is extended to May 31, 2022.

2. The Debtors shall transfer $3,200,000 from Zohar II's Monetization Proceeds Account) to Zohar II's Designated Account.

3. The execution, delivery and effectiveness of this Agreement shall not operate as a waiver of any right, power or remedy of the Indenture Trustee or any Controlling Secured Party under the DIP/CC Order, the Indentures or any other document, instrument or agreement

29347996.1

executed in connection therewith, nor constitute a waiver of any provision contained therein, except as specifically set forth herein.

4. This Agreement may be executed in any number of counterparts, all of which taken together shall constitute one and the same agreement, and any of the Parties may execute this Agreement by signing any such counterpart. Delivery of an executed counterpart of a signature page of this Agreement by telecopy or other electronic imaging means (e.g. "pdf" or "tif") shall be effective as delivery of a manually executed counterpart of this Agreement.

*[SIGNATURE PAGES FOLLOW]*

29347996.1

Dated: June 8, 2022

| | |
|---|---|
| **Cadwalader, Wickersham &Taft LLP** | **Arnold & Porter Kaye Scholer LLP** |
| */s/ Ingrid Bagby* | */s/ Brian J. Lohan* |
| Ingrid Bagby | Brian J. Lohan |
| 20 Liberty Street | 70 West Madison Street Suite 4200 |
| New York, NY 10281 | Chicago, Illinois 60602-4231 |
| *Counsel to MBIA* | *Counsel to the Zohar III Controlling Class* |

**Young Conaway Stargatt & Taylor, LLP**

*/s/ Ryan M. Bartley*
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

*Counsel to the Debtors*

**CONSENTED TO,** by U.S. Bank, N.A., as Indenture Trustee under the applicable Indentures, solely with respect to Paragraph 1.

**Pashman Stein Walder Hayden, P.C.**

*/s/ John W. Weiss*
John W. Weiss
Bell Works
101 Crawfords Corner Road, Suite 402
Holmdel, NJ 07733

*Counsel to U.S. Bank, N.A., as Indenture Trustee*

29347996.1

[Signature Page to Stipulation and Agreement Among the Controlling Secured Parties and the Debtors Regarding Outside Cash Collateral Date]