# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>              Debtors. | ) Chapter 11<br>)<br>) Case No. 18-10512 (KBO)<br>)<br>) Jointly Administered<br>)<br>) **Objection Deadline: June 24, 2022 at 4:00 p.m. (ET)**<br>) |

**FIFTY-FIRST MONTHLY APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MAY 1, 2022 THROUGH MAY 31, 2022**

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Effective Date of Retention: | March 11, 2018 |
| Period for which compensation and reimbursement is sought: | May 1, 2022 through May 31, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary: | $895,200.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $46,631.04 |

This is an: _X_ monthly ___ final application

This monthly application includes 5.90 hours with a value of $4,828.00 incurred in connection with the preparation of Fee Applications.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29434062.1

**Prior applications**:

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 6/15/18; 307 | 3/11/18 - 3/31/18 | $649,930.00 | $26,350.80 | $649,930.00 | $20,215.47[1] |
| 6/15/18; 308 | 4/1/18 – 4/30/18 | $1,288,547.00 | $80,984.57 | $1,288,547.00 | $80,984.57 |
| 7/3/18; 351 | 5/1/18 – 5/31/18 | $537,429.50 | $32,753.19 | $537,429.50 | $32,753.19 |
| 7/18/18; 372 | 6/1/18 – 6/30/18 | $499,858.00 | $6,676.03 | $499,858.00 | $6,676.03 |
| 8/17/18; 426 | 7/1/18 – 7/31/18 | $587,497.50 | $5,188.86 | $587,497.50 | $5,188.86 |
| 9/21/18; 458 | 8/1/18 – 8/31/18 | $484,537.50 | $85,325.72 | $483,978.00[2] | $85,253.22[3] |
| 10/24/18; 484 | 9/1/18 – 9/30/18 | $533,640.00 | $159,746.48 | $533,640.00 | $159,746.48 |
| 10/31/18; 512 | 10/1/18 – 10/31/18 | $573,819.50 | $49,925.68 | $573,819.50 | $49,925.68 |
| 12/17/18; 597 | 11/1/18 – 11/30/18 | $828,398.50 | $24,485.46 | $828,398.50 | $24,485.46 |
| 1/24/19; 630 | 12/1/18 – 12/31/18 | $411,369.00 | $12,508.55 | $411,369.00 | $12,508.55 |
| 2/15/19; 675 | 1/1/19 – 1/31/19 | $571,914.00 | $8,855.51 | $571,914.00 | $8,855.51 |
| 3/7/19; 703 | 2/1/19 – 2/28/19 | $536,463.00 | $14,280.79 | $536,463.00 | $14,280.79 |
| 4/18/19; 739 | 3/1/19 – 3/31/19 | $558,449.50 | $8,260.88 | $558,239.50[4] | $8,260.88 |
| 5/9/19; 756 | 4/1/19 – 4/30/19 | $869,221.50 | $9,112.55 | $869,221.50 | $8,662.55[5] |
| 6/12/19; 774 | 5/1/19 – 5/31/19 | $1,097,511.50 | $18,464.15 | $1,097,511.50 | $18,464.15 |
| 7/12/19; 812 | 6/1/19 – 6/30/19 | $792,045.00 | 13,408.69 | $788,278.00[6] | 13,408.69 |
| 8/9/19; 843 | 7/1/19 – 7/31/19 | $1,144,435.00 | $22,295.21 | $1,144,435.00 | $22,295.21 |
| 9/6/19; 910 | 8/1/19 – 8/31/19 | $868,177.00 | $30,227.39 | $864,410.00 | $29,874.39[7] |
| 10/10/19; 994 | 9/1/19 – 9/30/19 | $712,557.00 | $16,210.83 | $712,557.00 | $16,210.83 |
| 11/13/19; 1076 | 10/1/19 – 10/31/19 | $1,370,974.50 | $42,728.98 | $1,370,974.50 | $42,728.98 |
| 12/6/19; 1111 | 11/1/19 – 11/30/19 | $824,566.00 | $34,393.19 | $823,553.50[8] | $30,902.38[9] |
| 1/10/20; 1255 | 12/1/19 – 12/31/19 | $1,390,241.00 | $29,014.91 | $1,390,241.00 | $29,014.91 |
| 2/14/20; 1414 | 1/1/20 – 1/31/20 | $1,525,546.00 | $45,192.73 | $1,525,546.00 | $45,192.73 |
| 3/11/20; 1480 | 2/1/20 – 2/29/20 | $1,849,134.50 | $159,413.35 | $1,844,134.50[10] | $159,413.35 |
| 4/8/20; 1567 | 3/1/20 – 3/31/20 | $1,159,078.50 | $62,109.66 | $1,159,078.50 | $62,109.66 |
| 5/11/20; 1659 | 4/1/20 – 4/30/20 | $1,038,790.50 | $21,793.95 | $1,038,790.50 | $21,793.95 |
| 6/5/20; 1675 | 5/1/20 – 5/31/20 | $726,415.50 | $18,510.54 | $719,756.50[11] | $18,510.54 |
| 7/9/20; 1767 | 6/1/20 – 6/30/20 | $767,317.00 | $22,785.14 | $767,317.00 | $22,785.14 |
| 8/10/20; 1873 | 7/1/20 – 7/31/20 | $749,002.00 | $22,941.62 | $749,002.00 | $22,941.62 |
| 9/4/20; 1919 | 8/1/20 – 8/31/20 | $637,688.50 | $24,759.25 | $635,563.50[12] | $24,294.75[13] |
| 10/12/20; 1994 | 9/1/20 – 9/30/20 | $829,058.50 | $24,395.72 | $829,058.50 | $24,395.72 |
| 11/11/20; 2108 | 10/1/20 – 10/31/20 | $1,129,670.00 | $55,320.45 | $1,129,670.00 | $55,320.45 |

