IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: June 27, 2022 at 4:00 p.m. (ET)**<br>**Hearing Date: TBD** |

## SIXTEENTH INTERIM FEE APPLICATION OF DEBTORS' PROFESSIONALS

TO:  (A) THE DEBTORS; (B) COUNSEL TO THE PATRIARCH ENTITIES; (C) COUNSEL TO U.S. BANK, AS INDENTURE TRUSTEE; (D) COUNSEL TO MBIA INSURANCE COMPANY; (E) COUNSEL TO CERTAIN HOLDERS OF NOTES ISSUED BY ZOHAR III, LIMITED; AND (F) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE

**PLEASE TAKE NOTICE** that, pursuant to that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 293] (the "Interim Compensation Order"), certain professionals retained by Zohar III, Corp. and its above-captioned affiliated debtors and debtors in possession (the "Debtors") and the Court appointed fee examiner hereby apply for interim quarterly allowance of compensation and reimbursement of expenses (the "Sixteenth Interim Application") for all monthly fee applications filed for the period from March 1, 2022 through and including May 31, 2022 for Young Conaway Stargatt & Taylor, LLP, February 1, 2022 through and including April 30, 2022 for KPMG LLP, and January 1, 2022 through and including April 30, 2022 for Direct Fee Review LLC. Summaries of the fees and expenses subject to this Sixteenth Interim Application are annexed hereto and set forth in the monthly fee applications previously filed with the Court. Pursuant to the Interim

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29443330.1

Compensation Order, the Debtors were previously authorized to pay on an interim basis 80% of the amount of compensation requested and 100% of the amount requested for reimbursement of expenses without further order from the Court upon the expiration of a 15-day objection period.

**PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS, IF ANY, TO THE SIXTEENTH INTERIM APPLICATION ARE REQUIRED TO BE FILED AND SERVED ON THE AFFECTED PROFESSIONAL AND THE PARTIES SET FORTH IN THE INTERIM COMPENSATION ORDER ON OR BEFORE <u>JUNE 27, 2022 AT 4:00 P.M. (ET)</u>.**

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Sixteenth Interim Application will be held before the Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 on **<u>A DATE AND TIME TO BE DETERMINED.</u>**

| | |
|---|---|
| Dated: June 10, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br><u>/s/ Michael R. Nestor</u><br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>         rbrady@ycst.com<br>         mnestor@ycst.com<br>         jbarry@ycst.com<br>         rbartley@ycst.com<br>         sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

29443330.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
| Debtors. | ) Jointly Administered |

## SIXTEENTH INTERIM FEE APPLICATION OF
## YOUNG CONAWAY STARGATT & TAYLOR, LLP

Name of Applicant:                                      Young Conaway Stargatt & Taylor, LLP

Authorized to Provide Professional Services as:         Counsel to Debtors

Effective Date of Retention:                            March 11, 2018

Period for Which Compensation                           March 1, 2022 through and including
and Reimbursement is Sought:                            May 31, 2022

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Authorized to be Paid (80%) | Amount of Expenses Authorized to be Paid (100%) | Amount of Holdback of Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 4/8/22 No. 3248 | 3/1/22 – 3/31/22 | $877,918.00 | $44,312.56 | 4/26/22 No. 3284 | $702,334.40 | $44,312.56 | $175,583.60 |
| 5/9/22 No. 3306 | 4/1/22 – 4/30/22 | $717,823.50 | $36,918.80 | 5/25/22 No. 3358 | $574,258.80 | $36,918.80 | $143,564.70 |
| 6/9/22 No. 3375 | 5/1/22 – 5/31/22 | $895,200.50 | $46,631.04 | TBD No. TBD | $716,160.40[2] | $46,631.04[3] | $179,040.10[4] |
|  | TOTALS | $2,490,942.00 | $127,862.40 |  | $1,992,753.60 | $127,862.40 | $498,188.40 |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Provided no objections are filed and pending the filing of a certificate of no objection.

[3] Provided no objections are filed and pending the filing of a certificate of no objection.

[4] Provided no objections are filed and pending the filing of a certificate of no objection.

