# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] ) | |
| ) | Case No. 18-10512 (KBO) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that, the Patriarch Stakeholders served the following via electronic mail on June 13, 2022, to the below counsel for the Debtors, in connection with the *Debtors' Amended and Supplemental Motion for Entry of an Order (A) Enforcing the Settlement Agreement and the Ankura Appointment Order Regarding Galey & Lord, LLC and for Related Relief (Docket 2611) and (B) Sanctioning Patriarch,* filed on January 26, 2022 [D.I. 3022]:

- *Patriarch Stakeholders' Responses and Objections to Debtors' Amended First Request for Production of Documents Relating to Debtors' Motion for Entry of an Order (A) Enforcing the Settlement Agreement and the Ankura Appointment Order Regarding Galey & Lord LLC and for Related Relief and (B) Sanctioning Patriarch*

<u>Counsel to Zohar III, Corp., *et al.*</u>

Joseph Barry, Esq. (jbarry@ycst.com)
Michael Nestor, Esq. (mnestor@ycst.com)
Michael Neiburg, Esq. (mneiburg@ycst.com)
Tara C. Pakrouh, Esq. (tpakrouh@ycst.com)
Katelin A. Morales (kmorales@ycst.com)
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

57772/0001-43264020v1

Dated: June 13, 2022

        **COLE SCHOTZ P.C.**

        */s/ G. David Dean*
        Norman L. Pernick (No. 2290)
        G. David Dean (No. 6403)
        500 Delaware Avenue, Suite 1410
        Wilmington, DE 19801
        Telephone: (302) 652-3131
        Facsimile: (302) 652-3117
        npernick@coleschotz.com
        ddean@coleschotz.com

        – and –

        **SHER TREMONTE LLP**
        Theresa Trzaskoma (Admitted Pro Hac Vice)
        90 Broad Street, 23rd Floor
        New York, New York 10004
        Telephone: (212) 202-2600
        Facsimile: (212) 202-4156
        ttrzaskoma@shertremonte.com

        *Counsel to the Patriarch Stakeholders*