**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 21, 2022 AT 10:00 A.M. (ET)**

> **THIS HEARING WILL BE CONDUCTED IN-PERSON AND OVER ZOOM[2]
> AND REQUIRES ALL ZOOM PARTICIPANTS TO REGISTER IN ADVANCE.
> COURTCALL WILL NOT BE USED TO DIAL IN.**
>
> **Please use the following link to register for this hearing:**
> https://debuscourts.zoomgov.com/meeting/register/vJItd-yhrT0uHgMtTyzzeoB0xqLeEZMUoHI
>
> **AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A
> CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

**RESOLVED MATTER**

1. Debtors' Motion for Entry of an Order Authorizing the Filing of Exhibit to Proposed Consensual Order in Furtherance of the Debtors Proposed Plan Regarding Paragraph 18 Claims Under the Settlement Agreement Under Seal [D.I. 3343; 5/17/22]

   Related Documents:

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] At the direction of the Court, attendance by Zoom will be permitted under the following circumstances: (1) a party or person intends to make only limited argument; (2) a party or person is interested in monitoring the Court's proceedings; (3) an attorney or witness who would otherwise be required to attend in person has a good faith health-related reason, and such attorney or witness has obtained permission to participate remotely from the Court by contacting Judge Owen's courtroom deputy; or (4) other extenuating circumstances, as determined by Judge Owens.

    A.    Certification of Counsel Regarding Consensual Order in Furtherance of the Debtors' Proposed Plan Regarding Paragraph 18 Claims Under the Settlement Agreement [(SEALED) D.I. 3324; 5/12/22; (REDACTED) D.I. 3342; 5/17/22]

    B.    Certificate of No Objection [D.I. 3361; 5/26/22]

    C.    Order Authorizing the Filing of Exhibit to Proposed Consensual Order in Furtherance of the Debtors Proposed Plan Regarding Paragraph 18 Claims Under the Settlement Agreement Under Seal [D.I. 3362; 5/31/22]

Response Deadline:    May 25, 2022 at 4:00 p.m. (ET)

Responses Received:    None

Status:    An order has been entered by the Court. No hearing is required.

## MATTER GOING FORWARD

2.    Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3380; 6/15/22]

Related Documents:

    A.    Disclosure Statement for Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3235; 4/6/22]

    B.    Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief [D.I. 3239; 4/6/22]

    C.    Notice of Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief [D.I. 3247; 4/8/22]

    D.    Plan Supplement to the Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3304; 5/6/22]

E.     Consensual Order in Furtherance of the Debtors' Proposed Plan Regarding Paragraph 18 Claims Under the Settlement Agreemetn [(SEALED) D.I. 3363; 5/31/22; (REDACTED) D.I. 3364; 5/31/22]

F.     Notice of Rescheduled Confirmation Hearing [D.I. 3372; 6/8/22]

G.     Memorandum of Law in Support of Confirmation of Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3381; 6/16/22]

H.     Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3382; 6/16/22]

I.     Declaration of Michael Katzenstein in Support of Confirmation of Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3383; 6/15/22]

J.     Declaration of Justin K. Edelson of the Reliable Companies Regarding the Solicitation of Votes and Tabulation of Ballots Cast on Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors, Dated April 6, 2022 [D.I. 3384; 6/15/22]

K.     Notice of Filing of Blackline of Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3385; 6/16/22]

Response Deadline:     May 13, 2022 at 4:00 p.m. (ET)

Responses Received:

L.     The Patriarch Stakeholders' Objection to Confirmation of the Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3326; 5/13/22]

M.     Informal response from the U.S. Trustee

N.     Informal response from U.S. Bank National Association

Status:     The Debtors will be filing an amended plan supplement prior to the Confirmation Hearing. This matter is going forward.

| | |
|---|---|
| Dated: June 16, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ryan M. Bartley*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>      rbrady@ycst.com<br>      mnestor@ycst.com<br>      jbarry@ycst.com<br>      rbartley@ycst.com<br>      sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |