# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered<br><br>**Ref Docket Nos. 3380** |

### NOTICE OF FILING OF *REVISED PROPOSED* FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING THIRD AMENDED JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE FOR ZOHAR III, CORP. AND ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (the "Debtors") hereby submits its proposed *Findings of Fact, Conclusions of Law, and Order Confirming Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors* (the "Proposed Confirmation Order") attached hereto as **Exhibit 1**. The Debtors filed a prior version of the Proposed Confirmation Order on June 16, 2022, and a redline of the changed pages are attached hereto as **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek entry of the Proposed Confirmation Order at the hearing (the "Hearing") on confirmation of the Plan currently scheduled for June 21, 2022 at 10:00 a.m. (ET). The Debtors reserve all rights to modify the Proposed Confirmation Order at or prior to the Hearing.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, NY 10036.

29461321.2

<div style="display:flex">
<div>
Dated: June 21, 2022<br>
      Wilmington, Delaware
</div>
<div>
YOUNG CONAWAY STARGATT & TAYLOR, LLP

<u>*/s/ Ryan M. Bartley*</u>
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
       rbrady@ycst.com
       mnestor@ycst.com
       jbarry@ycst.com
       rbartley@ycst.com
       sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*
</div>
</div>

29461321.2

2