**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Ref. Docket No: 3380** |

**CERTIFICATION OF COUNSEL REGARDING *FURTHER REVISED PROPOSED* FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING THIRD AMENDED JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE FOR ZOHAR III, CORP. AND ITS AFFILIATED DEBTORS**

The undersigned hereby certifies as follows:

On June 21, 2022, the Court held a hearing (the "Confirmation Hearing") to consider confirmation of the *Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors* (the "Plan"). For the reasons set forth on the record of the Confirmation Hearing, the Court confirmed the Plan, subject to certain modifications to be made by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), to the proposed confirmation order.[2]

In accordance with the foregoing, attached hereto as **Exhibit 1** is a further revised proposed confirmation order (the "Further Revised Proposed Confirmation Order"). For convenience of the Court and other interested parties, a blackline comparing the Further Revised Proposed Confirmation Order against the Revised Proposed Confirmation Order is attached hereto as

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Proposed confirmation orders were filed on June 16, 2022 [Docket No. 3382] (the "Proposed Confirmation Order") and on June 21, 2022 [Docket No. 3394] (the "Revised Proposed Confirmation Order").

29473936.1

**Exhibit 2**. The Further Revised Proposed Confirmation Order reflects the record at the Confirmation Hearing and the agreement reached with counsel to Patriarch with respect to these two paragraphs.

Accordingly, the Debtors respectfully request the Court to enter the Further Revised Proposed Confirmation Order at its earliest convenience without further notice or a hearing.

| | |
|---|---|
| Dated: June 21, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Joshua B. Brooks*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Joshua B. Brooks (No. 6765)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>　　　　rbrady@ycst.com<br>　　　　mnestor@ycst.com<br>　　　　jbarry@ycst.com<br>　　　　rbartley@ycst.com<br>　　　　sreil@ycst.com<br>　　　　jbrooks@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |