# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Reference Dkt. Nos. 2876, 3157** |

## ORDER REGARDING WITHDRAWAL OF CLAIMS ASSERTED IN THE PATRIARCH STAKEHOLDERS' REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

Upon consideration of the statements made by the Patriarch Stakeholders during oral argument held on May 17, 2022 with respect to their *Second Amended Request for Payment of Administrative Expense Claim* [D.I. 3157] (the "Second Amended Claim");[2] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and it appearing that venue of the Chapter 11 Cases and of this matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); it is hereby **ORDERED**:

1. The Patriarch Stakeholders' assertion of administrative expense claims regarding (i) the tax claims and all other claims and rights arising under the Settlement Agreement, including paragraph 18, as described in Paragraph 12 of the Original Claim and Paragraph 7 of the Second Amended Claim, and (ii) the indemnification, contribution, and/or related third party claims, as

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms not otherwise defined here shall have the meaning ascribed to them in the Certification of Counsel Regarding the (I) Withdrawal of Claims and (II) Dismissal of Claims Asserted in the Patriarch Stakeholders' Second Amended Request for Payment of Administrative Expense Claim [D.I. 3395].

29375817

described in Paragraph 12 of the Original Claim (the "<u>Withdrawn Claims</u>"), are **WITHDRAWN** and **DISMISSED** with prejudice.

2.      The dismissal of the Withdrawn Claims with prejudice pursuant to this Order is without prejudice to (i) the counterclaims asserted by the Patriarch Stakeholders in their Amended Answer to the Corrected Second Amended Complaint filed in the matter styled *Zohar CDO 2003-1, Ltd. et al. v. Patriarch Partners, LLC et al.*, Adv. Pro. No. 20-50534 [D.I. 175]; and (ii) the Patriarch Stakeholders' claims pursuant to Paragraph 18 of the Settlement Agreement, including but not limited to (a) claims asserted or preserved in the *Certification of Counsel Regarding Consensual Order in Furtherance of the Debtors' Proposed Plan Regarding Paragraph 18 Claims Under the Settlement Agreement* [D.I. 3233], and (b) any transaction fees that may come due and owing as a result of any decision in *Patriarch Partners Management Group, LLC v. Zohar III, Corp., et al.,* Case No. 21-2799 (3d Cir. Sept. 24, 2021), which claims are expressly reserved.

3.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June 22nd, 2022  
Wilmington, Delaware

**KAREN B. OWENS**  
**UNITED STATES BANKRUPTCY JUDGE**

2
29375817