# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) | Jointly Administered |
| | ) | **Reference Dkt. Nos. 2876, 3157** |

## ORDER SUSTAINING THE DEBTORS' OBJECTION TO PATRIARCH STAKEHOLDERS' REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

Upon consideration of the Patriarch Stakeholders' *Second Amended Request for Payment of Administrative Expense Claim* [D.I. 3157]; and upon consideration of the above-captioned Debtors' *Objection to Patriarch Stakeholders' Request for Payment of Administrative Expense Claim and Request for Relief Under Fed. R. Bankr. P. 7012 & 9014 and Fed. R. Civ. P. 12(b)(6)* [D.I. 3240] requesting entry of an order dismissing the Patriarch Claims;[2] and upon consideration of the Court-approved Stipulation; and upon the Patriarch Stakeholders' statements on the record during the May 17, 2022 hearing, withdrawing certain administrative expense claims; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and it appearing that venue of the Chapter 11 Cases and of this matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that the relief

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms not otherwise defined here shall have the meaning ascribed to them in the Certification of Counsel Regarding the (I) Withdrawal of Claims and (II) Dismissal of Claims Asserted in the Patriarch Stakeholders' Second Amended Request for Payment of Administrative Expense Claim [D.I. 3395].

29375817

requested in the Renewed Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest and it appearing that no other or further notice is necessary; and after due deliberation and good and sufficient cause appearing therefore; and for the reasons provided on the record during the May 17, 2022 hearing; it is hereby **ORDERED**:

1. The Renewed Objection is **SUSTAINED** and the Monetization Process Claims, other than those asserting the right to seek indemnity and contribution from the Debtors, are **DISMISSED** for the reasons set forth on the record during the May 17, 2022 hearing. Such dismissal shall be without prejudice to the Patriarch Stakeholders' right to renew the Monetization Process Claims upon successful appeal of *Order Granting in Part and Denying in Part the Debtors' Motion Pursuant to Local Rule 9019-5(d) (I) To Strike Certain Portions of the Patriarch Claim and Motion to Consolidate and (II) To Preclude Discovery and Introduction of Protected Mediation Information* [D.I. 3113].

2. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June 22nd, 2022
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE

29375817