# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) ) | Jointly Administered<br>**Ref. Docket No. 3375** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 3375

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Fifty-First Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from May 1, 2022 through May 31, 2022* [Docket No. 3375] (the "Application") filed on June 9, 2022.

The undersigned further certifies that he has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served by 4:00 p.m. (ET) on June 24, 2022.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 293], the Debtors are now authorized to pay 80% ($716,160.40) of requested fees ($895,200.50) and 100% of requested expenses ($46,631.04) on an interim basis without further order of the Court.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

23375641.54

| Dated: June 27, 2022 Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| | */s/ Shane M. Reil* |
| | James L. Patton, Jr. (No. 2202) |
| | Robert S. Brady (No. 2847) |
| | Michael R. Nestor (No. 3526) |
| | Joseph M. Barry (No. 4221) |
| | Ryan M. Bartley (No. 4985) |
| | Shane M. Reil (No. 6195) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 571-6600 |
| | Facsimile: (302) 571-1253 |
| | Email: jpatton@ycst.com |
| |        rbrady@ycst.com |
| |        mnestor@ycst.com |
| |        jbarry@ycst.com |
| |        rbartley@ycst.com |
| |        sreil@ycst.com |

*Counsel to the Debtors and Debtors in Possession*