IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
|  |  |  |
|---|---|---|
| *In re:* | : | **Chapter 11** |
|  | : |  |
|  | : | **Case No. 18-10512 (KBO)** |
| Zohar III, Corp., *et al.*,[1] | : |  |
|  | : | **Jointly Administered** |
|  | : |  |
| **Debtors.** | : | Re: Docket Nos. 3209, 3276, 3346, 3376 |

------------------------------------------------------------x

**FEE EXAMINER'S FINAL REPORT REGARDING SIXTH
INTERIM FEE APPLICATION REQUEST OF
<u>KPMG LLP</u>**

Direct Fee Review LLC ("DFR"), appointed and employed as the Fee Examiner in the above-captioned bankruptcy proceedings and acting in its capacity regarding the Sixth Interim Fee Application Request of KPMG LLP (the "Firm") for compensation for services rendered and reimbursement of expenses for providing Tax Compliance and Tax Consulting Services to the Debtors for the compensation period from February 1, 2022 through April 30, 2022 ("Fee Application") seeking approval of fees in the amount of $564,988.10 and the reimbursement of expenses in the amount of $0.00, submits its final report.

**BACKGROUND**

1. In performance of audit procedures and in preparation of this report designed to quantify and present factual data relevant to the requested fees, disbursements and expenses contained herein, DFR reviewed the monthly fee statements and the Applications,

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

including each of the billing and expense entries listed in the exhibits to the monthly statements, for compliance with 11 U.S.C. § 330, Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2022 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued June 11, 2013 ("Guidelines").

2. DFR did not prepare informal memos related to monthly fee applications of the Firm. We included our questions and issues in an initial report. We have included all responses and any recommended resolutions in this final report.

## DISCUSSION

3. For the compensation period of February 1, 2022 through April 30, 2022 the Firm submitted monthly fee applications in the amount of $564,988.10 as actual, reasonable and necessary fees and for expense reimbursement of $0.00. For the Fee Application period, $17,674.00 was disclosed as related to fee application preparation.

4. We deem it generally acceptable to have a maximum of 3% of total time charged in preparing fee applications. For Firms with more limited involvement, we consider an alternative standard of less than $50,000 in total spent on preparing fee applications. We apply these guidelines on a cumulative basis. We evaluate these charges with consideration to the length of time of the case and the practice experience of the firm. In each application we review every entry to for substance and to determine the correct allocation without regard for materiality. We noted that cumulatively through this period the Firm has charged $132,330.20 related to fee applications on a cumulative basis and

we have calculated that 2.3% of the fees billed related to fee applications on a cumulative basis. We do not have an objection to the amount of fees charged for fee application preparation in this fee application based upon our review and procedures and we deem the amount to be reasonable.

5. Our procedures applied to the monthly fee applications identified timekeepers with limited time charged to this estate. We question the necessity and value to the estate because of the minimal involvement and we requested that the Firm provide additional information related to the nature and necessity of the roles of these timekeepers and adjust the fees as appropriate. The Firm provided additional detail and explanation and agreed to withdraw the charges for the timekeepers listed in Exhibit A. We recommend that fees be reduced by $569.80.

6. Our procedures applied to the monthly fee applications identified entries which seemed to be indicative of unit billing. We requested and the Firm explained the time recording process and these entries and confirmed that the total time billed did not exceed the actual time worked. Since no adjustment is required, no exhibit has been included.

7. Pursuant to the Guidelines, administrative or general costs incident to the operation of the applicant's office and not particularly attributable to an individual client or case are not reimbursable. We noted entries that seemed to reflect administrative activity that would not be charged to the estate such as procedures for invoice preparation and review. We requested and the Firm explained these the entries and confirmed that they were necessary for fee application preparation. Since no adjustment is required, no exhibit has been included.

8. Our review and procedures applied to the monthly fee statements and the applications, including each of the billing entries listed in the exhibits to the monthly statements did not disclose any other material issues or questions.

## CONCLUSION

9. Regarding the application and the fees and expenses discussed in the previous sections, DFR submits its final report for the Sixth Interim Fee Application Request of KPMG LLP for compensation for services rendered and reimbursement of expenses for providing Tax Compliance and Tax Consulting Services to the Debtors for the compensation period from February 1, 2022 through April 30, 2022 and we recommend the approval of the fees of $564,418.30 ($564,988.10 minus $569.80) and reimbursement of expenses in the amount of $0.00.

Respectfully submitted,

**DIRECT FEE REVIEW LLC**
**FEE EXAMINER**

By: _____
W. J. Dryer

24A Trolley Square #1225
Wilmington, DE 19806-3334
Telephone: 302.287.0955
dfr.wjd@gmail.com

## Exhibit A:

| | | |
|---|---|---|
| Sean Black | 306.60 | 0.70 |
| Oliver Marron | 263.20 | 0.80 |