# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
| Debtors. | ) Jointly Administered |
| | ) Ref. Docket No: 3396 |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 3396

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Debtors' Fifth Motion, Pursuant to Section 105(a) and 363(b) of the Bankruptcy Code and the FTI Retention Order, for Entry of an Order Approving Modified Schedule of Hourly Temporary Staff* [Docket No. 3396] (the "Motion"), filed on June 21, 2022.

The undersigned further certifies that he has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on July 5, 2022.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29529845.1

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: July 14, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jared W. Kochenash*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>      rbrady@ycst.com<br>      mnestor@ycst.com<br>      jbarry@ycst.com<br>      rbartley@ycst.com<br>      sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

29529845.1