IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) **Ref. Docket No. 3428** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 3428

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Staffing and Compensation Report of FTI Consulting, Inc. for the Period of May 1, 2022 Through and Including May 31, 2022* [Docket No. 3428] (the "Staffing and Compensation Report") filed on June 30, 2022. The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection, or other responsive pleading to the Staffing and Compensation Report. As was provided in the notice filed and served with the Staffing and Compensation Report, objections to the Staffing and Compensation Report, if any, were required to be filed and served no later than July 20, 2022 at 4:00 p.m. (ET).

Pursuant to the *Order Authorizing and Approving,* Nunc Pro Tunc *to May 21, 2018, the Agreement With FTI Consulting, Inc. to Provide (I) Michael Katzenstein as the Debtors' Chief Restructuring Officer, (II) Hourly Temporary Staff, and (III) Services Related Thereto* [Docket

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

23428614.49

1

No. 297], the Debtors are authorized, but not directed, to pay to FTI Consulting, Inc. all fees and expenses included in the Staffing and Compensation Report without further order of the Court.

| | |
|---|---|
| Dated: July 21, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>         rbrady@ycst.com<br>         mnestor@ycst.com<br>         jbarry@ycst.com<br>         rbartley@ycst.com<br>         sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

23428614.49

2