## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*, | Case No. 18-10512 (KBO) |
| Debtors[1]. | Jointly Administered |
| | **Ref. Docket Nos. 3445 & 3446** |

**ORDER (1) SHORTENING THE TIME FOR NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING CERTAIN MODIFICATIONS TO THE THIRD AMENDED JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE FOR ZOHAR III, CORP. AND ITS AFFILIATE DEBTORS PURSUANT TO SECTION 1127(B) OF THE BANKRUPTCY CODE; (II) FINDING THAT (A) SUCH MODIFICATIONS ARE NOT MATERIAL AND ADVERSE OR (B) THE DEBTORS HAVE SATISFIED THE REQUIREMENTS OF SECTIONS 1127(B) AND (C) OF THE BANKRUPTCY CODE WITH RESPECT TO SUCH MODIFICATIONS; AND (III) CONFIRMING THE MODIFIED PLAN; AND (2) ESTABLISHING, ON A PRELIMINARY BASIS, THE DEADLINE UNDER SECTION 1127(B) OF THE BANKRUPTCY CODE BY WHICH VOTES MUST BE CHANGED**

Upon the motion (the "Scheduling Motion")[2] of the Debtors for entry of an order (this "Order") shortening the notice period with respect to the Plan Modification Motion; and it appearing that this Court has jurisdiction to consider the Scheduling Motion pursuant to 28 U.S.C. §§ 1334 and 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that this is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with

---

[1]   The Debtors and the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Scheduling Motion.

Article III of the United States Constitution; and it appearing that venue of the Chapter 11 Cases and of the Scheduling Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Scheduling Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed and considered the Scheduling Motion and any objections thereto; and upon the record of all the proceedings before this Court; and this Court having determined that the relief requested that the Scheduling Motion is in the best interest of the Debtors' estates, their creditors, and other parties in interest; and the legal and factual bases set forth in the Scheduling Motion having established just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.      The Scheduling Motion is GRANTED as set forth herein.

2.      The Hearing to consider the Plan Modification Motion will be held on August 1, 2022 at 10:00 a.m. (ET).

3.      Any responses or objections to the Plan Modification Motion or the deadline established in paragraph 4 may be presented at the Hearing.

4.      The deadline for any Holder of a Claim (as defined in the Plan) who previously voted to accept or reject the Plan to change its vote shall be the date and time of the Hearing, and the failure of any such Holder to affirmatively elect to change its vote by the deadline finally set by the Court will result in the Holder being deemed to have voted in the same manner reflected in the declaration at Docket No. 3384 certifying the tabulation of votes on the Plan in the Chapter 11 Cases.

5.      The deadline established in paragraph 4 shall be preliminary and shall be subject to final confirmation at the Hearing.

29588007.3

6.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

7.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: July 25th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

29588007.3