**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Ref. Docket Nos. 3445, 3446 & 3447 |
| | ) |
| | ) **Objection Deadline: At the Hearing** |
| | ) **Hearing Date: August 1, 2022 at 10:00 a.m. (ET)** |

## NOTICE OF HEARING

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE INDENTURE TRUSTEE; (III) THE CONTROLLING CLASS; (IV) THE CONTROLLING PARTY; (V) KNOWN HOLDERS OF ZOHAR III A-1 NOTE CLAIMS; AND (VI) THOSE PARTIES ENTITLED TO NOTICE PURSUANT TO RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, IN ACCORDANCE WITH LOCAL RULE 2002-1(B)

**PLEASE TAKE NOTICE** that on July 22, 2022, the debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "Debtors") filed the *Motion for Entry of an Order (I) Approving Certain Modifications to Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors Pursuant to Section 1127(b) of the Bankruptcy Code; (II) Finding that (A) Such Modifications are not Material and Adverse or (B) the Debtors have Satisfied the Requirements of Sections 1127(b) and (c) of the Bankruptcy Code with Respect to Such Modifications; (III) Confirming the Modified Plan; and (IV) Granting Related Relief* [Docket No. 3445] (the "Motion"). You were previously served a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that on July 25, 2022, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order scheduling a hearing on the Motion [Docket No. 3447] (the "Scheduling Order").

**PLEASE TAKE FURTHER NOTICE** THAT PURSUANT TO THE SCHEDULING ORDER, A HEARING ON THE MOTION WILL BE HELD VIA ZOOM ON **AUGUST 1, 2022 AT 10:00 A.M. (ET)** (THE "HEARING") BEFORE THE HONORABLE KAREN B. OWENS, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE,

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address c/o FTI Consulting, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29594540.2

824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT PURSUANT TO THE SCHEDULING ORDER, ANY OBJECTIONS TO THE MOTION MUST BE FILED BEFORE OR PRESENTED AT THE HEARING (THE "<u>OBJECTION DEADLINE</u>") WITH THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 3RD FLOOR, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.  AT THE SAME TIME, YOU MUST SERVE A COPY OF ANY OBJECTION UPON THE UNDERSIGNED COUNSEL TO THE DEBTORS SO AS TO BE RECEIVED ON OR BEFORE THE OBJECTION DEADLINE.

**PLEASE TAKE FURTHER NOTICE** THAT, CONSISTENT WITH THE SCHEDULING ORDER, THE DEADLINE FOR ANY HOLDER OF A CLAIM (AS DEFINED IN THE PLAN) WHO PREVIOUSLY VOTED TO ACCEPT OR REJECT THE PLAN TO CHANGE ITS VOTE SHALL BE THE DATE AND TIME OF THE HEARING, AND ANY FAILURE OF ANY SUCH HOLDER TO AFFIRMATIVELY ELECT TO CHANGE ITS VOTE BY THE DATE AND TIME OF THE HEARING WILL RESULT IN THE HOLDER BEING DEEMED TO HAVE VOTED IN THE SAME MANNER REFLECTED IN THE DECLARATION AT DOCKET NO. 3384 CERTIFYING THE TABULATION OF VOTES ON THE PLAN.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Dated: July 25, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br><u>/s/ Ryan M. Bartley</u><br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>         rbrady@ycst.com<br>         mnestor@ycst.com<br>         jbarry@ycst.com<br>         rbartley@ycst.com<br>         sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

29594540.2

824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT PURSUANT TO THE SCHEDULING ORDER, ANY OBJECTIONS TO THE MOTION MUST BE FILED BEFORE OR PRESENTED AT THE HEARING (THE "<u>OBJECTION DEADLINE</u>") WITH THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 3RD FLOOR, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.  AT THE SAME TIME, YOU MUST SERVE A COPY OF ANY OBJECTION UPON THE UNDERSIGNED COUNSEL TO THE DEBTORS SO AS TO BE RECEIVED ON OR BEFORE THE OBJECTION DEADLINE.

**PLEASE TAKE FURTHER NOTICE** THAT, CONSISTENT WITH THE SCHEDULING ORDER, THE DEADLINE FOR ANY HOLDER OF A CLAIM (AS DEFINED IN THE PLAN) WHO PREVIOUSLY VOTED TO ACCEPT OR REJECT THE PLAN TO CHANGE ITS VOTE SHALL BE THE DATE AND TIME OF THE HEARING, AND ANY FAILURE OF ANY SUCH HOLDER TO AFFIRMATIVELY ELECT TO CHANGE ITS VOTE BY THE DATE AND TIME OF THE HEARING WILL RESULT IN THE HOLDER BEING DEEMED TO HAVE VOTED IN THE SAME MANNER REFLECTED IN THE DECLARATION AT DOCKET NO. 3384 CERTIFYING THE TABULATION OF VOTES ON THE PLAN.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: July 25, 2022  
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

<u>/s/ Ryan M. Bartley</u>  
James L. Patton, Jr. (No. 2202)  
Robert S. Brady (No. 2847)  
Michael R. Nestor (No. 3526)  
Joseph M. Barry (No. 4221)  
Ryan M. Bartley (No. 4985)  
Shane M. Reil (No. 6195)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  
Email: jpatton@ycst.com  
      rbrady@ycst.com  
      mnestor@ycst.com  
      jbarry@ycst.com  
      rbartley@ycst.com  
      sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*

29594540.2