# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on July 28, 2022, I caused a copy of the foregoing document, *Notice of Agenda of Matters Scheduled for Hearing on August 1, 2022 at 10:00 a.m. (ET)* [Docket No. 3457], to be served upon the below counsel in the manner indicated below:

| | |
|---|---|
| Norman L. Pernick, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>npernick@coleschotz.com<br>(Patriarch Entities)<br>**Email** | Randy M. Mastro, Esq.<br>Matt J. Williams, Esq.<br>Mary Beth Maloney, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY10166-0193<br>rmastro@gibsondunn.com<br>mjwilliams@gibsondunn.com<br>mmaloney@gibsondunn.com<br>(Patriarch Entities)<br>**Email** |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29606280.1

Robert Klyman, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
rklyman@gibsondunn.com
(Patriarch Entities)
*Email*

Monica K. Loseman, Esq.
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
mloseman@gibsondunn.com
(Patriarch Entities)
*Email*

Kenneth J. Nachbar, Esq.
Robert J. Dehney, Esq.
Megan Ward Cascio, Esq.
Matthew B. Harvey, Esq.
Lauren Neal Bennett, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
knachbar@mnat.com
rdehney@mnat.com
mcascio@mnat.com
mharvey@mnat.com
lbennett@mnat.com
(Alvarez & Marsal Zohar Management, LLC)
*Email*

Michael Carlinksy, Esq.
Jonathan E. Pickhardt, Esq.
Benjamin Finestone, Esq.
Ellison Ward Merkel, Esq.
Blair Adams, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
michaelcarlinsky@quinnemanuel.com
jonpickhardt@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
ellisonmerkel@quinnemanuel.com
blairadams@quinnemanuel.com
(Alvarez & Marsal Zohar Management, LLC)
*Email*

Gregory M. Petrick, Esq.
Jonathan M. Hoff, Esq.
Ingrid Bagby, Esq.
Michele C. Maman, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
gregory.petrick@cwt.com
jonathan.hoff@cwt.com
ingrid.bagby@cwt.com
michele.maman@cwt.com
(MBIA Insurance Company)
*Email*

Brian J. Lohan, Esq.
Ginger Clements, Esq.
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
brian.lohan@arnoldporter.com
ginger.clements@arnoldporter.com
(Certain Holders of Notes Issued by Zohar III, Limited)
*Email*

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
P.O. Box 7346
Philadelphia, PA 19101-7346
(Internal Revenue Service)
*First Class Mail*

Secretary of State
Corporations Franchise Tax
P.O. Box 898
Dover, DE 19903
(Secretary of State)
*First Class Mail*

29606280.1

| | |
|---|---|
| Secretary of Treasury<br>Attn: Bankruptcy Department<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904<br>(Secretary of Treasury)<br>***First Class Mail*** | Michael B. Mukasey, Esq.<br>U.S. Attorney General<br>Department of Justice<br>Commerical Litigation Branch<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br>(U.S. Attorney General)<br>***First Class Mail*** |
| Ellen W. Slights, Esq.<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>1007 North Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046<br>ellen.slights@usdoj.gov<br>(U.S. Attorney's Office)<br>***Email*** | Securities & Exchange Commission<br>Secretary of Treasury<br>100 F Street, NE<br>Washington, DC 20549<br>(Securities & Exchange Commission)<br>secbankruptcy@sec.gov<br>***Email*** |
| Securities & Exchange Commission<br>Attn: Bankruptcy Department<br>Brookfiled Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov<br>(Securities & Exchange Commission)<br>***Email*** | Delaware Attorney General<br>Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(Delaware Attorney General)<br>***Hand Delivery*** |
| Juliet M. Sarkessian, Esq.<br>Office of the United States Trustee<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #15<br>Wilmington, DE 19801<br>brya.keilson@usdoj.gov<br>Richard.Schepacarter@usdoj.gov<br>(U.S. Trustee)<br>***Email*** | Delaware Division of Revenue<br>Attn: Zillah Frampton<br>820 N. French Street<br>Wilmington, DE 19801<br>(Delaware Division of Revenue)<br>***Hand Delivery*** |

