# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 3380 & 3391 |

## FIRST AMENDMENT TO THE PLAN SUPPLEMENT TO THE THIRD AMENDED JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE FOR ZOHAR III, CORP. AND ITS AFFILIATED DEBTORS

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") submit this plan supplement (the "Plan Supplement") in support of, and in accordance with, the *Third Amended Joint Plan of Liquidation under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and its Affiliated Debtors* [Docket No. 3380] (as may be amended, supplemented, or modified from time to time, the "Plan"). The transactions, information and documents contained in this Plan Supplement are integral to, part of, and incorporated by reference into the Plan. This material has not yet been approved by the Bankruptcy Court. If the Plan is confirmed by the Bankruptcy Court, the material contained in this Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

Certain transactions, information and documents, or portions thereof, contained in this Plan Supplement remain subject to continuing negotiations among the Debtors, the Controlling Class, Controlling Party and other interested parties. Subject to the terms and conditions of the Plan, the Debtors reserve all rights to amend, revise, or supplement this Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court.

---

[1] The debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29426643.4

**Contents**

This amendment to the Plan Supplement contains the following parts and exhibits, each as may be amended, modified, or supplemented from time to time in accordance with the Plan:

| Part | Description |
|---|---|
| X | List of Abandoned Assets |
| **Exhibit**[2] | **Description** |
| B-1 | Executed Organizational Documents for New Phoenix II, LLC [3] |
| B-2 | Executed Organizational Documents for Phoenix II Intermediate, LLC |
| C-1 | Organizational Documents for New Phoenix III, LLC |
| C-2 | Amended and Restated Limited Liability Company Agreement for New Phoenix III, LLC to be entered into on the Effective Date |
| D-1 | Organizational Documents for Phoenix II Recovery, LLC |
| D-2 | Organizational Documents for Phoenix III Recovery, LLC |
| D-4 | Organizational Documents for Phoenix III Intermediate, LLC |
| K | Organizational Documents for New Stila Holdco LLC |
| M | List of Abandoned Assets |

X.    **Abandonment of Abandoned Assets**

On July 22, 2022, the Debtors filed their *Motion for Entry of an Order (I) Approving Certain Modifications to the Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors Pursuant to Section 1127(b) of the Bankruptcy Code; (II) Finding that (A) Such Modifications Are Not Material and Adverse or (B) the Debtors Have Satisfied the Requirements of Sections 1127(b) and (c) With Respect to Such Modifications; (III) Confirming the Modified Plan; and (IV) Granting Related Relief* [Docket No. 3445] (the "Plan Modification Motion").  The Plan Modification Motion seeks, among other things, approval and confirmation of certain modifications to the Plan, including with respect to the abandonment and disposition of certain assets of *de minimis* value to the Debtors' estates (the "Abandoned Assets").  In connection therewith, **_Exhibit M_** to the Plan

---

[2] All documents filed as "form of" are subject to further modification and revision, and such revised forms shall be filed in further plan supplements.

[3] The Plan Supplement stated that names of the Asset Recovery Entities were subject to change prior to the Effective Date.  Their names have been revised by replacing the word "Zohar" with the word "Phoenix" in each instance.

29426643.4

- 3 -

Supplement identifies the proposed Abandoned Assets.  The Debtors reserve the right to amend the list of Abandoned Assets until the occurrence of the Effective Date, upon consultation with and the consent of the Controlling Party and Controlling Class.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

29426643.4

| | |
|---|---|
| Dated: July 29, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ryan M. Bartley*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>　　　　rbrady@ycst.com<br>　　　　mnestor@ycst.com<br>　　　　jbarry@ycst.com<br>　　　　rbartley@ycst.com<br><br>*Counsel to the Debtors* |