*<u>Exhibit M – List of Abandoned Assets</u>*

29426643.4

## EXHIBIT M – Abandoned Assets

The Debtors have filed this Abandoned Asset listing after consultation with the Controlling Class and Controlling Party. The Debtors reserve the right to make further amendments to this Abandoned Asset listing, following consultation with the Controlling Class and Controlling Party, up until the Effective Date. For purposes hereof, capitalized terms have the meaning ascribed to them in the Plan, unless indicated otherwise.

*For the avoidance of doubt, and notwithstanding anything to the contrary herein, the Abandoned Assets shall not include:*
- Any Group A PC Asset
- Debt owed to a Zohar Fund by any of the following companies, any liens or other security interests securing such debt, and equity interests owned by a Zohar Fund in any of the following companies:
    - 180's, Inc., 180s, LLC, and any of their direct or indirect subsidiaries
    - IMG Holdings, Inc. and any of its direct or indirect subsidiaries
    - Global Automotive Systems, LLC and any of its direct or indirect subsidiaries
    - Intrepid U.S.A., Inc. and any of its direct or indirect subsidiaries, as well as its parent holding companies Snelling Holdings, LLC and Zohar Healthcare, LLC
    - Natura Water LLC and any of its direct or indirect subsidiaries
    - MD Helicopters, Inc. and any of its direct or indirect subsidiaries
    - Scan-Optics, LLC (f/k/a SO Acquisition, LLC)
    - Snelling Staffing LLC
    - Stila Styles, LLC and any of its direct or indirect subsidiaries
    - Vulcan Engineering Company and any of its direct or indirect subsidiaries
- Claims in the chapter 11 cases, including the debt underlying such claim, of the following debtors:
    - Dura Automotive Systems, LLC and its affiliated debtors, jointly administered Case No. 19-12378 (Bankr. D. Del.)
    - Gorham Paper and Tissue, LLC and White Mountain Tissue, LLC, jointly administered Case No. 20-12814 (Bankr. D. Del.)
    - Transcare Corporation and its affiliated debtors, jointly administered Case No. 16-10407 (Bankr. S.D.N.Y.)
- That certain *Subordinated Promissory Note* in the principal amount of $5,000,000 dated April 22, 2021, entered into between FSAR Holdings, Inc. and Zohar II 2005-1, Limited
- Any amounts payable to Zohar I, Zohar II or Zohar III (or their respective designee or assignee) in connection with any sale transaction of any Portfolio Company including, without limitation, any Pre-Closing Tax Refund (as defined in that certain *Equity Purchase Agreement* dated as of March 26, 2021 by and among FSAR Holdings, Inc., Zohar II 2005-1, Limited and PDP Holdings, LLC)
- Any Retained Claim, as defined in the Sale Orders

*The Abandoned Assets are the following:*

- Debt and equity interests in the companies identified below and any subsidiaries thereof.

29596922.3

- o   Acme International Enterprises, Inc.
- o   American Doors, LLC
- o   American LaFrance, LLC
- o   Amweld International, LLC
- o   Best Textiles Acquisition, LLC
- o   Bomar Industries International Inc.
- o   Croscill Home, LLC
- o   Duro Textiles, LLC
- o   East Alliance Limited
- o   eMag Solutions, LLC
- o   Fetco Home Decor, Inc.
- o   Glenoit Universal, Ltd.
- o   Hartwell Industries, Inc.
- o   Iconic American Trucks, LLC
- o   Jewel of Jane, LLC
- o   Mobile Armored Vehicles, LLC (f/k/a PVI Acquisition, LLC)
- o   Netversant Solutions, LLC
- o   Patriarch Partners Media Holdings, LLC
- o   Petry Holding Inc.
- o   Rapid Rack Holdings, Inc.
- o   Red Shield Acquisition, LLC
- o   Remco Maintenance, LLC
- o   Silverack, LLC
- o   Spectrum International Holdings, Inc.
- o   Spiegel, LLC
- o   Xinhua Sports & Entertainment

- Equity interests in, but not the debt or any claims against, the companies identified below and any subsidiaries thereof.
    - o   Galey & Lord, LLC
    - o   Gorham Paper and Tissue, LLC
    - o   White Mountain Tissue, LLC
    - o   Transcare Corporation

- Equity interests in and debt or any other claims against any Portfolio Company that was not identified as a "Group A Portfolio Company" or "Group B Portfolio Company" in the Settlement Agreement (or is not a subsidiary of one of them).