IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Ref. Docket Nos. 3445 & 3447** |
| | ) | **Hearing Date: August 1, 2022 at 10:00 a.m. (ET)** |

**NOTICE OF PROPOSED REVISIONS TO FORM OF PROPOSED ORDER
APPROVING PLAN MODIFICATION MOTION [Docket No. 3445]**

**PLEASE TAKE NOTICE THAT** on July 22, 2022, the above-captioned debtors and debtors in possession (the "***Debtors***") filed the *Motion for Entry of an Order (I) Approving Certain Modifications to Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors Pursuant to Section 1127(b) of the Bankruptcy Code; (II) Finding that (A) Such Modifications are not Material and Adverse or (B) the Debtors have Satisfied the Requirements of Sections 1127(b) and (c) of the Bankruptcy Code with Respect to Such Modifications; (III) Confirming the Modified Plan; and (IV) Granting Related Relief* [Docket No. 3445] (the "***Modification Motion***").[2]

**PLEASE TAKE FURTHER NOTICE THAT** the Court ordered that a hearing on the Modification Motion be held on August 1, 2022 at 10:00 a.m. (ET) (the "***Hearing***") with

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address c/o FTI Consulting, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms used herein have the meaning ascribed to them in the Modification Motion or Plan (as defined therein), unless indicated otherwise.

objections to the Modification Motion to be raised prior to or at the Hearing. *See* [Docket No. 3447].

**PLEASE TAKE FURTHER NOTICE THAT**, Ankura Trust Company, LLC, in its capacity as New Agent (as defined in the Plan) provided informal comments to the Debtors concerning the Modification Motion to ensure that if there are Abandoned Assets that are loans, the New Agent is discharged from its responsibility as New Agent as to those loans. In response thereto, the Debtors agreed to make revisions to the Proposed Order. The revised form of Proposed Order (omitting the Modified Plan, which remains unchanged) is attached hereto as Exhibit A and a redline against the original version is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE THAT**, the Debtors intend to present the revised Proposed Order attached hereto as Exhibit A at the Hearing, but reserve the right to make further modifications to the Proposed Order.

Dated: August 1, 2022
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ryan M. Bartley*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4421)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1253
Email:   jpatton@ycst.com
         rbrady@ycst.com
         mnestor@ycst.com
         jbarry@ycst.com
         rbartley@ycst.com

*Attorneys for the Debtors*

29611647.1