## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON AUGUST 1, 2022 AT 10:00 A.M. (ET)

**THIS HEARING WILL BE CONDUCTED OVER ZOOM
AND REQUIRES ALL ZOOM PARTICIPANTS TO REGISTER IN ADVANCE.
COURTCALL WILL NOT BE USED TO DIAL IN.**

**Please use the following link to register for this hearing:**
**https://debuscourts.zoomgov.com/meeting/register/vJIsdeyuqTIsGGS_oePfzv8_UC0CWBR5xEk**

**AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A
CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

## MATTER GOING FORWARD

1.    Motion for Entry of an Order (I) Approving Certain Modifications to Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors Pursuant to Section 1127(b) of the Bankruptcy Code; (II) Finding that (A) Such Modifications are not Material and Adverse or (B) the Debtors have Satisfied the Requirements of Sections 1127(b) and (c) of the Bankruptcy Code with Respect to Such Modifications; (III) Confirming the Modified Plan; and (IV) Granting Related Relief  [D.I. 3445; 7/22/22]

Related Documents:

A.    Debtors' Motion for Entry of an Order (1) Shortening the Time for Notice of Debtors' Motion for Entry of an Order (I) Approving Certain Modifications to Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors Pursuant to Section 1127(b) of the Bankruptcy Code; (II) Finding that (A) Such Modifications are not Material and

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] **All amendments appear in bold.**

Adverse or (B) the Debtors have Satisfied the Requirements of Sections 1127(b) and (c) of the Bankruptcy Code with Respect to Such Modifications; (III) Confirming the Modified Plan; and (IV) Granting Related Relief; and (2) Establishing, on a Preliminary Basis, the Deadline Under Section 1127(b) of the Bankruptcy Code by Which Votes Must be Changed [D.I. 3446; 7/22/22]

B.      Order (1) Shortening the Time for Notice of Debtors' Motion for Entry of an Order (I) Approving Certain Modifications to Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors Pursuant to Section 1127(b) of the Bankruptcy Code; (II) Finding that (A) Such Modifications are not Material and Adverse or (B) the Debtors have Satisfied the Requirements of Sections 1127(b) and (c) of the Bankruptcy Code with Respect to Such Modifications; (III) Confirming the Modified Plan; and (IV) Granting Related Relief; and (2) Establishing, on a Preliminary Basis, the Deadline Under Section 1127(b) of the Bankruptcy Code by Which Votes Must be Changed [D.I. 3447; 7/25/22]

C.      Amended Notice of Hearing [D.I. 3450; 7/26/22]

D.      **First Amendment to the Plan Supplement to the Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3461; 7/29/22]**

E.      **Notice of Proposed Revisions to Form of Proposed Order Approving Plan Modification Motion [D.I. 3462; 8/1/22]**

Response Deadline:                At the hearing

Responses Received:

F.      Informal response from the Patriarch Stakeholders

Status:      **The list of Abandoned Assets is included as Exhibit M in the First Amendment to the Plan Supplement (item D).** This matter is going forward.

Dated: August 1, 2022
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ryan M. Bartley*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
      rbrady@ycst.com
      mnestor@ycst.com
      jbarry@ycst.com
      rbartley@ycst.com
      sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*