**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) ) | Jointly Administered<br>**Ref. Docket No. 3445** |

**CERTIFICATION OF COUNSEL**
**REGARDING *PROPOSED* ORDER (I) APPROVING CERTAIN MODIFICATIONS**
**TO THE THIRD AMENDED JOINT PLAN OF LIQUIDATION UNDER**
**CHAPTER 11 OF THE BANKRUPTCY CODE FOR ZOHAR III, CORP.**
**AND ITS AFFILIATED DEBTORS PURSUANT TO SECTION 1127(B) OF THE**
**BANKRUPTCY CODE; (II) FINDING THAT (A) SUCH MODIFICATIONS**
**ARE NOT MATERIAL AND ADVERSE OR (B) THE DEBTORS HAVE SATISFIED**
**THE REQUIREMENTS OF SECTIONS 1127(B) AND (C) OF THE BANKRUPTCY**
**CODE WITH REPESCT TO SUCH MODIFICATIONS; (III) CONFIRMING THE**
**MODIFIED PLAN; AND (IV) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

On July 22, 2022, the Debtors filed the *Motion for Entry of an Order (I) Approving Certain Modifications to Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors Pursuant to Section 1127(b) of the Bankruptcy Code; (II) Finding that (A) Such Modifications are not Material and Adverse or (B) the Debtors Have Satisfied the Requirements of Sections 1127(b) and (c) of the Bankruptcy Code with Respect to Such Modifications; (III) Confirming the Modified Plan; and (IV) Granting Related Relief* [Docket No. 3445] (the "Motion").[2]  Pursuant to the *Order (1) Shortening the Time for Notice of Debtors' Motion for Entry of an Order (I) Approving Certain Modifications to Third Amended*

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Motion.

*Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors Pursuant to Section 1127(b) of the Bankruptcy Code; (II) Finding that (A) Such Modifications are not Material and Adverse or (B) the Debtors Have Satisfied the Requirements of Sections 1127(b) and (c) of the Bankruptcy Code with Respect to Such Modifications; (III) Confirming the Modified Plan; and (IV) Granting Related Relief; and (2) Establishing, on a Preliminary Basis, the Deadline Under Section 1127(b) of the Bankruptcy Code by Which Votes Must be Changed* [Docket No. 3447] (the "Order Shortening Notice") a hearing was scheduled for the Motion for August 1, 2022 at 10:00 a.m. (ET) (the "Hearing") and responses or objections to the Motion, if any, were required to be filed before or presented at the Hearing (the "Objection Deadline").

At the Hearing, the U.S. Trustee raised certain concerns regarding future amendments to the list of Abandoned Assets. The Debtors proposed a resolution at the Hearing, and the form of order attached hereto as Exhibit A reflects the Debtors' proposed revisions. The form of order has been reviewed by the U.S. Trustee, and the U.S. Trustee does not object to entry of the attached form of order.

A redline comparing the form of order attached hereto and the Proposed Order initially filed with the Motion is included as Exhibit B. Paragraph No. 7 with respect to the New Agent was previously filed with the Court at Docket No. 3462 and discussed at the Hearing, and it is unchanged.

WHEREFORE, as the Debtors did not receive any other objections or responses other than those described herein, and the U.S. Trustee does not object to the entry of the form of order

29612620.1

attached hereto, the Debtors respectfully request that the Court entered the form of order attached hereto without further notice or hearing at the Court's earliest convenience.

| | |
|---|---|
| Dated: August 1, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ryan M. Bartley*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>       rbrady@ycst.com<br>       mnestor@ycst.com<br>       jbarry@ycst.com<br>       rbartley@ycst.com<br>       sreil@ycst.com<br><br>*Attorneys for the Debtors* |