IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
| Debtors. | ) Jointly Administered |
|  | ) **Ref Docket Nos. 3304, 3380, 3391 & 3461** |

### NOTICE OF FILING OF BLACKLINE OF FIRST AMENDMENT TO THE PLAN SUPPLEMENT TO THE THIRD AMENDED JOINT PLAN OF LIQUIDAITON UNDER CHAPTER 11 OF THE BANKRUPTCY CODE FOR ZOHAR III, CORP. AND ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE** that on May 6, 2022, the Debtors filed the *Plan Supplement to the Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors* [Docket No. 3304] (the "Plan Supplement").

**PLEASE TAKE FURTHER NOTICE** that on June 15, 2022, the Debtors filed the *Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors* [Docket No. 3380] (the "Third Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that on June 16, 2022, the Debtors filed the *Plan Supplement to the Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors* [Docket No. 3391] (the "Amended Plan Supplement").

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, NY 10036.

29601240.1

**PLEASE TAKE FURTHER NOTICE** that on July 29, 2022, the Debtors filed the *First Amendment to the Plan Supplement to the Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors* [Docket No. 3461] (the "First Amendment to the Plan Supplement"). For ease of reference, attached hereto as **Exhibit 1** is a copy of the changed pages only, where able, of the First Amendment to the Plan Supplement marked against the Amended Plan Supplement (the "Blackline").[2]

| | |
|---|---|
| Dated: August 1, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ryan M. Bartley*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>      rbrady@ycst.com<br>      mnestor@ycst.com<br>      jbarry@ycst.com<br>      rbartley@ycst.com<br>      sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

---

[2] The form of limited liability company agreement utilized for Phoenix II Intermediate, LLC f/k/a Zohar II Intermediate LLC was based on Exhibit D-3 to the Plan Supplement filed on June 16, 2022 at Docket No. 3391.

29601240.1