IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 3380 & 3391** |

## SECOND AMENDMENT TO THE PLAN SUPPLEMENT TO THE THIRD AMENDED JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE FOR ZOHAR III, CORP. AND ITS AFFILIATED DEBTORS

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") submit this plan supplement (the "Plan Supplement") as part of the *Third Amended Joint Plan of Liquidation under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and its Affiliated Debtors* [Docket No. 3380] (as may be amended, supplemented, or modified, including the modifications approved on August 1, 2022, *see* Docket No. 3467, from time to time, the "Plan").[2] The transactions, information and documents contained in this Plan Supplement are integral to, part of, and incorporated by reference into the Plan.

Certain transactions, information and documents, or portions thereof, contained in this Plan Supplement remain subject to continuing negotiations among the Debtors, the Controlling Class, Controlling Party and other interested parties. Subject to the terms and conditions of the Plan, the Debtors reserve all rights to amend, revise, or supplement this Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court.

---

[1] The debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms have the meaning ascribed to them in the Plan.

**Contents**

This amendment to the Plan Supplement contains the following parts and exhibits, each as may be amended, modified, or supplemented from time to time in accordance with the Plan:

| Exhibit[3] | Description |
|---|---|
| G | Summary of Terms of MD Parent LLC Limited Liability Agreement |
| J | D&O Expense Escrow Agreement |
| L-1 | Form of Zohar II Litigation Funding Agreement (as defined in and pursuant to paragraph 12 of the Confirmation Order) |
| L-2 | Form of Amended and Restated Loan Agreement to implement Exit Facility Amendment terms pursuant to Paragraph 12 of the Confirmation Order |

Dated: August 2, 2022
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ryan M. Bartley*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
rbrady@ycst.com
mnestor@ycst.com
jbarry@ycst.com
rbartley@ycst.com

*Counsel to the Debtors*

---

[3] All documents filed as "form of" are subject to further modification and revision, and such revised forms shall be filed in further plan supplements.

29616996.1