IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Zohar III, Corp., *et al.*, | ) Case No. 18-10512 (KBO) |
| Debtors[1]. | ) Jointly Administered |

**NOTICE OF (I) CONFIRMATION AND EFFECTIVE DATE OF
THE THIRD AMENDED JOINT PLAN OF LIQUIDATION UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE FOR ZOHAR III, CORP. AND
ITS AFFILIATED DEBTORS; (II) DEADLINE UNDER THE PLAN AND
CONFIRMATION ORDER TO FILE ADMINISTRATIVE CLAIMS,
REJECTION CLAIMS AND PROFESSIONAL FEE CLAIMS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. **Entry of Confirmation Order**. On June 21, 2021, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. 3400] (the "Confirmation Order") confirming the *Third Amended Joint Plaint of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliate Debtors*, attached as Exhibit A to the Confirmation Order (together with the Plan Supplement, all other exhibits thereto, and as may be amended, modified or supplemented, the "Plan"),[2] in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"). On August 1, 2022, the Court entered an order [Docket No. 3467], which, among other things, (1) approved certain modifications to the Plan (the "Plan Modifications"), which became part of the Plan, and (2) confirmed such modifications as part of the Plan.

2. **Effective Date of the Plan**. The Effective Date of the Plan was August 2, 2022.

3. **Administrative Claim Bar Date**. The Holder of an Administrative Claim, arising after August 26, 2021, other than: (a) Professional Claims; (b) any Administrative Claims that (i) have been previously paid by the Debtors in the ordinary course of business or otherwise or (ii) have otherwise been satisfied; (c) any Administrative Claims previously Filed; (d) any Administrative Claim that has been Allowed by prior order of the Bankruptcy Court; (e) any Administrative Claims held by any Debtor; (f) any claims for fees payable to the Clerk of the

---

[1] The Debtors and the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Unless otherwise defined in this notice, capitalized terms used herein shall have the meaning ascribed to them in the Plan.

29606712.1

Bankruptcy Court; (g) any U.S. Trustee Fees; and (h) any Administrative Claim entitled to administrative expense status pursuant to section 503(b)(1)(D), must File and serve on the Wind-Down Administrator and his counsel, at the below address, a written request for such Administrative Claim **so as to be received by 5:00 p.m. (ET) on September 2, 2022**. Such request must include at a minimum: (i) the name of the Debtor(s) that are purported to be liable for the Administrative Claim; (ii) the name of the Holder of the Administrative Claim; (iii) the amount of the Administrative Claim; (iv) the basis of the Administrative Claim; and (v) supporting documentation for the Administrative Claim. Failure to file and serve such notice or request timely and properly shall result in the Administrative Claim being forever barred and extinguished, absent order of the Court to the contrary. For the avoidance of doubt, the Bar Date for Administrative Claims arising prior to August 27, 2021 and the Bar Date for Claims entitled to administrative expense priority pursuant to section 503(b)(9) of the Bankruptcy Code, is the date as established in the Bar Date Order.

4. **Deadline to File Rejection Claims**. In accordance with the Bar Date Order, the Holder of any Claim arising from the rejection of an executory contract or unexpired lease pursuant to the Plan and the Confirmation Order (a "Rejection Damages Claim") shall file a Proof of Claim on account of such Rejection Damages Claim against the Debtors so as to be received by the Litigation Trustee, at the address below, **by 5:00 p.m. (ET) on September 2, 2022**. Failure to file a Rejection Damages Claim timely and properly shall result in the Rejection Damages Claim being forever barred and extinguished.

David Dunn, as Wind-Down Administrator and Litigation Trustee

Care of PROVINCE
700 Canal Street, Suite 12E
Stamford, CT 06902
Attn: Nathan Smith, Joseph Berman
Email: nsmith@provincefirm.com; jberman@provincefirm.com

With a copy to his counsel:

| MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| 3580 Carmel Mountain Road, Suite 300 | Rodney Square |
| San Diego, CA 92130 | 1000 North King Street |
| Attn: Joseph R. Dunn | Wilmington, DE 19801 |
|      Abigail V. O'Brient | Attn: Ryan M. Bartley |
| Email: jrdunn@mintz; |      Joshua B. Brooks |
|      avobrient@mintz | Email: rbartley@ycst.com |
| |      jbrooks@ycst.com |

5. **Deadline to File Professional Claims**. All Persons seeking Allowance of Professional Claims under the Plan shall File, **on or before 5:00 p.m. (ET) on September 2, 2022**, their respective applications for final allowance of compensation for services rendered and reimbursement of expenses incurred. Notwithstanding anything to the contrary in the Plan, any objection to any Professional Claim of the New Agent shall be resolved as provided in the New

29606712.1

2

Agent Order. Objections to any Professional Claim must be Filed and served on counsel to the Wind-Down Administrator, at the address set forth herein, and the requesting Professional **by no later than twenty-one days (21) days after the service of the applicable final request for payment of the Professional Claim**.

6. **Inquiries by Interested Parties**. Copies of the Confirmation Order (to which the Plan is attached as Exhibit A) are available free of charge upon written request (which writing may be an email) to the undersigned counsel for the Debtors. The Confirmation Order is also on file with the Bankruptcy Court and may be viewed by accessing the Bankruptcy Court's website at www.deb.uscourts.gov. To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at www.pacer.psc.uscourts.gov.

7. **Limiting Notices**. Only Persons that file renewed requests to receive documents pursuant to Bankruptcy Rule 2002 on or after the Effective Date shall be entitled to receive notice under Bankruptcy Rule 2002 with respect to the Chapter 11 Cases. After the Effective Date, the Wind-Down Administrator, Asset Recovery Manager, and Litigation Trustee are authorized to limit the list of Persons receiving documents with respect to the Chapter 11 Cases pursuant to Bankruptcy Rule 2002 to those Persons who have Filed such renewed requests, and any other person required to be served under Local Rule 2002-1(b).

8. **DIP Obligations**. The amount of the Allowed DIP Claims as of the Effective Date is $1,030,379.34 plus any unbilled fees and expenses of counsel to the DIP Lenders and exclusive of amounts being drawn on the Effective Date pursuant to the Exit Facility Amendment as "new money" or the refinancing of the Allowed DIP Claims.

| | |
|---|---|
| Dated: August 3, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>*/s/ Ryan M. Bartley*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4421)<br>Ryan M. Bartley (No. 4985)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Emails:  jpatton@ycst.com<br>   rbrady@ycst.com<br>   mnestor@ycst.com<br>   jbarry@ycst.com<br>   rbartley@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

29606712.1

3