# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on August 2, 2022, I caused a copy of the foregoing documents, *Fourth Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors* [Docket No. 3474] and *Second Amendment to the Plan Supplement to the Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated* [Docket No. 3475], to be served upon the below counsel in the manner indicated below:

| | |
|---|---|
| Norman L. Pernick, Esq.<br>David Dean, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>ddean@coleschotz.com<br>npernick@coleschotz.com<br>(Patriarch Entities)<br>***Email*** | Randy M. Mastro, Esq.<br>Matt J. Williams, Esq.<br>Mary Beth Maloney, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY10166-0193<br>rmastro@gibsondunn.com<br>mjwilliams@gibsondunn.com<br>mmaloney@gibsondunn.com<br>(Patriarch Entities)<br>***Email*** |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

| | |
|---|---|
| Robert Klyman, Esq.<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>rklyman@gibsondunn.com<br>(Patriarch Entities)<br>***Email*** | Monica K. Loseman, Esq.<br>Gibson, Dunn & Crutcher LLP<br>1801 California Street, Suite 4200<br>Denver, CO 80202-2642<br>mloseman@gibsondunn.com<br>(Patriarch Entities)<br>***Email*** |
| Kenneth J. Nachbar, Esq.<br>Robert J. Dehney, Esq.<br>Megan Ward Cascio, Esq.<br>Matthew B. Harvey, Esq.<br>Lauren Neal Bennett, Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>knachbar@mnat.com<br>rdehney@mnat.com<br>mcascio@mnat.com<br>mharvey@mnat.com<br>lbennett@mnat.com<br>(Alvarez & Marsal Zohar Management, LLC)<br>***Email*** | Michael Carlinksy, Esq.<br>Jonathan E. Pickhardt, Esq.<br>Benjamin Finestone, Esq.<br>Ellison Ward Merkel, Esq.<br>Blair Adams, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>michaelcarlinsky@quinnemanuel.com<br>jonpickhardt@quinnemanuel.com<br>benjaminfinestone@quinnemanuel.com<br>ellisonmerkel@quinnemanuel.com<br>blairadams@quinnemanuel.com<br>(Alvarez & Marsal Zohar Management, LLC)<br>***Email*** |
| Gregory M. Petrick, Esq.<br>Jonathan M. Hoff, Esq.<br>Ingrid Bagby, Esq.<br>Michele C. Maman, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>200 Liberty Street<br>New York, NY 10281<br>gregory.petrick@cwt.com<br>jonathan.hoff@cwt.com<br>ingrid.bagby@cwt.com<br>michele.maman@cwt.com<br>(MBIA Insurance Company)<br>***Email*** | Brian J. Lohan, Esq.<br>Arnold & Porter Kaye Scholer LLP<br>70 West Madison Street, Suite 4200<br>Chicago, IL 60602-4231<br>brian.lohan@arnoldporter.com<br>(Certain Holders of Notes Issued by Zohar III, Limited)<br>***Email*** |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(Internal Revenue Service)<br>***First Class Mail*** | Secretary of State<br>Corporations Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903<br>(Secretary of State)<br>***First Class Mail*** |

29623312.1

Secretary of Treasury
Attn: Bankruptcy Department
820 Silver Lake Blvd., Suite 100
Dover, DE 19904
(Secretary of Treasury)
***First Class Mail***

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 North Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
ellen.slights@usdoj.gov
(U.S. Attorney's Office)
***Email***

Securities & Exchange Commission
Attn: Bankruptcy Department
Brookfiled Place
200 Vesey Street, Suite 400
New York, NY 10281-1022
bankruptcynoticeschr@sec.gov
nyrobankruptcy@sec.gov
(Securities & Exchange Commission)
***Email***

Juliet M. Sarkessian, Esq.
Joseph Cudia, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #15
Wilmington, DE 19801
juliet.m.sarkessian@usdoj.gov
joseph.cuida@usdoj.gov
(U.S. Trustee)
***Email***

Michael B. Mukasey, Esq.
U.S. Attorney General
Department of Justice
Commerical Litigation Branch
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
(U.S. Attorney General)
***First Class Mail***

Securities & Exchange Commission
Secretary of Treasury
100 F Street, NE
Washington, DC 20549
secbankruptcy@sec.gov
(Securities & Exchange Commission)
***Email***

Delaware Attorney General
Attn: Bankruptcy Department
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(Delaware Attorney General)
***Hand Delivery***

Delaware Division of Revenue
Attn: Zillah Frampton
820 N. French Street
Wilmington, DE 19801
(Delaware Division of Revenue)
***Hand Delivery***

