## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Zohar III, Corp., *et al.*, ) | Case No. 18-10512 (KBO) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

### ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Court hereby schedules the following omnibus hearing date:

**September 15, 2022 at 11:00 a.m. (ET) – 6th Floor, Courtroom No. 3**

**Dated: August 5th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

23043617.23