IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) | Jointly Administered |
|  | ) | Ref. Docket No. 3439 |

## CERTIFICATION OF COUNSEL REGADRING DOCKET NO. 3439

The undersigned hereby certifies as follows:

On July 14, 2022, Houlihan Lokey Capital, Inc. ("Houlihan Lokey") filed the *Notice of Filing of Eighth Staffing and Compensation Report and Request for Payment of Reimbursable Expenses by Houlihan Lokey Capital, Inc., for the Period of February 24, 2022 Through and Including June 23, 2022* [Docket No. 3439] (the "Staffing and Compensation Report").[2] Objections to the Staffing and Compensation Report were to be filed and served by July 29, 2022 at 4:00 p.m. (ET).

Prior to the Objection Deadline, Houlihan Lokey received an informal response to the Staffing and Compensation Report from the Office of the United States Trustee (the "U.S. Trustee"). In resolution of the U.S. Trustee's response, Houlihan Lokey as agreed to an expense reduction in the amount of $500.00.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Staffing and Compensation Report.

29208640.2

1

The undersigned further certifies that he has reviewed the Court's docket in these cases, and no other answer, objection, or other responsive pleading to the Staffing and Compensation Report appears thereon.

Pursuant to the Retention Order [Docket No. 1469] and the Interim Compensation Order [Docket No. 293], the Debtors are authorized, but not directed, to pay to Houlihan Lokey Capital, Inc. all fees and expenses included in the Staffing and Compensation Report, minus the $500.00 expense reduction, without further order of the Court.

| | |
|---|---|
| Dated: August 5, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>      rbrady@ycst.com<br>      mnestor@ycst.com<br>      jbarry@ycst.com<br>      rbartley@ycst.com<br>      sreil@ycst.com<br><br>*Counsel for the Debtors* |