# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on August 8, 2022, I caused a copy of the foregoing document, *Order Scheduling Omnibus Hearing Date* [Docket No. 3480], to be served upon the below counsel in the manner indicated below:

| | |
|---|---|
| Norman L. Pernick, Esq.<br>G. David Dean, Esq.<br>Patrick J. Reilley, Esq.<br>Andrew J. Roth-Moore, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>npernick@coleschotz.com<br>ddean@coleschotz.com<br>preilley@coleschotz.com<br>aroth-moore@coleschotz.com<br>(Lynn Tilton & Patriarch Entities)<br>***Email*** | Theresa Trzaskoma, Esq.<br>Max Tanner, Esq.<br>Vikram Shah, Esq.<br>Wesley Erdelack, Esq.<br>Sher Tremonte LLP<br>90 Broad Street, 23rd Floor<br>New York, NY 10004<br>TTrzaskoma@shertremonte.com<br>mtanner@shertremonte.com<br>vshah@shertremonte.com<br>werdelack@shertremonte.com<br>(Lynn Tilton & Patriarch Entities)<br>***Email*** |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

Juliet M. Sarkessian, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #15
Wilmington, DE 19801
juliet.m.sarkessian@usdoj.gov
(U.S. Trustee)
***Email***

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

29645102.1