## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.* | Case No. 18-10512 (KBO)<br>(Jointly Administered) |
| Debtors. | |

### AFFIDAVIT OF SERVICE

I, David Kitto, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On August 4, 2022 at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit A:

- **Notice** of (I) Confirmation and Effective Date of The Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and its Affiliated Debtors; (II) Deadline Under the Plan and Confirmation Order to File Administrative Claims, Rejection Claims and Professional Fee Claims

X _____
David Kitto

Dated: August 4, 2022
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 4th day August of 2022, by David Kitto proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

# EXHIBIT A

**VIA FIRST CLASS MAIL:**
Trustees of National Retirement Fund
Attn: Wilson Elser
Irene Costello
1133 Westchester Ave.
White Plains, NY 10604

**VIA FIRST CLASS MAIL:**
Trustee of the Amalgated National Health Fund
Attn: Wilson Elser
Irene Costello
1133 Westchester Ave.
White Plains, NY 10604

**VIA FIRST CLASS MAIL:**
FFP (Cayman) Limited
10 Market Street
#769 Camana Bay
Grand Cayman
Cayman Islands, KY-9006

**VIA FIRST CLASS MAIL:**
MD Helicopters
Attn: Suzzanne Uhland
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020

**VIA FIRST CLASS MAIL:**
Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

**VIA FIRST CLASS MAIL:**
EARL WEEKS
C/O MERRILL LYNCH CORPORATE ACTIONS
4804 DEER LAKE DR.E.
JACKSONVILLE FL 32246

**VIA FIRST CLASS MAIL:**
JERRY TRAVERS
525 WASHINGTON BLVD.
JERSEY CITY NJ 07310

**VIA FIRST CLASS MAIL:**
MANSUR PRESIDENT
1300 THAMES ST 5TH FL
BALTIMORE MD 21231

**VIA FIRST CLASS MAIL:**
ROBERT MATERA CORP ACTIONS - NC0675
1525 WEST W.T. HARRIS BLVD, 181
CHARLOTTE NC 28262

**VIA FIRST CLASS MAIL:**
SACHIN GOYAL
500 STANTON CHRISTIANA ROAD, OPS 4
FLOOR 02
NEWARK DE 19713-2107

**VIA FIRST CLASS MAIL:**
Octaluna III, LLC
Patriarch Stakeholders
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006

**VIA FIRST CLASS MAIL:**
Octaluna II, LLC
Patriarch Stakeholders
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006

**VIA FIRST CLASS MAIL:**
Octaluna, LLC
Patriarch Stakeholders
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006

**VIA FIRST CLASS MAIL:**
Mark D. Collins, Esq.
Brett M. Haywood, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

**VIA FIRST CLASS MAIL:**
Dennis F. Dunne, Esq.
Andrew Harmeyer, Esq.
Milbank LLP
55 Hudson Yards
New York, NY  10001

**VIA FIRST CLASS MAIL:**
Principal Bank
ATTN: Chris Bates
711 High Street
Des Moines, IA 50392

**VIA ELECTRONIC MAIL:**
Bates.chris.g@principal.com

**VIA FIRST CLASS MAIL:**
Natixis CIB Americas Headquarters
F/D/B/A Natixis Financial Products, Inc.
Attn: Yazmin Vasconez
1251 Avenue of the Americas
New York, NY 10020

**VIA FIRST CLASS MAIL:**
Bardin Hill Investment Partners LP
Attn: John W. Greene, Jr. & Pratik Desai
299 Park Ave., 24th Floor
New York, NY 10171

**VIA FIRST CLASS MAIL:**
Richard D. Gaines
P.O. Box 943
102 Sugarberry Lane
Greentown, PA 18426-0943

**VIA FIRST CLASS MAIL:**
USA MBIA Inc.
MBIA Inc.
Attention Jonathan C. Harris
General Counsel
1 Manhattanville Road, Suite 301
Purchase, NY 10577

**VIA FIRST CLASS MAIL:**
Alvarez & Marsal Zohar Management, LLC
Attn: Jonathan Pickhardt & Blair Adams
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, NY 10010

**VIA FIRST CLASS MAIL:**
Alston & Bird, LLP
101 South Tyron St., Suite 400
Charlotte, NC 28280

**VIA FIRST CLASS MAIL:**
Blank Rome, LLP
1271 Avenue of the Americas
New York, NY 10020

**VIA FIRST CLASS MAIL:**
Barris, Scott, Denn & Driker, P.L.L.C.
333 W Fort Street, Suite 1200
Detroit, MI 48226

**VIA FIRST CLASS MAIL:**
Maples Group
F/D/B/A Maples & Calder
Ugland House
South Church Street
P.O. Box 309
Grand Cayman KY1-1104
Cayman Islands

**VIA FIRST CLASS MAIL:**
Fund Fiduciary Partners Limited
10 Market Street
#769 Camana Bay
Grand Cayman
Cayman Islands, KY-9006

**VIA FIRST CLASS MAIL:**
Natixis CIB Americas Headquarters
F/D/B/A Natixis Financial Products, Inc.
Attn: Yazmin Vasconez
1251 Avenue of the Americas
New York, NY 10020

**VIA FIRST CLASS MAIL:**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899

**VIA FIRST CLASS MAIL:**
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022

**VIA FIRST CLASS MAIL:**
Osborn Maledon, P.A.
2929 N. Central Ave
Phoenix, AZ 85012

**VIA FIRST CLASS MAIL:**
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

**VIA FIRST CLASS MAIL:**
Cohen & Gresser, LLP
800 Third Avenue
New York, NY 10022

**VIA FIRST CLASS MAIL:**
Capital Market Risk Advisors, Inc.
767 Third Avenue, 8th Floor
New York, NY 10017

**VIA FIRST CLASS MAIL:**
Schlam Stone & Dolan LLP
26 Broadway
New York, 1004

**VIA FIRST CLASS MAIL:**
Gary Neems
c/o ARK Invest
3 East 28th Street, 7th Floor
New York, 10016

**VIA FIRST CLASS MAIL:**
Cohen & Gresser, LLP
800 Third Avenue
New York, NY 10022

**VIA FIRST CLASS MAIL:**
Mayer Brown
c/o Alvarez & Marsal Zohar Management, LLC
Attn: Jonathan Pickhardt & Blair Adams
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, NY 10010

**VIA FIRST CLASS MAIL:**
Maples Group
F/D/B/A Maples & Calder
Ugland House
South Church Street
P.O. Box 309
Grand Cayman KY1-1104
Cayman Islands

**VIA FIRST CLASS MAIL:**
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

**VIA FIRST CLASS MAIL:**
Securities and Exchange Commission
Attn: Bankruptcy Department Brookfiled Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

**VIA FIRST CLASS MAIL:**
Lasalle Bank
135 South LaSalle Street, Suite 1825
Chicago, IL 60603

**VIA FIRST CLASS MAIL:**
U.S. Attorney's Office
1313 North Market Street, Suite 700
Wilmington, DE 19801

**VIA ELECTRONIC MAIL:**
Claudio.j.delarosa@us.hsbc.com

**VIA FIRST CLASS MAIL:**
USA MBIA Inc.
MBIA Inc.
Attention Jonathan C. Harris
General Counsel
1 Manhattanville Road, Suite 301
Purchase, NY 10577

**VIA ELECTRONIC MAIL:**
RC108@NTRS.com

**VIA FIRST CLASS MAIL:**
U.S. Bank National Association, as Trustee Under the Indenture
Attn: John Weiss
Pashman Stein Walder Hayden, P.C.
Bell Works
101 Crawfords Corner Road, Suite 402
Holmdel, NJ 07733

