IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |

**NOTICE OF SUBSTITUTION OF ZOHAR LITIGATION TRUST-A
AND NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that on June 21, 2022, the Court entered an order [Case No. 18-10512, Dkt. 3400] (the "Confirmation Order") approving the Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and its Affiliated Debtors and on August 1, 2022 certain amendments thereto (as subsequently amended, modified and supplemented, the "Plan") and on August 1, 2022, the Court entered an order approving certain modifications to the Plan and confirming the Plan as so modified, *see* [Case No. 18-10512, Dkt. 3467]. On August 2, 2022, the Plan went effective. Under the Plan, the Litigation Trust and its trustee (Mr. Dunn) were substituted for the Zohar Funds as plaintiff or movant in all pending matters without the need for any party to act in connection therewith. *See* Confirmation Order ¶ 23; Plan §§ 6.1 and 6.8.

**PLEASE TAKE FURTHER NOTICE** that the attorneys listed below enter their appearances as counsel to the Zohar Litigation Trust-A and David Dunn, as Trustee of Zohar Litigation Trust-A (the "Litigation Trustee"), pursuant to sections 342 and 1109(b) of title 11 of

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902.

29645818.2

the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in these chapter 11 cases (collectively, the "Chapter 11 Cases"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

| | |
|---|---|
| Jonathan E. Pickhardt, Esq. (*pro hac vice* admission pending) | James L. Patton, Jr. (No. 2202) |
| Ellison Ward Merkel, Esq. (*pro hac vice* admission pending) | Robert S. Brady (No. 2847) |
| Blair A. Adams, Esq. (*pro hac vice* admission pending) | Michael R. Nestor (No. 3526) |
| Brian R. Campbell, Esq. (*pro hac vice* admission pending) | Joseph M. Barry (No. 4221) |
| Brenna D. Nelinson, Esq. (*pro hac vice* admission pending) | Ryan M. Bartley (No. 4985) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Michael S. Neiburg (No. 5275) |
| 51 Madison Avenue, 22nd Floor | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| New York, NY 10010 | Rodney Square |
| Telephone: (212) 849-7000 | 1000 North King Street |
| Facsimile: (212) 849-7100 | Wilmington, Delaware 19801 |
| Email: jonpickhardt@quinnemanuel.com | Telephone: (302) 571-6600 |
| ellisonmerkel@quinnemanuel.com | Facsimile: (302) 571-1253 |
| blairadams@quinnemanuel.com | CM/ECF Noticing: bankfilings@ycst.com |
| briancampbell@quinnemanuel.com | Email: jpatton@ycst.com |
| brennanelinson@quinnemanuel.com | rbrady@ycst.com |
| | mnestor@ycst.com |
| | jbarry@ycst.com |
| | rbartley@ycst.com |
| | mneiburg@ycst.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed with or delivered to the Bankruptcy

Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors, or property of the Debtors, or the Litigation Trust.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any later appearances, pleadings, proofs of claim, claims or suits filed in the Chapter 11 Cases, shall be deemed or construed as a waiver of: (i) any rights of the Litigation Trust to (a) have final orders in any non-core matters entered only after de novo review by a District Judge, (b) trial by jury in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related to the Chapter 11 Cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (ii) any other rights (including setoff and recoupment), claims, actions, and defenses of the Litigation Trust either in law or in equity, under any agreements or otherwise, all of which rights, claims, actions, and defenses are expressly reserved.

| | |
|---|---|
| Dated: August 9, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ryan M. Bartley*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Michael S. Neiburg (No. 5275)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>         rbrady@ycst.com<br>         mnestor@ycst.com<br>         jbarry@ycst.com<br>         rbartley@ycst.com<br>         mneiburg@ycst.com<br><br>-and-<br><br>Jonathan E. Pickhardt, Esq. (admitted *pro hac vice*)<br>Ellison Ward Merkel, Esq. (admitted *pro hac vice*)<br>Blair A. Adams, Esq. (admitted *pro hac vice*)<br>Brian R. Campbell, Esq. (admitted *pro hac vice*)<br>Brenna D. Nelinson, Esq. (admitted *pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: jonpickhardt@quinnemanuel.com<br>         ellisonmerkel@quinnemanuel.com<br>         blairadams@quinnemanuel.com<br>         briancampbell@quinnemanuel.com<br>         brennanelinson@quinnemanuel.com<br><br>*Counsel to the Zohar Litigation Trust-A* |