IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 18-10512 (KBO)<br>)<br>) Jointly Administered<br>) |

**DECLARATION OF MICHAEL S. NEIBURG IN SUPPORT OF
SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS (OCTALUNA
ENTITIES) PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE,
BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1**

I, Michael S. Neiburg, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at the law firm Young Conaway Stargatt & Taylor, LLP, co-counsel for David Dunn, as Litigation Trustee (the "Litigation Trustee") for the Zohar Litigation Trust-A. I respectfully submit this declaration in support of the Zohar Litigation Trust-A's *Second Omnibus (Substantive) Objection to Claims (Octaluna Entities) Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1*.

2. Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts from the Indenture dated November 13, 2003, among (i) Zohar CDO 2003–1, Limited, (ii) Zohar CDO 2003–1, Corp., (iii) Zohar CDO 2003–1, LLC, (iv) MBIA, (v) Natixis (f/k/a CDC Financial Products, Inc.), and (vi) U.S. Bank National Association, Zohar I CDO 2003–1, Limited.

3. Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts from the Indenture dated January 12, 2005, among (i) Zohar II 2005-1, Limited, (ii) Zohar II 2005-1,

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o Province, LLC 700 Canal Street, Suite 12E, Stamford, CT 06902.

29643832

Corp., (iii) Zohar II 2005-1, LLC, (iv) MBIA, (v) Natixis (f/k/a IXIS Financial Products, Inc.), and (vi) LaSalle Bank National Association.

4. Attached hereto as **Exhibit 3** is a true and correct copy of relevant excerpts from the Indenture dated April 6, 2007, among (i) Zohar III, Limited, (ii) Zohar III, Corp., (iii) Zohar III, LLC, (iv) MBIA, (v) Natixis (f/k/a CDC Financial Products, Inc.), and (vi) LaSalle Bank National Association.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Zohar CDO 2003-1, Limited Class B Zero Coupon Second Priority Secured Note Due 2018 in the principal amount of $150,000,000.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Zohar CDO 2003-1, Ltd. Subscription Agreement, dated November 13, 2003.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Zohar II 2005-1, Ltd. Subscription Agreement, executed in January 2005.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Zohar III, Limited Class B Zero Coupon Fourth Priority Secured Note Due 2019 in the principal amount of $186,000,000.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Zohar III, Ltd. Subscription Agreement, dated April 6, 2007.

[*Remainder of page intentionally left blank*]

10. Attached hereto as **Exhibit 9** is a true and correct copy of the Purchase Agreement, dated as of January 12, 2017, among U.S. Bank, N.A., as Trustee, Zohar CDO 2003-1, Limited, as issuer, Zohar CDO 2003-1, LLC, and MBIA, as purchaser.

Dated:  August 9, 2022
       Wilmington, Delaware

                                                       */s/ Michael S. Neiburg*
                                                       Michael S. Neiburg