IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*, | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors.¹ | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline:** |
| | ) | September 2, 2022 at 4:00 p.m. (ET) |
| | ) | **Hearing Date:** |
| | ) | September 15, 2022, at 11:00 a.m. (ET) |

**NOTICE OF COMBINED THIRD MONTHLY (FOR THE PERIOD DECEMBER 1, 2021 THROUGH AUGUST 2, 2022) AND FINAL FEE APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS SPECIAL LITIGATION COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION ZOHAR II AND ZOHAR III FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD OCTOBER 14, 2019 THROUGH AUGUST 2, 2022**

PLEASE TAKE NOTICE that on the date hereof, Morris, Nichols, Arsht & Tunnell LLP, as special litigation counsel for Debtors Zohar II and Zohar III in the above-captioned cases, filed the **Combined Third Monthly (for the Period December 1, 2021 Through August 2, 2022) and Final Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Special Litigation Counsel to Debtors and Debtors in Possession Zohar II And Zohar III for Allowance of Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period October 14, 2019 Through August 2, 2022** (the "Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application, must be: (a) filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, by **September 2, 2022, at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); and (b) served so as to be received on or before the Objection Deadline by:

i. the Applicant: Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, Delaware 19801, Attn: Kenneth J.

---

¹ The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of Americas, 15th floor, New York, NY 10036.

|      |      |
|------|------|
| | Nachbar, knachbar@morrisnichols.com and Matthew B. Harvey, mharvey@morrisnichols.com; |
| ii. | the Debtors:  3 Times Square, c/o FTI Consulting, Inc., New York, New York 10036, Attn: Michael Katzenstein, mike.katzenstein@fticonsulting.com; |
| iii. | counsel to the Debtors:  Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Joseph M. Barry, jbarry@ycst.com; |
| iv. | David Dunn, as Wind-Down Administrator and Litigation Trustee:  Care of Province, 700 Canal Street, Suite 12E, Stamford, CT 06902, Attn: Nathan Smith, nsmith@provincefirm.com; Joseph Berman, jberman@provincefirm.com; |
| v. | counsel to the Wind-Down Administrator and Litigation Trustee: (a) Mintz Levin Cohn Ferris Glovsky & Popeo, P.C., 3580 Carmel Mountain Road, Suite 300, San Diego, California 92130, Attn: Joseph R. Dunn, jrdunn@mintz.com; Abigail V. O'Brient, avobrient@mintz.com; and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Ryan M. Bartley, rbartley@ycst.com, Joshua B. Brooks, jbrooks@ycst.com; |
| vi. | the Office of the United States Trustee for the District of Delaware:  855 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Brya Keilson, brya.keilson@usdoj.gov; Juliet M. Sarkessian, juliet.m.sarkessian@usdoj.gov; |
| vii. | counsel to the Patriarch Entities: Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California 90071, Attn: Robert A. Klyman, rklyman@gibsondunn.com, and Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Norman L. Pernick, npernick@coleschotz.com; |
| viii. | counsel to U.S. Bank, as indenture trustee: Alston & Bird LLP, 90 Park Avenue, New York, New York 10016, Attn: John W. Weiss, john.weiss@alston.com; |
| ix. | counsel to MBIA Insurance Company: Cadwalader, Wickersham & Taft, 200 Liberty Street, New York, New York 10281, Attn: Gregory M. Petrick, gregory.petrick@cwt.com and Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones, ljones@pszjlaw.com; and |
| x. | counsel to the Zohar III Controlling Class: Arnold & Porter Kaye Scholer |

LLP, 70 West Madison Street, Suite 4200, Chicago, Illinois 60602-4321, Attn: Brian J. Lohan, brian.lohan@arnoldporter.com and Womble Bond Dickinson (US) LLP, 222 Delaware Avenue, Suite 150I, Wilmington, Delaware 19801, Attn: Matthew P. Ward, matthew.ward@wbd-us.com.

PLEASE TAKE FURTHER NOTICE THAT THE HEARING ON THE FINAL FEE APPLICATION WILL BE HELD ON **SEPTEMBER 15, 2022 at 11:00 A.M. (ET)** (THE "HEARING") VIA VIDEOCONFERENCE BEFORE THE HONORABLE KAREN B. OWENS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE.  INSTRUCTIONS TO APPEAR BY ZOOM WILL BE PROVIDED IN THE AGENDA PRIOR TO THE HEARING.

PLEASE TAKE FURTHER NOTICE that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Court at the Hearing.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated:  August 12, 2022<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tori L. Remington*<br>Robert J. Dehney (No. 3578)<br>Matthew B. Harvey (No. 5186)<br>Tori L. Remington (No. 6901)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Tel.: (302) 658-9200<br>rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>tremington@morrisnichols.com<br><br>*Special Litigation Counsel for Zohar II and Zohar III* |