# EXHIBIT A

### COMPENSATION BY PROJECT CATEGORY

### ZOHAR III, CORP.
### (Case No. 18-10512 (KBO))

### December 1, 2021 through August 2, 2022

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 0.40 | 443.25 |
| Fee Applications (MNAT - Filing) | 9.1 | 3,437.55 |
| **TOTAL** | **9.50** | **$3,880.80** |

**Time Detail**

**Task Code:**    B110        Case Administration

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> | |
|---|---|---|---|---|---|
| 05/02/22 | Nachbar, Kenneth J. | TCs with J. Pickhardt (.2); conference with M. Cascio (.1) | 0.3 | 351.00 | |
| 05/02/22 | Cascio, Megan | Conference with K. Nachbar | 0.1 | 92.25 | |
| | | **Total** | **0.4** | | **443.25** |

**Task Code:**    B160        Fee Applications (MNAT - Filing)

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 12/01/21 | Vale, Desiree | Draft Morris Nichols Second Fee Application | 1.5 | 465.75 |
| 12/10/21 | Remington, Tori | Review and revise MNAT second fee application | 1.0 | 409.50 |
| 12/13/21 | Topper, Paige | Review and provide comments to second fee application (.1); call with T. Remington re: same (.1) | 0.2 | 100.80 |
| 12/13/21 | Harvey, Matthew B. | Emails with P. Topper and T. Remington re: MNAT fee app | 0.2 | 153.00 |
| 12/13/21 | Remington, Tori | Confer with P.Topper re MNAT 2nd fee application | 0.1 | 40.95 |
| 12/14/21 | Vale, Desiree | Correspondence with T. Remington and P. Topper re Morris Nichols Second Fee Application e-filing (.2); draft Notice (.3); e-file same (.2) | 0.7 | 217.35 |
| 12/14/21 | Remington, Tori | Email D.Vale re MNAT 2nd fee application (.1); review notice of same (.1); finalize fee application re same and coordinate filing of same (.2) | 0.4 | 163.80 |
| 12/30/21 | Vale, Desiree | Draft CNO to MNAT Second Fee Application | 0.2 | 62.10 |
| 01/05/22 | Harvey, Matthew B. | Review CNO re: MNAT second fee application and emails re: same. | 0.1 | 89.55 |
| 01/05/22 | Vale, Desiree | Review and respond e-mail from T.Remington re CNO to Morris Nichols Second Fee Application e-filing (.1); revise and file same (.2) | 0.3 | 97.20 |
| 01/05/22 | Remington, Tori | Email D.Vale re MNAT 2nd fee application CNO (.1); email J.Barry and C.Vanpraag re same (.1) | 0.2 | 94.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/17/22 | Vale, Desiree | Draft Morris Nichols Combined Monthly and Final Fee Application | 1.0 | 324.00 |
| 05/17/22 | Vale, Desiree | Correspondence with T. Remington re Final Fee Application e-filing (.2); draft notice re: same (.2) | 0.4 | 129.60 |
| 06/13/22 | Remington, Tori | Review and revise Morris Nichols combined third monthly and final fee application (.3); confer with D.Vale re same (.2) | 0.5 | 236.25 |
| 06/13/22 | Vale, Desiree | Confer with T. Remington re: Morris Nichols combined third monthly and final fee application | 0.2 | 64.80 |
| 06/15/22 | Remington, Tori | Further review and revise combined third monthly and final fee application | 0.2 | 94.50 |
| 06/15/22 | Vale, Desiree | Further revise final fee app | 0.4 | 129.60 |
| 06/21/22 | Vale, Desiree | E-mails from T. Remington and P. Topper re Morris Nichols Final Fee Application changes (.1); update and revert (.5) | 0.6 | 194.40 |
| 06/28/22 | Vale, Desiree | Further update Morris Nichols Final Fee Application | 0.2 | 64.80 |
| 06/29/22 | Vale, Desiree | Update Morris Nichols Final Fee Application (.3); e-mail P. Topper re same (.1) | 0.4 | 129.60 |
| 07/01/22 | Topper, Paige | Review and provide comments to D. Vale re: combined third monthly and final fee application. | 0.3 | 175.50 |
| | | **Total** | **9.1** | **3,437.55** |