**EXHIBIT B**

EXPENSE SUMMARY

**ZOHAR III, CORP.**
**(Case No. 18-10512 (KBO))**

**December 1, 2021 through August 2, 2022**

| Expense Category | Total Expenses |
|---|---|
| In-House Printing - color | 16.80 |
| **Grand Total Expenses** | **$16.80** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 12/13/21 | In-House Printing - color | 21.0 | 16.80 |
| | Total | | **$16.80** |