# **EXHIBIT C**

**Cover Sheet of Fee Application (UST Guidelines Exh. E)**

| **Final Application Summary** | |
|---|---|
| Name of Applicant | Morris, Nichols, Arsht & Tunnell LLP |
| Name of Client | Zohar II and Zohar III |
| Time period covered by Final Application | October 14, 2019 through August 2, 2022 |
| Total compensation sought during Application Period | $256,813.65, plus $2,500.00 estimated fees |
| Total expenses sought during Application Period | $11,958.40, plus $250.00 estimated expenses |
| Petition Date | March 11, 2018 |
| Retention Date | December 20, 2019, *nunc pro tunc* to October 14, 2019 |
| Date of order approving employment | December 20, 2019 |
| Total allowed compensation paid to date | $202,346.28 |
| Total allowed expenses paid to date | $11,941.60 |
| Total compensation approved by final order to date | $0.00 |
| Total expenses approved by final order to date | $0.00 |
| Blended rate in the Final Application for all partners | $784.87 |
| Blended rate in the Final Application for all attorneys | $683.42 |
| Blended rate in the Final Application for all timekeepers | $629.48 |
| Compensation sought in the Final Application already paid pursuant to a monthly compensation certificate but not yet allowed | $202,346.28 |

| | |
|---|---|
| Expenses sought in the Final Application already paid pursuant to a monthly compensation certificate but not yet allowed | $11,941.60 |
| Number of professionals included in Final Application | 19 |
| If applicable, number of professionals in the Final Application not included in staffing plan approved by client | 9 |
| If applicable, difference between fees budgeted and compensation sought for the Application Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 12 |
| Are any rates higher than those approved or disclosed at retention | **Effective January 1, 2020, January 1, 2021, and January 1, 2022, Morris Nichols implemented firm-wide rate increases. These rate increases are consistent with the Engagement Letter, which provides that the rates included therein are adjusted from time to time and specifically at the beginning of each year.** |