# EXHIBIT D

**Staffing Plan**

**Application Period Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across Matters During the Budget Period | Number of Timekeepers Actually Performing Work During the Budget Period | Projected Average Hourly Rate | Actual Average Hourly Rate |
|---|---|---|---|---|
| Partner | 2 | 4 | $900.00 | $784.87 |
| Associate | 4 | 10 | $478.13 | $409.62 |
| Other Professionals | 4 | 5 | $310.50 | $300.63 |