IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>　　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 18-10512 (KBO)<br>)<br>) Jointly Administered<br>)<br>) **Ref. Docket No. 3495**<br>) |

**ORDER APPROVING FINAL FEE APPLICATION OF HOULIHAN LOKEY CAPITAL, INC., AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FINAL <u>PERIOD FROM FEBRUARY 24, 2020 THROUGH AUGUST 2, 2022</u>**

Upon consideration of the *Request for Approval and Payment of Fees and Reimbursable Expenses by Houlihan Lokey Capital, Inc., for the Monthly Period of June 24, 2022 Through and Including August 2, 2022 and the Final Period From February 24, 2020 Through August 2, 2022* (the "<u>Application</u>")[2] for allowance of compensation on a final basis; and it appearing to this Court that all of the requirements of sections 327(a) and 328(a) of the Bankruptcy Code; and that notice of the Application was appropriate; and after due deliberation and sufficient good cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.  The Application is hereby APPROVED as set forth herein.

2.  Houlihan Lokey is allowed, on a final basis, compensation for professional services rendered during the Final Compensation Period in the amount of $9,740,000.00. For the

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Application.

avoidance of doubt, the compensation for the Final Compensation Period comprises a $5,000,000.00 Transaction Fee, plus a $500,000.00 Financing Transaction Fee, plus monthly fees totaling $4,400,000.00, less a voluntary fee reduction of $160,000.00.

3. Houlihan Lokey is allowed, on a final basis, reimbursement of expenses incurred during the Final Compensation Period in connection with its services to the Debtors in the amount of $28,351.22.

4. The Debtors are authorized and directed to pay to Houlihan Lokey all fees and expenses allowed pursuant to this Order, less any and all amounts previously paid on account of such fees and expenses and any crediting pursuant to the Engagement Agreement.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: September 13th, 2022
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE