## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp,[1] | Case No. 18-10512 (KBO) |
| Debtor. | **Ref. No. 3669** |

### CERTIFICATE OF SERVICE

I, Jennifer L. Cree, Esquire, hereby certify that on December 30, 2022, a true and correct copy of the *[SEALED] Certification of Counsel Regarding [PROPOSED] Further Order Establishing Certain Guidelines and Milestones in Furtherance of the Monetization Process for Stila Styles, LLC* was caused to be served on the attached service list via CM/ECF and/or Electronic Mail.

Dated:  December 30, 2022
          Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Jennifer L. Cree*
Adam G. Landis (No. 3407)
Daniel B. Rath (No. 3022)
Rebecca L. Butcher (No. 3816)
Matthew B. McGuire (No. 4366)
Jennifer L. Cree (No. 5919)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
          rath@lrclaw.com
          butcher@lrclaw.com
          mcguire@lrclaw.com
          cree@lrclaw.com

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp. (9612). The Debtors' address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened

| | |
|---|---|
| **COLE SCHOTZ P.C.**<br>Norman L. Pernick<br>G. David Dean<br>Patrick J. Reilley<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>Email: npernick@coleschotz.com<br>        ddean@coleschotz.com<br>        preilley@coleschotz.com | **GIBSON, DUNN & CRUTCHER LLP**<br>Monica K. Loseman<br>1801 California Street, Suite 4200<br>Denver, CO 80202-2642<br>Telephone: (303) 298-5784<br>Facsimile: (303) 313-2828<br>Email: mloseman@gibsondunn.com |
| **GIBSON, DUNN & CRUTCHER LLP**<br>Mary Beth Maloney<br>Akiva Shapiro<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>Email: mmaloney@gibsondunn.com<br>        ashapiro@gibsondunn.com | **OFFICE OF THE U.S. TRUSTEE**<br>Juliet M. Sarkessian, Esq.<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>Email: Juliet.M.Sarkessian@usdoj.gov |
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>James L. Patton, Jr., Esq.<br>Robert S. Brady, Esq.<br>Michael R. Nestor, Esq.<br>Joseph M. Barry, Esq.<br>Ryan M. Bartley, Esq.<br>Shane Reil, Esq.<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: jpatton@ycst.com<br>        rbrady@ycst.com<br>        mnestor@ycst.com<br>        jbarry@ycst.com<br>        rbartley@ycst.com<br>        sreil@ycst.com | |