IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP.,[1] | Case No. 18-10512 (KBO) |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Chad Corazza, hereby certify that on January 4, 2023, I caused a copy of the following document, *Notice of Second Amended Agenda of Matters Scheduled for Hearing on January 4 and 5, 2023 at 9:00 a.m. (ET)* [Docket No. 3679/3680] to be served upon the below parties in the manner indicated:

| | |
|---|---|
| Norman L. Pernick, Esq. | Theresa Trzaskoma, Esq. |
| G. David Dean, Esq. | Max Tanner, Esq. |
| Patrick J. Reilley, Esq. | Vikram Shah, Esq. |
| Andrew J. Roth-Moore, Esq. | Wesley Erdelack, Esq. |
| Cole Schotz P.C. | Sher Tremonte LLP |
| 500 Delaware Avenue, Suite 1410 | 90 Broad Street, 23rd Floor |
| Wilmington, DE 19801 | New York, NY 10004 |
| npernick@coleschotz.com | TTrzaskoma@shertremonte.com |
| ddean@coleschotz.com | mtanner@shertremonte.com |
| preilley@coleschotz.com | vshah@shertremonte.com |
| aroth-moore@coleschotz.com | werdelack@shertremonte.com |
| (Lynn Tilton & Patriarch Entities) | (Lynn Tilton & Patriarch Entities) |
| ***Email*** | ***Email*** |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

| | |
|---|---|
| Adam G. Landis, Esq.<br>Daniel B. Rath, Esq.<br>Rebecca L. Butcher, Esq.<br>Matthew B. McGuire, Esq.<br>Jennifer L. Cree, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>landis@lrclaw.com<br>rath@lrclaw.com<br>butcher@lrclaw.com<br>mcguire@lrclaw.com<br>cree@lrclaw.com<br>(Stila)<br>***Email*** | David Dunn, Esq.<br>Christopher R. Donoho III, Esq.<br>Ryan M. Philp, Esq.<br>Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, NY 10017<br>david.dunn@hoganlovells.com<br>chris.donoho@hoganlovells.com<br>ryan.philp@hoganlovells.com<br>(Stila)<br>***Email*** |
| Mary Beth Maloney, Esq.<br>Nathan C. Strauss, Esq.<br>Ana Lopez, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>mmaloney@gibsondunn.com<br>nstrauss@gibsondunn.com<br>allopez@gibsondunn.com<br>(Patriarch Entities)<br>***Email*** | Jennifer K. Bracht, Esq.<br>Gibson, Dunn & Crutcher LLP<br>1801 California Street, Suite 4200<br>Denver, CO 80202-2642<br>jbracht@gibsondunn.com<br>(Patriarch Entities)<br>***Email*** |
| Juliet M. Sarkessian, Esq.<br>Office of the United States Trustee<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #15<br>Wilmington, DE 19801<br>juliet.m.sarkessian@usdoj.gov<br>(U.S. Trustee)<br>***Email*** | |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253