**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>Zohar III, Corp,<br>　　　　　　Debtor. | Chapter 11<br>Case No. 18-10512 (KBO) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST**
**FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

　　PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Jennifer K. Bracht hereby withdraws her appearance as counsel to Lynn Tilton, Patriarch Stakeholders, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Octaluna, LLC, Octaluna II, LLC and Octaluna III, LLC (the "Patriarch Stakeholders") in the above-captioned bankruptcy case. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in this case, remove her from the electronic and paper noticing matrix for the above-captioned case.

　　All other current counsel of record will continue to represent the Patriarch Stakeholders and are not intended to be affected by this notice.

Dated: April 19, 2023　　　　　　　　　**COLE SCHOTZ P.C.**

　　　　　　　　　　　　　　　　By:　*/s/ G. David Dean*
　　　　　　　　　　　　　　　　　　　G. David Dean (No. 6403)
　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1410
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Telephone: (302) 652-3131
　　　　　　　　　　　　　　　　　　　Facsimile: (302) 652-3117
　　　　　　　　　　　　　　　　　　　ddean@coleschotz.com

　　　　　　　　　　　　　　　　　　　*Counsel to Patriarch Stakeholders*

57772/0001-45069135v1