# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP.,[1] | Case No. 18-10512 (KBO) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on June 27, 2023, I caused a copy of the following document, *Notice of Binding Portfolio Company (180s) Transaction Pursuant to Portfolio Company Transaction Procedures* [Docket No. 3739], to be served upon the below parties in the manner indicated:

| | |
|---|---|
| Norman L. Pernick, Esq.<br>G. David Dean, Esq.<br>Patrick J. Reilley, Esq.<br>Andrew J. Roth-Moore, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>npernick@coleschotz.com<br>ddean@coleschotz.com<br>preilley@coleschotz.com<br>aroth-moore@coleschotz.com<br>(Lynn Tilton & Patriarch Entities)<br>**Email** | Theresa Trzaskoma, Esq.<br>Max Tanner, Esq.<br>Vikram Shah, Esq.<br>Wesley Erdelack, Esq.<br>Sher Tremonte LLP<br>90 Broad Street, 23rd Floor<br>New York, NY 10004<br>TTrzaskoma@shertremonte.com<br>mtanner@shertremonte.com<br>vshah@shertremonte.com<br>werdelack@shertremonte.com<br>(Lynn Tilton & Patriarch Entities)<br>**Email** |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

| | |
|---|---|
| Adam G. Landis, Esq.<br>Daniel B. Rath, Esq.<br>Rebecca L. Butcher, Esq.<br>Matthew B. McGuire, Esq.<br>Jennifer L. Cree, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>landis@lrclaw.com<br>rath@lrclaw.com<br>butcher@lrclaw.com<br>mcguire@lrclaw.com<br>cree@lrclaw.com<br>(Stila)<br>***Email*** | David Dunn, Esq.<br>Christopher R. Donoho III, Esq.<br>Ryan M. Philp, Esq.<br>Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, NY 10017<br>david.dunn@hoganlovells.com<br>chris.donoho@hoganlovells.com<br>ryan.philp@hoganlovells.com<br>(Stila)<br>***Email*** |
| Juliet M. Sarkessian, Esq.<br>Office of the United States Trustee<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #15<br>Wilmington, DE 19801<br>juliet.m.sarkessian@usdoj.gov<br>(U.S. Trustee)<br>***Email*** | |

Gregory M. Petrick, Esq.
Jonathan M. Hoff, Esq.
Ingrid Bagby, Esq.
Michele C. Maman, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
gregory.petrick@cwt.com
jonathan.hoff@cwt.com
ingrid.bagby@cwt.com
michele.maman@cwt.com
(MBIA Insurance Company)
*Email*

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-87055
ljones@pszjlaw.com
tcairns@pszjlaw.com
(MBIA Insurance Company)
*Email*

Dennis F. Dunne, Esq.
Andrew Harmeyer, Esq.
Milbank LLP
55 Hudson Yards
New York, NY 10001
ddunne@milbank.com
aharmeyer@milbank.com
(Ankura Trust)
*Email*

Mark D. Collins, Esq.
Brett M. Haywood, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com
haywood@rlf.com
(Ankura Trust)
*Email*

Brian J. Lohan, Esq.
Ginger Clements, Esq.
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
brian.lohan@arnoldporter.com
ginger.clements@arnoldporter.com
(Certain Holders of Notes Issued by Zohar III, Limited)
*Email*

John Green
Pratik Desai
Bardin Hill Investment Partners, LP
299 Park Avenue, 24th Floor
New York, NY 10171
jgreene@bardinhill.com
pdesai@bardinhill.com
(DIP Lender)
*Email*

| | |
|---|---|
| Anthony J. Davis<br>Santomassimo Davis LLP<br>1900 Market St 8th floor<br>Philadelphia, PA 19102<br>adavis@OGCSOLUTIONS.COM<br>(Buyer)<br>*Email* | Stephen Israel<br>180s USA LLC<br>140 58th Street<br>Suite 6F, Brooklyn, NY 11220<br>Stephen@sharplots.com<br>(Buyer)<br>*Email* |

Bradley E. Scher
180s, Inc.
c/o Ocean Ridge Capital Advisors, LLC
56 Harrison St., Suite 203A
New Rochelle, NY  10801
[bscher@oceanridgecapital.com](mailto:bscher@oceanridgecapital.com)
(Seller)
*Email*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ *Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253