**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Zohar III, Corp.,<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 18-10512 (KBO) |
| DAVID DUNN, AS LITIGATION TRUSTEE FOR ZOHAR LITIGATION TRUST-A,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　　-against-<br><br>PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LIMITED; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VIII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON,<br><br>　　　　　　　　　Defendants, and<br><br>180S, INC.; BLACK MOUNTAIN DOORS, LLC; CROSCILL HOME, LLC; DURO TEXTILES, LLC; GLOBAL AUTOMOTIVE SYSTEMS, LLC; HERITAGE AVIATION, LTD.; INTREPID U.S.A., INC.; IMG HOLDINGS, INC.; JEWEL OF JANE, LLC; MOBILE ARMORED VEHICLES, LLC; SCAN-OPTICS, LLC; SILVERACK, LLC; STILA STYLES, LLC; SNELLING STAFFING, LLC; VULCAN ENGINEERING, INC; and XPIENT SOLUTIONS, LLC,<br><br>　　　　　　　　　Nominal Defendants. | Adversary No. 20-50534 (KBO) |
| PARTNERS AGENCY SERVICES, LLC and PATRIARCH PARTNERS, LLC,<br><br>　　　　　　　　　Counterclaimants,<br><br>　-against-<br><br>ZOHAR CDO 2003-1, LIMITED; ZOHAR II 2005-1, LIMITED; and ZOHAR III, LIMITED,<br><br>　　　　　　　　　Counterclaim Defendants. | |
| ZOHAR LITIGATION TRUST-A,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　-against-<br><br>LYNN TILTON; PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; OCTALUNA LLC; | Adversary No. 20-50776 (KBO) |

OCTALUNA II LLC; ARK II CLO 2001-1, LLC;
ARK INVESTMENT PARTNERS II, LP; LD
INVESTMENTS, LLC; ZOHAR HOLDING, LLC;
and ZOHAR HOLDINGS, LLC,

                          Defendants.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Esther Lifshitz, Esquire of Gibson, Dunn & Crutcher LLP to represent Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Phoenix VIII, LLC, Octaluna LLC, Octaluna II LLC, Octaluna III LLC, ARK II CLO 2001-1, Limited, ARK Investment Partners II, LP, ARK Angels VIII, LLC, Patriarch Partners Management Group, LLC, Patriarch Partners Agency Services, LLC, Lynn Tilton in Adversary Proceeding No. 20-50534, and to represent Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Patriarch Partners Agency Services, LLC, Patriarch Partners Management Group, LLC, Octaluna, LLC, Octaluna II, LLC, ARK II CLO 2001-1, Limited, Ark Investment Partners II, LP, LD Investments, LLC, and Zohar Holding, LLC in Adversary Proceeding No. 20-50776.

Dated: August 9, 2023

                           */s/ G. David Dean*
                           G. David Dean (No. 6403)
                           COLE SCHOTZ P.C.
                           500 Delaware Avenue, Suite 1410
                           Wilmington, DE 19801
                           Telephone: 302-652-3131
                           ddean@coleschotz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: August 9, 2023

                           */s/ Esther Lifshitz*
                           Esther Lifshitz
                           GIBSON, DUNN & CRUTCHER LLP
                           200 Park Avenue,
                           New York, N.Y. 10166-0193
                           Telephone: 212-351-3944
                           ELifshitz@gibsondunn.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: August 10th, 2023**
**Wilmington, Delaware**

                           **KAREN B. OWENS**
                           **UNITED STATES BANKRUPTCY JUDGE**