**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZOHAR III, CORP.,[1]<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 18-10512 (KBO) |
| DAVID DUNN, as Litigation Trustee for Zohar Litigation Trust-A;<br><br>　　　　　　　Plaintiff,<br><br>　　-against-<br><br>PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LIMITED; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VIII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON,<br><br>　　　　　　　Defendants, and<br><br>180S, INC.; GLOBAL AUTOMOTIVE SYSTEMS, LLC; INTREPID U.S.A., INC.; IMG HOLDINGS, INC.; SCAN-OPTICS, | Adv. Pro. No. 20-50534 (KBO) |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

30659486.1

| | |
|---|---|
| LLC; STILA STYLES, LLC; SNELLING STAFFING, LLC; and VULCAN ENGINEERING, CO., | |
| Nominal Defendants. | |
| PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and PATRIARCH PARTNERS, LLC, | |
| Counterclaim and Third-Party Claimants, | |
| -against- | |
| ZOHAR CDO 2003-1, LIMITED; ZOHAR CDO 2003-1, CORP.; ZOHAR II 2005-1, LIMITED; ZOHAR II 2005-1, CORP.; ZOHAR III, LIMITED; ZOHAR III, CORP., | |
| Counterclaim and Third-Party Defendants. | |
| DAVID DUNN, as Litigation Trustee for Zohar Litigation Trust-A, | |
| Plaintiff, | Adv. Pro. No. 20-50776 (KBO) |
| -against- | |
| LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC PATRIARCH PARTNERS AGENCY SERVICES, LLC, | |

| |
|---|
| PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, OCTALUNA, LLC, OCTALUNA II, LLC, ARK II CLO 2001-1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC, ZOHAR HOLDING, LLC, AND ZOHAR HOLDINGS, LLC,<br><br>                      Defendants. |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 22, 2023 AT 9:00 A.M. (ET)**

---

**THIS HEARING WILL BE CONDUCTED IN-PERSON. ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR OVER ZOOM[2] AND ALL ZOOM PARTICIPANTS MUST REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**Please use the following link to register for this hearing:
https://debuscourts.zoomgov.com/meeting/register/vJItcu2gpjgqH1xtLNXfqLomezXf9FxEaUQ**

**AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

---

**MATTERS GOING FORWARD**

1. Plaintiff's Motion for a Protective Order and an Order to Modify and/or Quash Subpoenas to Nonparties [Adv. Case No. 20-50534 Docket No. 345; 4/13/23]

    Related Documents:

    A. Plaintiff's Memorandum of Law in Support of Its Motion for a Protective Order and an Order to Modify and/or Quash Subpoenas to Nonparties [Adv. Case No. 20-50534 Docket No. 346; 4/13/23]

---

[2] At the direction of the Court, attendance by Zoom will be permitted under the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.

    B.    Declaration of Brian R. Campbell in Support of the Plaintiff's Memorandum of Law in Support of Its Motion for a Protective Order and an Order to Modify and/or Quash Subpoenas to Nonparties [Adv. Case No. 20-50534 Docket No. 347; 4/13/23]

    C.    Order Approving Stipulation and Joint Proposed Briefing Schedule [Adv. Case No. 20-50534 Docket No. 348; 4/14/23]

    D.    Order Approving Revised Stipulation and Joint Proposed Briefing Schedule [Adv. Case No. 20-50534 Docket No. 373; 6/2/23]

    E.    Request for Oral Argument [Adv. Case No. 20-50534 Docket No. 387; 6/20/23]

    F.    Request for Oral Argument [Adv. Case No. 20-50534 Docket No. 388; 6/20/23]

    G.    Notice of Completion of Briefing [Adv. Case No. 20-50534 Docket No. 389; 6/21/23]

Response Deadline:    May 16, 2023

Responses Received:

    H.    Brief in Opposition to the Litigation Trust-A's Motion for a Protective Order and an Order to Modify and/or Quash Subpoenas to Nonparties [Adv. Case No. 20-50534 (SEALED) Docket No. 362; 5/16/23; (REDACTED) Docket No. 400; 7/6/23]

    I.    Plaintiff's Reply Memorandum of Law in Support of Its Motion for a Protective Order and an Order to Modify and/or Quash Subpoenas to Nonparties [Adv. Case No. 20-50534 Docket No. 383; 6/13/23]

Status:    This matter is going forward with oral argument.

