# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Zohar III, Corp., *et al.*, | ) | Case No. 18-10512 (KBO) |
|  | ) |  |
| Debtors.[1] | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Related to Docket Nos. 3759** |

### ORDER DENYING PATRIARCH STAKEHOLDERS' MOTION TO AMEND PARAGRAPH 18 CLAIMS

For the reasons set forth on the record on August 17, 2023, it is hereby **ORDERED** that the relief requested in the *Patriarch Stakeholders' Motion to Amend Paragraph 18 Claims* is denied.

Dated: August 17, 2023
Wilmington, DE

_____
Karen B. Owens
United States Bankruptcy Judge

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003- 1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.