IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ZOHAR III, CORP., | Case No. 18-10512 (KBO) |
| Debtor.[1] | Re: Docket Nos. 3755, 3759 & 3760 |

**ORDER AUTHORIZING FILING OF EXHIBIT A TO THE PROPOSED ORDER ATTACHED AS EXHIBIT 1 TO MOTION TO AMEND UNDER SEAL**

Upon consideration of the motion (the "Motion")[2] filed by the Patriarch Stakeholders for entry of an order, pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, Local Rule 9018-1, the Settlement Order, and the Settlement Agreement, authorizing the Patriarch Stakeholders to file Exhibit A to the proposed order attached as Exhibit 1 to the Motion to Amend under seal; and a publicly viewable redacted version of the Motion to Amend having been filed in this case at Docket No. 3759; it appearing that there is good and sufficient cause for the relief set forth in this Order; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18- 10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

[2] Capitalized terms not otherwise defined herein shall have the meanings afforded to them in the Motion.

57772/0001-45879475v1

2

U.S.C. § 157(b); and the Court having found that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and that the legal and factual bases set forth in the Motion support the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Motion is GRANTED as provided herein.

2. Patriarch is authorized to file Exhibit A to the proposed order attached as Exhibit 1 to the Motion to Amend that was redacted in Docket No. 3759 (the "<u>Sealed Material</u>") under seal.

3. The Sealed Material shall not be made available to anyone, except to the Court, the U.S. Trustee, the Asset Recovery Manager, and other parties in interest as may be ordered or otherwise required by the Court, and all parties receiving the Sealed Material shall maintain its confidentiality and the confidentiality of its subject matter, including in connection with any pleadings filed with this Court.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Patriarch Stakeholders are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: August 22nd, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**