## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP.,[1] | Case No. 18-10512 (KBO) |
| Debtor. | (Jointly Administered) |
| | **Ref. No. 3835, 3837, 3840, 3841 & 3845** |

## NOTICE OF COMPLETION OF BRIEFING

**PLEASE TAKE NOTICE** that briefing is completed with respect to Stila Styles, LLC's

*Motion of Stila Styles, LLC for Entry of an Order Extending Milestones for the Monetization*

*Process of Stila Styles, LLC* [D.I. 3835] (the "Motion"). Stila Styles, LLC does not request oral

argument on the Motion and the Motion is ready for disposition by the Bankruptcy Court. A list

of all relevant pleadings and docket numbers related to the Motion follows below.

| Tab | Pleading | Date Filed | Docket No. |
|---|---|---|---|
| 1. | SEALED Motion of Stila Styles, LLC for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC | 4/2/2024 | 3835 |
| 2. | SEALED Corrected Exhibit B to Motion of Stila Styles, LLC for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC | 4/3/2024 | 3837 |
| 3. | Motion of Stila Styles LLC to File Under Seal its Motion for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC | 4/5/2024 | 3840 |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

| Tab | Pleading | Date Filed | Docket No. |
|-----|----------|------------|------------|
| 4. | REDACTED Motion of Stila Styles, LLC for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC | 4/5/2024 | 3841 |
| 5. | SEALED Lynn Tilton's Response Regarding Stila Styles, LLC's Motion for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles LLC | 4/16/2024 | 3845 |

Dated: April 30, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Daniel B. Rath (No. 3022)
Rebecca L. Butcher (No. 3816)
Matthew B. McGuire (No. 4366)
Jennifer L. Cree (No. 5919)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: rath@lrclaw.com
      butcher@lrclaw.com
      mcguire@lrclaw.com
      cree@lrclaw.com

-and-

**HOGAN LOVELLS US LLP**
David Dunn, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: david.dunn@hoganlovells.com

*Counsel for Stila Styles, LLC*