**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Zohar III, Corp.,<br><br>　　　　　　　Debtor.[1] | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Related to Docket Nos. 3835, 3837, 3841 & 3845 |

## ORDER GRANTING MOTION OF STILA STYLES, LLC FOR ENTRY OF AN ORDER EXTENDING MILESTONES FOR THE MONETIZATION PROCESS OF STILA STYLES, LLC

Upon consideration of the *Motion of Stila Styles, LLC For Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC* [Docket No. 3841] (the "Motion"), seeking the extension of certain Milestones set forth in the *Further Order Establishing Certain Guidelines and Milestones in Furtherance of the Monetization Process for Stila Styles, LLC* [Docket No. 3691] (the "Milestones Order"), and all related briefing, argument and evidence presented in connection therewith; and the Court having found that it has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012, that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that venue of this case in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that due and proper notice of the Motion has been given, that such notice is adequate,

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp. (9612). The Debtors' address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

and that no other or further notice need be given; and the Court having found and determined that granting the Motion is necessary to, among other things, maximize value for all stakeholders and establish a reasonable and fair process for all parties; and the Court having found and determined that the extensions to the Milestones sought by the Motion will balance and work to accomplish those goals in light of the present facts and circumstances;

**IT IS HEREBY ORDERED THAT**:

1. █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

2. All other provisions of the Milestones Order shall remain in full force and effect.

3. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

4. The terms and conditions of this Order shall be immediately effectively and enforceable upon its entry.

Dated: May 3rd, 2024  
Wilmington, Delaware

*[Signature]*  
**KAREN B. OWENS**  
**UNITED STATES BANKRUPTCY JUDGE**