IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ZOHAR III, CORP.,[1] | ) ) ) | Case No. 18-10512 (KBO) |
| Debtor. | ) ) ) ) |  |

**CERTIFICATION OF COUNSEL CONCERNING**
**STIPULATON REGARDING GAS ESCROW RELEASE**

The undersigned counsel to David Dunn, in his capacity as Asset Recovery Manager of Phoenix II Recovery, LLC and Phoenix III Recovery, LLC (as successors in interest to Zohar CDO 2003-1, Corp.; Zohar II 2005-1 Limited; and Zohar III Corp. and Zohar III Limited, as consolidated), hereby certifies as follows:

1. The Asset Recovery Manager and Patriarch Partners, LLC, as representative of the Patriarch Stakeholders (as defined in Docket No. 266) (collectively, the "Patriarch Stakeholders," and together with the Litigation Trustee, the "Parties") have entered into the *Stipulation Regarding GAS Escrow Release* (the "Stipulation"). The Stipulation effects an agreed distribution of certain proceeds reserved at the closing of the sale of GAS, the application of which were disputed by the Debtors and Patriarch Stakeholders and, as a result, placed into escrow.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp. (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

31699525.7

2. The applicable escrow agreement requires a court order for the escrowed funds to be released.

3. Undersigned counsel respectfully requests that the Court enter the order attached hereto as **Exhibit A** (the "Proposed Order"), approving the Stipulation attached to the Proposed Order as Exhibit 1 at its earliest convenience without need for further notice or hearing. Counsel to the Parties are available if the Court has questions.

Dated: July 26, 2024
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Ryan M. Bartley*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Asset Recovery Manager*

31699525.7