# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP.,[1] | Case No. 18-10512 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. 3691 |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that pursuant to the [SEALED] *Further Order Establishing Certain Guidelines and Milestones in Furtherance of the Monetization Process for Stila Styles, LLC* [D.I. 3691] (the "Order"), on January 16, 2025, a true and correct copy of *Seventh Update by Stila Styles, LLC Per Sealed Court Order Dated January 16, 2025, Submitted for In Camera Review* was submitted *in camera* via Electronic Mail to the Chambers of the Honorable Karen B. Owens and served via Electronic Mail on counsel to Lynn Tilton and counsel to the Common Member.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

| | |
|---|---|
| **COLE SCHOTZ P.C.**<br>Norman L. Pernick (No. 2290)<br>G. David Dean (No. 6403)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>npernick@coleschotz.com<br>ddean@coleschotz.com<br><br>*Counsel to Lynn Tilton* | **GIBSON, DUNN & CRUTCHER LLP**<br>Monica Loseman (Admitted *Pro Hac Vice*)<br>1801 California St., Suite 4200<br>Denver, CO 80202<br>mloseman@gibsondunn.com<br><br>Mary Beth Maloney (Admitted *Pro Hac Vice*)<br>Akiva Shapiro (Admitted *Pro Hac Vice*)<br>200 Park Avenue<br>New York, NY 10166<br>mmaloney@gibsondunn.com<br>ashapiro@gibsondunn.com<br><br>*Counsel to Lynn Tilton* |
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Ryan M. Bartley (No. 4985)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>rbartley@ycst.com<br><br>*Counsel to the Common Member, as defined in the Order* | **PROVINCE**<br>David Dunn<br>2360 Corporate Circle<br>Suite 340<br>Henderson, NV 89074<br>ddunn@provincefirm.com |
| **CLIFFORD CHANCE US LLP**<br>Brian Lohan<br>Two Manhattan West<br>375 9th Avenue<br>New York, NY 10001<br>Brian.Lohan@CliffordChance.com<br><br>*Counsel to the Common Member, as defined in the Order* | **BAKER & MCKENZIE LLP**<br>Blaire A. Cahn<br>452 Fifth Avenue<br>New York, New York 10018<br>blaire.cahn@bakermckenzie.com<br><br>*Counsel to the Common Member, as defined in the Order* |

| | |
|---|---|
| Dated: January 16, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Jennifer L. Cree*<br>Daniel B. Rath (No. 3022)<br>Rebecca L. Butcher (No. 3816)<br>Matthew B. McGuire (No. 4366)<br>Jennifer L. Cree (No. 5919)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: rath@lrclaw.com<br>           butcher@lrclaw.com<br>           mcguire@lrclaw.com<br>           cree@lrclaw.com<br><br>-and-<br><br>**HOGAN LOVELLS US LLP**<br>David Dunn, Esq.<br>390 Madison Avenue<br>New York, NY 10017<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100<br>Email: david.dunn@hoganlovells.com<br><br>*Counsel for Stila Styles, LLC* |