## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 18-10512 (KBO) |
| DAVID DUNN, as Litigation Trustee for Zohar Litigation Trust-A,<br><br>        Plaintiff,<br><br>      -against-<br><br>PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LIMITED; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VIII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON,<br><br>        Defendants, and<br><br>180S, INC.; GLOBAL AUTOMOTIVE SYSTEMS, LLC; INTREPID U.S.A., INC.; IMG HOLDINGS, INC.; SCAN-OPTICS, LLC; STILA STYLES, LLC; SNELLING STAFFING, LLC; and VULCAN ENGINEERING, CO.,<br><br>        Nominal Defendants. | Adv. Pro No. 20-50534 (KBO) |
| PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and PATRIARCH PARTNERS, LLC,<br><br>        Counterclaim and Third-Party Claimants,<br><br>      -against-<br><br>ZOHAR CDO 2003-1, LIMITED; ZOHAR CDO 2003-1, CORP., ZOHAR II 2005-1, LIMITED; ZOHAR II 2005-1, CORP.; ZOHAR III, LIMITED; and ZOHAR III CORP.,<br><br>        Counterclaim and Third-Party Defendants. | |

DAVID DUNN, as Litigation Trustee for Zohar
Litigation Trust-A,

                    Plaintiff,

          -against-

LYNN TILTON; PATRIARCH PARTNERS, LLC;
PATRIARCH PARTNERS VIII, LLC; PATRIARCH
PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC;
PATRIARCH PARTNERS AGENCY SERVICES, LLC;
PATRIARCH PARTNERS MANAGEMENT GROUP, LLC;
OCTALUNA, LLC; OCTALUNA II, LLC, ARK II CLO 2001-
1, LLC; ARK INVESTMENT PARTNERS II, L.P.; LD
INVESTMENTS, LLC; ZOHAR HOLDING, LLC, and
ZOHAR HOLDINGS, LLC,

                    Defendants.

Adv. Pro. No. 20-50776 (KBO)

## NOTICE OF CHANGE OF MAILING ADDRESS FOR THE
## DENVER, COLORADO OFFICE OF GIBSON, DUNN & CRUTCHER LLP

PLEASE TAKE NOTICE that, effective April 7, 2025, the mailing address of the Denver,

Colorado office of Gibson, Dunn & Crutcher LLP, counsel to the Patriarch Stakeholders, has

changed to the following:

**GIBSON, DUNN & CRUTCHER LLP**
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211

PLEASE TAKE FURTHER NOTICE that the firm's telephone numbers, facsimile

numbers, and email addresses remain unchanged.

Dated:  April 14, 2025

**COLE SCHOTZ P.C.**

By: */s/ Jack M. Dougherty*
     Norman L. Pernick (No. 2290)
     G. David Dean (No. 6403)
     Jack M. Dougherty (No. 6784)
     500 Delaware Avenue, Suite 600
     Wilmington, DE  19801
     Telephone: (302) 652-3131
     Facsimile: (302) 652-3117
     npernick@coleschotz.com
     ddean@coleschotz.com
     jdougherty@coleschotz.com

- and -

**GIBSON, DUNN & CRUTCHER LLP**
Monica Loseman (admitted *pro hac vice*)
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
Telephone: (303) 298-5700
Facsimile: (303) 298-5907
mloseman@gibsondunn.com

Mary Beth Maloney (admitted *pro hac vice*)
Akiva Shapiro (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mmaloney@gibsondunn.com
ashapiro@gibsondunn.com

*Counsel to Lynn Tilton, Patriarch Partners, LLC,
Patriarch Partners VIII, LLC, Patriarch Partners
XIV, LLC, Patriarch Partners XV, LLC, Phoenix
VIII, LLC, Patriarch Partners Agency Services,
LLC, Patriarch Partners Management Group, LLC,
Zohar Holdings, LLC, Octaluna LLC, Octaluna II
LLC, Octaluna III LLC, Ark II CLO 2001-1,
Limited, Ark Investment Partners II, L.P., LD
Investments, LLC and Ark Angels VIII, LLC*