# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP.,[1] | Case No. 18-10512 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. 3905 |

## CERTIFICATE OF SERVICE

I, Jennifer L. Cree, Esquire, hereby certify that on May 30, 2025, a true and correct copy of the *Motion of Stila Styles, LLC for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC* [D.I. 3905] was caused to be served on the attached service list via Electronic Mail.

Dated: May 30, 2025
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Jennifer L. Cree*
Daniel B. Rath (No. 3022)
Rebecca L. Butcher (No. 3816)
Matthew B. McGuire (No. 4366)
Jennifer L. Cree (No. 5919)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: rath@lrclaw.com
butcher@lrclaw.com
mcguire@lrclaw.com
cree@lrclaw.com

*Counsel for Stila Styles, LLC*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

Jane M. Leamy
Office of the U.S. Trustee
844 King St.
Suite 2207
Wilmington, DE 19801
Email: jane.m.leamy@usdoj.gov

*(U.S. Trustee)*

MORRIS JAMES LLP
Brya Michele Keilson
Tara C Pakrouh
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
Email: bkeilson@morrisjames.com
tpakrouh@morrisjames.com

*(Counsel to U.S. Trustee)*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr.
Robert S. Brady
Michael R. Nestor
Joseph M. Barry
Ryan M. Bartley
Jared W. Kochenash
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: jpatton@ycst.com
rbrady@ycst.com
mnestor@ycst.com
jbarry@ycst.com
rbartley@ycst.com
jkochenash@ycst.com

*(Counsel to the Debtors)*

GIBSON, DUNN & CRUTCHER LLP
Monica K. Loseman
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
Email: mloseman@gibsondunn.com

Mary Beth Maloney
Nathan C. Strauss
Akiva Shapiro
Ana Lopez
200 Park Avenue
New York, NY 10166-0193
Email: mmaloney@gibsondunn.com
nstrauss@gibsondunn.com
ashapiro@gibsondunn.com
allopez@gibsondunn.com

*(Counsel to Patriarch Stakeholders)*

LEWIS BRISBOIS BISGAARD & SMITH LLP
Scott D. Cousins
500 Delaware Ave., Suite 700
Wilmington, Delaware 19801
Email: scott.cousins@lewisbrisbois.com

*(Counsel to Patriarch Stakeholders)*

COLE SCHOTZ P.C.
Norman L. Pernick
G. David Dean
Patrick J. Reilley
Jack M. Dougherty
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: npernick@coleschotz.com
ddean@coleschotz.com
preilley@coleschotz.com
jdougherty@coleschotz.com

*(Counsel to Patriarch Stakeholders)*

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones
Timothy P. Cairns
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Email:  ljones@pszjlaw.com
          tcairns@pszjlaw.com

*(Counsel to MBIA)*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Jonathan E. Pickhardt, Esq.
Ellison Ward Merkel, Esq.
Blair A. Adams, Esq.
Brenna D. Nelinson, Esq.
51 Madison Avenue, 22nd Floor
New York, NY 10010
Email:  jonpickhardt@quinnemanuel.com
          ellisonmerkel@quinnemanuel.com
          blairadams@quinnemanuel.com
          brennanelinson@quinnemanuel.com

*(Counsel to David Dunn, Trustee for Zohar Litiagation Trust-A)*

ARNOLD & PORTER KAYE SCHOLER LLP
Jeffrey A. Fuisz
Robert T. Franciscovich
250 West 55th Street
New York, New York 10019-9710
Email:  jeffrey.fuisz@arnoldporter.com
          robert.franciscovich@arnoldporter.com

*(Counsel to Zohar III Controlling Class)*

CADWALADER, WICKERSHAM & TAFT LLP
Gregory M. Petrick
Jonathan M. Hoff
Ingrid Bagby
Michele C. Maman
200 Liberty Street
New York, NY 10281
Email:  gregory.petrick@cwt.com
          jonathan.hoff@cwt.com
          ingrid.bagby@cwt.com
          michele.maman@cwt.com

*(Counsel to MBIA)*

YOUNG CONAWAY STARGATT & TAYLOR
James L. Patton, Jr.
Robert S. Brady
Michael R. Nestor
Joseph M. Barry
Ryan M. Brartley
Michael S. Neiburg
Jared W. Kochenash
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: jpatton@ycst.com
          rbrady@ycst.com
          mnestor@ycst.com
          jbarry@ycst.com
          rbartley@ycst.com
          mneiburg@ycst.com
          jkochenash@ycst.com

*(Counsel to David Dunn, as trustee for Zohar Litigation Trust-A)*

WOMBLE BOND DICKINSON (US) LLP
Matthew P. Ward
Morgan L. Patterson
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
Email:  matthew.ward@wbd-us.com
          morgan.patterson@wbd-us.com

*(Counsel to Zohar III Controlling Class)*