**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., | Case No. 18-10512 (KBO) |
| Debtor. | |

### NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that Patriarch Partners, LLC; Patriarch Partners VIII, LLC; Patriarch Partners XIV, LLC; Patriarch Partners XV, LLC; Phoenix VIII, LLC; Octaluna LLC; Octaluna II LLC; Octaluna III LLC; Ark II CLO 2001-1, Limited; Ark Investment Partners II, LP; LD Investments, LLC; Ark Angels VIII, LLC; Patriarch Partners Management Group, LLC; Zohar Holding, LLC; Patriarch Partners Agency Services, LLC; and Lynn Tilton (collectively, the "Patriarch Stakeholders"), caused to be served the following via electronic mail on June 25, 2025, to the below counsel for New Stila HoldCo, LLC:

- *Patriarch Stakeholders' Subpoena Duces Tecum Directed to New Stila HoldCo, LLC*

Counsel to New Stila HoldCo, LLC

Ryan Bartley
Jared W. Kochenash
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801

57772/0002-50327473v1

| | |
|---|---|
| Dated:    June 25, 2025 | **COLE SCHOTZ P.C.** |
| | */s/ Jack M. Dougherty*<br>Norman L. Pernick (No. 2290)<br>G. David Dean (No. 6403)<br>Jack M. Dougherty (No. 6784)<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>npernick@coleschotz.com<br>ddean@coleschotz.com<br>jdougherty@coleschotz.com |
| | – and – |
| | **GIBSON, DUNN & CRUTCHER LLP**<br>Monica Loseman (admitted *pro hac vice*)<br>1900 Lawrence St., Suite 3000<br>Denver, CO 80202<br>Telephone: (303) 298-5700<br>Facsimile: (303) 298-5907<br>mloseman@gibsondunn.com |
| | Mary Beth Maloney (admitted *pro hac vice*)<br>Akiva Shapiro (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>mmaloney@gibsondunn.com<br>ashapiro@gibsondunn.com |
| | *Counsel to Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Phoenix VIII, LLC, Patriarch Partners Agency Services, LLC, Patriarch Partners Management Group, LLC, Zohar Holding, LLC, Octaluna LLC, Octaluna II LLC, Octaluna III LLC, Ark II CLO 2001-1, Limited, Ark Investment Partners II, LP, LD Investments, LLC and Ark Angels VIII, LLC* |