**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>Zohar III, Corp.,<br>　　　　　　　Debtor. | Chapter 11<br>Case No. 18-10512 (KBO) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that Patriarch Partners, LLC; Patriarch Partners VIII, LLC; Patriarch Partners XIV, LLC; Patriarch Partners XV, LLC; Phoenix VIII, LLC; Octaluna LLC; Octaluna II LLC; Octaluna III LLC; Ark II CLO 2001-1, Limited; Ark Investment Partners II, LP; LD Investments, LLC; Ark Angels VIII, LLC; Patriarch Partners Management Group, LLC; Zohar Holding, LLC; Patriarch Partners Agency Services, LLC; and Lynn Tilton (collectively, the "Patriarch Stakeholders"), caused to be served the following via electronic mail on June 25, 2025, to the below counsel for David Dunn, Asset Recovery Manager for Phoenix III Recovery LLC & Phoenix II Recovery LLC, President of New Stila HoldCo:

- *Patriarch Stakeholders' Subpoena Duces Tecum Directed to David Dunn, Asset Recovery Manager for Phoenix III Recovery LLC & Phoenix II Recovery LLC, President of New Stila HoldCo*

Counsel to David Dunn, Asset Recovery Manager for Phoenix III Recovery LLC
& Phoenix II Recovery LLC, President of New Stila HoldCo

Ryan Bartley
Jared W. Kochenash
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801

Dated: June 25, 2025          **COLE SCHOTZ P.C.**

*/s/ Jack M. Dougherty*
Norman L. Pernick (No. 2290)
G. David Dean (No. 6403)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
ddean@coleschotz.com
jdougherty@coleschotz.com

– and –

**GIBSON, DUNN & CRUTCHER LLP**
Monica Loseman (admitted *pro hac vice*)
1900 Lawrence St., Suite 3000
Denver, CO 80202
Telephone: (303) 298-5700
Facsimile: (303) 298-5907
mloseman@gibsondunn.com

Mary Beth Maloney (admitted *pro hac vice*)
Akiva Shapiro (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mmaloney@gibsondunn.com
ashapiro@gibsondunn.com

*Counsel to Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Phoenix VIII, LLC, Patriarch Partners Agency Services, LLC, Patriarch Partners Management Group, LLC, Zohar Holding, LLC, Octaluna LLC, Octaluna II LLC, Octaluna III LLC, Ark II CLO 2001-1, Limited, Ark Investment Partners II, LP, LD Investments, LLC and Ark Angels VIII, LLC*