# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP.,[1] | Case No. 18-10512 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. 3948 |

## CERTIFICATE OF SERVICE

I, Jennifer L. Cree, Esquire, hereby certify that on September 24, 2025, a true and correct copy of the *Reply of Stila Styles, LLC in Further Support of Motion for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC* [D.I. 3948] on the attached service list via Electronic Mail and First-Class Mail.

Dated: September 24, 2025
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Jennifer L. Cree*
Jennifer L. Cree (No. 5919)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cree@lrclaw.com

*Counsel for Stila Styles, LLC*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

{1357.001-W0083545.}

## SERVICE LIST

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Ryan M. Bartley
Jared W. Kochenash
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email:  rbartley@ycst.com
            jkochenash@ycst.com

*(Counsel to the Debtors)*

COLE SCHOTZ P.C.
G. David Dean
Jack M. Dougherty
Amanda Tersigni
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email:  ddean@coleschotz.com
            jdougherty@coleschotz.com
            atersigni@coleschotz.com

*(Counsel to Patriarch Stakeholders)*

GIBSON, DUNN & CRUTCHER LLP
Monica K. Loseman
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
Email: mloseman@gibsondunn.com

Christopher M. Joralemon
Carson Whitehurst
200 Park Avenue
New York, NY 10166-0193
Email:  cjoralemon@gibsondunn.com
            cwhitehurst@gibsondunn.com

*(Counsel to Patriarch Stakeholders)*