IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp.,<br><br>           Debtor. | Chapter 11<br><br>Case No. 18-10512 (KBO) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Matthew Ducharme of Hogan Lovells-US LLP to represent Stila Styles, LLC in the above-captioned cases.

Date: September 25, 2025

*/s/ Jennifer L. Cree*
Jennifer L. Cree (No. 5919)
**LANDIS RATH & COBB LLP**
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email:  cree@lrclaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Date: September 25, 2025

*/s/ Matthew Ducharme*
Matthew Ducharme, Esquire
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 9180-3000
Facsimile: (212) 918-3100
Email:  matthew.ducharme@hoganlovells.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: September 26th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE