IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Zohar III, Corp., [1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-10512 (KBO) <br><br> Ref. No. 3907 |

**ORDER GRANTING MOTION OF STILA STYLES LLC TO FILE UNDER SEAL ITS MOTION FOR ENTRY OF AN ORDER EXTENDING MILESTONES FOR THE MONETIZATION PROCESS OF STILA STYLES, LLC**

Upon the *Motion of Stila Styles LLC to File Under its Seal Motion for Entry of an Order Extending Milestones for the Monetization Process of Stil Styles, LLC* (the "Motion");[2] and the Court having jurisdiction over this matter; and it appearing that sufficient notice of the Motion has been given under the circumstances; and it appearing that the relief requested by the Motion is necessary and appropriate; and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED**.

2. Pursuant to Bankruptcy Code Section 107(b), Bankruptcy Rule 9018, Local Rule 9018-1, Stila is authorized to file the Confidential Information under seal.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp. (9612). The Debtors' address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3. The Confidential Information shall not be made available to anyone except for the Court, the U.S. Trustee, counsel to the Litigation Trustee, Asset Recovery Manager, the Patriarch Stakeholders, MBIA, and the Zohar III Controlling Class, and other parties in interest as may be ordered or otherwise required by the Court.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to implementation or interpretation of this Order.

Dated: September 26th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE