# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP.,[1] | Case No. 18-10512 (KBO) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 30, 2025 AT 9:30 A.M. (ET) BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**
>
> **Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (ET) the business day before the hearing, unless otherwise noticed, using the *eCourtAppearances* tool available on the Court's website.**

## MATTERS GOING FORWARD:

1. Motion of Stila Styles, LLC for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC [D.I. 3905 filed on June 4, 2025] (FILED UNDER SEAL)

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

Objection Deadline:  June 18, 2025

Responses Received:

A.  The Patriarch Stakeholders' Opposition to Motion of Stila Styles, LLC for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC [D.I. 3944, filed September 17, 2025] (FILED UNDER SEAL)

B.  Reply of Stila Styles, LLC in Further Support of Motion for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC [D.I. 3948] (FILED UNDER SEAL)

Related Documents:

C.  Motion of Stila Styles, LLC for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC [D.I. 3908, filed on June 4, 2025] (REDACTED VERSION)

D.  Notice of Rescheduled Hearing [D.I. 3921, filed June 26, 2025]

Status: This matter is going forward.

**RESOLVED MATTERS:**

2.  Motion of Stila Styles, LLC to File Under Seal Its Motion for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC [D.I. 3907, filed June 4, 2025]

    Objection Deadline:  June 18, 2025

    Responses Received: None.

    Related Documents:

    A.  Certificate of No Objection Regarding Motion to File Under Seal [D.I. 3950 filed September 25, 2025]

    B.  Order Granting Motion of Stila Styles, LLC to File Under Seal Its Motion for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC [D.I. 3956, entered September 26, 2025]

Status: An order has been entered by the Court.   Accordingly, a hearing regarding this matter is not required.

3. Joint Motion of the Common Member, Stila Styles, LLC, and the Patriarch Stakeholders for an Order Sealing the Courtroom During Hearing Scheduled for September 30, 2025, Regarding the Motion of Stila Styles, LLC for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC [D.I. 3943, filed September 16, 2025]

   Objection Deadline: September 23, 2025

   Responses Received: None.

   Related Documents:

   A. Certificate of No Objection [D.I. 3951. filed September 25, 2025]

   B. Order Granting the Joint Motion of the Common Member, Stila Styles, LLC, and the Patriarch Stakeholders for an Order Sealing the Courtroom During Hearing Scheduled for September 30, 2025, Regarding the Motion of Stila Styles, LLC for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC [D.I. 3957, entered September 26, 2025]

   Status: An order has been entered by the Court.   Accordingly, a hearing regarding this matter is not required.

| | |
|---|---|
| Dated:  September 26, 2025<br>         Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Daniel B. Rath (No. 3022)<br>Rebecca L. Butcher (No. 3816)<br>Matthew B. McGuire (No. 4366)<br>Jennifer L. Cree (No. 5919)<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email:  rath@lrclaw.com<br>            butcher@lrclaw.com<br>            mcguire@lrclaw.com<br>            cree@lrclaw.com<br><br>-and-<br><br>**HOGAN LOVELLS US LLP**<br>David Dunn, Esq.<br>390 Madison Avenue<br>New York, New York 10017<br>Tel.: (212) 918-3000<br>Facsimile: (212) 918-3100<br>david.dunn@hoganlovells.com<br><br>*Counsel for Stila Styles, LLC* |