**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> ZOHAR III, CORP.,[1] <br><br>                  Debtor. | Chapter 11 <br><br> Case No. 18-10512 (KBO) |

## CERTIFICATE OF SERVICE

I, Matthew B. McGuire, Esquire, hereby certify that on September 29, 2025, a true and correct copy of the *Amended Notice of Agenda of Matters Scheduled for Hearing on September 30, 2025 at 9:30 a.m. (ET)* [D.I. 3963] was served via CM/ECF on all parties authorized to receive electronic notice in these cases and on the attached service list via Electronic Mail.

Dated:  September 30, 2025
        Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mcguire@lrclaw.com

*Counsel for Stila Styles, LLC*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

{1357.001-W0083678.}

**SERVICE LIST**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Ryan M. Bartley
Jared W. Kochenash
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: rbartley@ycst.com
        jkochenash@ycst.com

*(Counsel to the Debtors)*

COLE SCHOTZ P.C.
G. David Dean
Jack M. Dougherty
Amanda Tersigni
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: ddean@coleschotz.com
        jdougherty@coleschotz.com
        atersigni@coleschotz.com

*(Counsel to Patriarch Stakeholders)*

Jane M. Leamy
Office of the U.S. Trustee 844 King St.
Suite 2207
Wilmington, DE 19801
Email: jane.m.leamy@usdoj.gov

*(U.S. Trustee)*

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones
Timothy P. Cairns
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Email: ljones@pszjlaw.com
        tcairns@pszjlaw.com

*(Counsel to MBIA)*

GIBSON, DUNN & CRUTCHER LLP
Monica K. Loseman
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
Email: mloseman@gibsondunn.com

*(Counsel to Patriarch Stakeholders)*

GIBSON, DUNN & CRUTCHER LLP
Christopher M. Joralemon
Carson Whitehurst
200 Park Avenue
New York, NY 10166-0193
Email: cjoralemon@gibsondunn.com
        cwhitehurst@gibsondunn.com

*(Counsel to Patriarch Stakeholders)*

LEWIS BRISBOIS BISGAARD & SMITH LLP
Scott D. Cousins
500 Delaware Ave., Suite 700
Wilmington, Delaware 19801
Email: scott.cousins@lewisbrisbois.com

*(Counsel to Patriarch Stakeholders)*

WOMBLE BOND DICKINSON (US) LLP
Matthew P. Ward
Morgan L. Patterson
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
Email: matthew.ward@wbd-us.com
        morgan.patterson@wbd-us.com

*(Counsel to Zohar III Controlling Class)*

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Jonathan E. Pickhardt, Esq.<br>Ellison Ward Merkel, Esq.<br>Blair A. Adams, Esq.<br>Brenna D. Nelinson, Esq.<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Email:  jonpickhardt@quinnemanuel.com<br>            ellisonmerkel@quinnemanuel.com<br>            blairadams@quinnemanuel.com<br>            brennanelinson@quinnemanuel.com<br><br>*(Counsel to David Dunn, Trustee for Zohar Litigation Trust-A)* | ARNOLD & PORTER KAYE SCHOLER LLP<br>Jeffrey A. Fuisz<br>Robert T. Franciscovich<br>250 West 55th Street<br>New York, New York 10019-9710<br>Email:  jeffrey.fuisz@arnoldporter.com<br>            robert.franciscovich@arnoldporter.com<br><br>*(Counsel to Zohar III Controlling Class)* |