IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp.,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket No. 3905** |

**ORDER REGARDING MOTION OF STILA STYLES, LLC FOR ENTRY OF
AN ORDER EXTENDING MILESTONES FOR THE MONETIZATION
PROCESS OF STILA STYLES, LLC**

For the reasons set forth on the record at the hearing held on September 30, 2025, **IT IS HEREBY ORDERED THAT:**

1. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

2. The terms and conditions of this Order shall be immediately effectively and enforceable upon its entry.

Dated: October 1, 2025
Wilmington, Delaware

_____
Karen B. Owens
Chief Judge

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp. (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

[2] Capitalized terms used but undefined herein shall have the meanings ascribed to them in the *Motion of Stila Styles, LLC for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC* [D.I. 3905].