**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp.,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtor. | ) | **Ref. Docket No: 3993** |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 3993**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Litigation Trustee's Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Litigation Trusts May Remove Actions Pursuant to 28 U.S.C. § 1452* [Docket No. 3993] (the "Motion"), filed on March 12, 2026.

The undersigned further certifies that he has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on March 26, 2026.

[*signature page follows*]

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

26182750.11

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: March 27, 2026
Wilmington, Delaware

*/s/ Jared W. Kochenash*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Jared W. Kochenash (No. 6557)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: bankfilings@ycst.com

*Counsel to Zohar Litigation Trust-A and Zohar Litigation Trust-B*

- and –

Jonathan E. Pickhardt, Esq. (admitted pro hac vice)
Ellison Ward Merkel, Esq. (admitted pro hac vice)
Brenna D. Nelinson, Esq. (admitted pro hac vice)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849)7100
Emails: jonpickhardt@quinnemanuel.com
        ellisonmerkel@quinnemanuel.com
        brennanelison@quinnemanuel.com

*Counsel to the Zohar Litigation Trust-A*

26182750.11