**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP.,[1] | Case No. 18-10512 (KBO) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on March 31, 2026, I caused a copy of the following document, *Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Litigation Trusts May Remove Actions Pursuant 28 U.S.C. § 1452* [Docket No. 3996], to be served upon the below parties in the manner indicated:

G. David Dean, Esq.
Patrick J. Reilley, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
ddean@coleschotz.com
preilley@coleschotz.com
(Lynn Tilton & Patriarch Entities)
*Email*

Amanda A. Tersigni, Esq.
Cole Schotz P.C.
1325 Avenue of the Americas
New York, NY 10019
atersigni@coleschotz.com
(Lynn Tilton & Patriarch Entities)
*Email*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

Monica K. Loseman, Esq.
Gibson, Dunn & Crutcher LLP
1900 Lawrence St., Suite 3000
Denver, CO 80202-2211
mloseman@gibsondunn.com
(Lynn Tilton & Patriarch Entities)
*Email*

Reed Brodsky, Esq.
Ana Lopez, Esq.
Britt Jordan, Esq.
Carson Whitehurst, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
rbrodsky@gibsondunn.com
allopez@gibsondunn.com
bjordan2@gibsondunn.com
cwhitehurst@gibsondunn.com
(Lynn Tilton & Patriarch Entities)
*Email*

Julie M. O'Dell, Esq.
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899
jmo@skjlaw.com
(Lynn Tilton & Patriarch Entities)
*Email*

Scott D. Cousins, Esq.
Lewis Brisbois Bisgaard & Smith LLP
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
Scott.cousins@lewisbrisbois.com
(Lynn Tilton & Patriarch Entities)
*Email*

Adam G. Landis, Esq.
Daniel B. Rath, Esq.
Rebecca L. Butcher, Esq.
Matthew B. McGuire, Esq.
Jennifer L. Cree, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
rath@lrclaw.com
butcher@lrclaw.com
mcguire@lrclaw.com
cree@lrclaw.com
(Stila)
*Email*

David Dunn, Esq.
Christopher R. Donoho III, Esq.
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
david.dunn@hoganlovells.com
chris.donoho@hoganlovells.com
(Stila)
*Email*

Jane M. Leamy, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #15
Wilmington, DE 19801
jane.m.leamy@usdoj.gov
(U.S. Trustee)
*Email*

J.R. Smith
Jennifer E. Wuebker
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, Virginia 23219
(804) 788-8200
jrsmith@huntonak.com
jwuebker@huntonak.com
(Vulcan)
*Email*

William E. Chipman, Jr.
Chipman Brown Cicero & Cole LLP
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
(302) 295-0193
Chipman@ChipmanBrown.com
(Vulcan)
***Email***

**SERVICE LIST**
**Zohar**

Edward J. Bennett, Esq.
Ava V. Baker, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(Additional Party for DE Chancery Ct. Case No.
12946, DE Dist. Ct. Case Nos. 17-1797 & 18-108)
*First Class Mail*

Kevin G. Abrams, Esq.
J. Peter Shindel, Jr. , Esq.
April M. Kirby, Esq.
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington DE 19807
(Additional Party for DE Chancery Ct. Case No.
12946, DE Dist. Ct. Case Nos. 17-1797 & 18-108)
*Hand Delivery*

Timothy J. Lowe, Esq.
McDonald Hopkins LLC
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
(Additional Party for MI Circuit Ct. Circuit of Wayne
Case No. 17-16240)
*First Class Mail*

Julian J. Gonzalez, Esq.
Daniel E. Clifton, Esq.
Lewis, Clifton & Nikolaidis, P.C.
227 West 29th Street, Suite 9R
New York, NY 10001
(Additional Party for NY East. Dist. Ct. Case No. 17-
2858)
*First Class Mail*

