**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP.,[1] | Case No. 18-10512 (KBO) |
| Debtor. | **Ref. Docket No. 4000** |

**ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING IN
CONNECTION WITH THE EMERGENCY MOTION OF NEW STILA HOLDCO LLC
TO ENFORCE THE SETTLEMENT AGREEMENT WITH RESPECT TO PENDING
LITIGATION BETWEEN STILA STYLES, LLC AND PATRIARCH STAKEHOLDERS**

Upon consideration of the *Motion for Entry of an Order Shortening Notice and Scheduling an Expedited Hearing in Connection with the Emergency Motion of New Stila Holdco LLC to Enforce the Settlement Agreement with Respect to Pending Litigation Between Stila Styles, LLC and Patriarch Stakeholders* (the "**Motion to Shorten**")[2] filed by the Common Member; and this Court having reviewed the Motion to Shorten; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having found that venue of these cases and the Motion to Shorten in this

---

[1]    The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that notice of the Motion to Shorten has been given as set forth in the Motion to Shorten and that such notice is adequate and no other or further notice need be given; and this Court having determined that the legal and factual basis set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

      **IT IS HEREBY ORDERED THAT:**

1.      The Motion to Shorten is GRANTED as set forth herein.

2.      A hearing to consider the Enforcement Motion will be held July 30, 2026 at 1:00 p.m. (ET) (the "**Hearing**").

3.      Objections, if any, to the relief requested in the Enforcement Motion shall be filed by July 23, 2026 at 4:00 p.m. (ET).

4.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: July 17th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**