**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP.,[1] | Case No. 18-10512 (KBO) |
| Debtor. | (Jointly Administered) |
| | **Ref. No. 3691** |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that pursuant to the [SEALED] *Further Order Establishing Certain Guidelines and Milestones in Furtherance of the Monetization Process for Stila Styles, LLC* [D.I. 3691] (the "Order"), on July 16, 2026, a true and correct copy of *Thirteenth Update Dated July 16, 2026 by Stila Styles, LLC Per Sealed Court Order, Submitted for In Camera Review* was submitted *in camera* via Electronic Mail to the Chambers of the Honorable Karen B. Owens and served via Electronic Mail on counsel to Lynn Tilton and counsel to the Common Member.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

{1357.001-W0085616.}
#25003280v1

**COLE SCHOTZ P.C.**
Norman L. Pernick (No. 2290)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
ddean@coleschotz.com

*Counsel to Lynn Tilton*

**GIBSON, DUNN & CRUTCHER LLP**
Monica Loseman (Admitted Pro Hac Vice)
1801 California St., Suite 4200
Denver, CO 80202
mloseman@gibsondunn.com

Mary Beth Maloney (Admitted Pro Hac Vice)
200 Park Avenue
New York, NY 10166
mmaloney@gibsondunn.com
ashapiro@gibsondunn.com

*Counsel to Lynn Tilton*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
rbartley@ycst.com

*Counsel to the Common Member, as defined in the Order*

**PROVINCE**
David Dunn
2360 Corporate Circle
Suite 340
Henderson, NV 89074
ddunn@provincefirm.com

**CLIFFORD CHANCE US LLP**
Brian Lohan
Two Manhattan West
375 9th Avenue
New York, NY 10001
Brian.Lohan@CliffordChance.com

*Counsel to the Common Member, as defined in the Order*

**BAKER & MCKENZIE LLP**
Blaire A. Cahn
452 Fifth Avenue
New York, New York 10018
blaire.cahn@bakermckenzie.com

*Counsel to the Common Member, as defined in the Order*

#25003280v1

Dated:  July 17, 2026
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Jennifer L. Cree*
Daniel B. Rath (No. 3022)
Rebecca L. Butcher (No. 3816)
Matthew B. McGuire (No. 4366)
Jennifer L. Cree (No. 5919)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: rath@lrclaw.com
      butcher@lrclaw.com
      mcguire@lrclaw.com
      cree@lrclaw.com

-and-

**HOGAN LOVELLS US LLP**
David Dunn, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: david.dunn@hoganlovells.com

*Counsel for Stila Styles, LLC*

3