**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., | Case No. 18-10512 (KBO) |
| Debtor. | |

**NOTICE OF SERVICE OF DISCOVERY**

**PLEASE TAKE NOTICE** that Patriarch Partners, LLC; Patriarch Partners VIII, LLC; Patriarch Partners XIV, LLC; Patriarch Partners XV, LLC; Phoenix VIII, LLC; Octaluna LLC; Octaluna II LLC; Octaluna III LLC; Ark II CLO 2001-1, Limited; Ark Investment Partners II, LP; LD Investments, LLC; Ark Angels VIII, LLC; Patriarch Partners Management Group, LLC; Zohar Holding, LLC; Patriarch Partners Agency Services, LLC; and Lynn Tilton (collectively, the "Patriarch Stakeholders"), caused *Patriarch Stakeholders' Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) Directed to David Eaton [D.I. 4006],* to be served the following counsel via electronic mail by agreement on July 22, 2026:

David Dunn, Esq. (david.dunn@hoganlovells.com)
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017

Dated:    July 22, 2026

**COLE SCHOTZ P.C.**

*/s/ Jack M. Dougherty*
G. David Dean (No. 6403)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
ddean@coleschotz.com
jdougherty@coleschotz.com

– and –

**GIBSON, DUNN & CRUTCHER LLP**
Monica Loseman (admitted *pro hac vice*)
1900 Lawrence St., Suite 3000
Denver, CO 80202
Telephone: (303) 298-5700
Facsimile: (303) 298-5907
mloseman@gibsondunn.com

Mary Beth Maloney (admitted *pro hac vice*)
Akiva Shapiro (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mmaloney@gibsondunn.com
ashapiro@gibsondunn

*Counsel to Lynn Tilton, Patriarch Partners, LLC,*
*Patriarch Partners VIII, LLC, Patriarch Partners*
*XIV, LLC, Patriarch Partners XV, LLC, Phoenix VIII,*
*LLC, Patriarch Partners Agency Services, LLC,*
*Patriarch Partners Management Group, LLC, Zohar*
*Holding, LLC, Octaluna LLC, Octaluna II LLC,*
*Octaluna III LLC, Ark II CLO 2001-1, Limited, Ark*
*Investment Partners II, LP, LD Investments, LLC and*
*Ark Angels VIII, LLC*

2