**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP.,[1] | Case No. 18-10512 (KBO) |
| Debtor. | **Ref. Docket No. 4013** |

**ORDER SHORTENING THE NOTICE PERIOD FOR THE MOTION OF THE
COMMON MEMBER FOR AN ORDER SEALING THE COURTROOM DURING THE
HEARING SCHEDULED FOR JULY 30, 2026**

Upon consideration of the *Motion for Entry of an Order Shortening the Notice Period for
the Motion of the Common Member for an Order Sealing the Courtroom During the Hearing
Scheduled for July 30, 2026* (the "**Motion to Shorten**")[2] filed by the Common Member; and this
Court having reviewed the Motion to Shorten; and this Court having found that it has jurisdiction
over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of
Reference* from the United States District Court for the District of Delaware dated as of February
29, 2012; and this Court having found that venue of these cases and the Motion to Shorten in this
district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this
matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that
it may enter a final order consistent with Article III of the United States Constitution; and this
Court having found that notice of the Motion to Shorten has been given as set forth in the Motion

---

[1]     The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is
Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902.
In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been
closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and
chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case
No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516);
Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary
proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect
to such Closed-Case debtors, are administered in this remaining chapter 11 case.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the
Motion to Shorten.

to Shorten and that such notice is adequate and no other or further notice need be given; and this Court having determined that the legal and factual basis set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion to Shorten is GRANTED as set forth herein.

2.      A hearing to consider the Motion to Seal the Courtroom will be held on July 30, 2026, at 1:00 p.m. (ET).

3.      Objections, if any, to the relief requested in the Motion to Seal the Courtroom shall be due at the hearing.

4.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: July 27th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**

2