**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp.,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtor. | ) | **Ref. Docket Nos. 4012, 4013 & 4016** |
| | ) | |
| | ) | **Objection Deadline: At the Hearing** |
| | ) | **Hearing Date: July 30, 2026 at 1:00 p.m. (ET)** |

**NOTICE HEARING OF MOTION OF THE**
**COMMON MEMBER FOR AN ORDER SEALING THE**
**COURTROOM DURING THE HEARING SCHEDULED FOR JULY 30, 2026**

TO:   (A) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (B) COUNSEL TO PATRIARCH STAKEHOLERS; (C) COUNSEL TO STILA; AND (D) ANY PARTY THAT HAS REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that on July 24, 2026, New Stila Holdco LLC (the "Common Member"), one of the Asset Recovery Entities created under the Plan confirmed in the above captioned case, filed the *Motion of the Common Member for an Order Sealing the Courtroom During the Hearing Scheduled for July 30, 2026* [Docket No. 4012] (the "Motion") and *Motion for Entry of an Order Shortening Notice Period for the Motion of the Common Member for an Order Sealing the Courtroom During the Hearing Scheduled for July 30, 2026* [Docket No. 4013] (the "Motion to Shorten") with the United States Bankruptcy Court for the District of Delaware (the "Court"). **You were previously served a copy of the Motion and Motion to Shorten**.

**PLEASE TAKE FURTHER NOTICE** that on July 27, 2026, the Court entered an order approving the Motion to Shorten (the "Order Shortening Notice") [Docket No. 4016].

**PLEASE TAKE FURTHER NOTICE** THAT, PURSUANT TO THE ORDER SHORTENING NOTICE, A HEARING (THE "HEARING") ON THE MOTION IS SCHEDULED FOR **JULY 30, 2026 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE KAREN

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

B. OWENS, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT PURSUANT TO THE ORDER SHORTENING NOTICE, ANY RESPONSES OR OBJECTIONS MAY BE PRESENTED AT HEARING.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: July 27, 2026
Wilmington, Delaware

/s/ Joshua J. Hall
Michael R. Nestor (No. 3526)
Ryan M. Bartley (No. 4985)
Michael S. Neiburg (No. 5275)
Joshua J. Hall (No. 7510)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
         rbartley@ycst.com
         mneiburg@ycst.com
         jhall@ycst.com

- and –

Jonathan E. Pickhardt, Esq. (admitted *pro hac vice*)
Ellison Ward Merkel, Esq. (admitted *pro hac vice*)
Evan Hess, Esq. (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849)7100
Emails: jonpickhardt@quinnemanuel.com
         ellisonmerkel@quinnemanuel.com
         evanhess@quinnemanuel.com

*Counsel to the Common Member*