**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ZOHAR III, CORP.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>**Hearing Date:  July 30, 2026 at 1:00 p.m. (ET))**<br><br>**Re: Docket Nos. 3999, 4014, & 4022** |

**OCTALUNA III, LLC'S EXHIBIT LIST FOR THE JULY 30, 2026 HEARING ON NEW STILA HOLDCO LLC'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT WITH RESPECT TO PENDING LITIGATION BETWEEN STILA STYLES, LLC AND PATRIARCH STAKEHOLDERS**

Octaluna III, LLC ("Octaluna") by and through its undersigned counsel, hereby submits its list of exhibits in connection with the hearing on the *Emergency Motion of New Stila Holdco LLC to Enforce the Settlement Agreement with Respect to Pending Litigation between Stila Styles, LLC and Patriarch Stakeholders* [Docket No. 3999] scheduled in the above-captioned case on July 30, 2026 at 1:00 p.m. (prevailing Eastern Time) (the "Hearing").

**EXHIBITS[2]**

Octaluna intends to introduce and/or reserves the right to introduce the below-listed exhibits at the Hearing.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

[2] Octaluna III, LLC reserves the right to amend or supplement this list.  This list does not include materials that may be used for impeachment or rebuttal.

| Octaluna Ex. # | Prior Ex. # | Date | Docket Number | Description |
|---|---|---|---|---|
| 1 | Obj. Ex. H | 2009 | N/A | 2009 Stila Audited Financials |
| 2 | Obj. Ex. I | 2010 | N/A | 2010 Stila Audited Financials |
| 3 | Obj. Ex. J | 2011 | N/A | 2011 Stila Audited Financials |
| 4 | Obj. Ex. K | 2012 | N/A | 2012 Stila Audited Financials |
| 5 | Obj. Ex. L | 2013 | N/A | 2013 Stila Audited Financials |
| 6 | Obj. Ex. M | 2014 | N/A | 2014 Stila Audited Financials |
| 7 | Obj. Ex. N | 2015 | N/A | 2015 Stila Audited Financials |
| 8 | Obj. Ex. O | 2016 | N/A | 2016 Stila Audited Financials |
| 9 | Obj. Ex. P | 2017 | N/A | 2017 Stila Audited Financials |
| 10 | Obj. Ex. Q | 2018 | N/A | 2018 Stila Audited Financials |
| 11 | Eaton Ex. 4 | 5/21/2018 | 266 | Order Approving and Authorizing the Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class |
| 12 | Obj. Ex. T | 2020 & 2021 | N/A | 2020 & 2021 Stila Audited Financials |
| 13 | | 3/20/2020 | 1500 | Order Establishing Certain Guidelines and Milestones in Furtherance of the Monetization Process for the Group A and Group B Portfolio Companies |
| 14 | | 7/2/2020 | 1751 | Amended Order Establishing Certain Guidelines and Milestones in Furtherance of the Monetization Process for the Group A and Group B Portfolio Companies |

| Octaluna Ex. # | Prior Ex. # | Date | Docket Number | Description |
|---|---|---|---|---|
| 15 |  | 9/9/2020 | 1928 | Motion of Certain Portfolio Companies of the Debtors for an Order Staying Litigation Against the Portfolio Companies Under 11 U.S.C. § 105 and 11 U.S.C. § 362 |
| 16 | Obj. Ex. BB | 10/29/2020 | N/A | Hearing Transcript re Portfolio Company Stay Motion, *In re Zohar III, Corp., et al.*, No. 18-10512 (KBO) (Bankr. D. Del.) |
| 17 |  | 10/29/2020 | 2077 | Order Staying Litigation Against the Portfolio Companies Under 11 U.S.C. § 105 and 11 U.S.C. § 362 |
| 18 |  | 4/30/2021 | 2542 | Letter to the Honorable Karen B. Owens from Monica K. Loseman Regarding Monetization Dispute |
| 19 |  | 5/3/2021 | 2544 | Letter to the Honorable Karen B. Owens from Ryan M. Bartley in Response to Monica K. Loseman's Monetization Dispute Letter |
| 20 |  | 5/3/2021 | 2546 | Letter to the Honorable Karen B. Owens from Brian J. Lohan in Response to Monica K. Loseman's Monetization Dispute Letter |
| 21 |  | 5/10/2021 | 2565 | Declaration of Daniel Tobin in Support of the Debtors' Position in Their May 3, 2021 Letter |
| 22 |  | 5/10/2021 | 2567 | Declaration of Lynn Tilton in Connection with the Stila Styles, LLC Monetization Process |
| 23 |  | 5/10/2021 | 2568 | Declaration of Anthony Giuliano in Connection with the Stila Styles, LLC Monetization Process |
| 24 |  | 5/31/2022 | 3363 & 3363-1 | Consensual Order in Furtherance of the Debtors' Proposed Plan Regarding Paragraph 18 Claims Under the Settlement Agreement, incl. Ex. A (Asserted Claims Chart) (D.I. 3363-1) |
| 25 |  | 6/16/2022 | 3391 | Plan Supplement to the Third Amended Joint Plan of Liquidation Under Chapter 11 of the |

