**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP.,[1] | Case No. 18-10512 (KBO) |
| Debtor. | |

**NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JULY 30, 2026 AT 1:00 P.M. (ET)**

**THIS PROCEEDING WILL BE CONDUCTED IN-PERSON. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM.**

**PLEASE REFER TO JUDGE OWENS'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS) AND THE COURT'S WEBSITE (HTTPS://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE OWENS'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**REGISTRATION IS REQUIRED BY 4:00 P.M. (E.T.) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE *ECOURTAPPEARANCES* TOOL AVAILABLE ON THE COURT'S WEBSITE**

**MATTERS GOING FORWARDS**

1. Emergency Motion of New Stila Holdco LLC to Enforce the Settlement Agreement with Respect to Pending Litigation Between Stila Styles, LLC and Patriarch Stakeholders [(SEALED) Docket No. 3999; 7/16/26; (REDACTED) Docket No. 4007; 7/21/26]

   Related Documents:

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

[2] **All amendments appear in bold.**

60365578.3

A.     Order Approving and Authorizing the Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class [D.I. 266; 5/21/18]

B.     Order Shortening Notice and Scheduling an Expedited Hearing in Connection with Emergency Motion of New Stila Holdco LLC to Enforce the Settlement Agreement with Respect to Pending Litigation Between Stila Styles, LLC and Patriarch Stakeholders [Docket No. 4001; 7/17/26]

C.     Notice of Hearing on Emergency Motion of New Stila Holdco LLC to Enforce the Settlement Agreement with Respect to Pending Litigation Between Stila Styles, LLC and Patriarch Stakeholders [Docket No. 4002; 7/17/26]

D.     Motion for Entry of an Order Authorizing the Filing Under Seal of Emergency Motion of New Stila Holdco LLC to Enforce the Settlement Agreement with Respect to Pending Litigation Between Stila Styles, LLC and Patriarch Stakeholders [Docket No. 4009; 7/21/26]

Response Deadline:                    July 23, 2026 at 4:00 p.m. (ET); Extended to July 26, 2026 at 4:00 p.m. (ET) for Octaluna III, LLC

Responses Received:

E.     Octaluna III, LLC's Objection to New Stila Holdco LLC's Motion to Enforce the Settlement Agreement with Respect to Pending Litigation Between Stila Styles, LLC and Patriarch Stakeholders [(SEALED) Docket No. 4014; 7/26/26; **(REDACTED) Docket No. 4024; 7/29/26**]

Additional Documents:

F.     The Comon Member's Reply to Patriarch's Objection to the Emergency Motion of New Stila Holdco LLC to Enforce the Settlement Agreement with Respect to Pending Litigation Between Stila Styles, LLC and Patriarch Stakeholders [(SEALED) Docket No. 4022; 7/28/26]

G.     **Motion for Entry of an Order Authorizing Filing Under Seal of Octaluna III, LLC's Objection to New Stila Holdco LLC's Motion to Enforce the Settlement Agreement With Respect to Pending Litigation Between Stila Styles, LLC and Patriarch Stakeholders [Docket No. 4025; 7/29/26]**

H.     **Notice of Errata Regarding the Emergency Motion of New Stila Holdco LLC to Enforce the Settlement Agreement with Respect to Pending Litigation between Stila Styles, LLC and Patriarch Stakeholders and the Common Member's Reply to Patriarch's Objection to the Emergency Motion of New Stila Holdco LLC to Enforce the Settlement Agreement with Respect to**

60365578.3

**Pending Litigation between Stila Styles, LLC and Patriarch Stakeholders [Docket No. 4026; 7/29/26]**

I. **The Common Member's Witness and Exhibit List for the July 30, 2026 Hearing [Docket No. 4028; 7/29/26]**

J. **Octaluna III, LLC's Exhibit List for the July 30, 2026 Hearing on New Stila Holdco LLC's Motion to Enforce the Settlement Agreement With Respect to Pending Litigation Between Stila Styles, LLC and Patriarch Stakeholders [Docket No. 4029; 7/29/26]**

Status:       New Stila Holdco LLC has filed a reply and will have David Eaton appear as a witness in support of the motion and Octaluna III, LLC has indicated that they do not intend to offer any witnesses.  This matter is going forward.

2. Motion for Entry of an Order Authorizing the Filing Under Seal of Emergency Motion of New Stila Holdco LLC to Enforce the Settlement Agreement with Respect to Pending Litigation Between Stila Styles, LLC and Patriarch Stakeholders [Docket No. 4009; 7/21/26]

Related Documents:

A. Emergency Motion of New Stila Holdco LLC to Enforce the Settlement Agreement with Respect to Pending Litigation Between Stila Styles, LLC and Patriarch Stakeholders [(SEALED) Docket No. 3999; 7/16/26; (REDACTED) Docket No. 4007; 7/21/26]

Response Deadline:                At the Hearing

Responses Received:               None as of this date

Status:       This matter is going forward.

3. Motion of the Common Member for an Order Sealing the Courtroom During the Hearing Scheduled for July 30, 2026 [Docket No. 4012; 7/24/26]

Related Documents:

A. Order Shortening the Notice Period for the Motion of the Common Member for an Order Sealing the Courtroom During the Hearing Scheduled for July 30, 2026 [Docket No. 4016; 7/27/26]

B. Notice of Hearing of Motion of the Common Member for an Order Sealing the Courtroom During the Hearing Scheduled for July 30, 2026 [Docket No. 4017; 7/24/26]

60365578.3

3

Response Deadline:                     At the Hearing

Responses Received:                    None as of this date

Status:        This matter is going forward.

4.      **Motion for Entry of an Order Authorizing Filing Under Seal of Octaluna III, LLC's Objection to New Stila Holdco LLC's Motion to Enforce the Settlement Agreement With Respect to Pending Litigation Between Stila Styles, LLC and Patriarch Stakeholders [Docket No. 4025; 7/29/26]**

        **Related Documents:**

        A.      **Octaluna III, LLC's Objection to New Stila Holdco LLC's Motion to Enforce the Settlement Agreement with Respect to Pending Litigation Between Stila Styles, LLC and Patriarch Stakeholders [(SEALED) Docket No. 4014; 7/26/26; (REDACTED) Docket No. 4024; 7/29/26]**

        **Response Deadline:                     At the Hearing**

        **Responses Received:                    None as of this date**

        **Status:        This matter is going forward.**

60365578.3

Dated: July 29, 2026
Wilmington, Delaware

*/s/ Ryan M. Bartley*
Michael R. Nestor (No. 3526)
Ryan M. Bartley (No. 4985)
Michael S. Neiburg (No. 5275)
Joshua J. Hall (No. 7510)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
        rbartley@ycst.com
        mneiburg@ycst.com
        jhall@ycst.com

- and –

Jonathan E. Pickhardt, Esq. (admitted *pro hac vice*)
Ellison Ward Merkel, Esq. (admitted *pro hac vice*)
Evan Hess, Esq. (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849)7100
Emails: jonpickhardt@quinnemanuel.com
        ellisonmerkel@quinnemanuel.com
        evanhess@quinnemanuel.com

*Counsel to the Common Member*

60365578.3