**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP.,[1] | Case No. 18-10512 (KBO) |
| Debtor. | **Ref. Docket No. 4009** |

**ORDER AUTHORIZING THE FILING UNDER SEAL OF THE
EMERGENCY MOTION OF NEW STILA  HOLDCO LLC TO
ENFORCE THE SETTLEMENT AGREEMENT WITH RESPECT
TO PENDING LITIGATION BETWEEN STILA STYLES, LLC AND
PATRIARCH STAKEHOLDERS**

Upon the motion (the "**Motion**")[2] of the Common Member for entry of an order

(this "**Order**"), pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule

9018, and Local Rule 9018-1(d), authorizing the Common Member to file certain portions of the

Enforcement Motion under seal; and it appearing that there is good and sufficient cause for the

relief set forth in this Order; and this Court having jurisdiction over this matter pursuant to

28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States

District Court for the District of Delaware, dated February 29, 2012; and this Court having found

that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court being able to issue a

final order consistent with Article III of the United States Constitution; and this Court having found

---

[1]      The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

[2]      Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

that venue of this proceeding and the Motion in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation; and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Common Member is authorized to file the Enforcement Motion and the Motion to Shorten (the "**Confidential Information**") under seal.

3. The Confidential Information shall not be made available to anyone, except to the Court, the U.S. Trustee, Stila, the Litigation Trustee, the Patriarch Stakeholders, MBIA, and the Zohar III Controlling Class, as well as each of their respective advisors in this chapter 11 case, and all parties receiving the Confidential Information shall maintain its confidentiality, including in connection with any pleadings filed with this Court.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Common Member is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: July 31st, 2026
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE

2