**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp.,[1] | Case No. 18-10512 (KBO) |
| Debtor. | **Re: Docket No. 4014, 4024 & 4025** |

### ORDER AUTHORIZING THE FILING UNDER SEAL OF OCTALUNA III, LLC'S OBJECTION TO NEW STILA HOLDCO LLC'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT WITH RESPECT TO PENDING LITIGATION BETWEEN STILA STYLES, LLC AND PATRIARCH STAKEHOLDERS

Upon consideration of the motion (the "Motion")[2] filed by Octaluna for entry of an order, pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, authorizing Octaluna to file certain portions of the Objection under seal; and a publicly viewable redacted version of the Objection having been filed in this case at Docket No. 4024; it appearing that there is good and sufficient cause for the relief set forth in this Order; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp. (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

[2] Capitalized terms not otherwise defined herein shall have the meanings afforded to them in the Motion.

found that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and that the legal and factual bases set forth in the Motion support the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1.　　　The Motion is GRANTED as provided herein.

2.　　　Octaluna is authorized to file those portions of the Objection that were redacted in Docket No. 4024 (the "Sealed Material") under seal.

3.　　　The Sealed Material shall not be made available to anyone, except to the Court, the U.S. Trustee, Stila, the Common Member, and other parties in interest as may be ordered or otherwise required by the Court, as well as each of their respective advisors in this chapter 11 case, and all parties receiving the Sealed Material shall maintain its confidentiality and the confidentiality of its subject matter, including in connection with any pleadings filed with this Court.

4.　　　The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.　　　Octaluna is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6.　　　The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: July 31st, 2026
Wilmington, Delaware

**KAREN B. OWENS**
**CHIEF JUDGE**

2