**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP.,[1] | Case No. 18-10512 (KBO) |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Chad Corazza, hereby certify that on July 27, 2026, I caused a copy of the following documents, *Order Shortening the Notice Period from the Motion of the Common Member for an Order Sealing the Courtroom During the Hearing Scheduled for July 30, 2026* [Docket No. 4016] and *Notice of Hearing of Motion of the Common Member for an Order Sealing the Courtroom During the Hearing Scheduled for July 30, 2026* [Docket No. 4017], to be served upon the below parties in the manner indicated:

| | |
|---|---|
| G. David Dean, Esq.<br>Patrick J. Reilley, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>npernick@coleschotz.com<br>ddean@coleschotz.com<br>preilley@coleschotz.com<br>(Lynn Tilton & Patriarch Entities)<br>***Email*** | Amanda A. Tersigni, Esq.<br>Cole Schotz P.C.<br>1325 Avenue of the Americas<br>New York, NY 10019<br>atersigni@coleschotz.com<br>(Lynn Tilton & Patriarch Entities)<br>***Email*** |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

Monica K. Loseman, Esq.
Gibson, Dunn & Crutcher LLP
1900 Lawrence St., Suite 3000
Denver, CO 80202-2211
mloseman@gibsondunn.com
(Lynn Tilton & Patriarch Entities)
*Email*

Reed Brodsky, Esq.
Ana Lopez, Esq.
Britt Jordan, Esq.
Carson Whitehurst, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
rbrodsky@gibsondunn.com
allopez@gibsondunn.com
bjordan2@gibsondunn.com
cwhitehurst@gibsondunn.com
(Lynn Tilton & Patriarch Entities)
*Email*

Julie M. O'Dell, Esq.
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899
jmo@skjlaw.com
(Lynn Tilton & Patriarch Entities)
*Email*

Scott D. Cousins, Esq.
Lewis Brisbois Bisgaard & Smith LLP
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
Scott.cousins@lewisbrisbois.com
(Lynn Tilton & Patriarch Entities)
*Email*

Adam G. Landis, Esq.
Daniel B. Rath, Esq.
Rebecca L. Butcher, Esq.
Matthew B. McGuire, Esq.
Jennifer L. Cree, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
rath@lrclaw.com
butcher@lrclaw.com
mcguire@lrclaw.com
cree@lrclaw.com
(Stila)
*Email*

David Dunn, Esq.
Christopher R. Donoho III, Esq.
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
david.dunn@hoganlovells.com
chris.donoho@hoganlovells.com
(Stila)
*Email*

Jane M. Leamy, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #15
Wilmington, DE 19801
jane.m.leamy@usdoj.gov
(U.S. Trustee)
*Email*

J.R. Smith
Jennifer E. Wuebker
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, Virginia 23219
(804) 788-8200
jrsmith@huntonak.com
jwuebker@huntonak.com
(Vulcan)
*Email*

William E. Chipman, Jr.
Chipman Brown Cicero & Cole LLP
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
(302) 295-0193
Chipman@ChipmanBrown.com
(Vulcan)
***Email***

Date: July 31, 2026

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Chad Corazza*

Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253