**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., | Case No. 18-10512 (KBO) |
| Debtor. | **Re: Docket No. 4035** |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, a true and correct copy of the **Order Authorizing Filing Under Seal of Octaluna III, LLC's Objection to New Stila Holdco LLC's Motion to Enforce the Settlement Agreement With Respect to Pending Litigation Between Stila Styles, LLC and Patriarch Stakeholders** [Docket No. 4035] was served via electronic mail on the parties listed on the attached service list:

Dated: July 31, 2026

**COLE SCHOTZ P.C.**

*/s/ Jack M. Dougherty*

Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: jdougherty@coleschotz.com

*Counsel to Patriarch Stakeholders*

## SERVICE LIST

Michael R. Nestor, Esq.
Ryan M. Bartley, Esq.
Michael Neiburg, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

Jane M. Leamy, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Adam G. Landis, Esq.
Daniel B. Rath, Esq.
Rebecca L. Butcher, Esq.
Matthew B. McGuire, Esq.
Jennifer L. Cree, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

David Dunn, Esq.
Christopher R. Donoho III, Esq.
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017

Jonathan E. Pickhardt, Esq.
Ellison Ward Merkel, Esq.
Evan Hess, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Julie M. O'Dell, Esq.
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899

Scott D. Cousins, Esq.
Lewis Brisbois Bisgaard & Smith LLP
500 Delaware Avenue, Suite 700
Wilmington, DE 19801

J.R. Smith
Jennifer E. Wuebker
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219

William E. Chipman, Jr.
Chipman Brown Cicero & Cole LLP
1313 N. Market Street, Suite 5400
Wilmington, DE 19801