## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re: Zohar, III, Corp.

| | | |
|---|---|---|
| Octaluna, III LLC, et al., | ) | |
| | ) | Civil Action No. 26-cv-01038-UNA |
| Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| New Stila Holdco LLC, et al., | ) | Bankruptcy Case No. 18-10512 (KBO) |
| | ) | Bankruptcy BAP No. 26-00048 |
| Appellees. | ) | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Order of the Bankruptcy Court dated 8/12/2026 was docketed in the District Court on 8/14/2026:

## ORDER ENFORCING THE SETTLEMENT AGREEMENT WITH RESPECT TO PENDING LITIGATION BETWEEN STILA STYLES LLC AND PATRIARCH STAKEHOLDERS

In accordance with the Standing Order of the Court dated July 19, 2023, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

Randall Lohan
Clerk of Court

Date: 8/14/2026
CC.　U.S. Bankruptcy Court
　　　Counsel via CM/ECF