**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP.,[1] | Case No. 18-10512 (KBO) |
| Debtor. | **Docket Ref. No. 4012** |

**ORDER GRANTING THE MOTION OF THE COMMON MEMBER FOR AN ORDER SEALING THE COURTROOM DURING THE HEARING SCHEDULED FOR JULY 30, 2026**

Upon consideration of the *Motion of the Common Member for an Order Sealing the Courtroom During Hearing Scheduled for July 30, 2026,* (the "**Motion to Seal**")[2] and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice of the Motion to Seal has been given as set forth in the motion and that such notice is adequate and no other or further notice need be given; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

---

1 The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

2 Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as provided herein.

2. Pursuant to Bankruptcy Code section 107(b) and Federal Rule of Bankruptcy Procedure 9018, the Court hereby authorizes and directs that: (i) except with respect to the Permitted Participants (as defined below), the courtroom shall be sealed during the hearing scheduled for July 30, 2026 (the "**July 30 Hearing**"), as may be continued; and (ii) the Common Member shall confer and propose redactions to the transcript of the July 30 Hearing for confidential, commercial information with respect to Stila, and shall provide such proposed redactions to the Patriarch Stakeholders, Stila, and the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") for review prior to submitting them to the court reporter and the Court.

3. By July 29, 2026, the Common Member shall provide the Court and the U.S. Trustee with a list of persons permitted to attend and/or view the July 30 Hearing (the "**Permitted Participants**"). The parties will exchange a list of Permitted Participants no later than July 28, 2026.

4. Within 10 days after receipt of the transcript of the July 30 Hearing by the Common Member, it shall consult with Stila, the Patriarch Stakeholders and the U.S. Trustee, and then seek approval of the agreed-upon (or not objected to) proposed redactions by separate order to be filed under certification of counsel.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: August 18th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**