# 18-10512 Zohar III, Corp.

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Ryan | Bartley | Young Conaway Stargatt & Taylor, LLP | New Stila Holdco | Video and Audio |
| Reed | Brodsky | Gibson, Dunn & Crutcher LLP | Patriarch Stakeholders | Video and Audio |
| Chad | Corazza | YCST | | Video and Audio |
| Jennifer | Cree | Landis Rath & Cobb LLP | Stila Styles LLC | Video and Audio |
| G. | Dean | Cole Schotz P.C. | Patriarch Stakeholders | Video and Audio |
| Christopher | Donoho III | Hogan Lovells Cadwalader US LLP | Stila Styles LLC | Video and Audio |
| Matt | Ducharme | Hogan Lovells Cadwalader US LLP | Stila Styles LLC | Video and Audio |
| David | Dunn | Province | Litigation Trustee | Video and Audio |
| Katherine | Dute | Landis Rath & Cobb LLP | Stila Styles LLC | Video and Audio |
| Kevin | Eckhardt | Octus | | Audio Only |
| Gwendolyn | Galt | Hogan Lovells Cadwalader US LLP | Stila Styles LLC | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| Uday | Gorrepati | | N/A (ABI Project) | Audio Only |
| Joshua | Hall | Young Conaway Stargatt & Taylor, LLP | New Stila Holdco | Video and Audio |
| Jane | Leamy | Office of the U.S. Trustee | U.S. Trustee | Video and Audio |
| Matthew | McGuire | Landis Rath & Cobb LLP | Stila Styles LLC | Video and Audio |
| Ellison | Merkel | Quinn Emanuel | New Stila Holdco | Video and Audio |
| David | Michaeli | Hogan Lovells Cadwalader US LLP | Stila Styles LLC | Video and Audio |
| Howard | Robertson | Landis Rath & Cobb LLP | Stila Styles LLC | Video and Audio |
| Carolyn | Schiff | Patriarch Partners | Patriarch Stakeholders | Video and Audio |
| Michael | Schneidereit | Gibson, Dunn & Crutcher LLP | Patriarch Stakeholders | Video and Audio |
| Nathan | Smith | Province | Litigation Trustee | Video and Audio |
| Lynn | Tilton | Patriarch Partners | Patriarch Stakeholders | Video and Audio |
| Carson | Whitehurst | Gibson, Dunn & Crutcher LLP | Patriarch Stakeholders | Video and Audio |
| Alex | Wittenberg | | | Audio Only |
| Ben | Zigterman | Law360 | | Audio Only |