---

[1] Expenses were reduced by $6,135.33 per the Fee Examiner's Report [Docket No. 406].
[2] Fees were reduced by $559.50 per the Fee Examiner's Report [Docket No. 577].
[3] Expenses were reduced by $72.50 per the Fee Examiner's Report [Docket No. 577].
[4] Fees were reduced by $210.00 per the Fee Examiner's Report [Docket No. 800].
[5] Expenses were reduced by $450.00 per the Fee Examiner's Report [Docket No. 800].
[6] Fees were reduced by $3,767.00 per the Fee Examiner's Report [Docket No. 950].
[7] Expenses were reduced by $353.00 per the Fee Examiner's Report [Docket No. 950].
[8] Fees were reduced by $1,012.50 per the Fee Examiner's Report [Docket No. 1203].
[9] Expenses were reduced by $3,490.81 per the Fee Examiner's Report [Docket N. 1203].
[10] Fees were reduced by $5,000.00 per the Fee Examiner's Report [Docket No. 1543].
[11] Fees were reduced by $6,659.00 per the Fee Examiner's Report [Docket No. 1695].
[12] Fees were reduced by $2,125.00 per the Fee Examiner's Report [Docket No. 1952].
[13] Expenses were reduced by $464.50 per the Fee Examiner's Report [Docket No. 1952].

| | | | | | |
|---|---|---|---|---|---|
| 12/4/20; 2154 | 11/1/20 – 11/30/20 | $786,423.50 | $30,649.69 | $779,551.00[14] | $30,649.69 |
| 1/8/21; 2248 | 12/1/20 – 12/31/20 | $629,711.00 | $92,994.52 | $629,711.00 | $92,994.52 |
| 2/5/21; 2307 | 1/1/21 – 1/31/21 | $1,119,547.00 | $39,982.19 | $1,119,547.00 | $39,982.19 |
| 3/5/21; 2365 | 2/1/21 – 2/28/21 | $745,096.50 | $58,082.08 | $741,895.00[15] | $58,082.08 |
| 4/16/21; 2504 | 3/1/21 – 3/31/21 | $1,151,831.00 | $83,987.76 | $1,151,831.00 | $83,987.76 |
| 5/7/21; 2559 | 4/1/21 – 4/30/21 | $1,361,405.50 | $110,775.71 | $1,361,405.50 | $110,775.71 |
| 6/7/21; 2608 | 5/1/21 – 5/31/21 | $594,747.50 | $73,380.88 | $590,285.50[16] | $73,380.88 |
| 7/8/21; 2662 | 6/1/21 – 6/30/21 | $811,999.00 | $45,510.55 | $811,999.00 | $45,510.55 |
| 8/9/21; 2737 | 7/1/31 – 7/31/21 | $574,215.50 | $33,072.59 | $574,215.50 | $33,072.59 |
| 9/7/21; 2792 | 8/1/21 – 8/31/21 | $1,004,860.00 | $46,723.87 | $1,000,991.50[17] | $46,423.87[18] |
| 10/8/21; 2839 | 9/1/21 – 9/30/21 | $1,130,024.50 | $72,895.68 | $1,130,024.50 | $72,895.68 |
| 11/9/21; 2910 | 10/1/21 – 10/31/21 | $1,197,647.00 | $238,247.36 | $1,197,647.00 | $238,247.36 |
| 12/7/21; 2942 | 11/1/21 – 11/30/21 | $1,498,418.50 | $240,114.25 | $1,490,441.50[19] | $239,493.75[20] |
| 1/10/22; 2989 | 12/1/21 – 12/31/21 | $893,800.50 | $114,620.29 | $893,800.50 | $114,620.29 |
| 2/7/22; 3056 | 1/1/22 – 1/31/22 | $1,347,021.00 | $59,628.49 | $1,347,021.00 | $59,628.49 |
| 3/4/22; 3134 | 2/1/22 – 2/28/22 | $1,171,781.00 | $52,281.18 | $1,168,350.50[21] | $50,955.62[22] |
| 4/8/22; 3248 | 3/1/22 – 3/31/22 | $877,918.00 | $44,312.56 | PENDING | PENDING |
| 5/9/22; 3306 | 4/1/22 – 4/30/22 | $717,823.50 | $36,918.80 | PENDING | PENDING |
| **Total** | | **$45,157,553.00** | **$2,662,599.28** | **$43,494,247.50** | **$2,561,774.17** |