29443330.1

**SUPPLEMENT TO SIXTEENTH INTERIM FEE APPLICATION
OF YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm") hereby supplements the Sixteenth Interim Application for the period from March 1, 2022 through May 31, 2022 (the "Application Period") by attaching certain schedules requested by the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"). In addition, Young Conaway respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

a. During the Application Period, Young Conaway did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

b. The fees sought by Young Conaway in the Sixteenth Interim Application are not more than ten percent (10%) higher than the fees budgeted pursuant to the budget agreed to by Young Conaway and the Debtors.

c. The professionals of the Firm included in the Sixteenth Interim Application did not vary their hourly rate based on the geographic location of the bankruptcy case.

d. The Sixteenth Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

e. The Application Period includes approximately 13.10 hours with a value of $13,494.50 spent by Young Conaway to ensure that the time entries subject to the Sixteenth Interim Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information. This review and any

29443330.1

revisions associated therewith are a necessary component of Young Conaway's preparation of each monthly fee application.

f.   This Application does not include rate increases.

Dated: June 10, 2022
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael R. Nestor*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
       rbrady@ycst.com
       mnestor@ycst.com
       jbarry@ycst.com
       rbartley@ycst.com
       sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*

# CUSTOMARY AND COMPARABLE
# COMPENSATION DISCLOSURES

Young Conaway's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by similarly skilled bankruptcy attorneys. In addition, Young Conaway's hourly rates for bankruptcy services are comparable to the rates charged by the Firm for other complex corporate and litigation matters. The rates charged by the Firm for the services performed in the prior calendar year in the practice areas that are comparable to the services performed by the Bankruptcy and Corporate Restructuring section – namely, Corporate Counseling and Litigation, Business Planning, and Intellectual Property Litigation -are set forth below. Also included below is 2021 blended hourly rate information for all sections of the Firm, excluding the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

| Category of Timekeeper | 2021 Blended Hourly Rate | | |
|---|---|---|---|
| | **Billed** In comparable practice areas for preceding calendar year[1] | **Billed** Firm-wide for preceding calendar year[2] | **Billed** This Application |
| Partner | $800 | $760 | $873 |
| Counsel | $648 | $588 | $675 |
| Associate | $452 | $445 | $542 |
| Paralegal | $284 | $199 | $325 |
| **Aggregated:** | $580 | $549 | |

---

[1] This column reflects the blended 2021 rates charged by the firm for complex corporate and litigation matters in the following sections of the firm: Corporate Counseling and Litigation, Business Planning, and Intellectual Property Litigation.

[2] This column excludes blended hourly rates for the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

29443330.1

**SUMMARY OF TIMEKEEPERS INCLUDED**
**IN THE SIXTEENTH INTERIM APPLICATION**

| Name | Title | Department | Date of First Admission | Hours Billed in the Application Period | Fees Billed in the Application Period | Hourly Rate Billed in the Application Period |
|---|---|---|---|---|---|---|
| Robert S. Brady | Partner | Bankruptcy | 1990 | 53.20 | $61,712.00 | $1,160.00 |
| C. Barr Flinn | Partner | Corporate | 1993 | 6.80 | $7,888.00 | $1,160.00 |
| Craig D. Grear | Partner | Business Planning & Tax | 1996 | 55.20 | $63,480.00 | $1,150.00 |
| James P. Hughes | Partner | Business Planning & Tax | 1992 | 14.30 | $16,445.00 | $1,150.00 |
| Michael R. Nestor | Partner | Bankruptcy | 1995 | 334.30 | $369,401.50 | $1,105.00 |
| Joseph M. Barry | Partner | Bankruptcy | 2001 | 292.10 | $278,955.50 | $955.00 |
| Michael S. Neiburg | Partner | Bankruptcy | 2008 | 132.10 | $105,680.00 | $800.00 |
| Ryan M. Bartley | Partner | Bankruptcy | 2007 | 532.00 | $422,940.00 | $795.00 |
| Emily V. Burton | Partner | Corporate | 2008 | 24.80 | $19,716.00 | $795.00 |
| Robert F. Poppiti | Partner | Bankruptcy | 2007 | 461.90 | $367,210.50 | $795.00 |
| Allurie R. Kephart | Partner | Business Planning & Tax | 2012 | 286.80 | $200,760.00 | $700.00 |
| Justin P. Duda | Counsel | Bankruptcy | 2010 | 4.00 | $2,700.00 | $675.00 |
| Elisabeth S. Justison | Associate | Bankruptcy | 2013 | 85.60 | $55,640.00 | $650.00 |
| Shane M. Reil | Associate | Bankruptcy | 2015 | 209.00 | $130,625.00 | $625.00 |
| Lauren McCreary | Associate | Business Planning & Tax | 2012 | 6.00 | $3,450.00 | $575.00 |
| Tara C. Pakrouh | Associate | Bankruptcy | 2015 | 142.50 | $78,375.00 | $550.00 |
| Alberto E. Chavez | Associate | Corporate | 2016 | 6.00 | $3,210.00 | $535.00 |
| Katelin A. Morales | Associate | Bankruptcy | 2017 | 135.30 | $72,385.50 | $535.00 |
| Roxanne M. Eastes | Associate | Bankruptcy | 2019 | 91.80 | $45,900.00 | $500.00 |
| Jared W. Kochenash | Associate | Bankruptcy | 2018 | 15.10 | $7,550.0 | $500.00 |
| Christopher M. Lambe | Associate | Bankruptcy | 1998 | 67.20 | $33,600.0 | $500.00 |
| Joshua B. Brooks | Associate | Bankruptcy | 2020 | 95.90 | $43,155.00 | $450.00 |
| Michael A. Carbonara | Associate | Corporate | 2021 | 50.80 | $20,320.00 | $400.00 |
| Sarah M. Hand | Associate | Business Planning & Tax | 2021 | 2.10 | $840.00 | $400.00 |