29606280.1

| | |
|---|---|
| U.S. Bank National Association<br>Attn: CDO Group-Ref.: Zohar III, Limited<br>190 LaSalle St., 8th Floor<br>Chicago, IL 60603<br>(U.S. Bank National Association)<br>***First Class Mail*** | Brett D. Jaffe, Esq.<br>Alexander Lorenzo, Esq.<br>Elizabeth Buckel, Esq.<br>Alston & Bird LLP<br>90 Park Avenue, 15th Floor<br>New York, NY 10016-1387<br>brett.jaffe@alston.com<br>alexander.lorenzo@alston.com<br>elizabeth.buckel@alston.com<br>(U.S. Bank National Assocation)<br>***Email*** |
| Elizabeth LaPuma, Esq.<br>Alvarez & Marsal Zohar Management, LLC<br>600 Madison Ave.<br>New York, NY 10022<br>elapuma@alvarezandmarsal.com<br>(Alvarez & Marsal Zohar Management, LLC)<br>***Email*** | Alvarez & Marsal Zohar Management, LLC<br>Attention: General Counsel<br>600 Madison Ave.<br>New York, NY 10022<br>(Alvarez & Marsal Zohar Management, LLC)<br>***First Class Mail*** |
| | Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Pachulski Stang Ziehl & Jones, LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-87055<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>(MBIA Insurance Company)<br>***Email*** |
| James D. Herschlein Esq.<br>Jeffrey A. Fuisz, Esq.<br>Erik Walsh, Esq.<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10119-9710<br>james.herschlein@arnoldporter.com<br>jeffrey.fuisz@arnoldporter.com<br>erik.walsh@arnoldporter.com<br>(Certain Holders of Notes Issued by Zohar III, Limited)<br>***Email*** | Matthew P. Ward, Esq.<br>Morgan L. Patterson, Esq.<br>Womble Bond Dickinson (US) LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com<br>(Certain Holders of Notes Issued by Zohar III, Limited)<br>***Email*** |

29606280.1

| | |
|---|---|
| Josef W. Mintz, Esq.<br>Blank Rome LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>mintz@blankrome.com<br>(Blank Rome LLP)<br>***Email*** | Rick Antonoff, Esq.<br>Blank Rome LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>rantonoff@blankrome.com<br>(Blank Rome LLP)<br>***Email*** |
| Joseph J. Farnan, Jr., Esq.<br>Farnan LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>farnan@farnanlaw.com<br>(Independent Director)<br>***Email*** | Mark D. Collins, Esq.<br>Brett M. Haywood, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>collins@rlf.com<br>haywood@rlf.com<br>(Ankura Trust)<br>***Email*** |
| Dennis F. Dunne, Esq.<br>Andrew Harmeyer, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>55 Hudson Yards<br>New York, NY 10001<br>ddunne@milbank.com<br>aharmeyer@milbank.com<br>(Ankura Trust)<br>***Email*** | Debora A. Hoehne, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>debora.hoehne@weil.com<br>(Culligan)<br>***Email*** |
| Zachary I. Shapiro, Esq.<br>Brendan J. Schlauch, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>shapiro@rlf.com<br>schlauch@rlf.com<br>(Culligan)<br>***Email*** | Daniel N. Brogan, Esq.<br>Bayard, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>dbrogan@bayardlaw.com<br>(Dura)<br>***Email*** |

29606280.1

James H.M. Sprayregen, P.C.
Ryan B. Bennett, P.C.
Stephen C. Hackney, P.C.
Gregory F. Pesce
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
james.sprayregen@kirkland.com
ryan.bennett@kirkland.com
stephen.hackney@kirkland.com
gregory.pesce@kirkland.com
(Dura)
*Email*

Adam J. Greene, Esq.
Steven B. Eichel, Esq.
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, NY  10022
ajg@robinsonbrog.com
se@robinsonbrog.com
(Vik Jindal)
*Email*

Theresa Trzaskoma, Esq.
Michael Tremonte, Esq.
Jennifer X. Luo, Esquire
Alexandra G. Elenowitz-Hess, Esq.
Vikram Shah, Esq.
Ryan Pollock, Esq.
Justin Gunnell, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
TTrzaskoma@shertremonte.com
mtremonte@shertremonte.com
jluo@shertremonte.com
ahess@shertremonte.com
vshah@shertremonte.com
rpollock@shertremonte.com
jgunnell@shertremonte.com
dberger@abv.com
jcraig@abv.com
lpincus@abv.com
(Patriarch Entities)
*Email*