29623312.1

| | |
|---|---|
| U.S. Bank National Association<br>Attn: CDO Group-Ref.: Zohar III, Limited<br>190 LaSalle St., 8th Floor<br>Chicago, IL 60603<br>(U.S. Bank National Association)<br>***First Class Mail*** | Brett D. Jaffe, Esq.<br>Alexander Lorenzo, Esq.<br>Elizabeth Buckel, Esq.<br>Alston & Bird LLP<br>90 Park Avenue, 15th Floor<br>New York, NY 10016-1387<br>brett.jaffe@alston.com<br>alexander.lorenzo@alston.com<br>elizabeth.buckel@alston.com<br>(U.S. Bank National Assocation)<br>***Email*** |
| Elizabeth LaPuma, Esq.<br>Alvarez & Marsal Zohar Management, LLC<br>600 Madison Ave.<br>New York, NY 10022<br>elapuma@alvarezandmarsal.com<br>(Alvarez & Marsal Zohar Management, LLC)<br>***Email*** | Alvarez & Marsal Zohar Management, LLC<br>Attention: General Counsel<br>600 Madison Ave.<br>New York, NY 10022<br>(Alvarez & Marsal Zohar Management, LLC)<br>***First Class Mail*** |
| | Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Pachulski Stang Ziehl & Jones, LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-87055<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>(MBIA Insurance Company)<br>***Email*** |
| James D. Herschlein Esq.<br>Jeffrey A. Fuisz, Esq.<br>Erik Walsh, Esq.<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10119-9710<br>james.herschlein@arnoldporter.com<br>jeffrey.fuisz@arnoldporter.com<br>erik.walsh@arnoldporter.com<br>(Certain Holders of Notes Issued by Zohar III, Limited)<br>***Email*** | Matthew P. Ward, Esq.<br>Morgan L. Patterson, Esq.<br>Womble Bond Dickinson (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com<br>(Certain Holders of Notes Issued by Zohar III, Limited)<br>***Email*** |

29623312.1

Josef W. Mintz, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
mintz@blankrome.com
(Blank Rome LLP)
*Email*

Rick Antonoff, Esq.
Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020
rantonoff@blankrome.com
(Blank Rome LLP)
*Email*

Joseph J. Farnan, Jr., Esq.
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
(Independent Director)
*Email*

Mark D. Collins, Esq.
Brett M. Haywood, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com
haywood@rlf.com
(Ankura Trust)
*Email*

Dennis F. Dunne, Esq.
Andrew Harmeyer, Esq.
Milbank LLP
55 Hudson Yards
New York, NY 10001
ddunne@milbank.com
aharmeyer@milbank.com
(Ankura Trust)
*Email*

Debora A. Hoehne, Esq.
Michael Godbe, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
debora.hoehne@weil.com
michael.godbe@weil.com
(Culligan)
*Email*

Zachary I. Shapiro, Esq.
Brendan J. Schlauch, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
shapiro@rlf.com
schlauch@rlf.com
(Culligan)
*Email*

Daniel N. Brogan, Esq.
Sophie E. Macon, Esq.
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
dbrogan@bayardlaw.com
smacon@bayardlaw.com
(Dura)
*Email*

Steven B. Eichel, Esq.
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, NY  10022
se@robinsonbrog.com
(Vik Jindal)
*Email*

Theresa Trzaskoma, Esq.
Michael Tremonte, Esq.
Jennifer X. Luo, Esquire
Alexandra G. Elenowitz-Hess, Esq.
Vikram Shah, Esq.
Ryan Pollock, Esq.
Justin Gunnell, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
TTrzaskoma@shertremonte.com
mtremonte@shertremonte.com
jluo@shertremonte.com
ahess@shertremonte.com
vshah@shertremonte.com
rpollock@shertremonte.com
jgunnell@shertremonte.com
dberger@abv.com
jcraig@abv.com
lpincus@abv.com
(Patriarch Entities)
*Email*

Evelyn J. Meltzer
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Evelyn.meltzer@troutman.com
(RM Technologies, Inc.)
*Email*

Todd A. Feinsmith
Troutman Pepper Hamilton Sanders LLP 19th
Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
Todd.feinsmith@troutman.com
(RM Technologies, Inc.)
*Email*

James D. Rosener
Troutman Pepper Hamilton Sanders LLP
The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
James.rosener@troutman.com
(RM Technologies, Inc.)
*Email*

John Greene
Pratik Desai
c/o Bardin Hill Investment Partners, LP
477 Madison Avenue, 8th Floor
New York, NY 1022
jgreene@bardinhill.com
pdesai@bardinhill.com
(DIP Lender)
*Email*

29623312.1

| | |
|---|---|
| Jeffrey M. Schlerf, Esq.<br>Gray Robinson, PA<br>1007 North Orange Street<br>4th Floor #127<br>Wilmington, DE 19801<br>Jeffrey.schlerf@gray-robinson.com<br>(Independent Director)<br>***Email*** | Juliet M. Sarkessian<br>211 East Meade St.<br>Philadelphia, PA 19118<br>(U.S. Trustee)<br>***First Class Mail*** |
| John W. Weiss<br>Pashman Stein Walder Hayden, P.C.<br>Bell Works<br>101 Crawfords Corner Road, Suite 402<br>Holmdel, NJ 07733<br>jweiss@pashmanstein.com<br>(U.S. Bank National Assocation)<br>***Email*** | Scott D. Cousins, Esq.<br>Scott D. Jones, Esq.<br>Cousins Law LLC<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19801<br>Scott.cousins@cousins-law.com<br>Scott.jones@cousins-law.com<br>(Patriarch Stakeholders)<br>***Email*** |
| Kimberly E. Neureiter, Esq.<br>Rebecca L. Stark, Esq.<br>Pension Benefit Guaranty Corporation<br>Office of General Counsel<br>1200 K Street, N.W.<br>Washington, D.C. 2005-4026<br>Neureiter.kimberly@pbgc.gov<br>Stark.rebecca@pbgc.gov<br>efile@pbgc.gov<br>(PBGC)<br>***Email*** | |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

29623312.1