**VIA ELECTRONIC MAIL:**
Cathrine.reinecke@citi.com

**VIA FIRST CLASS MAIL:**
USA MBIA Inc.
MBIA Inc.
Attention Jonathan C. Harris
General Counsel
1 Manhattanville Road, Suite 301
Purchase, NY 10577

**VIA FIRST CLASS MAIL:**
Barclays Capital, Inc.
ATTN: Anthony Sciaraffo
400 Jefferson Park
Whippany, NJ 07981

**VIA FIRST CLASS MAIL:**
Barclays Capital, Inc.
ATTN: Anthony Sciaraffo
1301 Sixth Avenue
New York, NY 10019

**VIA FIRST CLASS MAIL:**
HSBC Bank USA
ATTN: Joseph Telewiak
545 Washington Blvd.
Jersey City, NJ 07310

**VIA FIRST CLASS MAIL:**
Barclays Capital Inc.
ATTN: Giovanna Laurella
70 Hudson Street, 7th Floor
Jersey City, NJ 07302

**VIA FIRST CLASS MAIL:**
Earl Weeks
C/O Merrill Lynch Corporate Actions
4804 Deer Lake Drive E.
Jacksonville, FL 32246

**VIA FIRST CLASS MAIL:**
State Street Bank and Trust Company
1776 Heritage Drive
North Quincy, MA 02169

**VIA FIRST CLASS MAIL:**
Wells Fargo Securities, LLC
Corp Actions – NC0675
ATTN: Robert Matera
1525 West W.T. Harris Blvd., 1B1
Charlotte, NC 28262

**VIA FIRST CLASS MAIL:**
The Northern Trust Company
801 S. Canal Street
ATTN: Ryan Chislett
Capital Structures-C1N
Chicago, IL 60607

**VIA FIRST CLASS MAIL:**
Wells Fargo Securities, LLC
420 Montgomery Street
San Francisco, CA 94104

**VIA FIRST CLASS MAIL:**
Wells Fargo Securities, LLC
600 California Street, Suite 1600
San Francisco, CA 94108

**VIA FIRST CLASS MAIL:**
Principal Bank
ATTN: Chris Bates
711 High Street
Des Moines, IA 50392

**VIA FIRST CLASS MAIL:**
Citibank, NA
ATTN: Elizabeth Vilar
3800 Citigroup Center Drive, Building Group
Tampa, FL 33610

**VIA FIRST CLASS MAIL:**
Goldman Sachs & Co. LLC
30 Hudson Street
Proxy Department
Jersey City, NJ 07302

**VIA FIRST CLASS MAIL:**
Deutsche Bank Securities, Inc.
ATTN: Sara Batten
5022 Gate Parkway, Suite 100
Jacksonville, FL 32256

**VIA ELECTRONIC MAIL:**
Sara.batten@db.com
Jaxca.notifications@db.com

**VIA FIRST CLASS MAIL:**
Hilltop Securities Inc.
ATTN: Rhonda Jackson
1201 Elm Street, Suite 3500
Dallas, TX 75270

**VIA ELECTRONIC MAIL:**
GS-AS-NY-PROXY@GS.com
Allison.lee@gs.com
Cecilia.perez@gs.com

**VIA ELECTRONIC MAIL:**
wfsprimeservicescorporateactions@wellsfargo.com

**VIA FIRST CLASS MAIL:**
Patriarch Partners XIV, LLC
Patriarch Stakeholders
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006

**VIA FIRST CLASS MAIL:**
Patriarch Partners XV, LLC
Patriarch Stakeholders
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006

**VIA FIRST CLASS MAIL:**
Patriarch Partners VIII, LLC
Patriarch Stakeholders
c/o Lynn Tilton
Patriarch Partners, LLC
71 Broadway
Lobby 2B #249
New York, NY 10006

**VIA FIRST CLASS MAIL:**
Norman L. Pernick, Esq. David Dean, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Randy M. Mastro, Esq. Matt J. Williams, Esq.
Mary Beth Maloney, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

**VIA FIRST CLASS MAIL:**
Robert Klyman, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

**VIA FIRST CLASS MAIL:**
Monica K. Loseman, Esq.
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642

**VIA FIRST CLASS MAIL:**
Kenneth J. Nachbar, Esq. Robert J. Dehney, Esq. Megan Ward
Cascio, Esq. Matthew B. Harvey, Esq. Lauren Neal Bennett, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA FIRST CLASS MAIL:**
Michael Carlinksy, Esq. Jonathan E. Pickhardt, Esq. Benjamin
Finestone, Esq. Ellison Ward Merkel, Esq. Blair Adams, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

**VIA FIRST CLASS MAIL:**
Gregory M. Petrick, Esq. Jonathan M. Hoff, Esq. Ingrid Bagby,
Esq. Michele C. Maman, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281

**VIA FIRST CLASS MAIL:**
Brian J. Lohan, Esq. Ginger Clements, Esq.
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231

**VIA FIRST CLASS MAIL:**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
P.O. Box 7346
Philadelphia, PA 19101-7346

**VIA FIRST CLASS MAIL:**
Secretary of State
Corporations Franchise Tax
P.O. Box 898
Dover, DE 19903

**VIA FIRST CLASS MAIL:**
Secretary of Treasury
Attn: Bankruptcy Department
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

**VIA FIRST CLASS MAIL:**
Michael B. Mukasey, Esq.
U.S. Attorney General Department of Justice Commerical
Litigation Branch
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**VIA FIRST CLASS MAIL:**
Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1313 North Market Street, Suite 700
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Securities & Exchange
Commission Secretary of Treasury
100 F Street, NE
Washington, DC 20549

**VIA FIRST CLASS MAIL:**
Securities & Exchange Commission
Attn: Bankruptcy Department
Brookfiled Place 200 Vesey Street, Suite 400
New York, NY 10281-1022

**VIA FIRST CLASS MAIL:**
Delaware Attorney General
Attn: Bankruptcy Department
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Juliet M. Sarkessian, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #15
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Delaware Division of Revenue
Attn: Zillah Frampton
820 N. French Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
U.S. Bank National Association
Attn: CDO Group-Ref.: Zohar III, Limited 190
LaSalle St., 8th Floor
Chicago, IL 60603

**VIA FIRST CLASS MAIL:**
Brett D. Jaffe, Esq.
Alexander Lorenzo, Esq. Elizabeth Buckel, Esq.
Alston & Bird LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387

**VIA FIRST CLASS MAIL:**
Elizabeth LaPuma, Esq.
Alvarez & Marsal Zohar Management, LLC
600 Madison Ave.
New York, NY 10022

**VIA FIRST CLASS MAIL:**
Alvarez & Marsal
Zohar Management, LLC
Attention: General Counsel
600 Madison Ave.
New York, NY 10022

**VIA FIRST CLASS MAIL:**
Laura Davis Jones, Esq. Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-87055

**VIA FIRST CLASS MAIL:**
James D. Herschlein Esq. Jeffrey A. Fuisz, Esq. Erik Walsh, Esq.
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10119-9710

**VIA FIRST CLASS MAIL:**
Matthew P. Ward, Esq.  Morgan L. Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Josef W. Mintz, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Rick Antonoff, Esq.
Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020

**VIA FIRST CLASS MAIL:**
Joseph J. Farnan, Jr., Esq.
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Mark D. Collins, Esq. Brett M. Haywood, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