2.    David Dunn Litigation Trustee for the Zohar Litigation Trust-A's Motion to Compel [Adv. Case No. 20-50534 Docket No. 370; 6/1/23]

Related Documents:

    A.    Litigation Trustee's Memorandum of Law in Support of Zohar Litigation Trust-A's Motion to Compel [Adv. Case No. 20-50534 Docket No. 371; 6/1/23]

    B.    Declaration of Brenna D. Nelinson in Support of the Litigation Trustee's Brief in Support of Zohar Litigation Trust-A's Motion to Compel [Adv. Case No. 20-50534 Docket No. 372; 6/1/23]

    C.    Declaration of Nathan C. Strauss in Support of Defendants' Brief in Opposition to the Litigation Trust-A's Motion to Compel [Adv. Case No. 20-50534 Docket No. 391; 6/22/23]

    D.    Supplemental Declaration of Brenna D. Nelinson in Support of the Litigation Trustee's Brief in Further Support of Zohar Litigation Trust-A's Motion to Compel [Adv. Case No. 20-50534 Docket No. 398; 6/30/23]

    E.    Request for Oral Argument [Adv. Case No. 20-50534 Docket No. 402; 7/7/23]

    F.    Request for Oral Argument [Adv. Case No. 20-50534 Docket No. 403; 7/7/23]

    G.    Notice of Completion of Briefing [Adv. Case No. 20-50534 Docket No. 404; 7/7/23]

Response Deadline:    June 22, 2023 at 4:00 p.m. (ET)

Responses Received:

    H.    Brief in Opposition to the Litigation Trust-A's Motion to Compel [Adv. Case No. 20-50534 Docket No. 390; 6/22/23]

    I.    Litigation Trustee's Reply Memorandum of Law in Support of Zohar Litigation Trust-A's Motion to Compel [Adv. Case No. 20-50534 Docket No. 397; 6/30/23]

Status:    This matter is going forward with oral argument.

3.    Plaintiff's Motion for Leave to Amend Its Complaint [Adv. Case No. 20-50534 (SEALED) Docket No. 377; 6/5/23, (REDACTED) Docket No. 415; 7/24/23]

Related Documents:

    A.    Declaration of Brian Campbell in Support of Plaintiff's Motion for Leave to Amend Its Complaint [Adv. Case No. 20-50534 (SEALED) Docket No. 378; 6/5/23]

    B.    Declaration of Brian Campbell in Support of Plaintiff's Reply in Support of Motion for Leave to Amend Its Complaint [Adv. Case No. 20-50534 Docket No. 410; 7/20/23]

    C.    Request for Oral Argument [Adv. Case No. 20-50534 Docket No. 418; 7/27/23]

    D.    Request for Oral Argument [Adv. Case No. 20-50534 Docket No. 419; 7/27/23]

    E.    Notice of Completion of Briefing [Adv. Case No. 20-50534 Docket No. 424; 8/3/23]

Response Deadline:	At the hearing

Responses Received:

F.	Brief in Opposition to Plaintiff's Motion for Leave to Amend Its Complaint [Adv. Case No. 20-50534 (SEALED) Docket No. 396, 6/29/23; (REDACTED) Docket No. 411; 7/21/23]

G.	Plaintiff's Reply in Support of Motion for Leave to Amend Its Complaint [Adv. Case No. 20-50534 Docket No. 409; 7/20/23]

Status:	This matter is going forward with oral argument.

Dated: August 18, 2023
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ryan M. Bartley*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
	rbrady@ycst.com
	mnestor@ycst.com
	jbarry@ycst.com
	rbartley@ycst.com
	sreil@ycst.com

*Counsel to the Asset Recovery Manager*