Kathleen M. McKenna, Esq.
Nayirie Kuyumjian, Esq.
Nicole A. Eichberger, Esq.
Jenna L. Hayes, Esq.
Proskauer Rose LLP
Eleven Times Square
8th Avenue & 41st Street
New York, NY 10036
(Additional Party for NY East. Dist. Ct. Case No. 17-
2858)
*First Class Mail*

David B. Rosenbaum, Esq.
Osborn Maledon PA
2929 N Central Avenue, Suite 2100
Phoenix, AZ 85012-2765
(Additional Party for Super. Ct. of AZ County of
Maricopa Case No. 2017-13549)
*First Class Mail*

Patricia L. Refo, Esq.
Snell & Wilmer LLP
400 E Van Buren Street, Suite 1900
Phoenix, AZ 85004-2509
(Additional Party for Super. Ct. of AZ County of
Maricopa Case No. 2017-13549)
*First Class Mail*

Karl M. Tilleman, Esq.
Bennett E. Cooper, Esq.
Jason Sanders, Esq.
Kimberly Allen, Esq.
Dentons US LLP
2398 E. Camelback Road, Suite 850
Phoenix, AZ 85016-9007
(Additional Party for Super. Ct. of AZ County of
Maricopa Case No. 2017-13549)
*First Class Mail*

Clay J. Pierce, Esq.
Marsha J. Indych, Esq.
Drinker Biddle & Reath, LLP
1177 Avenue of the Americas, 4th Floor
New York, NY 10036
(Additional Party for Supre. Ct. of NY County of NY
Case No. 651473/2011)
*First Class Mail*

Joseph N. Argentina, Jr., Esq.
Drinker Biddle & Reath, LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801-1621
(Additional Party for Supre. Ct. of NY County of NY
Case No. 651473/2011)
*Hand Delivery*

Jeffrey M. Eilender,  Esq.
Joshua Wurtzel, Esq.
Schlam Stone & Dolan LLP
26 Broadway
New York, NY  10004
(Additional Party for Supre. Ct. of NY County of NY
Case No. 651473/2011)
*First Class Mail*

Brendan G. Best, Esq.
Varnum LLP
480 Pierce Street, Suite 300
Birmingham, MI 48009
(Additional Party for MI Circuit Ct. Circuit of
Wayne Case No. 17-16240)
*First Class Mail*

Dennis M. Barnes, Esq.
Morley Witus, Esq.
Kerr Russell
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(Additional Party for MI Circuit Ct. Circuit of Wayne
Case No. 17-16240)
*First Class Mail*

Robert M. Abrahams, Esq.
Talcah E. Jennings, Esq.
Kristie M. Blasé, Esq.
Frank W. Olander, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022
(Additional Party for DE Chancery Ct. Case No.
12247)
*First Class Mail*

Gregory V. Varallo, Esq.
Robert W. Whetzel, Esq.
Sarah A. Galetta, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(Additional Party for DE Chancery Ct. Case No.
12247)
*Hand Delivery*

Susan E. Brune, Esq.
Erin C. Doughtery, Esq.
Brune Law P.C.
450 Park Ave. #1901
New York, NY  10022
(Additional Party for DE Chancery Ct. Case No.
12946)
***First Class Mail***

Berry Stilberg, Esq.
Stokes PC
155 North Lake Avenue, Suite 800
Pasadena, CA  91101
(Additional Party for CA Super. Ct. County of LA
Case No. BC683129)
***First Class Mail***

Richard D. Gaines
102 Sugarberry Lane
P.O. Box 943
Greentown, PA 18426-0943
(Gains v . NSC Communications, Civil Court of
NY, County of NY Index No. 3456/19)
***First Class Mail***

Michele Maryott, Esq.
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA  92612-4412
(Additional Party for CA Super. Ct. County of LA
Case No. BC683129)
***First Class Mail***

David M. Grable, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(Additional Party for CA Super. Ct. County of LA
Case No. BC683129)
***First Class Mail***

Date: April 2, 2026

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Chad Corazza*

Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253