| Octaluna Ex. # | Prior Ex. # | Date | Docket Number | Description |
|---|---|---|---|---|
| | | | | Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors |
| 26 | | 6/21/2022 | 3400 | Findings of Fact, Conclusions of Law, and Order Confirming Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors |
| 27 | | 8/1/2022 | 3467 | Order (I) Approving Certain Modifications to the Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors Pursuant to Section 1127(b) of the Bankruptcy Code; (II) Finding That (A) Such Modifications Are Not Material and Adverse or (B) the Debtors Have Satisfied the Requirements of Sections 1127(b) and (c) of the Bankruptcy Code with Respect to Such Modifications; (III) Confirming the Modified Plan; and (IV) Granting Related Relief |
| 28 | | 8/2/2022 | 3474 | Fourth Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors |
| 29 | | 9/21/2022 | 3553 | The Patriarch Stakeholders' Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief |
| 30 | | 10/14/2022 | 3575 | Stila Styles, LLC's Limited Objection to the Patriarch Stakeholders' Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief |
| 31 | | 10/14/2022 | 3577 | New Stila HoldCo LLC's Preliminary Objection to the Patriarch Stakeholders' Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the |

| Octaluna Ex. # | Prior Ex. # | Date | Docket Number | Description |
|---|---|---|---|---|
| | | | | Settlement Agreement and (B) Granting Related Relief |
| 32 | Obj. Ex. B | 10/24/2022 | N/A | Hearing Transcript, *In re Zohar III, Corp., et al.*, No. 18-10512 (KBO) (Bankr. D. Del.) |
| 33 | Obj. Ex. V | 11/7/2022 | N/A | Letter from D. Dunn to M. Loseman |
| 34 | Obj. Ex. C | 1/5/2023 | N/A | Zohar Trial Day 2 Transcript, *In re Zohar III, Corp., et al.*, No. 18-10512 (KBO) (Bankr. D. Del.) |
| 35 | | 1/11/2023 | 3691 | Further Order Establishing Certain Guidelines and Milestones in Furtherance of the Monetization Process for Stila Styles, LLC (filed under seal; redacted version at D.I. 3692) |
| 36 | Obj. Ex. U | 8/17/2023 | N/A | Hearing Transcript, *Lynn Tilton & Octaluna III, LLC v. Stila Styles, LLC*, C.A. No. N23C-02-088 SKR CCLD (Del. Super.) |
| 37 | Obj. Ex. W | 9/19/2023 | N/A | Letter Opinion Denying Motion to Dismiss and Motion for Judgment on the Pleadings, *Lynn Tilton & Octaluna III, LLC v. Stila Styles, LLC*, C.A. No. N23C-02-088 SKR CCLD (Del. Super.) |
| 38 | Obj. Ex. X | Apr. 2024 | N/A | Stila Styles, LLC Apr. 2024 MD&A |
| 39 | | 4/2/2024 | 3835 | Motion of Stila Styles, LLC for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC |
| 40 | | 5/3/2024 | 3854 | Order Granting Motion of Stila Styles, LLC for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC |
| 41 | | 5/30/2025 | 3905 | Motion of Stila Styles, LLC for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC |
| 42 | Obj. Ex. G | 7/22/2025 | N/A | Order Granting in Part Plaintiffs' Motion for Summary Judgment, Denying Stila's Motion |