---

[14] Fees were reduced by $6,872.50 per the Fee Examiner's Report [Docket No. 2208].
[15] Fees were reduced by $3,201.50 per the Fee Examiner's Report [Docket No. 2379].
[16] Fees were reduced by $4,462.00 per the Fee Examiner's Report [Docket No. 2652].
[17] Fees were reduced by $3,868.50 per the Fee Examiner's Report [Docket No. 2813].
[18] Expenses were reduced by $300.00 per the Fee Examiner's Report [Docket No. 2813].
[19] Fees were reduced by $7,977.00 per the Fee Examiner's Report [Docket No. 2956].
[20] Expenses were reduced by $620.50 per the Fee Examiner's Report [Docket No. 2956].
[21] Fees were reduced by $3,430.50 per the Fee Examiner's Report [Docket No. 3168].
[22] Expenses were reduced by $1,325.56 per the Fee Examiner's Report [Docket No. 3168].

**COMPENSATION BY INDIVIDUAL**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Robert S. Brady | Partner since 1998. Joined firm as associate in 1990. Member of DE Bar since 1990. | $1,160.00 | 23.60 | $27,376.00 |
| C. Barr Flinn | Joined firm as Partner since 2000. Member of NY Bar since 1993 and DE Bar since 2001. | $1,160.00 | 3.50 | $4,060.00 |
| Craig D. Grear | Partner since 2000. Joined firm as associate in 1996. Member of DE Bar since 1996. | $1,150.00 | 7.10 | $8,165.00 |
| James P. Hughes | Partner since 2002. Joined firm as associate in 1992. Member of DE Bar since 1992. | $1,150.00 | 13.50 | $15,525.00 |
| Michael R. Nestor | Partner since 2003. Joined firm as associate in 1998. Member of PA and NJ Bars since 1995. Member of DE Bar since 1996. | $1,105.00 | 105.00 | $116,025.00 |
| Joseph M. Barry | Partner since 2009. Joined firm as associate in 2001. Member of NY Bar since 2001 and DE Bar since 2002. | $955.00 | 119.90 | $114,504.50 |
| Michael S. Neiburg | Partner since 2019. Joined firm as associate in 2008. Member of DE Bar since 2009. | $800.00 | 56.30 | $45,040.00 |
| Ryan M. Bartley | Partner since 2018. Joined firm as associate in 2007. Member of DE Bar since 2007. | $795.00 | 185.40 | $147,393.00 |
| Emily V. Burton | Partner since 2018. Joined firm as associate in 2008. Member of DE Bar since 2008. | $795.00 | 21.30 | $16,933.50 |
| Robert F. Poppiti | Partner since 2018. Joined firm as associate in 2007. Member of DE Bar since 2007 and NY Bar since 2015. | $795.00 | 137.60 | $109,392.00 |
| Allurie R. Kephart | Partner since 2022. Joined firm as associate in 2017. Member of DE Bar since 2012. | $700.00 | 57.50 | $40,250.00 |
| Elisabeth S. Justison | Joined firm as associate in 2013. Member of DE Bar since 2013. | $650.00 | 31.40 | $20,410.00 |
| Shane M. Reil | Joined firm as associate in 2015. Member of DE Bar since 2015. | $625.00 | 90.60 | $56,625.00 |