29443330.1

| Name | Title | Department | Date of First Admission | Hours Billed in the Application Period | Fees Billed in the Application Period | Hourly Rate Billed in the Application Period |
|---|---|---|---|---|---|---|
| Edwin Leon | Associate | Bankruptcy | N/A | 20.30 | $8,120.00 | $400.00 |
| Candyce Fowle | Paralegal | Corporate | N/A | 4.50 | $1,507.50 | $335.00 |
| Kristen Hellstern | Paralegal | Corporate | N/A | 5.30 | $1,775.50 | $335.00 |
| Troy Bollman | Paralegal | Bankruptcy | N/A | 4.20 | $1,365.00 | $325.00 |
| Chad Corazza | Paralegal | Bankruptcy | N/A | 201.40 | $65,455.00 | $325.00 |
| Emily W. Hockenberger | Paralegal | Corporate | N/A | 2.60 | $780.00 | $300.00 |
| **Totals** | | | | **3,343.10** | **$2,490,942.00** | |

29443330.1

**BUDGET AND STAFFING PLAN**

| Professional | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice |
|---|---|
| Robert S. Brady | Partner since 1998. Joined firm as an associate in 1990. Member of DE Bar since 1990. |
| C. Barr Flinn | Joined firm as partner in 2000. Member of NY Bar since 1993 and DE Bar since 2001. |
| Michael R. Nestor | Partner since 2003. Joined firm as an associate in 1998. Member of PA and NJ Bars since 1995. Member of DE Bar since 1996. |
| Joseph M. Barry | Partner since 2009. Joined firm as an associate in 2001. Member of NY Bar since 2001 and DE Bar since 2002. |
| Ryan M. Bartley | Partner since 2018. Joined firm as an associate in 2007. Member of DE Bar since 2007. |
| Emily V. Burton | Partner since 2018. Joined firm as an associate in 2008. Member of DE Bar since 2008. |
| Michael S. Neiburg | Partner since 2019. Joined firm as an associate in 2008. Member of DE Bar since 2009. |
| Allurie R. Kephart | Partner since 2021. Joined firm as an associate in 2017. Member of DE Bar since 2012. |
| Shane M. Reil | Joined firm as an associate in 2015. Member of DE Bar since 2015. |
| Tara C. Pakrouh | Joined firm as an associate in 2017. Member of DE Bar since 2015. |
| Albert E. Chavez | Joined firm as an associate 2019. Member of MA and NH Bars since 2016 and DE Bar since 2017. |
| Roxanne Eastes | Joined firm as an associate in 2020. Member of DE Bar since 2019 and NY Bar since 2020. |
| Chad Corazza | Paralegal |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budgeted Period | Average Hourly Rate |
|---|---|---|
| Partner | 8 | $933.13 |
| Associate (5 or more years since first admission) | 3 | $570.00 |
| Associate (less than 4 years since first admission) | 1 | $500.00 |
| Paralegal | 1 | $325.00 |

| March | April | May | Total |
|---|---|---|---|
| Fees: $949,000.00 | Fees: $900,000.00 | Fees: $950,000.00 | $2,799,000.00 |