John Green
Pratik Desai
Bardin Hill Investment Partners, LP
477 Madison Avenue, 8th Floor
New York, NY 10022
jgreene@bardinhill.com
pdesai@bardinhill.com
(Bardin Hilll)
*Email*

29606280.1

| | |
|---|---|
| John W. Weiss<br>Pashman Stein Walder Hayden, P.C.<br>Bell Works<br>101 Crawfords Corner Road, Suite 402<br>Holmdel, NJ 07733<br>jweiss@pashmanstein.com<br>(U.S. Bank)<br>***Email*** | Jeffrey M. Schlerf, Esq.<br>Gray Robinson, PA<br>1007 North Orange Street<br>4th Floor #127<br>Wilmington, DE 19801<br>Jeffrey.schlerf@gray-robinson.com<br>(Independent Director)<br>***Email*** |
| Scott D. Cousins, Esq.<br>Scott D. Jones, Esq.<br>Cousins Law LLC<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19801<br>Scott.cousins@cousins-law.com<br>Scott.jones@cousins-law.com<br>(Patriarch Stakeholder)<br>***Email*** | |

29606280.1

| Recipient | Company | Telephone No. | Facsimile No. |
|---|---|---|---|
| Norman L. Pernick, Esq. | Cole Schotz P.C. | 302-652-2000 | 302-574-2100 |
| Randy M. Mastro, Esq. | Gibson, Dunn & Crutcher LLP | 212-351-3825 | 212-351-5219 |
| Robert Klyman, Esq. | Gibson, Dunn & Crutcher LLP | 213-229-7562 | 213-229-6562 |
| Monica K. Loseman, Esq. | Gibson, Dunn & Crutcher LLP | 303-298-5784 | 303-313-2828 |
| Kenneth J. Nachbar, Esq. | Morris, Nichols Arsht & Tunnell | 302-351-9294 | 302-422-3013 |
| Derek C. Abbott, Esq. | Morris, Nichols Arsht & Tunnell | 302-351-9357 | 302-425-4664 |
| Jonathan E. Pickhardt, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP | 212-849-7000 | 212-849-7100 |
| Jonathan M. Hoff, Esq. | Cadwalader, Wickersham & Taft LLP | 212-504-6474 | 212-504-6666 |
| Gregory M. Petrick, Esq. | Cadwalader, Wickersham & Taft LLP | 44-0-20-7170-8688 | 44-0-20-7170-8600 |
| Brian J. Lohan, Jr., Esq. | Arnold & Porter Kaye Scholern LLP | 312-583-2300 | 312-583-2360 |
| Ellen W. Slights, Esq. | U.S. Attorney's Office | 302-573-6277 | 302-573-6431 |
| Juliet M. Sarkessian, Esq. | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| Brett D. Jaffe, Esq. | Alston & Bird LLP | 212-210-9547 | 212-210-9444 |
| Jonathan T. Edwards, Esq. | Altson & Bird LLP | 404-881-7000 | 404-253-8298 |
| James D. Herschlein | Arnold & Poreter Kaye Scholder LLP | 212-836-8655 | 212-836-8689 |
| Matthew P. Ward | Womble Bond Dickinson (US) LLP | 302-252-4320 | 302-252-4330 |
| Josef W. Mintz | Blank Rome LLP | 302-425-640 | 302-425-6464 |
| Rick Antonoff | Blank Rome LLP | 212-885-5000 | 212-885-5001 |
| Joseph J. Farnan, Jr. | Farnan LLP | 302-777-0321 | 302-777-0301 |
| Mark D. Collins, Esq. | Richards, Layton & Finger, P.A. | 302-651-7700 | 302-651-7701 |
| Dennis F. Dunne, Esq. | Milbank, Tweed, Hadley & McCloy LLP | 212-530-5000 | 212-530-5219 |
| Zachary I. Shapiro, Esq. | Richards, Layton & Finger, P.A. | 302-651-7700 | 302-651-7701 |

29606280.1

| | | | |
|---|---|---|---|
| Daniel Brogan | Bayard, P.A. | 302-429-4226 | 302-658-6395 |
| Regina Stango Kelbon, Esq. | Blank Rome LLP | 302-425-6400 | 302-428-5133 |
| Theresa Trzaskoma, Esq. | Sher Tremonte LLP | 212-202-2600 | 212-202-4156 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

29606280.1