**VIA FIRST CLASS MAIL:**
Dennis F. Dunne, Esq. Andrew Harmeyer, Esq.
Milbank LLP
55 Hudson Yards
New York, NY  10001

**VIA FIRST CLASS MAIL:**
Debora A. Hoehne, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**VIA FIRST CLASS MAIL:**
Zachary I. Shapiro, Esq. Brendan J. Schlauch, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Daniel N. Brogan, Esq.
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Adam J. Greene, Esq. Steven B. Eichel, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, NY 10022

**VIA FIRST CLASS MAIL:**
Theresa Trzaskoma, Esq. Michael Tremonte, Esq. Jennifer X.
Luo, Esquire Alexandra G. Elenowitz-Hess, Esq. Vikram Shah,
Esq. Ryan Pollock, Esq. Justin Gunnell, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004

**VIA FIRST CLASS MAIL:**
John Green
Pratik Desai Bardin Hill Investment Partners, LP
299 Park Avenue, 24th Floor
New York, NY 10171

**VIA FIRST CLASS MAIL:**
John W. Weiss
Pashman Stein Walder Hayden, P.C.
Bell Works
101 Crawfords Corner Road, Suite 402
Holmdel, NJ 07733

**VIA FIRST CLASS MAIL:**
Jeffrey M. Schlerf, Esq.
Gray Robinson, PA
1007 North Orange Street 4th Floor
#127
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Scott D. Cousins, Esq. Scott D. Jones, Esq.
Cousins Law LLC
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19801

**VIA ELECTRONIC MAIL:**
michaelcarlinsky@quinnemanuel.com
jonpickhardt@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
ellisonmerkel@quinnemanuel.com
blairadams@quinnemanuel.com

**VIA FIRST CLASS MAIL:**
USA MBIA Inc.
MBIA Inc.
Attention Jonathan C. Harris
General Counsel
1 Manhattanville Road, Suite 301
Purchase, NY 10577

**VIA FIRST CLASS MAIL:**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
P.O. Box 7346
Philadelphia, PA 19101-7346

**VIA FIRST CLASS MAIL:**
U.S. Trustee
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #15
Wilmington, DE 19801

**VIA ELECTRONIC MAIL:**
jonathan@mbglobalpartners.com

**VIA ELECTRONIC MAIL:**
rmastro@gibsondunn.com
mjwilliams@gibsondunn.com
mmaloney@gibsondunn.com
rklyman@gibsondunn.com
mloseman@gibsondunn.com

**VIA FIRST CLASS MAIL:**
ALABAMA DEPARTMENT OF REVENUE
PO BOX 327435
MONTGOMERY AL 36132-7435

**VIA FIRST CLASS MAIL:**
ALABAMA DEPARTMENT OF REVENUE
LEGAL DIVISION
P.O. BOX 320001
MONTGOMERY AL 36132-0001

**VIA FIRST CLASS MAIL:**
ALABAMA DEPT OF REVENUE
INDIVIDUAL & CORPORATE TAX DIVISION
50 N RIPLEY ST
MONTGOMERY AL 36104

**VIA FIRST CLASS MAIL:**
ALABAMA DEPARTMENT OF REVENUE
PO BOX 327950
MONTGOMERY AL 36132-7950

**VIA FIRST CLASS MAIL:**
ALASKA DEPT OF REVENUE
PO BOX 110420
JUNEAU AK 99811-0420

**VIA FIRST CLASS MAIL:**
ALASKA DEPT OF REVENUE
550 W 7TH AVE
STE 500
ANCHORAGE AK 99501-3555

**VIA FIRST CLASS MAIL:**
ARIZONA DEPARTMENT OF REVENUE
1600 WEST MONROE STREET
PHOENIX AZ 85007

**VIA FIRST CLASS MAIL:**
AR. DEPT OF FINANCE AND ADMINISTRATION
OFFICE OF STATE REVENUE ADMIN.
1509 W 7TH ST
LITTLE ROCK AR 72201

**VIA FIRST CLASS MAIL:**
CALIFORNIA BOARD OF EQUALIZATION
450 N ST
PO BOX 942879
SACRAMENTO CA 95814

**VIA FIRST CLASS MAIL:**
ARKANSAS DEPARTMENT OF FINANCE
PO BOX 8123
LITTLE ROCK AR 72203-8123

**VIA FIRST CLASS MAIL:**
CALIFORNIA FRANCHISE TAX BOARD
121 SPEAR ST
STE 400
SAN FRANCISCO CA 94105-1584

**VIA FIRST CLASS MAIL:**
California Department of Tax and Fee Adminstration
Attn Alicia Ynostroza
Business Taxes Representative
621 Capitol Mall, Mic: 55
Sacramento CA 95814

**VIA FIRST CLASS MAIL:**
CALIFORNIA FRANCHISE TAX BOARD
300 S SPRING ST
STE 5704
LOS ANGELES CA 90013-1265

**VIA FIRST CLASS MAIL:**
CALIFORNIA FRANCHISE TAX BOARD
1515 CLAY ST
STE 305
OAKLAND CA 94612-1445

**VIA FIRST CLASS MAIL:**
CALIFORNIA FRANCHISE TAX BOARD
600 W SANTA ANA BLVD
STE 300
SANTA ANA CA 92701-4543

**VIA FIRST CLASS MAIL:**
CALIFORNIA FRANCHISE TAX BOARD
3321 POWER INN RD
STE 250
SACRAMENTO CA 95826-3893

**VIA FIRST CLASS MAIL:**
CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

**VIA FIRST CLASS MAIL:**
CALIFORNIA FRANCHISE TAX BOARD
7575 METROPOLITAN DR
STE 201
SAN DIEGO CA 92108-4421

**VIA FIRST CLASS MAIL:**
COLORADO DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 17087
BANKRUPTCY SECTION
DENVER CO 80217-0087

**VIA FIRST CLASS MAIL:**
CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942867
SACRAMENTO CA 94257

**VIA FIRST CLASS MAIL:**
COLORADO DEPT OF REVENUE
PO BOX 17087
DENVER CO 80217-0087

**VIA FIRST CLASS MAIL:**
COLORADO DEPT OF REVENUE
1375 SHERMAN ST
DENVER CO 80261

**VIA FIRST CLASS MAIL:**
COMPTROLLER OF MARYLAND
REVENUE ADMINISTRATION DIVISION
110 CARROLL STREET
ANNAPOLIS MD 21411-0001

**VIA FIRST CLASS MAIL:**
COMMISSIONER OF REVENUE SERVICES
DEPARTMENT OF REVENUE SERVICES
450 COLUMBUS BOULEVARD
HARTFORD CT 06103

**VIA FIRST CLASS MAIL:**
CONNECTICUT DEPARTMENT OF REVENUE
AUDIT AND COMPLIANCE DIVISION
AUDIT AND COMPLIANCE DIVISION
450 COLUMBUS BLVD
HARTFORD CT 06103

**VIA FIRST CLASS MAIL:**
CONNECTICUT DEPARTMENT OF REVENUE
ATTN PROCCESSING UNIT
450 COLUMBUS BLVD
HARTFORD CT 06103

**VIA FIRST CLASS MAIL:**
CONNECTICUT DEPT OF REVENUE SERVICES
OPERATIONS DIVISION - INCOME TAX TEAMS
450 COLUMBUS BLVD., STE 1
HARTFORD CT 06103-5032