| Octaluna Ex. # | Prior Ex. # | Date | Docket Number | Description |
|---|---|---|---|---|
| | | | | for Summary Judgment, *Lynn Tilton & Octaluna III, LLC v. Stila Styles, LLC*, C.A. No. N23C-02-088 SKR CCLD (Del. Super.) |
| 43 | Obj. Ex. S | 9/3/2025 | N/A | Kluz Deposition Transcript (30(b)(6)), In re Zohar III, Corp., et al., No. 18-10512 (KBO) (Bankr. D. Del.) |
| 44 | Obj. Ex. R | 9/4/2025 | N/A | Reserved |
| 45 | Obj. Ex. Y | 9/5/2025 | N/A | D. Eaton Deposition Transcript, *In re Zohar III, Corp., et al.*, No. 18-10512 (KBO) (Bankr. D. Del.) |
| 46 | | 9/17/2025 | 3944 | The Patriarch Stakeholders' Opposition to Motion of Stila Styles, LLC for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC |
| 47 | Obj. Ex. D | 9/30/2025 | N/A | Hearing Transcript, *In re Zohar III, Corp., et al.*, No. 18-10512 (KBO) (Bankr. D. Del.) |
| 48 | | 10/1/2025 | 3968 | Order Regarding Motion of Stila Styles, LLC for Entry of an Order Extending Milestones for the Monetization Process of Stila Styles, LLC |
| 49 | Obj. Ex. CC | 1/8/2026 | N/A | Civil Letter Opinion, *Lynn Tilton & Octaluna III, LLC v. Stila Styles, LLC*, C.A. No. N23C-02-088 SKR CCLD (Del. Super.) |
| 50 | Obj. Ex. AA; Eaton Ex. 2 | 4/15/2026 | N/A | Stila Twelfth Court Update (Apr. 15, 2026), *In re Zohar III, Corp., et al.*, No. 18-10512 (KBO) (Bankr. D. Del.) |
| 51 | Obj. Ex. Z; Eaton Ex. 3 | June 2026 | N/A | Stila Styles, LLC June 2026 MD&A |
| 52 | | 6/12/2026 | N/A | Hearing Transcript, *Lynn Tilton & Octaluna III, LLC v. Stila Styles, LLC*, C.A. No. N23C-02-088 SKR CCLD (Del. Super.) |

| Octaluna Ex. # | Prior Ex. # | Date | Docket Number | Description |
|---|---|---|---|---|
| 53 | Obj. Ex. F | 6/22/2026 | N/A | Pretrial Stipulation, *Lynn Tilton & Octaluna III, LLC v. Stila Styles, LLC*, C.A. No. N23C-02-088 SKR CCLD (Del. Super.) |
| 54 | Obj. Ex. E | 7/1/2026 | N/A | Hearing Transcript, *Lynn Tilton & Octaluna III, LLC v. Stila Styles, LLC*, C.A. No. N23C-02-088 SKR CCLD (Del. Super.) |
| 55 | | 7/15/2026 | N/A | Letter to The Honorable Sheldon K. Rennie attaching Joint Stipulation Regarding Final Judgment, *Lynn Tilton & Octaluna III, LLC v. Stila Styles, LLC*, C.A. No. N23C-02-088 SKR CCLD (Del. Super.) |
| 56 | Mot. Ex. A | 7/16/2026 | N/A | So Ordered Final Judgment, *Lynn Tilton & Octaluna III, LLC v. Stila Styles, LLC*, C.A. No. N23C-02-088 SKR CCLD (Del. Super.) |
| 57 | | 7/16/2026 | 3999 | Emergency Motion of New Stila HoldCo LLC to Enforce the Settlement Agreement with Respect to Pending Litigation Between Stila Styles, LLC and Patriarch Stakeholders |
| 58 | Eaton Ex. 1 | 7/16/2026 | 3999 | Declaration of David Eaton |
| 59 | Obj. Ex. A | 7/22/2026 | N/A | D. Eaton Deposition Transcript, *In re Zohar III, Corp., et al.*, No. 18-10512 (KBO) (Bankr. D. Del.) |

**PLEASE TAKE NOTICE THAT** Octaluna reserves the right to introduce at the Hearing documents that are part of the record of these chapter 11 cases, including pleadings and other documents filed on the docket, video of depositions, as well as to introduce any document, or to rebut the testimony of witnesses or evidence presented by any other party, or for impeachment, and to amend or supplement the above-listed exhibits.

7

Dated:  July 29, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Jack M. Dougherty*
G. David Dean (No. 6403)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
ddean@coleschotz.com
jdougherty@coleschotz.com

– and –

**GIBSON, DUNN & CRUTCHER LLP**
Reed Brodsky (Admitted *Pro Hac Vice*)
Michael Schneidereit (Admitted *Pro Hac Vice*)
Ana Lopez (Admitted *Pro Hac Vice*)
Carson Whitehurst (Admitted *Pro Hac Vice*)
Britt Jordan (Admitted *Pro Hac Vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
rbrodsky@gibsondunn.com
mschneidereit@gibsondunn.com
allopez@gibsondunn.com
cwhitehurst@gibsondunn.com
bjordan2@gibsondunn.com

*Counsel to Lynn Tilton, Patriarch Partners,
LLC, Patriarch Partners VIII, LLC, Patriarch
Partners XIV, LLC, Patriarch Partners XV,
LLC, Phoenix VIII, LLC, Patriarch Partners
Agency Services, LLC, Patriarch Partners
Management Group, LLC, Zohar Holdings,
LLC, Octaluna LLC, Octaluna II LLC,
Octaluna III LLC, Ark II CLO 2001-1,
Limited, Ark Investment Partners II, L.P., LD
Investments, LLC and Ark Angels VIII, LLC*