29434062.1

| | | | | |
|---|---|---|---|---|
| Lauren McCrery | Joined firm as associate in 2021. Member of DE Bar since 2012. | $575.00 | 3.90 | $2,242.50 |
| Tara C. Pakrouh | Joined firm as associate in 2017. Member of DE Bar since 2015. | $550.00 | 86.20 | $47,410.00 |
| Alberto E. Chavez | Joined firm as associate in 2019. Member of MA and NH Bars since 2016 and DE Bar since 2017. | $535.00 | 6.00 | $3,210.00 |
| Katelin A. Morales | Joined firm as associate in 2021. Member of NJ and NY Bars since 2017 and DE Bar since 2019. | $535.00 | 58.60 | $31,351.00 |
| Roxanne M. Eastes | Joined firm as associate in 2020. Member of DE Bar since 2019 and NY Bar since 2020. | $500.00 | 25.30 | $12,650.00 |
| Christopher M. Lambe | Joined firm as associate in 2020. Member of PA Bar since 1998. Member of DE Bar since 2021. | $500.00 | 32.50 | $16,250.00 |
| Jared W. Kochenash | Joined firm as associate in 2018. Member of DE Bar since 2018. | $500.00 | 2.40 | $1,200.00 |
| Joshua Brooks | Joined firm as associate in 2020. Member of MD Bar since 2020 and DE Bar since 2021. | $450.00 | 27.80 | $12,510.00 |
| Michael A. Carbonara | Joined firm as associate in 2021. Member of DE Bar since 2021. | $400.00 | 50.80 | $20,320.00 |
| Candyce Fowle | Paralegal | $335.00 | 4.50 | $1,507.50 |
| Kristen Hellstern | Paralegal | $335.00 | 5.30 | $1,775.50 |
| Chad Corazza | Paralegal | $325.00 | 68.60 | $22,295.00 |
| Emily W. Hockenberger | Paralegal | $300.00 | 2.60 | $780.00 |
| **Grand Total:** | | | **1,227.20** | **$895,200.50** |
| **Blended Rate:** | | **$738.96** | | |

29434062.1

2

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---:|---:|
| Case Administration (B001) | 8.90 | $3,720.50 |
| Court Hearings (B002) | 16.60 | $9,819.00 |
| Cash Collateral/DIP Financing (B003) | 1.90 | $1,181.50 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 4.10 | $1,932.50 |
| Use, Sale or Lease of Property (363 Issues) (B006) | 7.80 | $5,627.00 |
| Claims Analysis, Objections and Resolutions (B007) | 62.10 | $46,194.50 |
| Meetings (B008) | 18.00 | $16,035.50 |
| Other Adversary Proceeding (B011) | 493.20 | $326,712.00 |
| Plan and Disclosure Statement (B012) | 313.80 | $239,760.50 |
| Creditor Inquiries (B013) | 0.10 | $62.50 |
| General Corporate Matters (B014) | 45.40 | $44,922.00 |
| Asset Analysis (B016) | 52.00 | $43,888.00 |
| Retention of Professionals/Fee Issues (B017) | 6.00 | $2,400.00 |
| Fee Application Preparation (B018) | 5.90 | $4,828.00 |
| Travel (B019) | 1.10 | $789.50 |
| MD Helicopter (B683) | 190.20 | $147,295.00 |
| Dura Bankruptcy (B834) | 0.10 | $32.50 |
| **TOTALS** | **1,227.20** | **$895,200.50** |

## EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses |
|---|---|
| Air/Rail Travel | $311.00 |
| Car/Bus/Subway Travel | $426.03 |
| Computerized Legal Research | $2,676.00 |
| Corporation Service Co. – Entity Search/Doc Retr | $165.00 |
| Delivery/Courier | $43.50 |
| Deposition/Transcript | $174.00 |
| Docket Retrieval/Search | $464.90 |
| Federal Express | $130.69 |
| Filing Fee | $287.50 |
| Outside Litigation Support | $38,627.56 |
| Parking | $12.00 |
| Postage | $174.28 |
| Reproduction Charges | $1,647.30 |
| Teleconference/Video Conference | $164.24 |
| Working Meals | $1,327.04 |
| **TOTAL DISBURSEMENTS** | **$46,631.04** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>             Debtors. | ) Chapter 11<br>)<br>) Case No. 18-10512 (KBO)<br>)<br>) Jointly Administered<br>)<br>) **Objection Deadline: June 24, 2022 at 4:00 p.m. (ET)**<br>) |