| | Project Category | Budgeted Hours | Budgeted Fees | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| B001 | Case Administration | 37.50 | $28,000.00 | 31.00 | $13,302.00 |
| B002 | Court Hearing | 112.50 | $84,000.00 | 58.90 | $29,938.50 |
| B003 | Cash Collateral/DIP Financing | 75.00 | $56,000.00 | 13.10 | $9,213.00 |
| B004 | Schedules & Statements, U.S. Trustee Reports | 37.50 | $28,000.00 | 8.50 | $4,022.50 |
| B005 | Lease/Executory Contract Issues | 0.00 | $0.00 | 0.00 | $0.00 |
| B006 | Use, Sale or Lease of Property | 187.50 | $140,000.00 | 118.50 | $97,516.50 |
| B007 | Claims Analysis, Objections & Resolutions | 187.50 | $140,000.00 | 225.00 | $149,940.50 |
| B008 | Meetings | 75.00 | $56,000.00 | 66.80 | $60,032.00 |
| B009 | Stay Relief Matters | 112.50 | $84,000.00 | 0.40 | $250.00 |
| B010 | Reclamation Claims and Adversaries | 0.00 | $0.00 | 0.00 | $0.00 |
| B011 | Other Adversary Proceedings | 487.50 | $363,000.00 | 912.90 | $624,866.00 |
| B012 | Plan and Disclosure Statement | 562.50 | $420,000.00 | 697.10 | $520,418.50 |
| B013 | Creditor Inquiries | 187.50 | $140,000.00 | 0.30 | $221.50 |
| B014 | General Corporate Matters | 300.00 | $224,000.00 | 90.90 | $85,903.00 |
| B015 | Employee Matters | 0.00 | $0.00 | 0.00 | $0.00 |
| B016 | Asset Analysis | 562.50 | $420,000.00 | 542.60 | $451,001.50 |
| B017 | Retention of Professionals/Fee Issues | 187.50 | $140,000.00 | 32.20 | $14,195.50 |
| B018 | Fee Application Preparation | 75.00 | $56,000.00 | 27.40 | $20,674.00 |
| B019 | Travel | 0.00 | $0.00 | 7.70 | $6,873.50 |
| B683 | MD Helicopters | 562.50 | $420,000.00 | 508.90 | $402,071.00 |
| B834 | Dura Bankruptcy | 0.00 | $0.00 | 0.90 | $502.50 |
| | **Totals** | **3749.00** | **$2,799,000.00** | **3,343.10** | **$2,490,942.00** |

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

| Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| Case Administration (B001) | 31.00 | $13,302.00 |
| Court Hearings (B002) | 58.90 | $29,938.50 |
| Cash Collateral/DIP Financing (B003) | 13.10 | $9,213.00 |
| Schedules, Statements, U.S. Trustee Reports (B004) | 8.50 | $4,022.50 |
| Use, Sale or Lease of Property (363 Issues) (B006) | 118.50 | $97,516.50 |
| Claims Analysis, Objections and Resolutions (B007) | 225.00 | $149,940.50 |
| Meetings (B008) | 66.80 | $60,032.00 |
| Stay Relief Matters (B009) | 0.40 | $250.00 |
| Other Adversary Proceeding (B011) | 912.90 | $624,866.00 |
| Plan and Disclosure Statement (B012) | 697.10 | $520,418.50 |
| Creditor Inquiries (B013) | 0.30 | $221.50 |
| General Corporate Matters (B014) | 90.90 | $85,903.00 |
| Asset Analysis (B016) | 542.60 | $451,001.50 |
| Retention of Professionals/Fee Issues (B017) | 32.20 | $14,195.50 |
| Fee Application Preparation (B018) | 27.40 | $20,674.00 |
| Travel (B019) | 7.70 | $6,873.50 |
| MD Helicopters (B683) | 508.90 | $402,071.00 |
| Dura Bankruptcy (B834) | 0.90 | $502.50 |
| **Totals** | **3,343.10** | **$2,490,942.00** |