**VIA FIRST CLASS MAIL:**
CONNECTICUT DEPT OF REVENUE SERVICES
25 SIGOURNEY ST, SUITE 2
HARTFORD CT 06106-5032

**VIA FIRST CLASS MAIL:**
DELAWARE DIVISION OF REVENUE
20653 DUPONT BLVD
STE 2
GEORGETOWN DE 19947

**VIA FIRST CLASS MAIL:**
DC TREASURER OFFICE OF TAX AND REVENUE
P.O. BOX 470
WASHINGTON DC 20044-0470

**VIA FIRST CLASS MAIL:**
DELAWARE DIVISION OF REVENUE
820 N FRENCH ST
WILMINGTON DE 19801

**VIA FIRST CLASS MAIL:**
DELAWARE DIVISION OF REVENUE
540 S DUPONT HIGHWAY
DOVER DE 19901

**VIA FIRST CLASS MAIL:**
DELAWARE DIVISION OF REVENUE
PO BOX 8717
WILMINGTON DE 19899

**VIA FIRST CLASS MAIL:**
DELAWARE DIVISION OF REVENUE
PO BOX 2340
WILMINGTON DE 19899

**VIA FIRST CLASS MAIL:**
DEPARTMENT OF REVENUE
PO BOX 1033
JACKSON MS 39215

**VIA FIRST CLASS MAIL:**
DELAWARE DIVISION OF REVENUE
PO BOX 8750
WILMINGTON DE 19899-8750

**VIA FIRST CLASS MAIL:**
DEPARTMENT OF REVENUE
PO BOX 25000
RALEIGH NC 27640-0150

**VIA FIRST CLASS MAIL:**
DEPARTMENT OF REVENUE
PO BOX 14725
SALEM OR 97309-5018

**VIA FIRST CLASS MAIL:**
DEPARTMENT OF TAX ADMIN
12000 GOVERNMENT CENTER PARKWAY SUI
FAIRFAX VA 22035

**VIA FIRST CLASS MAIL:**
DEPARTMENT OF REVENUE
PO BOX 491
FRANKFORT KY 40602

**VIA FIRST CLASS MAIL:**
DISTRICT OF COLUMBIA
1101 4TH STREET, SW
SUITE 270
WASHINGTON DC 20024

**VIA FIRST CLASS MAIL:**
DEPARTMENT OF TAX ADMINISTRATI
PO BOX 9156
ALEXANDRIA VA 22304-0156

**VIA FIRST CLASS MAIL:**
FLORIDA DEPT OF REVENUE
5050 W TENNESSEE ST
TALLAHASSEE FL 32399-0100

**VIA FIRST CLASS MAIL:**
FLORIDA DEPARTMENT OF REVENUE
MARK HAMILTON
P. O. BOX 6668
TALLAHASSEE FL 32314-6668

**VIA FIRST CLASS MAIL:**
GEORGIA DEPARTMENT OF REVENUE
PROCESSING CENTER
PO BOX 740239
ATLANTA GA 30374-0239

**VIA FIRST CLASS MAIL:**
GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
1800 CENTURY BLVD NE, SUITE 9100
ARCS - BANKRUPTCY
ATLANTA GA 30345-3202

**VIA FIRST CLASS MAIL:**
GEORGIA DEPT OF REVENUE
1000 TOWNE CENTER BLVD
BUILDING 900, SUITE A
POOLER GA 31322

**VIA FIRST CLASS MAIL:**
GEORGIA DEPARTMENT OF REVENUE
UNCLAIMED PROPERTY PROGRAM
4125 WELCOME ALL RD STE 701
ATLANTA GA 30349-1824

**VIA FIRST CLASS MAIL:**
GEORGIA DEPT OF REVENUE
314 EAST MAIN STREET
SUITE 150
CARTERSVILLE GA 30120

**VIA FIRST CLASS MAIL:**
GEORGIA DEPT OF REVENUE
1800 CENTURY CENTER BLVD., N.E.
ATLANTA GA 30345-3205

**VIA FIRST CLASS MAIL:**
GEORGIA DEPT OF REVENUE
610 RONALD REAGAN DRIVE
BUILDING G-1
EVANS GA 30809

**VIA FIRST CLASS MAIL:**
GEORGIA DEPT OF REVENUE
528 BORAD ST SE
GAINESVILLE GA 30501-3728

**VIA FIRST CLASS MAIL:**
HAWAII DEPT OF TAXATION
54 S. HIGH STREET #208
WAILUKU HI 96793-2198

**VIA FIRST CLASS MAIL:**
HAWAII DEPT OF TAXATION
3060 EIWA STREET #105
LIHUE HI 96766-1889

**VIA FIRST CLASS MAIL:**
HAWAII DEPT OF TAXATION
P.O. BOX 275
KAUNAKAKAI HI 96748

**VIA FIRST CLASS MAIL:**
HAWAII DEPT OF TAXATION
75 AUPUNI STREET #101
HILO HI 96720-4245

**VIA FIRST CLASS MAIL:**
IDAHO STATE TAX COMMISSION
1118 "F" ST
PO BOX 1014
LEWISTON ID 83501

**VIA FIRST CLASS MAIL:**
HAWAII DEPT OF TAXATION
PO BOX 259
HONOLULU HI 96809-0259

**VIA FIRST CLASS MAIL:**
IDAHO STATE TAX COMMISSION
1910 NORTHWEST BLVD
STE 100
COEUR D'ALENE ID 83814

**VIA FIRST CLASS MAIL:**
IDAHO STATE TAX COMMISSION
150 SHOUP AVE
STE 16
IDAHO FALLS ID 83402

**VIA FIRST CLASS MAIL:**
IDAHO STATE TAX COMMISSION
611 WILSON AVE
STE 5704
POCATELLO ID 83201

**VIA FIRST CLASS MAIL:**
IDAHO STATE TAX COMMISSION
440 FALLS AVE
TWIN FALLS ID 83301

**VIA FIRST CLASS MAIL:**
IDAHO STATE TAX COMMISSION
PO BOX 36
BOISE ID 83722

**VIA FIRST CLASS MAIL:**
IDAHO STATE TAX COMMISSION
800 PARK BLVD., PLAZA IV
BOISE ID 83722-0410

**VIA FIRST CLASS MAIL:**
ILLINOIS DEPARTMENT OF REVENUE
720 W 20TH ST
PITTSBURG KS 66762-2844

**VIA FIRST CLASS MAIL:**
IDAHO STATE TAX COMMISSION
PO BOX 76
BOISE ID 83707

**VIA FIRST CLASS MAIL:**
ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19045
SPRINGFIELD IL 62794-9045

**VIA FIRST CLASS MAIL:**
ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

**VIA FIRST CLASS MAIL:**
ILLINOIS DEPT OF REVENUE
200 S WYMAN ST
ROCKFORD IL 61101

**VIA FIRST CLASS MAIL:**
ILLINOIS DEPT OF REVENUE
15 EXECUTIVE DR STE 2
FAIRVIEW HEIGHTS IL 62208-1331

**VIA FIRST CLASS MAIL:**
ILLINOIS DEPT OF REVENUE
JAMES R. THOMPSON CTR - CONCOURSE LVL
100 W RANDOLPH ST
CHICAGO IL 60601-3274