**FIFTY-FIRST MONTHLY APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MAY 1, 2022 THROUGH MAY 31, 2022**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in accordance with that certain *Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors, Nunc Pro Tunc to the Petition Date* [Docket No. 239] (the "Retention Order") and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 293] (the "Interim Compensation Order"), the law firm of Young Conaway Stargatt & Taylor, LLP (hereinafter "YCS&T") hereby moves this Court for reasonable compensation for professional legal services rendered as counsel to the above-captioned debtors and debtors-in-possession (collectively the "Debtors") in the amount of $895,200.50, together with reimbursement for actual and necessary expenses incurred in the amount

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29434062.1

of $46,631.04, for the period commencing May 1, 2022 through and including May 31, 2022 (the "Fee Period"). In support of its Application, YCS&T respectfully represents as follows:

1. Pursuant to the Retention Order, YCS&T was employed to represent the Debtors as bankruptcy counsel in connection with these chapter 11 cases, *nunc pro tunc* to March 11, 2018. The Retention Order authorized YCS&T to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2. All services for which compensation is requested by YCS&T were performed for or on behalf of the Debtors.

### SUMMARY OF SERVICES RENDERED

3. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Fee Period showing the amount of $895,200.50 due for fees.

4. The services rendered by YCS&T during the Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

### DISBURSEMENTS

5. YCS&T has incurred disbursements during the Fee Period in the amount of $46,631.04. Attached hereto as Exhibit B is a detailed statement of expenses paid during the Fee Period. This disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other

29434062.1

2

overtime. A complete review by category of the expenses incurred for the Fee Period may be found attached hereto as Exhibit B. To the extent such itemization is insufficient to satisfy the requirements of Rule 2016-2(e)(ii) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), YCS&T respectfully requests that the Court waive strict compliance with such Local Rule.

6. Costs incurred for overtime and computer assisted research are not included in YCS&T's normal hourly billing rates and, therefore, are itemized and included in YCS&T's disbursements. Pursuant to Local Rule 2016-2, YCS&T represents that its rate for duplication is $.10 per page for black and white copies and $.80 per page for color copies, its effective rate for outgoing telecopier transmissions is $.25 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions, and there is no surcharge for computerized research. The effective telecopier rate charged by YCST is considerably lower than the rate customarily charged by the firm to its non-bankruptcy clients.

## VALUATION OF SERVICES

7. Attorneys and paraprofessionals of YCS&T have expended a total of 1,227.20 hours in connection with this matter during the Fee Period.

8. The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are YCS&T's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by YCS&T for the Fee Period as counsel for the Debtors in these cases is $895,200.50.

9. YCS&T believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

29434062.1

3

10. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11.

11. This Application covers the Fee Period May 1, 2022 through and including May 31, 2022. YCS&T has and will continue to perform additional necessary services subsequent to May 31, 2022, for which YCS&T will file subsequent fee applications.

## CONCLUSION

WHEREFORE, YCS&T requests that allowance be made to it in the sum of $895,200.50 as compensation for necessary professional services rendered to the Debtors for the Fee Period, and the sum of $46,631.04 for reimbursement of actual necessary costs and expenses

*[Remainder of page intentionally left blank]*

29434062.1

incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

| | |
|---|---|
| Dated: June 9, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Michael R. Nestor*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>      rbrady@ycst.com<br>      mnestor@ycst.com<br>      jbarry@ycst.com<br>      rbartley@ycst.com<br>      sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

## **CERTIFICATION**

I, Michael R. Nestor, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

1. I am a Partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP, and have been admitted to the bar of the Supreme Court of Delaware since 1996.

2. I have personally performed many of the legal services rendered by Young Conaway Stargatt & Taylor, LLP, as counsel for the Debtors, and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Dated: June 9, 2022        */s/ Michael R. Nestor*
                        MICHAEL R. NESTOR

29434062.1