29443330.1

## SUMMARY OF EXPENSE REIMBURSEMENT BY CATEGORY

| Category | Amount |
|---|---|
| Air/Rail Travel | $517.00 |
| Car/Bus/Subway Travel | $426.03 |
| Computerized Legal Research | $3,978.77 |
| Corporation Services – Entity Search/Doc Retr | $165.00 |
| Court Costs | $50.00 |
| Delivery/Courier | $79.50 |
| Deposition/Transcript | $2,587.25 |
| Docket Retrieval/Search | $1,303.50 |
| Facsimile | $83.00 |
| Federal Express | $153.93 |
| Filing Fee | $305.50 |
| Outside Litigation Support | $107,692.89 |
| Parking | $12.00 |
| Postage | $902.46 |
| Reproduction Charges | $7,236.60 |
| Secretary of State | $240.00 |
| Teleconference/Video Conference | $593.45 |
| Working Meals | $1,535.52 |
| **Totals** | **$127,862.40** |

**SIXTEENTH INTERIM APPLICATION SUMMARY**

|  |  |
|---|---|
| Name of Applicant | Young Conaway Stargatt & Taylor, LLP |
| Name of Client | Debtors |
| Time period covered by Sixteenth Interim Application | March 1, 2022 through May 31, 2022 |
| Total compensation sought during the Application Period | $2,490,942.00 |
| Total expenses sought during the Application Period | $127,862.40 |
| Petition Date | March 11, 2018 |
| Retention Date | March 11, 2018 |
| Date of order approving employment | June 8, 2018 |
| Total compensation approved by interim order to date | $43,512,247.50 |
| Total expenses approved by interim order to date | $2,561,774.17 |
| Total allowed compensation paid to date | $43,512.247.50 |
| Total allowed expenses paid to date | $2,561,774.17 |
| Blended rate in the Sixteenth Interim Application for all attorneys | $774.40 |
| Blended rate in the Sixteenth Interim Application for all timekeepers | $745.10 |
| Compensation sought in the Sixteenth Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $702,334.40 |
| Expenses sought in the Sixteenth Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $44,312.56 |
| Number of professionals included in the Sixteenth Interim Application | 30 |
| If applicable, number of professionals in the Sixteenth Interim Application not included in staffing plan approved by client | 17 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amt. Budgeted: $2,799,000.00<br>Amt. Sought:  $2,490,942.00 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 10 |
| Are any rates higher than those approved or disclosed at retention? | No |

29443330.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## FOURTEENTH INTERIM FEE APPLICATION OF DIRECT FEE REVIEW LLC

Name of Applicant:                                      Direct Fee Review LLC

Authorized to Provide Professional Services as:         Debtors and Debtors in Possession

Effective Date of Retention:                            June 6, 2018

Period for Which Compensation                           January 1, 2022 through and including
and Reimbursement is Sought:                            April 30, 2022

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Authorized to be Paid (80%) | Amount of Expenses Authorized to be Paid (100%) | Amount of Holdback of Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 5/3/22 No. 3301 | 1/1/22 – 4/30/22 | $8,900.00 | $0.00 | 5/19/22 No. 3349 | $7,120.00 | $0.00 | $1,780.00 |
| | **TOTALS** | **$8,900.00** | **$0.00** | | **$7,120.00** | **$0.00** | **$1,780.00** |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29443330.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> Zohar III, Corp., *et al.*,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 18-10512 (KBO) <br> ) <br> ) Jointly Administered <br> ) <br> ) |

## SIXTH INTERIM FEE APPLICATION OF KPMG LLP

Name of Applicant:                                           KPMG LLP

Authorized to Provide Professional Services as:  Debtors and Debtors in Possession

Effective Date of Retention:                              August 6, 2020

Period for Which Compensation                        February 1, 2022 through and including
and Reimbursement is Sought:                          April 30, 2022

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Authorized to be Paid (80%) | Amount of Expenses Authorized to be Paid (100%) | Amount of Holdback of Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 3/25/22 No. 3209 | 2/1/22 – 2/28/22 | $261,479.30 | $0.00 | 4/12/22 No. 3257 | $209,183.44 | $0.00 | $52,295.86 |
| 4/21/22 No. 3276 | 3/1/22 – 3/31/22 | $174,159.80 | $0.00 | 5/9/22 No. 3307 | $139,327.84 | $0.00 | $34,831.96 |
| 5/18/22 No. 3346 | 4/1/22 – 4/30/22 | $129,349.00[2] | $0.00 | 6/3/22 No. 3371 | $103,479.20 | $0.00 | $25,869.80 |
|  | **TOTALS** | **$564,988.10** | **$0.00** |  | **$451,990.48** | **$0.00** | **$112,997.62** |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] This amount reflects a voluntary reduction of $500.00.

29443330.1