**VIA FIRST CLASS MAIL:**
ILLINOIS DEPT OF REVENUE
2309 W MAIN ST STE 114
MARION IL 62959-1196

**VIA FIRST CLASS MAIL:**
ILLINOIS DEPT OF REVENUE
WILLARD ICE BLDG
101 W JEFFERSON ST.
SPRINGFIELD IL 62702

**VIA FIRST CLASS MAIL:**
ILLINOIS DEPT OF REVENUE
MAINE N REGIONAL BLDG
9511 HARRISON AVE
DES PLAINES IL 60016-1563

**VIA FIRST CLASS MAIL:**
INDIANA DEPT OF REVENUE
100 EXECUTIVE DR STE B
LAFAYETTE IN 47905

**VIA FIRST CLASS MAIL:**
INDIANA DEPARTMENT OF REVENUE
720 W 20TH ST
PITTSBURG KS 66762-2844

**VIA FIRST CLASS MAIL:**
INDIANA DEPT OF REVENUE
105 E JEFFERSON BLVD STE 350
SOUTH BEND IN 46601

**VIA FIRST CLASS MAIL:**
INDIANA DEPT OF REVENUE
100 N SENATE IGCN
RM N105
INDIANAPOLIS IN 46204

**VIA FIRST CLASS MAIL:**
INDIANA DEPT OF REVENUE
1200 MADISON ST STE E
CLARKSVILLE IN 47131

**VIA FIRST CLASS MAIL:**
INDIANA DEPT OF REVENUE
117 E SUPERIOR ST
KOKOMO IN 46901

**VIA FIRST CLASS MAIL:**
INDIANA DEPT OF REVENUE
1415 MAGNAVOX WAY STE 100
FT WAYNE IN 46804

**VIA FIRST CLASS MAIL:**
INDIANA DEPT OF REVENUE
1411 E 85TH AVE
MERRILLVILLE IN 46410

**VIA FIRST CLASS MAIL:**
INDIANA DEPT OF REVENUE
3520 TWO MILE HOUSE RD
COLUMBUS IN 47201

**VIA FIRST CLASS MAIL:**
INDIANA DEPT OF REVENUE
30 N 8TH ST 3RD FL
TERRE HAUTE IN 47807

**VIA FIRST CLASS MAIL:**
INDIANA DEPT OF REVENUE
414 LANDMARK AVE
BLOOMINGTON IN 47403

**VIA FIRST CLASS MAIL:**
INDIANA DEPT OF REVENUE
3640 N BRIARWOOD LN STE 5
MUNCIE IN 47304

**VIA FIRST CLASS MAIL:**
INDIANA REVENUE DEPARTMENT
GENERAL COUNSEL
P.O. BOX 7206
INDIANAPOLIS IN 46207-7206

**VIA FIRST CLASS MAIL:**
INDIANA DEPT OF REVENUE
500 S GREEN RIVER RD
STE 202, GOODWILL BLDG
EVANSVILLE IN 47715

**VIA FIRST CLASS MAIL:**
IOWA DEPARTMENT OF REVENUE
PO BOX 10330
DES MOINES IA 50306

**VIA FIRST CLASS MAIL:**
INDIANA REVENUE DEPARTMENT
P.O. BOX 7226
INDIANAPOLIS IN 46207-7226

**VIA FIRST CLASS MAIL:**
IOWA DEPT OF REVENUE
BANKRUPTCY
PO BOX 10471
DES MOINES IA 50306-0471

**VIA FIRST CLASS MAIL:**
IOWA DEPT OF REVENUE
ADMINISTRATION
PO BOX 10460
DES MOINES IA 50306-0460

**VIA FIRST CLASS MAIL:**
KANSAS DEPARTMENT OF REVENUE
CORPORATE INCOME TAX
915 SW HARRISON ST
TOPEKA KS 66612-1588

**VIA FIRST CLASS MAIL:**
IOWA DEPT OF REVENUE
HOOVER STATE OFFICE BUILDING
1305 E WALNUT
DES MOINES IA 50319

**VIA FIRST CLASS MAIL:**
KANSAS DEPARTMENT OF REVENUE
PO BOX 643
PITTSBURG KS 66762

**VIA FIRST CLASS MAIL:**
KANSAS DEPARTMENT OF REVENUE
GENERAL COUNSEL
P.O. BOX 12005
TOPEKA KS 66601-2005

**VIA FIRST CLASS MAIL:**
KENTUCKY DEPT OF REVENUE
501 HIGH ST
FRANKFORT KY 40601-2103

**VIA FIRST CLASS MAIL:**
KANSAS DEPT OF REVENUE
915 SW HARRISON ST
TOPEKA KS 66612-1588

**VIA FIRST CLASS MAIL:**
KENTUCKY STATE TREASURER
P.O. BOX 1150
FRANKFORT KY 40602-1150

**VIA FIRST CLASS MAIL:**
KENTUCKY STATE TREASURER
GENERAL COUNSEL
P.O. BOX 5222
LEGAL SUPPORT BRANCH - BANKRUPTCY
FRANKFORT KY 40602

**VIA FIRST CLASS MAIL:**
LOUISIANA DEPT OF REVENUE
617 N THIRD ST
BATON ROUGE LA 70802

**VIA FIRST CLASS MAIL:**
LOUISIANA DEPT  OF REVENUE
720 W 20TH ST
PITTSBURG KS 66762-2844

**VIA FIRST CLASS MAIL:**
MAINE REVENUE SERVICES
51 COMMERCE DRIVE
AUGUSTA ME 04330

**VIA FIRST CLASS MAIL:**
LOUISIANA DEPT OF REVENUE
PO BOX 201
BATON ROUGE LA 70821

**VIA FIRST CLASS MAIL:**
MARYLAND OFFICE OF THE COMPTROLLER
PETER FRANCHOT, COMPTROLLER
80 CALVERT ST
ANNAPOLIS MD 21404-0466

**VIA FIRST CLASS MAIL:**
MAINE REVENUE SERVICES
PO BOX 9107
AUGUSTA ME 04332-9107

**VIA FIRST CLASS MAIL:**
MARYLAND SALES AND USE TAX RET
PO BOX 17405
BALTIMORE MD 21297-1405

**VIA FIRST CLASS MAIL:**
MARYLAND OFFICE OF THE COMPTROLLER
PETER FRANCHOT, COMPTROLLER
PO BOX 466
ANNAPOLIS MD 21404-0466

**VIA FIRST CLASS MAIL:**
MASSACHUSETTS DEPT OF REVENUE
DIVISION OF LOCAL SERVICES
PO BOX 9569
BOSTON MA 02114-9569

**VIA FIRST CLASS MAIL:**
MASSACHUSETTS DEPT. OF REVENUE
DIVISION OF LOCAL SERVICES
100 CAMBRIDGE ST, 6TH FL
BOSTON MA 02114-9569

**VIA FIRST CLASS MAIL:**
MASSACHUSETTS DEPT. OF REVENUE
PO BOX 7065
BOSTON MA 02204-7065

**VIA FIRST CLASS MAIL:**
MASSACHUSETTS DEPT. OF REVENUE
GENERAL COUNSEL
P.O. BOX 9564
BANKRUPTCY UNIT
BOSTON MA 02114-9564

**VIA FIRST CLASS MAIL:**
MICHIGAN DEPT. OF TREASURY
GENERAL COUNSEL
P.O. BOX 30168
COLLECTION/BANKRUPTCY UNIT
LANSING MI 48909

**VIA FIRST CLASS MAIL:**
MICHIGAN DEPT OF TREASURY
CUSTOMER CONTACT DIVISION, MBT UNIT
PO BOX 30059
LANSING MI 48909

**VIA FIRST CLASS MAIL:**
MINNESOTA DEPARTMENT OF REVENUE
PO BOX 64649
SAINT PAUL MN 55164-0649

**VIA FIRST CLASS MAIL:**
MICHIGAN DEPT. OF TREASURY
P.O. BOX 30199
LANSING MI 48909-7699

**VIA FIRST CLASS MAIL:**
MINNESOTA DEPT OF REVENUE
720 W 20TH ST
PITTSBURG KS 66762-2844

**VIA FIRST CLASS MAIL:**
MINNESOTA DEPT OF REVENUE
600 N ROBERT ST.
M/S 4130
SAINT PAUL MN 55164-0622

**VIA FIRST CLASS MAIL:**
MINNESOTA DEPT OF REVENUE
P.O. BOX 64622
ST. PAUL MN 55164-0622

**VIA FIRST CLASS MAIL:**
MINNESOTA REVENUE
GENERAL COUNSEL
P.O. BOX 64564
COLLECTION DIVISION
ST. PAUL MN 55164-0564

**VIA FIRST CLASS MAIL:**
MISSISSIPPI STATE TAX COMMISSION
500 CLINTON CTR DR
CLINTON MS 39056

**VIA FIRST CLASS MAIL:**
MISSISSIPPI STATE TAX COMM
PO BOX 1033
JACKSON MS 39215

**VIA FIRST CLASS MAIL:**
MISSOURI DEPARTMENT OF REVENUE
GENERAL COUNSEL
HARRY S TRUMAN STATE OFFICE BUILDING
301 WEST HIGH STREET
JEFFERSON CITY MO 65101

**VIA FIRST CLASS MAIL:**
MISSISSIPPI STATE TAX COMMISSION
PO BOX 22808
JACKSON MS 39225-2808

**VIA FIRST CLASS MAIL:**
MISSOURI DEPT OF REVENUE
720 W 20TH ST
PITTSBURG KS 66762-2844

**VIA FIRST CLASS MAIL:**
MISSOURI DEPARTMENT OF REVENUE
TAXATION DIVISION
PO BOX 3990
JEFFERSON CITY MO 65105-3390

**VIA FIRST CLASS MAIL:**
MISSOURI DEPT. OF REVENUE
PO BOX 840
JEFFERSON CITY MO 65105-0840

**VIA FIRST CLASS MAIL:**
MISSOURI DEPT OF REVENUE
HARRY S TRUMAN STATE OFFICE BLDG
301 W HIGH ST, RM 102
JEFFERSON CITY MO 65101

**VIA FIRST CLASS MAIL:**
MONTANA DEPT OF REVENUE
SAM W MITCHELL BLDG
125 N ROBERTS, 3RD FL
HELENA MT 59601

**VIA FIRST CLASS MAIL:**
MONTANA DEPT OF REVENUE
PO BOX 5805
HELENA MT 59604-5805

**VIA FIRST CLASS MAIL:**
NC DEPARTMENT OF REVENUE
P.O. BOX 25000
RALEIGH NC 27640

**VIA FIRST CLASS MAIL:**
N.D. OFFICE OF STATE TAX COMMISSIONER
600 E BLVD AVE
DEPT 127
BISMARCK ND 58505-0599

**VIA FIRST CLASS MAIL:**
NC DEPARTMENT OF REVENUE
PO BOX 871
RALEIGH NC 27602

**VIA FIRST CLASS MAIL:**
NC DEPARTMENT OF REVENUE
PO BOX 25000
RALEIGH NC 27640

**VIA FIRST CLASS MAIL:**
NEBRASKA DEPT OF REVENUE
200 S SILBER ST
NORTH PLATTE NE 69101-4200

**VIA FIRST CLASS MAIL:**
NC DEPT OF REVENUE
793 COUNTRY CLUB ROAD
ROCKY MOUNT NC 27804

**VIA FIRST CLASS MAIL:**
NEBRASKA DEPT OF REVENUE
505A BROADWAY STE 800
SCOTTSBLUFF NE 69361

**VIA FIRST CLASS MAIL:**
NEBRASKA DEPT OF REVENUE
304 N 5TH ST, STE D
NORFOLK NE 68701-4091

**VIA FIRST CLASS MAIL:**
NEBRASKA DEPT OF REVENUE
NEBRASKA STATE OFFICE BUILDING
301 CENTENNIAL MALL S
LINCOLN NE 68508

**VIA FIRST CLASS MAIL:**
NEBRASKA DEPT OF REVENUE
NEBRASKA STATE OFFICE BLDG
1313 FARNAM ST STE 100
OMAHA NE 68102-1836

**VIA FIRST CLASS MAIL:**
NEVADA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
555 E WASHINGTON AVE
STE 1300
LAS VEGAS NV 89101

**VIA FIRST CLASS MAIL:**
NEBRASKA DEPT OF REVENUE
PO BOX 94818
LINCOLN NE 68509-4818

**VIA FIRST CLASS MAIL:**
NEVADA DEPT OF TAXATION
1550 COLLEGE PKWY
STE 115
CARSON CITY NV 89706

**VIA FIRST CLASS MAIL:**
NEVADA DEPARTMENT OF TAXATION
555 E WASHINGTON AVE
STE 1300
LAS VEGAS NV 89101

**VIA FIRST CLASS MAIL:**
NEVADA DEPT OF TAXATION
4600 KIETZKE LANE
BLDG L
STE 235
RENO NV 89502

**VIA FIRST CLASS MAIL:**
NEVADA DEPT OF TAXATION
2550 PASEO VERDE
STE 180
HENDERSON NV 89074

**VIA FIRST CLASS MAIL:**
NEW HAMPSHIRE DEPT OF REVENUE ADMIN
109 PLEASANT ST
CONCORD NH 03301

**VIA FIRST CLASS MAIL:**
NEVADA DEPT OF TAXATION
GRANT SAWYER OFFICE BLDG
555 E WASHINGTON AVE
STE 1300
LAS VEGAS NV 89101

**VIA FIRST CLASS MAIL:**
NEW JERSEY DEPT OF THE TREASURY
DIVISION OF ADMINISTRATION
PO BOX 311
TRENTON NJ 08625-0211

**VIA FIRST CLASS MAIL:**
NEW HAMPSHIRE DEPT OF REVENUE ADMIN
PO BOX 457
CONCORD NH 03302-0457

**VIA FIRST CLASS MAIL:**
NEW JERSEY DEPT OF THE TREASURY
DIVISION OF TAXATION
BANKRUPTCY SECTION
PO BOX 245
TRENTON NJ 08695-0245

**VIA FIRST CLASS MAIL:**
NEW JERSEY DEPT OF THE TREASURY
DIVISION OF TAXATION
PO BOX 002
TRENTON NJ 08625-0002

**VIA FIRST CLASS MAIL:**
NEW MEXICO TAXATION AND REVENUE
1100 S ST FRANCIS DRIVE
PO BOX 630
SANTA FE NM 87504-0630

**VIA FIRST CLASS MAIL:**
NEW JERSEY DIVISION OF REVENUE
P.O. BOX 252
TRENTON NJ 08625-0058

**VIA FIRST CLASS MAIL:**
NEW YORK DEPT. OF FINANCE
W.A. HARRIMAN CAMPUS, B8
RM 700
ALBANY NY 12227

**VIA FIRST CLASS MAIL:**
NEW YORK DEPT. OF FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300

**VIA FIRST CLASS MAIL:**
NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300

**VIA FIRST CLASS MAIL:**
NEW YORK DEPT. OF FINANCE
W.A. HARRIMAN CAMPUS, B8
BLDG 9 RM 449
ALBANY NY 12227

**VIA FIRST CLASS MAIL:**
NJ DIVISION OF TAXATION
50 BARRACK ST
TRENTON NJ 08608

**VIA FIRST CLASS MAIL:**
NEW YORK STATE DEPARTMENT OF TAXATION AND
FINANCE
BUILDING 9, ROOM 340
ALBANY NY 12227

**VIA FIRST CLASS MAIL:**
NORTH CAROLINA DEPARTMENT OF REVENUE
P.O. BOX 25000
RALEIGH NC 27640-0520

**VIA FIRST CLASS MAIL:**
NORTH CAROLINA DEPARTMENT OF REVENUE
GENERAL COUNSEL
ATTN: BANKRUPTCY UNIT
P.O. BOX 1168
RALEIGH NC 27602-1168

**VIA FIRST CLASS MAIL:**
NORTH CAROLINA DEPT OF REVENUE
PO BOX 643
PITTSBURG KS 66762

**VIA FIRST CLASS MAIL:**
NORTH CAROLINA DEPT OF REVENUE
501 N WILMINGTON ST
RALEIGH NC 27604

**VIA FIRST CLASS MAIL:**
NYC DEPARTMENT OF FINANCE
GENERAL COUNSEL
66 JOHN STREET, ROOM 104
NEW YORK NY 10038

**VIA FIRST CLASS MAIL:**
NORTH DAKOTA STATE TAX COMM
600 E BOULEVARD AVE
BISMARCK ND 58505-0601

**VIA FIRST CLASS MAIL:**
OFFICE OF TAX AND REVENUE
STEPHANIE JETER, SUPERVISORY REVENUE OFFICER
COMPLIANCE ADMINISTRATION, COLLECTION DIVISION
PO BOX 37559
WASHINGTON DC 20013

**VIA FIRST CLASS MAIL:**
NYC DEPARTMENT OF FINANCE
PO BOX 3644
NEW YORK NY 10008-3644

**VIA FIRST CLASS MAIL:**
OHIO DEPARTMENT OF REVENUE
SARAH OLEARY
ATTN: BANKRUPTCY DIVISION
P.O. BOX 530
COLUMBUS OH 43216-0530

**VIA FIRST CLASS MAIL:**
OHIO DEPARTMENT OF REVENUE
30 E BROAD ST
22ND FL
COLUMBUS OH 43215

**VIA FIRST CLASS MAIL:**
OHIO DEPT OF TAXATION
30 E BROAD STREET
22ND FLOOR
COLUMBUS OH 43215

**VIA FIRST CLASS MAIL:**
OHIO DEPARTMENT OF TAXATION
4485 NORTHLAND RIDGE BLVD.
COLUMBUS OH 43229

**VIA FIRST CLASS MAIL:**
OKLAHOMA TAX COMMISSION
CONNORS BUILDING, CAPITAL COMPLEX
2501 NORTH LINCOLN BLVD
OKLAHOMA CITY OK 73914

**VIA FIRST CLASS MAIL:**
OKLAHOMA TAX COMMISSION
440 SOUTH HOUSTON
5TH FLOOR
TULSA OK 74127

**VIA FIRST CLASS MAIL:**
OKLAHOMA TAX COMMISSION
PO BOX 53374
OKLAHOMA CITY OK 73152-3374

**VIA FIRST CLASS MAIL:**
OKLAHOMA TAX COMMISSION
PO BOX 26850
OKLAHOMA CITY OK 73126

**VIA FIRST CLASS MAIL:**
OREGON DEPARTMENT OF REVENUE
P.O. BOX 14780
SALEM OR 97309-0469

**VIA FIRST CLASS MAIL:**
OREGON DEPARTMENT OF REVENUE
GENERAL COUNSEL
955 CENTER STNE
SALEM OR 97301-2555

**VIA FIRST CLASS MAIL:**
OREGON DEPT OF REVENUE
955 CENTER ST NE
SALEM OR 97301

**VIA FIRST CLASS MAIL:**
OREGON DEPARTMENT OF REVENUE
PO BOX 14725
SALEM OR 97309-5018

**VIA FIRST CLASS MAIL:**
PA DEPT OF REVENUE
PO BOX 280437
HARRISBURG PA 17128-0437

**VIA FIRST CLASS MAIL:**
PA DEPARTMENT OF REVENUE
PO BOX 280946
HARRISBURG PA 17128-0946

**VIA FIRST CLASS MAIL:**
PENNSYLVANIA DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
PO BOX 280947
HARRISBURG PA 17128-0947

**VIA FIRST CLASS MAIL:**
PENNSYLVANIA DEPARTMENT OF REVENUE
BUREAU OF BUSINESS TRUST FUND TAXES
EMPLOYER TAX DIVISION
PO BOX 280904
HARRISBURG PA 17128-0904

**VIA FIRST CLASS MAIL:**
PENNSYLVANIA DEPARTMENT OF REVENUE
WALNUT ST
HARRISBURG PA 17128

**VIA FIRST CLASS MAIL:**
PENNSYLVANIA DEPARTMENT OF REVENUE
PO BOX 280405
HARRISBURG PA 17128-0405

**VIA FIRST CLASS MAIL:**
RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE RI 02908-5800

**VIA FIRST CLASS MAIL:**
PENNSYLVANIA DEPT OF REVENUE
P.O. BOX 280425
HARRISBURG PA 17128-0425

**VIA FIRST CLASS MAIL:**
SC DEPARTMENT OF REVENUE
720 W 20TH ST
PITTSBURG KS 66762-2844

**VIA FIRST CLASS MAIL:**
S.C. DEPT. OF REVENUE
PO BOX 125
COLUMBIA SC 29214-0213

**VIA FIRST CLASS MAIL:**
SOUTH DAKOTA DEPT OF REVENUE
445 E CAPITOL AVE
PIERRE SD 57501

**VIA FIRST CLASS MAIL:**
SOUTH CAROLINA DEPT OF REVENUE
300A OUTLET POINTE BOULEVARD
COLUMBIA SC 29210

**VIA FIRST CLASS MAIL:**
STATE OF WASHINGTON DEPT. OF REVENUE
P.O. BOX 34052
SEATTLE WA 98124-1052

**VIA FIRST CLASS MAIL:**
STATE OF WASHINGTON DEPT. OF REVENUE
GENERAL COUNSEL
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE 1400
SEATTLE WA 98121-2300

**VIA FIRST CLASS MAIL:**
STATE TAX COMMISSION
PO BOX 76
BOISE ID 83707

**VIA FIRST CLASS MAIL:**
STATE TAX COMMISSION
PO BOX 23338
JACKSON MS 39225

**VIA FIRST CLASS MAIL:**
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
P.O.BOX 149348
AUSTIN TX 78714-9348

**VIA FIRST CLASS MAIL:**
TENNESSEE DEPT OF REVENUE
BANKRUPTCY DIVISION
ANDREW JACKSON STATE OFFICE BLDG
500 DEADERICK STREET
NASHVILLE TN 37242

**VIA FIRST CLASS MAIL:**
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
LYNDON B JOHNSON STATE OFFICE BLDG
111 E 17TH ST
AUSTIN TX 78774

**VIA FIRST CLASS MAIL:**
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
GENERAL COUNSEL
CENTRAL SERVICES BUILDING
1711 SAN JACINTO BLVD., SUITE 180
AUSTIN TX 78701-1416

**VIA FIRST CLASS MAIL:**
TREASURER, STATE OF NEW JERSEY
BANKRUPTCY SECTION
NJ DIVISION OF TAXATION
PO BOX 245
TRENTON NJ 08695-0245

**VIA FIRST CLASS MAIL:**
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528
CAPITOL STATION
AUSTIN TX 78711-3528

**VIA FIRST CLASS MAIL:**
UTAH STATE TAX COMMISSION
TAYPAYER SERVICES DIVISION
210 NORTH 1950 WEST
SALT LAKE CITY
UT 84134

**VIA FIRST CLASS MAIL:**
TREASURER, STATE OF NEW JERSEY
NJ DIVISION OF REVENUE
P.O. BOX 308
TRENTON NJ 08646

**VIA FIRST CLASS MAIL:**
VIRGINIA DEPARTMENT OF TAXATION
GENERAL COUNSEL
1957 WESTMORELAND STREET
GENERAL LEGAL AND TECHNICAL SERVICES
RICHMOND VA 23230

**VIA FIRST CLASS MAIL:**
VERMONT DEPT OF TAXES
133 STATE ST
MONTPELIER VT 05633-1401

**VIA FIRST CLASS MAIL:**
VIRGINIA DEPARTMENT OF TAXATION
PO BOX 26626
RICHMOND VA 23261-6626

**VIA FIRST CLASS MAIL:**
VIRGINIA DEPARTMENT OF TAXATION
PO BOX 2185
RICHMOND VA 23218-2185

**VIA FIRST CLASS MAIL:**
VIRGINIA DEPT OF REVENUE
720 W 2OTH
PITTSBURG KS 66762

**VIA FIRST CLASS MAIL:**
VIRGINIA DEPARTMENT OF TAXATION
PO BOX 27407
RICHMOND VA 23261-7407

**VIA FIRST CLASS MAIL:**
VIRGINIA DEPT OF TAXATION
PO BOX 1115
RICHMOND VA 23218-1115

**VIA FIRST CLASS MAIL:**
VIRGINIA DEPT OF TAXATION
1957 WESTMORELAND STREET
RICHMOND VA 23230

**VIA FIRST CLASS MAIL:**
W.VA. STATE TAX DEPT
PO BOX 2666
CHARLESTON WV 25330-2666

**VIA FIRST CLASS MAIL:**
VIRGINIA DEPT OF TAXATION
PO BOX 2185
RICHMOND VA 23218-2815

**VIA FIRST CLASS MAIL:**
WASHINGTON STATE DEPT OF REVENUE
PO BOX 47476
OLYMPIA WA 98504-7476

**VIA FIRST CLASS MAIL:**
WASHINGTON STATE
DEPARTMENT OF REVENUE
UNCLAIMED PROPERTY SECTION
PO BOX 47477
OLYMPIA WA 98504-7477

**VIA FIRST CLASS MAIL:**
WEST VIRGINIA STATE TAX DEPT
1001 LEE ST
CHARLESTON WV 25301

**VIA FIRST CLASS MAIL:**
WASHINGTON STATE DEPT OF REVENUE
PO BOX 47478
OLYMPIA WA 98504-7478

**VIA FIRST CLASS MAIL:**
WISCONSIN DEPARTMENT OF REVENUE
PO BOX 930208
MILWAUKEE WI 53293-0208

**VIA FIRST CLASS MAIL:**
WISCONSIN DEPARTMENT OF REVENUE
GENERAL COUNSEL
COMPLIANCE BUREAU
PO BOX 8901
MADISON WI 53708-8901

**VIA FIRST CLASS MAIL:**
WISCONSIN DEPT OF REVENUE
PO BOX 8902
MADISON WI 53708-8902

**VIA FIRST CLASS MAIL:**
WISCONSIN DEPT OF REVENUE
2135 RIMROCK RD
MADISON WI 53713

**VIA FIRST CLASS MAIL:**
WYOMING DEPT OF REVENUE
122 WEST 25TH STREET, 2ND FLOOR WEST
CHEYENNE WY 82002-0110

**VIA ELECTRONIC MAIL:**
brian.lohan@arnoldporter.com
ginger.clements@arnoldporter.com

**VIA ELECTRONIC MAIL:**
secbankruptcy@sec.gov

**VIA ELECTRONIC MAIL:**
Alicia.Ynostroza@cdtfa.ca.gov

**VIA ELECTRONIC MAIL:**
FDOR_Bankruptcy@floridarevenue.com

**VIA ELECTRONIC MAIL:**
bankruptcy.notices@dor.ga.gov
ucpmail@dor.ga.gov

**VIA ELECTRONIC MAIL:**
TNICHOLS@DOR.IN.GOV

**VIA ELECTRONIC MAIL:**
FLORENCE.SAENZ@LA.GOV

**VIA ELECTRONIC MAIL:**
mdcomptroller@comp.state.md.us

**VIA ELECTRONIC MAIL:**
BANKRUPTCY@DOR.MS.GOV

**VIA ELECTRONIC MAIL:**
Jeffrey.Cymbler@tax.ny.gov

**VIA ELECTRONIC MAIL:**
Stephanie.Jeter@dc.gov

**VIA ELECTRONIC MAIL:**
questions.dor@oregon.gov

**VIA ELECTRONIC MAIL:**
utilitymail@utah.gov

**VIA ELECTRONIC SERVICE:**
jonathan.harris@mbia.com

**VIA ELECTRONIC SERVICE:**
jweiss@pashmanstein.com

**VIA ELECTRONIC SERVICE:**
jonathan.harris@mbia.com

**VIA ELECTRONIC MAIL:**
nyvoluntary@barclays.com

**VIA ELECTRONIC MAIL:**
USCARESEARCH@STATESTREET.COM

**VIA ELECTRONIC MAIL:**
Earl_weeks@ml.com

**VIA ELECTRONIC MAIL:**
Bobby.matera@wachovia.com

**VIA ELECTRONIC MAIL:**
Bates.chris.g@principal.com

**VIA ELECTRONIC MAIL:**
cs_notifications@ntrs.com

**VIA ELECTRONIC MAIL:**
mike.jiang@us.hsbc.com

**VIA ELECTRONIC MAIL:**
MB Global Partners, LLC
c/o Jonathan Lerman
jonathan@mbglobalpartners.com

**VIA ELECTRONIC MAIL:**
jonathan.harris@mbia.com

**VIA ELECTRONIC MAIL:**
npernick@coleschotz.com
DDean@coleschotz.com

**VIA ELECTRONIC MAIL:**
knachbar@mnat.com
rdehney@mnat.com
mcascio@mnat.com
mharvey@mnat.com
lbennett@mnat.com

**VIA ELECTRONIC MAIL:**
gregory.petrick@cwt.com
jonathan.hoff@cwt.com
ingrid.bagby@cwt.com
michele.maman@cwt.com

**VIA ELECTRONIC MAIL:**
ellen.slights@usdoj.gov

**VIA ELECTRONIC MAIL:**
Mandy.Endsley@dfa.arkansas.gov

**VIA ELECTRONIC MAIL:**
DOR_TAC_Bankruptcy@state.co.us
DOR_TAC_BANKRUPTCY@STATE.CO.US

**VIA ELECTRONIC MAIL:**
emailDOR@floridarevenue.com

**VIA ELECTRONIC MAIL:**
Rev.Bankruptcy@illinois.gov

**VIA ELECTRONIC MAIL:**
kdor_tac@ks.gov

**VIA ELECTRONIC MAIL:**
corporate.tax@maine.gov

**VIA ELECTRONIC MAIL:**
MDOR.BKYSEC@STATE.MN.US

**VIA ELECTRONIC MAIL:**
businesstaxregister@dor.mo.gov

**VIA ELECTRONIC MAIL:**
Robert.Cook@tax.ny.gov

**VIA ELECTRONIC MAIL:**
corp.help.dor@oregon.gov

**VIA ELECTRONIC MAIL:**
Director@dor.sc.gov